UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and
FOX NEWS NETWORK, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/29/2023_

23 Civ. 10357 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

        On November 27, 2023, Defendants Fox Corporation and Fox News Network, LLC, filed a notice of removal from the Supreme Court of New York, New York County. ECF No. 1.

        Accordingly, by **December 12, 2023**, Plaintiff shall appear in this action and advise the Court whether he intends to contest removal. Defendants shall serve this order on Plaintiff and file proof of service on the docket by **December 5, 2023**.

        SO ORDERED.

Dated: November 29, 2023
       New York, New York

                                                ANALISA TORRES
                                               United States District Judge