UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW DELANCEY,<br><br>               Plaintiff,<br><br>v.<br><br>JUSTIN WELLS, FOX CORPORATION, and FOX NEWS NETWORK, LLC,<br><br>               Defendants. | Case No.: 23-cv-10357-AT<br><br>**CERTIFICATE OF SERVICE** |

     I, Paul Evans, certify that on December 1, 2023, I caused a true and correct copy of the Court's November 29, 2023 Order to be served via email upon counsel for Plaintiff, Alfredo Pelicci, Esq. and Kimberly Catala, Esq. of Filippatos PLLC at apelicci@filippatoslaw.com and kcatala@filippatoslaw.com.


Dated: December 1, 2023             */s/ Paul C. Evans*
                                                      Paul C. Evans

                                                      Paul C. Evans
                                                      paul.evans@bakermckenzie.com
                                                      Krissy Katzenstein
                                                      krissy.katzenstein@bakermckenzie.com
                                                      BAKER & McKENZIE LLP
                                                      452 Fifth Avenue
                                                      New York, NY 10018
                                                      Tel.: (212) 626-4100
                                                      Fax: (212) 310-1600

                                                      *Attorneys for Fox Corporation and Fox News Network, LLC*