```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and
FOX NEWS NETWORK, LLC,

                Defendants.

23 Civ. 10357 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On December 13, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by February 13, 2024. ECF No. 19. Those submissions are now overdue.

    Accordingly, by **March 13, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 14, 2024
       New York, New York

                                ANALISA TORRES
                            United States District Judge