```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/16/2024  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and
FOX NEWS NETWORK, LLC,

                Defendants.

23 Civ. 10357 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      The Court shall not stay discovery pending the adjudication of Defendant's anticipated motion to dismiss the amended complaint. Further, the Court requires the parties to provide dates certain in the proposed case management plan.

      Accordingly, by **March 1, 2024**, the parties shall resubmit their proposed case management plan in accordance with this order.

      SO ORDERED.

Dated: February 16, 2024
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge