USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _12/30/2024_



Alfredo J. Pelicci
apelicci@filippatoslaw.com
212-202-0234, Ext. 402
Admitted: DC, FL, MD, NY, VA

FILIPPATOS PLLC
Employment Law, Litigation & ADR

December 18, 2024

**VIA ECF**

Hon. Judge Analisa Torres
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Delancey v. FOX Corporation et al</u>, Case No. 1:23-cv-10357 (AT)

Dear Judge Torres:

Pursuant to the Court's Individual Practices in Civil Cases, Section I(C), Plaintiff Andrew Delancey moves the court for a forty-five-day extension of all remaining deadlines set forth in the Case Management Plan (Dkt. No. 47), as set out in the attached Amended Case Management Plan (Ex. A) and below:

|  | **Original Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | January 26, 2025 | March 12, 2025 |
| Deposition Deadline | January 5, 2025 | February 19, 2025 |
| Expert Discovery Deadline | March 12, 2025 | April 26, 2025 |

This is the second request for an extension of the discovery deadlines in this matter. Defendants Justin Wells, Fox News Network, LLC and Fox Corporation take no position with respect to this request. Plaintiff seeks this request as Plaintiff's counsel that was handling the day-to-day aspects of this matter unexpectedly needed to go on family leave and remains on such leave. Plaintiff's other counsel has suffered health issues and was impacted by two hurricanes in September and October 2024, one of which required Plaintiff's counsel to evacuate his family to another state. As such, the Parties' progress on narrowing discovery disputes has been impacted.

The brief extension sought by Plaintiff will enable the Parties to further narrow disputes before raising any unresolved disputes with the Court. The Parties held a meet and confer on December 11, 2024 and have another meet and confer scheduled for December 19, 2024. Additionally, the Parties are in the process of scheduling depositions in this matter.

We thank Your Honor for your time and consideration.

GRANTED. Depositions shall be completed by **February 19, 2025**. Fact discovery shall close on **March 12, 2025**. On **April 26, 2025**, expert discovery shall close. Additionally, the case management conference currently scheduled for February 18, 2025, is ADJOURNED to **April 7, 2025**, at **10:00 a.m.**

SO ORDERED.

Dated: December 30, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge