Friday, March 14, 2025 at 16:42:41 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Re: Fox News/Delancey: Discovery Responses |
| **Date:** | Wednesday, August 7, 2024 at 2:13:29 PM Eastern Daylight Time |
| **From:** | Alfredo J Pelicci |
| **To:** | Katzenstein, Krissy, Kimberly A. Catala |
| **CC:** | Evans, Paul, Jason Sunshine, Bryan Freedman, Summer Benson |
| **Attachments:** | image004.png, image005.png, image001.png, image002.png, image003.png, image006.png, image007.png, image008.png, image009.jpg, AEK Krause Model Confidentiality and Protective Order-2.pdf |

Krissy,

We are not agreeing to this broad confidentiality order. We can agree to something more aligned with the model orders we see in SDNY. Please find one attached. Feel free to make minor revisions to it.

Nevertheless, we did not agree that productions would be withheld until such order is entered. Tellingly, Fox is the only party that has done this. We will agree to hold all documents confidential until the order is ironed out and entered – enabling Fox to promptly produce. This must be immediately remedied or we will seek Court intervention. We are confident that the Court would see this as improper dilatory tactic.

Please let me know your availability for a meet and confer on Friday, Monday, or Tuesday.

Regards,




**Alfredo Pelicci**
*Managing Partner*
Pronouns: He/Him/His

   

(212) 202-0234, ext. 402
Apelicci@filippatoslaw.com
www.filippatoslaw.com

Please consider the environment before printing this e-mail.
This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the me please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Katzenstein, Krissy <Krissy.Katzenstein@bakermckenzie.com>
**Date:** Monday, July 29, 2024 at 7:59 AM
**To:** Alfredo J Pelicci <Apelicci@filippatoslaw.com>, Kimberly A. Catala <kcatala@filippatoslaw.com>
**Cc:** Evans, Paul <Paul.Evans@bakermckenzie.com>, Jason Sunshine <jsunshine@ftllp.com>, Bryan Freedman <bfreedman@ftllp.com>, Summer Benson <sbenson@ftllp.com>
**Subject:** RE: Fox News/Delancey: Discovery Responses

Alfredo,

No confidentiality stipulation has been entered in this matter. We have attached a draft for your and Mr. Wells' review. Please advise of any proposed revisions. Once entered, we will make our production.

Thank you,
Krissy

**Krissy Katzenstein**
Employment & Compensation
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
United States
Tel: +1 212 626 4364
Cell: +1 202 999 9453
Fax: +1 212 310 1600
krissy.katzenstein@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

**From:** Alfredo J Pelicci <Apelicci@filippatoslaw.com>
**Sent:** Thursday, July 25, 2024 3:01 PM
**To:** Katzenstein, Krissy <Krissy.Katzenstein@bakermckenzie.com>; Kimberly A. Catala <kcatala@filippatoslaw.com>
**Cc:** Evans, Paul <Paul.Evans@bakermckenzie.com>; Jason Sunshine <jsunshine@ftllp.com>; Bryan Freedman <bfreedman@ftllp.com>; Summer Benson <sbenson@ftllp.com>
**Subject:** [EXTERNAL] Re: Fox News/Delancey: Discovery Responses

Hi Krissy,

Correct me if I'm wrong, but we never received a document production from Fox Defendants. We'll be moving to compel on this next week if it is not remedied.

Regards,



**Alfredo J. Pelicci**
Partner
Pronouns: he/him/his

(914) 984-1111, ext. 402

apelicci@filippatoslaw.com

www.filippatoslaw.com

Please consider the environment before printing this e-mail.

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

**From:** Katzenstein, Krissy <Krissy.Katzenstein@bakermckenzie.com>
**Date:** Wednesday, July 3, 2024 at 5:01 PM
**To:** Alfredo J Pelicci <Apelicci@filippatoslaw.com>, Kimberly A Catala <kcatala@filippatoslaw.com>
**Cc:** Evans, Paul <Paul.Evans@bakermckenzie.com>, Jason Sunshine <jsunshine@ftllp.com>, Bryan Freedman <bfreedman@ftllp.com>, Summer Benson <sbenson@ftllp.com>
**Subject:** Fox News/Delancey: Discovery Responses

Counsel,

Please see the attached discovery responses.

Thank you,
Krissy

**Krissy Katzenstein**
Employment & Compensation
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
United States
Tel: +1 212 626 4364
Cell: +1 202 999 9453
Fax: +1 212 310 1600
krissy.katzenstein@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.