Friday, March 14, 2025 at 16:49:54 Eastern Daylight Time

**Subject:** Fox/Delancey: First Production
**Date:** Wednesday, August 28, 2024 at 8:03:27 AM Eastern Daylight Time
**From:** Katzenstein, Krissy
**To:** Alfredo J Pelicci, Kimberly A. Catala, Bryan Freedman, Summer Benson, Jason Sunshine
**CC:** Evans, Paul, Katzenstein, Krissy
**Attachments:** image001.png, Attachments.html

Counsel,

Attached please find Fox News' first document production, bates labeled FNN000001-FNN000166. These documents have been designated "CONFIDENTIAL," and pursuant to the parties' agreement, will be treated as "attorneys' eyes only" until the confidentiality stipulation is entered by the Court. Should you have any questions, please contact me.

Thank you,
Krissy

**Krissy Katzenstein**
Employment & Compensation
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
United States
Tel: +1 212 626 4364
Cell: +1 202 999 9453
Fax: +1 212 310 1600
krissy.katzenstein@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.