**Friday, March 14, 2025 at 17:26:10 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Fox/Delancey: Supplemental Discovery |
| **Date:** | Tuesday, March 11, 2025 at 9:29:44 AM Eastern Daylight Time |
| **From:** | Katzenstein, Krissy |
| **To:** | Alfredo J Pelicci |
| **CC:** | Jason Sunshine, Evans, Paul, Hoult, Sara |
| **Attachments:** | image001.png, 2025.03.11 FNN's Supplemental Responses to Plaintiff's First Set of Interrogatories.pdf, 2025.03.11 FNN's Supplemental Responses to Plaintiff's First Set of RFPs.pdf |

Alfredo,

Please see the attached.

Thank you,
Krissy



**Krissy Katzenstein | Partner**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6016 | Main: +1.212.318.6000 | Cell: +1.202.999.9453 | krissykatzenstein@paulhastings.com | www.paulhastings.com

*************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.