Friday, March 14, 2025 at 17:27:43 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Fox/Delancey – Fox News' Supplemental Production |
| **Date:** | Wednesday, March 12, 2025 at 9:12:19 AM Eastern Daylight Time |
| **From:** | Hoult, Sara |
| **To:** | Alfredo J Pelicci |
| **CC:** | jsunshine@lftcllp.com, Katzenstein, Krissy, Evans, Paul |
| **Attachments:** | image001.png, FNN000167-FNN000195.zip |

Alfredo,

Please see attached a .zip to Fox News' supplemental document production, labeled FNN000167-FNN000195. The documents have been designated as Confidential in accordance with the parties' confidentiality stipulation.

Thank you,

Sara



**Sara Hoult | Associate, Employment Litigation Department**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6037 | Main: +1.312.499.6000 | Fax: +1.312.499.6137 | sarahoult@paulhastings.com | www.paulhastings.com

************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.