USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and FOX NEWS NETWORK, LLC.,

                Defendants.

POST-CONFERENCE ORDER

23-CV-10357 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 27, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Plaintiff's Letter Motion requesting a pre-Motion Conference for Leave to File a Second Amended Complaint is GRANTED. (*See* ECF No. 71) Plaintiff shall file his Motion to File a Second Amended Complaint **by April 10, 2025**. Defendants shall file their opposition **by April 24, 2025**. Plaintiff shall file his reply **by May 1, 2025**.

The parties' request to extend the discovery schedule by one hundred and twenty days is GRANTED. (*See* ECF No. 65) All fact discovery shall be completed **by July 10, 2025**. Expert discovery shall be completed **by August 22, 2025**.

The parties shall meet and confer on Plaintiff's anticipated Motion to Compel. If the parties are unable to reach a compromise, they shall file a Joint Letter with the Court proposing a briefing schedule for the motion **by April 10, 2025**.

A case management conference in this matter will be held on **Tuesday, May 6, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 65 and 71.**

**SO ORDERED.**

Dated:  March 28, 2025
        New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge