```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/2/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANDREW DELANCEY,

                Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and
FOX NEWS NETWORK, LLC,

                Defendants.

23 Civ. 10357 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated February 21, 2025, the Court referred this matter to the Honorable Katharine H. Parker for general pretrial management. ECF No. 56. Accordingly, the case management conference scheduled before the undersigned for April 7, 2025, *see* ECF No. 51, is ADJOURNED *sine die*.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 76.

    SO ORDERED.

Dated: April 2, 2025
       New York, New York

                                    ANALISA TORRES
                               United States District Judge