UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and FOX NEWS NETWORK, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2025

POST-CONFERENCE ORDER

23-CV-10357 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 6, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth more fully on the record, the parties shall do as follows:

Plaintiff and Defendant Justin Wells ("Wells") shall meet and confer regarding production of relevant documents related to Wells' termination from Fox **by May 20, 2025**. If the parties are unable to reach a compromise, Plaintiff shall file any Motion to Compel **by May 27, 2025**. Defendant Wells shall file his opposition **by June 3, 2025**. There shall be no replies.

The parties should schedule all depositions to occur by no later than **June 30, 2025**. Subpoenas for third-party depositions shall be served within two weeks of this Order.

Plaintiff shall identify all individuals he plans to depose **by May 30, 2025**.

Defendant Fox News Network, LLC shall inform Plaintiff of the names of the individuals out of the 15 already identified that had email communications with Wells and whether those communications were purely work-related **by May 30, 2025**.

The parties shall file a Joint Status Letter, updating the Court on the status of discovery and any significant case developments **by June 20, 2025**.

Further, a case management conference in this matter will be held on **Tuesday, July 8, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

The parties should review the transcript of this proceeding for additional details regarding the matters covered and directions provided by the Court.

**SO ORDERED.**

Dated:   May 7, 2025
         New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge