UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                    Plaintiff,

           -against-

JUSTIN WELLS, FOX CORPORATION, and
FOX NEWS NETWORK, LLC,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2025
```

**POST-CONFERENCE ORDER**

**23-CV-10357 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 8, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The fact discovery deadline is extended to **August 8, 2025**, for the limited purpose of allowing Defendants to obtain discovery relevant to Plaintiff's recently sought mental health treatment for his alleged emotional distress and allowing Plaintiff to serve and obtain a response to his subpoena from Fox 5.

Plaintiff's request to compel responses from Defendants on his latest set of Interrogatories and Requests for Production is DENIED, with the exception of the Interrogatory requesting the name and contact information of Kathleen Wells. Defendants shall provide said information **by July 22, 2025**.

Plaintiff shall file a Letter Motion concerning the issue objected to during MacCarthy's deposition **by July 15, 2025**. Plaintiff shall attach the relevant pages from the deposition transcript to his Letter Motion. Defendants shall file their response **by July 22, 2025.** There shall be no replies.

The parties should review the transcript of this proceeding for additional details

regarding the matters covered and directions provided by the Court.

**SO ORDERED.**

Dated:    July 10, 2025
          New York, New York

KATHARINE H. PARKER
United States Magistrate Judge