```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                Plaintiff,

-against-                                    23 Civ. 10357 (AT) (KHP)

JUSTIN WELLS, FOX CORPORATION, and            **ORDER**
FOX NEWS NETWORK, LLC,

                Defendants.

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' pre-motion letters for summary judgment, ECF Nos. 115, 118. Accordingly:

1. Defendants' request to file a motion for summary judgment is GRANTED;
2. By **October 31, 2025**, Defendants shall file their motion for summary judgment;
3. By **November 14, 2025**, Plaintiff shall file his response; and
4. By **November 21, 2025**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge