PAUL
HASTINGS

1(212) 318-6009
paulevans@paulhastings.com

October 2, 2025

**VIA ECF**

Hon. Katharine H. Parker
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007-1312

Re: ***Andrew Delancey v. Justin Wells, Fox Corporation, and Fox News Network*, LLC, Case No. 1:23-cv-10357(AT)**

Dear Judge Parker:

Pursuant to Section II.b of your Honor's Individual Practices in Civil Cases, we write on behalf of all Parties to provide a status report in advance of the telephonic Case Management Conference scheduled for October 9, 2025 at 2:30 ET.

The Parties have now completed all discovery in this matter and the discovery period has closed. On September 19, 2025, pursuant to Judge Torres's Individual Rules, Defendant Fox News Network, LLC ("Fox News") filed a pre-motion letter requesting to file a motion for summary judgment, together with Fox News's statement of material facts and Plaintiff's response thereto. *See* ECF 115 and 115-1. Plaintiff filed his responsive pre-motion letter on September 26, 2025. *See* ECF 118. On September 30, 2025, Judge Torres granted Fox News's request to file its motion for summary judgment and set the following briefing schedule:

- By October 31, 2025, Defendants shall file their motion for summary judgment;
- By November 14, 2025, Plaintiff shall file his response; and
- By November 21, 2025, Defendants shall file their reply, if any.

*See* ECF 119. The Parties will be prepared to address any additional issues regarding this matter during the Case Management Conference.

Respectfully,

/s/Paul C. Evans

Paul C. Evans
of PAUL HASTINGS