UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

                         Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and FOX NEWS NETWORK, LLC.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2025

**ORDER ADJOURNING**
**CASE MANAGEMENT CONFERENCE**
23-CV-10357 (ALC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

Insofar as there are no discovery issues for the court to resolve and the parties are ready to commence summary judgment briefing in accordance with the schedule set by the Honorable Analisa Torres(ECF. No. 119), the Case Management Conference scheduled for October 9, 2025, is adjourned *sine die*.

    **SO ORDERED.**

Dated: October 5, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge