EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

ANDREW DELANCEY,

                              PLAINTIFF,

      -against-          Case No.:

                         1:23-cv-10357-AT

JUSTIN WELLS, FOX CORPORATION, and FOX NEWS

NETWORK, LLC,

                              DEFENDANTS.

-----------------------------------------X

                    DATE: June 26, 2025

                    TIME: 10:00 a.m.



            DEPOSITION of the Defendant,

JUSTIN WELLS, taken by the respective

parties, pursuant to a Notice and to the

Federal Rules of Civil Procedure, held at

the offices of Filippatos, PLLC, 425

Madison Avenue, New York, New York 10017,

before JANNA LIRTSMAN, a Notary Public of

the State of New York.

Page 2

1
2  A P P E A R A N C E S:
3
4  FILIPPATOS PLLC
       Attorneys for the Plaintiff
5      ANDREW DELANCEY
       425 Madison Avenue
6      New York, New York 10017
       BY: TANVIR RAHMAN, ESQ.
7          CHASE GREENBERG, ESQ. (via Zoom)
8
9  LINER FREEDMAN TAITELMAN & COOLEY
       Attorneys for the Defendant
10     JUSTIN WELLS
       1801 Centura Park West
11     Los Angeles, California 90067
       BY: JASON SUNSHINE, ESQ.
12
13
14 PAUL HASTINGS
       Attorneys for the Defendant
15     FOX CORPORATION and
       FOX NEWS NETWORK, LLC
16     200 Park Avenue
       New York, New York 10166
17     BY: PAUL EVANS, ESQ.
18
19 ALSO PRESENT:
       Andrew Delancey (via Zoom)
20
21             *         *         *
22
23
24
25

Page 3

1

2    F E D E R A L   S T I P U L A T I O N S

3

4

5      IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20     IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24              *    *    *    *

25

Page 4

```
 1                    J. WELLS
 2   JUSTIN WELLS, called as a witness, having
 3   been first duly sworn by a Notary Public of
 4   the State of New York, was examined and
 5   testified as follows:
 6   EXAMINATION BY
 7   MR. RAHMAN:
 8        Q.    Please state your name and
 9   address for the record.
10        A.    Justin Wells, 46 Pinecrest
11   Drive, West Shokan, New York 12494.
12        Q.    Good morning.  My name is
13   Tanvir Rahman.  I'm an attorney for Andy
14   Delancey, law firm Filippatos PLLC.
15              My colleague Chase is here and
16   my client Mr. Delancey is on the Zoom
17   watching this today; okay?
18        A.    Wonderful.
19        Q.    Is this your first time giving
20   a deposition?
21        A.    No.
22        Q.    How many times have you been
23   deposed?
24        A.    At least twice.  Two times.
25        Q.    I will go through some of the
```

Page 5

1                     J. WELLS

2    ground rules.

3               Before we begin, you have just

4    given an oath to give the truth?

5         A.     Absolutely.

6         Q.     The same as if you were in

7    front of a judge?

8         A.     Yes.

9         Q.     In terms of the ground rules,

10   today I'm going to ask you some questions.

11   But if you don't understand what I'm saying

12   or a question or a term that I'm using,

13   please let me know.  I will clarify it for

14   you, make sure you understand what I am

15   saying.

16        A.     Absolutely.

17        Q.     If you need a break throughout

18   the day, that's totally fine.  I ask that

19   the question that I have asked be answered

20   before we take a break.

21        A.     All right.  Can't wait.

22        Q.     Is there any reason you can

23   think of that you might be unable to answer

24   questions truthfully?

25        A.     No reason not to.

Page 6

1                    J. WELLS

2       Q.    Any reason why you may not be

3   able to remember things that happened in

4   the past, like medication or anything like

5   that?

6       A.    No.

7       Q.    Are you under the influence of

8   any medication, drugs, anything like that,

9   alcohol?

10      A.    No.

11      Q.    Did you prepare for today's

12  deposition in any way?

13      A.    Of course.

14      Q.    How did you prepare?

15      A.    I reviewed, obviously, the

16  Complaint and anything that was shared as

17  far as documents that were filed with the

18  court.

19      Q.    Is there anything else you did

20  to prepare for today's deposition?

21      A.    No.  Other than consult with my

22  attorney, no.

23      Q.    You've met with counsel?

24      A.    Of course I've met with

25  counsel, yes.

Page 7

1                    J. WELLS
2       Q.    Who was that?
3       A.    Jason Sunshine and Bryan
4    Freedman as well.
5       Q.    When was that meeting?
6       A.    Five minutes ago was the most
7    recent one.
8       Q.    Were there others before then?
9       A.    We have met a handful of times
10   just to go over various -- the process
11   throughout this Complaint.
12              MR. SUNSHINE:  Avoid the
13         content of what we discussed.
14      Q.    I'm just asking about when did
15   you meet your attorneys regarding this
16   deposition as you prepared for it.
17      A.    Shortly before.
18      Q.    In the last few days?
19      A.    We have met recently.
20      Q.    Was it in person; was it
21   online, virtually?
22      A.    Quick Zoom.
23      Q.    And you said it was you,
24   Mr. Sunshine, and Mr. Freedman?
25      A.    It was me and Mr. Sunshine

Page 8

```
 1                    J. WELLS
 2   recently.
 3        Q.    Was there anybody else at that
 4   meeting?
 5        A.    No.
 6        Q.    You said that you have been
 7   deposed a few times at least?
 8        A.    Yes.
 9        Q.    When was the first time that
10   you were deposed?
11        A.    Probably two years ago would be
12   my guess.  I don't know for sure.
13        Q.    And in that case, were you a
14   party to the litigation?
15        A.    No.
16        Q.    What kind of case was it?  What
17   was the nature of that case?
18        A.    It was quite a public case
19   involving my employer, FOX.
20        Q.    So you gave a deposition in
21   that case?
22        A.    Yes.
23        Q.    Do you recall who the parties
24   were in that case?
25        A.    There was one, Dominion; and
```

```
 1                    J. WELLS
 2   the second deposition was with Smartmatic
 3   Voting Machine Company.
 4        Q.    In the case against Dominion,
 5   you were deposed one time?
 6        A.    Yes.
 7        Q.    And you were deposed again in
 8   the Smartmatic case?
 9        A.    Yes.
10        Q.    Any other times you were
11   deposed?
12        A.    No.
13        Q.    In those cases, you were not a
14   party to the litigation; right?
15        A.    No.
16        Q.    Have you ever given testimony
17   under any other kind of legal proceeding
18   besides those two cases?
19        A.    No.
20        Q.    Never witness at any trial or
21   arbitration hearing or anything like that?
22        A.    No.
23        Q.    Have you ever been a party to a
24   lawsuit other than this one?
25        A.    Yes.
```

Page 10

```
 1                    J. WELLS
 2      Q.     How many times?
 3      A.     I don't know.  I don't recall.
 4      Q.     More than once?
 5      A.     I believe so.
 6      Q.     Besides this case?
 7      A.     I believe so.
 8      Q.     What was the first case in
 9  which you were a party?
10      A.     I've been in the business a
11  long time.  I mean there are a few
12  frivolous cases that were all dismissed.
13      Q.     What was the nature of the
14  first case that you were a party to?
15      A.     I don't recall.
16      Q.     Was it a personal matter?
17      A.     No.
18      Q.     Was it an employment matter?
19      A.     No.
20      Q.     Was it a business matter?  What
21  kind of matter was it?
22             MR. SUNSHINE:  Objection.
23             Asked and answered.
24      A.     It was simply, you know, I work
25  in the news business.  So you cover news
```

```
                                    Page 11
 1                    J. WELLS
 2    stories, and people file frivolous cases
 3    all the time.
 4         Q.    Was it like for defamation?
 5         A.    No.
 6         Q.    You don't recall the claims in
 7    that case?
 8         A.    I don't recall the claims.
 9    I've been in the business 25 years.  I
10    don't recall.
11         Q.    Do you recall who you were
12    working for at that time?
13         A.    No.
14         Q.    Was it with FOX?
15         A.    There have been cases filed
16    since I was at FOX of course, but again,
17    usually cases that are dismissed.
18         Q.    When I say "party", you were
19    actually the one suing or the one being
20    sued.
21         A.    I've been named in numerous law
22    suits in the past.  I don't know the
23    details.  I didn't handle it.
24         Q.    Any case that you were a part
25    of involving FOX?
```

```
                                        Page 12

 1                    J. WELLS
 2        A.     I'm sure.  Yes, I'm sure.
 3        Q.     Do you recall any of them?
 4        A.     No.  People file things in
 5   court all the time.  So no, I don't recall.
 6               I'm not trying to hide
 7   anything.  I just do not recall.
 8        Q.     Okay.
 9        A.     For example, there could be
10   someone on the internet saying I reported
11   on a story and we stole their idea, just
12   some kook.  Stuff like that happens all the
13   time in business.  Someone you never met,
14   never talked to.  I'm a public person in
15   the media.
16        Q.     Any cases in which you were
17   accused of any wrongdoing?
18        A.     No.
19        Q.     Any cases in which you were
20   accused of any unlawful conduct besides
21   this one?
22        A.     Can you ask that again?
23        Q.     You mentioned generally cases
24   are filed, some are frivolous, some
25   involved people saying that you stole
```

```
                                        Page 13
 1                    J. WELLS
 2     ideas.  I'm wondering if there are any
 3     cases in which you were a party to where
 4     you were accused of any unlawful conduct.
 5          A.     The only thing I recall since I
 6     was at FOX where I was named was the Abby
 7     Grossberg case which your firm represented
 8     her in.
 9          Q.     That's the only case in which
10     you were accused of something unlawful?
11          A.     I wouldn't classify it as
12     unlawful.  I was named in it.
13          Q.     What were you accused of doing
14     in that case?
15          A.     I don't recall the specifics of
16     it.
17          Q.     Other than your counsel, have
18     you spoken to anybody else about today's
19     deposition?
20          A.     Other than my husband, no.
21          Q.     Other than counsel and your
22     spouse, is there anyone else you spoke to
23     about this case?
24          A.     No.
25          Q.     Where do you live presently?
```

```
                                        Page 14
 1                    J. WELLS
 2          A.     I travel all over.  I live in
 3     Hudson Valley, New York.  Sometimes I'm in
 4     the city as well, and sometimes I'm in
 5     Florida.
 6          Q.     What is your address?
 7          A.     Primary address in New York is
 8     46 Pinecrest Drive, West Shokan, New York.
 9          Q.     Do you have any other addresses
10     in New York?
11          A.     I have an apartment in the city
12     as well.
13          Q.     Do you own that apartment?
14          A.     Yes.
15          Q.     Where is it located?
16          A.     West side uptown.
17          Q.     Address?
18          A.     117 Edgecombe Avenue, unit two.
19          Q.     Do you own the home that you
20     live in?
21          A.     Yes.
22          Q.     How long have you had that
23     home?
24          A.     Which home?
25          Q.     The one that you primarily live
```

```
                                              Page 15
 1                    J. WELLS
 2   in.
 3        A.     In Hudson Valley?
 4        Q.     Yeah.
 5        A.     Since 2016.
 6        Q.     Have you owned that property
 7   since 2016?
 8        A.     Yes.
 9        Q.     And --
10        A.     It might be 2017.  I'm not sure
11   when we closed.
12        Q.     You say, "we."  Is there anyone
13   else who is an owner of that property?
14        A.     My husband.
15        Q.     What is his name?
16        A.     Ryan Dreyer, D-R-E-Y-E-R.
17        Q.     When did the two of you get
18   married?
19        A.     We have been married for 12
20   years, 13 in a few more days.
21        Q.     Is there anybody else who lives
22   with you besides Ryan?
23        A.     No.
24        Q.     And the property in the city at
25   the apartment, when did you purchase that
```

```
                                        Page 16
 1                    J. WELLS
 2   apartment?
 3        A.    2011.
 4        Q.    Do you have any other
 5   properties other than these two?
 6        A.    Yes.
 7        Q.    Where are they?
 8        A.    Florida.
 9        Q.    Are they all in Florida?
10        A.    Yes.
11        Q.    How many properties do you own
12   in Florida?
13        A.    One.
14        Q.    What's the address for that
15   property?
16        A.    5000 Gasparilla Road.  That's
17   in Boca Grande, Florida, G-R-A-N-D-E.
18        Q.    And that's a home, a house?
19        A.    It's a condo on the beach.
20        Q.    How long have you had that
21   property?
22        A.    I can remember how many
23   hurricanes have hit it, but I can't recall.
24   Maybe -- less than five years.
25        Q.    Do you own any vehicles?
```

```
                                                    Page 17

 1                      J. WELLS
 2        A.      Yes.
 3        Q.      How many vehicles do you own?
 4        A.      Three.
 5        Q.      Can you just give me the year
 6   and make and model?
 7        A.      An Audi Q5, 2019; an Audi Q3,
 8   2020; and we have a truck upstate, Nissan
 9   Frontier.
10        Q.      What year?
11        A.      It's old.  It's over ten years
12   old.
13        Q.      Do you own any boats?
14        A.      No.
15        Q.      Do you own any businesses?
16        A.      Yes.
17        Q.      Do you own one or more than
18   one?
19        A.      Two.
20        Q.      What are they?
21        A.      Shokan Studios and Shokan
22   Media.
23        Q.      And did you establish both of
24   these companies?
25        A.      Yes.
```

```
 1                    J. WELLS
 2        Q.    When did you establish Shokan
 3    Studios?
 4        A.    Two years ago.
 5        Q.    What about Shokan Media?
 6        A.    Two years ago.
 7        Q.    What does Shokan Studies do?
 8        A.    Produce content for major
 9    networks and streaming services, social
10    media.
11        Q.    Has that business earned any
12    revenue?
13        A.    Yes.
14        Q.    You said it was established
15    about two years ago, so 2013?
16        A.    2023.
17        Q.    I'm sorry, 2023?
18        A.    Yes, that's correct.
19        Q.    Do you know how much income the
20    business earned in 2023?
21        A.    We are in the process of doing
22    the books right now.  I don't recall.
23        Q.    Do you have an estimate?
24        A.    Year by year, I don't really
25    know.  I have to check with my accountant.
```

```
                                        Page 19

 1                    J. WELLS
 2        Q.    What about 2024, do you have an
 3   estimate of the income earned by the
 4   company?
 5        A.    No.  I don't do the books.  But
 6   several million dollars.
 7        Q.    Is there any content that has
 8   been produced by the studio that is out in
 9   the media currently?
10        A.    Yes, of course.
11        Q.    What content is out there?
12        A.    There is a documentary series
13   on the president.
14        Q.    What's it called?
15        A.    Art of the Surge.
16        Q.    Anything else?
17        A.    No.  Nothing that's out there.
18        Q.    What about Shokan Media, what
19   does that company do?
20        A.    I do media consulting for
21   various companies short-term.
22        Q.    Does that company earn any
23   income?
24        A.    A little bit, not a lot.
25        Q.    Do you know how much it has
```

```
                                        Page 20
 1                    J. WELLS
 2    earned since it's been established?
 3         A.    I don't.
 4         Q.    Do you have any other
 5    businesses besides those two?
 6         A.    No.
 7         Q.    Have you ever filed for
 8    bankruptcy?
 9         A.    No.
10         Q.    Did you graduate college?
11         A.    No.  I dropped out of college.
12         Q.    Why did you drop out of
13    college?
14         A.    I was working at the time.  I
15    don't remember.
16         Q.    What college did you drop out
17    of?
18         A.    Barry University, B-A-R-R-Y.
19         Q.    Did you complete any years of
20    study at Barry?
21         A.    I don't recall.  I remember --
22    I was a producer at the time.
23         Q.    Did you have a major or focus
24    of study?
25         A.    Communications.  But I had
```

Page 21

```
 1                   J. WELLS
 2   already been working in the industry five
 3   years at that point.
 4        Q.    Where is Barry located?
 5        A.    Miami.
 6        Q.    Is that where you grew up,
 7   Miami?
 8        A.    Grew up in Florida.
 9        Q.    All over Florida?
10        A.    I lived in -- all across
11   Florida, yes.
12        Q.    What was your first job?
13        A.    My first job was at WTVT, the
14   FOX station in Tampa, Florida.
15        Q.    Can you recall approximately
16   when you began that job?
17        A.    I was given the job in 1999.  I
18   began that position in 2000.
19        Q.    What was your title at the
20   beginning?
21        A.    I worked in broadcast
22   operations.  I did everything from studio
23   camera to running the teleprompter.
24        Q.    How long were you working at
25   WTVT?
```

```
                                      Page 22
 1                    J. WELLS
 2        A.    About three years total.  It
 3   was off and on, sometimes full time,
 4   sometimes part time.
 5        Q.    Did you have other jobs as you
 6   were working at WTVT?
 7        A.    No.
 8        Q.    And then what job did you have
 9   after WTVT?
10        A.    I worked as a writer and studio
11   camera operator at WPTV initially.  That
12   was in West Palm Beach, the NBC station,
13   previously and currently owned by Scripts,
14   S-C-R-I-P-T-S.
15        Q.    What did you do at WPTV?
16        A.    Started as a writer, and then I
17   became a producer there starting with
18   weekend mornings, eventually weekdays.  And
19   then I also was an investigative producer.
20        Q.    How long were you at WPTV?
21        A.    Year and a half.
22        Q.    When you left WPTV, what was
23   your title?
24        A.    Producer.
25        Q.    Was it 2005 when you left WPTV?
```

```
                                        Page 23
 1                   J. WELLS
 2       A.     Late '04 maybe.  No.  It was
 3   '04, yeah.
 4       Q.     By the way, how old are you?
 5       A.     42.
 6       Q.     You were born in 1983?
 7       A.     Uh-huh.
 8       Q.     I ask that your answers be
 9   verbalized in words rather than uh-huh.
10       A.     Of course.  Yes.
11       Q.     So we have a clear record for
12   the court reporter.
13       A.     I understand.
14       Q.     After WPTV, where did you work?
15       A.     I worked at WPLG.  The ABC
16   station at the time was owned by The
17   Washington Post, and is now owned by Warren
18   Buffett.
19       Q.     What city was that in?
20       A.     Miami.
21       Q.     What did you do at WPLG?
22       A.     I was a producer, mostly line
23   producer.
24       Q.     How long did you hold that
25   position?
```

```
                                          Page 24

 1                      J. WELLS
 2        A.      About a year.
 3        Q.      So we are like into 2005?
 4        A.      That's about right, yes.
 5        Q.      Where did you work after that?
 6        A.      I worked at WFOR which is the
 7   CBS owned and operated station in Miami.
 8        Q.      What was your title there?
 9        A.      Producer.
10        Q.      Did you work on any programs in
11   particular?
12        A.      I worked on many.  I came in to
13   revamp the morning show.  Once that was
14   done, I produced their 11:00 p.m. newscast.
15        Q.      What was your title when you
16   left?
17        A.      Producer.
18        Q.      Just producer, no like senior
19   producer?
20        A.      Just producer.
21        Q.      Would you say you were the top
22   producer on the 11:00 p.m. show?
23        A.      I was young.  I was the primary
24   line producer of the 11:00 p.m. show.
25        Q.      How long were you at that
```

Page 25

                        J. WELLS
1

2    station?

3         A.    About a year.  I would have to

4    really look at a resumé to get the dates

5    exactly right.  It was a long time ago.

6         Q.    What was your next role or job?

7         A.    I then went to WNYW.  It is a

8    FOX-owned and operated station in New York

9    City.

10        Q.    Was that around 2006?

11        A.    Yes.  That's correct.

12        Q.    What was your title at WNYW?

13        A.    Initially I was the weekend

14   producer.  Weekend evening producer to be

15   more precise.

16        Q.    Of the news program?

17        A.    Yes.

18        Q.    You said initially you were

19   there.  Did you have a different role at

20   some point?

21        A.    Eventually, I was weekday

22   producer.

23        Q.    That was the ten p.m. News?

24        A.    Yes.

25        Q.    You say you were the top

Page 26

1                    J. WELLS
2    producer on that show?
3         A.    There was also an executive
4    producer.  I was the top Writers Guild.
5    That's a union operation.  I was the top
6    Writers Guild producer of the ten p.m. News
7    at the time.
8         Q.    What did your job entail?
9         A.    Story selection, story
10   assignments, writing, talent management.
11        Q.    How long were you at WNYW?
12        A.    About two years.
13        Q.    When you were at WNYW, do you
14   know who your employer was?
15        A.    FOX Television Stations.
16        Q.    Was that the same employer you
17   had when you were at WTVT?
18        A.    Yes.
19        Q.    And you moved to New York City
20   for that job?
21        A.    Yes, I did.
22        Q.    Was that the first time you
23   lived in New York City?
24        A.    Yes, it was.
25        Q.    After those two years at WNYW,

Page 27

```
 1                    J. WELLS
 2   what did you do next?
 3        A.    I joined FOX News Channel which
 4   was in a different building on the other
 5   side of town here in New York.
 6        Q.    What role did you take on when
 7   you joined FOX News Channel?
 8        A.    As a producer in the
 9   programming department in prime time.
10        Q.    Were you assigned to any
11   particular shows?
12        A.    My primary assignment in prime
13   time was the Greta Van Susteren show which
14   was called On the Record With Greta Van
15   Susteren.
16        Q.    Why did you leave WNYW?
17        A.    Because I was offered a
18   position at FOX News Channel.
19        Q.    It was a better role?
20        A.    You're always dreaming starting
21   out of moving to New York and moving up in
22   the industry when you are younger.  And I
23   had an offer from FOX News and MSNBC, and I
24   decided to stay within FOX.  And I went to
25   FOX News Channel.
```

```
                                        Page 28
 1                   J. WELLS
 2      Q.    Do you remember who at FOX News
 3  Channel you interviewed with?
 4      A.    Yes.
 5      Q.    Who was that?
 6      A.    Suzanne Scott and Bill Shine.
 7      Q.    Do you recall what Ms. Scott's
 8  position was at the time?
 9      A.    She would have been either VP
10  or SVP of programming.
11      Q.    What about Mr. Shine?
12      A.    He was executive vice president
13  of programming.
14      Q.    Would you say Mr. Shine was the
15  top person in programming?
16      A.    At the time, yes.
17      Q.    And was Ms. Scott second in
18  command would you say?
19            MR. SUNSHINE:  Objection as to
20       form.
21      A.    Explain what you mean by second
22  in command.  Of what specifically?
23      Q.    Would you say she was the
24  second top person at programming?
25            MR. SUNSHINE:  Objection as to
```

```
                                        Page 29
 1                    J. WELLS
 2         form.
 3         Q.    Below Mr. Shine?
 4         A.    I would say the structure of
 5    the company -- any company changes over the
 6    years.  I wouldn't necessarily say that.
 7    She was one of his lieutenants.  She
 8    specifically oversaw the Greta Van Susteren
 9    show at the time.
10         Q.    And when you joined FOX News
11    Channel, what was your title in the
12    beginning?
13         A.    Producer.
14         Q.    How long did you work in that
15    position, I guess on the Greta Van Susteren
16    show as a producer?
17              MR. SUNSHINE:  Objection as to
18         form.
19              You can answer.
20         A.    It was a utility producer role
21    filling in whatever gaps were necessary.
22    My title changed maybe briefly over the
23    years on that program, but the job was
24    essentially very similar, so.
25         Q.    When did your title first
```

```
                                           Page 30
 1                    J. WELLS
 2   change and to what title?
 3        A.    I don't recall.
 4        Q.    What was your next title after
 5   the producer title?
 6        A.    I believe it was line producer.
 7        Q.    Did you have any other titles
 8   at the Greta Van Susteren show?
 9        A.    I was there eight years so --
10   seven years.  So more specifically, like
11   what timeline are you looking at?
12        Q.    By the time you left the show,
13   what was your title?
14        A.    Senior producer, executive
15   producer.  Actually, executive producer.
16        Q.    Were you the top producer on
17   the show?
18        A.    Second producer.
19        Q.    Who was the top producer?
20        A.    Meade, M-E-A-D-E, Cooper,
21   C-O-O-P-E-R.
22        Q.    It's a woman; right?
23        A.    Yes.
24        Q.    What was her title?  When you
25   were senior executive producer, what was
```

```
                                    Page 31
 1                   J. WELLS
 2    her title?
 3         A.    I was never senior executive
 4    produce of that show.  I was senior
 5    producer.  And then I had a contract that
 6    -- even though Greta had left, that was
 7    retro.  So technically, I was executive
 8    producer towards the very end.  Meade
 9    Cooper would have been vice president of
10    programming and then executive producer.
11         Q.    Was she in that position the
12    duration of time that you were working on
13    the Van Susteren show?
14         A.    Yes.
15         Q.    Would you say she was your
16    supervisor?
17         A.    Yes, I would.  My direct
18    supervisor.  Yes.
19         Q.    The duration of time you were
20    at the Van Susteren show?
21         A.    Yes.
22         Q.    Was there anyone else you
23    considered to be your supervisor during
24    that time period?
25         A.    I worked directly for Suzanne
```

Page 32

1                        J. WELLS

2    as well, but my direct report switched over

3    the years based on the contract between

4    Meade and Suzanne.

5         Q.    When you were on the Van

6    Susteren show, did you have a supervisory

7    position; did you have reports?

8         A.    No, not initially.  Not until

9    the very, very end.

10        Q.    So when you were senior

11   producer, you had direct reports?

12        A.    Yes.  That would have been

13   2014.  2014, 2015.

14        Q.    How many reports did you have?

15             MR. SUNSHINE:  Objection as to

16         form.

17        A.    I don't recall.  Under a dozen.

18        Q.    What positions would report up

19   to you?

20        A.    Junior level production

21   assistants.  I had no direct reports until

22   about 2014, 2015.  That's the first time I

23   had ever done a review for anyone, was

24   considered someone's boss.

25        Q.    So you left the Van Susteren

```
                                        Page 33
 1                    J. WELLS
 2    show around 2015?
 3         A.    The show was canceled, and she
 4    departed in 2016.
 5         Q.    And you worked on the show
 6    until it was canceled?
 7         A.    Yes.
 8         Q.    And did you remain at FOX after
 9    the show was canceled?
10         A.    I did, yes.
11         Q.    What did you do next?
12         A.    Became the executive producer
13    for a three-month period of the title On
14    the Record With Brit Hume.
15         Q.    That was a three-month long
16    program?
17         A.    Yes.  It was just a carryover
18    through the election until they figured out
19    what to do with Greta's previous time slot.
20              Brit was a well-known newsman
21    from ABC and FOX for many years.
22         Q.    Would you say you were the top
23    producer on that show?
24         A.    Yes.  There are many layers of
25    oversight within programming, very big
```

```
                                    Page 34
 1                   J. WELLS
 2    company.  But I would say I called the
 3    shots on what appeared on that program,
 4    yes.
 5         Q.    After the three months, what
 6    did you do next?
 7         A.    I launched Tucker Carlson
 8    Tonight.
 9         Q.    That's around 2017?
10         A.    That would have been the Monday
11    after Election Day in 2016.
12         Q.    And what was your title when
13    you launched the show?
14         A.    Executive producer.
15         Q.    Were you the top producer of
16    the show at the time?
17         A.    Yes.
18         Q.    How long did you hold that
19    title for that show?
20         A.    I always had an executive
21    producer title attached to my title for the
22    duration of my time at FOX from that point
23    forward.
24         Q.    Were any titles added to that
25    title?
```

```
                                          Page 35
 1                    J. WELLS
 2        A.    At some point I became senior
 3   executive producer of the program which was
 4   a new title at FOX at the time, and then I
 5   became senior executive producer of that
 6   program and vice president of Tucker
 7   Carlson digital products I believe at the
 8   very tail end.
 9        Q.    You held that position at
10   Tucker Carlson until when?
11              MR. SUNSHINE:   Objection as to
12         form.
13        A.    Until FOX chose to cancel the
14   programming in 2023, April.  April 23rd,
15   April 26th.
16        Q.    So you worked on The Tucker
17   Carlson Show for about seven years?
18        A.    Yes.  From inception until
19   cancellation.
20        Q.    Did you leave FOX after the
21   show was canceled?
22        A.    Yes.  FOX asked me to leave
23   without cause in April of 2023.
24        Q.    Did they tell you why they were
25   asking you to leave?
```

```
                                         Page 36
 1                    J. WELLS
 2       A.    I was asked to leave without
 3  cause.  They chose to make a different
 4  choice in the programming moving forward,
 5  and that's totally their prerogative.  So,
 6  you know, we parted ways.  I was very
 7  associated with that program which I had
 8  created.
 9       Q.    Did they say why they decided
10  to go in a different direction?
11       A.    No.  It happens all of the time
12  in television.  Seven years is a pretty
13  good long run.
14       Q.    Have you been employed since
15  you left FOX in April 2023?
16       A.    Briefly, yes.
17       Q.    Where were you employed
18  briefly?
19       A.    Well, I worked on my own not
20  under an employment contract of any kind,
21  and then I worked with Tucker for a year
22  period from when we left for exactly one
23  year, which was my commitment to him.
24       Q.    Was that for Tucker Carlson
25  Productions?
```

```
                                        Page 37
 1                  J. WELLS
 2       A.    There was no name to the
 3  company initially.  We were putting
 4  programming out on the X platform.
 5  Eventually it became a company known as
 6  Tucker Carlson Network.
 7       Q.    How much did you get paid in
 8  that position for Tucker Carlson Network
 9  and prior to that?
10       A.    I didn't take any compensation
11  for the first six months, and then -- I
12  don't remember what the pay package was.
13       Q.    When did you stop working for
14  Tucker Carlson?
15       A.    Exactly one year after that, so
16  it would have been April of 2024.
17       Q.    And prior to that is when you
18  established your two companies?
19       A.    That's when I established my
20  two companies.
21       Q.    April of 2024?
22       A.    Yes, yes.  If I previously said
23  April 2023, that's inaccurate.  It was
24  2024.  There are a lot of dates here.
25       Q.    I know.
```

```
                                        Page 38
 1              J. WELLS
 2              Any other sources of income
 3   since you left FOX besides Tucker, between
 4   Tucker and the two companies?
 5        A.    My companies would be the
 6   primary source.
 7        Q.    Nothing else, no other --
 8        A.    No.
 9        Q.    When you worked for FOX all
10   those years, did you have any second jobs
11   or do any other work?
12        A.    No.
13        Q.    Do you know what your net worth
14   is?
15        A.    I would have to ask my
16   accountant.
17        Q.    Have you had to disclose your
18   net worth in the last five years to anyone?
19              MR. SUNSHINE:  Objection as to
20         form.
21        A.    I'm sure, but I don't pretend
22   to be the money person.  I make creative
23   content.  I hire people to do that.
24        Q.    Have you applied for say any
25   kind of mortgages or credit lines in the
```

```
                                          Page 39
 1                    J. WELLS
 2   last five years that would have required
 3   you to disclose your net worth?
 4        A.    I mean the last home I bought
 5   was five years ago or whatnot, so I don't
 6   even remember what I was making five years
 7   ago or what forms I had to fill out.
 8        Q.    Nothing stands out that you can
 9   think of?
10        A.    No.  But for any questions if I
11   have a money request, I ask people.
12        Q.    I'm going to show you some
13   documents.
14             MR. RAHMAN:  Mark that Exhibit
15        1.
16             (Whereupon, the aforementioned
17        document was marked as Plaintiff's
18        Exhibit 1 for identification as of
19        this date by the Reporter.)
20        Q.    Mr. Wells, you have in front of
21   you Plaintiff's Exhibit 1, Exhibit 1.
22             Do you recognize this document?
23   You can look through it if you need to.
24        A.    As long as it's complete, it
25   appears to be the most recent Complaints as
```

```
                                        Page 40
 1                    J. WELLS
 2   long -- well, maybe it's our answers to the
 3   Complaint.  But yes, I do recognize it.
 4        Q.    At the first page it says,
 5   Defendant Justin Wells Responses to
 6   Plaintiff --
 7        A.    Yes, I see that.
 8        Q.    Is that your responses to the
 9   interrogatories that my firm asked?
10        A.    Yes.
11        Q.    If you flip to the
12   second-to-last page, page 15, is that your
13   signature?
14        A.    Yes.
15        Q.    You are verifying that what's
16   in here you believe are true?
17        A.    Everything here is true.
18        Q.    At the time, you signed it on
19   July 3, 2024 in Boca Grande?
20        A.    Yes.
21        Q.    You were living in the
22   apartment you have down there?
23        A.    Yes.  I spent all of last year
24   in Florida.
25        Q.    If you turn to page five,
```

```
                                          Page 41
 1                      J. WELLS
 2   interrogatory number two, if you can read
 3   that, it asks you to identify individuals
 4   with knowledge or information concerning
 5   the subject matter of this lawsuit, and
 6   then it goes on.
 7        A.    Yes, I see that.
 8        Q.    On the next page you identify,
 9   I think, seven people; right?
10        A.    Yes.
11        Q.    The third person is Mykel
12   McCarthy, right?
13        A.    Yes.
14        Q.    Who is that?
15        A.    Mykel McCarthy worked at the
16   affiliate news service at FOX known as Fox
17   News Edge the department that works with
18   the television stations, both the owned and
19   operated television stations of FOX and the
20   affiliates.
21        Q.    How long have you known him?
22             MR. SUNSHINE:   Objection as to
23        form.
24        A.    I first met Mykel down in
25   Miami.  Everyone in that media world in
```

```
                                    Page 42
 1                 J. WELLS
 2   Miami kind of knew each other.  And he was
 3   friends with some of the people at the FOX
 4   affiliate owned by a Sunbeam there, and I
 5   believe we met out in Miami at some point.
 6        Q.    Do you know what he was doing
 7   at the time?
 8        A.    He was working for the
 9   affiliate news service, FOX News Edge.
10        Q.    Do you know whether he lived in
11   Miami at the time?
12        A.    No.  He lived in New York.
13        Q.    And have you guys kept in
14   contact through the present?
15        A.    No.
16             MR. SUNSHINE:  Objection as to
17         form.
18        A.    We were not particularly close,
19   but --
20        Q.    When was the last time the two
21   of you communicated?
22        A.    Oh, boy.  Last time I would
23   have even spoken to him at all would have
24   been back when I was on Greta's program.  I
25   don't even remember when he left the
```

Page 43

1                    J. WELLS

2    company.

3         Q.    Do you have his phone number?

4         A.    I don't think so.  I don't

5    know.

6         Q.    Have you guys texted or emailed

7    since you left Greta's show?

8         A.    No.

9         Q.    Did you check like your text

10   messages and emails for communications with

11   him?

12        A.    No.

13        Q.    You didn't search for any?

14        A.    No.  I don't even think I had

15   an iPhone when I last talked to him.

16        Q.    You say that he likely has

17   knowledge concerning his interaction with

18   plaintiff during the time period at issue

19   in the lawsuit and plaintiff's employment

20   at FOX.  Why do you believe he interacted

21   with plaintiff?

22        A.    Well, he would have been a

23   supervisor, one of the supervisors of the

24   plaintiff.  And he was a manager at FOX

25   News which is the affiliate news service

```
                                    Page 44
 1                    J. WELLS
 2   which was down at the time in the basement
 3   level of the 1211 building.
 4        Q.    Since you have known
 5   Mr. McCarthy, has he held positions besides
 6   the role at FOX News Edge?
 7        A.    Not that I'm aware of.  He's
 8   always been in the affiliate department.
 9   All of the networks have kind of an
10   affiliate service that works with
11   affiliates.  ABC has ABC News One, CBS has
12   CBS News Path, NBC has NBC news channel,
13   FOX has something called FOX News Edge.
14   They deal squarely with the affiliate
15   stations, and they're owned and operated as
16   stations.
17        Q.    You said that FOX Edge was
18   located in the basement of, was it 1211
19   Avenue of the Americas?
20        A.    Yes.
21        Q.    Where did you work primarily,
22   what floor?
23        A.    I was on the 18th floor.
24        Q.    Did you ever speak to
25   Mr. McCarthy about Mr. Delancey?
```

```
 1                    J. WELLS
 2        A.     Not that I recall.
 3        Q.     Would you socialize with
 4   Mr. McCarthy when you were in New York?
 5        A.     Very rarely.  We were not
 6   particularly close.  We met in Miami.  If I
 7   saw him, it was a handful of times.
 8        Q.     Where you have seen him, would
 9   it be in the office or somewhere else?
10        A.     I never was in the basement
11   level at FOX.  You would have to go through
12   like three elevator banks to get there.  So
13   you know, I don't -- I -- I don't know if I
14   ever saw him in the building.  Maybe at a
15   couple of gatherings.  Company party,
16   colleague drinks make once.  I don't
17   remember specifically.  It would be less
18   than on one hand the number of times I saw
19   him in my 15, 16 years at FOX.
20        Q.     Would you communicate with him
21   for work purposes when you were working on
22   the Greta show?
23        A.     I didn't deal with FOX News
24   Edge at all.  The only time I dealt with
25   that department is when I worked with FOX
```

```
 1                    J. WELLS
 2   affiliates.  The programs at FOX don't deal
 3   with the affiliate news service.  They
 4   would deal with the assignment desk, and
 5   the assignment desk would pull in something
 6   from the affiliate news service if the
 7   request was pertaining to requesting
 8   something from an affiliate.
 9        Q.    What did you understand to be
10   Mr. McCarthy's role?
11        A.    He ran the affiliate news
12   service which, you know, or was one of the
13   supervisors.  I don't know who was the top
14   person there, but he ran a lot of the
15   operations.  And that meant overseeing the
16   team there and having deep relations with
17   some of the FOX stations around the
18   country.
19        Q.    When you say, "overseeing the
20   team," would the team include the
21   assignment desk?
22        A.    No.  The national and foreign
23   assignment desk would be entities of FOX
24   overall.  He oversaw FOX News Edge which
25   dealt squarely with affiliates.  So when I
```

Page 47

```
 1                    J. WELLS
 2  say that, only a dozen stations are owned
 3  by FOX.  There are an additional 250
 4  affiliates owned by different people, and
 5  they have a contract with FOX News Edge to
 6  provide them with news materials from FOX.
 7  It is a completely different entity.
 8       Q.    Were you familiar with the
 9  different positions of employees at FOX
10  News Edge?
11            MR. SUNSHINE:  Objection as to
12        form.
13       A.    I didn't know the way that FOX
14  News Edge operated other than some of my
15  experience when I worked at affiliate
16  stations in previous years.  That was not
17  part of anything that, you know, I dealt
18  with once I was an employee of FOX News
19  Channel.  Saying that I dealt with FOX News
20  Edge would be like saying I dealt with FOX
21  News radio.  Had nothing to do with prime
22  time or any program on the FOX News
23  Channel.
24       Q.    Would there be a reason for an
25  employee at the Greta Van Susteren show to
```

Page 48

```
 1                    J. WELLS
 2   interact with an employee at FOX Edge?
 3              MR. SUNSHINE:  Objection as to
 4        form.
 5        A.    Would there be a reason to
 6   interact --
 7        Q.    Yes.
 8        A.    -- as far as work reasons?
 9        Q.    Would there be a work reason
10   that you can think of as to why someone on
11   the Greta Van Susteren show would have to
12   interact with someone --
13        A.    No, unless you are friends on a
14   personal level, but there would be no
15   production overlap there whatsoever.
16        Q.    Did you ever interact when you
17   were on the Greta Van Susteren show with
18   any employee of FOX Edge?
19              MR. SUNSHINE:  Objection as to
20        form.
21        A.    Not that I recall.
22        Q.    Now when you were at FOX, you
23   had a FOX email address; correct?
24        A.    When I was at FOX News Channel?
25        Q.    Yes.
```

Page 49

```
                                Page 49
 1                    J. WELLS
 2       A.    Or FOX stations?
 3       Q.    FOX News Channel.
 4       A.    Yes, I did.
 5       Q.    What was that address?
 6       A.    Initially, it was Justin dot
 7   Wells at FOX News dot com.
 8       Q.    Did you have any other
 9   FOX-related email addresses at any point
10   during your career?
11       A.    More recently in very recent
12   history I believe all of the emails address
13   converted to FOX dot com.
14       Q.    Did you have a FOX email
15   address when you were working at the TV
16   stations?
17       A.    Yes.
18       Q.    Was it the same one you had
19   when you were at FOX News Channel?
20       A.    No, because they are a
21   completely different entity.  Then they
22   were even more separated.  It would have
23   been Justin dot Wells at FOX TV dot com.
24       Q.    Did you have access to the FOX
25   TV dot com account after you went to FOX
```

```
                                    Page 50
 1                  J. WELLS
 2   News Channel?
 3        A.    No.  It is a company with a
 4   separate CEO, separate CTO, separate
 5   corporate structure.
 6        Q.    Was there also an internal
 7   messaging system at FOX when you were
 8   working on the Greta Van Susteren show?
 9        A.    Internal messages --
10        Q.    That you can communicate
11   directly with employees at FOX News Channel
12   or FOX News.
13        A.    If somebody was not -- I
14   wouldn't say everyone at FOX News; but if
15   somebody was in the production of a show at
16   FOX News or any network, there is a program
17   called I News that has a little thing that
18   has TopLine on the top of it, and 90
19   percent of the TV stations around the
20   country use that program which is designed
21   by a company called Avid.  It used to be
22   called Avstar, A-V-S-T-A-R.
23        Q.    Would you ever use TopLine?
24        A.    Of course.  There is no one in
25   production of television news that's on
```

1                    J. WELLS
2    that program that doesn't use TopLine.
3         Q.    Did you ever communicate with
4    Mr. Delancey through TopLine?
5         A.    Not that I recall specifically.
6         Q.    Did you ever communicate with
7    any FOX Edge employee through TopLine?
8         A.    Not that I recall at the time I
9    was at FOX News Channel.  I mean when I was
10   at the FOX TV station, I'm sure I did
11   communicate at some point with employees at
12   FOX Edge.
13        Q.    But you can't recall an
14   instance when you were at FOX News Channel
15   where you TopLine messaged with someone at
16   FOX Edge?
17        A.    No.
18        Q.    Going back, you said there
19   would be times where you would see
20   Mr. McCarthy.  Would it typically be at
21   bars that you would see him when you ran
22   into him?
23             MR. SUNSHINE:  Objection.
24             Misstates his testimony.
25        A.    As I said, I maybe recall

```
                                          Page 52
 1                    J. WELLS
 2   seeing him a handful of times.  Yes, I
 3   think, I was 26, 27.  So yes, it would
 4   probably be at a bar.
 5        Q.    I'm talking about when you were
 6   in New York would you say there were times
 7   when you and him met each other at bars in
 8   New York City.
 9              MR. SUNSHINE:  Objection as to
10         form.
11        A.    I believe I ran into him a
12   couple of times when I was with a group of
13   people, yes.
14        Q.    Group of employees of FOX or --
15              MR. SUNSHINE:  Objection as to
16         form.
17              Calls for speculation.
18        A.    I don't recall who was there.
19   I just know I ran into him a couple of
20   times.
21        Q.    Do you recall what bars you ran
22   into him at?
23        A.    I don't.  They are probably out
24   of business by now.
25        Q.    You don't recall a bar named
```

Page 53

```
 1                    J. WELLS
 2   Rosie's?
 3        A.    I think there was a pub called
 4   Rosie O'Grady's that maybe some FOX people
 5   used to go to.
 6        Q.    Did you ever go there?
 7        A.    I don't think I went there more
 8   than four times.  Wasn't my watering hole.
 9        Q.    Do you know if Mr. McCarthy
10   went to that bar?
11        A.    What's that?
12        Q.    Do you know whether
13   Mr. McCarthy ever went to that bar?
14        A.    There were a couple of like
15   Irish pubs at the time in that part of town
16   that don't exist anymore, and different
17   people at FOX and NBC went to a couple of
18   the different Irish pubs.
19        Q.    But you don't know whether
20   McCarthy went to Rosie's?
21        A.    I have no clue.
22        Q.    Number four here, you mentioned
23   Suzanne Scott --
24        A.    Yes.
25        Q.    -- who likely has knowledge
```

Page 54

```
 1                    J. WELLS
 2   concerning your employment at FOX.  And you
 3   mentioned that she's someone who
 4   interviewed you; right?  What else would
 5   she know about your job at FOX?
 6                  MR. SUNSHINE:  Objection as to
 7            form.
 8                  Calls for speculation.
 9        Q.    What do you believe?
10        A.    I mean she knew I was a young
11   producer that had worked in local news and,
12   you know, at the time period at issue or
13   whatnot, you know, I was a young producer
14   that she hired.  And she would know what my
15   responsibilities were and what departments
16   I worked with.
17        Q.    Number seven is someone named
18   Oswaldo Martinez.  Do you see that?
19        A.    Yes.
20        Q.    It says Martinez likely has
21   knowledge concerning plaintiff's candidacy
22   for a position at NBC during the time
23   period at issue of the lawsuit?
24        A.    Yes.
25        Q.    What are you referring to?
```

```
                                              Page 55
 1                    J. WELLS
 2          A.     Oswaldo, Ozzie who I worked
 3    with in Miami previously, when Mr. Delancey
 4    complained about not making enough money in
 5    New York to survive, I handed his resume'
 6    to Ozzie for a local news position here
 7    which is a union job which would probably
 8    pay better.
 9          Q.     Is it at NBC?
10          A.     WNBC.
11          Q.     You said you gave Mr. Martinez
12    a copy of Mr. Delancey's resume'?
13          A.     Yes.  I believe so.
14          Q.     And what did you say to
15    Mr. Martinez when you gave him the resume'?
16          A.     I don't recall specifics other
17    than what I would normally say is I've not
18    worked with this person directly but they
19    have moved from Florida to New York, as had
20    Ozzie a couple of years prior, you might
21    want to talk to him.
22          Q.     Did you know whether
23    Mr. Martinez was looking to hire anyone at
24    WNBC?
25          A.     They had some change over in
```

Page 56

```
 1                    J. WELLS
 2    management, so they were looking for
 3    producers and writers.
 4          Q.    How did you know that?
 5          A.    Because Ozzie had told me they
 6    were looking for people, good people.
 7          Q.    Did you ask him whether they
 8    were, or did he volunteer that to you?
 9          A.    He volunteered that.  He had
10    come in in a senior role, and he said I'm
11    looking for great people, you know.  And he
12    also worked in Miami, and people that work
13    in some of those Florida markets sometimes
14    have a little more pizazz to their
15    producing than other parts of the country.
16          Q.    Do you know when he joined
17    WNBC?
18          A.    I don't recall.  So long ago.
19          Q.    Was it close to the time in
20    which you gave him Delancey's resume'?
21          A.    Perhaps.  I had helped Ozzie to
22    move up here, given him some advice, also
23    somebody else from Florida that wanted to
24    move to New York to a bigger market.
25          Q.    Did you tell Mr. Martinez
```

Page 57

```
 1                    J. WELLS
 2   anything positive about Mr. Delancey?
 3        A.    I said he is from Florida, he
 4   worked at some TV stations I also worked
 5   at, here you go.  That would be the
 6   context.
 7               I never worked with Delancey,
 8   so I couldn't endorse his work.  I don't
 9   recall the specific conversation.  But what
10   I do know is consistent with how I've
11   always given referrals, if I don't work
12   with someone directly and it's just a favor
13   or friendly, you know, connection, I am
14   very specific in saying I've never worked
15   with this person but they might have the
16   criteria you are looking for.
17        Q.    So you suggested to him that he
18   should interview Mr. Delancey?
19               MR. SUNSHINE:  Objection.
20               Asked and answered.
21        A.    I gave him the resume'.  I
22   don't recall the specific conversation.
23        Q.    Do you recall how you gave him
24   the resume'; did you hand it to him, email
25   it to him?
```

```
                                        Page 58
 1                    J. WELLS
 2              MR. SUNSHINE:  Asked and
 3         answered.
 4              Objection.
 5         A.    I would assume I would have
 6    emailed it.
 7         Q.    Did you email it through your
 8    FOX email account or through your personal
 9    email account?
10         A.    I have no idea.
11         Q.    Have you searched through your
12    personal email accounts to see if you can
13    find an email in which you sent the resume'
14    to Mr. Martinez?
15         A.    I had a different personal
16    email at that time.  It was tied to my
17    domain name which I no longer use, and I
18    wouldn't have anything from that time
19    period.
20         Q.    At the time, what was your
21    personal email address?
22         A.    It was Justin at Justin Wells
23    dot com.
24         Q.    What year was this
25    approximately?
```

Page 59

                        J. WELLS

1

2        A.    I don't know.  It would have

3   been at the time, you know, the dates

4   surrounding this time period.

5        Q.    Around 2008?

6        A.    I suppose.

7        Q.    When did you lose access to

8   that email account?

9        A.    I haven't used that in a

10   decade.

11        Q.    But can you use it I'm asking

12   you.

13        A.    No.  I have shut it down.

14        Q.    When did you shut it down?

15        A.    I believe a decade ago.  It is

16   a defunct website.  I don't even update the

17   website.  I haven't used it in ages.  Gmail

18   is easier.  I was getting spam.  It was

19   impossible, so I switched.

20        Q.    If you wanted to retrieve

21   emails from that email account, what would

22   you do?

23        A.    It's gone.  I don't pay for it.

24        Q.    Do you know for a fact that

25   it's gone?

```
                                      Page 60

 1                    J. WELLS

 2              MR. SUNSHINE:  Objection as to

 3         form.

 4         A.    The company that I used for it

 5    is bankrupt.  Yes, I'm quite confident it's

 6    gone.

 7         Q.    What company was that?

 8         A.    I think it was called Name Zero

 9    was the domain name I believe.

10         Q.    So you had a website called

11    Justin Wells dot com?

12         A.    Yes, that would have been my

13    personal email.

14         Q.    Does that website still appear

15    if you typed that address in?

16         A.    As I said before, there is an

17    updated website.  I think the website was

18    updated four years ago or something, but it

19    says I still work at FOX News which I

20    haven't in years.  So it's not something

21    I've had time to manage.

22         Q.    But you would be able to update

23    that website if you wanted to; right?

24         A.    If I hired someone or decided

25    to update the website, I could.  I hung
```

Page 61

```
 1                    J. WELLS
 2   onto the domain name, yes.
 3        Q.    But you are saying you wouldn't
 4   be able to access the email account
 5   associated with that domain name?
 6        A.    I am the registrar of the
 7   domain.  I don't pay for any hosting
 8   services and haven't for years
 9   particularly, for the email service.
10        Q.    Other than Mr. Martinez, was
11   there anyone else at WNBC that you spoke to
12   concerning Mr. Delancey?
13             MR. SUNSHINE:  Objection as
14        form.
15        A.    Not that I recall.
16             MR. SUNSHINE:  Are you
17        referring to a specific time period?
18             MR. RAHMAN:  In relation to
19        when you gave him the resume' of
20        Mr. Delancey, I'm talking about
21        around that time.
22        Q.    Was there anyone else at WNBC
23   who you spoke to concerning Mr. Delancey?
24        A.    No.  It was a simple here is
25   this guy's resume'.  That's it.  That's all
```

```
 1                J. WELLS
 2    I recall about it.  It was not that
 3    memorable.
 4         Q.    After you handed the resume' to
 5    Mr. Martinez or sent it to him, did you
 6    have any subsequent discussions with
 7    Mr. Martinez concerning Mr. Delancey?
 8         A.    The only thing I recall is him
 9    saying, "Never send me a candidate like
10    that again."
11         Q.    Do you recall what you said?
12         A.    I said, "Oh, okay."  And he
13    just said he bombed the interview.  I don't
14    recall any other details.
15         Q.    He used the word "bombed"?
16         A.    He said he was like the worst
17    interview, something to that effect.
18         Q.    Did he say why it was the worst
19    interview?
20         A.    No.  I don't recall the
21    details.
22         Q.    Did you ask him why it was the
23    worst interview?
24               MR. SUNSHINE:  Objection to
25         form.
```

```
1                    J. WELLS
2       A.     No.
3       Q.     Wouldn't you want to know why
4  it was the worst interview?
5              MR. SUNSHINE:  He has answered
6        the question.
7       A.    I didn't think twice about it.
8  I was a little embarrassed that I handed
9  over the resume'.
10      Q.     Did he say anything about the
11 interview?
12      A.     I don't recall any details.
13      Q.     Did he say where it took place?
14      A.     No.
15      Q.     Did he say who was at the
16 interview?
17      A.     He did not.
18      Q.     How did the two of you come to
19 be discussing the interview?
20      A.     All that I recall is that he
21 offhand mentioned that he was a terrible
22 candidate.
23      Q.     You said, "offhand."  What does
24 that mean?
25      A.     It was not a memorable
```

Page 64

```
 1                   J. WELLS
 2   conversation.
 3        Q.    Well --
 4        A.    It wasn't like a key part of a
 5   conversation.  It was not anything --
 6        Q.    In relation to when you gave
 7   him the resume', when did you have this
 8   conversation about the interview?
 9        A.    I have no idea.
10        Q.    How much time passed?
11              MR. SUNSHINE:  Objection.
12              Asked and answered.
13        A.    I have no idea.
14        Q.    Was it within a few weeks of
15   that happening?
16              MR. SUNSHINE:  Asked and
17          answered.
18        A.    I don't know.
19        Q.    Could it have been years after?
20        A.    I don't recall.  I don't
21   believe so, but I don't recall.
22        Q.    Did you ever tell Mr. Delancey
23   what Mr. Martinez said to you about the
24   interview?
25        A.    I don't recall.
```

```
                                        Page 65
 1                   J. WELLS
 2        Q.    Did you say sorry to
 3   Mr. Martinez?
 4        A.    I probably just wanted to move
 5   on.  I don't recall any further
 6   conversation.
 7        Q.    Did you ever give any other
 8   employer the resume' of someone that you
 9   knew for a possible interview?
10        A.    Have I ever shared resumes's?
11        Q.    Yes, with any other --
12        A.    Dozens of times, hundreds of
13   times.  I've been in the business for 25
14   years.
15        Q.    Has anyone ever told you that
16   the person whose resume' you sent bombed
17   the resume'?
18             MR. SUNSHINE:  Martinez.
19        Objection as to form.
20        A.    Yeah, of course.  I mean if you
21   are friends with someone and you send them
22   somebody that's not a great candidate, yes,
23   they'll say I'm not hiring that person.
24   It's not, you know, would not be abnormal.
25        Q.    So others have told you that
```

Page 66

```
 1                    J. WELLS
 2   this was the worst interview that I have
 3   ever had?
 4              MR. SUNSHINE:  Misstates his
 5         testimony.
 6         A.    As I said, I recall him saying
 7   it was awful.  I can't recall a
 8   conversation from that long ago, the exact
 9   words used.
10         Q.    Your testimony is that you
11   didn't ask him why?
12         A.    I did not.  As far as -- I
13   don't recall any further part of that
14   conversation.
15         Q.    Did you speak --
16         A.    As I don't recall the
17   conversation, I have had about hundreds of
18   other candidates that I possibly sent
19   resume's off.
20         Q.    But you recall that he said it
21   was awful; right?
22         A.    I recall that he was not happy
23   with the interview.
24         Q.    Was he not happy, or did he say
25   it was the worst interview of all times?
```

Page 67

```
 1                  J. WELLS
 2           MR. SUNSHINE:  Objection as to
 3       form.
 4       A.    As I said, I don't know the
 5   specific words.  What I'm saying, I just
 6   remember he was not happy with the
 7   interview.
 8       Q.    Again, did he say that or was
 9   that your impression?
10           MR. SUNSHINE:  Objection as to
11       form.
12       A.    All I know is it was a very
13   brief conversation and I'm sure I was
14   embarrassed that I had wasted someone's
15   time.
16       Q.    But you didn't bother following
17   up with Mr. Delancey to find out what
18   happened?
19           MR. SUNSHINE:  Objection to
20       form.
21       A.    It was not something that was
22   memorable or something that I would have
23   cared about.
24       Q.    You would have cared what
25   Mr. Martinez thought of you; right?
```

Page 68

```
 1                    J. WELLS
 2             MR. SUNSHINE:  Objection as to
 3       form.
 4        A.    But I wouldn't ask further
 5   questions.  I would move on.
 6        Q.    Does he still work at WNBC,
 7   Mr. Martinez?
 8        A.    I believe he is part of NBC
 9   Universal but he is not at WNBC or other TV
10   station group.
11        Q.    When was the last time you
12   spoke to him?
13        A.    We speak around the holidays
14   and stuff like that.  Probably Christmas,
15   something like that would be my guess.
16        Q.    How do you guys communicate?
17        A.    We talk on the phone a couple
18   of times a year.
19        Q.    Do you have his phone number?
20        A.    Of course.
21        Q.    It says your contact
22   information is unknown.  Is that not true?
23        A.    I don't have his business
24   email.  I don't know where he lives.  If I
25   needed to call Ozzie, I could call him.
```

Page 69

                        J. WELLS
1
2        Q.    I'm going to ask for his phone
3   number.  We'll follow up in writing with
4   your counsel.
5              MR. SUNSHINE:  We'll disclose
6         his phone number.
7        Q.    Page eight, interrogatory
8   number four, identify the person from whom
9   you obtained the statements, et cetera,
10  about this action.  You said there is no
11  such persons.  Is that still true?
12       A.    No such persons regarding what?
13       Q.    Whom you have obtained the
14  statement or affidavit concerning this
15  lawsuit.
16       A.    That is true, yes.  As far as I
17  know, yes.
18       Q.    Next page asks you to identify
19  your phone numbers, emails, social media
20  accounts, et cetera.  You identified Justin
21  B Wells at Gmail dot com?
22       A.    Yes.
23       Q.    Any other email account that
24  you have?
25       A.    No.

Page 70

```
 1                    J. WELLS
 2        Q.    Is that your phone number?
 3        A.    Yes.  That's my cell.
 4        Q.    Any other phone numbers that
 5   you have?
 6        A.    No.
 7        Q.    And those are all your social
 8   media accounts?
 9        A.    Yes.
10        Q.    You don't have TikTok or
11   anything like that?
12        A.    I don't believe I have TikTok.
13   I don't think I have an actual account.  I
14   can view stuff, but I don't post or have an
15   account there.
16        Q.    Did you go through your social
17   media accounts to see if you had any
18   relevant communications about this case or
19   about Mr. Delancey in them?
20        A.    Yes.  Absolutely.
21        Q.    Did you find any?
22        A.    Everything I was able to find I
23   provided to my attorney which had been
24   provided here.
25        Q.    I've seen one Facebook exchange
```

Page 71

```
 1                    J. WELLS
 2   between you and Mr. Delancey.  Is there
 3   anything else that you found?
 4        A.    It would be anything that was
 5   provided.  I'm not sure if there was only
 6   one exchange.  I don't recall exactly what
 7   was provided offhand without my notes, but
 8   anything that was found was provided.
 9        Q.    And you searched Justin B Wells
10   at Gmail dot com for relevant
11   communications?
12        A.    Yes.
13        Q.    Did you find any?
14        A.    No.
15        Q.    How did you search through your
16   email account?
17        A.    I just searched the name and,
18   there was nothing.  It just doesn't go back
19   that far in time.
20        Q.    When does it go back to?
21        A.    I would have to look.  I don't
22   know.
23        Q.    Not that far back?
24        A.    No.
25        Q.    The next interrogatory, number
```

Page 72

```
 1                    J. WELLS
 2    six, says identify each sources of
 3    electronically-stored information for which
 4    you deleted, erased, or caused to be
 5    deleted or erased, et cetera.  And then on
 6    the next page you identify a Sony Vaio
 7    computer which you no longer have?
 8         A.    Yes.
 9         Q.    Was that your primary computer
10    around 2008?
11         A.    Yes.
12         Q.    Did you have any other laptops,
13    computers around that time?
14         A.    I had that, and I had a
15    FOX-issued BlackBerry and Sony Vaio which
16    no longer exists.
17         Q.    Would you use BlackBerry
18    messenger to communicate with people?
19         A.    I did.  I think anyone who had
20    a BlackBerry used BBM as it was called at
21    that time.
22         Q.    Do you know if you communicated
23    through BBM with Mr. Delancey?
24         A.    I don't recall.  I don't have
25    the device to look at.
```

Page 73

```
 1                    J. WELLS
 2        Q.    That was a FOX-issued
 3   BlackBerry or personal?
 4        A.    It was FOX issued, yes.
 5        Q.    And you gave it back to FOX or
 6   no?
 7        A.    I don't remember.  It had a
 8   wheel on it, big keyboard.
 9        Q.    Do you still have it?
10        A.    No.
11        Q.    You searched for it?
12        A.    I don't have a phone from 20
13   years ago, no.  I don't even have a phone
14   from two years ago.  I don't even have a
15   phone from eight months ago.
16        Q.    Is this a FOX-issued phone
17   number that you had, 347?
18        A.    Yes.
19        Q.    Is that a FOX phone number?
20        A.    Yes.  It had a black and white
21   screen too.
22        Q.    Number seven, page 11 says to
23   identify any former or current coworkers
24   that accused you of misconduct of any kind.
25   You've identified Abby Grossberg; right?
```

```
                                        Page 74
 1                    J. WELLS
 2         A.    Yes.
 3               MR. SUNSHINE:  Counsel, or
 4          violations of employer policies is
 5           what it asks for.
 6               MR. RAHMAN:  Correct.  It goes
 7          on beyond what I said.
 8         Q.    And that's the only person that
 9    you identified.  Is there anybody else that
10    would fall under this category?
11         A.    In 25 years in television,
12    nobody else other than Abby Grossberg and
13    Andy Delancey have accused me of anything.
14    Both are your clients.
15         Q.    You say on page 12 to the best
16    of your knowledge no other current or
17    former coworkers have accused you of any
18    kind of misconduct?
19         A.    Where is this?
20         Q.    On page 12 at the top.  That's,
21    you say, to the best of your knowledge;
22    right?
23         A.    Yes.
24         Q.    So it is possible there were
25    other --
```

Page 75

1                    J. WELLS

2              MR. SUNSHINE:  Objection as to

3         form.

4         A.    I'm not aware of that ever

5    happening.  You can ask FOX, but I've never

6    been called in or accused of any kind of

7    harassment of any kind.

8         Q.    At FOX News?

9         A.    At FOX News or any TV station I

10   worked at.

11        Q.    At WNYW?

12        A.    Absolutely.

13        Q.    And the next, number eight,

14   identify any individual that has accused

15   you of rape, assault, and it goes on.  And

16   you identified plaintiff as the only

17   individual who has accused you of assault?

18        A.    Correct.

19        Q.    There is nobody else that has

20   ever accused you of assault or

21   nonconsensual touching?

22        A.    Absolutely not.

23              MR. SUNSHINE:  Off the record.

24              (Whereupon, an off the record

25         discussion was held.)

Page 76

```
 1                    J. WELLS
 2              (Whereupon, the aforementioned
 3         document was marked as Plaintiff's
 4         Exhibit 2 for identification as of
 5         this date by the Reporter.)
 6         Q.    I have in front of you Exhibit
 7    2.
 8              MR. RAHMAN:  For the record, it
 9         is Bates stamped Wells one through
10         Wells 15.
11         Q.    Do you know what this document
12    is?
13         A.    Yes.  I believe it is a
14    Facebook conversation between Mr. Delancey
15    and myself.  Just double-checking, but I
16    believe it's -- yeah, I believe it's the
17    whole thread there.
18         Q.    This was something that you
19    produced; right?
20         A.    I did, I produced it.  He may
21    have it as well.  But I produced it, yes.
22         Q.    On the first page there is a
23    message dated August 3, 2007?
24         A.    Uh-huh.
25         Q.    That's from you, correct, that
```

Page 77

```
 1                    J. WELLS
 2   message?
 3        A.    It appears to be.
 4        Q.    You say you used to work at FOX
 5   13 several years ago.  Which station was
 6   that?
 7        A.    It was WTVT.
 8        Q.    And you asked if that's where
 9   Mr. Delancey worked at that time?
10        A.    Yes.
11        Q.    You said, "group up in the
12   area," but you meant grew up in the area?
13        A.    Yes.
14        Q.    Then moved to Miami.  You told
15   him you were the top ten producer on FOX
16   Five New York City; right?
17        A.    Yes.
18        Q.    And that you saw him in the FOX
19   TV group?
20        A.    Yes.
21        Q.    What is FOX TV group?
22        A.    I don't recall how Facebook
23   even worked then.  I think you used to have
24   things called walls and other timelines.  I
25   don't recall, but I think there was a group
```

```
 1                    J. WELLS
 2    where a bunch of people in the FOX TV
 3    stations group or whatever which I was an
 4    alumnus of which -- yeah, at the time I was
 5    working at the FOX TV stations group, so
 6    yeah.
 7         Q.    At that time, were you the top
 8    producer on the FOX Five ten p.m. News
 9    show?
10         A.    I was the line producer.  I was
11    not the executive producer.
12         Q.    Who was that at the time?
13         A.    I don't recall.  It switched a
14    few times.
15         Q.    Was that who you reported to?
16         A.    I think I reported to the
17    assistant news director.  I don't recall
18    the specifics of it, but producers that
19    wrote content there because it was a union
20    operation.  There was a contract as to how
21    that worked.  It wasn't a normal reporting
22    structure.  It's based on the Writers Guild
23    of America contract.
24         Q.    You wrote that you are the
25    producer?
```

Page 79

J. WELLS

1

2      A.    Yes.  In local news you usually

3  have one person that's a line producer of a

4  show, and then you have a bunch of writers

5  that write for all of the shows.  If you

6  have a line producer of a show, there is

7  usually one for every newscast in the

8  country for different time slots.  And then

9  the writers, you know, the writers write

10  stuff for the 6:00 p.m. news.  And once

11  they are done with that, they work on the

12  ten p.m. news.  So there's an executive

13  producer in larger markets as there was at

14  WNYW that would oversee either a single

15  broadcast or a couple of them.

16      Q.    But is that accurate that you

17  were the only producer on that show?

18            MR. SUNSHINE:  Objection as to

19       form.

20            He just said there was an

21        executive producer.

22      Q.    That wouldn't be accurate, that

23  you are the producer?

24      A.    I was the only person on that

25  show with the title producer.

Page 80

```
 1                    J. WELLS
 2      Q.    But there were other producers
 3   on the show; right?
 4            MR. SUNSHINE:  Objection as to
 5        form.
 6            Asked and answered.
 7      A.    You have an executive producer.
 8   You might have a segment producer that pops
 9   in.  You might have a writer that pops in.
10   But I was working the ten p.m. show, so I
11   would have -- yeah.
12      Q.    Would it be more accurate to
13   say I'm a producer on the show?
14            MR. SUNSHINE:  Objection as to
15        form.
16      A.    No.  You are usually associated
17   with your time slot in local news.  If you
18   are in Atlanta, you're like I'm the noon
19   producer, I'm the ten p.m.  It's shorthand
20   because usually there's one line producer
21   per show, the person in the control room,
22   but there are a lot of producers working on
23   it.  So if you are the noon producer or the
24   ten p.m. producer, you are, you know, there
25   are executive producers that oversee
```

Page 81

1                    J. WELLS
2    things.  But that's how you, in shorthand,
3    tell people what your shift is.  That's how
4    you explain your responsibilities, what
5    type of newscast you produce.
6              I'm -- if I said I'm the
7    morning producer, that means I produce a
8    show where anchors drink coffee and stuff
9    in a more casual format.  It's nothing
10   really relevant to the word.
11        Q.    Do you think someone reading
12   this might interpret this as saying that
13   you are the top producer on that show?
14              MR. SUNSHINE:  Objection as to
15         form.
16              Calls for speculation.
17        A.    I don't think so.  I think
18   that's pretty casual.
19        Q.    You said it caught my eye when
20   you saw him in the FOX TV group.  What did
21   you mean?
22        A.    I don't know what was said in
23   the FOX TV group.  Unfortunately, I
24   couldn't produce that information, so I
25   don't know what posts led to a private

Page 82

                    J. WELLS

1
2    conversation that I was able to find.  But
3    as I stated there, he worked at a place
4    where I grew up, had my first job in TV
5    when I was 17 and, you know I don't know
6    what was stated in that group.  I don't
7    know what specifically caught my eye.
8         Q.    Were you referring to
9    his looks, the way he looked?
10        A.    No.
11        Q.    Was this -- is this you telling
12   him that you thought he was attractive?
13             MR. SUNSHINE:  Objection as to
14        form.
15             Asked and answered.
16        A.    I don't recall what --
17             MR. SUNSHINE:  Let's take a
18        break.
19             (At 11:25 a.m., a recess was
20        taken.
21             At 12:17 p.m., the deposition
22        resumed.)
23        Q.    Mr. Wells, we are back from a
24   break.  I asked you earlier today if you
25   spoke to anybody about this case, and you

Page 83

```
 1                J. WELLS
 2  said no other than counsel.  Did you speak
 3  about this case to Mr. Carlson?
 4       A.    I mean he saw the press
 5  reports.  Nothing specifically about the
 6  case other than the press.  And I believe
 7  he gave a quote to the New York Times and
 8  some other papers.
 9       Q.    Do you recall what that quote
10  was?
11       A.    I don't specifically.  I'm sure
12  we can find it.  It's published.
13       Q.    Did he indicate in that quote
14  that he didn't believe Mr. Delancey?
15       A.    I don't know what he was
16  attempting to indicate other than I believe
17  he said if you were the victim of sexual
18  assault you should call the police, if
19  somebody comes forward with a claim many
20  years later such as this, you know, I would
21  have a hard time believing it, something to
22  that effect.
23       Q.    Did you tell him whether or not
24  the allegations occurred?
25       A.    I don't recall.
```

```
                                        Page 84
 1                    J. WELLS
 2        Q.    Did he ask you if they were
 3   true?
 4        A.    I don't recall.
 5        Q.    Other than Carlson, was there
 6   anybody else that you spoke to about this
 7   case?
 8        A.    I spoke to my husband about it.
 9        Q.    Anybody else besides your
10   husband and counsel?
11        A.    Not really, no.
12        Q.    Now, in terms of the FOX Five
13   show that you worked on in 2007, the
14   executive producer on that show, would you
15   agree that's more of a management position
16   than a production position?
17        A.    Explain what mean by that, I'm
18   sorry.
19        Q.    Essentially, is it a management
20   role more so than a producer role?
21        A.    I wouldn't say that.  They are
22   involved in the production meetings.  At
23   that particular TV station, unlike anywhere
24   else I worked in my career, it is a union
25   shop.  So there is some delineation among
```

Page 85

1                    J. WELLS
2    what tasks can be done.  So an executive
3    producer is not allowed to write script
4    copy because they are not part of the
5    Writers Guild.
6              But as far as producing the
7    show and the content and assigning stories
8    to reporters, the executive producer would
9    have final say.
10             If I wanted something for my
11   10:00 show and another producer wanted it
12   for the 5:00 show, the executive producer
13   would be the tiebreaker per se.  So they
14   are involved in production.  They are not
15   just managing people.
16        Q.    Would you agree that at the
17   time the news program at ten p.m. was the
18   most important show on WNYW?
19        A.    That's debatable.  Around that
20   period of time I would say the most
21   important programs were the ten p.m. show
22   and then the morning show.  There has been
23   a change in the industry to morning
24   programming being equally, if not more
25   important.  It is a bigger money maker for

Page 86

1                    J. WELLS

2   than World News Tonight for ABC for

3   example.  That was definitely happening in

4   local news.

5            I wouldn't say -- at that time,

6   the ten p.m. anchor was actually reassigned

7   to the morning show.  So by the nature of

8   that, I would say that the ten p.m. show

9   would not be necessarily the most important

10  show.  Rosanna Scotto was transferred from

11  ten p.m. news to Good Day New York around

12  that time.

13      Q.    Turning back to Exhibit 2, it

14  should be in front of you.

15      A.    Yes.

16      Q.    You say in your message on page

17  one, "Say hi to Scott Jones for me if you

18  ever see him around."  Who is Scott Jones?

19      A.    Scott Jones, I don't know what

20  his title was at the time, whether he is

21  executive producer at WTVT or assistant

22  news director at WTVT.  But when I was 16,

23  17 when starting in the industry and I

24  started there, he was like one of the first

25  great producers I witnessed doing things;

Page 87

                    J. WELLS
1
2    and I learned a lot just watching how he
3    produced the show.  When I was there, he
4    was the ten p.m. producer at WTVT back in
5    2000, 2001.
6         Q.    And did you guys keep in
7    contact?
8         A.    Occasionally, not a lot.
9         Q.    By then, Mr. Jones had a top
10   position at the station?
11        A.    I don't know if I would say --
12   he had a high-ranking position in the news
13   division at the station.
14             Local TV stations are a little
15   bit different.  He wasn't a general manager
16   or vice president of the station or a
17   person under that.  He was -- I don't know
18   if he was under the news director, under
19   assistant news director as well.  I don't
20   remember.  I wasn't there at the time.  I
21   don't remember where he fell in the
22   apparatus.  I believe there have been
23   several transitions since then with the
24   news director.  And Scott Jones has
25   remained in the same position.  He's never

```
 1                    J. WELLS
 2    been elevated to news director, for
 3    example, there.
 4          Q.    Why did you tell Mr. Delancey
 5    that you knew Mr. Jones?
 6          A.    Seemed like somebody in common,
 7    you know.  I mean I don't know.
 8          Q.    And then you say, "I worked
 9    with Hannah in Miami."  Who was that?
10          A.    I don't remember Hannah that
11    well, but I believe we both worked at WPLG
12    at the same time and she was a producer at
13    WTVT.  You are starting out young in the
14    industry, and you work at all these local
15    TV stations.  I worked at five local TV
16    stations, five in the Florida market at a
17    period when there were four hurricanes a
18    year.  And it is a pretty tight-knit group
19    of people.  Sometimes people bop around.
20    It is a big state.  Sometimes things happen
21    in California some of the larger states
22    where there is a larger TV market, so you
23    tend to know people that worked at
24    different places.  So I mean it's just
25    networking, camaraderie.
```

```
                                            Page 89
  1                    J. WELLS
  2        Q.     What was her full name?
  3        A.     I don't remember.  She's been
  4   married I believe.
  5        Q.     At the time did you know where
  6   she worked and what she did?
  7        A.     I knew that she had left WPLG
  8   when I was there a few years earlier to go
  9   over to Tampa WTVT.
 10                And you keep up with people.
 11   You keep up with what people are doing.
 12   Okay, I was at ABC in Miami, oh, you are
 13   going to work at the first TV station I
 14   ever worked at when I was a kid.  I was a
 15   junkie in the local news industry.  I kind
 16   of moved out of the local news world.  But
 17   I grew up since I was like five wanting to
 18   be on local news.
 19        Q.     So you weren't sure at the time
 20   what her role at WTVT was?
 21        A.     No.  I just knew she went
 22   there.
 23        Q.     Did you understand at this time
 24   what Mr. Delancey did at WTVT?
 25        A.     He was one of the producers.
```

```
 1                    J. WELLS
 2        Q.     If you turn to the next page --
 3        A.     To be clear, there were many,
 4   many, many producers because a lot of the
 5   FOX stations had many hours of news to fill
 6   because there was less network programming.
 7   He was one of very many, many producers
 8   there as was probably Hannah.
 9        Q.     On the next page, he responds
10   to you; right?
11        A.     He does.
12        Q.     He said he produces the weekend
13   morning show; right?
14        A.     Uh-huh.
15        Q.     And he says in parentheses,
16   "very exciting, I know."  Do you see that?
17        A.     Uh-huh.
18        Q.     Did you understand why he made
19   that comment there?
20        A.     I can't speak to what he is
21   trying to say there.
22               I have produced many weekend
23   morning shows.  You have limited resources.
24   You are working -- you get into work at
25   11:00 p.m., and you work until 9:00 in the
```

Page 91

```
1                    J. WELLS
2    morning.  You don't really have a life.  So
3    I mean I would assume he is referring to
4    that, the hours suck and, you know, but it
5    is a big show with a big audience.
6         Q.    Did you think he was indicating
7    that he didn't feel that he had much
8    authority on the show?
9              MR. SUNSHINE:  Objection as to
10         form.
11        Q.    Or at the network?
12        A.    No.  I actually think when you
13   are a weekend morning producer you have a
14   lot more control over your show because
15   none of the bosses are around, you are
16   sitting there by yourself, you are writing.
17   When I was a weekend morning producer, at
18   one point I wrote every story in the whole
19   two-hour newscast.  It is a great training
20   ground.  You get to do more.  It really
21   makes you a better producer.  So actually,
22   it is an important job.  And in order to
23   have that job, you have to be trusted to be
24   on your own with little supervision from
25   management.  Your boss is not there at 3:00
```

Page 92

```
 1                    J. WELLS
 2    in the morning on Sunday.
 3         Q.    Was he indicating in your mind
 4    that the weekend morning show is not that
 5    important at WTVT?
 6              MR. SUNSHINE:  Objection as
 7         form.
 8         A.    When I was there, it was a very
 9    important show.  I don't know what he was
10    trying to indicate there.
11         Q.    Then he says at the end of that
12    paragraph, "I have horrible pictures on
13    Facebook.  Go to My Space.  Right?"  Did
14    you ever go to his My Space?
15         A.    I don't know.  It used to be, I
16    believe, a social media platform; and it's
17    not a music sharing service.  Apparently,
18    he wanted me to look at pictures of him for
19    some reason.
20         Q.    You don't recall if you ended
21    up looking at his profile?
22         A.    I don't have my browser history
23    from 2007.
24         Q.    Did you ever use My Space?
25         A.    I believe I had a profile on
```

```
                                      Page 93
 1                    J. WELLS
 2    there.  I don't recall when I stopped using
 3    it.  I don't think in the last two decades
 4    I've used.
 5         Q.    Was Hannah's name Hannah Jane
 6    Corsa?
 7         A.    Perhaps.  It sound familiar.
 8         Q.    Was she a producer at the time
 9    at WTVT?
10         A.    I don't know what her title
11    was.  There are dozens producers and
12    writers there, associate producers.
13         Q.    Would you agree that producers
14    on the weekend morning show are the lowest
15    on the totem pole at a station?
16         A.    No.  I would say an associate
17    producer on an evening newscast during the
18    week is a lower-ranking producer than a
19    line producer on a weekend morning show.
20         Q.    On the top page, Mr. Delancey
21    says, "The only reason I'm doing the
22    weekend morning right now is because they
23    have no other place to put me."  Did you
24    understand him to indicate to you that he
25    felt unfulfilled in his job?
```

```
                                            Page 94

 1                    J. WELLS

 2        A.    No.  I don't know what he felt

 3   at the time.  But what I will tell you

 4   about that, because I've been in that same

 5   position at different times, is nobody

 6   wants to work overnights.  You get off work

 7   at 8:00 in the morning, and you want a

 8   hamburger instead of breakfast.

 9              A lot of time people complain

10   about the morning shows, they can't do it

11   anymore because of the hours, not because

12   the show is not an important show.  Hoda

13   just left The Today Show because she didn't

14   want to wake up at two in the morning.  It

15   doesn't mean she didn't like the job.

16        Q.    You mentioned there was a shift

17   at one point in terms of the importance of

18   programming at a station from evening news

19   to morning shows; right?  Did that change

20   take place more in the 2010s?

21        A.    It depends on the network and

22   the priorities and where they are seeing

23   audience and revenue.

24              The industry completely changed

25   recently with streaming.  And, you know,
```

```
                                        Page 95
 1                    J. WELLS
 2   this particular station, mornings were
 3   very, very important.
 4             In fact, December 12, 1994, CBS
 5   stations were scooped up by FOX
 6   essentially.  And they used to have just a
 7   few hours of newscast a day.  All of a
 8   sudden, all the CBS programming went away.
 9   These FOX stations had to add hours and
10   hours of programming.  They didn't have as
11   rigorous of prime time lead in.  So morning
12   shows became very, very important to
13   FOX-owned and operated stations after
14   December 12, 1994 specifically.  That's
15   when FOX acquired New World Communications
16   and then fully acquired it later.  That
17   included key stations in Tampa, Atlanta,
18   Houston, Dallas, and other major markets.
19             That was when -- so the shift
20   began happening toward morning news in
21   1994, particularly for FOX stations and
22   when a lot of the media landscape was
23   changed in VHF stations and VHF stations
24   changed hands among station groups.
25        Q.    So you don't agree that the
```

```
                                    Page 96

 1                 J. WELLS

 2   trend really actually had an impact until

 3   the early 2010s?

 4        A.    The trend was all over the

 5   place.  I just told you about the affiliate

 6   switch on December 12, 1994, and you are

 7   telling me about 2010.  The industry is

 8   really cyclical.  It depends on the station

 9   group; it depends where you are.

10             FOX stations, the morning show

11   has been super important for a number of

12   years.  In fact, in this market, the Tampa

13   the FOX station morning show Good Day Tampa

14   Bay regularly defeated The Today Show and

15   Good Morning America within the local

16   market.  So I'm sure this was a very

17   important show for them.

18        Q.    WNYW, wouldn't you agree that

19   the trend of sort of focusing more on

20   morning shows than the evening news

21   happened more towards the early 2010s?

22        A.    I know the TV industry better

23   than most people because it is something I

24   love and grew up in.

25             No.  It's inaccurate.  In 2006
```

```
                                          Page 97

 1                    J. WELLS

 2    WNYW brought over a main network anchor

 3    from ABC to host their local morning show

 4    WNYW in New York.  So if they are doing

 5    that in 2006, Ron Corning is his name, I

 6    would assume that they think it is pretty

 7    important if they are poaching network

 8    talent to host a local morning show in New

 9    York.

10          Q.    At that time, in 2007, was the

11    FOX Five news program the only program for

12    local stations that was at ten p.m. versus

13    11 p.m. or later?

14          A.    At WNYW?

15          Q.    Yeah.

16          A.    I don't understand the

17    question.  I don't know what you are trying

18    to elicit here or find out.

19          Q.    Isn't it true that the ten p.m.

20    news program at FOX Five was the only ten

21    p.m. news program amongst the local news

22    stations at the time and the others were at

23    11 or after that?

24          A.    Within the New York market?

25          Q.    Yes.  In 2007, wasn't the only
```

```
                                        Page 98
 1                    J. WELLS
 2   ten p.m. local news program the one at FOX?
 3        A.    No.  WPIX, Channel 11, which at
 4   the time would have been CBW, had a pretty
 5   aggressive ten p.m. newscast.
 6        Q.    Did you guys consider
 7   yourselves to be peers of WPIX?
 8        A.    Competitors?  I mean suppose,
 9   yeah.  You are watching what everyone was
10   doing.
11              When I came into FOX Five, it
12   was not like -- I wouldn't say it was -- it
13   was the flagship station in New York City,
14   yes, but it was not compared to its
15   competitors within the market.  It was not
16   one of the more successful stations
17   overall.  WABC crushed WNYW.
18        Q.    Which ten p.m. news program had
19   the best ratings?
20        A.    Well, WNYW had the best ratings
21   at ten p.m., but it was one fifth of what
22   WABC had at 11:00.  We were not defeating
23   what was on versus WABC at ten p.m. either
24   as their lead in.
25        Q.    But FOX had the most viewers of
```

Page 99

1                    J. WELLS

2    the local news program?

3        A.    As far as I recall, they

4    probably still do today.

5        Q.    Going back to Exhibit 2, on

6    page three again, Mr. Delancey says that if

7    I'm ever going to move from Florida I

8    envision my next step to be New York City

9    or Chicago.  And the next message after

10   that is from February 26, 2008 from you;

11   right?

12       A.    Yes.  So he is saying, "If I'm

13   ever going to move from Florida, I envision

14   my next step to be New York City or

15   Chicago.  So it's nice to have someone I

16   already know in New York City," smily face

17   blushing emoji.

18       Q.    The next message in the chain

19   is from you in February 2008?

20       A.    Yes.

21       Q.    You say, "See if you could room

22   with my friend Matty who is killer hot.  He

23   is a promoter and a page at NBC," winky

24   face.  What are you saying here?

25       A.    So I have to assume that

```
 1                    J. WELLS
 2   something happened, some sort of
 3   communication happened between here.  And
 4   looking at this and assuming there was some
 5   other conversation, there is probably some
 6   conversation how would I live in New York,
 7   how do you find an apartment, whatnot.
 8   That attachment I believe, I can't say
 9   because I couldn't open it when I was going
10   through these messages, I believe he was
11   looking for a roommate, junior level media
12   person who has now gone on to some other
13   great things but he was looking for a
14   roommate.  When you are going to move to
15   New York, at first it is a way to make do
16   on whatever salary is being offered.
17        Q.    You can't recall what prompted
18   you to send this message?
19        A.    As I said, I can only assume he
20   was asking about the housing situation in
21   New York at some point.  Which by the way
22   to be clear, that's something that happened
23   often.  I worked in Florida for a number of
24   years.  You work in local TV.  And I had
25   many, you know, news anchors, producers,
```

```
 1                    J. WELLS
 2    that also worked in local news in Florida.
 3    And they get job offers or they hear about
 4    stuff in New York, and they come to me.  I
 5    had only been in New York for a couple of
 6    years.  I was a newbee.  I was only 26 I
 7    believe.  And they would say things like --
 8    Maggie Rodriguez, for example, I worked
 9    with her in Miami.  She got a job at the
10    CBS morning show in New York.  And she
11    called me in my network and said, "Can you
12    go check out this apartment for me?  I just
13    had a new daughter," she had a newborn, "I
14    want to make sure I can live there for six
15    months with a daughter in the apartment."
16    And I gladly did that.
17                There were other people that --
18    I grew up in Florida my whole life.  I know
19    it's tough making a decision to live in New
20    York City.  I would help people out if they
21    were inquiring about living in New York;
22    how do you make that work, how much money
23    do I need to make, and whatnot.
24                I was as excited as anyone to
25    be here.  If there were people from my past
```

```
 1                    J. WELLS
 2    that worked at one of the TV stations I
 3    worked at and they were asking me questions
 4    about New York, I tried to be resourceful
 5    and kind and, you know, yeah, I remember I
 6    went and checked out the place and I was
 7    like yeah, your baby will be fine here.
 8    And she moved up in two weeks.  It is
 9    important to help people.
10         Q.    You said that Matty is a
11    promoter and a page at NBC.  What does a
12    promoter and a page at NBC mean?
13         A.    He was a page, so he was entry
14    level.  I probably -- in the same industry
15    as him at the time.  He was a promoter at
16    one of the clubs or something I believe.  I
17    don't remember where exactly.  He was
18    looking for a roommate because he needed to
19    get by on however much money he was making
20    at NBC at the time.  So I shared, I
21    believe, what was like the posting looking
22    for roommate in blah, blah, blah
23    neighborhood.  Again, I couldn't open that
24    as you see there, attachment unavailable.
25    I'm sure it expired because it was over 15
```

```
                                    Page 103
 1                    J. WELLS
 2   years old.
 3        Q.    Did you think the only way
 4   Mr. Delancey could afford to live in New
 5   York would be with a roommate?
 6        A.    I don't know.  All I know, for
 7   some reason I felt compelled to send him an
 8   apartment listing.
 9        Q.    Why did you mention that Matty
10   is killer hot?
11        A.    I probably thought that at the
12   time.  I don't know.
13        Q.    Are you still friends with
14   Matty?
15        A.    We don't talk anymore.  He is a
16   fitness instructor at Peloton.  Not that we
17   had a falling out.  We are just not close.
18        Q.    Then Mr. Delancey responds,
19   "hey, well, did you see I sent you my
20   resume' today?"  Do you recall him sending
21   you his resume'?
22        A.    Yeah.  As I said previously, I
23   assume before that, what I assume is an
24   apartment listing there was another
25   conversation obviously because he is saying
```

Page 104

1                      J. WELLS

2    I sent you my resume' today.  And he

3    obviously did not send his resume' on

4    Facebook.  I don't know if at the time you

5    could put attachments on Facebook.  I don't

6    remember how it worked back then.  But, you

7    know, he is saying here "I sent you my

8    resume' today.  I would be very excited to

9    live there," smiley face blushing,

10   whatever.

11        Q.    Do you know why he sent you his

12   resume'?

13        A.    He stated in the previous

14   message that I believe you read, "If I am

15   ever going to move from Florida I envision

16   my next step to be New York City or

17   Chicago, so it's nice to have someone I

18   already know in New York City," smiley

19   face.

20        Q.    Did you tell him that you would

21   help him find a job?

22        A.    I'm sure I said I would pass

23   his resume' around.  I don't have any other

24   messages to confirm what I said.

25        Q.    In 2008, you were working at

Page 105

```
 1                  J. WELLS
 2    the Greta Van Susteren show; right?
 3         A.    Yes.
 4         Q.    And in September of 2008 is
 5    when Mr. Delancey joined FOX in New York;
 6    right?
 7         A.    I don't recall.  I assume if
 8    you say that's when he started, he did.
 9         Q.    How did you know that he was
10    going to start a job up in New York for
11    FOX?
12         A.    I assumed he told me.
13         Q.    You don't recall him telling
14    you that?
15         A.    I don't.  It was a long time
16    ago.  I don't recall what conversation, if
17    it was an email, phone call.  I have no
18    idea.
19         Q.    Did you know before he was
20    going to start that he was about to start,
21    or did you find out after he got there that
22    he works there?
23         A.    I don't recall.
24         Q.    I want to show you what we are
25    going to mark as Exhibit 3.
```

```
 1                    J. WELLS
 2              (Whereupon, the aforementioned
 3          document was marked as Plaintiff's
 4          Exhibit 3 for identification as of
 5          this date by the Reporter.)
 6              MR. RAHMAN:  Exhibit 3, for the
 7          record, is Bates stamped FNN 200.
 8      Q.    Take a look at the email.
 9              Let me know when you are ready
10   for questions.
11      A.    I'm ready.
12      Q.    What is this email?  I know
13   you're not copied on it, but what is this
14   email?  What is being discussed in this
15   email?
16      A.    Well, I read this in the
17   documents previously.
18              It's interesting to see it now,
19   but I suppose this was internal
20   conversations within FOX News Channel about
21   bringing me from FOX television stations
22   over to the FOX News Channel.
23      Q.    How did you know about a
24   position at FOX News Channel?
25      A.    There wasn't a position.  It
```

```
 1                    J. WELLS
 2    was an ongoing conversation I had been
 3    having with them about how I felt I could
 4    be useful there.
 5         Q.    When you say, "them," was there
 6    anyone particular that you were speaking to
 7    about that?
 8         A.    As I told you, I spoke to Bill
 9    Shine and Suzanne Scott over at FOX News
10    Channel.
11         Q.    How did you get introduced to
12    them?
13         A.    I don't recall specifically.
14         Q.    Do you know if anyone at WNYW
15    recommended you?
16         A.    I know they said really
17    positive things about me, but, you know,
18    but, you know, I don't know if I was
19    necessarily recommended.  I know they
20    didn't want to lose me there.  That was at
21    least my perception.
22         Q.    Do you know whether anyone at
23    FOX News Channel spoke to anyone at WNYW
24    about you as they were thinking about
25    hiring you?
```

```
 1                    J. WELLS
 2        A.     Before I was talking to FOX
 3   News Channel, I had to let my bosses at FOX
 4   television stations know that I was talking
 5   to a different entity within the parent
 6   company.  But other than that, I don't know
 7   what private conversations they had or
 8   didn't have just as I never had seen this
 9   conversation.
10        Q.     Do you know whether anyone at
11   FOX News Channel asked to see your
12   personnel file at WNYW?
13        A.     I would assume they would have
14   access to that if they wanted to at the
15   time.  I would also assume there is nothing
16   troubling in my personnel file, so I don't
17   know what they did or did not do.  I don't
18   know what the process was in 2008.
19        Q.     Why do you think that someone
20   at FOX News Channel would have access to
21   your personnel file at WNYW?
22        A.     They are different companies,
23   but I mean I'm sure if I was asked to sign
24   something that could be released.  I don't
25   know what the process is.  It's out of my
```

Page 109

```
 1                    J. WELLS
 2   purview.
 3        Q.    And someone named Bridget
 4   Boyle, do you know who that was?
 5        A.    Bridget Boyle was head of
 6   recruitment within the HR orbit at FOX News
 7   Channel at that period of time.  She was
 8   there for a very long time.
 9        Q.    And did you understand that you
10   were speaking or applying for the position
11   at OTR show?
12        A.    No, I didn't apply for any
13   position.  I was in an ongoing conversation
14   with FOX at the time.  I had an offer from
15   MSNBC for a different producer position.  I
16   remember letting the folks know at the time
17   that I had an offer at NBC and they didn't
18   really have anything figured out but they
19   wanted to bring me over to FOX News
20   Channel.
21        Q.    So you didn't know that they
22   were considering you for a role on OTR?
23        A.    I didn't know specifically.
24   All I knew, that they were, you know, this
25   tracks with what I knew at the time.  They
```

```
                                      Page 110
 1                    J. WELLS
 2   said they were figuring stuff out, they
 3   needed to move some head counts around to
 4   see how that worked.  And seeing this now,
 5   I see the sausage making I guess per se.
 6   But it's all accurate with what I
 7   experienced.
 8       Q.     In her third bullet point she
 9   says, this is Bridget, "discuss the larger
10   issues and timeline for David and Meade
11   next week."
12             You mentioned who Meade is.  Do
13   you know who David is?
14       A.     David probably is David Park.
15       Q.     Who was that?
16       A.     He was a programming executive.
17   I think he oversaw weekend programming.  So
18   I believe he was the vice president in
19   charge of weekend programming.  He
20   eventually was a vice president at FOX
21   Weather Channel.  I don't believe he is at
22   the company any longer.
23             He and Meade probably had some
24   role in the head count between weekdays and
25   weekend programming I would assume.
```

```
                                    Page 111
 1                    J. WELLS
 2        Q.    She says, "discuss the larger
 3   issues."  Do you happen to know what they
 4   are referring to as larger issues?
 5        A.    Well, it is obvious in this
 6   email they are talking about budget and
 7   head counts and moving budgets and head
 8   counts around.  And, you know, I know as a
 9   producer sometimes you want as many
10   resources as you want.  Programming people
11   tend to demand a lot of resources, and
12   sometimes the finance folks are not happy
13   with that.
14             This email from Bridget Boyle
15   in the to line, not the cc line, are to
16   high-up individuals in the finance
17   department.  So this is all just talking
18   about head counts, money budgets.
19        Q.    Are you saying Derek?
20        A.    Cifrodeli.
21        Q.    And Mark Kranz, who are they?
22        A.    Derek is still at the company
23   as an SVP of finance I believe.
24             Mark Kranz was the CFO.
25             So this whole conversation is
```

```
                                        Page 112
 1                    J. WELLS
 2    all about sliding money around.  This is
 3    not a discussion about anything HR related.
 4    HR is just liaising with the finance people
 5    about money, head counts.  I mean each of
 6    these bullets is about that.
 7         Q.    Are Denise Fagerty and Maureen
 8    Hunt HR employees?
 9         A.    I believe Maureen was.  I
10    believe Denise Fagerty is now Denise
11    Collins.  And yes.
12              But HR is emailing the finance
13    people about all of these bullet points and
14    copying her colleagues in HR.  So they are
15    in the loop on, you know, how to fill head
16    counts and roles.
17         Q.    Did you think the larger issues
18    terms could be referring to you, something
19    about you?
20         A.    No.  Why would it?
21         Q.    Do you know if anyone at FOX
22    News had any concerns about bringing you
23    on?
24         A.    Absolutely not.
25         Q.    Do you know if FOX News HR had
```

Page 113

1                    J. WELLS

2    a discussion with anyone at WNYW's HR about

3    you?

4         A.    Not that I'm aware of.

5         Q.    Did WNYW have its own HR team?

6         A.    Yes.  It was a separate company

7    with its own CEO, its own HR team, union

8    employees.  It is in a completely different

9    building on the Upper East Side.  It's a

10   unionized building on East 67th Street.

11               FOX News was in what is now the

12   FOX Corp. Building but at the time was the

13   News Corp Building at 1211 6th Avenue.

14        Q.    Do you recall at the time who

15   the head of WNYW was?

16        A.    HR there?

17        Q.    Head of the company at that

18   time.

19        A.    Lou Leone was the vice

20   president general manager of WNYW and

21   remains until today.

22               I believe the CEOs of the FOX

23   television stations group was Dennis

24   Swanson and Jack Abernathy back then.

25               And they ran the FOX television

Page 114

                         J. WELLS
1
2    stations group.
3         Q.    Do you know who the top person
4    in HR was at WNYW at that time?
5         A.    I don't recall.  Other than
6    people I worked with recently at FOX, I
7    wouldn't recall many HR people at any TV
8    station I worked at.  So long ago.
9         Q.    Did you have any conversations
10   with anyone at WNYW's HR when you were
11   working at FOX Five?
12        A.    No, I don't believe so neither
13   directly with HR or also I was a union
14   employee back then Writers Guild.  There
15   were never conversations with my union rep
16   either.
17             MR. RAHMAN:  Mark this as
18        Exhibit 4.
19             (Whereupon, the aforementioned
20        document was marked as Plaintiff's
21        Exhibit 4 for identification as of
22        this date by the Reporter.)
23        Q.    I show you Exhibit 4.
24             Exhibit 4 is Bates stamped FNN
25   165 to 166.

```
                                        Page 115
 1                   J. WELLS
 2             Is the first page a letter
 3   dated May 29, 2009 saying when you were
 4   hired by FOX News Channel and your salary;
 5   right?
 6        A.    Yes.
 7        Q.    And did you ask for a letter
 8   like this for some reason?
 9        A.    I believe this was around the
10   time when I was looking at maybe applying
11   for a mortgage, so this is a common letter
12   in any large company where you can quickly
13   prove what you do and how much money you
14   make and when you started.
15        Q.    And hire date says July 16,
16   2008.  Does that sound accurate?
17        A.    Yes.
18        Q.    The salary at the time for you
19   was $130,000 a year?
20        A.    Yes.
21        Q.    On the next page is a letter
22   dated August 19, 2010 saying the same thing
23   essentially?
24        A.    Yes.  The salary had just gone
25   up.  And I probably maybe was in
```

```
                                    Page 116

 1                  J. WELLS
 2    underwriting for something, and I probably
 3    wanted to show that there was some slightly
 4    additional income.
 5         Q.    That year your salary was
 6    140,371?
 7         A.    I can only assume that's true,
 8    yes.
 9                  MR. RAHMAN:  Mark this Exhibit
10         5.
11                  (Whereupon, the aforementioned
12            document was marked as Plaintiff's
13            Exhibit 5 for identification as of
14            this date by the Reporter.)
15         Q.    This exhibit is Bates stamped
16    FNN 196 to 198.
17                  Can you tell what this is,
18    Mr. Wells?
19         A.    Well, it is very old.  Looks
20    like Microsoft DOS, but it's possibly
21    Windows.
22                  I believe this is the, I
23    believe this is the portal that HR used to
24    use a very long time ago, over 15 years
25    ago.  They are now on things like workday
```

```
 1                    J. WELLS
 2   or whatever, but this is kind of like in
 3   the age of My Space.
 4        Q.    And this indicates what your
 5   salary was as of July 2010, July 2009, and
 6   July 2008?
 7        A.    I suppose so.  I never would
 8   have seen anything like this because back
 9   then a lot of the stuff wasn't employee
10   facing.  Only an HR person or supervisor
11   would see a screen like this, so I've never
12   seen a screen like this.
13        Q.    And on the third page, do you
14   see where it says comp rate 130 effective
15   7/15/2008 was 130?
16        A.    Yes.
17        Q.    Did you know what
18   Mr. Delancey's salary was when he started
19   working for FOX in New York?
20        A.    I do not at the time, no.
21        Q.    Do you know if it was around
22   45,000?
23        A.    I only know since I've seen
24   things that are included in discovery what
25   he was making at FOX News Edge.
```

```
                                        Page 118
 1                    J. WELLS
 2       Q.    So you were making about three
 3   times what he was making?
 4       A.    We weren't working at the same
 5   division of the company.
 6             I was making more money at FOX
 7   News Channel than he was making at FOX News
 8   Edge, yes.
 9             MR. RAHMAN:  Mark this as
10        Exhibit 6.
11             (Whereupon, the aforementioned
12        document was marked as Plaintiff's
13        Exhibit 6 for identification as of
14        this date by the Reporter.)
15             MR. RAHMAN:  Exhibit 6 is Bates
16        stamped FNN 168.
17       Q.    Are these emails between you
18   and Mr. Delancey from September 8, 2008?
19       A.    I can only assume they are,
20   yes.  I did not have these any longer, so
21   yeah, I can only assume it's produced as
22   accurate.
23       Q.    And the email from at the
24   bottom of the page to Mr. Delancey "How is
25   first day" --
```

Page 119

1                    J. WELLS

2        A.      Uh-huh.

3        Q.      -- you are asking him about how

4    his first day at the job was?

5        A.      I assume so.  I assume this was

6    his first day.

7        Q.      Can you recall how you knew

8    that was his first day?

9        A.      He must have told me.  I can

10   only assume he told me.

11       Q.      Is this an email that he sent,

12   or can you tell what the mode of

13   communication was?

14       A.      This is an email.  Based on

15   reading the full context of this email, it

16   was probably an email sent off of

17   BlackBerry.  Probably today in today's

18   world you would send some back and forth on

19   something like iMessage, but this was

20   clearly an email because I am saying to him

21   I'm smoking a cig outside building.  So I

22   said, "How is first day" at 6:55.  This is

23   when I used smoke.  I was probably working

24   doing my job and I went out to have a

25   cigarette.  I was like oh, it's his first

```
                                      Page 120
 1                    J. WELLS
 2    day, let me send an email on my BlackBerry
 3    to see how it went because I wasn't smoking
 4    a cigarette at my computer in the office;
 5    right?
 6         Q.    Did you give Mr. Delancey any
 7    kind of welcome gift when he joined?
 8         A.    Did I pay for welcome gifts?
 9         Q.    Did you arrange for him to have
10    a welcome gift?  Did you give him a welcome
11    gift?
12         A.    I don't believe so.
13         Q.    Any kind of gift --
14         A.    I didn't give him anything that
15    would be considered a gift.
16         Q.    What did you give him, if
17    anything?
18         A.    Based on what I saw in the
19    Complaint, it said I gave him stationery of
20    some kind.
21         Q.    Did you give him like FOX
22    stationery?  Did you arrange for that to
23    get to him?
24         A.    Yeah.  I did that for everybody
25    that worked on my show because I knew where
```

```
                                          Page 121
 1                    J. WELLS
 2   this internal link was called "Answer
 3   Printing".  And I just knew where this
 4   internal link was.  And you just go there
 5   and order notepads, type in your name.
 6   They had notepads all over the office that
 7   said "FOX News."
 8             But if you get in there you can
 9   get one with your name on it.  It was free,
10   didn't need approval from anyone, and you
11   can just go in there and type it in and in
12   two weeks the box comes from the stationery
13   company that FOX used with Justin Wells on
14   the bottom of a notepad.
15        Q.    You arranged for that
16   stationary to get to Mr. Delancey on his
17   first day?
18        A.    If he says I did that, I
19   probably did.  I did that for a number of
20   producers and whatnot that worked on the
21   show.  I knew where the link was.
22        Q.    You said you've done the same
23   thing for employees that joined the show
24   you were working on?
25        A.    Yeah.  And I shared that link
```

Page 122

```
 1                   J. WELLS
 2    with people too.  You can order your own
 3    stationery.  Not a big deal.
 4         Q.    Would you arrange for that
 5    stationery to get to new FOX Edge
 6    employees?
 7         A.    I don't recall.
 8         Q.    He was not working on your
 9    show, correct, Mr. Delancey?
10         A.    No.  But we had numerous
11    conversations about him moving to New York.
12    And he was nervous about moving to New
13    York, and I was trying to be a nice person.
14         Q.    Do you know if anyone else at
15    FOX has ever arranged for a new employee to
16    receive on their first day stationery with
17    their name on it?
18         A.    I don't know if it was the
19    first day.  I don't recall any of that.  I
20    can't speak to what any other employees
21    have done.
22         Q.    Did you see anyone do that
23    ever?
24         A.    I don't recall.  I'm sure they
25    do that -- you start jobs all the time, and
```

```
 1                    J. WELLS
 2   you have like stationery or a hats or merch
 3   of some kind, especially in the
 4   entertainment world.  So I don't think that
 5   would be that exceedingly strange.
 6        Q.    Was it common for the
 7   employees, based on your observation, to
 8   have FOX stationery with their names on it?
 9        A.    Plenty of people did if they
10   knew where the link was.
11        Q.    Did you have stationery with
12   your own name on it?
13        A.    Yeah.  It's not a stationery.
14   It's a notepad.  It is a notepad that you
15   get at Staples.  It has a logo on it, and
16   they make versions with your name on the
17   same stationery that's available to the
18   entire office.
19        Q.    Do you think that was a
20   thoughtful thing you did for him?
21        A.    I don't recall why I did it at
22   the time.  But I know that I had that link
23   at the time and I love TV merch.  I love
24   the TV industry as I explained earlier.
25   And if I came from a local TV station in
```

Page 124

1                    J. WELLS
2    Tampa or -- I started it at TV stations.
3    When I started WNYW, I had a bag of some
4    stuff.  It was about FOX TV programming or
5    whatnot.  It's like a welcoming gesture.
6    It's like a $4 notepad.
7         Q.    Did you know how much it cost
8    for the stationery --
9         A.    There is no prices on it.  I
10   assume it is a $4 notepad.  It's not like a
11   Crane and Company embossed station.  It was
12   nothing fancy.  It's literally like the
13   quality of this paper.
14        Q.    You thought it was something
15   nice for him to have on his first day?
16             MR. SUNSHINE:  Objection as to
17        form.
18             He said he doesn't know if it
19        was the first day.
20        A.    I don't know when it was.  And
21   as I stated before, I'm sure I thought it
22   was nice at the time, but I don't even
23   remember it.  Until I saw this -- once I
24   saw that, I was like yeah, that sound like
25   something I would do.  Certainly wasn't

```
                                    Page 125
 1                  J. WELLS
 2   that I did it for just Andy Delancey.
 3        Q.    But no other FOX employees;
 4   right?
 5              MR. SUNSHINE:  Objection to
 6        form.
 7        A.    I don't know.  Possibly I did.
 8   I don't have my stationery receipts from
 9   2008.  I didn't pay for anything.
10        Q.    Would you get like a receipt
11   after you ordered stationery?
12        A.    Maybe I got an email saying
13   your order was placed.  I imagine companies
14   have internal website to book travel.
15        Q.    Would it be fair to say any
16   time you would have ordered stationery for
17   a colleague there would be a receipt in
18   your emails?
19        A.    I don't know.  I doubt it.  I
20   don't know.
21        Q.    Could there be?
22        A.    I don't remember the stationery
23   ordering process from 2008 that
24   specifically.  It evolved.
25        Q.    How did you confirm whether or
```

Page 126

1                          J. WELLS
2     not the order got through?
3          A.     The only thing I know about the
4     stationery literally other than what I
5     said, I said it sound like me based on when
6     I read that in the Complaint and what you
7     said, sure, I ordered him some notepads.
8                   I don't recall him thanking me.
9     I don't recall a conversation about it.  I
10    don't recall it being a significant ordeal
11    whatever.  Maybe he did thank me.  I don't
12    remember.
13         Q.     Did you think he would be
14    impressed by what you arranged for him to
15    receive?
16         A.     I feel like you are asking the
17    same question again and again.
18                   There was some paper that was
19    ordered, a little nicer than a ream of
20    paper to make copies with; but it was
21    simply a notepad with his name on it.  I
22    would be happy if I started a job and a
23    friend that I talked to a few times
24    recently, whatever, you know, performed a
25    nice gesture for me or whatever.

```
                                      Page 127
 1                  J. WELLS
 2              I have got my coffee mugs in my
 3    kitchen right now from like five TV
 4    stations and networks.  You keep them as
 5    mementos for when you start these jobs.
 6    It's not as big a thing anymore.  The
 7    industry is changed, but old logos of the
 8    stations.  It's cool.
 9              Sure, it's a nice thing, but
10    it's not a big deal.  They don't cost
11    anything.  It's marketing materials for the
12    company that wants to market itself both to
13    the outside world and employees.
14        Q.    Do you know if you were trying
15    to impress him?
16        A.    I don't know what I was trying
17    to do.  I think the messages before speak
18    for themselves.  He was -- he desired to
19    move to New York, wanted to move to New
20    York; and I was having a friendly
21    conversation with him.
22              MR. RAHMAN:  Mark this as
23        Exhibit 7.
24              (Whereupon, the aforementioned
25        document was marked as Plaintiff's
```

Page 128

```
 1                    J. WELLS
 2        Exhibit 7 for identification as of
 3        this date by the Reporter.)
 4             MR. RAHMAN:  Exhibit 7 is Bates
 5        stamped FNN 174 to 176.
 6        A.    Okay.
 7        Q.    These are emails between you
 8   and Mr. Delancey from September 24th --
 9        A.    They appear to be, yes.
10        Q.    -- 2008.
11             The subject line is "they might
12   have some freelance shifts you can pick up"
13   question mark?
14        A.    Yes.
15        Q.    And the chain began with an
16   email from you to him; correct?
17        A.    Yes.  You have to start at the
18   end and go reverse obviously; but yes,
19   that's correct.
20        Q.    Why did you send him the email
21   that began the chain?
22        A.    So I didn't recall this
23   conversation whatsoever.  It's not that
24   memorable for me.  But when I saw this, I
25   tried to recall what it could about it.
```

```
                                    Page 129
 1                   J. WELLS
 2    One thing I do remember, I believe
 3    Mr. Delancey used to work kind of moonlight
 4    in his hometown hosting some radio show.
 5    Might have been a religious show.  But I
 6    remember as he was doing local news he was
 7    still doing this taped live, I don't
 8    recall, radio show.  Like a part-time radio
 9    host.  And obviously he had complained
10    about money and making it in New York.  And
11    there was some listing for FOX News radio
12    freelance newscaster.  I said, "They might
13    have some freelance shifts you can pick
14    up."  I can only infer that I was oh, you
15    have radio experience, this is a freelance
16    gig that can be on top of your current
17    duties, maybe it's something you might want
18    to check into, might be a way to make a few
19    extra bucks.  Something he liked doing I
20    believe at the time.
21              I didn't even remember any of
22    this that he did, some radio such or
23    whatever, until I had seen this email a few
24    days ago.
25         Q.    How were you made aware of this
```

Page 130

```
 1                    J. WELLS
 2   position for a freelance newscaster?
 3        A.    I would assume it was on some
 4   sort of freelance radio newscaster position
 5   who can write, produce, and voice hourly
 6   newscasts which I think he had done part
 7   time before, I assume it was on some sort
 8   of internal message board which he may or
 9   may not have access to.  I don't know.
10        Q.    Mr. Delancey had told you that
11   he wants to make more money?
12        A.    I don't recall what he said at
13   the time.  But I can only infer looking
14   back at some of these documents where there
15   is, you know, discussion about how are you
16   going to live in New York, there is the
17   roommate discussion, there is the -- the
18   WNBC job looking to make more money.  That
19   way, I assume there were conversations
20   about that at that time.  Obviously, we are
21   not able to produce all these years later.
22        Q.    Do you have a sense of how much
23   money he was making at the time?
24        A.    I don't remember.  As I said, I
25   don't think he ever told me.
```

```
 1                    J. WELLS
 2      Q.    And then he asked you how would
 3  I even go about pursuing it, and then you
 4  give him advice as to what he should do;
 5  right?
 6         A.    Yeah.  I said because
 7  everything was very segregated in
 8  divisions, so I said, you know, introduce
 9  yourself to somebody who heads up FOX News
10  radio and then before proceeding officially
11  have a follow-up conversation with someone
12  down at the FOX News Edge department to
13  tell them that you have an interest.  And
14  my advice was to tell him it won't
15  interfere with his other duties.
16      Q.    You mentioned he could speak to
17  Mykel about that?
18         A.    Yeah.  I believe that was his
19  supervisor at the time.  If somebody came
20  to me from NBC and said -- I would say talk
21  to your supervisor, see if you can do some
22  freelance shifts.
23      Q.    Do you know whether or not he
24  ever spoke to Mykel about this freelance
25  shift?
```

```
                                          Page 132
 1                    J. WELLS
 2        A.     Unless he referred to it later
 3   on in some other communication, I don't
 4   recall any of that.  He seemed interested
 5   though in this idea.
 6        Q.     Going back to Mykel, did the
 7   two of you ever discuss the topic of human
 8   resources?
 9        A.     No.
10        Q.     Did he ever indicate to you
11   that he didn't trust human resources?
12        A.     No.
13        Q.     Do you know if he ever was the
14   subject of a human resource investigation?
15        A.     I have no idea.
16        Q.     He never told you that?
17        A.     No.
18        Q.     Do you know whether he spoke to
19   other employees about human resources?
20        A.     I have no idea.
21        Q.     Do you know whether he told
22   employees to not trust human resources?
23        A.     You have to ask other
24   employees.
25        Q.     Did he ever say anything about
```

Page 133

```
 1                   J. WELLS
 2   not trusting the company in general?
 3         A.    I don't know the terms of his
 4   departure, you know.  He was there a long
 5   time.  People have ups and downs at any
 6   company, and you can become disgruntled.
 7   But I never heard anything negative from
 8   him directly, so not that I know of.
 9         Q.    Did he ever express any
10   complaints about the company to you?
11         A.    No.
12         Q.    About any employee at the
13   company?
14         A.    No.
15         Q.    Did he ever say anything about
16   FOX Edge employees to you?
17         A.    Not that I recall.
18         Q.    Did he commiserate with you
19   about work?
20         A.    We were not that close.
21         Q.    Did you ever hear any rumors of
22   him taking employees to Rosie's for drinks?
23         A.    Rumors about him going for
24   drinks somewhere?  I know he went for
25   drinks.  I don't know what bars he went to.
```

Page 134

```
 1                    J. WELLS
 2   I didn't keep tabs on like wherever, you
 3   know, every one of the 3,000 people went
 4   for drinks after work.
 5        Q.    But you knew he took out
 6   colleagues for drinks after work sometimes?
 7        A.    I knew he went for drinks.  As
 8   I said, I saw him a couple of times.  I
 9   don't know who with.  We had some mutual
10   friends from outside.  I think that's the
11   only time I saw him, two or three times
12   maybe.  But like, you know, it's -- I have
13   no idea what his afterwork activities were.
14        Q.    Did you know whether he would
15   invite gay employees to have drinks with
16   them at bars outside of work?
17              MR. SUNSHINE:  Objection to
18         form.
19        A.    It's possible he was openly
20   gay.  He probably invited all kinds of
21   employees.  Probably invited black
22   employees, Asian employees.  I don't know.
23        Q.    Did you ever hear anything that
24   he would discuss with employees at these
25   bars?
```

```
1                    J. WELLS
2        A.    No.  I didn't know where he
3   went, that he was having drinks or what
4   kind of conversations he was having.  I
5   wasn't that close with him, and I really
6   wouldn't have been that interested.
7        Q.    Did he ever say anything along
8   the lines to you that don't tell anyone at
9   FOX what I'm telling you or what I say?
10            MR. SUNSHINE:  Objection as to
11        form.
12        A.    No.  To be clear, I have had
13   zero deep conversations with Mykel McCarthy
14   my entire life.
15        Q.    Then on the first page
16   Mr. Delancey asks you, "Do you know the
17   names of any people at FOX radio?"  You
18   say, "I will ask someone who might know
19   some names over there."
20            Did you have someone in mind
21   that you would speak to?
22        A.    No.  I mean you are in a large
23   company, and you try to learn who people
24   are and network with people.  I'm sure I
25   didn't know anyone, you know.  Things are
```

Page 136

```
 1                    J. WELLS
 2    pretty segregated as far as divisions of
 3    the company.
 4         Q.    Do you know if you ever did
 5    speak to anyone about Mr. Delancey and this
 6    position or this opportunity?
 7         A.    I don't recall.
 8         Q.    And then you guys talk about
 9    BlackBerries?
10         A.    Yes.  That's the device people
11    used back then to communicate sometimes.
12         Q.    Would you have communicated
13    with Mr. Delancey over BlackBerry
14    messenger?
15         A.    As I said previously, I assume
16    so; in this case, it was email.  Maybe
17    there would be BBMs.  I don't recall.
18         Q.    Would you ever BBM with
19    colleagues at FOX about work matters?
20         A.    I don't recall how it was used
21    back then.
22         Q.    Would it have been a quick way
23    to communicate with someone if you needed
24    to?
25         A.    I don't know.  I think even in
```

Page 137

                         J. WELLS
1
2    2008 we had email, we had iNEWS, we had
3    emails on our phones, started to.  I don't
4    remember the best way.  I don't think -- I
5    don't think BBM was as prevalent as
6    iMessage is today, for example.
7         Q.    Now, in September 2008, you
8    lived in New York City; correct?
9         A.    September 2008?
10        Q.    Yes.
11        A.    Yes.
12        Q.    Where did you live at the time?
13        A.    Down the street from here,
14   unfortunately, on West 49th Street, 428
15   West 49th Street, Apartment 4-B.
16              (At 1:20 p.m., a short recess
17         was taken.
18              At 1:25 p.m., the deposition
19         resumed.)
20        Q.    Mr. Wells, Mr. Delancey's first
21   few weeks at FOX in New York, how often
22   would you communicate with him?
23        A.    I don't recall.
24        Q.    Did you communicate few times a
25   week?

```
 1                    J. WELLS
 2        A.    I don't know the structure of
 3   it, unfortunately.  It was so long ago that
 4   only the messages that we can find on the
 5   systems that have them; right?  So I don't
 6   recall.
 7        Q.    Did the two of you ever discuss
 8   work?
 9              MR. SUNSHINE:  Objection to
10        form.
11              We are looking at emails.
12        A.    Discuss work?
13        Q.    The work that he did or what
14   you were working on.
15        A.    I mean the only kind of
16   conversations we had are consistent as far
17   as I can recall with what we are seeing in
18   these emails about, you know, opportunities
19   in different departments or different ways
20   to go about, you know, moving forward in
21   your career.  We are both young guys in our
22   mid 20s at the time.  So that's all that I
23   recall.
24              We didn't work in the same
25   place really.  We weren't even on the same
```

Page 139

```
 1                    J. WELLS
 2   elevator bank.
 3        Q.    Did you ever tell him what you
 4   were working on?
 5        A.    Maybe casually as like friends
 6   but like hey I'm working on a case of this
 7   today, what are you up to.  Or I'm doing
 8   something in the midwest region or whatever
 9   region he was a producer for or whatever.
10   But nothing in great detail unless it was a
11   casual off the cuff hey what are you up to
12   today.
13        Q.    Did you know that Mr. Delancey
14   worked on the west coast or western
15   stations?
16        A.    I don't remember what region he
17   was assigned to at any time.
18        Q.    Did you ever talk to him about
19   some content that the OTR show might need?
20        A.    No.  I never put any request
21   for content from him.  That wouldn't have
22   made sense.
23              I would have gone to the
24   assignment desk, national assignment desk
25   or the foreign desk if it's international.
```

```
 1                    J. WELLS
 2   That would have funneled down to the
 3   assignment manager of FOX News Edge if it
 4   was from the affiliate.  So even though --
 5   if he was, as you just suggested, the west
 6   coast producer for FOX News Edge he would
 7   be dealing with strictly the affiliate
 8   stations on the west coast.  So he would be
 9   dealing with just the affiliates in San
10   Diego or Los Angeles or Seattle.
11              He would not be dealing with
12   our Los Angeles Bureau of FOX News Channel.
13   He would have zero connection with them.
14   He would only be talking to the affiliate
15   FOX TV stations.  The national desk would
16   talk to the bureau.  And then if somebody
17   at the network had a request, the national
18   desk would put that request in with
19   somebody at FOX News Edge if there was a
20   request for something specifically coming
21   from one of the affiliated TV stations.
22        Q.    Would the show ever use content
23   that would have derived from one of the
24   stations that Mr. Delancey was covering as
25   a producer?
```

```
 1                    J. WELLS
 2        A.    Of course it would have, but
 3   that could -- nine times out of ten that
 4   would have just showed up in our system.
 5              At the time for the FOX
 6   affiliates, that came through a system
 7   called the FOX News iPump.  And all of the
 8   different stories that the networks brought
 9   in from its affiliates specifically, this
10   only pertained to affiliates, would show up
11   in the FOX News iPump.
12              A lot of times you would see it
13   and pull it and use it within the newscast.
14   But the only time you would even go to the
15   assignment desk to make a request of a
16   station would be oh, there was a tornado in
17   Oklahoma, I don't see any video of that
18   yet.  Can you see if our stations there
19   have it?
20              A lot of times the assignment
21   desk is ahead of it.  They are already
22   talking to the FOX News Edge.  But a lot of
23   times if the producers saw something they
24   wanted or read something in the newspaper
25   but there was no video component in the FOX
```

```
 1                    J. WELLS
 2   News Edge iPump from the affiliate
 3   stations, then you go make a special
 4   request to the national news desk at FOX
 5   News Channel which then goes to, if it is
 6   for an affiliate story, then it would
 7   trickle down to FOX News Edge.
 8        Q.    Did you ever ask Mr. Delancey
 9   for content to use on OTR?
10             MR. SUNSHINE:  Objection.
11             Asked and answered.
12        A.    Not that I'm aware.  That would
13   have made zero sense.
14        Q.    Was there any kind of rule
15   prohibiting that communication?
16        A.    That wouldn't be standard
17   operating procedure at all.  Is there a
18   rule prohibiting it?  I mean it's the news
19   business.  You need to get -- there is all
20   kinds of different ways to get a story.
21   But for something at his level that he was
22   doing, a specific region, he wasn't even in
23   charge of the totality of the FOX station.
24             No, I wouldn't even know what
25   region he is assigned to at a given time.
```

1                    J. WELLS

2    There is a reason.  There is a process.

3                    If his job is to communicate

4    with all the FOX TV stations yet in his

5    region, then there is somebody above him

6    that manages all the regions for the FOX TV

7    stations.  Then he's got producers from all

8    the FOX News shows coming to him.  How is

9    he going to be on the phone with TV

10   stations?  There was a reason it was

11   separated.  There is a structure to it.  It

12   is a very common structure, and it's the

13   same structure at almost every major news

14   network based in New York City.

15        Q.    You had no idea what

16   Mr. Delancey's job was when he started at

17   FOX Edge or what region he covered?

18                    MR. SUNSHINE:  Objection as to

19          form.

20        A.    I think it's irrelevant.

21   Wouldn't have been that important to me.

22   Maybe he told me at some point.

23        Q.    Did you ever ask him to put

24   content on an iPump?

25                    MR. SUNSHINE:  Objection to

```
 1                    J. WELLS
 2        form.
 3        A.    I don't know if I did.  I doubt
 4   it.  I sometimes sent stuff over to the
 5   desk.  Maybe we had this interview that the
 6   stations would be interested in today, but
 7   I didn't -- I didn't specifically make
 8   requests of Delancey.  I didn't work with
 9   him.
10        Q.    Did you ever ask any of the
11   producers at FOX Edge for any content to
12   put on iPump?
13        A.    Not that I recall.  That won't
14   be a normal course of doing things, but
15   anything is possible.
16        Q.    Would it be more efficient to
17   speak to a producer about content that you
18   wanted for the show, let's say, if you were
19   in a time crunch; would it be more
20   efficient --
21        A.    What kind of producer?
22        Q.    A national or regional
23   producer.
24        A.    Of what?  Of the news desk, of
25   the news edge?
```

```
                                        Page 145
 1                      J. WELLS
 2          Q.     Of news edge.  If you wanted
 3     content from a particular affiliate
 4     station, wouldn't it be more efficient to
 5     go to the producer --
 6                   MR. SUNSHINE:  Objection.
 7                   This is incomplete
 8                hypothetical.  He said he doesn't
 9                have any recollection.
10          A.     There was a system in place.
11     It was adhered to most of the time.  I'm
12     sure producers get creative when you don't
13     get the content you need or want.  It is a
14     competitive business.  It's your job.
15                   But for the most part, 99.9
16     percent of the time things follow a very
17     specific process.
18          Q.     Did you ever view any content
19     that you knew was created by or put
20     together by Mr. Delancey?
21          A.     Not that I recall.  I believe I
22     saw one email where he maybe blasted
23     something out that he had worked at, and I
24     wrote back good job Delancey or something
25     like that.  I don't recall anything other
```

```
                                        Page 146
 1                    J. WELLS
 2   than that.  And that's only because I saw
 3   that email in discovery.
 4        Q.    I asked you before the break
 5   where you were living in the fall of 2008.
 6   You said in an apartment on West 49th
 7   Street?
 8        A.    Uh-huh.
 9        Q.    Apartment 2-B?
10        A.    4-B.
11        Q.    Was that a walkup or elevator
12   building?
13        A.    Elevator.
14        Q.    Do you know how many floors it
15   was?
16        A.    Six.
17        Q.    At that time, were you dating
18   anyone?
19        A.    I was getting out of a
20   relationship at the time.
21        Q.    So in the fall of 2008, you
22   were single?
23        A.    No.  I was -- I think we were
24   in the process of separating.  I don't
25   recall specifically.
```

Page 147

```
 1                    J. WELLS
 2        Q.     At the time, who were you
 3   dating or about to break up with?
 4        A.     Jesse Rodriguez.
 5        Q.     Was he someone in production?
 6        A.     Yes.  We both worked in Miami.
 7   When I moved to New York to WNYW, he also
 8   moved up to New York.
 9        Q.     At the time, do you know where
10   he worked?
11        A.     NBC.
12        Q.     Do you know what he did at NBC?
13        A.     He was at that time on the
14   assignment desk I believe.
15        Q.     And you guys met in Miami many
16   years before that?
17        A.     Yeah.
18        Q.     Prior to that apartment, West
19   49th Street, where did you live?
20        A.     Miami.
21        Q.     The first apartment you had in
22   New York City was the West 49th Street
23   apartment?
24        A.     Yes.
25        Q.     How long did you live at that
```

```
                                    Page 148

 1                  J. WELLS

 2    apartment?

 3         A.     2006 through 2010.  Four years.

 4         Q.     Where did you move to after

 5    2010?

 6         A.     Uptown, west side.  Hamilton

 7    Heights section of Harlem.

 8         Q.     In the fall of 2008, did you

 9    have access to any other apartment, let's

10    say a friend of yours had an apartment and

11    you had a key for that apartment, anything

12    like that?

13         A.     Not that I recall, no.

14         Q.     In the fall of 2008, did you

15    live by yourself?

16         A.     I think I was still with Jesse.

17         Q.     Did the two of you live

18    together in the 49th Street apartment?

19         A.     Yes.

20         Q.     Was your name on the lease, or

21    were both of your names on the lease?

22         A.     My name was definitely on the

23    lease.  I don't remember if both of our

24    names were on the lease or not.

25         Q.     Do you recall when he moved out
```

Page 149

1                    J. WELLS
2    or if he moved out?
3         A.    He definitely moved out because
4    I met my now husband a year and a half
5    later.  I don't recall.
6         Q.    Was it after the fall of 2008?
7         A.    I think so or around that time.
8    I don't recall.
9         Q.    Did you ever have access to an
10   apartment in Chelsea?
11        A.    No.
12        Q.    Did you have any friends who
13   lived in Chelsea around that time?
14        A.    I was a 26-year-old gay man in
15   New York City, and you are asking if I had
16   friends in Chelsea?
17        Q.    You did?
18        A.    Yes, I did.
19        Q.    Do you know where The Barracuda
20   Lounge is?
21        A.    Vaguely.  I haven't gone out to
22   those places in ages.
23        Q.    Where is The Barracuda Lounge?
24        A.    I think it was a Hell's Kitchen
25   spot.

```
 1                    J. WELLS
 2        Q.    Do you know if it's still in
 3   existence?
 4        A.    I'm not sure.  I don't think
 5   so.  A lot of those places are now gone.
 6        Q.    Would you ever go there?
 7        A.    I don't remember.
 8        Q.    Is that a place --
 9        A.    I'm sure it was in the rotation
10   when I was in my mid 20s.
11        Q.    Do you know where Jesse moved
12   to after he moved out?
13        A.    He moved two blocks away.
14        Q.    In the same neighborhood?
15        A.    Uh-huh.
16        Q.    Yes?
17        A.    Yes.
18        Q.    Would he ever travel for work
19   with NBC in 2008?
20        A.    Not really.  Toward the end of
21   our relationship we worked very different
22   shifts, so we didn't see each other very
23   much.  I don't remember exactly.  I think I
24   worked the evening shift.  He would be
25   going to work when I got home from what I
```

```
 1                    J. WELLS
 2   remember.
 3        Q.     Would he ever visit family or
 4   friends outside of New York, like travel to
 5   visit?
 6        A.     He would occasionally, yes, as
 7   would I, as would anyone who wasn't from
 8   here.
 9        Q.     How big was the apartment?
10        A.     It was around 800 square feet.
11   It was a one-bedroom apartment, one bath.
12        Q.     Is Barracuda a bar, a club, or
13   a lounge, do you know?
14        A.     I don't know.
15        Q.     Can you describe the layout of
16   that apartment?  When you walked in, what
17   do you see after that?
18        A.     You go up the elevator.  You go
19   to the left, there was a trash chute right
20   next to the door of the apartment.  You
21   walk in the door.  Directly across was the
22   bathroom.  You walked further in the
23   apartment, kind of railroad style, to your
24   right was the kitchen which was an open
25   concept.  It was a newer build.  And then
```

Page 152

1                    J. WELLS

2    you got the bulk of the apartment.  In the

3    layout I had a dining table, square, four

4    seats.  L-shaped couch, I believe, from

5    CB2, some hanging desk on the wall there.

6    And then halfway through to the left, there

7    was a door to the bedroom.  And all the

8    closets were in the bedroom.  They covered

9    one whole wall.

10        Q.    Any utility closets?

11        A.    Just the washer and dryer

12   directly to the right when you entered the

13   apartment.

14        Q.    Can you describe the layout of

15   the bedroom, where the furniture was?

16        A.    You walk in, there were

17   dressers.  And there were things to the --

18   and the closets were to the left.  And to

19   the right in the corner toward that window

20   in the bedroom was the bed and two

21   nightstands.  Startup apartment.  It was a

22   decent apartment, but it was a New York

23   starter apartment.

24        Q.    Nightstand at each side of the

25   bed?

Page 153

                        J. WELLS

1
2       A.      Yes.
3       Q.      Were there other tables in that
4   room in the bedroom other than the two
5   nightstands or any other surfaces?
6       A.      Not that I recall.  Amazed that
7   I can recall that much to be honest.
8       Q.      Do you know how big the bed
9   was?
10      A.      I believe it was a queen size
11  bed.
12      Q.      Do you still have the lease you
13  signed for that apartment?
14      A.      I really have to go looking.
15      Q.      Do you have any documentation
16  of you living at that apartment at that
17  time?
18      A.      Oh, 100 percent.  It's on my
19  credit report.  You don't believe I lived
20  there?
21      Q.      I just want to confirm.
22      A.      I'm just wondering the point.
23  It's not my job to ask the point of the
24  question, but I definitely lived there.
25  It's provable in records, my voting

Page 154

```
 1              J. WELLS
 2    records, my credit card statements, phone
 3    bills.  I'm sure you can find it if you
 4    look.
 5         Q.    Was there any other beds in the
 6    apartment?
 7         A.    No.
 8         Q.    There was a sofa, right, that
 9    you guys had?
10         A.    Yes, small L-shaped sofa.  It
11    was a small apartment.  The TV was up
12    against where the bedroom door was.  I can
13    draw you a floor plan if you want, but I
14    lived there four years.  I remember the
15    layout very well but.  There was no bed in
16    the living room.  That's the whole point of
17    getting the one bedroom; right?
18         Q.    During that time period, would
19    you party in Chelsea, would you go out into
20    Chelsea at night and bar crawl or things
21    like that?
22         A.    I was a recently-out gay man in
23    my 20s.  I would go to Hell's Kitchen and
24    Chelsea.  The older ones in their 40s or
25    whatever were in Chelsea.  The city was
```

Page 155

```
 1                  J. WELLS
 2   evolving at the time.  I lived there.  I
 3   was gay.  I wasn't ashamed of being gay.  I
 4   went to clubs and bars sometimes.  I was a
 5   young guy just moved to the city.
 6        Q.    If you were out partying and
 7   drinking in Chelsea, would you ever stay
 8   over at night at someone's apartment in
 9   Chelsea?
10             MR. SUNSHINE:  Objection as to
11        form.
12        A.    Not that I recall.  Did it ever
13   happen, maybe.  But I usually went home.
14        Q.    Had Mr. Delancey ever been
15   inside that apartment?
16        A.    Which apartment?
17        Q.    The one you are describing that
18   you lived in in 2008.
19        A.    I didn't really specifically
20   remember the specifics of anything other
21   than reading this Complaint, but I believe
22   he came over for drinks or something once
23   before we were going out to meet some
24   folks.  But I don't recall many specifics
25   about that.
```

```
 1                    J. WELLS
 2      Q.    Do you recall when that was?
 3      A.    I don't.
 4      Q.    Was that in 2008?
 5      A.    I don't recall the specifics
 6  but --
 7      Q.    Was it shortly after he moved
 8  to New York, within a couple of months?
 9      A.    I assume so.  I believe so.
10      Q.    Was there anybody else in the
11  apartment at the time?
12            MR. SUNSHINE:  Objection as to
13       form.
14      A.    I don't remember.  I don't
15  believe so.
16      Q.    Do you remember what day of the
17  week that was?
18      A.    No.
19      Q.    What time of the day it was;
20  afternoon, evening?
21      A.    No.
22      Q.    Was there still light out when
23  he came over?
24      A.    I have no idea.  I don't even
25  know if it was daylight savings time.  I
```

```
 1                    J. WELLS
 2   have no idea.
 3        Q.    Do you recall what the purpose
 4   of that evening was, why you got together?
 5        A.    I have no idea.
 6        Q.    Did the two of you get together
 7   with other colleagues?
 8        A.    What's that?
 9        Q.    Would the two of you --
10        A.    Did we --
11        Q.    Did the two of you ever go out
12   together and meet up with colleagues?
13        A.    I believe we talked about
14   hanging out, going out, whatever, at
15   various points.  But not that I recall.  I
16   don't remember.
17        Q.    Do you know if Mr. Delancey
18   knew a lot of people when he moved to New
19   York?
20        A.    I don't know who he did or
21   didn't know.  But as he stated in his
22   Facebook message to me, his dream was to
23   move to New York, to Boston, Chicago
24   somewhere -- he wanted to move to some big
25   city.  And he said he was excited to know
```

Page 158

```
 1                   J. WELLS
 2   someone in New York, but I don't know who
 3   else he knew.
 4        Q.    What do you recall about him
 5   coming over to your apartment?
 6        A.    I don't really recall much to
 7   be honest.  It was a very long time ago.
 8        Q.    How long was he at your
 9   apartment?
10        A.    I have no idea.
11        Q.    Did the two of you do anything
12   at the apartment?
13             MR. SUNSHINE:  Objection as to
14        form.
15        A.    I don't recall anything
16   specifically.
17        Q.    Did you guys have a drink
18   together?
19        A.    I saw what was written in the
20   Complaint or whatnot.  And sure, is it
21   possible we had a drink, that we intended
22   to hang out at some point.  I think it was
23   certainly possible.  But I don't remember
24   having a drink or what drink it was or
25   anything like that.
```

```
 1                    J. WELLS
 2        Q.    Have you ever made someone a
 3   vodka cranberry?
 4        A.    Not in a very long time but --
 5        Q.    But you have?
 6        A.    Yes.  Back then I probably had
 7   vodka cranberry.  I don't think I had a
 8   vodka cranberry in 12 years.  It was
 9   popular back in the day.
10        Q.    Did you make a vodka cranberry
11   for Mr. Delancey?
12        A.    I can only assume.  Perhaps I
13   did.  I don't remember -- if I made you a
14   drink 15 years ago, I wouldn't remember it.
15        Q.    Were the two of you ever in
16   your bedroom that visit?
17        A.    No.
18        Q.    Do you know what part of the
19   apartment you guys were for that visit?
20        A.    I don't recall, but what I know
21   is I wouldn't be -- if we had, you know,
22   the vodka cranberry, we wouldn't be
23   drinking vodka cranberry near my bed.  That
24   wouldn't make much sense, would it, so.
25   But I assume we were on the couch in the
```

```
                                    Page 160
 1                    J. WELLS
 2   kitchen where one normally has a cocktail
 3   before going out.
 4        Q.    Do you recall what the two of
 5   you were discussing in your apartment?
 6        A.    I don't.
 7        Q.    Do you recall what you were
 8   wearing, what he was wearing?
 9        A.    I have zero recollection.  I
10   have none of those clothes anymore.  That,
11   I can promise.
12        Q.    Is he taller than you, shorter
13   than you?  What do you recall about body
14   size wise?
15        A.    I think he is pretty tall.  I
16   don't remember.  Pretty tall, skinny,
17   white.
18        Q.    Taller than you at the time?
19        A.    I don't remember.
20        Q.    Skinnier than you; right?
21        A.    I don't even remember what I
22   weighed.  I weighed less then.  I weighed
23   150 pounds, something like that.  But I was
24   pretty skinny then; I'm not anymore.  I
25   don't remember what he weighed.  I can't
```

```
                                        Page 161
  1                    J. WELLS
  2    compare.  I would have to be standing next
  3    to him.
  4         Q.    Did you try to kiss him during
  5    that visit?
  6         A.    I don't recall.
  7         Q.    Did you ever try to unbutton
  8    his pants?
  9         A.    No.  That doesn't seem like
 10    something I would do ever.
 11         Q.    Do you ever try to put your
 12    hands down his pants?
 13         A.    Not that -- no.  That's not
 14    something that I would do.  Definitely not.
 15         Q.    Did you ever touch his jeans?
 16              MR. SUNSHINE:  Objection as to
 17         form.
 18              Vague and ambiguous.
 19         A.    What do you mean by touch his
 20    jeans?
 21         Q.    Touch any part of his jeans.
 22         A.    I don't recall touching his
 23    jeans at all.  I don't recall making him a
 24    drink.  It was a long time ago, but it
 25    doesn't seem like something I would do.
```

```
                                    Page 162
 1                    J. WELLS
 2        Q.     Did you put your hands on his
 3    genitals whether directly or through his
 4    clothes?
 5        A.     No.
 6        Q.     Did you try to stick your
 7    tongue down his mouth?
 8        A.     Not that I recall.  I mean
 9    framing it like that doesn't sound like
10    something that would ever happen.  Did we
11    try to kiss, maybe we did.
12        Q.     When did you maybe kiss him?
13        A.     I said I don't remember kissing
14    him at all to be clear.  But I didn't stick
15    my tongue down his throat.  That's for
16    sure.
17        Q.     Did you kiss each other at your
18    apartment?
19        A.     I don't remember kissing him.
20        Q.     Did you ever touch any part of
21    his body?
22        A.     I don't remember touching any
23    part of his body, no.
24        Q.     Do you remember him touching
25    any part of your body?
```

Page 163

```
 1                    J. WELLS
 2        A.    No.  I do not remember any of
 3   that, no.
 4        Q.    Did you try to have sex with
 5   him?
 6        A.    No.  Definitely not.  That
 7   would have never happened.
 8        Q.    Did you want to have sex with
 9   him?
10        A.    No.  It couldn't happen.
11        Q.    Why not?
12        A.    First of all, the way you are
13   describing sexually, do you know about gay
14   relationships?
15        Q.    I don't know.
16        A.    Do you know how it works or not
17   really or sort of?
18        Q.    I don't really know.
19        A.    Well, usually there is like a
20   top, there is a bottom.  And usually the
21   top is a more dominant type than the
22   bottom, for example.  And I am, you know,
23   hate to be crude, but I'm a bottom.  He is
24   as well.  Sexually as far as positions, we
25   are not compatible.  So that doesn't make
```

1                J. WELLS

2    any sense at all.  So what you are

3    describing couldn't happen.

4         Q.    So --

5         A.    And also, I'm not -- everything

6    you are describing here is like -- I'm just

7    not sexually aggressive.  You can ask

8    anybody I have ever had sex with my entire

9    life.  I'm 42 years old.  And that's not

10   the position I am in the bedroom.  That's

11   not the way anyone you could talk to, ever

12   had sex with me, could ever describe me.

13        Q.    How did you know he was a

14   bottom?

15        A.    I believe he talked about it.

16   I think it's in the discovery, but that's

17   not even -- that's not even the point.  The

18   point is about the aggressive dominant

19   behavior that apparently you are describing

20   is just something that's not something I

21   would ever be engaged in, period.

22        Q.    You have never had any sexual

23   contact with someone who was also a bottom?

24             MR. SUNSHINE:  Objection as to

25        form.

Page 165

```
 1                    J. WELLS
 2       A.    Never had sexual contact with
 3  -- I don't know, but you suggested that I
 4  was trying to have sex with him.  I was
 5  not.
 6             I would not do that, wasn't
 7  interested in that I'm sure.  I don't
 8  remember exactly what transpired over that
 9  evening.  But all of this that you were
10  describing is something that zero people in
11  my life could ever describe because it's
12  not how I am sexually; it's not who I am as
13  a person; it's not the way I am.
14       Q.    You are saying the two of you
15  could not have intercourse?
16             MR. SUNSHINE:  Objection.
17             Misstates his testimony.
18       A.    Is it physically possible?
19       Q.    I'm just asking are you saying
20  that the two of you could not have had
21  intercourse.
22       A.    Anything is physically
23  possible; right?
24             MR. SUNSHINE:  He said it would
25       not.
```

```
 1                    J. WELLS
 2        Q.    Would you consider any sexual
 3   conduct short of intercourse still to be
 4   sexual in nature, for instance, oral sex?
 5             MR. SUNSHINE:  Objection.
 6             Vague and ambiguous.
 7        A.    The way in which you described
 8   that does not sound like me.
 9             I don't remember much from way
10   back then but it doesn't sound like me.
11   It's not who I am.  Nobody could ever tell
12   a similar story about me in my entire life.
13        Q.    Did you ever --
14        A.    Being a dominant, pushing
15   someone around, grabbing their crotch as
16   you say, sticking my tongue down their
17   throat never happened once.  You will find
18   zero people who would make that claim about
19   me other than your client.
20        Q.    Did you ever tell him that he
21   is cute?
22        A.    I don't know.  I don't recall.
23   I don't remember some of the messages.
24   There is definitely some flirtiness in the
25   messages on both sides, but I don't recall
```

```
 1                    J. WELLS
 2   specifically making a compliment like that.
 3        Q.    Did you ever say to him that
 4   you thought he was special?
 5        A.    You know, I don't believe so.
 6   I don't know.  I can't remember.
 7        Q.    Could there be a reason why you
 8   can't remember that visit, sitting here
 9   today, very well?
10        A.    If I told someone they were
11   special while we were in my apartment?  I
12   mean it doesn't sound like something I
13   would say.
14             But I don't remember a drink I
15   had with a single person in 2008.  I don't
16   remember a story I covered at FOX News
17   Channel from 2008 because I covered
18   thousands of stories over the years.  I
19   don't remember anything from 2008.  The
20   only thing I remember is Barack Obama
21   became president.  Once you get that far
22   back in time, unless you're getting
23   married, a milestone birthday, your parents
24   died, or something horrible happens, you
25   don't remember years that far back.  Like
```

```
                                    Page 168
 1                  J. WELLS
 2  every single outing, every single dinner,
 3  do you know what bar you went to in 2008
 4  in September?  I doubt you do.  So the
 5  reason I can't answer some of these
 6  questions is I simply don't have the
 7  answers.
 8       Q.    I think I remember who I kissed
 9  in 2008.  Wouldn't you?
10       A.    I told you I did not stick my
11  tongue down his throat.
12       Q.    Did you ever kiss him?
13             MR. SUNSHINE:  Objection.
14             Asked and answered.
15       A.    Not that I recall.
16       Q.    Why is it that you don't recall
17  kissing someone?
18             MR. SUNSHINE:  Objection.
19             Asked and answered.
20             He just explained why.
21       Q.    Is it your memory, or is there
22  any other reason?
23       A.    I would suspect that your
24  client cannot remember every person that he
25  kissed as a gay man in his mid 20s in 2008
```

```
 1                    J. WELLS
 2   when he got to New York City and was going
 3   out to gay clubs.  I suspect he cannot
 4   remember that.
 5        Q.    Have you ever kissed another
 6   colleague?
 7        A.    No.
 8        Q.    Even maybe?
 9        A.    No.  I've never kissed any
10   colleague that worked with me directly,
11   worked on a show with me, ever.
12        Q.    In the same company as you?
13        A.    Over the years, yes.  Jesse
14   Rodriguez I was with, we weren't
15   colleagues, but at one point we worked at
16   CBS at one time.  So yes, there was overlap
17   of relationships, but never anybody I work
18   with directly in the same division of a
19   company or anything like that ever, ever
20   had sex with, kissed, at all.  There is
21   zero examples of that.
22        Q.    At the time you were at FOX,
23   did you ever kiss another FOX employee,
24   whether at a station or on the news
25   channel?
```

```
                                        Page 170
 1                    J. WELLS
 2              MR. SUNSHINE:  Objection as to
 3         form.
 4              Vague and ambiguous.
 5              Do you mean when they were both
 6         working at FOX at the same time?
 7              MR. RAHMAN:  Correct, at the
 8         same time.  Right.
 9              MR. SUNSHINE:  Within the news
10         channel?
11              MR. RAHMAN:  Within any FOX
12         employment station or --
13         A.    No, not that I recall, at all.
14         Q.    Except for maybe Mr. Delancey;
15    right?
16         A.    I have told you I don't
17    remember kissing him.  I said I definitely
18    did not stick my tongue down his or
19    anyone's throat.  And no, it didn't happen.
20         Q.    What didn't happen, kissing
21    him?
22         A.    The incident that's described
23    in this Complaint didn't happen, period.
24    When I read it, that was my first reaction,
25    this isn't me at all.
```

```
                                   Page 171

 1                   J. WELLS
 2        Q.    It's possible you guys had some
 3   physical contact?
 4              MR. SUNSHINE:  Objection.
 5              Vague and ambiguous.
 6        A.    I don't know what's possible or
 7   what was misinterpreted or, you know, what
 8   happened.  I know that we had a bunch of
 9   flirty texts.  I know we must have met up
10   perhaps to go out.  I don't know exactly
11   the plan, but I don't recall the specifics
12   of any conversation or what you are
13   describing.
14        Q.    Did you invite him up to your
15   apartment to pre-game?
16        A.    That's entirely possible.  That
17   would have been a normal thing to do.  I
18   was in my mid 20s, recently came out gay
19   man.  I lived in Hell's Kitchen.  The gay
20   bars were all there.  You didn't have to go
21   to Chelsea, by the way.  There were like
22   eight of them in Hell's Kitchen.  Yeah.
23   There were a lot of people in media
24   circles, you know.  Delancey even later
25   describes like the gay mafia in media.
```

```
                                      Page 172
 1                    J. WELLS
 2    It's in New York, it's in Florida, whatnot.
 3    Gay marriage wasn't passed yet.  It was a
 4    whole different time.  People sometimes
 5    went to gay bars, nothing to be ashamed of
 6    by the way; but it's what people did.  So
 7    yes, I lived in the neighborhood that had a
 8    bunch of gay bars.
 9              And is it possible people pre
10    gamed, of course they did.  Why wouldn't
11    you.
12        Q.   Were the two of you ever on the
13    same bed together at the same time?
14        A.   No.
15        Q.   Were you drunk when he was
16    visiting your apartment?
17        A.   I doubt it.  I mean -- I don't
18    know what time it was or any of that, but
19    it seems like we just had a cocktail
20    together.
21        Q.   Would you have been inebriated,
22    alcohol, drugs, medication?
23        A.   There is no drugs or
24    medication.  It's possible I had one drink
25    before he got there.  I don't know, but I
```

Page 173

1                      J. WELLS
2  doubt it.
3        Q.    Did he seem inebriated when he
4  got there?
5        A.    I don't recall the encounter,
6  so I don't know.  I couldn't tell you.
7        Q.    When you were at that apartment
8  building, you guys had a rooftop?
9        A.    There was a rooftop, yes.
10       Q.    A rooftop deck that tenants
11 could go to?
12       A.    Yes.
13       Q.    Would you ever go up to that
14 roof?
15       A.    Yeah.  There was a grill up
16 there.  I had colleagues over before.  We
17 barbecued up there.  Friends over there.
18 Yeah.
19       Q.    You said it was a six-floor
20 building?
21       A.    Yes.
22       Q.    How would you get to the roof?
23 Was it just through the elevator?
24       A.    It was only accessible through
25 the stairs.  Well, you could take the

```
                                    Page 174
 1                   J. WELLS
 2    elevator to the sixth floor, but then you
 3    still had to walk upstairs.  Oftentimes you
 4    just walked the stairs all the way up
 5    because you are already on the fourth floor
 6    in a six-story building.
 7         Q.    Did Mr. Delancey ever go to
 8    your roof, that roof?
 9         A.    Not that I recall.  I know he
10    claims he did.
11               It wouldn't be out of the
12    ordinary if I was entertaining or had
13    people over, like check out the roof.
14         Q.    Do you know if you suggested to
15    him to go see the roof with you?
16         A.    I have no idea what I suggested
17    in 2008.
18         Q.    After you guys left the
19    apartment, what happened on that day?
20         A.    I don't remember anything.
21    Nothing memorable happened.
22         Q.    Did you try to kiss him in the
23    stairwell up to the roof?
24         A.    I don't believe so.
25         Q.    Did you grab him as you were
```

```
                                        Page 175
 1                    J. WELLS
 2   walking up to the roof in the stairwell?
 3          A.    That's not something I would
 4   do.
 5          Q.    Did you try to put your hand in
 6   his pants as you were walking up the stairs
 7   to the roof?
 8          A.    No.
 9          Q.    Did you grab his genitals as
10   you guys were walking up the stairs to the
11   roof?
12          A.    No.  I mean none of this makes
13   sense.  It's the same questions, just like
14   in every different room you are asking
15   about the same exact -- I'm trying to get
16   where you are going.  Is there something
17   specific?  Because you're talking, you are
18   saying the same things for living room, did
19   we go in the bedroom, did the same thing
20   happen.  Then you're talking about the
21   stairwell.  As I've said, it didn't happen,
22   it's not like me.  Did he see the roof?  He
23   may have, but this other set of
24   circumstances you are describing did not
25   happen.
```

1                    J. WELLS

2        Q.    Do you know if Mr. Delancey has

3    always been a bottom?

4        A.    I don't know.

5        Q.    Is it possible that he hasn't

6    been the bottom for 15 years?

7             MR. SUNSHINE:  Objection as to

8        form.

9             Calls for speculation.

10       A.    I can't assess that.  You will

11   have to ask him.  I'm sure he is available.

12       Q.    Do you know of anyone who has

13   ever had sex with Mr. Delancey?

14       A.    I don't recall ever having any

15   conversations specifically.

16       Q.    So you dispute that you made

17   any kind of sexual contact with

18   Mr. Delancey in the stairwell of your

19   apartment on the way to the roof?

20       A.    Yes.

21       Q.    Or you don't recall?

22             MR. SUNSHINE:  Objection.

23             It's vague and ambiguous as to

24        what you mean by sexual contact.  He

25        denies the events as alleged in the

Page 177

```
 1                J.  WELLS
 2       Complaint.
 3       A.     Correct.
 4       Q.     You deny the events as alleged
 5  in the Complaint?
 6       A.     Correct.
 7       Q.     And it's impossible that it
 8  happened?  It's not that you don't
 9  remember; it's impossible, it did not
10  happen?
11             MR.  SUNSHINE:   Objection.
12             You are misstating his
13          testimony.  He didn't say it was
14          impossible.  He said it didn't
15          happen.
16       A.     It didn't happen.
17       Q.     You are sure of that; even
18  though this happened 15 years ago
19  allegedly, you are sure it didn't happen?
20       A.     I'm sure.
21       Q.     And then did the two of you go
22  out after you left the apartment?
23       A.     I don't recall.
24       Q.     Do you recall being annoyed at
25  Mr. Delancey?
```

```
 1                    J. WELLS
 2        A.    It must have been so not
 3   memorable to me.  I don't recall anything
 4   about, you know, anything that happened
 5   after, what transpired, if we did or didn't
 6   go out.  I don't have any memory of it.
 7        Q.    Did you ever get angry at him
 8   when he visited your apartment?
 9        A.    I don't recall getting into an
10   argument or getting angry.
11        Q.    Did he ever appear to get angry
12   at you at that apartment?
13        A.    I don't recall the conversation
14   in that apartment.
15        Q.    Did the two of you meet up with
16   colleagues after you left the apartment?
17              MR. SUNSHINE:  Objection.
18              Asked and answered.
19        A.    I don't remember, as I stated.
20        Q.    Were you planning to go to The
21   Barracuda Lounge or club whatever it is?
22              MR. SUNSHINE:  Objection.
23              Asked and answered.
24        A.    I don't recall.  I guess in the
25   rotation of places I went, but I didn't
```

Page 179

```
1                        J. WELLS
2    frequent it often back then.
3         Q.    What bars had you gone to where
4    Mr. Delancey was at the same time?
5         A.    I don't remember whether I was
6    ever in a bar with him at the same time.  I
7    don't think anybody remembers every face in
8    the bar in 2008.
9         Q.    And you would go to bars with
10   your gay colleagues right around that time
11   period?
12        A.    I wouldn't say colleagues.  I
13   think I just described it earlier there are
14   a lot of --
15        Q.    At FOX I'm saying.
16        A.    There were a lot of gay people
17   in the media beyond FOX, you know.  I dated
18   for a while Jesse at NBC.  There were a lot
19   of people at NBC, ABC, a lot of friends at
20   ABC, FOX.  It wasn't like everyone at FOX
21   that was gay, I mean the media world in
22   2008 was different.  I was involved in some
23   organizations at the time that I'm not
24   involved with anymore because it doesn't
25   interest me.
```

```
 1              J. WELLS
 2       Q.    Did you offer to introduce
 3  Mr. Delancey to friends of yours?
 4       A.    Yeah.  Obviously I sent his
 5  resume' to that interview at WNBC.
 6  Apparently it didn't go very well; right?
 7  Yes, I introduced him to people.
 8       Q.    Did you ever invite him out for
 9  the purpose of introducing him to people
10  that you knew?
11       A.    It's the media world in New
12  York City, and you are young and working in
13  the media world in New York City and you
14  are trying to network and whatnot.  Perhaps
15  I did.  It would be common.  Dozens of
16  people invited me out as I invited other
17  people out, so.
18       Q.    Did you ever ask Mr. Delancey
19  to help you with anything you are working
20  on on the OTR show?
21            MR. SUNSHINE:  Objection.
22            Asked and answered.
23       A.    Why would I ask a FOX News Edge
24  affiliate producer to help with a crime and
25  politics driven prime time programming show
```

```
                                    Page 181
 1                  J. WELLS
 2    at FOX News?  I never did.  That doesn't
 3    make any sense.  It's not what they did;
 4    it's not what I did.  We weren't in the
 5    same division.
 6         Q.    Did you ever assign him any
 7    work?
 8              MR. SUNSHINE:  Objection.
 9              Asked and answered.
10         A.    No.  He didn't work for me.  I
11    didn't have any employees working for me
12    then.
13         Q.    Did you ever tell him that he
14    was doing a good job or a bad job?
15         A.    There was one email that I
16    described that I saw in discovery where he
17    sent out something that went to a wider
18    group, and I said, "Good job, Delancey."
19         Q.    Other than that, any other
20    times where you said that he did a --
21         A.     I was nothing but kind and
22    encouraging to him in his endeavors moving
23    to the city and transferring from a FOX TV
24    station to FOX News Edge and eventually
25    back to FOX TV.
```

```
                                    Page 182

 1                  J. WELLS
 2        Q.    Did you ever discuss with Mykel
 3   McCarthy the promotion of any FOX Edge
 4   employees?
 5        A.    No.
 6        Q.    Did you ever talk about a FOX
 7   Edge employee transferring to a different
 8   part of FOX with Mr. McCarthy?
 9        A.    Not that I would recall that.
10        Q.    Do you know of any employees
11   who transferred from FOX Edge to a FOX News
12   Channel show?
13        A.    I mean I can't name
14   specifically, but there are people that
15   move divisions all the time.  I was at FOX
16   television stations, then I was at FOX News
17   Channel.  Andy was at FOX television
18   stations, then he was at FOX News Edge.
19   Sure people change departments, but there
20   is a whole different reporting structure.
21        Q.    Do you know anyone who was ever
22   lateral from FOX News Channel to FOX Edge?
23        A.    It's possible if you were a
24   junior level person at FOX News Channel and
25   there was a bigger position at FOX Edge.  I
```

```
 1                    J. WELLS
 2   don't know.  I don't know anyone
 3   specifically.  But like people can see the
 4   jobs posted.  I'm sure people have applied
 5   and gotten those jobs.  I can only assume.
 6        Q.    Did you consider Mr. Delancey
 7   to be your friend?
 8        A.    I thought we had a friendly
 9   rapport.  I never had a problem with him.
10   I tried to be kind to him, as I said.  He
11   worked with a lot of people I worked with
12   at different TV stations, so we had that in
13   common.  I was supportive of him trying to
14   break out from the Florida media market to
15   New York.  I tried to be a good friend.
16        Q.    Did you ever consider any other
17   FOX Edge employees your friend?
18        A.    I didn't -- first of all, I
19   knew him before he was at FOX News Edge;
20   right?  So there is that.
21             Secondly, sure, I suppose there
22   were over the years.  I can't name them.  I
23   can't remember any specifically.
24        Q.    Did you ever think that
25   Mr. Delancey found you attractive?
```

```
 1                    J. WELLS
 2            MR. SUNSHINE:  Objection.
 3            Calls for speculation.
 4      Q.    Did you ever think that?
 5      A.    I don't know.  I know he was
 6  flirting with me.  He asked me to check out
 7  more of his pictures on My Space I believe
 8  it was that you described earlier.  I saw
 9  in discovery that he told somebody -- one
10  of his friends when he was fishing for
11  information, it's on the discovery
12  documents, that he's not a bad looking guy
13  describing me.  I'm only learning about
14  that now really.
15      Q.    I'm saying talking about around
16  2008 around that time period in those --
17      A.    I don't know what he thought
18  then.
19      Q.    You never thought that he
20  thought --
21      A.    He never shared that with me.
22  I only saw that in recent messages he sent
23  where he described not a bad looking guy to
24  one of his friends.
25            MR. SUNSHINE:  We'll stipulate
```

Page 185

```
 1                    J. WELLS
 2        that Mr. Wells was attractive in
 3        2008.
 4        Q.    Did you ever --
 5        A.    I was much better looking in
 6   2008, that's true.  I guess.  Arguably.
 7   It's a joke.
 8              MR. SUNSHINE:  Yes.
 9        A.    For the record, it's a joke.
10        Q.    Did you know whether he had a
11   boyfriend or not in the fall of 2008?
12        A.    I don't know.  He was largely
13   just coming to me asking for contacts or
14   advice on moving.
15        Q.    Has anyone ever described you
16   as being aggressive?
17        A.    In what way?
18        Q.    Any way.
19              MR. SUNSHINE:  Objection.
20              Vague and ambiguous as to the
21        meaning of aggressive.
22        A.    I would need to --
23        Q.    Did anyone ever describe your
24   personality as aggressive?
25        A.    I would say I'm an aggressive
```

```
 1                    J. WELLS
 2   producer and I'm aggressive in defending
 3   the people I love.  I would not describe
 4   myself aggressive in any other manner.
 5        Q.    Did you have any involvement in
 6   Mr. Delancey's hire for the FOX Edge
 7   position?
 8        A.    No.  I can only assume he
 9   mentioned it to me in some other
10   correspondence or whatnot.  I don't know
11   how he went about applying for it.  There
12   is some messages that are missing.  So I
13   don't recall the way all of that happened,
14   but I was just encouraging that he should
15   pursue it.
16        Q.    Did you know who he interviewed
17   with for the position?
18        A.    No.
19        Q.    Did you pass on his resume' to
20   anyone at FOX ever?
21        A.    I don't know if I did.  I know
22   he sent it to me according to that Facebook
23   post.  I don't know where he sent it.  I
24   don't know if I passed it along or not.  I
25   don't know ultimately how he landed an
```

```
                                    Page 187
 1                    J. WELLS
 2   interview there.  I never spoke to anyone
 3   at the company about him during that whole
 4   time period.
 5        Q.    We talked earlier about his NBC
 6   interview?
 7        A.    Uh-huh.
 8        Q.    WNBC interview; right?
 9        A.    Uh-huh.
10        Q.    You helped arrange that; right?
11        A.    Yes.  I sent his resume' along
12   without an endorsement and just said --
13   yeah.
14        Q.    That was arranged in the first
15   few weeks that he was at FOX Edge?
16        A.    I don't know when the timing
17   was.  But all I recall, he was complaining
18   about money or something like that, and I
19   said, as I had stated earlier, you know,
20   maybe explore some other opportunities.  I
21   knew another Florida producer who was now a
22   hiring manager at WNBC who had some
23   opportunities.  I sent the resume' over.
24              MR. RAHMAN:  Mark this as
25         Exhibit 8.
```

```
 1              J. WELLS
 2              (Whereupon, the aforementioned
 3         document was marked as Plaintiff's
 4         Exhibit 8 for identification as of
 5         this date by the Reporter.)
 6         Q.    Exhibit 8 begins on FNN 186 to
 7    188.
 8              Before we get to this email,
 9    did you ever offer to help Mr. Delancey
10    learn the ropes at FOX?
11         A.    You know, I don't know that I
12    said that.  I don't recall saying that
13    specifically, but I clearly was trying to
14    be helpful to him in, you know.  We read
15    that FOX News radio opportunity and some
16    other things like that.  I was always
17    trying to help connect him with people to
18    help him be more successful just as
19    somebody that also came from Florida and
20    you're trying to make it and you can use
21    some friends.
22         Q.    Did you ever tell him that you
23    had influence at FOX?
24         A.    No.  Well, I did later in my
25    career.  I didn't have any influence in
```

```
                                            Page 189
 1                     J. WELLS
 2    2008.
 3         Q.    Did you tell him that you did
 4    have influence?
 5         A.    I wouldn't have said that, no.
 6         Q.    No?
 7         A.    No.
 8         Q.    Did you tell him that you knew
 9    higher-ups at FOX?
10         A.    I don't recall ever saying
11    that.
12         Q.    Did you ever tell him that you
13    were powerful at FOX?
14         A.    No.
15         Q.    Did you ever tell him that you
16    had pull within FOX?
17         A.    I don't recall saying that.
18         Q.    Did you ever tell him that you
19    could help his career?
20         A.    All I did was try to help in
21    his career.  I never told him that, no.
22         Q.    Did you tell him that you
23    wanted to help his career?
24         A.    No.  He asked for favors
25    constantly as you see through all these
```

                              J. WELLS

1     messages, and I passed on resumes or told

2     him to meet with somebody.  That was it.

3         Q.    You described earlier a

4     conversation you had with Oswaldo Martinez,

5     I think his name is, about the interview

6     that he had with Mr. Delancey; right?

7         A.    Yeah.

8         Q.    Did you have that discussion

9     after Mr. Delancey visited your apartment?

10        A.    I don't know the timing of

11    that.  All I know about that, I interviewed

12    at WNBC and I got offered a job.  He

13    interviewed at WNBC and was told he wasn't

14    good enough.  I'm sorry that happened, but

15    he didn't get a job offer and he wasn't a

16    good candidate apparently.  That's all I

17    recall about that.

18        Q.    You thought he was qualified;

19    right?

20            MR. SUNSHINE:  Objection as to

21        form.

22        A.    As I stated previously, I

23    thought that there were some opportunities

24    there.  It was also somebody who came from

Page 191

1                    J. WELLS

2    Florida television background.  He was

3    looking for the type of producer that had

4    that kind of experience, and I thought it

5    might be a good match so I passed along the

6    resume'.

7               But I never worked with

8    Delancey, so I couldn't speak to his work

9    ethic or work abilities whatsoever.

10              It was a simple here is the guy

11   from Florida that recently moved up here,

12   you might want to talk to him.

13       Q.    Did you ever say anything to

14   Mr. Delancey that would have given him the

15   impression that you had the ear of FOX

16   executives?

17              MR. SUNSHINE:  Objection to

18         form.

19              Calls for speculation.

20       A.    I was a junior level producer

21   who just made my way from local news over

22   to the network at that period.  That's not

23   something I would have said.  It's not

24   something that was accurate at the time

25   either.

Page 192

```
 1                    J. WELLS
 2        Q.    Well, did you say anything that
 3   you believed could have given him that
 4   impression?
 5        A.    Not that I recall, no.
 6        Q.    Did you tell him anything that
 7   you believed could give the impression that
 8   you could impact his career trajectory?
 9             MR. SUNSHINE:  Objection.
10             Calls for speculation.  Asked
11         and answered.
12        A.    No.  I did not have any
13   significant influence, power or top level
14   role at FOX until many, many, many years
15   after Mr. Delancey departed both FOX News
16   Channel and the TV station that he returned
17   to.
18        Q.    Did you ever say to him that he
19   should stay on your good side to succeed at
20   FOX?
21        A.    No.  Why would I say that?
22        Q.    Did you say anything to give
23   him the impression that he needed to stay
24   on your good side to succeed at FOX?
25             MR. SUNSHINE:  Objection.
```

1                    J. WELLS

2         Asked and answered.

3         A.    No.

4         Q.    The first email in this chain

5    is on the third page from you to

6    Mr. Delancey, October 30, 2008.  You say,

7    "Hey there, what are your days off?  I feel

8    like you are never logged in."

9                What do you mean by I feel like

10   you are never logged in?

11        A.    It's probably, I assume, the

12   iNEWS system, the messenger thing.

13        Q.    Do you see if someone is logged

14   in?

15        A.    Yeah.  Of course.

16        Q.    How did you see that?  How

17   could you determine that?

18        A.    It is a really old archaic

19   system.  It's still the same.  There is a

20   bar at the top of the screen, and then

21   there is an iNEWS.  And there is like a

22   little -- when you type in somebody's name,

23   there is a little connection type of thing.

24   And they are connected.  When somebody is

25   connected and -- it's designed that way for

Page 194

1                    J. WELLS

2    a reason.

3         Q.    How would you go about

4    determining if someone is logged in?

5         A.    You'd see the little connector

6    piece goes up.  You can see if anyone is

7    logged in right now.  You can log in.  And

8    if they type in the name, there is a little

9    connector connects.  If you are on the

10   newsroom computer system, you can see other

11   people and you can send them little top

12   lines.  And they are very short top lines,

13   very short messages.  They are short like

14   as long as tweets used to be before they

15   lengthened them.  And it appears at the top

16   line because it appears at the top of your

17   screen.

18        Q.    So you would have to type

19   someone's name in to see if they are logged

20   in?

21        A.    I haven't used iNEWS in so

22   long.  Yeah, you do that or you hit control

23   L and it shows you everyone logged in and

24   you just click them.

25        Q.    Unless you did something

```
 1                   J. WELLS
 2   affirmatively like pressed control L or
 3   searched for someone's name, you wouldn't
 4   know if someone is logged in; right?
 5        A.    You hit control L all the time
 6   because you see who is on before you
 7   message anybody for anything you are doing.
 8        Q.    But then you have to start
 9   typing their name; right?
10        A.    Or you just click on it.
11        Q.    But you have to scroll down to
12   find the name; right?
13        A.    Yes.
14        Q.    It's not like you open up iNEWS
15   and the program just tells you that he is
16   not logged in; right?
17        A.    Correct.  Yes.
18              It is a very simple system.
19   There is probably five people in the news
20   industry using it right now this minute.
21        Q.    Why did you tell him that you
22   feel like he's never logged in?
23        A.    Probably means we are not there
24   at the same time or whatever.  Maybe we had
25   talked on there before.  I don't know what
```

```
 1                    J. WELLS
 2   I intended there.  I can't speak to it.  I
 3   don't know what my intention was or why I'm
 4   saying that.
 5        Q.    Why would you have looked to
 6   see whether he was logged in or not?
 7        A.    You know, there are all kinds
 8   of things people used back then to
 9   communicate.  AOL instant messenger was a
10   thing which has since been shut down.
11              In newsrooms, even if you are
12   in the different departments or different
13   places, it's something you have to be able
14   to talk back and forth with anyone that's
15   on the same system.  It's like using Slack
16   today.
17        Q.    You would look him up if he was
18   logged in to communicate with him?
19        A.    All I know, as I said, I feel
20   like you are never logged in which probably
21   means oh, you're not at work.  If I hit
22   control L, one of the first names that
23   would pop up would probably be Delancey.
24              I don't know what my intention
25   was when I sent that email.  It was a
```

Page 197

```
1                    J. WELLS
2   really long time ago.
3        Q.    Would you ever look to see if
4   he was logged in to send him work or an
5   assignment or talk about work?
6              MR. SUNSHINE:  Objection.
7              Vague and ambiguous, and it's
8          been asked and answered.
9        A.    No, certainly not because then,
10  you know, the remainder of our conversation
11  is just friendly friends stuff.
12             And I feel sorry for FOX having
13  to store messages like going to G Lounge on
14  Sunday nights, that he was all over Chelsea
15  and XES and G Lounge and whatnot.
16             The conversation we then had
17  like right away was about friend stuff.  It
18  wasn't about assigning work at all.
19       Q.    Did you ever look to see if
20  other FOX Edge employees were logged in?
21       A.    I don't recall.  I probably --
22  when I was more active in iNEWS at that
23  stage in my career, I think everybody
24  working there probably had that control L
25  button 500 times a day to see who is logged
```

Page 198

1                    J. WELLS

2    in.

3         Q.    There is an email on the second

4    page Saturday, November 1st, at 6:03 p.m.

5    You say you were dancing practically naked

6    at Ritz Bar until 3:30 to 4:00 a.m., fun

7    times.  Do you recall who you were with?

8         A.    I was 26.  And I both don't

9    dance practically naked, and I am not up

10   until 4:00 a.m. anymore.

11              But I don't recall who I was

12   with, but it looks like Mr. Delancey was in

13   a different part of town all night too

14   until five in the morning he states here.

15        Q.    Were you with any colleagues

16   that night?

17              MR. SUNSHINE:  Objection as to

18        form.

19              He answered.

20        A.    I don't believe so.  I could

21   have been with some media folks.  I don't

22   know.

23        Q.    Is the Ritz Bar in Chelsea?

24        A.    No.  It's in Hell's Kitchen.

25   It was on 46th between Eighth and Ninth.

Page 199

```
 1                    J. WELLS
 2           Not been there in years.
 3   Couple of years people got drugged and
 4   murdered there.
 5                MR. RAHMAN:  Mark this as
 6           Exhibit 9.
 7                (Whereupon, the aforementioned
 8           document was marked as Plaintiff's
 9           Exhibit 9 for identification as of
10           this date by the Reporter.)
11                MR. RAHMAN:  Exhibit 9 is Bates
12           stamped FNN 191, 192.
13       Q.    These are emails between you
14   and Mr. Delancey from July 2009; right?
15       A.    Uh-huh.
16       Q.    You say, "Nice work, Delancey."
17           Do you see that on the first
18   page?
19       A.    Uh-huh.
20       Q.    What are you referring to?
21       A.    So right here we are talking
22   about a story that I was heavily involved
23   in.  It was the Michael Jackson case.  I
24   was involved in it because I broke the
25   story on FOX News for FOX News.
```

```
                                        Page 200

 1                    J. WELLS

 2              I had a source at TMZ who told

 3    me Michael Jackson had died, and I got it

 4    on the air at FOX News that night when that

 5    happened.  I was really engaged in that

 6    particular story.  And so I saw emails

 7    pertaining to anything relating to Michael

 8    Jackson.  Saw this email, and he is talking

 9    about one of their packages was brought in

10    and it went to a group.  Normally we

11    wouldn't be on the same group.  But because

12    I was involved in that story, there was a

13    group created just for Michael Jackson as

14    you see here 625, Michael Jackson, one of

15    the rare times there might be some overlap

16    in some of the Outlook messaging groups.

17              And Don Fair, who was the

18    assistant bureau chief in LA bureau, sent

19    the initial thing.  Andy said I'm bringing

20    in the package which is a two to

21    three-minute piece from their ten p.m.

22    show.  They are bringing it overnight for

23    the stations.  And I just said, "Nice work,

24    Delancey."  It was just "nice work,

25    Delancey," smily face or whatnot.
```

Page 201

1                    J. WELLS

2              And he said, "Ha, ha.  Thanks.

3    I'm getting off West PM," I didn't even

4    know he was on West PM, "in a couple of

5    weeks.  Can't wait."  Yeah.

6         Q.    What is 625 Michael Jackson?

7         A.    That would be breaking news

8    coverage pertaining to the Michael Jackson

9    story.  He died.  There is a lot of pieces

10   going on in a big story like that.  There

11   is only a few stories like that that would

12   create, you know, like there would probably

13   be another group for the Boston marathon

14   bombing whatever, it is a temporary group

15   that's used for like a week or two after a

16   big story where everything is wall to wall

17   talking about one thing just to make sure

18   everyone is getting information as quickly

19   as possible.

20              That is the only time where you

21   break down the barriers of some of the

22   departments so that everybody within

23   various departments can see something going

24   on in one particular breaking news story,

25   in this case Michael Jackson.

```
                                          Page 202
 1                    J. WELLS
 2       Q.     Who creates like these groups?
 3       A.     The assignment desk, the
 4   national assignment desk.
 5       Q.     How do they know who to include
 6   in the group?
 7       A.     Through experience.  You know
 8   who could be touching at touch point on
 9   that story.
10              I would have been a touch point
11   because I broke the story for FOX News
12   because I got the tip from TMZ and we got
13   it to air I believe on Shepard Smith show.
14   And then Greta covered it extensively, and
15   we went out there.
16              He apparently was the West PM
17   regional producer at FOX News Edge at the
18   time which I would not have known, and he
19   brought in a piece regarding it.  And I
20   just said nice job.
21       Q.     Did you praise other FOX Edge
22   employees like you did --
23              MR. SUNSHINE:  Objection.
24              Vague and ambiguous.
25       A.     I would praise anyone that
```

```
 1                    J. WELLS
 2   brought something in if I knew them.  If
 3   there is a radio host that did a great
 4   interview and they were talking about
 5   Michael Jackson and I thought it was
 6   interesting and I happened to be on the
 7   email and I was friends with them, I would
 8   be like great job, yeah, sure.
 9        Q.    Did you tell anyone else that
10   they did a great job?
11        A.    No.  I wouldn't have because I
12   didn't work with him.
13        Q.    You didn't tell Mr. McCarthy
14   that he did nice work on the story?
15        A.    No.  I had nothing to do with
16   those people.
17              MR. RAHMAN:  Mark this as
18         Exhibit 10.
19              (Whereupon, the aforementioned
20         document was marked as Plaintiff's
21         Exhibit 10 for identification as of
22         this date by the Reporter.)
23              MR. RAHMAN:  Exhibit 10 is
24         Bates stamped FNN 194 to 195.
25        Q.    Are these emails between you
```

```
 1                    J. WELLS
 2   and Mr. Delancey from December 19, 2009?
 3        A.    Yes.
 4        Q.    You asked him "are you working
 5   tonight"; right?
 6        A.    Yeah.
 7        Q.    Do you recall why you asked him
 8   that?
 9        A.    I don't.
10        Q.    Can you think of why you would
11   ask him whether he was working that night?
12        A.    I guess back then everything
13   was on -- I don't know if there were other
14   conversations we had about hanging out or
15   anything of that sort.  I have no idea if
16   there were other conversations by other
17   means.  But like I said, at this time you
18   are doing email on BlackBerry and I don't
19   know, I just sent a message on my
20   BlackBerry.
21        Q.    Were you reaching out to him to
22   see if he was working that night for a work
23   reason?
24        A.    I have no idea.
25        Q.    Could it be because you wanted
```

Page 205

```
 1                    J. WELLS
 2    to see if he could work on something for
 3    you?
 4         A.    No, not at all.
 5         Q.    Could it be because you wanted
 6    to give him an assignment?
 7         A.    No.  I didn't give him
 8    assignments.  I wouldn't be giving him an
 9    assignment on a Saturday.
10         Q.    Did you work on Saturdays?
11         A.    Did I work?
12         Q.    Yeah.
13         A.    I worked seven days a week.
14               But he worked on shifts, I
15    believe.
16               MR. RAHMAN:  Mark this as
17          Exhibit 11.
18               (Whereupon, the aforementioned
19          document was marked as Plaintiff's
20          Exhibit 11 for identification as of
21          this date by the Reporter.)
22         Q.    Exhibit 11 begins on FNN 137
23    through 140.  I'm only going to ask you
24    about what's on the third page.
25         A.    Yeah, this was all about his
```

Page 206

```
 1                    J. WELLS
 2   job description working for FOX News Edge.
 3        Q.     Right.  Do you see job
 4   description, the third line, copy, edit,
 5   and review video prior to iPump
 6   distribution?
 7        A.     Yes.
 8        Q.     Did you understand that to be
 9   one of his responsibilities?
10        A.     Sure.  It probably would be.
11        Q.     And iPump would be used even by
12   your show by OTR?
13        A.     In what way?
14        Q.     Well, for reviewing videos and
15   content.
16        A.     No.  The network had a separate
17   video system that the network used.
18               iPump was just for the
19   affiliate news service.  It was only for
20   FOX News Edge.  All producers didn't
21   usually go on iPump; some did.  It was the
22   way to see the affiliate stuff more
23   quickly.
24               But nothing from my show would
25   be saved in iPump.  The system at the time
```

```
 1                    J. WELLS
 2   we used was called Ardome, A-R-D-O-M-E,
 3   which is made by a French television
 4   company.  FOX is one of the only ones in
 5   America that uses it.
 6              But iPump is just for the
 7   affiliate stuff because you would use when
 8   possible fiber networks in order to bring
 9   the footage in and release it back out to
10   affiliates.
11              I had access to it, but
12   anything we were doing at FOX News Channel
13   was on a completely separate system that
14   was only internally in that building.
15              He would have been in a
16   completely different video system than I
17   was day-to-day.
18              If you didn't find something in
19   the FOX system, you could then go to iPump
20   to view stuff from the TV stations and
21   request the national desk to bring it from
22   iPump over to what was Ardome which was the
23   national news desk system but pin
24   programming and news programs during the
25   day on FOX News.
```

```
 1                    J. WELLS
 2        Q.    Would you be able to determine
 3    who uploaded the content or who made the
 4    content on iPump?
 5        A.    No.  What you would see on
 6    iPump would be forward facing to all of the
 7    affiliate stations as well.  So if you're
 8    at KCPQ in Seattle, you would be seeing the
 9    same exact thing that I would see.  This is
10    not some internal system.  It was the
11    system used to service all of the
12    affiliates as well.  So people's names were
13    not attached to anything.  There was video.
14    There were suggested scripts that affiliate
15    producers could use to then edit and put
16    onto their newscasts.  But yeah, iPump was
17    a system designed for use by the affiliates
18    but was an additional resource if somebody
19    at one of the shows wanted to see video
20    before it made it into our system.
21        Q.    Would there be any way to
22    determine or discern who uploaded the
23    content?
24             MR. SUNSHINE:  Objection as to
25        form.
```

Page 209

```
 1                    J. WELLS
 2        A.    I didn't work at FOX News Edge,
 3   so I didn't have any kind of administrative
 4   access to that.  So you wouldn't see -- I
 5   couldn't upload a video to iPump.  Nobody
 6   at FOX News Channel or one of the FOX News
 7   Channel shows could upload a video on
 8   iPump.  It was an apparatus just of FOX
 9   News Edge.  I would only see what somebody
10   at a TV station in Seattle or Texas was
11   seeing.
12        Q.    At the time, could you ask
13   someone if you wanted to know who created
14   certain content that was on iPump, was
15   there somebody you could go to and say I
16   want to find out who created the content?
17        A.    I suppose you could, but there
18   would be no reason to.
19        Q.    Who would you go to --
20             MR. SUNSHINE:  Are you asking
21        if he physically could or if he did?
22        Q.    At the time, could someone in
23   your role find out that information?
24             MR. SUNSHINE:  Objection.
25             Incomplete hypothetical.
```

```
 1                   J. WELLS
 2        A.    Nobody would ever do that.  It
 3   wouldn't make any sense.
 4        Q.    Would there be a way for you to
 5   find out?  If I told you I want to find out
 6   who put this content up, could you --
 7        A.    If I did that, I would have no
 8   time to put the show on the air.  I don't
 9   understand the point, but sure.  If I made
10   a round of phone calls, you can go through
11   the ringer what producer worked on this
12   perhaps.  But you may not even know once
13   the shift changed.  I don't know if there
14   are fingerprints in the system.  I don't
15   know how it works.
16        Q.    Did you ever review content
17   whether it was on Ardome or iPump that you
18   knew was created by Mr. Delancey?
19        A.    No.  The only way, like in that
20   email about the Michael Jackson thing,
21   because of my involvement in the story and
22   him sending the email to the group, I would
23   know things like that.  But I was not
24   monitoring the affiliate news services
25   video fiber distribution system or caring
```

```
 1                    J. WELLS
 2    about what production assistant or regional
 3    producer, whatever their title may be, was
 4    putting on there or who was editing what.
 5              I didn't even know who the
 6    editor was for a piece of video on my own
 7    show.  Like there are so many layers it
 8    would go to, it would make no sense.  It's
 9    not part of the process.
10         Q.    At no point did you know that
11    this was the content that Mr. Delancey had
12    a hand in?
13              MR. SUNSHINE:  Objection.
14              He just answered that was
15         Michael Jackson.
16         A.    Unless he told me specifically,
17    I would have no knowledge of it.  I was not
18    part of that operation.
19         Q.    Do you see the bullet
20    departmental mission?
21         A.    Yes.
22         Q.    The second sentence says, "Edge
23    content is used by 25 FOX-owned and
24    operated stations; all in-house FOX News
25    entities, (FNC, FBN, dot-com, promos, FIM,
```

Page 212

1                    J. WELLS

2    et cetera, and the syndicated program

3    America's Most Wanted)."

4              Was it true that FOX News

5    Channel used content created by Edge?

6              MR. SUNSHINE:  Objection as to

7        form.

8              Vague and ambiguous.

9        A.    Edge didn't create the majority

10   of their content.  They were a clearing

11   house for bringing in the content from

12   affiliate and owned stations, distributing

13   that and making sure it that it was clear

14   for license.  That was the purpose of it.

15   It's like, you know, instead of just

16   ripping footage you don't know where it

17   came from.

18              If a helicopter in Los Angeles

19   is up and it came from KTTV in Los Angeles,

20   it's on FOX News Edge.  And you know that's

21   the footage you are supposed to take.  It

22   was a clearing house to make sure licensed

23   footage is reaching FOX-owned properties

24   and FOX affiliates.

25        Q.    But is it true that whatever

Page 213

```
 1                       J. WELLS
 2    content that they touched, whether they
 3    created it or not or they passed it along,
 4    that could be and would be used sometimes
 5    by FOX News Channel; correct?
 6                  MR. SUNSHINE:  Objection.
 7           Could, would are very different.
 8           Q.    It would be used; right?
 9           A.    In any event, it cannot always
10    be used.  Sometimes there are restrictions
11    on that content and it would say
12    specifically in the notes not for use on
13    national news broadcast, not for use within
14    X, Y, Z, marked for various contractual
15    reasons or if there is footage or pictures
16    or whatnot that was licensed that cannot be
17    aired nationally.  That happened all the
18    time.  Not every piece of content there
19    could or would be used.
20           Q.    But you needed to know that the
21    content could be aired, that it had been
22    cleared to use; right?
23                  MR. SUNSHINE:  Objection.
24           A.    There would be some notes on it
25    to that effect.
```

Page 214

```
 1                    J. WELLS
 2        Q.     That it was cleared; right?
 3        A.     Yes.  Sometimes it wouldn't be
 4   cleared on all uses and it would have
 5   specific notes on the restrictions.
 6        Q.     Cleared content could be used
 7   by FOX News Channel shows?
 8        A.     Of course.
 9        Q.     In terms of --
10        A.     Like if you are Oprah and you
11   make a TV show and you license it to CBS,
12   they can use it sure.
13        Q.     In terms of content uploaded to
14   iPump or to Ardome, if you saw a piece of
15   content and you wanted to know who created
16   or had a hand in it, you could call up a
17   producer, right, and ask if they had done
18   this?
19             MR. SUNSHINE:  Objection.
20             Vague and ambiguous.
21        A.     I've never in my entire career
22   heard of that happening.
23             I didn't do that, and I don't
24   understand why anyone would.
25        Q.     You've never asked Mr. Delancey
```

```
                                    Page 215
 1                    J. WELLS
 2    hey did you work on this?
 3         A.    I was worried about my ratings.
 4    I wasn't worried about the feed to
 5    affiliates.  I tried to be supportive and
 6    kind.  No.  Zero interest in that.
 7         Q.    How would you describe the
 8    frequency with which you communicated with
 9    Mr. Delancey while he was at FOX Edge?
10         A.    I don't remember because there
11    are clearly some passive communications
12    that are missing, no longer available given
13    how long it's been.  But I don't know.  I
14    don't recall.  I worked with a lot of
15    people.
16         Q.    Would you say you communicated
17    on a weekly basis?
18         A.    I don't know.
19         Q.    Daily basis?
20         A.    Certainly not.
21         Q.    Is it possible that you would
22    communicate multiple times a week?
23                MR. SUNSHINE:  Objection as to
24         form.
25                When are you talking about?
```

```
 1                    J. WELLS
 2            MR. RAHMAN:  Throughout the
 3         duration of his employment at FOX
 4         Edge.
 5       A.    When was his employment at FOX
 6   News Edge?
 7       Q.    2008, 2010.
 8       A.    Okay.  I don't know how often I
 9   communicated with him.  I was there a very
10   long time.  I don't recall any of that.
11       Q.    How did you learn that
12   Mr. Delancey was leaving FOX Edge?
13       A.    I believe he told me.
14       Q.    Do you recall what he said to
15   you?
16       A.    No.  I saw one of these other
17   messages that we just went through, Exhibit
18   8.  He described how he missed his family
19   and friends back in Florida in Exhibit 8.
20   So there was always a sense that he was not
21   fully acclimated, didn't feel he is making
22   enough money yet.  And those are all very
23   clear in the communications here.  But, you
24   know, so -- not surprising since he was
25   sending that message; right?
```

Page 217

1                    J. WELLS
2        Q.    Do you know if he ever or did
3   he ever discuss with you wanting to work
4   for the FOX News Channel?
5        A.    I don't believe so, no.
6        Q.    Did he ever tell you that he
7   felt that his career was being stagnant at
8   FOX Edge?
9        A.    No.  I believe he got
10  promotions there.  He was talking about it
11  in that email.  You showed me the hiring
12  authorization that he got an 11-percent
13  raise.
14       Q.    Did he talk about that raise to
15  you?
16       A.    No, he did not.  But you just
17  showed me a hiring authorization.
18       Q.    But you know --
19       A.    You just stated his career was
20  stagnant and wasn't going anywhere but then
21  you are showing me an 11-percent increase
22  and a new title.
23       Q.    I'm asking if he talked to you
24  about that.
25       A.    He didn't.  But even if he had

```
 1                    J. WELLS
 2    and I had known that information, I would
 3    know that was untrue.
 4         Q.    Do you know whether he was
 5    happy with how his career was progressing
 6    in FOX Edge?
 7         A.    I can't speak to his emotions.
 8         Q.    He never told you anything that
 9    would give you an impression one way or the
10    other?
11         A.    No.  He did give me the
12    impression that over the course of this he
13    wanted to make more money, and I passed his
14    resume' to some folks.
15         Q.    If you could turn back to
16    Exhibit 2.
17              MR. SUNSHINE:  Can we take a
18         break?
19              MR. RAHMAN:  Yes.
20              (At 2:52 p.m., a short recess
21         was taken.
22              At 3:00 p.m., the deposition
23         resumed.)
24         Q.    Mr. Wells, would you ever ask
25    Mr. Delancey to put content on iPump?
```

Page 219

1                   J. WELLS

2          A.    As I've said numerous times,

3     not that I recall.

4          Q.    In terms of the TopLine

5     messages, do you know if those are saved?

6          A.    I don't believe so.  I think

7     it's like a really archaic system.  I would

8     think there is so much traffic on it and it

9     is an old system, I think it is a week

10    maximum.  I'm literally speculating there,

11    but I don't think, you know.  I think if

12    you are a super user or something, you can

13    go track something down for a week because

14    it's for the purpose of figuring out how

15    something got on the air.

16         Q.    Do you know if there is a way

17    to go back and look for old messages?

18              MR. SUNSHINE:  Asked and

19         answered.

20         A.    I'm not an IT expert.  That's

21    just my knowledge of that system.

22         Q.    Did you ever ask someone to go

23    back and look for a certain TopLine

24    message?

25         A.    No.

```
 1              J. WELLS
 2      Q.    Exhibit 2, this is page four.
 3 The top is October 4, 2013.  Prior to this
 4 message at the top, the last time you had
 5 communicated, at least through Facebook,
 6 was in February of 2008; right?
 7      A.    Yeah, because I suppose we
 8 obviously communicated by other means than
 9 Facebook; right?
10      Q.    After Mr. Delancey left the job
11 at FOX Edge, do you recall communicating
12 with him prior to October 4, 2013?
13      A.    I believe so.  But I don't, you
14 know, I don't think it was a lot.  Maybe
15 there was some communication when he went
16 back to Tampa, but I can't remember how or
17 when.
18      Q.    Would that have been through
19 text, phone call?
20      A.    I have no idea.
21      Q.    So you ask him, "Hey there,
22 Mr., you are at WPTV now?"
23      A.    Yes.
24      Q.    Why did you reach out to him,
25 if you recall?
```

Page 221

                          J. WELLS
1    A.    He probably posted some -- you

2    have to go and look at some of these public

3    posts and whatnot, but I reached out to him

4    because he was working at a TV station I

5    also worked at working with the same

6    anchors, the same people.  Yeah.  We

7    talked, and then he had gone back to Tampa.

8    Q.    You said this was your first

9    legit producer job?

10   A.    Yeah, it was, which I explained

11   earlier when you went through my resume' in

12   detail.

13   Q.    And you go on communicating for

14   several pages?

15   A.    Yeah.  He talks about the show

16   he is doing.  He did that show for a while.

17   And it was canceled, and he worked in their

18   local news department.

19   Q.    And if you keep going, there is

20   a text you sent on October 4, 2013 at 3:47

21   p.m.?

22   A.    There is a bunch of stuff

23   before that where he is talking I took the

24   job because it gives managerial supervisor

```
 1                    J. WELLS
 2   experience and the pay is much better.  He
 3   talks about that on page seven.  I want to
 4   make sure I have context before I get to
 5   page ten.  He talks about Miami, Fort
 6   Lauderdale, gladly taking something nicer.
 7   I talk about living in Delray Beach, I
 8   liked it there.  He is talking about
 9   thinking of living downtown.  I say,
10   "Looking at your show website.  Looks fun.
11   We are getting a new graphics package."  He
12   talks about the job.  I mention that I
13   moved to -- our show is moving from ten
14   p.m. to seven p.m.
15        Q.    That's on that page Wells ten;
16   right?
17        A.    Yeah.  We switched time slots,
18   kind of demotion actually to be quite
19   frank, from ten p.m. to seven p.m. for
20   Greta at the time.  There's a lot of
21   reasons for that, because Megan Kelly got
22   promoted, trying to hire a good producer.
23   We lost some of our strongest interviewer
24   and lots of people for it.  It was 2013, so
25   I was probably coordinating producer,
```

Page 223

1                    J. WELLS

2    senior producer so I was in the interview

3    pool for the first time around that time

4    frame.  Yeah.  So now I have context

5    getting up to page ten.

6         Q.    Just going back to 2008, that

7    time period, what was your position at the

8    Greta Van Susteren show?

9         A.    Producer.

10        Q.    That was your title?

11        A.    2008 I was a producer, yes.

12   Then I became line producer a few years

13   later.  Then I became a coordinating

14   producer.  2013 I was either coordinating

15   producer or senior producer.  I'm not sure

16   when that switch happened.  I think I was

17   coordinating producer.

18        Q.    Was there a hierarchy amongst

19   producers on the show?

20        A.    Different depending on the show

21   and different based on the period in time.

22   It's changed over the years; but yes, yes.

23        Q.    Is the line producer role like

24   considered to be a higher level role --

25        A.    Line producer role in network

1                      J. WELLS

2    news would be considered a higher level

3    role than just a producer on a network

4    show, yes.

5         Q.    At the time you joined the show

6    back in 2008 I believe, who were the

7    producers on the Greta Van Susteren show?

8         A.    I was a producer, one of many

9    producers.  There were some associate

10   producers which would be lower-ranking

11   production assistants.  There were a number

12   of other producers, I would say like four.

13   I am guessing the numbers.  I don't have

14   the head count or budget in front of me of

15   what that show looked like.

16              At that time there is a line

17   producer ahead of me.  There is a

18   coordinator producer ahead of me and

19   executive producer that was probably higher

20   up than me in that 2008 period.

21        Q.    Do you recall who was the line

22   producer?

23        A.    The line producer at the time

24   would have been Angela Tarrant.

25        Q.    Do you recall who was the

Page 225

```
 1                    J. WELLS
 2   coordinating producer?
 3        A.    I think it was Carrie O'Connor.
 4        Q.    I think you said Ms. Meade was
 5   the executive producer?
 6        A.    Yes.  She had a VP role at the
 7   time I believe but also as executive
 8   producer, not uncommon at all.
 9        Q.    Amongst the four producers, you
10   and the three other producers, was there
11   like a hierarchy amongst the four of you?
12        A.    With that group, they were
13   above me.
14        Q.    They were all above you?
15        A.    Yeah.
16        Q.    When you say, "above," what do
17   you mean?
18        A.    Technically in local news it is
19   a little bit different.  You have one
20   producer who's the line producer of the
21   show.  In network it is a little more
22   complicated.  You have people overseeing
23   different stuff.  I was a utility producer.
24   Sometimes I was in the field; sometimes if
25   someone was out I was in the control room,
```

```
                                  Page 226
 1                    J. WELLS
 2    but I wasn't running the show in the
 3    control room.  I wasn't running the show in
 4    editorial meetings.  I was not authorized
 5    to hire or make those decisions back then.
 6    Later in my career, obviously, it was, but,
 7    you know.
 8         Q.    What were your typical daily
 9    duties in the fall of 2008 when you first
10    joined the show; what were you typically
11    doing as a producer?
12         A.    Depends.  They had me work on
13    some special products to try to get the
14    ratings up.  That was my core objective
15    initially.
16              Then there was a case down in
17    Florida, the Casey Anthony case, a murder
18    trial, and our field producer left for Good
19    Morning America.  So they needed somebody
20    to go down there and make best friends with
21    all the people on that case.
22              So I embedded with the bounty
23    hunters who put a gun on me at one point,
24    and that was a story I owned for the
25    duration of that story.
```

Page 227

1                       J. WELLS
2               Then I came back and did more
3    control room stuff.  I was a utility
4    producer.
5         Q.    Going back to the messages,
6    when you say you are trying to hire a good
7    producer, why did you tell Mr. Delancey
8    that?
9         A.    It's in the context of like all
10   of our conversations.  I'm not interested
11   in him as a producer or whatever.  He's
12   just told me about his new great job that
13   he just got.  I believe I was the line
14   producer and maybe, I believe I was the --
15   I had just been the line producer and was
16   promoted to coordinating producer, and I
17   believe I was probably looking for a new
18   line producer to backfill my old job.
19        Q.    So you weren't telling him this
20   to see whether or not he was interested in
21   that position?
22        A.    No.  I thought maybe he knew
23   someone.  That's how it usually works.  You
24   don't usually get your best candidates from
25   posting on your corporate website.  You

```
 1              J. WELLS
 2   usually get it from a network of people,
 3   just like earlier on, my friend at WNBC was
 4   looking for producers, I handed him Andy's
 5   resume'.
 6              It is very common in this
 7   business.  I can't tell you about the
 8   hundreds of times I've seen it happen.  I
 9   probably -- since we have been here, I've
10   probably gotten resumes from five people
11   passing along somebody's resume', sometimes
12   a serious person, some days somebody is
13   doing a friend a favor for a relative.  You
14   never know.  Just the course of how
15   business is done.
16      Q.    But you didn't say here
17   anything to the effect of do you know
18   anyone good or can you pass on the word?
19      A.    It's implied.  I'm trying to
20   hire a good producer.  We are just going
21   back and forth going about my new time
22   slot, his new show.  He is talking about a
23   new graphics package for his show.  I'm
24   trying to find a good producer, not easy to
25   find.  That's the context of this.  He was
```

Page 229

1                    J. WELLS
2      talking about graphics.  I said we just
3      built a new set, this is like TV producer
4      talk going back and forth.
5          Q.    Did you understand that he
6      wouldn't be interested in that position?
7                    MR. SUNSHINE:  Objection as to
8            form.
9                    Calls for speculation.
10         A.    There is no implication here
11     whatsoever that I'm interested in him for
12     that role.
13         Q.    And in your mind you were sure,
14     you're saying that he wasn't going to
15     express interest in that position?
16         A.    I wouldn't have hired him,
17     anyway.  First of all, I never was familiar
18     with his specific work product.  But I had
19     already been burned when I sent his resume'
20     around.
21                    So if he couldn't get a job at
22     WNBC, I wasn't going to hire him at number
23     one seven p.m. show at FOX News many, many
24     years later, six years later.
25         Q.    Do you think he was a good

```
                                    Page 230

 1                  J.  WELLS

 2    producer?

 3              MR.  SUNSHINE:   Objection  as  to

 4        form.

 5              Vague  and  ambiguous.

 6        A.    As  I  said,  I  wasn't  familiar

 7    with  his  work  specifically.   He  never

 8    worked  for  me.   I  never  saw  him  up  close

 9    and  personal  other  than  Michael  Jackson  or

10    him  speaking  about  his  work.   I  can't  speak

11    to  the  quality  or  caliber  of  his  work,

12    whether  it  be  his  work  product  or  his  work

13    ethic.   I  have  no  knowledge  of  whether  he

14    is  a  good  producer  or  not.

15              I  knew  he  worked  at  good

16    stations  and  the  stations  are  respected

17    because  I  worked  at  those  places  and  there

18    are  a  lot  of  good  people  to  learn  from  in

19    those  places.

20        Q.    Other  than  going  back  to  when

21    Mr.  Delancey  first  joined  FOX  Edge,  other

22    than  when  you  arrange  for  him  to  receive

23    stationery  with  his  name  on  it,  did  you

24    arrange  for  him  to  receive  anything  else  of

25    value  or  anything  else  that  you  thought  he
```

Page 231

1                         J. WELLS
2     might like --
3          A.    I never spent --
4          Q.    -- or any gifts?
5          A.    I never spent a dollar on Andy
6     Delancey.
7          Q.    Did you arrange to get him more
8     FOX swag?  Did you do anything that would
9     appear to be a gift to him or that --
10         A.    I could go to the closet now in
11    the hall from my office and grab a FOX News
12    hat.  So could anyone.
13         Q.    Did you give him anything after
14    he first joined?
15         A.    Not that I am aware of.  We got
16    some stationery.  I think in the Complaint
17    it says something about pens.  You couldn't
18    get pens.  You could get pencils, but they
19    didn't have names on them; so I don't know
20    what that was about.  You can order
21    stationery for your office.  It's like a
22    corporate ordering portal.
23         Q.    Did you ever think about
24    ordering something for him or getting
25    something for him or getting him another

```
 1                    J. WELLS
 2   gift?
 3        A.    No.
 4        Q.    You talk about married life.
 5   By then you were married; right?
 6        A.    Yes.  He is talking -- the
 7   constant theme, going to page 11, he is
 8   talking about no offense to Mykel but 45K
 9   producing for the Edge is not the right
10   opportunity at this point in my life.
11              I think that's probably the
12   first time he had ever mentioned his
13   salary, whatever, to me.  It wasn't
14   actually what his salary was because we
15   have the hiring authorizations and other
16   documents here.  But anyway, it was the
17   first time he ever spoke about it.  True or
18   untrue, his words.
19        Q.    You say then, "The Edge just
20   isn't producing.  It is a feed service with
21   some tracked shit along the way."
22              What do you mean by that?
23        A.    I would say overall my
24   impression -- I don't know what I meant
25   specifically in this message, but my
```

```
                                        Page 233
 1                    J. WELLS
 2    impression of FOX News Edge specifically,
 3    that it was probably one of the weaker
 4    divisions at FOX; it wasn't as competitive
 5    as ABC News One or CNN News Source or
 6    whatnot.
 7                He is saying he wasn't happy
 8    with the Edge, and I am saying I understand
 9    why you weren't happy at the Edge.  I
10    didn't work at the Edge.  I only had
11    experience being almost like a customer of
12    the Edge when I was at the affiliates in
13    previous jobs for different divisions.  I'm
14    just agreeing with him.
15        Q.    You are saying the Edge isn't
16    producing, but you are implying that
17    working for FOX News Channel as a producer
18    would be actual producing?
19        A.    No.  I'm answering his comment
20    producing for the Edge is not the right
21    opportunity at this point in my life.  I'm
22    just agreeing with what he is saying.
23        Q.    You wouldn't say the same thing
24    about producing a FOX News Channel show;
25    right?
```

Page 234

1                    J. WELLS

2        A.    I was happy at FOX.  I liked

3    FOX a lot.  I think it is a great company.

4    No, I wouldn't necessarily say that.  I

5    said in my -- the FOX Edge isn't producing.

6    It is a feed service.  They throw lazy slop

7    together sometimes.

8                    I mean I have high standards

9    for television, and a lot of people don't

10   unfortunately.  And that was like one area

11   where I thought the company maybe could do

12   better, but it wasn't my area.

13                   I was just agreeing with his

14   assessment that he wasn't happy at the

15   Edge.

16       Q.    Was there a hierarchy at FOX in

17   terms of different divisions within FOX

18   News as versus News Channel?

19                   MR. SUNSHINE:  Objection.

20                   What do you mean by hierarchy?

21       Q.    Did you feel like there was a

22   hierarchy?

23       A.    It changed over the years, but

24   it is a really big company.  It's FOX News

25   media today.  If you used that as an

Page 235

1                    J. WELLS

2    example.  And then there is corporate

3    company, and there is FOX News Media.  Then

4    there's a CEO and president of FOX News

5    Media, and then there is all these other

6    divisions that have their own presidents

7    that are running separate companies and

8    entities.  And that includes FOX News Edge,

9    FOX Nation, FOX Business Network, FOX News

10   Channel programming.  Programming that is

11   even separate what you would consider

12   opinion programming is considered separate

13   from the news division programming.  There

14   is news programming, and there is

15   programming programming which is opinion

16   programming.  They are all run in very

17   different ways.  They even use different

18   electronic systems as ways of contributing

19   video or content.

20            So there is certainly a

21   hierarchy and different culture at

22   different divisions or whatnot.  Outside of

23   FOX News, FOX affiliated stations isn't

24   even under the FOX News Media hierarchy.

25   It's a completely different company.  At

Page 236

1                    J. WELLS
2    the time, it had the set of CEOs that were
3    former NBC television station executives
4    that were not part of that FOX News
5    apparatus.  It is a big company, obviously.
6         Q.    Would you say that the FOX News
7    Channel was the hierarchy at FOX News,
8    would be higher than FOX Edge?
9         A.    Obviously.  Yes.
10        Q.    When you say, "feed service,"
11   you are saying Edge was a feed service
12   for --
13        A.    For the affiliate stations.
14        Q.    What about for FOX News
15   Channel?
16        A.    All the networks would consider
17   their news service that supplied video and
18   brought money, they would call it a feed
19   service.
20        Q.    When you say, "tracked shit,"
21   what did you mean by tracked shit?
22        A.    So you have -- say you have a
23   reporter at FOX News Edge and they take
24   material off the service and somebody lazy
25   writes a script.  And the reporter doesn't

Page 237

```
 1                    J. WELLS
 2    even work on it, and they just read it
 3    today in Washington blah, blah, blah
 4    happened and no actual reporting or work
 5    went into it, it is lazy work.  This is a
 6    short few sentence.  But if you are trying
 7    to figure out what I'm trying to
 8    articulate, I thought it was a lazy
 9    operation.
10        Q.    You say Mykel is a great guy.
11    Did you believe that?
12        A.    I don't really have a strong
13    opinion one way or the other.  I was just
14    being nice.
15              He says, "no totally isn't".
16    But I'm not sure if he is referring to
17    Mykel or if he is referring to Edge
18    producing.
19        Q.    Next page.
20        A.    Then he goes on and on saying
21    he wished he stayed but the comfort of
22    Tampa was looking so great.
23        Q.    You say, "I'm friends with many
24    of the anchors"?
25        A.    Uh-huh.
```

```
 1                    J. WELLS
 2      Q.      Closest with Shannon Cake?
 3      A.      Yeah.  I just saw her a month
 4  ago.
 5      Q.      Anchors at FOX team you're
 6  talking about?
 7      A.      She was the main anchor at WPTV
 8  in Palm Beach.  And she just signed off the
 9  air a month ago, and I was at her signoff.
10      Q.      Why did you tell him that you
11  were friends with anchors there?
12      A.      It is a pretty -- we worked --
13  it's small TV world.  We worked at all the
14  same TV stations.  Local news is much, much
15  smaller.  And I was just saying the person
16  that I was closest with when I worked
17  there.  We are commiserating on common
18  colleagues.  We happened to work at
19  multiple same places.  And he is talking
20  about the production of his show, the sets,
21  this and that.  He is talking about all of
22  that stuff.  Oh, yeah it's a great place,
23  it's a great building.  But anyway, yeah.
24  We are just commiserating about industry
25  talk.
```

Page 239

```
 1                    J. WELLS
 2            This is how you talk with
 3    anybody, you know.  If you had a friend at
 4    your law firm that went to work at another
 5    law firm and you knew somebody at that law
 6    firm, you would be like oh, do you know
 7    attorney so and so.  It's not that unusual.
 8        Q.    On the next page you're talking
 9    about reporters and you say, "Hopefully
10    they are bottoms too."  What do you mean by
11    that?
12        A.    I don't know.  I guess Andy
13    talked about whether he was a bottom or not
14    in some conversations.
15        Q.    Why would it be a good for him
16    if they were bottoms if he was also a
17    bottom?
18        A.    That's a new thing.  I don't
19    know.  I don't know the context of that.
20        Q.    You said, "hopefully they are
21    bottoms too."  Did you mean they are
22    bottoms like I am?
23        A.    I don't know.  I don't know
24    what I was referring to there.
25        Q.    You don't know what the too
```

1                    J. WELLS

2    that you are talking about here referred

3    to?

4               MR. SUNSHINE:  Objection.

5               Asked and answered.

6        A.    I don't know.  Obviously, we

7    got some conversation about something like

8    that in at some point.

9        Q.    Do you know why he would care

10   if somebody was a bottom?

11              MR. SUNSHINE:  Objection.

12       A.    I don't know.

13       Q.    After that, there is messages

14   beginning February 11, 2015.  Do you see

15   that?

16       A.    Uh-huh.

17       Q.    You ask about his email

18   address.  Do you recall why you asked for

19   that?

20       A.    Oh, his show got canceled, and

21   he posted about his show got canceled.

22       Q.    Why did you ask for his email

23   address?

24       A.    Because I was trying to connect

25   him with somebody at FOX at Orlando and

```
 1                  J. WELLS
 2    they were looking for producers, whatnot.
 3    He posted about his show got canceled.  He
 4    ended up with a same job within the same
 5    company in the same local station.  I sent
 6    his resume' again to someone in Florida
 7    where he could probably cut it.
 8         Q.    How did you know they were
 9    looking for producers in the Orlando
10    station?
11         A.    Because an old friend of mine,
12    Jorge Gonzalez, had just moved there as an
13    assistant news director at the station
14    there, WOFL, and he must have mentioned it.
15         Q.    How did you know Jorge?
16         A.    I knew everybody in the Florida
17    media.  I had worked for four TV stations
18    in Florida for the first four years of my
19    career.
20         Q.    You say, "I just told assistant
21    ND."  Is that referring to Mr. Jorge?
22         A.    Yes.  Andy said, "Thank you.  I
23    know Jorge."  When he was in Tampa, they
24    would have shared some resources.
25         Q.    You say that you told Jorge
```

```
 1                    J. WELLS
 2   that Mr. Delancey was great.  Do you see
 3   that?
 4        A.    I don't see that.  Where is
 5   that?
 6        Q.    Right below I know our Orlando
 7   station is looking for producers.  Next
 8   page.
 9        A.    Yeah.  Since you are such a
10   great producer and cute, I guess I was
11   being flirty or whatever.
12        Q.    Above that, "I just told the
13   assistant ND you were great and to reach
14   out to you," do you see that message?
15        A.    Yes.  He lost his job.  And I
16   said -- I mentioned to him -- I believe
17   Jorge -- it's hard without any context.  I
18   believe Jorge had posted something like on
19   Facebook, I have three producers quit
20   today, looking for people.  Simultaneously,
21   Andy posted my show was cancelled today.  I
22   said, "What's your email address?  Jorge,
23   you lost three producer openings.  You
24   can't even get on the air pretty soon.  Do
25   you want me to send you some people?"  And
```

Page 243

1                    J. WELLS
2    that would be the context of this.  It's
3    very hard to look at messages like this
4    without proper context, but I can only
5    assume that's what happened.  Took me like
6    two minutes, make a couple of connections.
7                They had actually known each
8    other.  And luckily, he ended up finding a
9    job because I hate for anybody to be
10   unemployed.  But I tried to connect him
11   again, and that was the last time I think I
12   ever connected him with anyone.
13        Q.    Did you think that Mr. Delancey
14   was great at his job?
15        A.    As I said earlier, I had no
16   knowledge of whether he was good or not.  I
17   probably overstated there.  I was probably
18   just being kind to Delancey.  I don't know
19   what I even said to Jorge.
20        Q.    You weren't lying here when you
21   told him that Delancey was great?
22        A.    I don't remember what I said to
23   Jorge.
24        Q.    You probably wouldn't be lying
25   in the text; right?

```
 1                    J. WELLS
 2       A.    It's possible I just sent an
 3   email with his resume'.  They were looking
 4   for three producers, maybe you want to talk
 5   to them about that.
 6       Q.    But you weren't lying when you
 7   said that I told him you were great; right?
 8       A.    I don't recall what I said to
 9   Jorge specifically.
10       Q.    Was it possible that you were
11   lying here in this text?
12            MR. SUNSHINE:  Objection.
13            Asked and answered.
14       A.    If I was telling Andy Delancey
15   that I told this person you are great or
16   whatever, it's possible I inflated my
17   endorsement of him.  I have no way of
18   knowing without seeing whatever I said to
19   Jorge.
20       Q.    Why would you want to inflate
21   your endorsement of him?
22       A.    I'm just being nice.  I'm
23   literally connecting him with somebody to
24   help him.
25       Q.    You wouldn't lie to Jorge;
```

Page 245

                           J. WELLS

1

2    right?

3         A.    No one is saying I would have

4    lied to Jorge.  I said that I cannot recall

5    the conversation I had with Jorge or the

6    means by which I passed on the resume'.

7         Q.    But if you didn't think

8    Delancey was great, you wouldn't have told

9    Jorge that; right?

10              MR. SUNSHINE:  Objection.

11              Asked and answered.

12        A.    I don't know what I told Jorge.

13        Q.    According to these messages,

14   you say to Mr. Delancey that you told Jorge

15   that Delancey was great; right?

16        A.    But that doesn't confirm what I

17   did or did not tell Jorge.

18        Q.    You did send that message

19   saying that; right?

20        A.    Apparently, I did.  Looks like

21   I was hurried and typing fast.  There are

22   ellipses there, you know.

23        Q.    Then you repeat that, you are

24   saying since you are such a great producer;

25   right?

```
                              J. WELLS
 1
 2        A.    I'm talking to somebody who
 3   just lost their job, and I am being kind.
 4        Q.    So you didn't think he was a
 5   great producer?
 6              MR. SUNSHINE:  Objection.
 7              Asked and answered.
 8        A.    He didn't work with me.  I am
 9   being kind to someone who just learned he
10   is probably getting laid off.
11        Q.    Telling him he was a great
12   producer would be a kind thing?
13        A.    If you are fired right now from
14   this job and like you didn't have another
15   job lined up and somebody said you are a
16   great, you are going to do okay, sometimes
17   people are just being nice to you in that
18   moment, right.  I did not have strong
19   feelings about him being a great producer
20   or not.  I was trying to hook him up with
21   an average TV station in a central Florida
22   TV market that was bleeding producers to
23   see if there is a job opportunity for him.
24        Q.    So you are saying you weren't
25   being sincere here?
```

Page 247

1                    J. WELLS
2              MR. SUNSHINE:  Objection.
3        A.    I was being sincere in my
4    empathy for losing his job and needing a
5    new job.
6              He announced that his show was
7    canceled, and I believe he said something
8    in the post along the lines of anyone knows
9    anything let me know.  I don't know what he
10   said.  I don't have those posts, but I'm
11   sure that show was canceled.  It was a
12   national show produced by all the Scripps
13   stations including in Florida WPTV, and the
14   show was canceled.  He did not have a new
15   job lined up.
16        Q.    If you truly didn't believe he
17   was a great producer, would you tell him
18   that?
19              MR. SUNSHINE:  Objection.
20        A.    Are you a great lawyer?  I
21   don't know.
22        Q.    You are saying that's a kind
23   thing to do when you tell someone --
24        A.    When somebody is laid off from
25   a job and they are freaking out and they

1                    J. WELLS

2    are trying to make it in the industry and

3    they didn't see their show cancellation

4    coming.  It happens all the time in

5    television.  By the way, it's happened to

6    me.  So, you know, you usually say nice

7    things to people that you had a good

8    rapport with or tried to have a nice back

9    and forth with as we did both before,

10   during, and after his time at FOX News.

11        Q.    Do you know whether he saw it

12   coming or not?

13        A.    I don't know.  I'm just

14   speaking from a personal example of you

15   never know when something like that is

16   happening or your show is going to cancel

17   or you're not going to have a job.  He

18   didn't.  I was just being nice.

19        Q.    Did he seem bummed out about

20   losing the job?

21        A.    I have no idea.  I don't

22   remember what happened when that happened.

23   But I know that he wanted to talk to this

24   person I was connecting him with because on

25   the next page he says, "Please have Jorge

Page 249

```
 1                    J. WELLS
 2    call me."
 3         Q.    Did you recommend Mr. Delancey
 4    to Jorge?
 5               MR. SUNSHINE:  Objection.
 6               Asked and answered about ten
 7          times.
 8         A.    I don't recall exactly how I
 9    made the referral, but I believe I passed
10    along his name.
11         Q.    You did that despite the fact
12    that he had bombed the interview with NBC?
13         A.    He couldn't make it at NBC New
14    York.  He clearly couldn't make it at FOX
15    News Edge New York even though he was
16    moving up according to these documents.  He
17    would have done fine at a TV station in
18    central Florida if he did already in Tampa.
19         Q.    You thought he could cut it in
20    Orlando but not in New York?
21         A.    I thought if he could cut it in
22    Tampa he could probably cut it in Orlando,
23    so I passed his resume' on.
24         Q.    Jorge was a friend of yours?
25         A.    Yeah.
```

Page 250

                    J. WELLS

1

2       Q.    You don't want to mislead him;

3   right?

4       A.    As I've said multiple times, I

5   don't know what my conversation was with

6   Jorge.  This was a quick favor more so to

7   Andy than Jorge.

8            MR. RAHMAN:  Mark this as

9        Exhibit 12.

10           (Whereupon, the aforementioned

11       document was marked as Plaintiff's

12       Exhibit 12 for identification as of

13       this date by the Reporter.)

14           MR. RAHMAN:  This is Bates

15       stamped FNN 204 and 205.

16      Q.    This document is entitled

17   "Justin Wells New Employment Agreement

18   Summary"; right?

19      A.    Yes.

20      Q.    It's from Diane Brandi to

21   Denise Collins and a few other people;

22   right?

23      A.    Yes; that's correct.  It's to

24   Denise Collins and some HR folks and some

25   finance people.

1                    J. WELLS

2        Q.      This is from March 10, 2017;

3    correct?

4        A.      Yes.

5        Q.      And at this time, your title

6    was changed to executive producer; right?

7        A.      That's correct.

8        Q.      At this time, were you at The

9    Tucker Carlson Show?

10       A.      There was a lot going on at

11   FOX.  As you see, this is a memo dated

12   March 2017.  This is something that began

13   -- the contract was effective on July 1,

14   2016 which was when I was with Greta Van

15   Susteren.

16       Q.      It says compensation as first

17   contract year, 250.  Then it goes up from

18   that.  Does that seem accurate to you?

19       A.      Yes.

20       Q.      And it says you would get a

21   bonus of 15 percent of your salary.  Was

22   that accurate?

23       A.      That was accurate for this

24   employment agreement.

25       Q.      And then there is a right of

```
                                    Page 252
 1                  J. WELLS
 2   first negotiation and first refusal
 3   provision.  Do you see that?
 4        A.    Yeah.  None of that was
 5   relevant because I reopened the contract
 6   shortly after this, but yes.
 7        Q.    Do you know why that was a term
 8   of your agreement?
 9        A.    This is a standard term in
10   almost any network-producing agreement.
11   Sometimes you can scrap some of the
12   language, but it is very common to have an
13   exclusive negotiating window.
14        Q.    You didn't think it was
15   something that was specific to you?
16        A.    No, definitely isn't.
17              It tries to force you to stay
18   at the company before you leave the
19   company.
20              MR. RAHMAN:  Mark this as
21        Exhibit 13.
22              (Whereupon, the aforementioned
23        document was marked as Plaintiff's
24        Exhibit 13 for identification as of
25        this date by the Reporter.)
```

Page 253

```
 1                    J. WELLS
 2       Q.    In terms of the right to
 3   refusal provision, would you agree that FOX
 4   only cared about having top employees or
 5   important employees to have that provision?
 6              MR. SUNSHINE:  Objection.
 7              Calls for speculation.
 8       A.    The period of time we are
 9   talking about is 2016.  And I began
10   producing what had, you know -- in this
11   time period before this contract was
12   negotiated, I had launched Tucker show.  We
13   replaced Greta with it.  Two months later
14   Megyn Kelly left; we replaced Megyn Kelly
15   with a show at 1 p.m.  And then two months
16   after that Bill O'Reilly left, and we
17   replaced Bill O'Reilly with it.
18              So I had moved into a role
19   where I had become the producer of their
20   top show.  They possibly would want a
21   period to negotiate with me before I jumped
22   to a competitor.  That would be very
23   standard.
24       Q.    You became an important
25   employee for FOX?
```

Page 254

1                    J. WELLS

2        A.    In 2017, 2016 of course.

3    That's why they documented it.

4              MR. RAHMAN:   Exhibit 13 is

5          Bates stamped FNN 201 to 202.

6        Q.    It is another employment

7    summary of yours dated June 7, 2018; right?

8        A.    Uh-huh.

9        Q.    It's from Jenn Montalvo.  Do

10   you know who that is?

11       A.    She's an assistant in the legal

12   department.

13       Q.    And your title was changed.

14   Was your title changed as a result of --

15       A.    Yes, from executive producer to

16   senior executive producer.

17       Q.    And then you reported to senior

18   vice president of prime time programming

19   and live production?

20       A.    Correct.

21       Q.    Who was that?

22       A.    I don't know if that was Meade

23   or Suzanne.  Their roles changed at some

24   point.

25       Q.    And the compensation is bumped

```
 1                    J. WELLS
 2   up from what it was in the prior agreement
 3   summary?
 4        A.    Yes.
 5        Q.    You got a raise beyond what the
 6   contract said you would get?
 7        A.    Yeah.  We reopened,
 8   re-negotiated the contract.
 9        Q.    In 2020 your salary was 375; is
10   that accurate?
11        A.    Yeah.  375 and then the
12   bonuses, yes.
13        Q.    At the time you left FOX, do
14   you recall what your salary was at that
15   time?
16        A.    Salary before bonus was -- this
17   is ballpark, 550 K.
18        Q.    Bonus and salary?
19        A.    No.  Before bonus.
20        Q.    Salary 550; bonus was what, 20
21   percent, 25 percent?
22        A.    Yeah, 530, 550.  It's more
23   around there, I believe.
24        Q.    Did you ever think that the
25   show was canceled as a result of the Abby
```

Page 256

```
 1                    J. WELLS
 2   Grossberg lawsuit?
 3              MR. SUNSHINE:  Objection as to
 4        form.
 5              Vague and ambiguous.  What
 6        show?
 7              MR. RAHMAN:  The Tucker show.
 8        A.    You are asking what I think or
 9   what I know?
10        Q.    Did you ever think that?
11        A.    No.
12        Q.    Do you know if that was the
13   reason why or a reason why?
14        A.    I don't know the reason why.  I
15   was let out of my contract with FOX without
16   cause.
17        Q.    No one at FOX told you that
18   part of the reason The Tucker Show was
19   cancelled was because of the lawsuit?
20        A.    I imagine your firm would
21   appreciate if that was the case, but that
22   was not the case as far as I know.  But I
23   don't know why the show was canceled.
24              MR. RAHMAN:  Mark this as
25        Exhibit 14.
```

Page 257

```
 1                    J. WELLS
 2              (Whereupon, the aforementioned
 3         document was marked as Plaintiff's
 4         Exhibit 14 for identification as of
 5         this date by the Reporter.)
 6              MR. RAHMAN:  For the record,
 7         Exhibit 14 is Plaintiff's 68 through
 8         72.
 9      A.    Great.
10      Q.    Is this a Facebook post made by
11  Mr. Delancey on October 22, 2017?
12      A.    It is, yes.
13             As I recall, he seemed to be
14  very active on Facebook with public posts.
15      Q.    You guys are still friends on
16  Facebook?
17      A.    We are, yes.
18      Q.    When you saw this post, do you
19  recall your reaction?
20      A.    I don't recall my immediate
21  reaction or what I thought.  But
22  immediately I thought who what's he talking
23  about, who is this.
24      Q.    Did you think that it was you
25  that he was talking about?
```

Page 258

1                    J. WELLS

2        A.    No, I didn't.

3        Q.    If you see at the last

4    paragraph, second sentence, "my abuser

5    still works at his, high profile job in an

6    executive producer capacity," at that time

7    you were an executive producer?

8        A.    Yes.  It was publicly known I

9    was an executive producer.  Based on this

10   timeline as you see, he posted this in

11   2017.  I only rose to a more prominent role

12   in 2017 when he posted this.

13       Q.    Do you think when he says the

14   role that the person is still in that it

15   could be you that he is talking about?

16       A.    He doesn't say, you know --

17   there is no detail here about whether it's

18   a TV station or anything.

19             A lot of our conversations we

20   talked about numerous people at different

21   TV stations that we have worked with,

22   people at FOX News Edge.  I did not know

23   who he was referring to there.

24       Q.    At the top he says, "It's taken

25   me until today to realize that I've had the

Page 259

```
 1                    J. WELLS
 2   hashtag, me too, ten years ago."
 3            You knew at the time that ten
 4   years ago Mr. Delancey worked for FOX;
 5   right?
 6        A.    Yeah.  And he is describing New
 7   York City.  But 3,000 people worked at FOX,
 8   so I don't know who he is talking about or
 9   where they are ten years later in their
10   life.
11            MR. SUNSHINE:  He also wasn't
12        working at FOX ten years later.
13        Q.    Did you think he was talking
14   about somebody at FOX?
15        A.    Delancey was not working at FOX
16   ten years prior.  It says here, "ten years
17   ago this happened to me."  He wasn't
18   working -- he hadn't started at FOX News.
19        Q.    He was there around ten years
20   earlier?
21        A.    That's inaccurate what he
22   posted.
23        Q.    Was it nine years?
24        A.    Correct.  Yes.  And then yeah.
25   I wasn't working at FOX News then either.
```

```
                                      Page 260
 1                   J. WELLS
 2        Q.    At this time, did you know --
 3        A.    I was just a local producer at
 4   a local FOX station.
 5        Q.    At this point, you knew that it
 6   was nine years ago that he started working
 7   at FOX news?
 8        A.    I didn't assess every sentence
 9   in this post back then.  Nine years ago --
10   I didn't get out my calculator when I read
11   this, but nine years ago he would have been
12   working at FOX.
13        Q.    He wrote, "position of great
14   power in the media landscape of NYC.  He
15   lorded it over me."
16              Did you ever tell Mr. Delancey
17   that you were in a position of great power?
18        A.    No.
19              MR. SUNSHINE:  Objection.
20              Asked and answered.
21        A.    I did not.
22        Q.    Has anyone ever said that you
23   get handsy with people?
24              MR. SUNSHINE:  Objection.
25              Calls for speculation about
```

Page 261

                              J. WELLS

1

2        what others may have said.

3        Q.      To you.

4        A.      No.

5        Q.      Did anyone say to you, again,

6    that they think you are being way too

7    handsy?

8        A.      No.  Not one time when I was

9    much younger going out outside of the

10   workplace, the young gay man in New York

11   City, not one time was there ever any

12   sexual encounter where somebody said no and

13   I continued anything.  Ever.

14       Q.      Looking back, do you think it's

15   possible that Mr. Delancey might have

16   misinterpreted something that you did with

17   him?

18       A.      Knowing what I know now and

19   seeing the Complaint what is very clear to

20   me is many years after he suddenly makes

21   claims in this lawsuit, he is forming a

22   different narrative in a different story.

23   It is unfortunate.  And sometimes what

24   happens, people start believing what they

25   say.  So I believe he's written something

Page 262

1                    J. WELLS

2    here; and once you have gone On the Record

3    with those, those things, whether true or

4    not true, end up making it into a Complaint

5    because you can't really change what you've

6    claimed.

7              And now we are in a position

8    where there is a story about me that is

9    untrue.  There is a Complaint with a bunch

10   of untruths in it about me that's been

11   written about all over the media.

12             He's hired an attorney that are

13   experts in finding these kind of cases at

14   FOX News specifically, and now we are

15   sitting here talking about something that

16   did not happen.

17        Q.    So the answer is no you don't

18   think that he misinterpreted something that

19   the two of you --

20        A.    It didn't happen.

21        Q.    You would agree that even if

22   someone had never assaulted anyone in their

23   life doesn't mean they are incapable of

24   assaulting someone once?

25             MR. SUNSHINE:  Objection.

Page 263

```
 1                    J. WELLS
 2              This is an incomplete
 3          hypothetical, vague and ambiguous,
 4          and calls for speculation.
 5          A.    I would never assault anyone.
 6   I was not attracted to Mr. Delancey.  There
 7   was -- that was not the dynamic that you
 8   see in any of these conversations.
 9              There is a little flirtatious
10   stuff going on.  We were two young gay
11   people at a similar place in our career
12   early on.  Sometimes there is sexual
13   innuendo.  But I've never sexually
14   assaulted anyone, and that includes
15   Mr. Delancey.
16          Q.    Did you ever think that
17   Mr. Delancey was coming on to you?
18          A.    Well, he was in some of the
19   messages for sure.
20          Q.    Other than messages, were there
21   other times where you think that happened?
22          A.    I don't know what I thought at
23   the time.  But there was no significant
24   sexual or romantic encounter, period.
25          Q.    And this post ran in 2017;
```

```
 1                    J. WELLS
 2   right?
 3        A.     Uh-huh.
 4        Q.     And this case was filed in
 5   2023; right?
 6        A.     Yes.
 7        Q.     Six years later; right?
 8        A.     Yes, because the laws changed.
 9   It was the getting the plan in motion
10   moment.
11        Q.     Do you think he knew in 2016
12   that the law would change in the future?
13             MR. SUNSHINE:  Objection.
14             Calls for speculation.
15        A.     I don't know what he thought.
16        Q.     If you turn back to Exhibit 2,
17   please, the last page, do you see the
18   message on October 23, 2017 at 3:50 a.m.,
19   after the Facebook post that you saw;
20   right?
21        A.     Uh-huh.
22        Q.     You say, "Hey, I saw your post.
23   I'm sorry it happened to you.  Who was it?
24   I understand if you don't want to share.
25   Of course, I hope you are well otherwise"
```

Page 265

```
 1                    J. WELLS
 2    and then thumbs up?
 3         A.     Uh-huh.
 4         Q.     Why did you send him this
 5    message, these messages?
 6         A.     We hadn't talked in two years
 7    which is not what was said in that Facebook
 8    post by the way.  And when I saw that, I
 9    wondered who it was.  We worked at all the
10    same TV stations at different times, a lot
11    of the same places.  I knew a lot of people
12    at FOX News Edge, who they were.  I did not
13    work with them, but I was curious who it
14    was.
15              I don't know when any kind of
16    story like this has come out in the last --
17    a lot of them have come out in various
18    networks, not specific to FOX, that's for
19    sure, but when you know somebody involved
20    -- when Matt Lauer was fired, people on The
21    Today Show, people within the media asked
22    questions who was it, what happened.  You
23    know people across the industry, especially
24    if you spent like a quarter of a century in
25    the business.  He has worked in two TV
```

Page 266

                    J. WELLS
1
2   stations I worked at, and he worked within
3   the FOX News apparatus in New York City.
4   So I asked him who it was.  I think that's
5   a completely normal question.
6        Q.    Was there somebody that you
7   thought it might have been?
8        A.    I didn't want to speculate.
9        Q.    Did you have anybody in mind?
10       A.    No.  I may have at the time.  I
11   don't recall who those people were.
12       Q.    Somebody at FOX?
13       A.    I said, "I understand if you
14   don't want to share of course," so I
15   probably had somebody in mind at the time.
16   I don't recall who that was.
17       Q.    It says the message was sent at
18   3:50 a.m.  Did you send it at 3:50 a.m.?
19       A.    I don't know what time I sent
20   them.  I don't know whether I was in
21   California, whether I was in Europe.  I
22   don't know where I was.  I traveled all
23   over the world for my job and personally.
24       Q.    Is it possible you were in New
25   York at the time when you sent it at 3:50

1                    J. WELLS

2    a.m.?

3        A.    Anything is possible.  I'm not

4    sure.

5        Q.    You waited until the next day

6    to send these messages?

7              MR. SUNSHINE:  Objection.

8        A.    It's 3:00 a.m.  It's the next

9    -- 11:59 p.m. or 3:50 a.m., I think it's

10   irrelevant.

11             (At 4:00 p.m., a short recess

12        was taken.

13             At 4:10 p.m., the deposition

14        resumed.)

15       Q.    Mr. Wells, did you know

16   anything about the performance reviews that

17   Mr. Delancey received when he was at FOX

18   Edge?

19       A.    Did not.

20       Q.    Do you know whether they were

21   good, bad?

22             MR. SUNSHINE:  Objection.

23             Asked and answered.

24       A.    I do not.

25             At the time he was at FOX News

```
 1                  J. WELLS
 2    Edge, I didn't participate in performance
 3    reviews even for people that were on my
 4    same team.
 5         Q.    Did he ever tell you that he
 6    had good reviews at FOX Edge?
 7         A.    I don't recall, but apparently
 8    he did based on what you showed me.
 9         Q.    Did you ever look for an
10    opportunity to work at FOX Edge?
11         A.    I don't believe so.
12         Q.    Did you ever consider
13    transferring to FOX Edge?
14         A.    No.  I would not have.
15         Q.    When you were a producer on the
16    Greta Van Susteren show, were you involved
17    in interviewing people who were applying
18    for jobs on the show?
19         A.    Not until years later in my
20    time there.
21         Q.    When would you say you began to
22    be part of that process?
23         A.    Early on it would be, if
24    somebody was interested in something, it
25    would be a resume' that would be passed
```

Page 269

1                    J. WELLS
2    along to somebody more senior, hiring
3    manager or HR.  I would say I wasn't
4    partially involved until maybe 2011 and
5    2012, and then I wasn't a decisionmaker on
6    interviews in hiring until 2014.
7         Q.    At the beginning when you were
8    a producer on the Greta Van Susteren show,
9    if there was someone that the show was
10   considering hiring, would they have them
11   meet with you?
12        A.    Not that early on, no. I was
13   busy in Florida being held up by bounty
14   hunters.  I wasn't in the office.
15        Q.    Would you be asked for your
16   opinion about a candidate?
17        A.    I would have only been asked
18   specific to my show, if somebody I knew,
19   the background of the person.  If somebody
20   applied perhaps to my show specifically
21   from the local news world, I would have
22   probably been asked.  Not everybody at FOX
23   News came through local news.  Everybody
24   has a different path.  So oh do you know
25   this guy who worked in Atlanta at ABC,

Page 270

                              J. WELLS
1
2    stuff like that maybe would happen.  But I
3    was not part of the recruitment or
4    interview process during this time period
5    that you are referring to.
6         Q.    Did you recommend anyone to be
7    hired?
8              MR. SUNSHINE:  Objection.
9              Vague and ambiguous.
10        Q.    On the Greta show during the
11   first few years when you were a producer?
12        A.    I don't recall.  As I said,
13   when you work in the business a long time,
14   people are always looking for new people
15   and they hit you up a lot for information.
16        Q.    Going back to the interview
17   that Mr. Delancey had at NBC, again, did
18   you know when the interview took place?
19        A.    No idea when it took place.  I
20   don't even think I know how many people
21   were involved.  I know that he -- all I
22   know about it is that he certainly didn't
23   make it to the second round.
24              When I first started
25   interviewing in New York in local news,

Page 271

```
 1                    J. WELLS
 2    there were multiple rounds; you got called
 3    up, flown up many times.
 4            He happened to be living here.
 5    I know he had a single interview, I don't
 6    know who it was with, and it didn't go
 7    well.
 8        Q.    Did you know that the interview
 9    took place at a Starbucks?
10        A.    No, I did not.
11        Q.    Did you ever tell Mr. Delancey
12    at any point that he was not thinking
13    straight?
14        A.    Well, he was clearly gay so he
15    wasn't straight.  In all seriousness, I
16    wouldn't say something like that to
17    someone.
18        Q.    There wasn't a point shortly
19    after the interview with NBC that you told
20    him that he wasn't thinking straight?
21        A.    No.
22            I have no idea how that
23    interview took place.  It was common for
24    NBC interviews to happen at the Starbucks,
25    at 30 Rock.  So it doesn't sound out of the
```

Page 272

                         J. WELLS
1
2    ordinary.
3         Q.    How do you know that?
4         A.    I've been interviewed there for
5    jobs at NBC.
6         Q.    By Oswaldo?
7         A.    No.
8         Q.    Did you tell him sometime after
9    the interview at NBC that he was screwing
10   himself over?
11        A.    No.  Why would I say that?
12        Q.    Did you say that to him at any
13   point that you knew him?
14        A.    I would never say something
15   like that.
16             MR. SUNSHINE:  What's the
17        context?
18        Q.    Using that term, you never told
19   him that he was doing anything to screw
20   himself over?
21        A.    No.  It's not something I would
22   say.  I don't even know what he screwed
23   himself over regarding that you are
24   alleging.
25        Q.    Do you think you have ever made

Page 273

```
1                    J. WELLS
2   advances towards Mr. Delancey?
3              MR. SUNSHINE:  Objection.
4              Asked and answered.
5       A.    No, I do not.
6       Q.    Do you know someone named
7   Kathleen Wells?
8       A.    I didn't know her super well,
9   but I recall her after reading some of the
10  material provided.
11      Q.    Who was she?
12      A.    She was a FOX News Channel
13  employee for years.  I don't know when, if
14  she was at the Edge at some point.  I think
15  she's on the national desk at some point.
16  She was there a long time.  I don't know
17  where she was in that world.
18      Q.    Did you work together when you
19  were at WNYW?
20      A.    No.  She was at 1211 6th
21  Avenue; I was at 205 East 67th street.  She
22  was at FOX News Edge or on the desk at the
23  time.  She would have been fulfilling
24  requests for national resources or
25  resources from other affiliates.
```

Page 274

                    J. WELLS

1

2      Q.    Did you interact with her

3  during the course of your job while you

4  were at WNYW?

5      A.    I believe so.  I believe there

6  are some texts where she states that we

7  interacted.

8      Q.    Did you ever send her an

9  apology letter?

10     A.    No.  I don't recall any apology

11  letter.

12     Q.    Did you ever send any colleague

13  of yours an apology letter?

14          MR. SUNSHINE:  Objection.

15          Vague and ambiguous.

16     A.    An apology letter?  A text an

17  email, you know --

18     Q.    Apologizing for your behavior.

19     A.    I was -- I am a tough producer,

20  and I have a really low tolerance for poor

21  quality and people that don't pull their

22  weight.  And if I don't think that you are

23  doing a good job or you're not delivering

24  on what you are supposed to be delivering

25  on, I can be pretty direct about it.  But,

```
 1                    J. WELLS
 2     you know, I would say -- state your
 3     question again, please.
 4          Q.    Have you ever sent an apology
 5     letter to a colleague of yours for your
 6     behavior.
 7          A.    No.
 8          Q.    Have you ever been directed by
 9     a boss of yours or HR to send another
10     employee an apology letter?
11          A.    No.
12          Q.    Has anyone ever sent one to
13     you?
14          A.    In this business I don't think
15     it is very common for apology letters to
16     happen.  Newsrooms are loud.  There are
17     deadlines.  It's like your business.
18     Especially back then.  Shouting, make that
19     happen.  There is a lot of shouting as far
20     as that in getting live shots up and
21     getting shows produced, especially back
22     then.
23               At times it can get like people
24     are screaming at each other, especially
25     when I started in 2000; where the fuck is
```

Page 276

```
 1                    J. WELLS
 2   my live shot, why is that not happening,
 3   shit we are going on the air in two
 4   minutes.  It is high-pressure deadlines,
 5   and there are people that are lazy and
 6   don't want to do work that they are
 7   supposed to be doing.  So does it happen
 8   often where maybe you are a little harsh
 9   and call him after sorry I yelled at you,
10   sure, that happens all the time.  It used
11   to happen more often, especially when you
12   are in local news which is a lot smaller.
13   There is a lot more errors.  There are a
14   lot of errors on television.  A lot goes
15   wrong.
16              But I have never been harsh
17   beyond what a decent top-caliber producer
18   in my industry would be.
19        Q.    Are you aware of any instance
20   in which a manager at FOX directed a
21   subordinate, another employee, at FOX an
22   apology letter?
23        A.    I don't recall anything like
24   that.
25              MR. RAHMAN:  Mark this as
```

```
 1                    J. WELLS
 2        Exhibit 15.
 3                (Whereupon, the aforementioned
 4        document was marked as Plaintiff's
 5        Exhibit 15 for identification as of
 6        this date by the Reporter.)
 7        Q.    I'm only going to ask you about
 8   the messages on the first six pages.
 9        A.    Okay, it starts off the very
10   first sentence is very interesting.
11                MR. RAHMAN:  For the record, 15
12        is beginning on Plaintiff's 551 to
13        67.
14        A.    I'm ready.
15        Q.    Do these appear to you to be
16   messages on Facebook between Kathleen Wells
17   and Mr. Delancey?
18        A.    They do.
19                And another thing that's super
20   interesting about it, it was one day after
21   Mr. Delancey posted his message she wrote
22   to him about it just as I had done about
23   the message he posted.  She waited a day.
24        Q.    She did comment on his post?
25        A.    She did.  Because as I was, as
```

```
                                            Page 278
 1                    J. WELLS
 2    most people in the media industry, probably
 3    wondering who was this.  And her first
 4    sentence is "Was this McCarthy by any
 5    chance?"  Then she seems to indicate that
 6    she thinks it is.
 7                Now that I look back at it, he
 8    was pointing at a colleague of mine that
 9    was straight, and this colleague got very
10    angry and complained very loudly.  I don't
11    know how close they are, but obviously he
12    had not said anything about me to her in
13    the past and she assumed it was someone
14    else he was talking about.
15         Q.    She's referring to Mr. Mykel
16    McCarthy?
17         A.    I can only assume.
18         Q.    Are you aware of an incident
19    where he was petting or touching
20    inappropriately a male colleague?
21                MR. SUNSHINE:  Objection.
22                You've already asked this.
23         A.    I am not.  I didn't work in the
24    basement floor.  That would have taken an
25    elevator and escalator to get down there.
```

```
1                    J. WELLS
2   I was on the 18th floor.
3        Q.    You never heard of that
4   incident happening from anyone?
5        A.    No.
6        Q.    About halfway down she wrote,
7   "He could be very catty.  He was so very
8   overtly flirtatious, verbally and
9   physically."  Did you think that Mr. --
10       A.    When you say he, you're not
11  referring to me; you are referring to
12  Mr. McCarthy?
13       Q.    Yes.  Did you ever think that
14  he acted overly flirtatious at work or with
15  colleagues?
16       A.    I never saw him in a work
17  capacity.  I don't think I ever saw him in
18  a newsroom at FOX once.
19       Q.    You haven't heard any kind of
20  rumors about that; people didn't talk about
21  that?
22       A.    Not that I recall.  I don't
23  remember rumors from 15 years ago from a
24  department I didn't work in.
25       Q.    On the text page he tells her
```

Page 280

1                    J. WELLS
2    that that was Justin Wells EP at the time
3    for Greta?
4         A.    Which is not accurate, by the
5    way.  I was not EP at the time for Greta
6    when this alleged incident occurred.
7         Q.    Did you ever tell him that you
8    were an EP for Greta?
9         A.    Never.  He could have looked it
10   up too.  He would have seen it.  That was a
11   lie.  She was elevating my role.  I
12   appreciate that, but I was not executive
13   producer for another eight years.
14        Q.    Do you know whether he thought
15   you were EP at the time?
16        A.    I can't tell you what he
17   thought, but nobody would have ever
18   suggested that to him.
19             Then he went on to say not even
20   a bad looking guy, just extremely
21   aggressive.  He is commenting on my looks
22   there.
23        Q.    Is there something you could
24   have done to him or said to him that would
25   have given him an impression that you are

Page 281

```
  1                    J. WELLS
  2   extremely aggressive?
  3        A.    We go back to the messages,
  4   before, during, and after the alleged
  5   incident.  All I've done was in support to
  6   him during his career, passed his resume'
  7   multiple times, never endorsed his work
  8   product, but always been friendly and
  9   passed his details to help him remain
 10   employed or move up in his career.
 11        Q.    Did it take you eight years to
 12   become an ET on the Greta show?
 13        A.    I think we went through, so
 14   this alleged incident happened in 2008 and
 15   I was an EP in 2016.
 16        Q.    Not before then?
 17        A.    No.  Not before July 1, 2016.
 18        Q.    Third page, her message, she's
 19   talking about you here, right, on page
 20   three?
 21        A.    I suppose so.  Seems like.
 22        Q.    Based on the context?
 23        A.    Seems like she's rambling on
 24   and on here unfortunately, but yes.
 25              It's hard to understand.  If I
```

```
 1                    J. WELLS
 2   got a message like this, it would take me a
 3   minute to piece together the story.
 4        Q.    She writes, "He was such a
 5   fucking ass to me when he worked at WNYW.
 6   I had a huge fight with him, and he called
 7   me a," quote, "fucking bitch," unquote, et
 8   cetera, "because I wouldn't do a live shot
 9   for him."  I will stop right there.
10             Do you recall an incident when
11   this happened?
12        A.    I don't recall the incident
13   specifically.  I would have never called
14   somebody a fucking bitch though on the
15   phone in regard to a live shot.  I would
16   have, however, pushed to get a live shot
17   for my show because people were sometimes
18   lazy and you want a live shot for your
19   newscast and they are like oh, we are going
20   to just tape something for you three hours
21   earlier and we are all going to go to
22   lunch.  That didn't cut it for me.  That's
23   how you become a decent producer.  Did I
24   push her for a live shot, of course I
25   probably pushed her for a live shot.  Did I
```

Page 283

1                    J. WELLS
2    shout or was I aggressive in the way I
3    asked for it, perhaps I was.  But I didn't
4    call her a fucking bitch.
5         Q.    Did you call her something
6    similar to fucking bitch?
7         A.    No.
8         Q.    Curse at her at all?
9         A.    Listen, I may have said you
10   should do your job better, something to
11   that extent, which is completely possible;
12   but I don't think it evolved into cursing,
13   cursing in a personal way directed at her
14   as an individual.
15        Q.    This happened when you were at
16   WNYW.  So again, for the years you were
17   there, you don't recall an incident when
18   you called her a fucking bitch or anything
19   of that nature?
20        A.    No.  I maybe pushed to get a
21   live shot.  Maybe I was aggressive in how
22   demanding I was, and I probably got the
23   live shot and then after the fact I
24   probably said "I'm sorry I was so rough on
25   you".  But I did not call her a, quote,

```
 1                    J. WELLS
 2   "fucking bitch".
 3       Q.    Have you called any employees
 4   at FOX that?
 5              MR. SUNSHINE:  Objection.
 6              Vague and ambiguous as to the
 7         context.
 8       Q.    At work, in the work context.
 9       A.    In the workplace I've never in
10   the workplace in a work environment ever
11   called anyone that.
12       Q.    Then she goes on to say, "My
13   boss made me do it.  My boss had a talk
14   with his boss about how he treated me the
15   one time he defended me, and he wrote a
16   letter to me apologizing saying he had no
17   right to talk to me that way," et cetera.
18   At the time when you were at WNYW, who
19   would you say your boss was?
20       A.    I don't know who it would have
21   been.  Maybe it was Jim Driscoll, assistant
22   news director at the time, possibly.
23              It is very clear she was
24   someone that did not want to -- she
25   explained it in her story, she probably
```

Page 285

```
 1                    J. WELLS
 2   should not have been in that job.
 3            I asked for a live shot; she
 4   wouldn't deliver it to me.  And obviously,
 5   I went to her boss or someone.  I got done.
 6   And she was disgruntled and upset about it
 7   because after she told me no I got a yes
 8   from someone else.  My job.  My boss made
 9   me do it.  Her boss made her do something
10   she already told me no.  So she got a beef
11   with me, but it's not, you know.
12        Q.    Do you recall who her boss was
13   at the time you were at WNYW?
14        A.    I don't.
15        Q.    Do you recall who her boss was
16   at any time at FOX?
17        A.    No.  I don't know what
18   apparatus -- she was at national desk, FOX
19   News Edge.  She was there a long time as I
20   recall.  She probably jumped around.
21   Delancey was at the Edge for two years, and
22   he got promoted like two times, right, so.
23        Q.    Did any boss of yours or
24   manager of yours ever speak to you about
25   the way you spoke to Ms. Wells?
```

```
 1                    J. WELLS
 2        A.    No. I didn't work with her
 3   because she wasn't a colleague.
 4             Essentially, when you are the
 5   affiliate -- News Edge is a service, an
 6   affiliate service under the FOX News group.
 7   When you are the affiliate, you are almost
 8   viewed in many ways as the client.  I'm the
 9   client at a FOX station that uses FOX News
10   Edge with a contract to provide services
11   and materials whether it's an owned station
12   or an affiliate.
13             And if I'm asking for a live
14   shot.  Their job is to provide a live shot
15   whenever possible.
16             It's the same thing if you are
17   engaging in any kind of contract for
18   service and that service wasn't being
19   provided.
20             So I was not a direct colleague
21   of her.  We did not work at the same
22   company.  I worked at the New York Post,
23   and she worked at FOX News Edge.  It's that
24   separated.  I gave her a hard tame for not
25   delivering on something I expected her to
```

Page 287

```
 1                    J. WELLS
 2  deliver, me being the client, the TV
 3  station, using them as a resource.
 4      Q.    Did anyone ever speak to you
 5  about the way you spoke to her or what you
 6  said to her?
 7      A.    It's already hard to enough to
 8  remember things from 2008.  I was at WNYW
 9  in 2016.  So now we are going on 19 years.
10  I don't recall anything specific.
11           I have done in newscasts in 25
12  years, probably not exaggerating, 10,000
13  live shots.
14           For me to remember the incident
15  of one live shot where I got mad at someone
16  because they didn't deliver it, that's a
17  dime a dozen thing in this industry.
18           Obviously, it was meaningful to
19  her because her boss made her do something
20  she didn't want to do.  Maybe she had other
21  plans, wanted to leave the office early.
22  But I'm not privy to that information.  I
23  can only assume that.
24      Q.    You would agree that again even
25  if someone -- there is no excuse to call
```

Page 288

```
 1                    J. WELLS
 2    someone a fucking bitch?
 3               MR. SUNSHINE:  Objection.
 4        A.    But I didn't call somebody a
 5    fucking bitch, and I would never do that in
 6    the workplace.
 7        Q.    But would you agree there is no
 8    excuse to call someone a fucking bitch?
 9               MR. SUNSHINE:  Objection.
10               Vague and ambiguous.
11        A.    I never called anyone a fucking
12    bitch.
13        Q.    Do you know whether she was
14    good at her job?
15        A.    Who knows?  Probably didn't
16    think very highly of her then.  But even
17    when you have a blowup with somebody that's
18    not good at their job, you do have to make
19    amends to some extent if you have to
20    continue working with them to get stuff
21    done.
22               I don't know how I felt about
23    her job performance.  I did not work
24    directly with her.
25        Q.    Did you ever talk to her boss
```

```
                                    Page 289
 1                    J. WELLS
 2    at any point for any reason?
 3         A.     Not that I recall.
 4         Q.     Did you ever write a letter to
 5    her apologizing for the way you spoke to
 6    her?
 7                 MR. SUNSHINE:   Objection as to
 8            form.
 9                 Asked and answered.
10         A.     Again, I have explained this.
11    That's not something that would have
12    happened.
13         Q.     Would there be something like a
14    letter of that sort in your HR or personnel
15    file at WNYW?
16         A.     It did not happen, so it
17    wouldn't be in the personal file at WNYW.
18         Q.     Would you object to us asking
19    to see the WNYW personnel file for you?
20                 MR. SUNSHINE:   Objection.
21                 It's not relevant.
22         A.     My employment at WNYW never
23    once overlapped with anything that Delancey
24    has alleged.  I don't understand.
25         Q.     You won't authorize us to do
```

Page 290

```
 1                    J. WELLS
 2   that?
 3              MR. SUNSHINE:  I represent him.
 4         And if you send a subpoena, we'll
 5         address it in due course.  You had a
 6         lot of time to do that.  This case
 7         was filed in 2023.  But if you do
 8         serve a subpoena, we'll address it
 9         accordingly.
10              And he is not going to take a
11         position on it here.
12         Q.    The next page, she says, "I was
13   wondering when he would stop because I
14   really wasn't nice to him.  I didn't curse
15   him out.  I just treated him like anyone
16   else."
17              Did you ever get the feeling
18   that she wasn't being nice to you or tried
19   not to be nice to you?
20         A.    I think she is more emotionally
21   connected to this story than I was.  I
22   don't know any of this.
23              She's rambling here.  Like I
24   said, there were a lot of exclamation
25   marks, ellipsis run on, run on, run on.
```

```
                                      Page 291
 1                    J. WELLS
 2   She's trying to connect herself to his
 3   claims and stories.  If he had said it was
 4   Mykel in the first message, she would have
 5   probably gone five pages about Mykel.
 6   Because then he said it's Justin Wells, EP
 7   Greta, which I was not by the way, she's
 8   going on and on about me and her connection
 9   to me because she just wants to be involved
10   in whatever he is doing.  That's very clear
11   from the message.
12            I don't even know when they had
13   talked last, but she sent a message to him
14   a day after his post saying was that
15   McCarthy by any chance.  She already
16   started in an entire story about petting
17   somebody on the head and this and that and
18   going on and on about McCarthy.  And then
19   as soon as he says oh, it's Justin Wells
20   EP, not true, of Greta, she did the same
21   exact format and went on and on about me.
22            So I don't know if she has bad
23   stories about everyone at FOX.  I don't
24   know if she happens to be homophobic and
25   tells bad people about gay people that
```

```
 1                    J. WELLS
 2    happen to be working at FOX.  I don't know
 3    what her thing is.  But she does these
 4    run-on stories time and time and time
 5    again.
 6               And I don't mean to run on
 7    here, but I don't see anything that is of
 8    any relevance to what we have been
 9    discussing today in this message.
10         Q.    You don't recall her doing
11    anything or saying anything that made it
12    seem to you that she was not being nice to
13    you?
14         A.    I spent zero minutes of my life
15    thinking or worrying about what Kathleen
16    Wells was or was not doing.
17         Q.    Then she writes, "He kept
18    trying to talk to me and be nice."  Quote,
19    "you know, we could be cousins.  We are not
20    cousins.  Well, we could be and wouldn't
21    that be great.  No, ha ha.  Well, I like
22    you because you are so good at your job, et
23    cetera.  Please shut up."  Did you ever
24    talk to her about being cousins?
25         A.    I don't recall.  Maybe there
```

```
                                        Page 293
 1                    J. WELLS
 2   was a joke at some point that we had the
 3   same last name.  Big deal.
 4        Q.    Do you think you guys could be
 5   possibly related?
 6        A.    I certainly hope not.
 7        Q.    Is she still alive?
 8        A.    I learned only recently that I
 9   believe she's no longer here.
10        Q.    You don't know whether you are
11   related or not?
12        A.    I would assume I would be
13   invited to the funeral if we were related
14   even though she didn't like me because
15   that's what happens in families; right?  I
16   don't believe we are related.
17        Q.    She writes, "He replied to my
18   good-bye email giving me his number saying
19   for me to keep in touch."  Is that true?
20        A.    I don't know if that's true,
21   but it is really commonplace when somebody
22   leaves that you share contact information.
23   That's how you continue to know people
24   everywhere.
25        Q.    Did you ever have her number?
```

Page 294

1                         J. WELLS
2        A.    I don't believe so.   I don't
3    know.  There is a lot of -- this is a
4    conversation between two disgruntled
5    employees that neither work at FOX any
6    longer.
7              He is complaining about 45 K a
8    year to anyone that will listen.  He is
9    talking about me getting him some
10    stationery to be nice to him.  He is
11    claiming that I didn't speak to him in
12    seven years even though two years prior I
13    had sent an email to him or connected with
14    him and provided his resume' to Jorge in
15    Orlando.  There is a lot of -- there is a
16    lot of back and forth between two
17    disgruntled employees with little regard
18    for facts, years, or information.
19        Q.    What do you think Mr. Delancey
20    was disgruntled about?
21              MR. SUNSHINE:   Objection.
22              Calls for speculation.
23        A.    I just see over the course of
24    this exchange two people that are
25    complaining about work and not making

Page 295

1                          J. WELLS

2      enough money, which is common.  He is not

3      -- there are no truthful complaints that

4      anything happened during his career

5      trajectory or I did anything ever to impede

6      him in his career.  I only helped him in

7      his career.  It's two people that clearly

8      years later are reflecting poorly on their

9      time there.

10          Q.    Did you know what her sexuality

11     was?

12          A.    No.

13          Q.    Do you know whether she was

14     bisexual?

15          A.    I did not know one way or the

16     other.

17          Q.    Do you think if she was

18     bisexual that she would be homophobic?

19               MR. SUNSHINE:  Objection.

20               Calls for speculation, and it's

21          not relevant.

22          A.    I never made a claim that she's

23     homophobic.  I said I don't know what her

24     issue is or why she's going against certain

25     types of people.

```
 1                    J. WELLS
 2              She may not like people that
 3    are more conservative or produce more
 4    conservative programming which I did later
 5    in my career.  That might inflate things.
 6    I don't know.  I can't say what the issue
 7    is.  She didn't like me.
 8         Q.    On the next page Delancey
 9    writes, "So like literally everyone I know
10    he knows."  Is it true that you guys know a
11    lot of the same people?
12         A.    That's consistent with what you
13    said.  He worked in a lot of TV stations I
14    worked at.  I spent a career working with
15    all these people where I had a perfect
16    record as far as anything like this.  And
17    I've been defamed with false allegations.
18         Q.    He writes "might even be longer
19    than seven since I left FOX" --
20         A.    But it wasn't longer than seven
21    because we looked at prior documentation
22    showing we were in touch two years prior.
23         Q.    He says --
24         A.    It's not true again.
25         Q.    He says, "When I got to FOX
```

1                    J. WELLS

2    News, he got me a big box of personalized

3    stuff.  My name was on stationery, et

4    cetera.  It was weird considering I only

5    made 45 K a year and was the lowest on

6    totem pole."

7              Would you agree that he was the

8    lowest on the totem pole at that time?

9         A.    There were production

10    assistants that worked on my shift that had

11    the personalized note pads as well and made

12    less than 45 K a year.

13         Q.    So you would not agree with

14    that?

15         A.    No, I would not agree with that

16    at all.

17         Q.    On the next page he writes, "He

18    was trying to impress me I guess.  Then he

19    got pissed when I wouldn't sleep with him,

20    told me I was basically screwing myself

21    over and not thinking straight."

22              Are you denying that you said

23    anything to the effect that he was screwing

24    himself and not thinking straight?

25         A.    No.  The only person I ever

Page 298

```
 1                    J. WELLS
 2    heard say that is Delancey when he's
 3    talking to people.
 4         Q.    Did you ever get pissed at him
 5    for not sleeping with you?
 6         A.    No.
 7         Q.    Then Kathleen responds, "I mean
 8    his letter went to his boss, my boss, and
 9    HR.  And they freaking hire him after
10    admitting in writing when he called me," et
11    cetera.
12              Are you aware of a letter that
13    you wrote to Ms. Wells?
14              MR. SUNSHINE:  Objection.
15         A.    I'm not.  She's continually
16    repeating herself.  If I was on the other
17    end of the message like this and kept
18    getting diatribes and repeating, I would
19    ask the person if they were okay actually.
20    I wouldn't just be talking about myself the
21    whole time.
22         Q.    There is nothing truthful about
23    what she's saying here?
24              MR. SUNSHINE:  Objection.
25         A.    No, there is not.
```

Page 299

1                    J. WELLS
2        Q.    Do you know someone named Jason
3   Goodwin?
4        A.    Sounds familiar.
5        Q.    Somebody at FOX that you worked
6   with?
7        A.    I think he was at FOX at some
8   point.  I don't know in what role.  Was not
9   somebody I worked directly with often or
10  maybe ever.  Sounds familiar.
11       Q.    Someone at FOX Edge?
12       A.    May have been.  I think he is
13  back in the local news world or maybe was.
14  I don't know.
15              MR. RAHMAN:  Mark this as
16          Exhibit 16.
17              (Whereupon, the aforementioned
18          document was marked as Plaintiff's
19          Exhibit 16 for identification as of
20          this date by the Reporter.)
21              MR. RAHMAN:  Plaintiff's
22          Exhibit 16 is Bates stamped
23          Plaintiff's three to four.
24       Q.    I can represent to you these
25  are messages between Jason Goodwin and

```
                                        Page 300
 1                    J. WELLS
 2   Mr. Delancey.  There are dates on them.
 3        A.     Uh-huh.
 4        Q.     Mr. Delancey mentions you?
 5        A.     It starts with Jason Goodwin
 6   says WTF, which is an abbreviation.  Did we
 7   both work for this individual in NYC.  So
 8   immediately his thought is oh, this is
 9   somebody we worked with which would not be
10   me; right?
11             So as Kathleen Wells said in
12   her messages, "was it Mykel McCarthy,"
13   Jason Goodwin's immediate response is, "Did
14   we both work for this individual in New
15   York City?"  Neither Jason or Delancey
16   worked with me.  So this whole idea, this
17   happened, and he told all these people
18   about it.  Everybody is bringing up other
19   people, not me once.  Not a single person
20   I've seen had ever heard any story about me
21   so far.
22        Q.     Would Jason know whether you
23   and Mr. Delancey communicated about work?
24        A.     I assume he would know.  I
25   don't know.  They worked on the same floor
```

```
                                        Page 301
 1                    J. WELLS
 2   I believe in the same department.  I don't
 3   remember exactly what Jason's role was, but
 4   he was not in programming.  He was not at
 5   FOX News Channel, news or opinion prime
 6   time programming.  I know that.
 7         Q.    He says he remembers you and
 8   calls you a cocky arrogant little shit?
 9         A.    Yeah, I probably was when I was
10   26.
11         Q.    Do you know why he remembers
12   you?  Did you work together?
13         A.    I don't know.
14         Q.    Can you think of any other
15   reason why he would call you a cocky
16   arrogant little shit?
17               MR. SUNSHINE:  Objection.
18               Calls for speculation.
19         Q.    Anything you might have said or
20   done to him?
21               MR. SUNSHINE:  Objection.
22               Calls for speculation.
23         A.    No, not that I recall.  But
24   then there is so much speculative stuff in
25   here, he tried to take you to the bathroom
```

```
 1              J. WELLS
 2   once too crunching.  And then Delancey is
 3   asking Jason at work, did he?  Delancey is
 4   asking Jason if I tried to take Delancey to
 5   the bathroom.  And then he is like oh, at
 6   Therapy, I don't -- I mean this is all like
 7   wild stuff.  It's like --
 8        Q.    What is Therapy?
 9        A.     Therapy is a gay bar.
10        Q.    Does it seem like he remembers
11   an incident happening at Therapy?
12        A.    I don't know what he pretends
13   to remember or doesn't or whatnot, but this
14   is -- people are not -- they are just
15   making up stuff as they go here in real
16   time.
17        Q.    Did you ever go to Therapy?
18        A.    Have I ever been to Therapy?
19   Of course I have, yes.  It's not open
20   anymore, but yes.
21        Q.    Around 2008?
22        A.    Yeah.  52nd between 8th and
23   9th.
24        Q.    When you were there, was
25   Mr. Delancey ever there?
```

Page 303

```
 1                    J. WELLS
 2        A.    No, I don't believe so.
 3        Q.    Did you ever try to take him to
 4   the bathroom at Therapy?
 5        A.    No.
 6        Q.    Is Jason Goodwin gay?
 7        A.    I think so.
 8        Q.    Would you ever go to bars with
 9   him or go to a bar that he was at?
10        A.    No.
11              MR. RAHMAN:  Mark this as
12         Exhibit 17.
13              (Whereupon, the aforementioned
14         document was marked as Plaintiff's
15         Exhibit 17 for identification as of
16         this date by the Reporter.)
17              MR. RAHMAN:  Exhibit 17 begins
18         on Plaintiff's 73 and ends at 88.
19        Q.    Do you know who Samantha is?
20        A.    I might.  I'm not sure if I
21   placed the last name.
22              Are you able to fill me in on
23   the last name?
24        Q.    Could it be Honig?
25        A.    Yes, I do know who that is.
```

Page 304

```
 1                   J. WELLS
 2       Q.     Who is she?
 3       A.     She's a field producer I
 4  believe at FOX and Friends.
 5       Q.     Do you know if she ever worked
 6  at FOX News Edge?
 7       A.     I don't know.  Later in my
 8  career she was at FOX and Friends I know.
 9  She definitely inquired about a position
10  with me later, in the later years which she
11  didn't get.
12       Q.     But you're not sure whether she
13  worked at FOX Edge?
14       A.     I don't recall.
15       Q.     Turn to the second page.  She
16  writes, "Oh, Justin Wells, off the record,
17  he fucking sucked.  I didn't really work
18  with him, but the few times I met him I
19  despised him."
20              Do you know of any reason why
21  she would say that you fucking sucked and
22  that she despised you?
23       A.     No.  I'm sure she -- I don't
24  know why she would say that.  I never
25  worked directly with her.  She probably
```

Page 305

```
 1                    J. WELLS
 2    didn't realize off the record doesn't count
 3    when you are in discovery.
 4         Q.     On page --
 5         A.     Does she even know that her
 6    texts are here?
 7         Q.     Plaintiff's 76, four pages in.
 8         A.     Yeah.  I see that's where
 9    Delancey says, to her surprise, because she
10    -- exclamation mark emoji -- but yeah,
11    between you and me, Justin tried to
12    befriend me when I first started at FOX,
13    and then he tried to sexually assault me
14    when he invited me up for drinks.  We were
15    talking friendly to each other before he
16    was ever at FOX News or New York City.
17                    I think that the timeline is
18    off.
19         Q.     Could it be that, could he have
20    meant that you were trying to become a
21    closer friend to him?
22         A.     No.  He made it seem like he's
23    walked in the door at FOX News and I all of
24    a sudden tried to befriend him and because
25    I had some sort of motive is what was
```

1                    J. WELLS

2    implied there.  Samantha is totally shocked

3    by that comment because as much as she

4    probably thinks I'm an asshole or I didn't

5    hire her at some point she exclamation

6    marked it.  Then later says "OMG" with a

7    bunch of exclamation marks.

8         Q.    You never met Mr. Delancey

9    before he came to New York in person?

10        A.    No.  We just had that back and

11   forth that we have gone through a million

12   times.

13        Q.    And you guys became friends

14   over these messages?

15        A.    I suppose so.

16        Q.    She says, "He was such a

17   scumbag."

18              Do you know why she would be

19   calling you a scumbag?

20        A.    I have no idea.  As I said, she

21   definitely -- when Tucker first started in

22   prime time, he was previously at FOX and

23   Friends which is her world.  And everybody

24   from that world wanted to work in prime

25   time because they worked with Tucker and

```
 1                    J. WELLS
 2   people enjoyed working with him at FOX.  He
 3   had a good reputation as far as talent
 4   toward his employees.  And I did not bring
 5   her onto that team for a job.
 6        Q.    Anything else that might have
 7   caused her to say that you were a scumbag?
 8        A.    We were never in the building
 9   the same time.  We didn't hang out
10   together.  We didn't go to same events.  I
11   do know she wanted a job in prime time.  I
12   do know that I did not hire her in prime
13   time.  We never even had a formal
14   interview.
15        Q.    Next page, 77, at the top she
16   says, "I believe everything and also
17   honestly think he hid behind the fact that
18   he was gay as an excuse to be able to say
19   anything he wanted about women and other
20   minorities."
21              Has anyone accused you of this
22   before other than Ms. Honig?
23        A.    There have been hit pieces
24   written about me in publications starting
25   around the time of Delancey's 2017 post and
```

Page 308

```
 1                    J. WELLS
 2   there had been over the years.  But I'm
 3   pretty honest about who I am, how I feel
 4   television should be made, and what
 5   politics I'm comfortable broadcasting.
 6        Q.    Did anyone ever accuse you of
 7   saying offensive things about women and
 8   minorities?
 9        A.    Other than some hit pieces in
10   some magazine, but no individual has ever
11   said that.  No colleague has ever said
12   that.
13        Q.    Mr. Delancey says, "I think he
14   did too.  And he used the being gay as
15   cover to be able to green light horrible
16   stories against gays."
17              Have you ever been accused of
18   that?
19              MR. SUNSHINE:  Objection.
20              This whole line of argument
21         isn't relevant to any claim or
22         defense in this action.
23        A.    I take great offense to that,
24   actually.  That's simply not true.  It's
25   clear that that might be a motive for your
```

```
                                         Page 309
 1                    J. WELLS
 2    client to come after me because why would
 3    that be relevant to all that he's discussed
 4    previously about this alleged incident and
 5    the complaint.
 6              This concerns me greatly
 7    actually that your client may be
 8    politically motivated to make up and
 9    fabricate stories about me.  This is very
10    concerning.
11              THE WITNESS:  I'm glad you
12        pointed it out.
13       Q.    Is this the first time someone
14    has accused you of doing that?
15              MR. SUNSHINE:  Objection.
16              Asked and answered.
17       Q.    Or only time?
18              MR. SUNSHINE:  He just
19        mentioned the stories in the press.
20       A.    I mentioned press stories.
21    There was a hit piece written about me that
22    I hate gay people while I was taking care
23    of my husband in the ICU.
24              I don't talk about my private
25    life, but I've been subjected to that many
```

Page 310

```
 1                    J. WELLS
 2   times.
 3              I take great offense to it
 4   because it's untrue.  It's inaccurate.
 5              But what is relevant here is
 6   that your client is clearly making it
 7   painstakingly obvious that he didn't really
 8   have a problem with me in 2008 when I
 9   produced content that was less politically
10   inclined for Greta Van Susteren which was
11   largely a crime show and a political
12   overview show.  And then years later when
13   I'm producing content that is much more
14   politically charged in nature all of a
15   sudden, he's got some sort of vendetta or
16   problem against me.
17              I have been married for a very
18   long time in a very committed relationship.
19   I'm not going to have somebody explain to
20   me what the right way to be gay is because
21   I think that's wrong.  I certainly don't
22   think someone should be making up stories
23   about me just because they don't agree with
24   my politics.
25         Q.    Have people accused Tucker
```

```
                                        Page 311

 1                  J. WELLS

 2   Carlson of saying homophobic things on his

 3   show that you produced?

 4            MR. SUNSHINE:  Objection.

 5            This isn't relevant, and it

 6        calls for speculation.

 7       A.    Tucker Carlson is not

 8   homophobic.

 9       Q.    Has he ever been accused of

10   saying homophobic things?

11            MR. SUNSHINE:  Objection.

12            Are you referring to someone in

13        particular?

14            MR. RAHMAN:  Tucker Carlson.

15       A.    He is not homophobic.  And if

16   any accusations are made, I can say

17   definitively he is not homophobic and

18   neither is FOX News nor the people there.

19            MR. RAHMAN:  Mark this as

20        Exhibit 18.

21            (Whereupon, the aforementioned

22        document was marked as Plaintiff's

23        Exhibit 18 for identification as of

24        this date by the Reporter.)

25       A.    This is the responses, not the
```

Page 312

1                      J. WELLS

2    interrogatories.

3         Q.     At the end you verified this

4    document; right?

5         A.     Yeah.

6         Q.     Request number three, page five

7    requests documents, et cetera relating to

8    supporting or contradicting allegations or

9    defenses.  And the answer filed by you on

10   the next page says you will produce all

11   non-privileged documents currently in your

12   possession, et cetera.

13              Can you tell me what you did to

14   look for documents that were responsive

15   to --

16        A.     Page five or page six?  Oh,

17   right here, got it.

18              I searched my Gmail.  I

19   searched my Facebook account.  I searched

20   my Instagram account.  Didn't have anything

21   there.  I searched anything I had access

22   to.  I have access to nothing at FOX any

23   longer obviously.  So they produced all

24   those emails.  As far as any

25   communications, I did a generic search on

Page 313

J. WELLS

1
2    my iPhone, but at no time have I
3    communicated with him on iMessage or via
4    text on this phone or any iPhones since
5    I've converted to iPhones.
6         Q.    That's how you searched for any
7    communications you might have had with
8    Mr. Delancey?
9         A.    Every active device I currently
10   have and every active method of
11   communication that also has a private
12   messaging function on it I searched first
13   name, last name, et cetera.
14             There was nothing in the Gmail.
15   Like I said, I didn't use it back then.
16   One of the reasons I switched to Gmail, I
17   don't trust Google.  But the search
18   function is very easy for your personal
19   stuff.
20        Q.    Did you look for communications
21   between you and Mr. McCarthy?
22        A.    Yes.  There were none.  I don't
23   even know when he departed FOX.  I maybe
24   heard about it six months later.  I didn't
25   communicate with him often.

Page 314

```
 1                    J. WELLS
 2       Q.    Did you look for any
 3  communications between you and someone
 4  other than counsel about Mr. Delancey?
 5             MR. SUNSHINE:   Objection.
 6             Asked and answered.
 7       A.    I did a generic search for
 8  Delancey.  And there was communication with
 9  Jason, Bryan Freedman, some previous
10  counsel that took it on earlier -- previous
11  to them joining the case a month after.
12  Other than that, there were no other
13  individuals that I communicated in any
14  message about this case.
15       Q.    Did you find any communications
16  in writing with Mr. Carlson about
17  Mr. Delancey?
18       A.    No.  We spoke on the phone.  He
19  gave a statement to the New York Times and
20  all the publications you planted stories
21  in.
22       Q.    If you turn to page 14, request
23  number 14 concerns job descriptions, what
24  roles you have had at FOX; right?
25       A.    Yeah.  I haven't maintained a
```

```
 1                    J. WELLS
 2   resume' in years.  I don't need or have
 3   one.  I wouldn't do that.  FOX I think
 4   would supply anything they had.  I didn't
 5   save that material.
 6        Q.    On the next page you see the
 7   response.  It says, "Wells responds as
 8   follows:"  Nothing after that?
 9        A.    We are on page 15?
10        Q.    Yeah.
11              Is there a reason why there is
12   nothing after the colon?
13        A.    Well, there is nothing
14   additional to provide.
15        Q.    There is no response here;
16   right?
17              MR. SUNSHINE:  You've had these
18         for a year.  If you are looking for a
19         particular category of documents, you
20         can ask me for them.  But there were
21         no meet and conferrals about the
22         response or nonresponse.
23              But given the court's
24         Protective Order limiting the scope
25         of relevant information, this would
```

```
                                        Page 316

 1                      J. WELLS

 2          be objectionable on its face and it

 3          would have said so if there were a

 4          response.

 5      Q.     There is no response also for

 6  number 16, number 15, the next request

 7  about work performance at FOX?

 8      A.     I mean this is the same --

 9  first of all, I didn't have performance

10  reviews latter in my career because I was

11  under contract.  The other performance

12  reviews that I had earlier in my career

13  were provided by FOX.

14          MR. SUNSHINE:  I'm going to

15          represent to you that the last

16          sentence of those two responses

17          appear to be errant and that we

18          intended to stand on our objection,

19          and there have not been any efforts

20          to meet and confer about those

21          objections.

22      Q.     For question number 16, this

23  requests documents communications between

24  you or about you supervising assigning work

25  to asking for assistance from employees of
```

Page 317

1                    J. WELLS

2    FOX News Edge; right?

3              MR. SUNSHINE:  This appears to

4         be a clerical error by administrative

5         staff in our office.

6              We stand on our objections.

7         The categories of documents we agreed

8         to produce said as much, and we

9         produced them.

10        Q.    Did you look for responsive

11   communications and documents?

12        A.    In response to 16?

13        Q.    Yes.

14             MR. SUNSHINE:  We stand on our

15        objection to that category.

16        Q.    Did you search for responsive

17   documents?

18        A.    I thought he answered.  I've

19   searched for every kind of document that

20   was requested here.  If it was available, I

21   provided it to counsel.

22             MR. SUNSHINE:  One does not

23        search for categories of documents

24        that are objectionable barring meet

25        and confer conferences between

```
 1                    J. WELLS
 2        counsel.
 3        Q.    You verified this document;
 4    correct?
 5        A.    Yes.  I'm not an attorney, but
 6    I verified this document.
 7        Q.    Number 22 on page 20 concerns
 8    any discipline received when you were at
 9    FOX.  Then you say you will produce
10    non-privileged documents in your
11    possession, custody, and control.
12        A.    There is nothing to produce as
13    far as documents there.
14        Q.    Did you look through your
15    documents?
16        A.    Yeah.  I wouldn't have anything
17    like that in my personal email.
18        Q.    Did you search for that
19    specific category of documents?
20        A.    I don't have anything like that
21    in my personal email.  It would only be in
22    my FOX.  If I was being disciplined for any
23    reason, which I wasn't, FOX would not send
24    me communication to my personal Gmail.
25        Q.    Number 26 on page 23, document
```

Page 319

1                    J. WELLS

2   request number 26 on page 23 requests your

3   resume'.  You say you don't have a current

4   resume'?

5        A.    No.

6        Q.    Do you have a resume'?

7        A.    No.  I have a LinkedIn page.

8   You can check it out.  I don't know if it's

9   up to date, but I haven't had a resume' in

10  years.

11       Q.    You searched through your

12  social media postings for anything relevant

13  or responsive?

14       A.    To the best that you can on

15  social media.  I don't post a lot on social

16  media.

17            MR. SUNSHINE:  Why don't we

18       take five minutes.  I will see if I

19       have anything else.

20            (At 5:10 p.m., a short recess

21       was taken.

22            At 5:16 p.m., the deposition

23       resumed.)

24       Q.    Mr. Wells, have you heard of a

25  term "rundown"?

Page 320

```
 1                    J. WELLS
 2        A.     Of course, yes.
 3        Q.     At FOX?
 4        A.     Yeah.  I mean it's used across
 5   the industry, either rundown or lineup
 6   would be used.  Some people call it
 7   rundown; some people call it lineup.
 8        Q.     What is that?
 9        A.     Rundown would be in typically a
10   live-produced television newscast or
11   television programming.  It would be the
12   list of stories, the order; if there are
13   two anchors, which anchor is reading which
14   one.  First we are going to report on the
15   COVID vaccine; then we are going to an
16   interview with so and so.  It is just a
17   list that keeps everybody from the
18   editorial production and technical aspects
19   like on the same page of what the program
20   looks like typically.
21        Q.     Would there be a rundown
22   published by FOX Edge about the content
23   that was edited or created each day?
24        A.     I don't know the mechanics of
25   what FOX News Edge did then or now.  I
```

Page 321

                          J. WELLS

1      don't remember.  I don't recall exactly how

2      they list it or whatnot, what emails were

3      sent out.

4          Q.    Do you know whether each

5      employee of FOX Edge would create their own

6      rundown of what they published or worked on

7      that day?

8          A.    I don't know where that went,

9      what email groups that went to, whether

10     that was shared amongst FOX News Edge and

11     whether someone grouped it in a single

12     email.  I'm not sure of the specifics of

13     FOX News Edge's operations and how that

14     department emails amongst themselves and

15     what's public facing to affiliates to

16     network wide versus what is kept

17     inter-department.

18         Q.    Do you know whether producers

19     at FOX Edge would have to put their names,

20     emails, phone numbers on every rundown that

21     they create?

22         A.    That is not something that I

23     would see.  I wouldn't have time to look at

24     an affiliate report for each regional

1                    J. WELLS

2    producer's thing.  That would be something

3    that I would assume would be built into --

4    that's like a New York Times editor gets

5    all the stories they edited and put them in

6    the paper but every single reporter hasn't

7    read every single draft of every story.

8    It's not something that I would be part of

9    that process.  I didn't work at FOX News

10   Edge.

11        Q.    I just want to ask you about

12   one more topic.

13              You talked about the Abby

14   Grossberg case earlier?

15        A.    Yes.  Your client Abby

16   Grossberg.

17        Q.    And you were named as a

18   defendant.  Was Mr. Tucker Carlson was also

19   a defendant?

20        A.    Yes.

21        Q.    She accuses you of admitting

22   that she was being offered a salary that

23   was lower than comparable males in that

24   role when you first hired her for a job on

25   the Carlson show?

```
                                        Page 323

 1                    J. WELLS
 2              MR. SUNSHINE:  Objection.
 3              This is totally outside of the
 4         relevance to any claims and defenses.
 5              I don't know what you are
 6         getting at, but if you have a
 7         question you should ask it again.
 8              MR. EVANS:  Objection to this
 9         line of testimony.
10              Magistrate Judge has clearly
11         delineated what is appropriate in
12         terms of discovery around Complaints,
13         and this is far outside the scope of
14         that ruling.
15              MR. RAHMAN:  Well, I withdraw
16         this question.
17      Q.    She accuses employees of The
18   Tucker Carlson Show of using the word
19   "cunt" in the workplace.  Did you ever use
20   the word "cunt" while working on The Tucker
21   Carlson Show?
22              MR. SUNSHINE:  Objection.
23              MR. EVANS:  I'm raising the
24         same objection.
25              This issue has been squarely
```

Page 324

```
 1                    J. WELLS
 2        addressed after repeated meet and
 3        confers with Magistrate Judge who
 4        issues a written Order and then
 5        clarified her Order at the last
 6        conference.  It is far outside the
 7        scope of what she determined to be
 8        appropriate for discovery.
 9             MR. SUNSHINE:  Same objection.
10             MR. RAHMAN:  Are you going to
11        let him answer?
12             MR. SUNSHINE:  Well, it's
13        barred by a Protective Order, and
14        it's not relevant.
15             MR. RAHMAN:  The Order relates
16        to the document discovery, not
17        deposition testimony.
18             MR. SUNSHINE:  Well, it
19        delineates the parameters of
20        acceptable lines of discovery whether
21        oral or written.
22             If there is any relevance to
23        this, I don't see it.
24        Q.   At any point when you were at
25   FOX, did you hear the term "cunt" used in
```

```
                                          Page 325
 1                    J. WELLS
 2   the work environment?
 3        A.    Never in the work environment,
 4   no.
 5             MR. RAHMAN:  I have nothing
 6        further.
 7   EXAMINATION BY
 8   MR. EVANS:
 9        Q.    Mr. Wells, as you know, my name
10   is Paul Evans and I represent FOX News.  I
11   have a couple of questions for you this
12   evening.
13             First of all, when you began at
14   FOX News, were you made aware by the
15   company that the FOX News has a policy
16   prohibiting discrimination in the
17   workplace?
18        A.    Yes.
19        Q.    Were you aware made aware by
20   the company that FOX News has a policy
21   prohibiting harassment in the workplace?
22        A.    Yes.
23        Q.    And you understood that
24   included sexual harassment?
25        A.    Yes.  Absolutely.
```

```
 1                    J. WELLS
 2       Q.    Did the company make you aware
 3   that it was against company policy to
 4   retaliate against anyone who made any
 5   complaints of discrimination or harassment?
 6       A.    Yes.
 7       Q.    Did you receive a copy of the
 8   company handbook that contained those
 9   policies?
10       A.    Yes.  Over the years initially,
11   but obviously this is a long time ago in
12   paper form and you signed a form.  And then
13   in later years, it's in digital form and
14   you endorse it that way.
15       Q.    During your employment at FOX
16   News, did you take training on the
17   company's antiharassment discrimination
18   retaliation policies?
19       A.    Yes.  There was significant
20   training both in person at regular
21   intervals as well as follow-up digital
22   training I believe.  Every so often that
23   went back and forth between what was
24   in-person training and digital training in
25   addition to various materials that were
```

Page 327

```
 1                    J. WELLS
 2   supplied that were interactive exhibits I
 3   suppose you would call it that you would
 4   have to confirm you were actually watching
 5   and participating.
 6        Q.    I want to focus on the period
 7   of time 2008 to 2010 when you were producer
 8   on On the Record.
 9             During that period of time, I
10   know you said you worked sort of seven days
11   a week, did you have a regular schedule
12   during which you were at the office?
13        A.    No.  I was all over the place
14   then.  I was traveling often.  There was a
15   nightly show.  Sometimes there were weekend
16   shows during big news periods as well.  But
17   the nature of the competitiveness of that
18   kind of show requires you to be ready to
19   compete with all the other networks and
20   everybody across the board, so there was
21   not per se a regular schedule.  There were
22   regular meetings, but not a regular
23   schedule of these are your work hours per
24   se.
25        Q.    When you were not traveling,
```

```
                                    Page 328
 1                    J. WELLS
 2   were there days of the week that the show
 3   aired that you would be in the office?
 4        A.    Typically it would be Monday
 5   through Friday.
 6        Q.    If you were not traveling, were
 7   those the days that you were typically in
 8   the office?
 9        A.    Yes.  That would be correct.
10        Q.    You referenced the FOX News
11   Edge as being located, I think you
12   described it as the basement of the
13   building; is that correct?
14        A.    That's correct.
15        Q.    Am I correct that that's
16   referred to as one of the concourse levels?
17        A.    That's correct.
18              When I say the basement, you
19   could not even go from our elevator bank
20   down there.  The only access to get there
21   would be to go to the lobby, go to a
22   separate area of the building, take an
23   escalator, go down another hallway to go in
24   there.
25              Not only was that department --
```

Page 329

                            J. WELLS
1
2    was it a completely different department,
3    but it was also in an area that did not
4    facilitate even running into people.
5        Q.    Are you aware of how many
6    concourse levels there are that house FOX
7    News or FOX Edge employees?
8        A.    At the time it would be -- FOX
9    Edge -- there are three concourse levels.
10   There is some technical crew even further
11   down in the basement I know like camera
12   people that are field camera people.  I
13   believe FOX News Edge was only on that C1,
14   the first concourse level.
15       Q.    So there were C1, 2 and 3?
16       A.    I believe that's correct.
17       Q.    And as I get higher in number,
18   you get lower into the ground?
19       A.    Yes.
20       Q.    Were there other news gathering
21   resources located on C1?
22       A.    There was a portion of the
23   newsroom was there and a portion of a few
24   daytime shows were there.  Not all of them,
25   but a few of them were there.

Page 330

```
 1                      J. WELLS
 2       Q.    Was the assignment desk there?
 3       A.    Yes.
 4       Q.    Was FOX News media there or FOX
 5   media; was that group there?
 6       A.    What are you referring to as
 7   FOX media?
 8       Q.    It's okay if you don't have
 9   that answer directly.
10       A.    Oh, I think what you might be
11   -- sorry, I can answer that actually.
12             There is -- FOX News Media is
13   now the group that is all these different
14   FOX News branches under it.  That wasn't
15   the case then.  There was an entity then, I
16   believe it's still existing, called the FOX
17   News Media Desk.  The FOX News Media Desk
18   would have also been on that floor.  They
19   are kind of a version of the assignment
20   desk without getting too into detail.
21       Q.    You indicated that and there
22   was lots of testimony about the ordering of
23   notepads that you undertook at times when
24   you were employed at FOX; is that correct?
25       A.    Yes.
```

Page 331

1                  J. WELLS
2      Q.    At one point I think you said
3   there may have been times when you ordered
4   notepads with names on them for your team;
5   is that correct?
6      A.    Yes.
7      Q.    When would that have been?
8      A.    In this world it's like when
9   you get access to merch or whatever, people
10  love when the merch shows up in the TV
11  world.
12           It probably was around the same
13  period because it's when that link was the
14  way to it.  Everyone that worked above me,
15  under me, or whatever, we got the notepads
16  with our name on it.
17     Q.    Between 2008 and 2010, did you
18  have any direct reports?
19     A.    Zero.
20     Q.    I think you testified you
21  didn't have any direct reports until 2012
22  or '13?
23     A.    That seems about correct, yes,
24  I did not have any direct reports.  There
25  were junior level production assistants

```
                                        Page 332
 1                    J. WELLS
 2    that followed instructions, but nobody
 3    worked for me.  I had never sent a hiring
 4    authorization.  I had never given a single
 5    review.
 6         Q.     Between 2008 and 2010, did you
 7    have the authority from FOX News to hire
 8    any employees of FOX Edge?
 9         A.    No.
10         Q.    Did you ever at any time
11    between 2008 and 2010 play any role in
12    hiring an employee who worked at FOX Edge?
13         A.    Never.
14         Q.    Did you ever at any time during
15    your employment with FOX News ever play any
16    role in hiring an employee for FOX Edge?
17         A.    I don't think I ever hired an
18    employee for FOX Edge ever.
19         Q.    Going back again to 2008 to
20    2010, did FOX News give you the authority
21    to direct the work of any FOX Edge
22    employee?
23         A.    No.
24         Q.    Did FOX News give you the
25    authority to direct Mr. Delancey's work
```

```
                                        Page 333
1                    J. WELLS
2    during that time?
3         A.    Never.  Nor did I.
4         Q.    Did FOX News provide you with
5    the authority to discipline Mr. Delancey
6    when he was employed at FOX Edge?
7         A.    They did not.  And I never
8    would have or I never did.
9         Q.    Did FOX News provide you with
10   the authority to play a role in the setting
11   or increasing of Mr. Delancey's
12   compensation when he was with FOX Edge?
13        A.    I never heard any specifics as
14   far as his compensation until I heard it
15   directly from him or during this discovery
16   process.
17        Q.    So you didn't have the
18   authority from FOX News to play any role in
19   setting his compensation?
20        A.    I did not have access to it.  I
21   was not part of any meetings regarding
22   budget for it.  I had nothing to do with
23   compensation of him or any individual at
24   FOX News during that time period.
25        Q.    At some point, Mr. Delancey was
```

```
                                              Page 334
 1                      J. WELLS
 2   promoted from a regional producer at FOX
 3   Edge to a national producer.  Did you play
 4   any role in that decision?
 5        A.    I did not.  My only awareness
 6   of it now that I've seen recent emails was
 7   when he shared that with me on an email.
 8        Q.    Did you have the authority from
 9   FOX News to promote employees within FOX
10   Edge?
11        A.    Never during that period of
12   time nor any time in history of my
13   employment there.
14        Q.    And between 2008 and 2010, did
15   you have the authority to discipline any
16   employee at FOX News?
17        A.    No.
18        Q.    Did you have the authority to
19   promote any employee at FOX News between
20   2008 and 2010?
21        A.    No.
22        Q.    Did you have the authority to
23   hire any employee of FOX News between 2008
24   and 2010?
25        A.    No.
```

Page 335

1                        J. WELLS

2         Q.    I want to turn briefly to some

3    of your testimony regarding the position

4    for which you passed on Mr. Delancey's

5    resume to someone at NBC television

6    station.

7         A.    Yes.

8         Q.    After you passed along that

9    resume' and before you heard feedback about

10   Mr. Delancey's performance at the

11   interview, did you communicate with anyone

12   at NBC TV about Mr. Delancey's application

13   for that role?

14        A.    His application at NBC?

15        Q.    Yes.

16        A.    No.  I don't even think I was

17   aware whether there was a formal

18   application process or anything.

19        Q.    Between the time that you

20   passed along his resume' and when you heard

21   feedback about his performance at the

22   interview, did you speak with anybody at

23   the NBC television station about

24   Mr. Delancey?

25        A.    No.  Never.

Page 336

1                    J. WELLS

2          Q.    And when you heard feedback

3    about his performance at the interview, it

4    had already been determined by NBC that he

5    would not receive that role; is that

6    correct?

7          A.    That is absolutely correct.

8          Q.    Did you ever talk with anybody

9    at FOX radio about that freelance position

10   that you forwarded along for Mr. Delancey?

11         A.    I don't recall.  I had very

12   little interaction with FOX radio until a

13   few years later in my career when we

14   launched some podcast products.  But as I

15   stated in my message with him, I didn't

16   have a name of anybody there.  I said maybe

17   I will ask around to see if I can get you

18   the name of someone since Andy did have

19   some experience in radio.

20         Q.    Did you ever suggest to anyone

21   that Mr. Delancey should not be given that

22   freelance position at FOX News Radio?

23         A.    I definitely would not have

24   done that.

25         Q.    There was some testimony

Page 337

1                         J. WELLS
2    concerning the subject of your personnel
3    file at FOX Five.  Do you recall that?
4         A.    Yes.
5         Q.    Do you have any personal
6    knowledge of whether a FOX News employee
7    would be able to get access to your FOX
8    Five personnel file?
9         A.    I don't believe they would.
10        Q.    So you don't believe it, and do
11   you have any personal knowledge --
12        A.    I have never heard of something
13   like that happening.
14        Q.    Lastly, with regard to Kathy
15   Wells, I understood your testimony to be
16   that you never referred to her as a fucking
17   bitch; is that correct?
18        A.    Correct.  When I was at WNYW
19   and she was at FOX News Edge or FOX News
20   desk, I never referred to her that way.  I
21   would never, assume, call or email because
22   we were not in the same building.  I would
23   never refer to anyone that way.
24        Q.    And I know you testified about
25   what could have or might have happened.  I

Page 338

1                      J. WELLS

2    just want to understand.

3              As you sit here today, do you

4    have any personal recollection of any issue

5    between you and Ms. Wells regarding a live

6    shot while you were at FOX Five?

7         A.    I really -- as I said, when I

8    read it, it makes sense that I would be

9    demanding a live shot.  That's one thing I

10   did while I was there often.  I pushed the

11   envelope to better the show which is what I

12   then did when I moved on to FOX News later.

13   But I didn't have any recollection of that

14   event until I saw that message here in

15   discovery.

16        Q.    And when you saw that message,

17   I just want to understand, I think you are

18   trying to be helpful and tell us what might

19   have happened or could have or sounds

20   reasonable, but my question is once you saw

21   that message did you then have a

22   recollection that you actually had a

23   dispute with her over a live shot or does

24   it just sound like something that could

25   have happened?

Page 339

                        J. WELLS

1
2      A.    I don't recall the specifics of
3  it.  As I said, I have probably done 10,000
4  live shots that I wouldn't have singled out
5  one.
6            MR. EVANS:  Thank you.
7            I have no further questions.
8  EXAMINATION BY
9  MR. RAHMAN:
10     Q.    In terms of the merchandise
11 that you ordered for your team, there would
12 be receipts for those orders, correct, in
13 your email?
14            MR. SUNSHINE:  Objection.
15            Asked and answered.
16     A.    I never knew the price of it.
17 It's not how it works.  I don't know if
18 there was a receipt or if there was just a
19 confirmation page that appeared on the
20 screen.  All I know, there is an internal
21 portal; you put in the name, you put it in
22 what floor you wanted it delivered on, and
23 it showed up in two weeks.
24     Q.    Would the confirmation indicate
25 who put the order in?

```
                                        Page 340
 1                    J. WELLS
 2         A.    It was just like a form.  You
 3    could put anything.  You don't need to
 4    verify.  There is no log in.  It's just a
 5    link.  It's a private link so nobody in the
 6    public could access it.  The way that
 7    operated, you could put in that order on
 8    that link and that website right now and
 9    put any darn name you want on there and
10    send it to any floor at FOX.
11               I doubt they have the same
12    thing, but there is no significant paper
13    trail.
14         Q.    Do you remember like the
15    address for that link or what it was --
16         A.    I stated it previously in my
17    testimony.  I believe it was Answer
18    Printing was the fulfillment company they
19    used.  It was like Answer Printing slash a
20    bunch of numbers slash FOX.
21         Q.    How were you made aware that
22    you could order merchandise?
23         A.    Someone shared it with me.
24         Q.    Do you recall who that was?
25         A.    No idea.
```

Page 341

1                    J. WELLS
2        Q.    And you are saying that didn't
3    cost you any money to make these orders?
4        A.    No.  You don't have to put in
5    your corporate card.
6              I'm sure FOX has a bulk order
7    of -- it is a pretty big large company, as
8    you know.  That's why we are here.  And you
9    just put it in, and it probably takes from
10   that allotment of whatever stationery they
11   have on order -- notepads.  It was not
12   stationery.
13             MR. RAHMAN:  Nothing further.
14             MR. EVANS:  I will order a copy
15        of the transcript and a rough.
16             MR. SUNSHINE:  I will order a
17        copy of the transcript and a rough.
18             (Whereupon, at 5:40 p.m., the
19        Examination of this witness was
20        concluded.)
21
22            °         °         °         °
23
24
25

Page 342

1                    J. WELLS

2              D E C L A R A T I O N

3

4        I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                 _____

15                    JUSTIN WELLS

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

     _____

22       NOTARY PUBLIC

23

24

25

Page 343

```
 1                    J. WELLS
 2                   ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
 3
    CASE NAME:  Andrew Delancey vs Justin Wells
 4  et al
    DATE OF DEPOSITION: June 26, 2025
 5  WITNESS' NAME: Justin Wells
 6  PAGE/LINE(s)/    CHANGE          REASON
 7  ____/_____/_____/_____
    ____/_____/_____/_____
 8  ____/_____/_____/_____
    ____/_____/_____/_____
 9  ____/_____/_____/_____
    ____/_____/_____/_____
10  ____/_____/_____/_____
    ____/_____/_____/_____
11  ____/_____/_____/_____
    ____/_____/_____/_____
12  ____/_____/_____/_____
    ____/_____/_____/_____
13  ____/_____/_____/_____
    ____/_____/_____/_____
14  ____/_____/_____/_____
    ____/_____/_____/_____
15  ____/_____/_____/_____
    ____/_____/_____/_____
16  ____/_____/_____/_____
    ____/_____/_____/_____
17  ____/_____/_____/_____
    ____/_____/_____/_____
18  ____/_____/_____/_____
    ____/_____/_____/_____
19  ____/_____/_____/_____
20
                    _____
21
    Subscribed and Sworn To
22  Before Me This_____Day
    Of_____, 20  .
23
         _____
24            Notary Public
25   My Commission Expires__
```

```
 1                    J. WELLS
 2                   I N D E X
 3
 4   EXAMINATION BY                    PAGE
 5   MR. RAHMAN                        4
 6   MR. EVANS                         325
 7   MR. RAHMAN                        339
 8
 9
10
11              E X H I B I T S
12
13   PLAINTIFF'S EXHIBITS:
14
15   EXHIBIT    EXHIBIT
16   NUMBER     DESCRIPTION            PAGE
17   1          Responses to the       39
18              interrogatories
19   2          Document Bates stamped  76
20              Wells one through Wells 15
21   3          Document Bates stamped FNN  106
22              200
23   4          Documents Bates stamped  114
24              FNN 165 to 166
25   (Continued on next page.)
```

Page 345

1                      J. WELLS

2   (Continued)      E X H I B I T S

3

4   PLAINTIFF'S EXHIBITS:

5

6   EXHIBIT    EXHIBIT

7   NUMBER     DESCRIPTION                    PAGE

8   5          Documents Bates stamped       116

9              FNN 196 to 198

10  6          Document Bates stamped FNN    118

11             168

12  7          Documents Bates stamped       128

13             FNN 174 to 176

14  8          Documents Bates stamped       188

15             FNN 186 to 188

16  9          Documents Bates stamped       199

17             FNN 191, 192

18  10         Documents Bates stamped       203

19             FNN 194 to 195

20  11         Documents Bates stamped       205

21             FNN 137 through 140

22  12         Documents Bates stamped       250

23             FNN 204 and 205

24  (Continued on next page.)

25

Page 346

1                    J. WELLS

2   (Continued)   E X H I B I T S

3

4   PLAINTIFF'S EXHIBITS:

5

6   EXHIBIT    EXHIBIT

7   NUMBER     DESCRIPTION                   PAGE

8   13         Documents Bates stamped       252

9              FNN 201 to 202

10  14         Plaintiff's 68 through 72     257

11  15         Documents labeled             277

12             Plaintiff's 551 to 567

13  16         Documents Bates stamped       299

14             Plaintiff's three to four

15  17         Documents labeled             303

16             Plaintiff's 73 through 88

17  18         Verified Responses            311

18

19  Exhibits were retained by counsel.

20

21

22     INFORMATION AND/OR DOCUMENTS REQUESTED

23  INFORMATION AND/OR DOCUMENTS            PAGE

24  Production of Mr. Martinez's phone       69

25  number

Page 347

1                    J. WELLS

2

3          C E R T I F I C A T E

4

5   STATE OF NEW YORK        )
                             :  SS.:
6   COUNTY OF KINGS          )

7

8

9     I, JANNA LIRTSMAN, a Notary Public for

10  and within the State of New York, do hereby

11  certify:

12    That the witness whose examination is

13  hereinbefore set forth was duly sworn and

14  that such examination is a true record of

15  the testimony given by that witness.

16    I further certify that I am not related

17  to any of the parties to this action by

18  blood or by marriage and that I am in no

19  way interested in the outcome of this

20  matter.

21    IN WITNESS WHEREOF, I have hereunto set

22  my hand this 2nd day of June, 2025.

23

24  _____
                JANNA LIRTSMAN

25

**[& - 2000]**                                          Page 1

| & | | | |
|---|---|---|---|

**&**  2:9 3:17

**0**

**04**  23:2,3

**1**

**1**  3:17 39:15,18
39:21,21
251:13 253:15
281:17 344:17
**10**  203:18,21,23
251:2 345:18
**10,000**  287:12
339:3
**100**  153:18
**10017**  1:21 2:6
**10166**  2:16
**10357**  1:6
**106**  344:21
**10:00**  1:13
85:11
**11**  73:22 97:13
97:23 98:3
205:17,20,22
217:12,21
232:7 240:14
345:20
**114**  344:23
**116**  345:8
**117**  14:18
**118**  345:10
**11:00**  24:14,22
24:24 90:25

98:22
**11:25**  82:19
**11:59**  267:9
**12**  15:19 74:15
74:20 95:4,14
96:6 159:8
250:9,12
345:22
**1211**  44:3,18
113:13 273:20
**12494**  4:11
**128**  345:12
**12:17**  82:21
**13**  15:20 77:5
252:21,24
254:4 331:22
346:8
**130**  117:14,15
**130,000**  115:19
**137**  205:22
345:21
**14**  256:25
257:4,7 314:22
314:23 346:10
**140**  205:23
345:21
**140,371**  116:6
**15**  40:12 45:19
76:10 102:25
116:24 159:14
176:6 177:18
251:21 277:2,5
277:11 279:23
315:9 316:6

344:20 346:11
**150**  160:23
**16**  45:19 86:22
115:15 299:16
299:19,22
316:6,22
317:12 346:13
**165**  114:25
344:24
**166**  114:25
344:24
**168**  118:16
345:11
**17**  82:5 86:23
303:12,15,17
346:15
**174**  128:5
345:13
**176**  128:5
345:13
**18**  311:20,23
346:17
**1801**  2:10
**186**  188:6
345:15
**188**  188:7
345:14,15
**18th**  44:23
279:2
**19**  115:22
204:2 287:9
**191**  199:12
345:17

**192**  199:12
345:17
**194**  203:24
345:19
**195**  203:24
345:19
**196**  116:16
345:9
**198**  116:16
345:9
**1983**  23:6
**199**  345:16
**1994**  95:4,14,21
96:6
**1999**  21:17
**1:20**  137:16
**1:23**  1:6
**1:25**  137:18
**1st**  198:4

| 2 | | | |
|---|---|---|---|

**2**  76:4,7 86:13
99:5 146:9
218:16 220:2
264:16 329:15
344:19
**20**  73:12
255:20 318:7
342:19 343:22
**200**  2:16 106:7
344:22
**2000**  21:18
87:5 275:25

**[2001 - 339]**                                                      Page 2

**2001**   87:5
**2005**   22:25
   24:3
**2006**   25:10
   96:25 97:5
   148:3
**2007**   76:23
   84:13 92:23
   97:10,25
**2008**   59:5
   72:10 99:10,19
   104:25 105:4
   108:18 115:16
   117:6 118:18
   125:9,23
   128:10 137:2,7
   137:9 146:5,21
   148:8,14 149:6
   150:19 155:18
   156:4 167:15
   167:17,19
   168:3,9,25
   174:17 179:8
   179:22 184:16
   185:3,6,11
   189:2 193:6
   216:7 220:6
   223:6,11 224:6
   224:20 226:9
   281:14 287:8
   302:21 310:8
   327:7 331:17
   332:6,11,19
   334:14,20,23

**2009**   115:3
   117:5 199:14
   204:2
**201**   254:5
   346:9
**2010**   96:7
   115:22 117:5
   148:3,5 216:7
   327:7 331:17
   332:6,11,20
   334:14,20,24
**2010s**   94:20
   96:3,21
**2011**   16:3
   269:4
**2012**   269:5
   331:21
**2013**   18:15
   220:3,12
   221:21 222:24
   223:14
**2014**   32:13,13
   32:22 269:6
**2015**   32:13,22
   33:2 240:14
**2016**   15:5,7
   33:4 34:11
   251:14 253:9
   254:2 264:11
   281:15,17
   287:9
**2017**   15:10
   34:9 251:2,12
   254:2 257:11

   258:11,12
   263:25 264:18
   307:25
**2018**   254:7
**2019**   17:7
**202**   254:5
   346:9
**2020**   17:8
   255:9
**2023**   18:16,17
   18:20 35:14,23
   36:15 37:23
   264:5 290:7
**2024**   19:2
   37:16,21,24
   40:19
**2025**   1:12
   343:4 347:22
**203**   345:18
**204**   250:15
   345:23
**205**   250:15
   273:21 345:20
   345:23
**20s**   138:22
   150:10 154:23
   168:25 171:18
**22**   257:11
   318:7
**23**   264:18
   318:25 319:2
**23rd**   35:14
**24368**   347:23

**24th**   128:8
**25**   11:9 65:13
   74:11 211:23
   255:21 287:11
**250**   47:3
   251:17 345:22
**252**   346:8
**257**   346:10
**26**   1:12 52:3
   99:10 101:6
   149:14 198:8
   301:10 318:25
   319:2 343:4
**26th**   35:15
**27**   52:3
**277**   346:11
**29**   115:3
**299**   346:13
**2:52**   218:20
**2nd**   347:22

**3**

**3**   40:19 76:23
   105:25 106:4,6
   329:15 344:21
**3,000**   134:3
   259:7
**30**   3:16 193:6
   271:25
**303**   346:15
**311**   346:17
**325**   344:6
**339**   344:7

**347** 73:17
**375** 255:9,11
**39** 344:17
**3:30** 198:6

### 4

**4** 114:18,21,23
  114:24 124:6
  124:10 137:15
  146:10 220:3
  220:12 221:21
  344:5,23
**40s** 154:24
**42** 23:5 164:9
**425** 1:20 2:5
**428** 137:14
**45** 294:7 297:5
  297:12
**45,000** 117:22
**45k** 232:8
**46** 4:10 14:8
**46th** 198:25
**49th** 137:14,15
  146:6 147:19
  147:22 148:18
**4:00** 198:6,10
  267:11
**4:10** 267:13

### 5

**5** 116:10,13
  345:8
**500** 197:25
**5000** 16:16

**52nd** 302:22
**530** 255:22
**550** 255:17,20
  255:22
**551** 277:12
  346:12
**567** 346:12
**5:00** 85:12
**5:10** 319:20
**5:16** 319:22
**5:40** 341:18

### 6

**6** 118:10,13,15
  345:10
**625** 200:14
  201:6
**67** 277:13
**67th** 113:10
  273:21
**68** 257:7
  346:10
**69** 346:24
**6:00** 79:10
**6:03** 198:4
**6:55** 119:22
**6th** 113:13
  273:20

### 7

**7** 127:23 128:2
  128:4 254:7
  345:12
**7/15/2008**
  117:15

**72** 257:8
  346:10
**73** 303:18
  346:16
**76** 305:7
  344:19
**77** 307:15

### 8

**8** 118:18
  187:25 188:4,6
  216:18,19
  345:14
**800** 151:10
**88** 303:18
  346:16
**8:00** 94:7
**8th** 302:22

### 9

**9** 199:6,9,11
  345:16
**90** 50:18
**90067** 2:11
**99.9** 145:15
**9:00** 90:25
**9th** 302:23

### a

**a.m.** 1:13 82:19
  198:6,10
  264:18 266:18
  266:18 267:2,8
  267:9

**abbreviation**
  300:6
**abby** 13:6
  73:25 74:12
  255:25 322:13
  322:15
**abc** 23:15
  33:21 44:11,11
  86:2 89:12
  97:3 179:19,20
  233:5 269:25
**abernathy**
  113:24
**abilities** 191:9
**able** 6:3 60:22
  61:4 70:22
  82:2 130:21
  196:13 208:2
  303:22 307:18
  308:15 337:7
**abnormal**
  65:24
**above** 143:5
  225:13,14,16
  242:12 331:14
  342:6
**absolutely** 5:5
  5:16 70:20
  75:12,22
  112:24 325:25
  336:7
**abuser** 258:4
**acceptable**
  324:20

[access - ages]                                                    Page 4

| | | | |
|---|---|---|---|
| **access** 49:24 | 74:13,17 75:6 | **address** 4:9 | 210:24 212:12 |
| 59:7 61:4 | 75:14,17,20 | 14:6,7,17 | 236:13 286:5,6 |
| 108:14,20 | 307:21 308:17 | 16:14 48:23 | 286:7,12 |
| 130:9 148:9 | 309:14 310:25 | 49:5,12,15 | 321:25 |
| 149:9 207:11 | 311:9 | 58:21 60:15 | **affiliated** |
| 209:4 312:21 | **accuses** 322:21 | 240:18,23 | 140:21 235:23 |
| 312:22 328:20 | 323:17 | 242:22 290:5,8 | **affiliates** 41:20 |
| 331:9 333:20 | **acquired** 95:15 | 340:15 | 44:11 46:2,25 |
| 337:7 340:6 | 95:16 | **addressed** | 47:4 140:9 |
| **accessible** | **acted** 279:14 | 324:2 | 141:6,9,10 |
| 173:24 | **action** 69:10 | **addresses** 14:9 | 207:10 208:12 |
| **acclimated** | 308:22 347:17 | 49:9 | 208:17 212:24 |
| 216:21 | **active** 197:22 | **adhered** 145:11 | 215:5 233:12 |
| **account** 49:25 | 257:14 313:9 | **administer** | 273:25 321:16 |
| 58:8,9 59:8,21 | 313:10 | 3:11 | **affirmatively** |
| 61:4 69:23 | **activities** | **administrative** | 195:2 |
| 70:13,15 71:16 | 134:13 | 209:3 317:4 | **afford** 103:4 |
| 312:19,20 | **actual** 70:13 | **admitting** | **aforemention...** |
| **accountant** | 233:18 237:4 | 298:10 322:21 | 39:16 76:2 |
| 18:25 38:16 | **actually** 11:19 | **advances** 273:2 | 106:2 114:19 |
| **accounts** 58:12 | 30:15 86:6 | **advice** 56:22 | 116:11 118:11 |
| 69:20 70:8,17 | 91:12,21 96:2 | 131:4,14 | 127:24 188:2 |
| **accurate** 79:16 | 222:18 232:14 | 185:14 | 199:7 203:19 |
| 79:22 80:12 | 243:7 298:19 | **affidavit** 69:14 | 205:18 250:10 |
| 110:6 115:16 | 308:24 309:7 | **affiliate** 41:16 | 252:22 257:2 |
| 118:22 191:24 | 327:4 330:11 | 42:4,9 43:25 | 277:3 299:17 |
| 251:18,22,23 | 338:22 | 44:8,10,14 | 303:13 311:21 |
| 255:10 280:4 | **add** 95:9 | 46:3,6,8,11 | **afternoon** |
| **accusations** | **added** 34:24 | 47:15 96:5 | 156:20 |
| 311:16 | **addition** | 140:4,7,14 | **afterwork** |
| **accuse** 308:6 | 326:25 | 142:2,6 145:3 | 134:13 |
| **accused** 12:17 | **additional** 47:3 | 180:24 206:19 | **age** 117:3 |
| 12:20 13:4,10 | 116:4 208:18 | 206:22 207:7 | **ages** 59:17 |
| 13:13 73:24 | 315:14 | 208:7,14 | 149:22 |

**aggressive** 98:5 164:7,18 185:16,21,24 185:25 186:2,4 280:21 281:2 283:2,21

**ago** 7:6 8:11 18:4,6,15 25:5 39:5,7 56:18 59:15 60:18 66:8 73:13,14 73:15 77:5 105:16 114:8 116:24,25 129:24 138:3 158:7 159:14 161:24 177:18 197:2 238:4,9 259:2,4,17 260:6,9,11 279:23 326:11

**agree** 84:15 85:16 93:13 95:25 96:18 253:3 262:21 287:24 288:7 297:7,13,15 310:23

**agreed** 3:5,20 317:7

**agreeing** 233:14,22 234:13

**agreement** 250:17 251:24 252:8,10 255:2

**ahead** 141:21 224:17,18

**air** 200:4 202:13 210:8 219:15 238:9 242:24 276:3

**aired** 213:17,21 328:3

**al** 343:4

**alcohol** 6:9 172:22

**alive** 293:7

**allegations** 83:24 296:17 312:8

**alleged** 176:25 177:4 280:6 281:4,14 289:24 309:4

**allegedly** 177:19

**alleging** 272:24

**allotment** 341:10

**allowed** 85:3

**alumnus** 78:4

**amazed** 153:6

**ambiguous** 161:18 166:6 170:4 171:5 176:23 185:20

197:7 202:24 212:8 214:20 230:5 256:5 263:3 270:9 274:15 284:6 288:10

**amends** 288:19

**america** 78:23 96:15 207:5 226:19

**america's** 212:3

**americas** 44:19

**anchor** 86:6 97:2 238:7 320:13

**anchors** 81:8 100:25 221:7 237:24 238:5 238:11 320:13

**andrew** 1:3 2:5 2:19 343:3

**andy** 4:13 74:13 125:2 182:17 200:19 231:5 239:12 241:22 242:21 244:14 250:7 336:18

**andy's** 228:4

**angela** 224:24

**angeles** 2:11 140:10,12 212:18,19

**angry** 178:7,10 178:11 278:10

**announced** 247:6

**annoyed** 177:24

**answer** 5:23 29:19 121:2 168:5 262:17 312:9 324:11 330:9,11 340:17,19

**answered** 5:19 10:23 57:20 58:3 63:5 64:12,17 80:6 82:15 142:11 168:14,19 178:18,23 180:22 181:9 192:11 193:2 197:8 198:19 211:14 219:19 240:5 244:13 245:11 246:7 249:6 260:20 267:23 273:4 289:9 309:16 314:6 317:18 339:15

**answering** 233:19

**answers** 23:8 40:2 168:7

**anthony**  226:17
**antiharassment**
  326:17
**anybody**  8:3
  13:18 15:21
  74:9 82:25
  84:6,9 156:10
  164:8 169:17
  179:7 195:7
  239:3 243:9
  266:9 335:22
  336:8,16
**anymore**  53:16
  94:11 103:15
  127:6 160:10
  160:24 179:24
  198:10 302:20
**anyone's**
  170:19
**anyway**  229:17
  232:16 238:23
**aol**  196:9
**apartment**
  14:11,13 15:25
  16:2 40:22
  100:7 101:12
  101:15 103:8
  103:24 137:15
  146:6,9 147:18
  147:21,23
  148:2,9,10,11
  148:18 149:10
  151:9,11,16,20
  151:23 152:2

152:13,21,22
152:23 153:13
153:16 154:6
154:11 155:8
155:15,16
156:11 158:5,9
158:12 159:19
160:5 162:18
167:11 171:15
172:16 173:7
174:19 176:19
177:22 178:8
178:12,14,16
190:10
**apologizing**
  274:18 284:16
  289:5
**apology**  274:9
  274:10,13,16
  275:4,10,15
  276:22
**apparatus**
  87:22 209:8
  236:5 266:3
  285:18
**apparently**
  92:17 164:19
  180:6 190:17
  202:16 245:20
  268:7
**appear**  60:14
  128:9 178:11
  231:9 277:15
  316:17

**appeared**  34:3
  339:19
**appears**  39:25
  77:3 194:15,16
  317:3
**application**
  335:12,14,18
**applied**  38:24
  183:4 269:20
**apply**  109:12
**applying**
  109:10 115:10
  186:11 268:17
**appreciate**
  256:21 280:12
**appropriate**
  323:11 324:8
**approval**
  121:10
**approximately**
  21:15 58:25
**april**  35:14,14
  35:15,23 36:15
  37:16,21,23
**arbitration**
  9:21
**archaic**  193:18
  219:7
**ardome**  207:2
  207:22 210:17
  214:14
**area**  77:12,12
  234:10,12
  328:22 329:3

**arguably**  185:6
**argument**
  178:10 308:20
**arrange**  120:9
  120:22 122:4
  187:10 230:22
  230:24 231:7
**arranged**
  121:15 122:15
  126:14 187:14
**arrogant**  301:8
  301:16
**art**  19:15
**articulate**
  237:8
**ashamed**  155:3
  172:5
**asian**  134:22
**asked**  5:19
  10:23 35:22
  36:2 40:9
  57:20 58:2
  64:12,16 77:8
  80:6 82:15,24
  108:11,23
  131:2 142:11
  146:4 168:14
  168:19 178:18
  178:23 180:22
  181:9 184:6
  189:24 192:10
  193:2 197:8
  204:4,7 214:25
  219:18 240:5

240:18 244:13
245:11 246:7
249:6 260:20
265:21 266:4
267:23 269:15
269:17,22
273:4 278:22
283:3 285:3
289:9 309:16
314:6 339:15
**asking** 7:14
35:25 59:11
100:20 102:3
119:3 126:16
149:15 165:19
175:14 185:13
209:20 217:23
256:8 286:13
289:18 302:3,4
316:25
**asks** 41:3 69:18
74:5 135:16
**aspects** 320:18
**ass** 282:5
**assault** 75:15
75:17,20 83:18
263:5 305:13
**assaulted**
262:22 263:14
**assaulting**
262:24
**assess** 176:10
260:8

**assessment**
234:14
**asshole** 306:4
**assign** 181:6
**assigned** 27:10
139:17 142:25
**assigning** 85:7
197:18 316:24
**assignment**
27:12 46:4,5
46:21,23
139:24,24
140:3 141:15
141:20 147:14
197:5 202:3,4
205:6,9 330:2
330:19
**assignments**
26:10 205:8
**assistance**
316:25
**assistant** 78:17
86:21 87:19
200:18 211:2
241:13,20
242:13 254:11
284:21
**assistants**
32:21 224:11
297:10 331:25
**associate** 93:12
93:16 224:9
**associated** 36:7
61:5 80:16

**assume** 58:5
91:3 97:6
99:25 100:19
103:23,23
105:7 108:13
108:15 110:25
116:7 118:19
118:21 119:5,5
119:10 124:10
130:3,7,19
136:15 156:9
159:12,25
183:5 186:8
193:11 243:5
278:17 287:23
293:12 300:24
322:3 337:21
**assumed**
105:12 278:13
**assuming** 100:4
**atlanta** 80:18
95:17 269:25
**attached** 34:21
208:13
**attachment**
100:8 102:24
**attachments**
104:5
**attempting**
83:16
**attorney** 4:13
6:22 70:23
239:7 262:12
318:5

**attorneys** 2:4,9
2:14 7:15
**attracted** 263:6
**attractive**
82:12 183:25
185:2
**audi** 17:7,7
**audience** 91:5
94:23
**august** 76:23
115:22
**authority** 91:8
332:7,20,25
333:5,10,18
334:8,15,18,22
**authorization**
217:12,17
332:4
**authorizations**
232:15
**authorize**
289:25
**authorized**
3:11 226:4
**available**
123:17 176:11
215:12 317:20
**avenue** 1:21 2:5
2:16 14:18
44:19 113:13
273:21
**average** 246:21
**avid** 50:21

[avoid - bedroom]                                                        Page 8

| | | | |
|---|---|---|---|
| **avoid**  7:12 | 196:8,14 | 151:12 154:20 | **basis**  215:17,19 |
| **avstar**  50:22 | 204:12 207:9 | 168:3 179:6,8 | **bates**  76:9 |
| **aware**  44:7 | 216:19 218:15 | 193:20 198:6 | 106:7 114:24 |
| 75:4 113:4 | 219:17,23 | 198:23 302:9 | 116:15 118:15 |
| 129:25 142:12 | 220:16 221:8 | 303:9 | 128:4 199:11 |
| 231:15 276:19 | 223:6 224:6 | **barack**  167:20 | 203:24 250:14 |
| 278:18 298:12 | 226:5 227:2,5 | **barbecued** | 254:5 299:22 |
| 325:14,19,19 | 228:21 229:4 | 173:17 | 344:19,21,23 |
| 326:2 329:5 | 230:20 248:8 | **barracuda** | 345:8,10,12,14 |
| 335:17 340:21 | 260:9 261:14 | 149:19,23 | 345:16,18,20 |
| **awareness** | 264:16 270:16 | 151:12 178:21 | 345:22 346:8 |
| 334:5 | 275:18,21 | **barred**  324:13 | 346:13 |
| **awful**  66:7,21 | 278:7 281:3 | **barriers**  201:21 | **bath**  151:11 |
| **b** | 294:16 299:13 | **barring**  317:24 | **bathroom** |
| **b**  20:18 69:21 | 306:10 313:15 | **barry**  20:18,20 | 151:22 301:25 |
| 71:9 137:15 | 326:23 332:19 | 21:4 | 302:5 303:4 |
| 146:9,10 | **backfill**  227:18 | **bars**  51:21 52:7 | **bay**  96:14 |
| 344:11 345:2 | **background** | 52:21 133:25 | **bbm**  72:20,23 |
| 346:2 | 191:2 269:19 | 134:16,25 | 136:18 137:5 |
| **baby**  102:7 | **bad**  181:14 | 155:4 171:20 | **bbms**  136:17 |
| **back**  42:24 | 184:12,23 | 172:5,8 179:3 | **beach**  16:19 |
| 51:18 71:18,20 | 267:21 280:20 | 179:9 303:8 | 22:12 222:7 |
| 71:23 73:5 | 291:22,25 | **based**  32:3 | 238:8 |
| 82:23 86:13 | **bag**  124:3 | 78:22 119:14 | **bed**  152:20,25 |
| 87:4 99:5 | **ballpark** | 120:18 123:7 | 153:8,11 |
| 104:6 113:24 | 255:17 | 126:5 143:14 | 154:15 159:23 |
| 114:14 117:8 | **bank**  139:2 | 223:21 258:9 | 172:13 |
| 119:18 130:14 | 328:19 | 268:8 281:22 | **bedroom** |
| 132:6 136:11 | **bankrupt**  60:5 | **basement**  44:2 | 151:11 152:7,8 |
| 136:21 145:24 | **bankruptcy** | 44:18 45:10 | 152:15,20 |
| 159:6,9 166:10 | 20:8 | 278:24 328:12 | 153:4 154:12 |
| 167:22,25 | **banks**  45:12 | 328:18 329:11 | 154:17 159:16 |
| 179:2 181:25 | **bar**  52:4,25 | **basically** | 164:10 175:19 |
| | 53:10,13 | 297:20 | |

**beds** 154:5
**beef** 285:10
**befriend**
305:12,24
**began** 21:16,18
95:20 128:15
128:21 251:12
253:9 268:21
325:13
**beginning**
21:20 29:12
240:14 269:7
277:12
**begins** 188:6
205:22 303:17
**behavior**
164:19 274:18
275:6
**believe** 10:5,7
30:6 35:7
40:16 42:5
43:20 49:12
52:11 54:9
55:13 59:15
60:9 64:21
68:8 70:12
76:13,16,16
83:6,14,16
87:22 88:11
89:4 92:16,25
100:8,10 101:7
102:16,21
104:14 110:18
110:21 111:23

112:9,10
113:22 114:12
115:9 116:22
116:23 120:12
129:2,20
131:18 145:21
147:14 152:4
153:10,19
155:21 156:9
156:15 157:13
164:15 167:5
174:24 184:7
198:20 202:13
205:15 216:13
217:5,9 219:6
220:13 224:6
225:7 227:13
227:14,17
237:11 242:16
242:18 247:7
247:16 249:9
255:23 261:25
268:11 274:5,5
293:9,16 294:2
301:2 303:2
304:4 307:16
326:22 329:13
329:16 330:16
337:9,10
340:17
**believed** 192:3
192:7
**believing** 83:21
261:24

**best** 74:15,21
98:19,20 137:4
226:20 227:24
319:14
**better** 27:19
55:8 91:21
96:22 185:5
222:2 234:12
283:10 338:11
**beyond** 74:7
179:17 255:5
276:17
**big** 33:25 73:8
88:20 91:5,5
122:3 127:6,10
151:9 153:8
157:24 201:10
201:16 234:24
236:5 293:3
297:2 327:16
341:7
**bigger** 56:24
85:25 182:25
**bill** 28:6 107:8
253:16,17
**bills** 154:3
**birthday**
167:23
**bisexual** 295:14
295:18
**bit** 19:24 87:15
225:19
**bitch** 282:7,14
283:4,6,18

284:2 288:2,5
288:8,12
337:17
**black** 73:20
134:21
**blackberries**
136:9
**blackberry**
72:15,17,20
73:3 119:17
120:2 136:13
204:18,20
**blah** 102:22,22
102:22 237:3,3
237:3
**blasted** 145:22
**bleeding**
246:22
**blocks** 150:13
**blood** 347:18
**blowup** 288:17
**blushing** 99:17
104:9
**board** 130:8
327:20
**boats** 17:13
**boca** 16:17
40:19
**body** 160:13
162:21,23,25
**bombed** 62:13
62:15 65:16
249:12

**bombing** 201:14

**bonus** 251:21 255:16,18,19 255:20

**bonuses** 255:12

**book** 125:14

**books** 18:22 19:5

**bop** 88:19

**born** 23:6

**boss** 32:24 91:25 275:9 284:13,13,14 284:19 285:5,8 285:9,12,15,23 287:19 288:25 298:8,8

**bosses** 91:15 108:3

**boston** 157:23 201:13

**bother** 67:16

**bottom** 118:24 121:14 163:20 163:22,23 164:14,23 176:3,6 239:13 239:17 240:10

**bottoms** 239:10 239:16,21,22

**bought** 39:4

**bounty** 226:22 269:13

**box** 121:12 297:2

**boy** 42:22

**boyfriend** 185:11

**boyle** 109:4,5 111:14

**branches** 330:14

**brandi** 250:20

**break** 5:17,20 82:18,24 146:4 147:3 183:14 201:21 218:18

**breakfast** 94:8

**breaking** 201:7 201:24

**bridget** 109:3,5 110:9 111:14

**brief** 67:13

**briefly** 29:22 36:16,18 335:2

**bring** 109:19 207:8,21 307:4

**bringing** 106:21 112:22 200:19,22 212:11 300:18

**brit** 33:14,20

**broadcast** 21:21 79:15 213:13

**broadcasting** 308:5

**broke** 199:24 202:11

**brought** 97:2 141:8 200:9 202:19 203:2 236:18

**browser** 92:22

**bryan** 7:3 314:9

**bucks** 129:19

**budget** 111:6 224:14 333:22

**budgets** 111:7 111:18

**buffett** 23:18

**build** 151:25

**building** 27:4 44:3 45:14 113:9,10,12,13 119:21 146:12 173:8,20 174:6 207:14 238:23 307:8 328:13 328:22 337:22

**built** 229:3 322:3

**bulk** 152:2 341:6

**bullet** 110:8 112:13 211:19

**bullets** 112:6

**bummed** 248:19

**bumped** 254:25

**bunch** 78:2 79:4 171:8 172:8 221:23 262:9 306:7 340:20

**bureau** 140:12 140:16 200:18 200:18

**burned** 229:19

**business** 10:10 10:20,25 11:9 12:13 18:11,20 52:24 65:13 68:23 142:19 145:14 228:7 228:15 235:9 265:25 270:13 275:14,17

**businesses** 17:15 20:5

**busy** 269:13

**button** 197:25

**bye** 293:18

**c**

**c** 2:2 22:14 30:21 342:2 347:3,3

**c1** 329:13,15,21

**cake** 238:2

**calculator** 260:10

caliber 230:11
276:17
california 2:11
88:21 266:21
call 68:25,25
83:18 105:17
214:16 220:19
236:18 249:2
276:9 283:4,5
283:25 287:25
288:4,8 301:15
320:6,7 327:3
337:21
called 4:2 19:14
27:14 34:2
44:13 50:17,21
50:22 53:3
60:8,10 72:20
75:6 77:24
101:11 121:2
141:7 207:2
271:2 282:6,13
283:18 284:3
284:11 288:11
298:10 330:16
calling 306:19
calls 52:17 54:8
81:16 176:9
184:3 191:19
192:10 210:10
229:9 253:7
260:25 263:4
264:14 294:22
295:20 301:8

301:18,22
311:6
camaraderie
88:25
camera 21:23
22:11 329:11
329:12
cancel 35:13
248:16
canceled 33:3,6
33:9 35:21
221:18 240:20
240:21 241:3
247:7,11,14
255:25 256:23
cancellation
35:19 248:3
cancelled
242:21 256:19
candidacy
54:21
candidate 62:9
63:22 65:22
190:17 269:16
candidates
66:18 227:24
capacity 258:6
279:17
card 154:2
341:5
care 240:9
309:22
cared 67:23,24
253:4

career 49:10
84:24 138:21
188:25 189:19
189:21,23
192:8 197:23
214:21 217:7
217:19 218:5
226:6 241:19
263:11 281:6
281:10 295:4,6
295:7 296:5,14
304:8 316:10
316:12 336:13
caring 210:25
carlson 34:7
35:7,10,17
36:24 37:6,8
37:14 83:3
84:5 251:9
311:2,7,14
314:16 322:18
322:25 323:18
323:21
carrie 225:3
carryover
33:17
case 1:6 8:13
8:16,17,18,21
8:24 9:4,8 10:6
10:8,14 11:7
11:24 13:7,9
13:14,23 70:18
82:25 83:3,6
84:7 136:16

139:6 199:23
201:25 226:16
226:17,21
256:21,22
264:4 290:6
314:11,14
322:14 330:15
343:3
cases 9:13,18
10:12 11:2,15
11:17 12:16,19
12:23 13:3
262:13
casey 226:17
casual 81:9,18
139:11
casually 139:5
categories
317:7,23
category 74:10
315:19 317:15
318:19
catty 279:7
caught 81:19
82:7
cause 35:23
36:3 256:16
caused 72:4
307:7
cb2 152:5
cbs 24:7 44:11
44:12 95:4,8
101:10 169:16
214:11

**[cbw - clear]**                                                    Page 12

cbw  98:4
cc  111:15
cell  70:3
central  246:21
  249:18
centura  2:10
century  265:24
ceo  50:4 113:7
  235:4
ceos  113:22
  236:2
certain  209:14
  219:23 295:24
certainly
  124:25 158:23
  197:9 215:20
  235:20 270:22
  293:6 310:21
certification
  3:8
certify  342:4,8
  347:11,16
cetera  69:9,20
  72:5 212:2
  282:8 284:17
  292:23 297:4
  298:11 312:7
  312:12 313:13
cfo  111:24
chain  99:18
  128:15,21
  193:4
chance  278:5
  291:15

change  30:2
  55:25 85:23
  94:19 182:19
  262:5 264:12
  343:6
changed  29:22
  94:24 95:23,24
  127:7 210:13
  223:22 234:23
  251:6 254:13
  254:14,23
  264:8
changes  29:5
channel  27:3,7
  27:18,25 28:3
  29:11 44:12
  47:19,23 48:24
  49:3,19 50:2
  50:11 51:9,14
  98:3 106:20,22
  106:24 107:10
  107:23 108:3
  108:11,20
  109:7,20
  110:21 115:4
  118:7 140:12
  142:5 167:17
  169:25 170:10
  182:12,17,22
  182:24 192:16
  207:12 209:6,7
  212:5 213:5
  214:7 217:4
  233:17,24

234:18 235:10
  236:7,15
  273:12 301:5
charge  110:19
  142:23
charged  310:14
chase  2:7 4:15
check  18:25
  43:9 101:12
  129:18 174:13
  184:6 319:8
checked  102:6
checking  76:15
chelsea  149:10
  149:13,16
  154:19,20,24
  154:25 155:7,9
  171:21 197:14
  198:23
chicago  99:9,15
  104:17 157:23
chief  200:18
choice  36:4
chose  35:13
  36:3
christmas
  68:14
chute  151:19
cifrodeli
  111:20
cig  119:21
cigarette
  119:25 120:4

circles  171:24
circumstances
  175:24
city  14:4,11
  15:24 23:19
  25:9 26:19,23
  52:8 77:16
  98:13 99:8,14
  99:16 101:20
  104:16,18
  137:8 143:14
  147:22 149:15
  154:25 155:5
  157:25 169:2
  180:12,13
  181:23 259:7
  261:11 266:3
  300:15 305:16
civil  1:19
claim  83:19
  166:18 295:22
  308:21
claimed  262:6
claiming
  294:11
claims  11:6,8
  174:10 261:21
  291:3 323:4
clarified  324:5
clarify  5:13
classify  13:11
clear  23:11
  90:3 100:22
  135:12 162:14

**[clear - communications]**

212:13 216:23
261:19 284:23
291:10 308:25
**cleared** 213:22
214:2,4,6
**clearing** 212:10
212:22
**clearly** 119:20
188:13 215:11
249:14 271:14
295:7 310:6
323:10
**clerical** 317:4
**click** 194:24
195:10
**client** 4:16
166:19 168:24
286:8,9 287:2
309:2,7 310:6
322:15
**clients** 74:14
**close** 42:18
45:6 56:19
103:17 133:20
135:5 230:8
278:11
**closed** 15:11
**closer** 305:21
**closest** 238:2,16
**closet** 231:10
**closets** 152:8,10
152:18
**clothes** 160:10
162:4

**club** 151:12
178:21
**clubs** 102:16
155:4 169:3
**clue** 53:21
**cnn** 233:5
**coast** 139:14
140:6,8
**cocktail** 160:2
172:19
**cocky** 301:8,15
**coffee** 81:8
127:2
**colleague** 4:15
45:16 125:17
169:6,10
274:12 275:5
278:8,9,20
286:3,20
308:11
**colleagues**
112:14 134:6
136:19 157:7
157:12 169:15
173:16 178:16
179:10,12
198:15 238:18
279:15
**college** 20:10
20:11,13,16
**collins** 112:11
250:21,24
**colon** 315:12

**com** 49:7,13,23
49:25 58:23
60:11 69:21
71:10 211:25
**come** 56:10
63:18 101:4
265:16,17
309:2
**comes** 83:19
121:12
**comfort** 237:21
**comfortable**
308:5
**coming** 140:20
143:8 158:5
185:13 248:4
248:12 263:17
**command**
28:18,22
**comment** 90:19
233:19 277:24
306:3
**commenting**
280:21
**commiserate**
133:18
**commiserating**
238:17,24
**commission**
343:25
**commitment**
36:23
**committed**
310:18

**common** 88:6
115:11 123:6
143:12 180:15
183:13 228:6
238:17 252:12
271:23 275:15
295:2
**commonplace**
293:21
**communicate**
45:20 50:10
51:3,6,11
68:16 72:18
136:11,23
137:22,24
143:3 196:9,18
215:22 313:25
335:11
**communicated**
42:21 72:22
136:12 215:8
215:16 216:9
220:5,8 300:23
313:3 314:13
**communicating**
220:11 221:14
**communication**
100:3 119:13
132:3 142:15
220:15 313:11
314:8 318:24
**communicati...**
20:25 43:10
70:18 71:11

**[communications - connected]** Page 14

95:15 215:11
216:23 312:25
313:7,20 314:3
314:15 316:23
317:11
**comp** 117:14
**companies**
17:24 19:21
37:18,20 38:4
38:5 108:22
125:13 235:7
**company** 9:3
19:4,19,22
29:5,5 34:2
37:3,5 43:2
45:15 50:3,21
60:4,7 108:6
110:22 111:22
113:6,17
115:12 118:5
121:13 124:11
127:12 133:2,6
133:10,13
135:23 136:3
169:12,19
187:3 207:4
234:3,11,24
235:3,25 236:5
241:5 252:18
252:19 286:22
325:15,20
326:2,3,8
340:18 341:7

**company's**
326:17
**comparable**
322:23
**compare** 161:2
**compared**
98:14
**compatible**
163:25
**compelled**
103:7
**compensation**
37:10 251:16
254:25 333:12
333:14,19,23
**compete** 327:19
**competitive**
145:14 233:4
**competitiven...**
327:17
**competitor**
253:22
**competitors**
98:8,15
**complain** 94:9
**complained**
55:4 129:9
278:10
**complaining**
187:17 294:7
294:25
**complaint** 6:16
7:11 40:3
120:19 126:6

155:21 158:20
170:23 177:2,5
231:16 261:19
262:4,9 309:5
**complaints**
39:25 133:10
295:3 323:12
326:5
**complete** 20:19
39:24
**completely**
47:7 49:21
94:24 113:8
207:13,16
235:25 266:5
283:11 329:2
**complicated**
225:22
**compliment**
167:2
**component**
141:25
**computer** 72:7
72:9 120:4
194:10
**computers**
72:13
**concept** 151:25
**concerning**
41:4 43:17
54:2,21 61:12
61:23 62:7
69:14 309:10
337:2

**concerns**
112:22 309:6
314:23 318:7
**concluded**
341:20
**concourse**
328:16 329:6,9
329:14
**condo** 16:19
**conduct** 12:20
13:4 166:3
**confer** 316:20
317:25
**conference**
324:6
**conferences**
317:25
**conferrals**
315:21
**confers** 324:3
**confident** 60:5
**confirm** 104:24
125:25 153:21
245:16 327:4
**confirmation**
339:19,24
**connect** 188:17
240:24 243:10
291:2
**connected**
193:24,25
243:12 290:21
294:13

**[connecting - copy]** Page 15

**connecting**
244:23 248:24
**connection**
57:13 140:13
193:23 291:8
**connections**
243:6
**connector**
194:5,9
**connects** 194:9
**conservative**
296:3,4
**consider** 98:6
166:2 183:6,16
235:11 236:16
268:12
**considered**
31:23 32:24
120:15 223:24
224:2 235:12
**considering**
109:22 269:10
297:4
**consistent**
57:10 138:16
296:12
**constant** 232:7
**constantly**
189:25
**consult** 6:21
**consulting**
19:20
**contact** 42:14
68:21 87:7

164:23 165:2
171:3 176:17
176:24 293:22
**contacts** 185:13
**contained**
326:8
**content** 7:13
18:8 19:7,11
38:23 78:19
85:7 139:19,21
140:22 142:9
143:24 144:11
144:17 145:3
145:13,18
206:15 208:3,4
208:23 209:14
209:16 210:6
210:16 211:11
211:23 212:5
212:10,11
213:2,11,18,21
214:6,13,15
218:25 235:19
310:9,13
320:22
**context** 57:6
119:15 222:4
223:4 227:9
228:25 239:19
242:17 243:2,4
272:17 281:22
284:7,8
**continually**
298:15

**continue**
288:20 293:23
**continued**
261:13 344:25
345:2,24 346:2
**contract** 31:5
32:3 36:20
47:5 78:20,23
251:13,17
252:5 253:11
255:6,8 256:15
286:10,17
316:11
**contractual**
213:14
**contradicting**
312:8
**contributing**
235:18
**control** 80:21
91:14 194:22
195:2,5 196:22
197:24 225:25
226:3 227:3
318:11
**conversation**
57:9,22 64:2,5
64:8 65:6 66:8
66:14,17 67:13
76:14 82:2
100:5,6 103:25
105:16 107:2
108:9 109:13
111:25 126:9

127:21 128:23
131:11 171:12
178:13 190:5
197:10,16
240:7 245:5
250:5 294:4
**conversations**
106:20 108:7
114:9,15
122:11 130:19
135:4,13
138:16 176:15
204:14,16
227:10 239:14
258:19 263:8
**converted**
49:13 313:5
**cool** 127:8
**cooley** 2:9
**cooper** 30:20
31:9
**coordinating**
222:25 223:13
223:14,17
225:2 227:16
**coordinator**
224:18
**copied** 106:13
**copies** 126:20
**copy** 3:14,17
55:12 85:4
206:4 326:7
341:14,17

**[copying - customer]**                                          Page 16

copying 112:14
core 226:14
corner 152:19
corning 97:5
corp 113:12,13
corporate 50:5
  227:25 231:22
  235:2 341:5
corporation
  1:8 2:15
correct 18:18
  25:11 48:23
  74:6 75:18
  76:25 122:9
  128:16,19
  137:8 170:7
  177:3,6 195:17
  213:5 250:23
  251:3,7 254:20
  259:24 318:4
  328:9,13,14,15
  328:17 329:16
  330:24 331:5
  331:23 336:6,7
  337:17,18
  339:12 342:9
corresponden...
  186:10
corsa 93:6
cost 124:7
  127:10 341:3
couch 152:4
  159:25

counsel 3:6,17
  6:23,25 13:17
  13:21 69:4
  74:3 83:2
  84:10 314:4,10
  317:21 318:2
  346:19
count 110:24
  224:14 305:2
country 46:18
  50:20 56:15
  79:8
counts 110:3
  111:7,8,18
  112:5,16
county 347:6
couple 45:15
  52:12,19 53:14
  53:17 55:20
  68:17 79:15
  101:5 134:8
  156:8 199:3
  201:4 243:6
  325:11
course 6:13,24
  11:16 19:10
  23:10 50:24
  65:20 68:20
  141:2 144:14
  172:10 193:15
  214:8 218:12
  228:14 254:2
  264:25 266:14
  274:3 282:24

290:5 294:23
  302:19 320:2
court 1:2 3:13
  6:18 12:5
  23:12
court's 315:23
cousins 292:19
  292:20,24
cover 10:25
  308:15
coverage 201:8
covered 143:17
  152:8 167:16
  167:17 202:14
covering
  140:24
covid 320:15
coworkers
  73:23 74:17
cranberry
  159:3,7,8,10,22
  159:23
crane 124:11
crawl 154:20
create 201:12
  212:9 321:6,22
created 36:8
  145:19 200:13
  209:13,16
  210:18 212:5
  213:3 214:15
  320:23
creates 202:2

creative 38:22
  145:12
credit 38:25
  153:19 154:2
crew 329:10
crime 180:24
  310:11
criteria 57:16
crotch 166:15
crude 163:23
crunch 144:19
crunching
  302:2
crushed 98:17
cto 50:4
cuff 139:11
culture 235:21
cunt 323:19,20
  324:25
curious 265:13
current 73:23
  74:16 129:16
  319:3
currently 19:9
  22:13 312:11
  313:9
curse 283:8
  290:14
cursing 283:12
  283:13
custody 318:11
customer
  233:11

**cut** 241:7
249:19,21,22
282:22
**cute** 166:21
242:10
**cv** 1:6
**cyclical** 96:8

**d**

**d** 3:2 15:16
16:17 30:20
207:2 342:2
344:2
**daily** 215:19
226:8
**dallas** 95:18
**dance** 198:9
**dancing** 198:5
**darn** 340:9
**date** 1:12 39:19
76:5 106:5
114:22 115:15
116:14 118:14
128:3 188:5
199:10 203:22
205:21 250:13
252:25 257:5
277:6 299:20
303:16 311:24
319:9 343:4
**dated** 76:23
115:3,22
179:17 251:11
254:7

**dates** 25:4
37:24 59:3
300:2
**dating** 146:17
147:3
**daughter**
101:13,15
**david** 110:10
110:13,14,14
**day** 5:18 34:11
86:11 95:7
96:13 118:25
119:4,6,8,22
120:2 121:17
122:16,19
124:15,19
156:16,19
159:9 174:19
197:25 207:17
207:17,25
267:5 277:20
277:23 291:14
320:23 321:8
342:19 343:22
347:22
**daylight** 156:25
**days** 3:16 7:18
15:20 129:24
193:7 205:13
228:12 327:10
328:2,7
**daytime** 329:24
**deadlines**
275:17 276:4

**deal** 44:14
45:23 46:2,4
122:3 127:10
293:3
**dealing** 140:7,9
140:11
**dealt** 45:24
46:25 47:17,19
47:20
**debatable**
85:19
**decade** 59:10
59:15
**decades** 93:3
**december** 95:4
95:14 96:6
204:2
**decent** 152:22
276:17 282:23
**decided** 27:24
36:9 60:24
**decision** 101:19
334:4
**decisionmaker**
269:5
**decisions** 226:5
**deck** 173:10
**deep** 46:16
135:13
**defamation**
11:4
**defamed**
296:17

**defeated** 96:14
**defeating** 98:22
**defendant** 1:16
2:9,14 40:5
322:18,19
**defendants** 1:9
**defended**
284:15
**defending**
186:2
**defense** 308:22
**defenses** 312:9
323:4
**definitely** 86:3
148:22 149:3
153:24 161:14
163:6 166:24
170:17 252:16
304:9 306:21
336:23
**definitively**
311:17
**defunct** 59:16
**delancey** 1:3
2:5,19 4:14,16
44:25 51:4
55:3 57:2,7,18
61:12,20,23
62:7 64:22
67:17 70:19
71:2 72:23
74:13 76:14
77:9 83:14
88:4 89:24

93:20 99:6
103:4,18 105:5
118:18,24
120:6 121:16
122:9 125:2
128:8 129:3
130:10 135:16
136:5,13
139:13 140:24
142:8 144:8
145:20,24
155:14 157:17
159:11 170:14
171:24 174:7
176:2,13,18
177:25 179:4
180:3,18
181:18 183:6
183:25 188:9
190:7,10 191:8
191:14 192:15
193:6 196:23
198:12 199:14
199:16 200:24
200:25 204:2
210:18 211:11
214:25 215:9
216:12 218:25
220:10 227:7
230:21 231:6
242:2 243:13
243:18,21
244:14 245:8
245:14,15

249:3 257:11
259:4,15
260:16 261:15
263:6,15,17
267:17 270:17
271:11 273:2
277:17,21
285:21 289:23
294:19 296:8
298:2 300:2,4
300:15,23
302:2,3,4,25
305:9 306:8
308:13 313:8
314:4,8,17
333:5,25
335:24 336:10
336:21 343:3
**delancey's**
55:12 56:20
117:18 137:20
143:16 186:6
307:25 332:25
333:11 335:4
335:10,12
**deleted** 72:4,5
**delineated**
323:11
**delineates**
324:19
**delineation**
84:25
**deliver** 285:4
287:2,16

**delivered**
339:22
**delivering**
274:23,24
286:25
**delray** 222:7
**demand** 111:11
**demanding**
283:22 338:9
**demotion**
222:18
**denies** 176:25
**denise** 112:7,10
112:10 250:21
250:24
**dennis** 113:23
**deny** 177:4
**denying** 297:22
**departed** 33:4
192:15 313:23
**department**
27:9 41:17
44:8 45:25
111:17 131:12
221:19 254:12
279:24 301:2
321:15,18
328:25 329:2
**departmental**
211:20
**departments**
54:15 138:19
182:19 196:12
201:22,23

**departure**
133:4
**depending**
223:20
**depends** 94:21
96:8,9 226:12
**deposed** 4:23
8:7,10 9:5,7,11
**deposition** 1:16
3:8,9,14 4:20
6:12,20 7:16
8:20 9:2 13:19
82:21 137:18
218:22 267:13
319:22 324:17
343:4
**derek** 111:19
111:22
**derived** 140:23
**describe**
151:15 152:14
164:12 165:11
185:23 186:3
215:7
**described**
166:7 170:22
179:13 181:16
184:8,23
185:15 190:4
216:18 328:12
**describes**
171:25
**describing**
155:17 163:13

**[describing - discussions]**                                      Page 19

164:3,6,19
165:10 171:13
175:24 184:13
259:6
**description**
206:2,4 344:16
345:7 346:7
**descriptions**
314:23
**designed** 50:20
193:25 208:17
**desired** 127:18
**desk** 46:4,5,21
46:23 139:24
139:24,25
140:15,18
141:15,21
142:4 144:5,24
147:14 152:5
202:3,4 207:21
207:23 273:15
273:22 285:18
330:2,17,17,20
337:20
**despised**
304:19,22
**despite** 249:11
**detail** 139:10
221:13 258:17
330:20
**details** 11:23
62:14,21 63:12
281:9

**determine**
193:17 208:2
208:22
**determined**
324:7 336:4
**determining**
194:4
**device** 72:25
136:10 313:9
**diane** 250:20
**diatribes**
298:18
**died** 167:24
200:3 201:9
**diego** 140:10
**different** 25:19
27:4 36:3,10
47:4,7,9 49:21
53:16,18 58:15
79:8 87:15
88:24 94:5
108:5,22
109:15 113:8
138:19,19
141:8 142:20
150:21 172:4
175:14 179:22
182:7,20
183:12 196:12
196:12 198:13
207:16 213:7
223:20,21
225:19,23
233:13 234:17

235:17,17,21
235:22,25
258:20 261:22
261:22 265:10
269:24 329:2
330:13
**digital** 35:7
326:13,21,24
**dime** 287:17
**dining** 152:3
**dinner** 168:2
**direct** 31:17
32:2,11,21
274:25 286:20
331:18,21,24
332:21,25
**directed** 275:8
276:20 283:13
**direction** 36:10
**directly** 31:25
50:11 55:18
57:12 114:13
133:8 151:21
152:12 162:3
169:10,18
288:24 299:9
304:25 330:9
333:15
**director** 78:17
86:22 87:18,19
87:24 88:2
241:13 284:22
**discern** 208:22

**discipline**
318:8 333:5
334:15
**disciplined**
318:22
**disclose** 38:17
39:3 69:5
**discovery**
117:24 146:3
164:16 181:16
184:9,11 305:3
323:12 324:8
324:16,20
333:15 338:15
**discrimination**
325:16 326:5
326:17
**discuss** 110:9
111:2 132:7
134:24 138:7
138:12 182:2
217:3
**discussed** 7:13
106:14 309:3
**discussing**
63:19 160:5
292:9
**discussion**
75:25 112:3
113:2 130:15
130:17 190:9
**discussions**
62:6

**disgruntled**
133:6 285:6
294:4,17,20
**dismissed**
10:12 11:17
**dispute** 176:16
338:23
**distributing**
212:12
**distribution**
206:6 210:25
**district** 1:2,2
**division** 87:13
118:5 169:18
181:5 235:13
**divisions** 131:8
136:2 182:15
233:4,13
234:17 235:6
235:22
**document**
39:17,22 76:3
76:11 106:3
114:20 116:12
118:12 127:25
188:3 199:8
203:20 205:19
250:11,16
252:23 257:3
277:4 299:18
303:14 311:22
312:4 317:19
318:3,6,25
324:16 344:19

344:21 345:10
**documentary**
19:12
**documentation**
153:15 296:21
**documented**
254:3
**documents**
6:17 39:13
106:17 130:14
184:12 232:16
249:16 312:7
312:11,14
315:19 316:23
317:7,11,17,23
318:10,13,15
318:19 344:23
345:8,12,14,16
345:18,20,22
346:8,11,13,15
346:22,23
**doing** 13:13
18:21 42:6
86:25 89:11
93:21 97:4
98:10 119:24
129:6,7,19
139:7 142:22
144:14 181:14
195:7 204:18
207:12 221:17
226:11 228:13
272:19 274:23
276:7 291:10

292:10,16
309:14
**dollar** 231:5
**dollars** 19:6
**domain** 58:17
60:9 61:2,5,7
**dominant**
163:21 164:18
166:14
**dominion** 8:25
9:4
**don** 200:17
**door** 151:20,21
152:7 154:12
305:23
**dos** 116:20
**dot** 49:6,7,13
49:23,23,25
58:23 60:11
69:21 71:10
211:25
**double** 76:15
**doubt** 125:19
144:3 168:4
172:17 173:2
340:11
**downs** 133:5
**downtown**
222:9
**dozen** 32:17
47:2 287:17
**dozens** 65:12
93:11 180:15

**draft** 322:7
**draw** 154:13
**dream** 157:22
**dreaming**
27:20
**dressers** 152:17
**dreyer** 15:16
**drink** 81:8
158:17,21,24
158:24 159:14
161:24 167:14
172:24
**drinking** 155:7
159:23
**drinks** 45:16
133:22,24,25
134:4,6,7,15
135:3 155:22
305:14
**driscoll** 284:21
**drive** 4:11 14:8
**driven** 180:25
**drop** 20:12,16
**dropped** 20:11
**drugged** 199:3
**drugs** 6:8
172:22,23
**drunk** 172:15
**dryer** 152:11
**due** 290:5
**duly** 4:3 342:5
347:13
**duration** 31:12
31:19 34:22

**[duration - email]**                                    Page 21

216:3 226:25
**duties**  129:17
131:15 226:9
**dynamic**  263:7

**e**

**e**  2:2,2 3:2,2
15:16,16 16:17
30:20,20,21
207:2 342:2
344:2,11 345:2
346:2 347:3,3
**ear**  191:15
**earlier**  82:24
89:8 123:24
179:13 184:8
187:5,19 190:4
221:12 228:3
243:15 259:20
282:21 314:10
316:12 322:14
**early**  96:3,21
263:12 268:23
269:12 287:21
**earn**  19:22
**earned**  18:11
18:20 19:3
20:2
**easier**  59:18
**east**  113:9,10
273:21
**easy**  228:24
313:18

**edge**  41:17 42:9
44:6,13,17
45:24 46:24
47:5,10,14,20
48:2,18 51:7
51:12,16
117:25 118:8
122:5 131:12
133:16 140:3,6
140:19 141:22
142:2,7 143:17
144:11,25
145:2 180:23
181:24 182:3,7
182:11,18,22
182:25 183:17
183:19 186:6
187:15 197:20
202:17,21
206:2,20 209:2
209:9 211:22
212:5,9,20
215:9 216:4,6
216:12 217:8
218:6 220:11
230:21 232:9
232:19 233:2,8
233:9,10,12,15
233:20 234:5
234:15 235:8
236:8,11,23
237:17 249:15
258:22 265:12
267:18 268:2,6

268:10,13
273:14,22
285:19,21
286:5,10,23
299:11 304:6
304:13 317:2
320:22,25
321:6,11,20
322:10 328:11
329:7,9,13
332:8,12,16,18
332:21 333:6
333:12 334:3
334:10 337:19
**edge's**  321:14
**edgecombe**
14:18
**edit**  206:4
208:15
**edited**  320:23
322:5
**editing**  211:4
**editor**  211:6
322:4
**editorial**  226:4
320:18
**effect**  3:12,15
62:17 83:22
213:25 228:17
297:23
**effective**
117:14 251:13
**efficient**  144:16
144:20 145:4

**efforts**  316:19
**eight**  30:9 69:7
73:15 75:13
171:22 280:13
281:11
**eighth**  198:25
**either**  28:9
79:14 98:23
114:16 191:25
223:14 259:25
320:5
**election**  33:18
34:11
**electronic**
235:18
**electronically**
72:3
**elevated**  88:2
**elevating**
280:11
**elevator**  45:12
139:2 146:11
146:13 151:18
173:23 174:2
278:25 328:19
**elicit**  97:18
**ellipses**  245:22
**ellipsis**  290:25
**email**  48:23
49:9,14 57:24
58:7,8,9,12,13
58:16,21 59:8
59:21 60:13
61:4,9 68:24

69:23 71:16
105:17 106:8
106:12,14,15
111:6,14
118:23 119:11
119:14,15,16
119:20 120:2
125:12 128:16
128:20 129:23
136:16 137:2
145:22 146:3
181:15 188:8
193:4 196:25
198:3 200:8
203:7 204:18
210:20,22
217:11 240:17
240:22 242:22
244:3 274:17
293:18 294:13
318:17,21
321:10,13
334:7 337:21
339:13
**emailed** 43:6
58:6
**emailing**
112:12
**emails** 43:10
49:12 59:21
69:19 118:17
125:18 128:7
137:3 138:11
138:18 199:13

200:6 203:25
312:24 321:3
321:15,21
334:6
**embarrassed**
63:8 67:14
**embedded**
226:22
**embossed**
124:11
**emoji** 99:17
305:10
**emotionally**
290:20
**emotions** 218:7
**empathy** 247:4
**employed**
36:14,17
281:10 330:24
333:6
**employee** 47:18
47:25 48:2,18
51:7 114:14
117:9 122:15
133:12 169:23
182:7 253:25
273:13 275:10
276:21 321:6
332:12,16,18
332:22 334:16
334:19,23
337:6
**employees** 47:9
50:11 51:11

52:14 112:8
113:8 121:23
122:6,20 123:7
125:3 127:13
132:19,22,24
133:16,22
134:15,21,22
134:22,24
181:11 182:4
182:10 183:17
197:20 202:22
253:4,5 284:3
294:5,17 307:4
316:25 323:17
329:7 332:8
334:9
**employer** 8:19
26:14,16 65:8
74:4
**employment**
10:18 36:20
43:19 54:2
170:12 216:3,5
250:17 251:24
254:6 289:22
326:15 332:15
334:13
**encounter**
173:5 261:12
263:24
**encouraging**
181:22 186:14
**endeavors**
181:22

**ended** 92:20
241:4 243:8
**endorse** 57:8
326:14
**endorsed** 281:7
**endorsement**
187:12 244:17
244:21
**ends** 303:18
**engaged** 164:21
200:5
**engaging**
286:17
**enjoyed** 307:2
**entail** 26:8
**entered** 152:12
**entertaining**
174:12
**entertainment**
123:4
**entire** 123:18
135:14 164:8
166:12 214:21
291:16
**entirely** 171:16
**entities** 46:23
211:25 235:8
**entitled** 250:16
**entity** 47:7
49:21 108:5
330:15
**entry** 102:13
**envelope**
338:11

**[environment - exhibit]**                                                    Page 23

| | | | |
|---|---|---|---|
| **environment** | 282:7 284:17 | **evolving**  155:2 | **exciting**  90:16 |
| 284:10 325:2,3 | 292:22 297:3 | **exact**  66:8 | **exclamation** |
| **envision**  99:8 | 298:10 312:7 | 175:15 208:9 | 290:24 305:10 |
| 99:13 104:15 | 312:12 313:13 | 291:21 | 306:5,7 |
| **ep**  280:2,5,8,15 | 343:4 | **exactly**  25:5 | **exclusive** |
| 281:15 291:6 | **ethic**  191:9 | 36:22 37:15 | 252:13 |
| 291:20 | 230:13 | 71:6 102:17 | **excuse**  287:25 |
| **equally**  85:24 | **europe**  266:21 | 150:23 165:8 | 288:8 307:18 |
| **erased**  72:4,5 | **evans**  2:17 | 171:10 249:8 | **executive**  26:3 |
| **errant**  316:17 | 323:8,23 325:8 | 301:3 321:2 | 28:12 30:14,15 |
| **errata**  343:2 | 325:10 339:6 | **exaggerating** | 30:25 31:3,7 |
| **error**  317:4 | 341:14 344:6 | 287:12 | 31:10 33:12 |
| **errors**  276:13 | **evening**  25:14 | **examination** | 34:14,20 35:3 |
| 276:14 | 93:17 94:18 | 4:6 325:7 | 35:5 78:11 |
| **escalator** | 96:20 150:24 | 339:8 341:19 | 79:12,21 80:7 |
| 278:25 328:23 | 156:20 157:4 | 344:4 347:12 | 80:25 84:14 |
| **especially** | 165:9 325:12 | 347:14 | 85:2,8,12 |
| 123:3 265:23 | **event**  213:9 | **examined**  4:4 | 86:21 110:16 |
| 275:18,21,24 | 338:14 | **example**  12:9 | 224:19 225:5,7 |
| 276:11 | **events**  176:25 | 86:3 88:3 | 251:6 254:15 |
| **esq**  2:6,7,11,17 | 177:4 307:10 | 101:8 137:6 | 254:16 258:6,7 |
| **essentially** | **eventually** | 163:22 235:2 | 258:9 280:12 |
| 29:24 84:19 | 22:18 25:21 | 248:14 | **executives** |
| 95:6 115:23 | 37:5 110:20 | **examples** | 191:16 236:3 |
| 286:4 | 181:24 | 169:21 | **exhibit**  39:14 |
| **establish**  17:23 | **everybody** | **exceedingly** | 39:18,21,21 |
| 18:2 | 120:24 197:23 | 123:5 | 76:4,6 86:13 |
| **established** | 201:22 241:16 | **except**  3:21 | 99:5 105:25 |
| 18:14 20:2 | 269:22,23 | 170:14 | 106:4,6 114:18 |
| 37:18,19 | 300:18 306:23 | **exchange**  70:25 | 114:21,23,24 |
| **estimate**  18:23 | 320:17 327:20 | 71:6 294:24 | 116:9,13,15 |
| 19:3 | **evolved**  125:24 | **excited**  101:24 | 118:10,13,15 |
| **et**  69:9,20 72:5 | 283:12 | 104:8 157:25 | 127:23 128:2,4 |
| 212:2 281:12 | | | 187:25 188:4,6 |

199:6,9,11
203:18,21,23
205:17,20,22
216:17,19
218:16 220:2
250:9,12
252:21,24
254:4 256:25
257:4,7 264:16
277:2,5 299:16
299:19,22
303:12,15,17
311:20,23
344:15,15
345:6,6 346:6
346:6
**exhibits** 327:2
344:13 345:4
346:4,19
**exist** 53:16
**existence** 150:3
**existing** 330:16
**exists** 72:16
**expected**
286:25
**experience**
47:15 129:15
191:4 202:7
222:2 233:11
336:19
**experienced**
110:7
**expert** 219:20

**experts** 262:13
**expired** 102:25
**expires** 343:25
**explain** 28:21
81:4 84:17
310:19
**explained**
123:24 168:20
221:11 284:25
289:10
**explore** 187:20
**express** 133:9
229:15
**extensively**
202:14
**extent** 283:11
288:19
**extra** 129:19
**extremely**
280:20 281:2
**eye** 81:19 82:7

**f**

**f** 3:2 347:3
**fabricate** 309:9
**face** 99:16,24
104:9,19 179:7
200:25 316:2
**facebook** 70:25
76:14 77:22
92:13 104:4,5
157:22 186:22
220:5,9 242:19
257:10,14,16

264:19 265:7
277:16 312:19
**facilitate** 329:4
**facing** 117:10
208:6 321:16
**fact** 59:24 95:4
96:12 249:11
283:23 307:17
**facts** 294:18
**fagerty** 112:7
112:10
**fair** 125:15
200:17
**fall** 74:10 146:5
146:21 148:8
148:14 149:6
185:11 226:9
**falling** 103:17
**false** 296:17
**familiar** 47:8
93:7 229:17
230:6 299:4,10
**families** 293:15
**family** 151:3
216:18
**fancy** 124:12
**far** 6:17 48:8
66:12 69:16
71:19,23 85:6
99:3 136:2
138:16 163:24
167:21,25
256:22 275:19
296:16 300:21

307:3 312:24
318:13 323:13
324:6 333:14
**fast** 245:21
**favor** 57:12
228:13 250:6
**favors** 189:24
**fbn** 211:25
**february** 99:10
99:19 220:6
240:14
**federal** 1:19
**feed** 215:4
232:20 234:6
236:10,11,18
**feedback** 335:9
335:21 336:2
**feel** 91:7 126:16
193:7,9 195:22
196:19 197:12
216:21 234:21
308:3
**feeling** 290:17
**feelings** 246:19
**feet** 151:10
**fell** 87:21
**felt** 93:25 94:2
103:7 107:3
217:7 288:22
**fiber** 207:8
210:25
**field** 225:24
226:18 304:3
329:12

[fifth - fnn]                                              Page 25

fifth   98:21
fight   282:6
figure   237:7
figured   33:18
  109:18
figuring   110:2
  219:14
file   11:2 12:4
  108:12,16,21
  289:15,17,19
  337:3,8
filed   6:17 11:15
  12:24 20:7
  264:4 290:7
  312:9
filing   3:7
filippatos   1:20
  2:4 4:14
fill   39:7 90:5
  112:15 303:22
filling   29:21
fim   211:25
final   85:9
finance   111:12
  111:16,23
  112:4,12
  250:25
find   58:13
  67:17 70:21,22
  71:13 82:2
  83:12 97:18
  100:7 104:21
  105:21 138:4
  154:3 166:17

195:12 207:18
209:16,23
210:5,5 228:24
228:25 314:15
finding   243:8
  262:13
fine   5:18 102:7
  249:17
fingerprints
  210:14
fired   246:13
  265:20
firm   4:14 13:7
  40:9 239:4,5,6
  256:20
first   4:3,19 8:9
  10:8,14 21:12
  21:13 26:22
  29:25 32:22
  37:11 40:4
  41:24 76:22
  82:4 86:24
  89:13 100:15
  115:2 118:25
  119:4,6,8,22,25
  121:17 122:16
  122:19 124:15
  124:19 135:15
  137:20 147:21
  163:12 170:24
  183:18 187:14
  193:4 196:22
  199:17 221:9
  223:3 226:9

229:17 230:21
231:14 232:12
232:17 241:18
251:16 252:2,2
270:11,24
277:8,10 278:3
291:4 305:12
306:21 309:13
313:12 316:9
320:14 322:24
325:13 329:14
342:5
fishing   184:10
fitness   103:16
five   7:6 16:24
  21:2 38:18
  39:2,5,6 40:25
  77:16 78:8
  84:12 88:15,16
  89:17 97:11,20
  98:11 114:11
  127:3 195:19
  198:14 228:10
  291:5 312:6,16
  319:18 337:3,8
  338:6
flagship   98:13
flip   40:11
flirtatious
  263:9 279:8,14
flirtiness
  166:24
flirting   184:6

flirty   171:9
  242:11
floor   44:22,23
  154:13 173:19
  174:2,5 278:24
  279:2 300:25
  330:18 339:22
  340:10
floors   146:14
florida   14:5
  16:8,9,12,17
  21:8,9,11,14
  40:24 55:19
  56:13,23 57:3
  88:16 99:7,13
  100:23 101:2
  101:18 104:15
  172:2 183:14
  187:21 188:19
  191:2,11
  216:19 226:17
  241:6,16,18
  246:21 247:13
  249:18 269:13
flown   271:3
fnc   211:25
fnn   106:7
  114:24 116:16
  118:16 128:5
  188:6 199:12
  203:24 205:22
  250:15 254:5
  344:21,24
  345:9,10,13,15

345:17,19,21
345:23 346:9
**focus** 20:23
327:6
**focusing** 96:19
**folks** 109:16
111:12 155:24
198:21 218:14
250:24
**follow** 69:3
131:11 145:16
326:21
**followed** 332:2
**following** 67:16
**follows** 4:5
315:8
**footage** 207:9
212:16,21,23
213:15
**force** 3:15
252:17
**foregoing**
342:8
**foreign** 46:22
139:25
**form** 3:21
28:20 29:2,18
32:16 35:12
38:20 41:23
42:17 47:12
48:4,20 52:10
52:16 54:7
60:3 61:14
62:25 65:19

67:3,11,20
68:3 75:3
79:19 80:5,15
81:15 82:14
91:10 92:7
124:17 125:6
134:18 135:11
138:10 143:19
144:2 155:11
156:13 158:14
161:17 164:25
170:3 176:8
190:22 191:18
198:18 208:25
212:7 215:24
229:8 230:4
256:4 289:8
326:12,12,13
340:2
**formal** 307:13
335:17
**format** 81:9
291:21
**former** 73:23
74:17 236:3
**forming** 261:21
**forms** 39:7
**fort** 222:5
**forth** 119:18
196:14 228:21
229:4 248:9
294:16 306:11
326:23 347:13

**forward** 34:23
36:4 83:19
138:20 208:6
**forwarded**
336:10
**found** 71:3,8
183:25
**four** 53:8,22
60:18 69:8
88:17 148:3
152:3 154:14
220:2 224:12
225:9,11
241:17,18
299:23 305:7
346:14
**fourth** 174:5
**fox** 1:8,8 2:15
2:15 8:19
11:14,16,25
13:6 21:14
25:8 26:15
27:3,7,18,23,24
27:25 28:2
29:10 33:8,21
34:22 35:4,13
35:20,22 36:15
38:3,9 41:16
41:16,19 42:3
42:9 43:20,24
44:6,13,13,17
45:11,19,23,25
46:2,17,23,24
47:3,5,6,9,13

47:18,19,20,22
48:2,18,22,23
48:24 49:2,3,7
49:9,13,14,19
49:23,24,25
50:7,11,12,14
50:16 51:7,9
51:10,12,14,16
52:14 53:4,17
54:2,5 58:8
60:19 72:15
73:2,4,5,16,19
75:5,8,9 77:4
77:15,18,21
78:2,5,8 81:20
81:23 84:12
90:5 95:5,9,13
95:15,21 96:10
96:13 97:11,20
98:2,11,25
105:5,11
106:20,21,22
106:24 107:9
107:23 108:2,3
108:11,20
109:6,14,19
110:20 112:21
112:25 113:11
113:12,22,25
114:6,11 115:4
117:19,25
118:6,7 120:21
121:7,13 122:5
122:15 123:8

**[fox - friends]**                                          Page 27

| | | | |
|---|---|---|---|
| 124:4 125:3 | 211:23,24 | 291:23 292:2 | **framing**  162:9 |
| 129:11 131:9 | 212:4,20,23,24 | 294:5 296:19 | **frank**  222:19 |
| 131:12 133:16 | 213:5 214:7 | 296:25 299:5,7 | **freaking** |
| 135:9,17 | 215:9 216:3,5 | 299:11 301:5 | 247:25 298:9 |
| 136:19 137:21 | 216:12 217:4,8 | 304:4,6,8,13 | **free**  121:9 |
| 140:3,6,12,15 | 218:6 220:11 | 305:12,16,23 | **freedman**  2:9 |
| 140:19 141:5,7 | 229:23 230:21 | 306:22 307:2 | 7:4,24 314:9 |
| 141:11,22,25 | 231:8,11 233:2 | 311:18 312:22 | **freelance** |
| 142:4,7,23 | 233:4,17,24 | 313:23 314:24 | 128:12 129:12 |
| 143:4,6,8,17 | 234:2,3,5,16,17 | 315:3 316:7,13 | 129:13,15 |
| 144:11 167:16 | 234:24 235:3,4 | 317:2 318:9,22 | 130:2,4 131:22 |
| 169:22,23 | 235:8,9,9,9,23 | 318:23 320:3 | 131:24 336:9 |
| 170:6,11 | 235:23,24 | 320:22,25 | 336:22 |
| 179:15,17,20 | 236:4,6,7,8,14 | 321:6,11,14,20 | **french**  207:3 |
| 179:20 180:23 | 236:23 238:5 | 322:9 324:25 | **frequency** |
| 181:2,23,24,25 | 240:25 248:10 | 325:10,14,15 | 215:8 |
| 182:3,6,8,11,11 | 249:14 251:11 | 325:20 326:15 | **frequent**  179:2 |
| 182:15,16,17 | 253:3,25 | 328:10 329:6,7 | **friday**  328:5 |
| 182:18,22,22 | 255:13 256:15 | 329:8,13 330:4 | **friend**  99:22 |
| 182:24,25 | 256:17 258:22 | 330:4,7,12,14 | 126:23 148:10 |
| 183:17,19 | 259:4,7,12,14 | 330:16,17,24 | 183:7,15,17 |
| 186:6,20 | 259:15,18,25 | 332:7,8,12,15 | 197:17 228:3 |
| 187:15 188:10 | 260:4,7,12 | 332:16,18,20 | 228:13 239:3 |
| 188:15,23 | 262:14 265:12 | 332:21,24 | 241:11 249:24 |
| 189:9,13,16 | 265:18 266:3 | 333:4,6,9,12,18 | 305:21 |
| 191:15 192:14 | 266:12 267:17 | 333:24 334:2,9 | **friendly**  57:13 |
| 192:15,20,24 | 267:25 268:6 | 334:9,16,19,23 | 127:20 183:8 |
| 197:12,20 | 268:10,13 | 336:9,12,22 | 197:11 281:8 |
| 199:25,25 | 269:22 273:12 | 337:3,6,7,19,19 | 305:15 |
| 200:4 202:11 | 273:22 276:20 | 338:6,12 | **friends**  42:3 |
| 202:17,21 | 276:21 279:18 | 340:10,20 | 48:13 65:21 |
| 206:2,20 207:4 | 284:4 285:16 | 341:6 | 103:13 134:10 |
| 207:12,19,25 | 285:18 286:6,9 | **frame**  223:4 | 139:5 149:12 |
| 209:2,6,6,8 | 286:9,23 | | 149:16 151:4 |

173:17 179:19
180:3 184:10
184:24 188:21
197:11 203:7
216:19 226:20
237:23 238:11
257:15 304:4,8
306:13,23
**frivolous**   10:12
11:2 12:24
**front**   5:7 39:20
76:6 86:14
224:14
**frontier**   17:9
**fuck**   275:25
**fucking**   282:5,7
282:14 283:4,6
283:18 284:2
288:2,5,8,11
304:17,21
337:16
**fulfilling**
273:23
**fulfillment**
340:18
**full**   22:3 89:2
119:15
**fully**   95:16
216:21
**fun**   198:6
222:10
**function**
313:12,18

**funeral**   293:13
**funneled**   140:2
**furniture**
152:15
**further**   3:20
65:5 66:13
68:4 151:22
325:6 329:10
339:7 341:13
342:8 347:16
**future**   264:12

**g**

**g**   16:17 197:13
197:15
**game**   171:15
**gamed**   172:10
**gaps**   29:21
**gasparilla**
16:16
**gathering**
329:20
**gatherings**
45:15
**gay**   134:15,20
149:14 154:22
155:3,3 163:13
168:25 169:3
171:18,19,25
172:3,5,8
179:10,16,21
261:10 263:10
271:14 291:25
302:9 303:6

307:18 308:14
309:22 310:20
**gays**   308:16
**general**   87:15
113:20 133:2
**generally**   12:23
**generic**   312:25
314:7
**genitals**   162:3
175:9
**gesture**   124:5
126:25
**getting**   59:18
146:19 154:17
167:22 178:9
178:10 201:3
201:18 222:11
223:5 231:24
231:25 246:10
264:9 275:20
275:21 294:9
298:18 323:6
330:20
**gift**   120:7,10,11
120:13,15
231:9 232:2
**gifts**   120:8
231:4
**gig**   129:16
**give**   5:4 17:5
65:7 120:6,10
120:14,16,21
131:4 192:7,22
205:6,7 218:9

218:11 231:13
332:20,24
**given**   5:4 9:16
21:17 56:22
57:11 142:25
191:14 192:3
215:12 280:25
315:23 332:4
336:21 342:10
347:15
**gives**   221:25
**giving**   4:19
205:8 293:18
**glad**   309:11
**gladly**   101:16
222:6
**gmail**   59:17
69:21 71:10
312:18 313:14
313:16 318:24
**go**   4:25 7:10
36:10 45:11
53:5,6 57:5
70:16 71:18,20
89:8 92:13,14
101:12 121:4
121:11 128:18
131:3 138:20
141:14 142:3
145:5 150:6
151:18,18
153:14 154:19
154:23 157:11
171:10,20

[go - ground]                                                    Page 29

173:11,13
174:7,15
175:19 177:21
178:6,20 179:9
180:6 194:3
206:21 207:19
209:15,19
210:10 211:8
219:13,17,22
221:3,14
226:20 231:10
271:6 281:3
282:21 302:15
302:17 303:8,9
307:10 328:19
328:21,21,23
328:23
**goes** 41:6 74:6
75:15 142:5
194:6 237:20
251:17 276:14
284:12
**going** 5:10
39:12 51:18
69:2 89:13
99:5,7,13
100:9,14
104:15 105:10
105:20,25
130:16 132:6
133:23 143:9
150:25 155:23
157:14 160:3
169:2 175:16

197:13 201:10
201:23 205:23
217:20 221:20
223:6 227:5
228:20,21
229:4,14,22
230:20 232:7
246:16 248:16
248:17 251:10
261:9 263:10
270:16 276:3
277:7 282:19
282:21 287:9
290:10 291:8
291:18 295:24
310:19 316:14
320:14,15
324:10 332:19
**gonzalez**
241:12
**good** 4:12
36:13 56:6
86:11 96:13,15
145:24 181:14
181:18 183:15
190:15,17
191:5 192:19
192:24 222:22
226:18 227:6
228:18,20,24
229:25 230:14
230:15,18
239:15 243:16
248:7 267:21

268:6 274:23
288:14,18
292:22 293:18
307:3
**goodwin** 299:3
299:25 300:5
303:6
**goodwin's**
300:13
**google** 313:17
**gotten** 183:5
228:10
**grab** 174:25
175:9 231:11
**grabbing**
166:15
**graduate** 20:10
**grande** 16:17
40:19
**graphics**
222:11 228:23
229:2
**great** 56:11
65:22 86:25
91:19 100:13
139:10 203:3,8
203:10 227:12
234:3 237:10
237:22 238:22
238:23 242:2
242:10,13
243:14,21
244:7,15 245:8
245:15,24

246:5,11,16,19
247:17,20
257:9 260:13
260:17 292:21
308:23 310:3
**greatly** 309:6
**green** 308:15
**greenberg** 2:7
**greta** 27:13,14
29:8,15 30:8
31:6 45:22
47:25 48:11,17
50:8 105:2
202:14 222:20
223:8 224:7
251:14 253:13
268:16 269:8
270:10 280:3,5
280:8 281:12
291:7,20
310:10
**greta's** 33:19
42:24 43:7
**grew** 21:6,8
77:12 82:4
89:17 96:24
101:18
**grill** 173:15
**grossberg** 13:7
73:25 74:12
256:2 322:14
322:16
**ground** 5:2,9
91:20 329:18

**group**  52:12,14
68:10 77:11,19
77:21,25 78:3
78:5 81:20,23
82:6 88:18
96:9 113:23
114:2 181:18
200:10,11,13
201:13,14
202:6 210:22
225:12 286:6
330:5,13
**grouped**
321:12
**groups**  95:24
200:16 202:2
321:10
**guess**  8:12
29:15 68:15
110:5 178:24
185:6 204:12
239:12 242:10
297:18
**guessing**
224:13
**guild**  26:4,6
78:22 85:5
114:14
**gun**  226:23
**guy**  155:5
184:12,23
191:10 237:10
269:25 280:20

**guy's**  61:25
**guys**  42:13 43:6
68:16 87:6
98:6 136:8
138:21 147:15
154:9 158:17
159:19 171:2
173:8 174:18
175:10 257:15
293:4 296:10
306:13

**h**

**h**  344:11 345:2
346:2
**ha**  201:2,2
292:21,21
**half**  22:21
149:4
**halfway**  152:6
279:6
**hall**  231:11
**hallway**  328:23
**hamburger**
94:8
**hamilton**  148:6
**hand**  45:18
57:24 175:5
211:12 214:16
347:22
**handbook**
326:8
**handed**  55:5
62:4 63:8

228:4
**handful**  7:9
45:7 52:2
**handle**  11:23
**hands**  95:24
161:12 162:2
**handsy**  260:23
261:7
**hang**  158:22
307:9
**hanging**  152:5
157:14 204:14
**hannah**  88:9,10
90:8 93:5
**hannah's**  93:5
**happen**  88:20
111:3 155:13
162:10 163:10
164:3 170:19
170:20,23
175:20,21,25
177:10,15,16
177:19 228:8
262:16,20
270:2 271:24
275:16,19
276:7,11
289:16 292:2
**happened**  6:3
67:18 96:21
100:2,3,22
163:7 166:17
171:8 174:19
174:21 177:8

177:18 178:4
186:13 190:15
200:5 203:6
213:17 223:16
237:4 238:18
243:5 248:5,22
248:22 259:17
263:21 264:23
265:22 271:4
281:14 282:11
283:15 289:12
295:4 300:17
337:25 338:19
338:25
**happening**
64:15 75:5
86:3 95:20
214:22 248:16
276:2 279:4
302:11 337:13
**happens**  12:12
36:11 167:24
248:4 261:24
276:10 291:24
293:15
**happy**  66:22,24
67:6 111:12
126:22 218:5
233:7,9 234:2
234:14
**harassment**
75:7 325:21,24
326:5

[hard - hot]                                                    Page 31

**hard**  83:21
    242:17 243:3
    281:25 286:24
    287:7
**harlem**  148:7
**harsh**  276:8,16
**hashtag**  259:2
**hastings**  2:14
**hat**  231:12
**hate**  163:23
    243:9 309:22
**hats**  123:2
**head**  109:5
    110:3,24 111:7
    111:7,18 112:5
    112:15 113:15
    113:17 224:14
    291:17
**heads**  131:9
**hear**  101:3
    133:21 134:23
    324:25
**heard**  133:7
    214:22 279:3
    279:19 298:2
    300:20 313:24
    319:24 333:13
    333:14 335:9
    335:20 336:2
    337:12
**hearing**  9:21
**heavily**  199:22
**heights**  148:7

**held**  1:19 35:9
    44:5 75:25
    269:13
**helicopter**
    212:18
**hell's**  149:24
    154:23 171:19
    171:22 198:24
**help**  101:20
    102:9 104:21
    180:19,24
    188:9,17,18
    189:19,20,23
    244:24 281:9
**helped**  56:21
    187:10 295:6
**helpful**  188:14
    338:18
**hereinbefore**
    342:11 347:13
**hereunto**
    347:21
**hey**  103:19
    139:6,11 193:7
    215:2 220:21
    264:22
**hi**  86:17
**hid**  307:17
**hide**  12:6
**hierarchy**
    223:18 225:11
    234:16,20,22
    235:21,24
    236:7

**high**  87:12
    111:16 234:8
    258:5 276:4
**higher**  189:9
    223:24 224:2
    224:19 236:8
    329:17
**highly**  288:16
**hire**  38:23
    55:23 115:15
    186:6 222:22
    226:5 227:6
    228:20 229:22
    298:9 306:5
    307:12 332:7
    334:23
**hired**  54:14
    60:24 115:4
    229:16 262:12
    270:7 322:24
    332:17
**hiring**  65:23
    107:25 187:22
    217:11,17
    232:15 269:2,6
    269:10 332:3
    332:12,16
**history**  49:12
    92:22 334:12
**hit**  16:23
    194:22 195:5
    196:21 270:15
    307:23 308:9
    309:21

**hoda**  94:12
**hold**  23:24
    34:18
**hole**  53:8
**holidays**  68:13
**home**  14:19,23
    14:24 16:18
    39:4 150:25
    155:13
**hometown**
    129:4
**homophobic**
    291:24 295:18
    295:23 311:2,8
    311:10,15,17
**honest**  153:7
    158:7 308:3
**honestly**
    307:17
**honig**  303:24
    307:22
**hook**  246:20
**hope**  264:25
    293:6
**hopefully**  239:9
    239:20
**horrible**  92:12
    167:24 308:15
**host**  97:3,8
    129:9 203:3
**hosting**  61:7
    129:4
**hot**  99:22
    103:10

**[hour - incident]**                                                    Page 32

| | | | |
|---|---|---|---|
| **hour**  91:19 | **hume**  33:14 | **identification** | **importance** |
| **hourly**  130:5 | **hundreds** | 39:18 76:4 | 94:17 |
| **hours**  90:5 91:4 | 65:12 66:17 | 106:4 114:21 | **important** |
| 94:11 95:7,9 | 228:8 | 116:13 118:13 | 85:18,21,25 |
| 95:10 282:20 | **hung**  60:25 | 128:2 188:4 | 86:9 91:22 |
| 327:23 | **hunt**  112:8 | 199:9 203:21 | 92:5,9 94:12 |
| **house**  16:18 | **hunters**  226:23 | 205:20 250:12 | 95:3,12 96:11 |
| 211:24 212:11 | 269:14 | 252:24 257:4 | 96:17 97:7 |
| 212:22 329:6 | **hurricanes** | 277:5 299:19 | 102:9 143:21 |
| **housing**  100:20 | 16:23 88:17 | 303:15 311:23 | 253:5,24 |
| **houston**  95:18 | **hurried**  245:21 | **identified** | **impossible** |
| **hr**  109:6 112:3 | **husband**  13:20 | 69:20 73:25 | 59:19 177:7,9 |
| 112:4,8,12,14 | 15:14 84:8,10 | 74:9 75:16 | 177:14 |
| 112:25 113:2,5 | 149:4 309:23 | **identify**  41:3,8 | **impress**  127:15 |
| 113:7,16 114:4 | **hypothetical** | 69:8,18 72:2,6 | 297:18 |
| 114:7,10,13 | 145:8 209:25 | 73:23 75:14 | **impressed** |
| 116:23 117:10 | 263:3 | **imagine**  125:13 | 126:14 |
| 250:24 269:3 | | 256:20 | **impression** |
| 275:9 289:14 | **i** | **imessage** | 67:9 191:15 |
| 298:9 | | 119:19 137:6 | 192:4,7,23 |
| **hudson**  14:3 | **icu**  309:23 | 313:3 | 218:9,12 |
| 15:3 | **idea**  12:11 | **immediate** | 232:24 233:2 |
| **huge**  282:6 | 58:10 64:9,13 | 257:20 300:13 | 280:25 |
| **huh**  23:7,9 | 105:18 132:5 | **immediately** | **inaccurate** |
| 76:24 90:14,17 | 132:15,20 | 257:22 300:8 | 37:23 96:25 |
| 119:2 146:8 | 134:13 143:15 | **impact**  96:2 | 259:21 310:4 |
| 150:15 187:7,9 | 156:24 157:2,5 | 192:8 | **inappropriately** |
| 199:15,19 | 158:10 174:16 | **impede**  295:5 | 278:20 |
| 237:25 240:16 | 204:15,24 | **implication** | **incapable** |
| 254:8 264:3,21 | 220:20 248:21 | 229:10 | 262:23 |
| 265:3 300:3 | 270:19 271:22 | **implied**  228:19 | **inception**  35:18 |
| **human**  132:7 | 300:16 306:20 | 306:2 | **incident**  170:22 |
| 132:11,14,19 | 340:25 | **implying** | 278:18 279:4 |
| 132:22 | **ideas**  13:2 | 233:16 | 280:6 281:5,14 |

282:10,12
283:17 287:14
302:11 309:4
**inclined** 310:10
**include** 46:20
202:5
**included** 95:17
117:24 325:24
**includes** 235:8
263:14
**including**
247:13
**income** 18:19
19:3,23 38:2
116:4
**incomplete**
145:7 209:25
263:2
**increase** 217:21
**increasing**
333:11
**indicate** 83:13
83:16 92:10
93:24 132:10
278:5 339:24
**indicated**
330:21
**indicates** 117:4
**indicating** 91:6
92:3
**individual**
75:14,17
283:14 300:7
300:14 308:10

333:23
**individuals**
41:3 111:16
314:13
**industry** 21:2
27:22 85:23
86:23 88:14
89:15 94:24
96:7,22 102:14
123:24 127:7
195:20 238:24
248:2 265:23
276:18 278:2
287:17 320:5
**inebriated**
172:21 173:3
**inews** 137:2
193:12,21
194:21 195:14
197:22
**infer** 129:14
130:13
**inflate** 244:20
296:5
**inflated** 244:16
**influence** 6:7
188:23,25
189:4 192:13
**information**
41:4 68:22
72:3 81:24
184:11 201:18
209:23 218:2
270:15 287:22

293:22 294:18
315:25 346:22
346:23
**initial** 200:19
**initially** 22:11
25:13,18 32:8
37:3 49:6
226:15 326:10
**innuendo**
263:13
**inquired** 304:9
**inquiring**
101:21
**inside** 155:15
**instagram**
312:20
**instance** 51:14
166:4 276:19
**instant** 196:9
**instructions**
332:2
**instructor**
103:16
**intended**
158:21 196:2
316:18
**intention** 196:3
196:24
**inter** 321:18
**interact** 48:2,6
48:12,16 274:2
**interacted**
43:20 274:7

**interaction**
43:17 336:12
**interactive**
327:2
**intercourse**
165:15,21
166:3
**interest** 131:13
179:25 215:6
229:15
**interested**
132:4 135:6
144:6 165:7
227:10,20
229:6,11
268:24 347:19
**interesting**
106:18 203:6
277:10,20
**interfere**
131:15
**internal** 50:6,9
106:19 121:2,4
125:14 130:8
208:10 339:20
**internally**
207:14
**international**
139:25
**internet** 12:10
**interpret** 81:12
**interrogatories**
40:9 312:2
344:18

[interrogatory - j]

Page 34

**interrogatory**
41:2 69:7
71:25
**intervals**
326:21
**interview** 57:18
62:13,17,19,23
63:4,11,16,19
64:8,24 65:9
66:2,23,25
67:7 144:5
180:5 187:2,6
187:8 190:6
203:4 223:2
249:12 270:4
270:16,18
271:5,8,19,23
272:9 307:14
320:16 335:11
335:22 336:3
**interviewed**
28:3 54:4
186:16 190:12
190:14 272:4
**interviewer**
222:23
**interviewing**
268:17 270:25
**interviews**
269:6 271:24
**introduce**
131:8 180:2
**introduced**
107:11 180:7

**introducing**
180:9
**investigation**
132:14
**investigative**
22:19
**invite** 134:15
171:14 180:8
**invited** 134:20
134:21 180:16
180:16 293:13
305:14
**involved** 12:25
84:22 85:14
179:22,24
199:22,24
200:12 265:19
268:16 269:4
270:21 291:9
**involvement**
186:5 210:21
**involving** 8:19
11:25
**iphone** 43:15
313:2
**iphones** 313:4
313:5
**ipump** 141:7,11
142:2 143:24
144:12 206:5
206:11,18,21
206:25 207:6
207:19,22
208:4,6,16

209:5,8,14
210:17 214:14
218:25
**irish** 53:15,18
**irrelevant**
143:20 267:10
**issue** 43:18
54:12,23
295:24 296:6
323:25 338:4
**issued** 72:15
73:2,4,16
**issues** 110:10
111:3,4 112:17
324:4

**j**

**j** 4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1

56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1

**[j - job]**                                                    Page 35

| | | | |
|---|---|---|---|
| 138:1 139:1 | 206:1 207:1 | 274:1 275:1 | 342:1 343:1 |
| 140:1 141:1 | 208:1 209:1 | 276:1 277:1 | 344:1 345:1 |
| 142:1 143:1 | 210:1 211:1 | 278:1 279:1 | 346:1 347:1 |
| 144:1 145:1 | 212:1 213:1 | 280:1 281:1 | **jack** 113:24 |
| 146:1 147:1 | 214:1 215:1 | 282:1 283:1 | **jackson** 199:23 |
| 148:1 149:1 | 216:1 217:1 | 284:1 285:1 | 200:3,8,13,14 |
| 150:1 151:1 | 218:1 219:1 | 286:1 287:1 | 201:6,8,25 |
| 152:1 153:1 | 220:1 221:1 | 288:1 289:1 | 203:5 210:20 |
| 154:1 155:1 | 222:1 223:1 | 290:1 291:1 | 211:15 230:9 |
| 156:1 157:1 | 224:1 225:1 | 292:1 293:1 | **jane** 93:5 |
| 158:1 159:1 | 226:1 227:1 | 294:1 295:1 | **janna** 1:22 |
| 160:1 161:1 | 228:1 229:1 | 296:1 297:1 | 347:9,24 |
| 162:1 163:1 | 230:1 231:1 | 298:1 299:1 | **jason** 2:11 7:3 |
| 164:1 165:1 | 232:1 233:1 | 300:1 301:1 | 299:2,25 300:5 |
| 166:1 167:1 | 234:1 235:1 | 302:1 303:1 | 300:13,15,22 |
| 168:1 169:1 | 236:1 237:1 | 304:1 305:1 | 302:3,4 303:6 |
| 170:1 171:1 | 238:1 239:1 | 306:1 307:1 | 314:9 |
| 172:1 173:1 | 240:1 241:1 | 308:1 309:1 | **jason's** 301:3 |
| 174:1 175:1 | 242:1 243:1 | 310:1 311:1 | **jeans** 161:15,20 |
| 176:1 177:1 | 244:1 245:1 | 312:1 313:1 | 161:21,23 |
| 178:1 179:1 | 246:1 247:1 | 314:1 315:1 | **jenn** 254:9 |
| 180:1 181:1 | 248:1 249:1 | 316:1 317:1 | **jesse** 147:4 |
| 182:1 183:1 | 250:1 251:1 | 318:1 319:1 | 148:16 150:11 |
| 184:1 185:1 | 252:1 253:1 | 320:1 321:1 | 169:13 179:18 |
| 186:1 187:1 | 254:1 255:1 | 322:1 323:1 | **jim** 284:21 |
| 188:1 189:1 | 256:1 257:1 | 324:1 325:1 | **job** 21:12,13,16 |
| 190:1 191:1 | 258:1 259:1 | 326:1 327:1 | 21:17 22:8 |
| 192:1 193:1 | 260:1 261:1 | 328:1 329:1 | 25:6 26:8,20 |
| 194:1 195:1 | 262:1 263:1 | 330:1 331:1 | 29:23 54:5 |
| 196:1 197:1 | 264:1 265:1 | 332:1 333:1 | 55:7 82:4 |
| 198:1 199:1 | 266:1 267:1 | 334:1 335:1 | 91:22,23 93:25 |
| 200:1 201:1 | 268:1 269:1 | 336:1 337:1 | 94:15 101:3,9 |
| 202:1 203:1 | 270:1 271:1 | 338:1 339:1 | 104:21 105:10 |
| 204:1 205:1 | 272:1 273:1 | 340:1 341:1 | 119:4,24 |

**[job - kitchen]**                                         Page 36

126:22 130:18
143:3,16
145:14,24
153:23 181:14
181:14,18
190:13,16
202:20 203:8
203:10 206:2,3
220:10 221:10
221:25 222:12
227:12,18
229:21 241:4
242:15 243:9
243:14 246:3
246:14,15,23
247:4,5,15,25
248:17,20
258:5 266:23
274:3,23
283:10 285:2,8
286:14 288:14
288:18,23
292:22 307:5
307:11 314:23
322:24
**jobs**  22:5 38:10
122:25 127:5
183:4,5 233:13
268:18 272:5
**joined**  27:3,7
29:10 56:16
105:5 120:7
121:23 224:5
226:10 230:21

231:14
**joining**  314:11
**joke**  185:7,9
293:2
**jones**  86:17,18
86:19 87:9,24
88:5
**jorge**  241:12,15
241:21,23,25
242:17,18,22
243:19,23
244:9,19,25
245:4,5,9,12,14
245:17 248:25
249:4,24 250:6
250:7 294:14
**judge**  3:13 5:7
323:10 324:3
**july**  40:19
115:15 117:5,5
117:6 199:14
251:13 281:17
**jumped**  253:21
285:20
**june**  1:12 254:7
343:4 347:22
**junior**  32:20
100:11 182:24
191:20 331:25
**junkie**  89:15
**justin**  1:8,17
2:10 4:2,10
40:5 49:6,23
58:22,22 60:11

69:20 71:9
121:13 250:17
280:2 291:6,19
304:16 305:11
342:15 343:3,5

|  k  |
|---|

**k**  255:17 294:7
297:5,12
**kathleen**  273:7
277:16 292:15
298:7 300:11
**kathy**  337:14
**kcpq**  208:8
**keep**  87:6 89:10
89:11 127:4
134:2 221:20
293:19
**keeps**  320:17
**kelly**  222:21
253:14,14
**kept**  42:13
292:17 298:17
321:17
**key**  64:4 95:17
148:11
**keyboard**  73:8
**kid**  89:14
**killer**  99:22
103:10
**kind**  8:16 9:17
10:21 36:20
38:25 42:2
44:9 73:24

74:18 75:6,7
89:15 102:5
117:2 120:7,13
120:20 123:3
129:3 135:4
138:15 142:14
144:21 151:23
176:17 181:21
183:10 191:4
209:3 215:6
222:18 243:18
246:3,9,12
247:22 262:13
265:15 279:19
286:17 317:19
327:18 330:19
**kinds**  134:20
142:20 196:7
**kings**  347:6
**kiss**  161:4
162:11,12,17
168:12 169:23
174:22
**kissed**  168:8,25
169:5,9,20
**kissing**  162:13
162:19 168:17
170:17,20
**kitchen**  127:3
149:24 151:24
154:23 160:2
171:19,22
198:24

**[knew - know]**                                        Page 37

| | | | |
|---|---|---|---|
| **knew**   42:2 | 69:17 71:22 | 127:14,16 | 185:10,12 |
| 54:10 65:9 | 72:22 76:11 | 130:9,15 131:8 | 186:10,16,21 |
| 88:5 89:7,21 | 79:9 80:24 | 131:23 132:13 | 186:21,23,24 |
| 109:24,25 | 81:22,25 82:5 | 132:18,21 | 186:25 187:16 |
| 119:7 120:25 | 82:5,7 83:15 | 133:3,4,8,24,25 | 187:19 188:11 |
| 121:3,21 | 83:20 86:19 | 134:3,9,12,14 | 188:11,14 |
| 123:10 134:5,7 | 87:11,17 88:7 | 134:22 135:2 | 190:11,12 |
| 145:19 157:18 | 88:7,23 89:5 | 135:16,18,25 | 195:4,25 196:3 |
| 158:3 180:10 | 90:16 91:4 | 135:25 136:4 | 196:7,19,24 |
| 183:19 187:21 | 92:9,15 93:10 | 136:25 138:2 | 197:10 198:22 |
| 189:8 203:2 | 94:2,25 96:22 | 138:18,20 | 201:4,12 202:5 |
| 210:18 227:22 | 97:17 99:16 | 139:13 142:24 | 202:7 204:13 |
| 230:15 239:5 | 100:25 101:18 | 144:3 146:14 | 204:19 209:13 |
| 241:16 259:3 | 102:5 103:6,6 | 147:9,12 | 210:12,13,15 |
| 260:5 264:11 | 103:12 104:4,7 | 149:19 150:2 | 210:23 211:5 |
| 265:11 269:18 | 104:11,18 | 150:11 151:13 | 211:10 212:15 |
| 272:13 339:16 | 105:9,19 106:9 | 151:14 153:8 | 212:16,20 |
| **knit**   88:18 | 106:12,23 | 156:25 157:17 | 213:20 214:15 |
| **know**   5:13 8:12 | 107:14,16,17 | 157:20,21,25 | 215:13,18 |
| 10:3,24 11:22 | 107:18,18,19 | 158:2 159:18 | 216:8,24 217:2 |
| 18:19,25 19:25 | 107:22 108:4,6 | 159:20,21 | 217:18 218:3,4 |
| 26:14 36:6 | 108:10,17,18 | 163:13,15,16 | 219:5,11,16 |
| 37:25 38:13 | 108:25 109:4 | 163:18,22 | 220:14 226:7 |
| 42:6,10 43:5 | 109:16,21,23 | 164:13 165:3 | 228:14,17 |
| 45:13,13 46:12 | 109:24 110:13 | 166:22 167:5,6 | 231:19 232:24 |
| 46:13 47:13,17 | 111:3,8,8 | 168:3 171:6,7 | 239:3,6,12,19 |
| 52:19 53:9,12 | 112:15,21,25 | 171:8,9,10,24 | 239:19,23,23 |
| 53:19 54:5,12 | 114:3 117:17 | 172:18,25 | 239:25 240:6,9 |
| 54:13,14 55:22 | 117:21,23 | 173:6 174:9,14 | 240:12 241:8 |
| 56:4,11,16 | 122:14,18 | 176:2,4,12 | 241:15,23 |
| 57:10,13 59:2 | 123:22 124:7 | 178:4 179:17 | 242:6 243:18 |
| 59:3,24 63:3 | 124:18,20 | 182:10,21 | 245:12,22 |
| 64:18 65:24 | 125:7,19,20 | 183:2,2 184:5 | 247:9,9,21 |
| 67:4,12 68:24 | 126:3,24 | 184:5,17 | 248:6,11,13,15 |

248:23 250:5
252:7 253:10
254:10,22
256:9,12,14,22
256:23 258:16
258:22 259:8
260:2 261:18
263:22 264:15
265:15,19,23
266:19,20,22
267:15,20
269:24 270:18
270:20,21,22
271:5,6,8
272:3,22 273:6
273:8,13,16
274:17 275:2
278:11 280:14
284:20 285:11
285:17 288:13
288:22 290:22
291:12,22,24
292:2,19
293:10,20,23
294:3 295:10
295:13,15,23
296:6,9,10
299:2,8,14
300:22,24,25
301:6,11,13
302:12 303:19
303:25 304:5,7
304:8,20,24
305:5 306:18

307:11,12
313:23 319:8
320:24 321:5,9
321:19 323:5
325:9 327:10
329:11 337:24
339:17,20
341:8
**knowing**
244:18 261:18
**knowledge**
41:4 43:17
53:25 54:21
74:16,21
211:17 219:21
230:13 243:16
337:6,11
**known** 33:20
37:5 41:16,21
44:4 202:18
218:2 243:7
258:8
**knows** 247:8
288:15 296:10
**kook** 12:12
**kranz** 111:21
111:24
**kttv** 212:19

**l**

**l** 3:2,2 152:4
154:10 194:23
195:2,5 196:22
197:24 342:2

**la** 200:18
**labeled** 346:11
346:15
**laid** 246:10
247:24
**landed** 186:25
**landscape**
95:22 260:14
**language**
252:12
**laptops** 72:12
**large** 115:12
135:22 341:7
**largely** 185:12
310:11
**larger** 79:13
88:21,22 110:9
111:2,4 112:17
**lastly** 337:14
**late** 23:2
**lateral** 182:22
**lauderdale**
222:6
**lauer** 265:20
**launched** 34:7
34:13 253:12
336:14
**law** 4:14 11:21
239:4,5,5
264:12
**laws** 264:8
**lawsuit** 9:24
41:5 43:19
54:23 69:15

256:2,19
261:21
**lawyer** 247:20
**layers** 33:24
211:7
**layout** 151:15
152:3,14
154:15
**lazy** 234:6
236:24 237:5,8
276:5 282:18
**lead** 95:11
98:24
**learn** 135:23
188:10 216:11
230:18
**learned** 87:2
246:9 293:8
**learning**
184:13
**lease** 148:20,21
148:23,24
153:12
**leave** 27:16
35:20,22,25
36:2 252:18
287:21
**leaves** 293:22
**leaving** 216:12
**led** 81:25
**left** 22:22,25
24:16 30:12
31:6 32:25
36:15,22 38:3

[left - living]                                                    Page 39

42:25 43:7
89:7 94:13
151:19 152:6
152:18 174:18
177:22 178:16
220:10 226:18
253:14,16
255:13 296:19
**legal** 9:17
254:11
**legit** 221:10
**lengthened**
194:15
**leone** 113:19
**letter** 115:2,7
115:11,21
274:9,11,13,16
275:5,10
276:22 284:16
289:4,14 298:8
298:12
**letters** 275:15
**letting** 109:16
**level** 32:20 44:3
45:11 48:14
100:11 102:14
142:21 182:24
191:20 192:13
223:24 224:2
329:14 331:25
**levels** 328:16
329:6,9
**liaising** 112:4

**license** 212:14
214:11
**licensed** 212:22
213:16
**lie** 244:25
280:11
**lied** 245:4
**lieutenants**
29:7
**life** 91:2 101:18
135:14 164:9
165:11 166:12
232:4,10
233:21 259:10
262:23 292:14
309:25
**light** 156:22
308:15
**liked** 129:19
222:8 234:2
**likely** 43:16
53:25 54:20
**limited** 90:23
**limiting** 315:24
**line** 23:22
24:24 30:6
78:10 79:3,6
80:20 93:19
111:15,15
128:11 194:16
206:4 223:12
223:23,25
224:16,21,23
225:20 227:13

227:15,18
308:20 323:9
343:6
**lined** 246:15
247:15
**liner** 2:9
**lines** 38:25
135:8 194:12
194:12 247:8
324:20
**lineup** 320:5,7
**link** 121:2,4,21
121:25 123:10
123:22 331:13
340:5,5,8,15
**linkedin** 319:7
**lirtsman** 1:22
347:9,24
**list** 320:12,17
321:3
**listen** 283:9
294:8
**listing** 103:8,24
129:11
**literally** 124:12
126:4 219:10
244:23 296:9
**litigation** 8:14
9:14
**little** 19:24
50:17 56:14
63:8 87:14
91:24 126:19
193:22,23

194:5,8,11
225:19,21
263:9 276:8
294:17 301:8
301:16 336:12
**live** 13:25 14:2
14:20,25 100:6
101:14,19
103:4 104:9
129:7 130:16
137:12 147:19
147:25 148:15
148:17 254:19
275:20 276:2
282:8,15,16,18
282:24,25
283:21,23
285:3 286:13
286:14 287:13
287:15 320:10
338:5,9,23
339:4
**lived** 21:10
26:23 42:10,12
137:8 149:13
153:19,24
154:14 155:2
155:18 171:19
172:7
**lives** 15:21
68:24
**living** 40:21
101:21 146:5
153:16 154:16

**[living - lounge]**

Page 40

| | | | |
|---|---|---|---|
| 175:18 222:7,9 | 21:24 22:20 | 318:14 321:24 | **lost** 222:23 |
| 271:4 | 23:24 24:25 | **looked** 82:9 | 242:15,23 |
| **llc** 1:8 2:15 | 25:5 26:11 | 196:5 224:15 | 246:3 |
| 343:2 | 29:14 33:15 | 280:9 296:21 | **lot** 19:24 37:24 |
| **lobby** 328:21 | 34:18 36:13 | **looking** 30:11 | 46:14 80:22 |
| **local** 54:11 | 39:24 40:2 | 55:23 56:2,6 | 87:2,8 90:4 |
| 55:6 79:2 | 41:21 56:18 | 56:11 57:16 | 91:14 94:9 |
| 80:17 86:4 | 66:8 105:15 | 92:21 100:4,11 | 95:22 111:11 |
| 87:14 88:14,15 | 109:8 114:8 | 100:13 102:18 | 117:9 141:12 |
| 89:15,16,18 | 116:24 133:4 | 102:21 115:10 | 141:20,22 |
| 96:15 97:3,8 | 138:3 147:25 | 130:13,18 | 150:5 157:18 |
| 97:12,21 98:2 | 158:7,8 159:4 | 138:11 153:14 | 171:23 179:14 |
| 99:2 100:24 | 161:24 194:14 | 184:12,23 | 179:16,18,19 |
| 101:2 123:25 | 194:22 197:2 | 185:5 191:3 | 183:11 201:9 |
| 129:6 191:21 | 215:13 216:10 | 222:10 227:17 | 215:14 220:14 |
| 221:19 225:18 | 270:13 273:16 | 228:4 237:22 | 222:20 230:18 |
| 238:14 241:5 | 285:19 310:18 | 241:2,9 242:7 | 234:3,9 251:10 |
| 260:3,4 269:21 | 326:11 | 242:20 244:3 | 258:19 265:10 |
| 269:23 270:25 | **longer** 58:17 | 261:14 270:14 | 265:11,17 |
| 276:12 299:13 | 72:7,16 110:22 | 280:20 315:18 | 270:15 275:19 |
| **located** 14:15 | 118:20 215:12 | **looks** 82:9 | 276:12,13,14 |
| 21:4 44:18 | 293:9 294:6 | 116:19 198:12 | 276:14 290:6 |
| 328:11 329:21 | 296:18,20 | 222:10 245:20 | 290:24 294:3 |
| **log** 194:7 340:4 | 312:23 | 280:21 320:20 | 294:15,16 |
| **logged** 193:8 | **look** 25:4 39:23 | **loop** 112:15 | 296:11,13 |
| 193:10,13 | 71:21 72:25 | **lorded** 260:15 | 319:15 |
| 194:4,7,19,23 | 92:18 106:8 | **los** 2:11 140:10 | **lots** 222:24 |
| 195:4,16,22 | 154:4 196:17 | 140:12 212:18 | 330:22 |
| 196:6,18,20 | 197:3,19 | 212:19 | **lou** 113:19 |
| 197:4,20,25 | 219:17,23 | **lose** 59:7 | **loud** 275:16 |
| **logo** 123:15 | 221:3 243:3 | 107:20 | **loudly** 278:10 |
| **logos** 127:7 | 268:9 278:7 | **losing** 247:4 | **lounge** 149:20 |
| **long** 10:11 | 312:14 313:20 | 248:20 | 149:23 151:13 |
| 14:22 16:20 | 314:2 317:10 | | 178:21 197:13 |

197:15
**love** 96:24
123:23,23
186:3 331:10
**low** 274:20
**lower** 93:18
224:10 322:23
329:18
**lowest** 93:14
297:5,8
**luckily** 243:8
**lunch** 282:22
**lying** 243:20,24
244:6,11

**m**

**m** 30:20 207:2
**machine** 9:3
**mad** 287:15
**made** 90:18
129:25 139:22
142:13 159:2
159:13 176:16
191:21 207:3
208:3,20 210:9
249:9 257:10
272:25 284:13
285:8,9 287:19
292:11 295:22
297:5,11
305:22 308:4
311:16 325:14
325:19 326:4
340:21

**madison** 1:21
2:5
**mafia** 171:25
**magazine**
308:10
**maggie** 101:8
**magistrate**
323:10 324:3
**main** 97:2
238:7
**maintained**
314:25
**major** 18:8
20:23 95:18
143:13
**majority** 212:9
**make** 5:14 17:6
36:3 38:22
45:16 100:15
101:14,22,23
115:14 123:16
126:20 129:18
130:11,18
141:15 142:3
144:7 159:10
159:24 163:25
166:18 181:3
188:20 201:17
210:3 211:8
212:22 214:11
218:13 222:4
226:5,20 243:6
248:2 249:13
249:14 270:23

275:18 288:18
309:8 326:2
341:3
**maker** 85:25
**makes** 91:21
175:12 261:20
338:8
**making** 39:6
55:4 101:19
102:19 110:5
117:25 118:2,3
118:6,7 129:10
130:23 161:23
167:2 212:13
216:21 262:4
294:25 302:15
310:6,22
**male** 278:20
**males** 322:23
**man** 149:14
154:22 168:25
171:19 261:10
**manage** 60:21
**management**
26:10 56:2
84:15,19 91:25
**manager** 43:24
87:15 113:20
140:3 187:22
269:3 276:20
285:24
**managerial**
221:25

**manages** 143:6
**managing**
85:15
**manner** 186:4
**marathon**
201:13
**march** 251:2,12
**mark** 39:14
105:25 111:21
111:24 114:17
116:9 118:9
127:22 128:13
187:24 199:5
203:17 205:16
250:8 252:20
256:24 276:25
299:15 303:11
305:10 311:19
**marked** 39:17
76:3 106:3
114:20 116:12
118:12 127:25
188:3 199:8
203:20 205:19
213:14 250:11
252:23 257:3
277:4 299:18
303:14 306:6
311:22
**market** 56:24
88:16,22 96:12
96:16 97:24
98:15 127:12
183:14 246:22

[marketing - mentioned]                                                    Page 42

| | | | |
|---|---|---|---|
| **marketing** 127:11 | **matty** 99:22 102:10 103:9 103:14 | 170:5 172:17 175:12 176:24 179:21 182:13 | 235:24 241:17 260:14 262:11 265:21 278:2 |
| **markets** 56:13 79:13 95:18 | **maureen** 112:7 112:9 | 193:9 225:17 232:22 234:8 | 319:12,15,16 330:4,5,7,12,17 330:17 |
| **marks** 290:25 306:7 | **maximum** 219:10 | 234:20 236:21 239:10,21 | **medication** 6:4 6:8 172:22,24 |
| **marriage** 172:3 347:18 | **mccarthy** 41:12 41:15 44:5,25 | 262:23 292:6 298:7 302:6 | **meet** 7:15 155:23 157:12 |
| **married** 15:18 15:19 89:4 167:23 232:4,5 310:17 | 45:4 51:20 53:9,13,20 135:13 182:3,8 203:13 278:4 | 316:8 320:4 **meaning** 185:21 **meaningful** | 178:15 190:3 269:11 315:21 316:20 317:24 324:2 |
| **martinez** 54:18 54:20 55:11,15 55:23 56:25 58:14 61:10 62:5,7 64:23 65:3,18 67:25 68:7 190:5 | 278:16 279:12 291:15,18 300:12 313:21 **mccarthy's** 46:10 **meade** 30:20 31:8 32:4 110:10,12,23 225:4 254:22 | 287:18 **means** 81:7 195:23 196:21 204:17 220:8 245:6 **meant** 46:15 77:12 232:24 305:20 | **meeting** 7:5 8:4 **meetings** 84:22 226:4 327:22 333:21 **megan** 222:21 **megyn** 253:14 253:14 **mementos** 127:5 |
| **martinez's** 346:24 | **mean** 10:11 28:21 39:4 | **mechanics** 320:24 | **memo** 251:11 |
| **match** 191:5 **material** 236:24 273:10 315:5 | 51:9 54:10 63:24 65:20 81:21 83:4 | **media** 12:15 17:22 18:5,10 19:9,18,20 | **memorable** 62:3 63:25 67:22 128:24 174:21 178:3 |
| **materials** 47:6 127:11 286:11 326:25 | 84:17 88:7,24 91:3 94:15 98:8 102:12 | 41:25 69:19 70:8,17 92:16 95:22 100:11 | **memory** 168:21 178:6 |
| **matt** 265:20 **matter** 10:16 10:18,20,21 41:5 347:20 | 108:23 112:5 135:22 138:15 142:18 161:19 162:8 167:12 | 171:23,25 179:17,21 180:11,13 183:14 198:21 | **mention** 103:9 222:12 **mentioned** 12:23 53:22 |
| **matters** 136:19 | | 234:25 235:3,5 | |

**[mentioned - moonlight]** Page 43

54:3 63:21
94:16 110:12
131:16 186:9
232:12 241:14
242:16 309:19
309:20
**mentions** 300:4
**merch** 123:2,23
331:9,10
**merchandise**
339:10 340:22
**message** 76:23
77:2 86:16
99:9,18 100:18
104:14 130:8
157:22 195:7
204:19 216:25
219:24 220:4
232:25 242:14
245:18 264:18
265:5 266:17
277:21,23
281:18 282:2
291:4,11,13
292:9 298:17
314:14 336:15
338:14,16,21
**messaged**
51:15
**messages** 43:10
50:9 100:10
104:24 127:17
138:4 166:23
166:25 184:22

186:12 190:2
194:13 197:13
216:17 219:5
219:17 227:5
240:13 243:3
245:13 263:19
263:20 265:5
267:6 277:8,16
281:3 299:25
300:12 306:14
**messaging** 50:7
200:16 313:12
**messenger**
72:18 136:14
193:12 196:9
**met** 6:23,24 7:9
7:19 12:13
41:24 42:5
45:6 52:7
147:15 149:4
171:9 304:18
306:8
**method** 313:10
**miami** 21:5,7
23:20 24:7
41:25 42:2,5
42:11 45:6
55:3 56:12
77:14 88:9
89:12 101:9
147:6,15,20
222:5
**michael** 199:23
200:3,7,13,14

201:6,8,25
203:5 210:20
211:15 230:9
**microsoft**
116:20
**mid** 138:22
150:10 168:25
171:18
**midwest** 139:8
**milestone**
167:23
**million** 19:6
306:11
**mind** 92:3
135:20 229:13
266:9,15
**mine** 241:11
278:8
**minorities**
307:20 308:8
**minute** 195:20
200:21 282:3
**minutes** 7:6
243:6 276:4
292:14 319:18
**misconduct**
73:24 74:18
**misinterpreted**
171:7 261:16
262:18
**mislead** 250:2
**missed** 216:18
**missing** 186:12
215:12

**mission** 211:20
**misstates** 51:24
66:4 165:17
**misstating**
177:12
**mode** 119:12
**model** 17:6
**moment** 246:18
264:10
**monday** 34:10
328:4
**money** 38:22
39:11 55:4
85:25 101:22
102:19 111:18
112:2,5 115:13
118:6 129:10
130:11,18,23
187:18 216:22
218:13 236:18
295:2 341:3
**monitoring**
210:24
**montalvo** 254:9
**month** 33:13,15
238:3,9 314:11
**months** 34:5
37:11 73:15
101:15 156:8
253:13,15
313:24
**moonlight**
129:3

**morning**  4:12
24:13 81:7
85:22,23 86:7
90:13,23 91:2
91:13,17 92:2
92:4 93:14,19
93:22 94:7,10
94:14,19 95:11
95:20 96:10,13
96:15,20 97:3
97:8 101:10
198:14 226:19
**mornings**
22:18 95:2
**mortgage**
115:11
**mortgages**
38:25
**motion**  264:9
**motivated**
309:8
**motive**  305:25
308:25
**mouth**  162:7
**move**  56:22,24
65:4 68:5 99:7
99:13 100:14
104:15 110:3
127:19,19
148:4 157:23
157:24 182:15
281:10
**moved**  26:19
55:19 77:14

89:16 102:8
147:7,8 148:25
149:2,3 150:11
150:12,13
155:5 156:7
157:18 191:11
222:13 241:12
253:18 338:12
**moving**  27:21
27:21 36:4
111:7 122:11
122:12 138:20
181:22 185:14
222:13 249:16
**msnbc**  27:23
109:15
**mugs**  127:2
**multiple**
215:22 238:19
250:4 271:2
281:7
**murder**  226:17
**murdered**
199:4
**music**  92:17
**mutual**  134:9
**mykel**  41:11,15
41:24 131:17
131:24 132:6
135:13 182:2
232:8 237:10
237:17 278:15
291:4,5 300:12

**n**

**n**  2:2 3:2 16:17
342:2 344:2
**naked**  198:5,9
**name**  4:8,12
15:15 37:2
58:17 60:8,9
61:2,5 71:17
89:2 93:5 97:5
121:5,9 122:17
123:12,16
126:21 148:20
148:22 182:13
183:22 190:6
193:22 194:8
194:19 195:3,9
195:12 230:23
249:10 293:3
297:3 303:21
303:23 313:13
313:13 325:9
331:16 336:16
336:18 339:21
340:9 343:3,5
**named**  11:21
13:6,12 52:25
54:17 109:3
273:6 299:2
322:17
**names**  123:8
135:17,19
148:21,24
196:22 208:12

231:19 321:20
331:4
**narrative**
261:22
**nation**  235:9
**national**  46:22
139:24 140:15
140:17 142:4
144:22 202:4
207:21,23
213:13 247:12
273:15,24
285:18 334:3
**nationally**
213:17
**nature**  8:17
10:13 86:7
166:4 283:19
310:14 327:17
**nbc**  22:12
44:12,12 53:17
54:22 55:9
68:8 99:23
102:11,12,20
109:17 131:20
147:11,12
150:19 179:18
179:19 187:5
236:3 249:12
249:13 270:17
271:19,24
272:5,9 335:5
335:12,14,23
336:4

| | | | |
|---|---|---|---|
| **nd** 241:21 | **nervous** 122:12 | 184:21 187:2 | 97:24 98:13 |
| 242:13 | **net** 38:13,18 | 189:21 191:7 | 99:8,14,16 |
| **near** 159:23 | 39:3 | 193:8,10 | 100:6,15,21 |
| **necessarily** | **network** 1:8 | 195:22 196:20 | 101:4,5,10,13 |
| 29:6 86:9 | 2:15 37:6,8 | 214:21,25 | 101:19,21 |
| 107:19 234:4 | 50:16 90:6 | 218:8 228:14 | 102:4 103:4 |
| **necessary** | 91:11 94:21 | 229:17 230:7,8 | 104:16,18 |
| 29:21 | 97:2,7 101:11 | 231:3,5 248:15 | 105:5,10 |
| **need** 5:17 39:23 | 135:24 140:17 | 262:22 263:5 | 117:19 122:5 |
| 101:23 121:10 | 143:14 180:14 | 263:13 272:14 | 122:11,12,15 |
| 139:19 142:19 | 191:22 206:16 | 272:18 276:16 | 127:19,19 |
| 145:13 185:22 | 206:17 223:25 | 279:3,16 280:9 | 129:10 130:16 |
| 315:2 340:3 | 224:3 225:21 | 281:7 282:13 | 137:8,21 |
| **needed** 68:25 | 228:2 235:9 | 284:9 288:5,11 | 143:14 147:7,8 |
| 102:18 110:3 | 252:10 321:17 | 289:22 295:22 | 147:22 149:15 |
| 136:23 192:23 | **networking** | 304:24 306:8 | 151:4 152:22 |
| 213:20 226:19 | 88:25 | 307:8,13 325:3 | 156:8 157:18 |
| **needing** 247:4 | **networks** 18:9 | 332:3,4,13 | 157:23 158:2 |
| **negative** 133:7 | 44:9 127:4 | 333:3,7,8,13 | 169:2 172:2 |
| **negotiate** | 141:8 207:8 | 334:11 335:25 | 180:11,13 |
| 253:21 | 236:16 265:18 | 337:12,16,20 | 183:15 217:22 |
| **negotiated** | 327:19 | 337:21,23 | 222:11 227:12 |
| 253:12 255:8 | **never** 9:20 | 339:16 | 227:17 228:21 |
| **negotiating** | 12:13,14 31:3 | **new** 1:2,21,21 | 228:22,23 |
| 252:13 | 45:10 57:7,14 | 1:23 2:6,6,16 | 229:3 239:18 |
| **negotiation** | 62:9 75:5 | 2:16 4:4,11 | 247:5,14 |
| 252:2 | 87:25 108:8 | 14:3,7,8,10 | 249:13,15,20 |
| **neighborhood** | 114:15 117:7 | 25:8 26:19,23 | 250:17 259:6 |
| 102:23 150:14 | 117:11 132:16 | 27:5,21 35:4 | 261:10 266:3 |
| 172:7 | 133:7 139:20 | 42:12 45:4 | 266:24 270:14 |
| **neither** 114:12 | 163:7 164:22 | 52:6,8 55:5,19 | 270:25 286:22 |
| 294:5 300:15 | 165:2 166:17 | 56:24 77:16 | 300:14 305:16 |
| 311:18 | 169:9,17 181:2 | 83:7 86:11 | 306:9 314:19 |
| | 183:9 184:19 | 95:15 97:4,8 | 322:4 343:2 |

**[new - nice]** Page 46

| | | | |
|---|---|---|---|
| 347:5,10 | 100:25 101:2 | 216:6 217:4 | 333:4,9,18,24 |
| **newbee** 101:6 | 106:20,22,24 | 221:19 224:2 | 334:9,16,19,23 |
| **newborn** | 107:9,23 108:3 | 225:18 229:23 | 336:22 337:6 |
| 101:13 | 108:11,20 | 231:11 233:2,5 | 337:19,19 |
| **newer** 151:25 | 109:6,19 | 233:5,17,24 | 338:12 |
| **news** 1:8 2:15 | 112:22,25 | 234:18,18,24 | **newscast** 24:14 |
| 10:25,25 25:16 | 113:11,13 | 235:3,4,8,9,13 | 79:7 81:5 |
| 25:23 26:6 | 115:4 117:25 | 235:14,23,24 | 91:19 93:17 |
| 27:3,7,18,23,25 | 118:7,7 121:7 | 236:4,6,7,14,17 | 95:7 98:5 |
| 28:2 29:10 | 129:6,11 131:9 | 236:23 238:14 | 141:13 282:19 |
| 41:16,17 42:9 | 131:12 140:3,6 | 241:13 248:10 | 320:10 |
| 42:9 43:25,25 | 140:12,19 | 249:15 258:22 | **newscaster** |
| 44:6,11,12,12 | 141:7,11,22 | 259:18,25 | 129:12 130:2,4 |
| 44:13 45:23 | 142:2,4,5,7,18 | 260:7 262:14 | **newscasts** |
| 46:3,6,11,24 | 143:8,13 | 265:12 266:3 | 130:6 208:16 |
| 47:5,6,10,14,18 | 144:24,25 | 267:25 269:21 | 287:11 |
| 47:19,21,22 | 145:2 167:16 | 269:23,23 | **newsman** 33:20 |
| 48:24 49:3,7 | 169:24 170:9 | 270:25 273:12 | **newspaper** |
| 49:19 50:2,11 | 180:23 181:2 | 273:22 276:12 | 141:24 |
| 50:12,14,16,17 | 181:24 182:11 | 284:22 285:19 | **newsroom** |
| 50:25 51:9,14 | 182:16,18,22 | 286:5,6,9,23 | 194:10 279:18 |
| 54:11 55:6 | 182:24 183:19 | 297:2 299:13 | 329:23 |
| 60:19 75:8,9 | 188:15 191:21 | 301:5,5 304:6 | **newsrooms** |
| 78:8,17 79:2 | 192:15 195:19 | 305:16,23 | 196:11 275:16 |
| 79:10,12 80:17 | 199:25,25 | 311:18 317:2 | **nice** 99:15 |
| 85:17 86:2,4 | 200:4 201:7,24 | 320:25 321:11 | 104:17 122:13 |
| 86:11,22 87:12 | 202:11,17 | 321:14 322:9 | 124:15,22 |
| 87:18,19,24 | 206:2,19,20 | 325:10,14,15 | 126:25 127:9 |
| 88:2 89:15,16 | 207:12,23,24 | 325:20 326:16 | 199:16 200:23 |
| 89:18 90:5 | 207:25 209:2,6 | 327:16 328:10 | 200:24 202:20 |
| 94:18 95:20 | 209:6,9 210:24 | 329:7,13,20 | 203:14 237:14 |
| 96:20 97:11,20 | 211:24 212:4 | 330:4,12,14,17 | 244:22 246:17 |
| 97:21,21 98:2 | 212:20 213:5 | 330:17 332:7 | 248:6,8,18 |
| 98:18 99:2 | 213:13 214:7 | 332:15,20,24 | 290:14,18,19 |

[nice - objection]                                    Page 47

292:12,18
294:10
**nicer**  126:19
222:6
**night**  154:20
155:8 198:13
198:16 200:4
204:11,22
**nightly**  327:15
**nights**  197:14
**nightstand**
152:24
**nightstands**
152:21 153:5
**nine**  141:3
259:23 260:6,9
260:11
**ninth**  198:25
**nissan**  17:8
**non**  312:11
318:10
**nonconsensual**
75:21
**nonresponse**
315:22
**noon**  80:18,23
**normal**  78:21
144:14 171:17
266:5
**normally**  55:17
160:2 200:10
**notary**  1:22 4:3
342:22 343:24
347:9

**note**  297:11
**notepad**  121:14
123:14,14
124:6,10
126:21
**notepads**  121:5
121:6 126:7
330:23 331:4
331:15 341:11
**notes**  71:7
213:12,24
214:5
**notice**  1:18
**november**
198:4
**number**  41:2
43:3 45:18
53:22 54:17
68:19 69:3,6,8
70:2 71:25
73:17,19,22
75:13 96:11
100:23 121:19
224:11 229:22
293:18,25
312:6 314:23
316:6,6,22
318:7,25 319:2
329:17 344:16
345:7 346:7,25
**numbers**  69:19
70:4 224:13
321:21 340:20

**numerous**
11:21 122:10
219:2 258:20
**nyc**  260:14
300:7

**o**

**o**  3:2 30:21,21
207:2 342:2
**o'connor**  225:3
**o'grady's**  53:4
**o'reilly**  253:16
253:17
**oath**  3:12 5:4
**obama**  167:20
**object**  289:18
**objection**  10:22
28:19,25 29:17
32:15 35:11
38:19 41:22
42:16 47:11
48:3,19 51:23
52:9,15 54:6
57:19 58:4
60:2 61:13
62:24 64:11
65:19 67:2,10
67:19 68:2
75:2 79:18
80:4,14 81:14
82:13 91:9
92:6 124:16
125:5 134:17
135:10 138:9

142:10 143:18
143:25 145:6
155:10 156:12
158:13 161:16
164:24 165:16
166:5 168:13
168:18 170:2
171:4 176:7,22
177:11 178:17
178:22 180:21
181:8 184:2
185:19 190:21
191:17 192:9
192:25 197:6
198:17 202:23
208:24 209:24
211:13 212:6
213:6,23
214:19 215:23
229:7 230:3
234:19 240:4
240:11 244:12
245:10 246:6
247:2,19 249:5
253:6 256:3
260:19,24
262:25 264:13
267:7,22 270:8
273:3 274:14
278:21 284:5
288:3,9 289:7
289:20 294:21
295:19 298:14
298:24 301:17

**[objection - order]**                                    Page 48

301:21 308:19
309:15 311:4
311:11 314:5
316:18 317:15
323:2,8,22,24
324:9 339:14
**objectionable**
316:2 317:24
**objections** 3:21
316:21 317:6
**objective**
226:14
**observation**
123:7
**obtained** 69:9
69:13
**obvious** 111:5
310:7
**obviously** 6:15
103:25 104:3
128:18 129:9
130:20 180:4
220:8 226:6
236:5,9 240:6
278:11 285:4
287:18 312:23
326:11
**occasionally**
87:8 151:6
**occurred** 83:24
280:6
**october** 193:6
220:3,12
221:21 257:11

264:18
**offense** 232:8
308:23 310:3
**offensive** 308:7
**offer** 27:23
109:14,17
180:2 188:9
190:16
**offered** 27:17
100:16 190:13
322:22
**offers** 101:3
**offhand** 63:21
63:23 71:7
**office** 45:9
120:4 121:6
123:18 231:11
231:21 269:14
287:21 317:5
327:12 328:3,8
**offices** 1:20
**officially**
131:10
**oftentimes**
174:3
**oh** 42:22 62:12
89:12 119:25
129:14 141:16
153:18 196:21
238:22 239:6
240:20 269:24
282:19 291:19
300:8 302:5
304:16 312:16

330:10
**okay** 4:17 12:8
62:12 89:12
128:6 216:8
246:16 277:9
298:19 330:8
**oklahoma**
141:17
**old** 17:11,12
23:4 103:2
116:19 127:7
149:14 164:9
193:18 219:9
219:17 227:18
241:11
**older** 154:24
**omg** 306:6
**once** 10:4 24:13
45:16 47:18
79:10 124:23
155:22 166:17
167:21 210:12
262:2,24
279:18 289:23
300:19 302:2
338:20
**ones** 154:24
207:4
**ongoing** 107:2
109:13
**online** 7:21
**open** 100:9
102:23 151:24
195:14 302:19

**openings**
242:23
**openly** 134:19
**operated** 24:7
25:8 41:19
44:15 47:14
95:13 211:24
340:7
**operating**
142:17
**operation** 26:5
78:20 211:18
237:9
**operations**
21:22 46:15
321:14
**operator** 22:11
**opinion** 235:12
235:15 237:13
269:16 301:5
**opportunities**
138:18 187:20
187:23 190:24
**opportunity**
136:6 188:15
232:10 233:21
246:23 268:10
**oprah** 214:10
**oral** 166:4
324:21
**orbit** 109:6
**ordeal** 126:10
**order** 91:22
121:5 122:2

125:13 126:2
207:8 231:20
315:24 320:12
324:4,5,13,15
339:25 340:7
340:22 341:6
341:11,14,16
**ordered** 125:11
125:16 126:7
126:19 331:3
339:11
**ordering**
125:23 231:22
231:24 330:22
**orders** 339:12
341:3
**ordinary**
174:12 272:2
**organizations**
179:23
**original** 3:9,17
**orlando** 240:25
241:9 242:6
249:20,22
294:15
**oswaldo** 54:18
55:2 190:5
272:6
**otr** 109:11,22
139:19 142:9
180:20 206:12
**outcome**
347:19

**outing** 168:2
**outlook** 200:16
**outside** 119:21
127:13 134:10
134:16 151:4
235:22 261:9
323:3,13 324:6
**overall** 46:24
98:17 232:23
**overlap** 48:15
169:16 200:15
**overlapped**
289:23
**overly** 279:14
**overnight**
200:22
**overnights** 94:6
**oversaw** 29:8
46:24 110:17
**oversee** 79:14
80:25
**overseeing**
46:15,19
225:22
**oversight** 33:25
**overstated**
243:17
**overtly** 279:8
**overview**
310:12
**own** 14:13,19
16:11,25 17:3
17:13,15,17
36:19 91:24

113:5,7,7
122:2 123:12
211:6 235:6
321:6
**owned** 15:6
22:13 23:16,17
24:7 25:8
41:18 42:4
44:15 47:2,4
95:13 211:23
212:12,23
226:24 286:11
**owner** 15:13
**ozzie** 55:2,6,20
56:5,21 68:25

**p**

**p** 2:2,2 3:2
22:14 30:21
**p.m.** 24:14,22
24:24 25:23
26:6 78:8
79:10,12 80:10
80:19,24 82:21
85:17,21 86:6
86:8,11 87:4
90:25 97:12,13
97:19,21 98:2
98:5,18,21,23
137:16,18
198:4 200:21
218:20,22
221:22 222:14
222:14,19,19

229:23 253:15
267:9,11,13
319:20,22
341:18
**package** 37:12
200:20 222:11
228:23
**packages** 200:9
**pads** 297:11
**page** 40:4,12,12
40:25 41:8
69:7,18 72:6
73:22 74:15,20
76:22 86:16
90:2,9 93:20
99:6,23 102:11
102:12,13
115:2,21
117:13 118:24
135:15 193:5
198:4 199:18
205:24 220:2
222:3,5,15
223:5 232:7
237:19 239:8
242:8 248:25
264:17 279:25
281:18,19
290:12 296:8
297:17 304:15
305:4 307:15
312:6,10,16,16
314:22 315:6,9
318:7,25 319:2

**[page - people]**                                                    Page 50

| | | | |
|---|---|---|---|
| 319:7 320:19 | 129:8 130:6 | **passed** 64:10 | 101:20,25 |
| 339:19 343:6 | 145:15 159:18 | 172:3 186:24 | 102:9 111:10 |
| 344:4,16,25 | 161:21 162:20 | 190:2 191:5 | 112:4,13 114:6 |
| 345:7,24 346:7 | 162:23,25 | 213:3 218:13 | 114:7 122:2 |
| 346:23 | 182:8 198:13 | 245:6 249:9,23 | 123:9 133:5 |
| **pages** 221:15 | 211:9,18 236:4 | 268:25 281:6,9 | 134:3 135:17 |
| 277:8 291:5 | 256:18 268:22 | 335:4,8,20 | 135:23,24 |
| 305:7 | 270:3 322:8 | **passing** 228:11 | 136:10 157:18 |
| **paid** 37:7 | 333:21 | **passive** 215:11 | 165:10 166:18 |
| **painstakingly** | **parted** 36:6 | **past** 6:4 11:22 | 171:23 172:4,6 |
| 310:7 | **partially** 269:4 | 101:25 278:13 | 172:9 174:13 |
| **palm** 22:12 | **participate** | **path** 44:12 | 179:16,19 |
| 238:8 | 268:2 | 269:24 | 180:7,9,16,17 |
| **pants** 161:8,12 | **participating** | **paul** 2:14,17 | 182:14,19 |
| 175:6 | 327:5 | 325:10 | 183:3,4,11 |
| **paper** 124:13 | **particular** | **pay** 37:12 55:8 | 186:3 188:17 |
| 126:18,20 | 24:11 27:11 | 59:23 61:7 | 194:11 195:19 |
| 322:6 326:12 | 84:23 95:2 | 120:8 125:9 | 196:8 199:3 |
| 340:12 | 107:6 145:3 | 222:2 | 203:16 215:15 |
| **papers** 83:8 | 200:6 201:24 | **peers** 98:7 | 221:7 222:24 |
| **paragraph** | 311:13 315:19 | **peloton** 103:16 | 225:22 226:21 |
| 92:12 258:4 | **particularly** | **pencils** 231:18 | 228:2,10 |
| **parameters** | 42:18 45:6 | **pens** 231:17,18 | 230:18 234:9 |
| 324:19 | 61:9 95:21 | **people** 11:2 | 242:20,25 |
| **parent** 108:5 | **parties** 1:18 3:7 | 12:4,25 38:23 | 246:17 248:7 |
| **parentheses** | 8:23 347:17 | 39:11 41:9 | 250:21,25 |
| 90:15 | **parts** 56:15 | 42:3 47:4 | 258:20,22 |
| **parents** 167:23 | **party** 8:14 9:14 | 52:13 53:4,17 | 259:7 260:23 |
| **park** 2:10,16 | 9:23 10:9,14 | 56:6,6,11,12 | 261:24 263:11 |
| 110:14 | 11:18 13:3 | 72:18 78:2 | 265:11,20,21 |
| **part** 11:24 22:4 | 45:15 154:19 | 81:3 85:15 | 265:23 266:11 |
| 47:17 53:15 | **partying** 155:6 | 88:19,19,23 | 268:3,17 |
| 64:4 66:13 | **pass** 104:22 | 89:10,11 94:9 | 270:14,14,20 |
| 68:8 85:4 | 186:19 228:18 | 96:23 101:17 | 274:21 275:23 |

276:5 278:2
279:20 282:17
291:25,25
293:23 294:24
295:7,25 296:2
296:11,15
298:3 300:17
300:19 302:14
307:2 309:22
310:25 311:18
320:6,7 329:4
329:12,12
331:9
**people's** 208:12
**percent** 50:19
145:16 153:18
217:12,21
251:21 255:21
255:21
**perception**
107:21
**perfect** 296:15
**performance**
267:16 268:2
288:23 316:7,9
316:11 335:10
335:21 336:3
**performed**
126:24
**period** 31:24
33:13 36:22
43:18 54:12,23
58:19 59:4
61:17 85:20

88:17 109:7
154:18 164:21
170:23 179:11
184:16 187:4
191:22 223:7
223:21 224:20
253:8,11,21
263:24 270:4
327:6,9 331:13
333:24 334:11
**periods** 327:16
**person** 7:20
12:14 28:15,24
38:22 41:11
46:14 55:18
57:15 65:16,23
69:8 74:8 79:3
79:24 80:21
87:17 100:12
114:3 117:10
122:13 165:13
167:15 168:24
182:24 228:12
238:15 244:15
248:24 258:14
269:19 297:25
298:19 300:19
306:9 326:20
326:24
**personal** 10:16
48:14 58:8,12
58:15,21 60:13
73:3 230:9
248:14 283:13

289:17 313:18
318:17,21,24
337:5,11 338:4
**personality**
185:24
**personalized**
297:2,11
**personally**
266:23
**personnel**
108:12,16,21
289:14,19
337:2,8
**persons** 69:11
69:12
**pertained**
141:10
**pertaining** 46:7
200:7 201:8
**petting** 278:19
291:16
**phone** 43:3
68:17,19 69:2
69:6,19 70:2,4
73:12,13,15,16
73:19 105:17
143:9 154:2
210:10 220:19
282:15 313:4
314:18 321:21
346:24
**phones** 137:3
**physical** 171:3

**physically**
165:18,22
209:21 279:9
**pick** 128:12
129:13
**pictures** 92:12
92:18 184:7
213:15
**piece** 194:6
200:21 202:19
211:6 213:18
214:14 282:3
309:21
**pieces** 201:9
307:23 308:9
**pin** 207:23
**pinecrest** 4:10
14:8
**pissed** 297:19
298:4
**pizazz** 56:14
**place** 63:13
82:3 93:23
94:20 96:5
102:6 138:25
145:10 150:8
238:22 263:11
270:18,19
271:9,23
327:13 342:11
**placed** 125:13
303:21
**places** 88:24
149:22 150:5

178:25 196:13
230:17,19
238:19 265:11
**plaintiff**  1:4 2:4
40:6 43:18,21
43:24 75:16
**plaintiff's**
39:17,21 43:19
54:21 76:3
106:3 114:20
116:12 118:12
127:25 188:3
199:8 203:20
205:19 250:11
252:23 257:3,7
277:4,12
299:18,21,23
303:14,18
305:7 311:22
344:13 345:4
346:4,10,12,14
346:16
**plan**  154:13
171:11 264:9
**planning**
178:20
**plans**  287:21
**planted**  314:20
**platform**  37:4
92:16
**play**  332:11,15
333:10,18
334:3

**please**  4:8 5:13
248:25 264:17
275:3 292:23
**plenty**  123:9
**pllc**  1:20 2:4
4:14
**pm**  201:3,4
202:16
**poaching**  97:7
**podcast**  336:14
**point**  21:3
25:20 34:22
35:2 42:5 49:9
51:11 91:18
94:17 100:21
110:8 143:22
153:22,23
154:16 158:22
164:17,18
169:15 202:8
202:10 210:9
211:10 226:23
232:10 233:21
240:8 254:24
260:5 271:12
271:18 272:13
273:14,15
289:2 293:2
299:8 306:5
324:24 331:2
333:25
**pointed**  309:12
**pointing**  278:8

**points**  112:13
157:15
**pole**  93:15
297:6,8
**police**  83:18
**policies**  74:4
326:9,18
**policy**  325:15
325:20 326:3
**political**  310:11
**politically**
309:8 310:9,14
**politics**  180:25
308:5 310:24
**pool**  223:3
**poor**  274:20
**poorly**  295:8
**pop**  196:23
**pops**  80:8,9
**popular**  159:9
**portal**  116:23
231:22 339:21
**portion**  329:22
329:23
**position**  21:18
23:25 27:18
28:8 29:15
31:11 32:7
35:9 37:8
54:22 55:6
84:15,16 87:10
87:12,25 94:5
106:24,25
109:10,13,15

130:2,4 136:6
164:10 182:25
186:7,17 223:7
227:21 229:6
229:15 260:13
260:17 262:7
290:11 304:9
335:3 336:9,22
**positions**  32:18
44:5 47:9
163:24
**positive**  57:2
107:17
**possession**
312:12 318:11
**possible**  65:9
74:24 134:19
144:15 158:21
158:23 165:18
165:23 171:2,6
171:16 172:9
172:24 176:5
182:23 201:19
207:8 215:21
244:2,10,16
261:15 266:24
267:3 283:11
286:15
**possibly**  66:18
116:20 125:7
253:20 284:22
293:5
**post**  23:17
70:14 186:23

247:8 257:10
257:18 260:9
263:25 264:19
264:22 265:8
277:24 286:22
291:14 307:25
319:15
**posted** 183:4
221:2 240:21
241:3 242:18
242:21 258:10
258:12 259:22
277:21,23
**posting** 102:21
227:25
**postings** 319:12
**posts** 81:25
221:4 247:10
257:14
**pounds** 160:23
**power** 192:13
260:14,17
**powerful**
189:13
**practically**
198:5,9
**praise** 202:21
202:25
**pre** 171:15
172:9
**precise** 25:15
**prepare** 6:11
6:14,20

**prepared** 7:16
**prerogative**
36:5
**present** 2:19
42:14
**presently** 13:25
**president** 19:13
28:12 31:9
35:6 87:16
110:18,20
113:20 167:21
235:4 254:18
**presidents**
235:6
**press** 83:4,6
309:19,20
**pressed** 195:2
**pressure** 276:4
**pretend** 38:21
**pretends**
302:12
**pretty** 36:12
81:18 88:18
97:6 98:4
136:2 160:15
160:16,24
238:12 242:24
274:25 308:3
341:7
**prevalent**
137:5
**previous** 33:19
47:16 104:13
233:13 314:9

314:10
**previously**
22:13 37:22
55:3 103:22
106:17 136:15
190:23 306:22
309:4 340:16
**price** 339:16
**prices** 124:9
**primarily**
14:25 44:21
**primary** 14:7
24:23 27:12
38:6 72:9
**prime** 27:9,12
47:21 95:11
180:25 254:18
301:5 306:22
306:24 307:11
307:12
**printing** 121:3
340:18,19
**prior** 37:9,17
55:20 147:18
206:5 220:3,12
255:2 259:16
294:12 296:21
296:22
**priorities** 94:22
**private** 81:25
108:7 309:24
313:11 340:5
**privileged**
312:11 318:10

**privy** 287:22
**probably** 8:11
52:4,23 55:7
65:4 68:14
90:8 99:4
100:5 102:14
103:11 110:14
110:23 115:25
116:2 119:16
119:17,23
121:19 134:20
134:21 159:6
193:11 195:19
195:23 196:20
196:23 197:21
197:24 201:12
206:10 221:2
222:25 224:19
227:17 228:9
228:10 232:11
233:3 241:7
243:17,17,24
246:10 249:22
266:15 269:22
278:2 282:25
283:22,24
284:25 285:20
287:12 288:15
291:5 301:9
304:25 306:4
331:12 339:3
341:9
**problem** 183:9
310:8,16

**procedure** 1:19
142:17
**proceeding**
9:17 131:10
**process** 7:10
18:21 108:18
108:25 125:23
143:2 145:17
146:24 211:9
268:22 270:4
322:9 333:16
335:18
**produce** 18:8
31:4 81:5,7,24
130:5,21 296:3
312:10 317:8
318:9,12
**produced** 19:8
24:14 76:19,20
76:21 87:3
90:22 118:21
247:12 275:21
310:9 311:3
312:23 317:9
320:10
**producer** 20:22
22:17,19,24
23:22,23 24:9
24:17,18,19,20
24:22,24 25:14
25:14,22 26:2
26:4,6 27:8
29:13,16,20
30:5,6,14,15,15

30:16,18,19,25
31:5,8,10
32:11 33:12,23
34:14,15,21
35:3,5 54:11
54:13 77:15
78:8,10,11,25
79:3,6,13,17,21
79:23,25 80:7
80:8,13,19,20
80:23,24 81:7
81:13 84:14,20
85:3,8,11,12
86:21 87:4
88:12 91:13,17
91:21 93:8,17
93:18,19
109:15 111:9
139:9 140:6,25
144:17,21,23
145:5 180:24
186:2 187:21
191:3,20
202:17 210:11
211:3 214:17
221:10 222:22
222:25 223:2,9
223:11,12,14
223:15,15,17
223:23,25
224:3,8,17,18
224:19,22,23
225:2,5,8,20,20
225:23 226:11

226:18 227:4,7
227:11,14,15
227:16,18
228:20,24
229:3 230:2,14
233:17 242:10
242:23 245:24
246:5,12,19
247:17 251:6
253:19 254:15
254:16 258:6,7
258:9 260:3
268:15 269:8
270:11 274:19
276:17 280:13
282:23 304:3
327:7 334:2,3
**producer's**
322:2
**producers** 56:3
78:18 80:2,22
80:25 86:25
89:25 90:4,7
93:11,12,13
100:25 121:20
141:23 143:7
144:11 145:12
206:20 208:15
223:19 224:7,9
224:10,12
225:9,10 228:4
241:2,9 242:7
242:19 244:4
246:22 321:19

**produces** 90:12
**producing**
56:15 85:6
232:9,20
233:16,18,20
233:24 234:5
237:18 252:10
253:10 310:13
**product** 229:18
230:12 281:8
**production**
32:20 48:15
50:15,25 84:16
84:22 85:14
147:5 211:2
224:11 238:20
254:19 297:9
320:18 331:25
346:24
**productions**
36:25
**products** 35:7
226:13 336:14
**profile** 92:21
92:25 258:5
**program** 25:16
29:23 33:16
34:3 35:3,6
36:7 42:24
47:22 50:16,20
51:2 85:17
97:11,11,20,21
98:2,18 99:2
195:15 212:2

[program - quit]

Page 55

320:19
**programming**
27:9 28:10,13
28:15,24 31:10
33:25 35:14
36:4 37:4
85:24 90:6
94:18 95:8,10
110:16,17,19
110:25 111:10
124:4 180:25
207:24 235:10
235:10,12,13
235:14,15,15
235:16 254:18
296:4 301:4,6
320:11
**programs**
24:10 46:2
85:21 207:24
**progressing**
218:5
**prohibiting**
142:15,18
325:16,21
**prominent**
258:11
**promise** 160:11
**promos** 211:25
**promote** 334:9
334:19
**promoted**
222:22 227:16
285:22 334:2

**promoter** 99:23
102:11,12,15
**promotion**
182:3
**promotions**
217:10
**prompted**
100:17
**proper** 243:4
**properties** 16:5
16:11 212:23
**property** 15:6
15:13,24 16:15
16:21
**protective**
315:24 324:13
**provable**
153:25
**prove** 115:13
**provide** 47:6
286:10,14
315:14 333:4,9
**provided** 70:23
70:24 71:5,7,8
273:10 286:19
294:14 316:13
317:21
**provision** 252:3
253:3,5
**pub** 53:3
**public** 1:22 4:3
8:18 12:14
221:3 257:14
321:16 340:6

342:22 343:24
347:9
**publications**
307:24 314:20
**publicly** 258:8
**published**
83:12 320:22
321:7
**pubs** 53:15,18
**pull** 46:5
141:13 189:16
274:21
**purchase** 15:25
**purpose** 157:3
180:9 212:14
219:14
**purposes** 45:21
**pursuant** 1:18
**pursue** 186:15
**pursuing** 131:3
**purview** 109:2
**push** 282:24
**pushed** 282:16
282:25 283:20
338:10
**pushing** 166:14
**put** 93:23 104:5
139:20 140:18
143:23 144:12
145:19 161:11
162:2 175:5
208:15 210:6,8
218:25 226:23
321:20 322:5

339:21,21,25
340:3,7,9
341:4,9
**putting** 37:3
211:4

**q**

**q3** 17:7
**q5** 17:7
**qualified**
190:19
**quality** 124:13
230:11 274:21
**quarter** 265:24
**queen** 153:10
**question** 5:12
5:19 63:6
97:17 126:17
128:13 153:24
266:5 275:3
316:22 323:7
323:16 338:20
**questions** 5:10
5:24 39:10
68:5 102:3
106:10 168:6
175:13 265:22
325:11 339:7
**quick** 7:22
136:22 250:6
**quickly** 115:12
201:18 206:23
**quit** 242:19

**[quite - recall]**                                    Page 56

**quite** 8:18 60:5
 222:18
**quote** 83:7,9,13
 282:7 283:25
 292:18

**r**

**r** 2:2 3:2 15:16
 15:16 16:17
 20:18,18 22:14
 30:21 50:22
 207:2 342:2
 347:3
**radio** 47:21
 129:4,8,8,11,15
 129:22 130:4
 131:10 135:17
 188:15 203:3
 336:9,12,19,22
**rahman** 2:6 4:7
 4:13 39:14
 61:18 74:6
 76:8 106:6
 114:17 116:9
 118:9,15
 127:22 128:4
 170:7,11
 187:24 199:5
 199:11 203:17
 203:23 205:16
 216:2 218:19
 250:8,14
 252:20 254:4
 256:7,24 257:6

276:25 277:11
299:15,21
303:11,17
311:14,19
323:15 324:10
324:15 325:5
339:9 341:13
344:5,7
**railroad** 151:23
**raise** 217:13,14
 255:5
**raising** 323:23
**rambling**
 281:23 290:23
**ran** 46:11,14
 51:21 52:11,19
 52:21 113:25
 263:25
**ranking** 87:12
 93:18 224:10
**rape** 75:15
**rapport** 183:9
 248:8
**rare** 200:15
**rarely** 45:5
**rate** 117:14
**rather** 23:9
**ratings** 98:19
 98:20 215:3
 226:14
**reach** 220:24
 242:13
**reached** 221:4

**reaching**
 204:21 212:23
**reaction** 170:24
 257:19,21
**read** 41:2
 104:14 106:16
 126:6 141:24
 170:24 188:14
 237:2 260:10
 322:7 338:8
**reading** 81:11
 119:15 155:21
 273:9 320:13
**ready** 106:9,11
 277:14 327:18
**real** 302:15
**realize** 258:25
 305:2
**really** 18:24
 25:4 81:10
 84:11 91:2,20
 96:2,8 107:16
 109:18 135:5
 138:25 150:20
 153:14 155:19
 158:6 163:17
 163:18 184:14
 193:18 197:2
 200:5 219:7
 234:24 237:12
 262:5 274:20
 290:14 293:21
 304:17 310:7
 338:7

**ream** 126:19
**reason** 5:22,25
 6:2 47:24 48:5
 48:9 92:19
 93:21 103:7
 115:8 143:2,10
 167:7 168:5,22
 194:2 204:23
 209:18 256:13
 256:13,14,18
 289:2 301:15
 304:20 315:11
 318:23 343:6
**reasonable**
 338:20
**reasons** 48:8
 213:15 222:21
 313:16
**reassigned** 86:6
**recall** 8:23 10:3
 10:15 11:6,8
 11:10,11 12:3
 12:5,7 13:5,15
 16:23 18:22
 20:21 21:15
 28:7 30:3
 32:17 45:2
 48:21 51:5,8
 51:13,25 52:18
 52:21,25 55:16
 56:18 57:9,22
 57:23 61:15
 62:2,8,11,14,20
 63:12,20 64:20

64:21,25 65:5
66:6,7,13,16,20
66:22 71:6
72:24 77:22,25
78:13,17 82:16
83:9,25 84:4
92:20 93:2
99:3 100:17
103:20 105:7
105:13,16,23
107:13 113:14
114:5,7 119:7
122:7,19,24
123:21 126:8,9
126:10 128:22
128:25 129:8
130:12 132:4
133:17 136:7
136:17,20
137:23 138:6
138:17,23
144:13 145:21
145:25 146:25
148:13,25
149:5,8 153:6
153:7 155:12
155:24 156:2,5
157:3,15 158:4
158:6,15
159:20 160:4,7
160:13 161:6
161:22,23
162:8 166:22
166:25 168:15

168:16 170:13
171:11 173:5
174:9 176:14
176:21 177:23
177:24 178:3,9
178:13,24
182:9 186:13
187:17 188:12
189:10,17
190:18 192:5
197:21 198:7
198:11 204:7
215:14 216:10
216:14 219:3
220:11,25
224:21,25
240:18 244:8
245:4 249:8
255:14 257:13
257:19,20
266:11,16
268:7 270:12
273:9 274:10
276:23 279:22
282:10,12
283:17 285:12
285:15,20
287:10 289:3
292:10,25
301:23 304:14
321:2 336:11
337:3 339:2
340:24

**receipt** 125:10
125:17 339:18
**receipts** 125:8
339:12
**receive** 122:16
126:15 230:22
230:24 326:7
336:5
**received**
267:17 318:8
**recent** 7:7
39:25 49:11
184:22 334:6
**recently** 7:19
8:2 49:11
94:25 114:6
126:24 154:22
171:18 191:11
293:8
**recess** 82:19
137:16 218:20
267:11 319:20
**recognize**
39:22 40:3
**recollection**
145:9 160:9
338:4,13,22
**recommend**
249:3 270:6
**recommended**
107:15,19
**record** 4:9
23:11 27:14
33:14 75:23,24

76:8 106:7
185:9 257:6
262:2 277:11
296:16 304:16
305:2 327:8
347:14
**records** 153:25
154:2
**recruitment**
109:6 270:3
**refer** 337:23
**referenced**
328:10
**referral** 249:9
**referrals** 57:11
**referred** 132:2
240:2 328:16
337:16,20
**referring** 54:25
61:17 82:8
91:3 111:4
112:18 199:20
237:16,17
239:24 241:21
258:23 270:5
278:15 279:11
279:11 311:12
330:6
**reflecting**
295:8
**refusal** 252:2
253:3
**regard** 282:15
294:17 337:14

**regarding** 7:15
69:12 202:19
272:23 333:21
335:3 338:5
**region** 139:8,9
139:16 142:22
142:25 143:5
143:17
**regional** 144:22
202:17 211:2
321:25 334:2
**regions** 143:6
**registrar** 61:6
**regular** 326:20
327:11,21,22
327:22
**regularly** 96:14
**related** 49:9
112:3 293:5,11
293:13,16
347:16
**relates** 324:15
**relating** 200:7
312:7
**relation** 61:18
64:6
**relations** 46:16
**relationship**
146:20 150:21
310:18
**relationships**
163:14 169:17
**relative** 228:13

**release** 207:9
**released** 108:24
**relevance**
292:8 323:4
324:22
**relevant** 70:18
71:10 81:10
252:5 289:21
295:21 308:21
309:3 310:5
311:5 315:25
319:12 324:14
**religious** 129:5
**remain** 33:8
281:9
**remainder**
197:10
**remained** 87:25
**remains** 113:21
**remember** 6:3
16:22 20:15,21
28:2 37:12
39:6 42:25
45:17 67:6
73:7 87:20,21
88:10 89:3
102:5,17 104:6
109:16 124:23
125:22 126:12
129:2,6,21
130:24 137:4
139:16 148:23
150:7,23 151:2
154:14 155:20

156:14,16
157:16 158:23
159:13,14
160:16,19,21
160:25 162:13
162:19,22,24
163:2 165:8
166:9,23 167:6
167:8,14,16,19
167:20,25
168:8,24 169:4
170:17 174:20
177:9 178:19
179:5 183:23
215:10 220:16
243:22 248:22
279:23 287:8
287:14 301:3
302:13 321:2
340:14
**remembers**
179:7 301:7,11
302:10
**reopened** 252:5
255:7
**rep** 114:15
**repeat** 245:23
**repeated** 324:2
**repeating**
298:16,18
**replaced**
253:13,14,17
**replied** 293:17

**report** 32:2,18
153:19 320:14
321:25
**reported** 12:10
78:15,16
254:17
**reporter** 23:12
39:19 76:5
106:5 114:22
116:14 118:14
128:3 188:5
199:10 203:22
205:21 236:23
236:25 250:13
252:25 257:5
277:6 299:20
303:16 311:24
322:6
**reporters** 85:8
239:9
**reporting**
78:21 182:20
237:4 343:2
**reports** 32:7,11
32:14,21 83:5
331:18,21,24
**represent**
290:3 299:24
316:15 325:10
**represented**
13:7
**reputation**
307:3

**[request - right]** Page 59

| request 39:11 | 315:7 | 104:2,3,8,12,23 | reviews 267:16 |
|---|---|---|---|
| 46:7 139:20 | response | 180:5 186:19 | 268:3,6 316:10 |
| 140:17,18,20 | 300:13 315:7 | 187:11,23 | 316:12 |
| 141:15 142:4 | 315:15,22 | 191:6 218:14 | right 5:21 9:14 |
| 207:21 312:6 | 316:4,5 317:12 | 221:12 228:5 | 18:22 24:4 |
| 314:22 316:6 | responses 40:5 | 228:11 229:19 | 25:5 30:22 |
| 319:2 | 40:8 311:25 | 241:6 244:3 | 41:9,12 54:4 |
| requested | 316:16 344:17 | 245:6 249:23 | 60:23 66:21 |
| 317:20 346:22 | 346:17 | 268:25 281:6 | 67:25 73:25 |
| requesting 46:7 | responsibilities | 294:14 315:2 | 74:22 76:19 |
| requests 144:8 | 54:15 81:4 | 319:3,4,6,9 | 77:16 80:3 |
| 273:24 312:7 | 206:9 | 335:9,20 | 90:10,13 92:13 |
| 316:23 319:2 | responsive | resume's 66:19 | 93:22 94:19 |
| required 39:2 | 312:14 317:10 | resumé 25:4 | 99:11 105:2,6 |
| requires | 317:16 319:13 | retained | 115:5 120:5 |
| 327:18 | restrictions | 346:19 | 125:4 127:3 |
| reserved 3:22 | 213:10 214:5 | retaliate 326:4 | 131:5 138:5 |
| resource | result 254:14 | retaliation | 151:19,24 |
| 132:14 208:18 | 255:25 | 326:18 | 152:12,19 |
| 287:3 | resume 335:5 | retrieve 59:20 | 154:8,17 |
| resourceful | resumed 82:22 | retro 31:7 | 160:20 165:23 |
| 102:4 | 137:19 218:23 | returned | 170:8,15 |
| resources | 267:14 319:23 | 192:16 | 179:10 180:6 |
| 90:23 111:10 | resumes 190:2 | revamp 24:13 | 183:20 187:8 |
| 111:11 132:8 | 228:10 | revenue 18:12 | 187:10 190:7 |
| 132:11,19,22 | resumes's | 94:23 | 190:20 194:7 |
| 241:24 273:24 | 65:10 | reverse 128:18 | 195:4,9,12,16 |
| 273:25 329:21 | resume' 55:5 | review 32:23 | 195:20 197:17 |
| respected | 55:12,15 56:20 | 206:5 210:16 | 199:14,21 |
| 230:16 | 57:21,24 58:13 | 332:5 | 204:5 206:3 |
| respective 1:17 | 61:19,25 62:4 | reviewed 6:15 | 213:8,22 214:2 |
| 3:6 | 63:9 64:7 65:8 | reviewing | 214:17 216:25 |
| responds 90:9 | 65:16,17 | 206:14 | 220:6,9 222:16 |
| 103:18 298:7 | 103:20,21 | | 232:5,9 233:20 |

Page 60

233:25 242:6
243:25 244:7
245:2,9,15,19
245:25 246:13
246:18 250:3
250:18,22
251:6,25 253:2
254:7 259:5
264:2,5,7,20
281:19 282:9
284:17 285:22
293:15 300:10
310:20 312:4
312:17 314:24
315:16 317:2
340:8
**rigorous**  95:11
**ringer**  210:11
**ripping**  212:16
**ritz**  198:6,23
**road**  16:16
**rock**  271:25
**rodriguez**
101:8 147:4
169:14
**role**  25:6,19
27:6,19 29:20
44:6 46:10
56:10 84:20,20
89:20 109:22
110:24 192:14
209:23 223:23
223:24,25
224:3 225:6

229:12 253:18
258:11,14
280:11 299:8
301:3 322:24
332:11,16
333:10,18
334:4 335:13
336:5
**roles**  112:16
254:23 314:24
**romantic**
263:24
**ron**  97:5
**roof**  173:14,22
174:8,8,13,15
174:23 175:2,7
175:11,22
176:19
**rooftop**  173:8,9
173:10
**room**  80:21
99:21 153:4
154:16 175:14
175:18 225:25
226:3 227:3
**roommate**
100:11,14
102:18,22
103:5 130:17
**ropes**  188:10
**rosanna**  86:10
**rose**  258:11
**rosie**  53:4

**rosie's**  53:2,20
133:22
**rotation**  150:9
178:25
**rough**  283:24
341:15,17
**round**  210:10
270:23
**rounds**  271:2
**rule**  142:14,18
**rules**  1:19 5:2,9
**ruling**  323:14
**rumors**  133:21
133:23 279:20
279:23
**run**  36:13
235:16 290:25
290:25,25
292:4,6
**rundown**
319:25 320:5,7
320:9,21 321:7
321:21
**running**  21:23
226:2,3 235:7
329:4
**ryan**  15:16,22

**s**

**s**  2:2 3:2,2
22:14,14 50:22
343:6 344:11
345:2 346:2

**salary**  100:16
115:4,18,24
116:5 117:5,18
232:13,14
251:21 255:9
255:14,16,18
255:20 322:22
**samantha**
303:19 306:2
**san**  140:9
**saturday**  198:4
205:9
**saturdays**
205:10
**sausage**  110:5
**save**  315:5
**saved**  206:25
219:5
**savings**  156:25
**saw**  45:7,14,18
77:18 81:20
83:4 120:18
124:23,24
128:24 134:8
134:11 141:23
145:22 146:2
158:19 181:16
184:8,22 200:6
200:8 214:14
216:16 230:8
238:3 248:11
257:18 264:19
264:22 265:8
279:16,17

338:14,16,20
**saying** 5:11,15
12:10,25 47:19
47:20 57:14
61:3 62:9 66:6
67:5 81:12
99:12,24
103:25 104:7
111:19 115:3
115:22 119:20
125:12 165:14
165:19 175:18
179:15 184:15
188:12 189:10
189:17 196:4
229:14 233:7,8
233:15,22
236:11 237:20
238:15 245:3
245:19,24
246:24 247:22
284:16 291:14
292:11 293:18
298:23 308:7
311:2,10 341:2
**says** 40:4 54:20
60:19 68:21
72:2 73:22
90:15 92:11
93:21 99:6
110:9 111:2
115:15 117:14
121:18 211:22
231:17 237:15

248:25 251:16
251:20 258:13
258:24 259:16
266:17 290:12
291:19 296:23
296:25 300:6
301:7 305:9
306:6,16
307:16 308:13
312:10 315:7
**schedule**
327:11,21,23
**scooped** 95:5
**scope** 315:24
323:13 324:7
**scott** 28:6,17
53:23 86:17,18
86:19 87:24
107:9
**scott's** 28:7
**scotto** 86:10
**scrap** 252:11
**screaming**
275:24
**screen** 73:21
117:11,12
193:20 194:17
339:20
**screw** 272:19
**screwed** 272:22
**screwing** 272:9
297:20,23
**scripps** 247:12

**script** 85:3
236:25
**scripts** 22:13
208:14
**scroll** 195:11
**scumbag**
306:17,19
307:7
**se** 85:13 110:5
327:21,24
**sealing** 3:7
**search** 43:13
71:15 312:25
313:17 314:7
317:16,23
318:18
**searched** 58:11
71:9,17 73:11
195:3 312:18
312:19,19,21
313:6,12
317:19 319:11
**seats** 152:4
**seattle** 140:10
208:8 209:10
**second** 9:2
28:17,21,24
30:18 38:10
40:12 198:3
211:22 258:4
270:23 304:15
**secondly**
183:21

**section** 148:7
**see** 40:7 41:7
51:19,21 54:18
58:12 70:17
86:18 90:16
99:21 102:24
103:19 106:18
108:11 110:4,5
117:11,14
120:3 122:22
131:21 141:12
141:17,18
150:22 151:17
174:15 175:22
183:3 189:25
193:13,16
194:5,6,10,19
195:6 196:6
197:3,19,25
199:17 200:14
201:23 204:22
205:2 206:3,22
208:5,9,19
209:4,9 211:19
227:20 240:14
242:2,4,14
246:23 248:3
251:11 252:3
258:3,10 263:8
264:17 289:19
292:7 294:23
305:8 315:6
319:18 321:24
324:23 336:17

**[seeing - sexually]** Page 62

**seeing** 52:2 94:22 110:4 138:17 208:8 209:11 244:18 261:19

**seem** 161:9,25 173:3 248:19 251:18 292:12 302:10 305:22

**seemed** 88:6 132:4 257:13

**seems** 172:19 278:5 281:21 281:23 331:23

**seen** 45:8 70:25 108:8 117:8,12 117:23 129:23 228:8 280:10 300:20 334:6

**segment** 80:8

**segregated** 131:7 136:2

**selection** 26:9

**send** 62:9 65:21 100:18 103:7 104:3 119:18 120:2 128:20 194:11 197:4 242:25 245:18 265:4 266:18 267:6 274:8,12 275:9 290:4 318:23 340:10

**sending** 103:20 210:22 216:25

**senior** 24:18 30:14,25 31:3 31:4 32:10 35:2,5 56:10 223:2,15 254:16,17 269:2

**sense** 130:22 139:22 142:13 159:24 164:2 175:13 181:3 210:3 211:8 216:20 338:8

**sent** 58:13 62:5 65:16 66:18 103:19 104:2,7 104:11 119:11 119:16 144:4 180:4 181:17 184:22 186:22 186:23 187:11 187:23 196:25 200:18 204:19 221:21 229:19 241:5 244:2 266:17,19,25 275:4,12 291:13 294:13 321:4 332:3

**sentence** 211:22 237:6 258:4 260:8

277:10 278:4 316:16

**separate** 50:4,4 50:4 113:6 206:16 207:13 235:7,11,12 328:22

**separated** 49:22 143:11 286:24

**separating** 146:24

**september** 105:4 118:18 128:8 137:7,9 168:4

**series** 19:12

**serious** 228:12

**seriousness** 271:15

**serve** 290:8

**service** 3:16 41:16 42:9 43:25 44:10 46:3,6,12 61:9 92:17 206:19 208:11 232:20 234:6 236:10 236:11,17,19 236:24 286:5,6 286:18,18

**services** 18:9 61:8 210:24 286:10

**set** 175:23 229:3 236:2 347:13,21

**sets** 238:20

**setting** 333:10 333:19

**seven** 30:10 35:17 36:12 41:9 54:17 73:22 205:13 222:3,14,19 229:23 294:12 296:19,20 327:10

**several** 19:6 77:5 87:23 221:15

**sex** 163:4,8 164:8,12 165:4 166:4 169:20 176:13

**sexual** 83:17 164:22 165:2 166:2,4 176:17 176:24 261:12 263:12,24 325:24

**sexuality** 295:10

**sexually** 163:13 163:24 164:7 165:12 263:13 305:13

**[shannon - side]**

| | | | |
|---|---|---|---|
| **shannon** 238:2 | 218:20 237:6 | 80:3,10,13,21 | 247:6,11,12,14 |
| **shaped** 152:4 | 267:11 319:20 | 81:8,13 84:13 | 248:3,16 251:9 |
| 154:10 | **shorter** 160:12 | 84:14 85:7,11 | 253:12,15,20 |
| **share** 264:24 | **shorthand** | 85:12,18,21,22 | 255:25 256:6,7 |
| 266:14 293:22 | 80:19 81:2 | 86:7,8,10 87:3 | 256:18,23 |
| **shared** 6:16 | **shortly** 7:17 | 90:13 91:5,8 | 265:21 268:16 |
| 65:10 102:20 | 156:7 252:6 | 91:14 92:4,9 | 268:18 269:8,9 |
| 121:25 184:21 | 271:18 | 93:14,19 94:12 | 269:18,20 |
| 241:24 321:11 | **shot** 276:2 | 94:12,13 96:10 | 270:10 281:12 |
| 334:7 340:23 | 282:8,15,16,18 | 96:13,14,17 | 282:17 310:11 |
| **sharing** 92:17 | 282:24,25 | 97:3,8 101:10 | 310:12 311:3 |
| **sheet** 343:2 | 283:21,23 | 105:2,24 | 322:25 323:18 |
| **shepard** 202:13 | 285:3 286:14 | 109:11 114:23 | 323:21 327:15 |
| **shift** 81:3 94:16 | 286:14 287:15 | 116:3 120:25 | 327:18 328:2 |
| 95:19 131:25 | 338:6,9,23 | 121:21,23 | 338:11 |
| 150:24 210:13 | **shots** 34:3 | 122:9 129:4,5 | **showed** 141:4 |
| 297:10 | 275:20 287:13 | 129:8 139:19 | 217:11,17 |
| **shifts** 128:12 | 339:4 | 140:22 141:10 | 268:8 339:23 |
| 129:13 131:22 | **shout** 283:2 | 144:18 169:11 | **showing** 217:21 |
| 150:22 205:14 | **shouting** | 180:20,25 | 296:22 |
| **shine** 28:6,11 | 275:18,19 | 182:12 200:22 | **shows** 27:11 |
| 28:14 29:3 | **show** 24:13,22 | 202:13 206:12 | 79:5 90:23 |
| 107:9 | 24:24 26:2 | 206:24 210:8 | 94:10,19 95:12 |
| **shit** 232:21 | 27:13 29:9,16 | 211:7 214:11 | 96:20 143:8 |
| 236:20,21 | 30:8,12,17 | 221:16,17 | 194:23 208:19 |
| 276:3 301:8,16 | 31:4,13,20 | 222:10,13 | 209:7 214:7 |
| **shocked** 306:2 | 32:6 33:2,3,5,9 | 223:8,19,20 | 275:21 327:16 |
| **shokan** 4:11 | 33:23 34:13,16 | 224:4,5,7,15 | 329:24 331:10 |
| 14:8 17:21,21 | 34:19 35:17,21 | 225:21 226:2,3 | **shut** 59:13,14 |
| 18:2,5,7 19:18 | 39:12 43:7 | 226:10 228:22 | 196:10 292:23 |
| **shop** 84:25 | 45:22 47:25 | 228:23 229:23 | **side** 14:16 27:5 |
| **short** 19:21 | 48:11,17 50:8 | 233:24 238:20 | 113:9 148:6 |
| 137:16 166:3 | 50:15 78:9 | 240:20,21 | 152:24 192:19 |
| 194:12,13,13 | 79:4,6,17,25 | 241:3 242:21 | 192:24 |

**[sides - space]** Page 64

| | | | |
|---|---|---|---|
| **sides** 166:25 | **situation** | **smith** 202:13 | **somebody's** |
| **sign** 108:23 | 100:20 | **smoke** 119:23 | 193:22 228:11 |
| **signature** 40:13 | **six** 37:11 72:2 | **smoking** | **someone's** |
| 347:23 | 101:14 146:16 | 119:21 120:3 | 32:24 67:14 |
| **signed** 3:10,12 | 173:19 174:6 | **social** 18:9 | 155:8 194:19 |
| 3:15 40:18 | 229:24 264:7 | 69:19 70:7,16 | 195:3 |
| 153:13 238:8 | 277:8 312:16 | 92:16 319:12 | **sony** 72:6,15 |
| 326:12 | 313:24 | 319:15,15 | **soon** 242:24 |
| **significant** | **sixth** 174:2 | **socialize** 45:3 | 291:19 |
| 126:10 192:13 | **size** 153:10 | **sofa** 154:8,10 | **sorry** 18:17 |
| 263:23 326:19 | 160:14 | **somebody** | 65:2 84:18 |
| 340:12 | **skinnier** 160:20 | 50:13,15 56:23 | 190:15 197:12 |
| **signoff** 238:9 | **skinny** 160:16 | 65:22 83:19 | 264:23 276:9 |
| **similar** 29:24 | 160:24 | 88:6 131:9,19 | 283:24 330:11 |
| 166:12 263:11 | **slack** 196:15 | 140:16,19 | **sort** 96:19 |
| 283:6 | **slash** 340:19,20 | 143:5 184:9 | 100:2 130:4,7 |
| **simple** 61:24 | **sleep** 297:19 | 188:19 190:3 | 163:17 204:15 |
| 191:10 195:18 | **sleeping** 298:5 | 190:25 193:24 | 289:14 305:25 |
| **simply** 10:24 | **sliding** 112:2 | 208:18 209:9 | 310:15 327:10 |
| 126:21 168:6 | **slightly** 116:3 | 209:15 226:19 | **sound** 93:7 |
| 308:24 | **slop** 234:6 | 228:12 236:24 | 115:16 124:24 |
| **simultaneously** | **slot** 33:19 | 239:5 240:10 | 126:5 162:9 |
| 242:20 | 80:17 228:22 | 240:25 244:23 | 166:8,10 |
| **sincere** 246:25 | **slots** 79:8 | 246:2,15 | 167:12 271:25 |
| 247:3 | 222:17 | 247:24 259:14 | 338:24 |
| **single** 79:14 | **small** 154:10,11 | 261:12 265:19 | **sounds** 299:4 |
| 146:22 167:15 | 238:13 | 266:6,12,15 | 299:10 338:19 |
| 168:2,2 271:5 | **smaller** 238:15 | 268:24 269:2 | **source** 38:6 |
| 300:19 321:12 | 276:12 | 269:18,19 | 200:2 233:5 |
| 322:6,7 332:4 | **smartmatic** 9:2 | 282:14 288:4 | **sources** 38:2 |
| **singled** 339:4 | 9:8 | 288:17 291:17 | 72:2 |
| **sit** 338:3 | **smiley** 104:9,18 | 293:21 299:5,9 | **southern** 1:2 |
| **sitting** 91:16 | **smily** 99:16 | 300:9 310:19 | **space** 92:13,14 |
| 167:8 262:15 | 200:25 | | 92:24 117:3 |

**[space - starting]**                                       Page 65

184:7
**spam**  59:18
**speak**  44:24
66:15 68:13
83:2 90:20
122:20 127:17
131:16 135:21
136:5 144:17
191:8 196:2
218:7 230:10
285:24 287:4
294:11 335:22
**speaking**  107:6
109:10 230:10
248:14
**special**  142:3
167:4,11
226:13
**specific**  57:9,14
57:22 61:17
67:5 142:22
145:17 175:17
214:5 229:18
252:15 265:18
269:18 287:10
318:19
**specifically**
28:22 29:8
30:10 45:17
51:5 82:7 83:5
83:11 95:14
107:13 109:23
125:24 140:20
141:9 144:7

146:25 155:19
158:16 167:2
176:15 182:14
183:3,23
188:13 211:16
213:12 230:7
232:25 233:2
244:9 262:14
269:20 282:13
**specifics**  13:15
55:16 78:18
155:20,24
156:5 171:11
321:13 333:13
339:2
**specified**
342:11
**speculate**  266:8
**speculating**
219:10
**speculation**
52:17 54:8
81:16 176:9
184:3 191:19
192:10 229:9
253:7 260:25
263:4 264:14
294:22 295:20
301:18,22
311:6
**speculative**
301:24
**spent**  40:23
231:3,5 265:24

292:14 296:14
**spoke**  13:22
61:11,23 68:12
82:25 84:6,8
107:8,23
131:24 132:18
187:2 232:17
285:25 287:5
289:5 314:18
**spoken**  13:18
42:23
**spot**  149:25
**spouse**  13:22
**square**  151:10
152:3
**squarely**  44:14
46:25 323:25
**ss**  347:5
**staff**  317:5
**stage**  197:23
**stagnant**  217:7
217:20
**stairs**  173:25
174:4 175:6,10
**stairwell**
174:23 175:2
175:21 176:18
**stamped**  76:9
106:7 114:24
116:15 118:16
128:5 199:12
203:24 250:15
254:5 299:22
344:19,21,23

345:8,10,12,14
345:16,18,20
345:22 346:8
346:13
**stand**  316:18
317:6,14
**standard**
142:16 252:9
253:23
**standards**
234:8
**standing**  161:2
**stands**  39:8
**staples**  123:15
**starbucks**
271:9,24
**start**  105:10,20
105:20 122:25
127:5 128:17
195:8 261:24
**started**  22:16
86:24 105:8
115:14 117:18
124:2,3 126:22
137:3 143:16
259:18 260:6
270:24 275:25
291:16 305:12
306:21
**starter**  152:23
**starting**  22:17
27:20 86:23
88:13 307:24

**[starts - street]**                                               Page 66

| | | | |
|---|---|---|---|
| **starts** 277:9 | 236:3 241:5,10 | 140:15,21,24 | 167:18 201:11 |
| 300:5 | 241:13 242:7 | 141:18 142:3 | 291:3,23 292:4 |
| **startup** 152:21 | 246:21 249:17 | 143:4,7,10 | 308:16 309:9 |
| **state** 1:23 4:4,8 | 258:18 260:4 | 144:6 182:16 | 309:19,20 |
| 88:20 275:2 | 286:9,11 287:3 | 182:18 183:12 | 310:22 314:20 |
| 347:5,10 | 335:6,23 | 200:23 207:20 | 320:12 322:5 |
| **stated** 82:3,6 | **stationary** | 208:7 211:24 | **story** 12:11 |
| 104:13 124:21 | 121:16 | 212:12 230:16 | 26:9,9 91:18 |
| 157:21 178:19 | **stationery** | 230:16 235:23 | 142:6,20 |
| 187:19 190:23 | 120:19,22 | 236:13 238:14 | 166:12 167:16 |
| 217:19 336:15 | 121:12 122:3,5 | 241:17 247:13 | 174:6 199:22 |
| 340:16 | 122:16 123:2,8 | 258:21 265:10 | 199:25 200:6 |
| **statement** | 123:11,13,17 | 266:2 296:13 | 200:12 201:9 |
| 69:14 314:19 | 124:8 125:8,11 | **stay** 27:24 | 201:10,16,24 |
| **statements** | 125:16,22 | 155:7 192:19 | 202:9,11 |
| 69:9 154:2 | 126:4 230:23 | 192:23 252:17 | 203:14 210:21 |
| **states** 1:2 88:21 | 231:16,21 | **stayed** 237:21 | 226:24,25 |
| 198:14 274:6 | 294:10 297:3 | **step** 99:8,14 | 261:22 262:8 |
| **station** 21:14 | 341:10,12 | 104:16 | 265:16 282:3 |
| 22:12 23:16 | **stations** 26:15 | **stick** 162:6,14 | 284:25 290:21 |
| 24:7 25:2,8 | 41:18,19 44:15 | 168:10 170:18 | 291:16 300:20 |
| 51:10 68:10 | 44:16 46:17 | **sticking** 166:16 | 322:7 |
| 75:9 77:5 | 47:2,16 49:2 | **stipulate** | **straight** 271:13 |
| 84:23 87:10,13 | 49:16 50:19 | 184:25 | 271:15,20 |
| 87:16 89:13 | 57:4 78:3,5 | **stipulated** 3:5 | 278:9 297:21 |
| 93:15 94:18 | 87:14 88:15,16 | 3:20 | 297:24 |
| 95:2,24 96:8 | 90:5 95:5,9,13 | **stole** 12:11,25 | **strange** 123:5 |
| 96:13 98:13 | 95:17,21,23,23 | **stop** 37:13 | **streaming** 18:9 |
| 114:8 123:25 | 96:10 97:12,22 | 282:9 290:13 | 94:25 |
| 124:11 141:16 | 98:16 102:2 | **stopped** 93:2 | **street** 113:10 |
| 142:23 145:4 | 106:21 108:4 | **store** 197:13 | 137:13,14,15 |
| 169:24 170:12 | 113:23 114:2 | **stored** 72:3 | 146:7 147:19 |
| 181:24 192:16 | 124:2 127:4,8 | **stories** 11:2 | 147:22 148:18 |
| 209:10 221:5 | 139:15 140:8 | 85:7 141:8 | 273:21 |

**[strictly - sunshine]**

| | | | |
|---|---|---|---|
| **strictly** 140:7 | **subjected** | **sunbeam** 42:4 | 178:22 180:21 |
| **strong** 237:12 | 309:25 | **sunday** 92:2 | 181:8 184:2,25 |
| 246:18 | **subordinate** | 197:14 | 185:8,19 |
| **strongest** | 276:21 | **sunshine** 2:11 | 190:21 191:17 |
| 222:23 | **subpoena** | 7:3,12,24,25 | 192:9,25 197:6 |
| **structure** 29:4 | 290:4,8 | 10:22 28:19,25 | 198:17 202:23 |
| 50:5 78:22 | **subscribed** | 29:17 32:15 | 208:24 209:20 |
| 138:2 143:11 | 342:18 343:21 | 35:11 38:19 | 209:24 211:13 |
| 143:12,13 | **subsequent** | 41:22 42:16 | 212:6 213:6,23 |
| 182:20 | 62:6 | 47:11 48:3,19 | 214:19 215:23 |
| **studies** 18:7 | **succeed** 192:19 | 51:23 52:9,15 | 218:17 219:18 |
| **studio** 19:8 | 192:24 | 54:6 57:19 | 229:7 230:3 |
| 21:22 22:10 | **successful** | 58:2 60:2 | 234:19 240:4 |
| **studios** 17:21 | 98:16 188:18 | 61:13,16 62:24 | 240:11 244:12 |
| 18:3 | **suck** 91:4 | 63:5 64:11,16 | 245:10 246:6 |
| **study** 20:20,24 | **sucked** 304:17 | 65:18 66:4 | 247:2,19 249:5 |
| **stuff** 12:12 | 304:21 | 67:2,10,19 | 253:6 256:3 |
| 68:14 70:14 | **sudden** 95:8 | 68:2 69:5 74:3 | 259:11 260:19 |
| 79:10 81:8 | 305:24 310:15 | 75:2,23 79:18 | 260:24 262:25 |
| 101:4 110:2 | **suddenly** | 80:4,14 81:14 | 264:13 267:7 |
| 117:9 124:4 | 261:20 | 82:13,17 91:9 | 267:22 270:8 |
| 144:4 197:11 | **sued** 11:20 | 92:6 124:16 | 272:16 273:3 |
| 197:17 206:22 | **suggest** 336:20 | 125:5 134:17 | 274:14 278:21 |
| 207:7,20 | **suggested** | 135:10 138:9 | 284:5 288:3,9 |
| 221:23 225:23 | 57:17 140:5 | 142:10 143:18 | 289:7,20 290:3 |
| 227:3 238:22 | 165:3 174:14 | 143:25 145:6 | 294:21 295:19 |
| 263:10 270:2 | 174:16 208:14 | 155:10 156:12 | 298:14,24 |
| 288:20 297:3 | 280:18 | 158:13 161:16 | 301:17,21 |
| 301:24 302:7 | **suing** 11:19 | 164:24 165:16 | 308:19 309:15 |
| 302:15 313:19 | **suits** 11:22 | 165:24 166:5 | 309:18 311:4 |
| **style** 151:23 | **summary** | 168:13,18 | 311:11 314:5 |
| **subject** 41:5 | 250:18 254:7 | 170:2,9 171:4 | 315:17 316:14 |
| 128:11 132:14 | 255:3 | 176:7,22 | 317:3,14,22 |
| 337:2 | | 177:11 178:17 | 319:17 323:2 |

[sunshine - take]                                                    Page 68

323:22 324:9
324:12,18
339:14 341:16
**super** 96:11
219:12 273:8
277:19
**supervising**
316:24
**supervision**
91:24
**supervisor**
31:16,18,23
43:23 117:10
131:19,21
221:25
**supervisors**
43:23 46:13
**supervisory**
32:6
**supplied**
236:17 327:2
**supply** 315:4
**support** 281:5
**supporting**
312:8
**supportive**
183:13 215:5
**suppose** 59:6
98:8 106:19
117:7 183:21
209:17 220:7
281:21 306:15
327:3

**supposed**
212:21 274:24
276:7
**sure** 5:14 8:12
12:2,2 15:10
38:21 51:10
67:13 71:5
83:11 89:19
96:16 101:14
102:25 104:22
108:23 122:24
124:21 126:7
127:9 135:24
145:12 150:4,9
154:3 158:20
162:16 165:7
176:11 177:17
177:19,20
182:19 183:4
183:21 201:17
203:8 206:10
210:9 212:13
212:22 214:12
222:4 223:15
229:13 237:16
247:11 263:19
265:19 267:4
276:10 303:20
304:12,23
321:13 341:6
**surfaces** 153:5
**surge** 19:15
**surprise** 305:9

**surprising**
216:24
**surrounding**
59:4
**survive** 55:5
**suspect** 168:23
169:3
**susteren** 27:13
27:15 29:8,15
30:8 31:13,20
32:6,25 47:25
48:11,17 50:8
105:2 223:8
224:7 251:15
268:16 269:8
310:10
**suzanne** 28:6
31:25 32:4
53:23 107:9
254:23
**svp** 28:10
111:23
**swag** 231:8
**swanson**
113:24
**switch** 96:6
223:16
**switched** 32:2
59:19 78:13
222:17 313:16
**sworn** 3:10 4:3
342:5,18
343:21 347:13

**syndicated**
212:2
**system** 50:7
141:4,6 145:10
193:12,19
194:10 195:18
196:15 206:17
206:25 207:13
207:16,19,23
208:10,11,17
208:20 210:14
210:25 219:7,9
219:21
**systems** 138:5
235:18

**t**

**t** 3:2,2 22:14
50:22 342:2
344:11 345:2
346:2 347:3,3
**table** 152:3
**tables** 153:3
**tabs** 134:2
**tail** 35:8
**taitelman** 2:9
**take** 5:20 27:6
37:10 82:17
94:20 106:8
173:25 212:21
218:17 236:23
281:11 282:2
290:10 301:25
302:4 303:3

308:23 310:3
319:18 326:16
328:22
**taken** 1:17
82:20 137:17
218:21 258:24
267:12 278:24
319:21
**takes** 341:9
**talent** 26:10
97:8 307:3
**talk** 55:21
68:17 103:15
131:20 136:8
139:18 140:16
164:11 182:6
191:12 196:14
197:5 217:14
222:7 229:4
232:4 238:25
239:2 244:4
248:23 279:20
284:13,17
288:25 292:18
292:24 309:24
336:8
**talked** 12:14
43:15 126:23
157:13 164:15
187:5 195:25
217:23 221:8
239:13 258:20
265:6 291:13
322:13

**talking** 52:5
61:20 108:2,4
111:6,17
140:14 141:22
175:17,20
184:15 199:21
200:8 201:17
203:4 215:25
217:10 221:24
222:8 228:22
229:2 232:6,8
238:6,19,21
239:8 240:2
246:2 253:9
257:22,25
258:15 259:8
259:13 262:15
278:14 281:19
294:9 298:3,20
305:15
**talks** 221:16
222:3,5,12
**tall** 160:15,16
**taller** 160:12,18
**tame** 286:24
**tampa** 21:14
89:9 95:17
96:12,13 124:2
220:16 221:8
237:22 241:23
249:18,22
**tanvir** 2:6 4:13
**tape** 282:20

**taped** 129:7
**tarrant** 224:24
**tasks** 85:2
**team** 46:16,20
46:20 113:5,7
238:5 268:4
307:5 331:4
339:11
**technical**
320:18 329:10
**technically**
31:7 225:18
**teleprompter**
21:23
**television** 26:15
36:12 41:18,19
50:25 74:11
106:21 108:4
113:23,25
182:16,17
191:2 207:3
234:9 236:3
248:5 276:14
308:4 320:10
320:11 335:5
335:23
**tell** 35:24 56:25
64:22 81:3
83:23 88:4
94:3 104:20
116:17 119:12
131:13,14
135:8 139:3
166:11,20

173:6 181:13
188:22 189:3,8
189:12,15,18
189:22 192:6
195:21 203:9
203:13 217:6
227:7 228:7
238:10 245:17
247:17,23
260:16 268:5
271:11 272:8
280:7,16
312:13 338:18
**telling** 82:11
96:7 105:13
135:9 227:19
244:14 246:11
**tells** 195:15
279:25 291:25
**temporary**
201:14
**ten** 17:11 25:23
26:6 77:15
78:8 79:12
80:10,19,24
85:17,21 86:6
86:8,11 87:4
97:12,19,20
98:2,5,18,21,23
141:3 200:21
222:5,13,15,19
223:5 249:6
259:2,3,9,12,16
259:16,19

**[tenants - third]** Page 70

| | | | |
|---|---|---|---|
| **tenants** 173:10 | **thank** 126:11 | 248:7 262:3 | 245:7 246:4 |
| **tend** 88:23 | 241:22 339:6 | 287:8 296:5 | 252:14 255:24 |
| 111:11 | **thanking** 126:8 | 308:7 311:2,10 | 256:8,10 |
| **term** 5:12 | **thanks** 201:2 | **think** 5:23 39:9 | 257:24 258:13 |
| 19:21 252:7,9 | **theme** 232:7 | 41:9 43:4,14 | 259:13 261:6 |
| 272:18 319:25 | **therapy** 302:6 | 48:10 52:3 | 261:14 262:18 |
| 324:25 | 302:8,9,11,17 | 53:3,7 60:8,17 | 263:16,21 |
| **terms** 5:9 84:12 | 302:18 303:4 | 63:7 70:13 | 264:11 266:4 |
| 94:17 112:18 | **thing** 13:5 | 72:19 77:23,25 | 267:9 270:20 |
| 133:3 214:9,13 | 50:17 62:8 | 78:16 81:11,17 | 272:25 273:14 |
| 219:4 234:17 | 115:22 121:23 | 81:17 91:6,12 | 274:22 275:14 |
| 253:2 323:12 | 123:20 126:3 | 93:3 97:6 | 279:9,13,17 |
| 339:10 | 127:6,9 129:2 | 103:3 108:19 | 281:13 283:12 |
| **terrible** 63:21 | 167:20 171:17 | 110:17 112:17 | 288:16 290:20 |
| **testified** 4:5 | 175:19 193:12 | 123:4,19 | 293:4 294:19 |
| 331:20 337:24 | 193:23 196:10 | 126:13 127:17 | 295:17 299:7 |
| **testify** 342:5 | 200:19 201:17 | 130:6,25 | 299:12 301:14 |
| **testimony** 9:16 | 208:9 210:20 | 134:10 136:25 | 303:7 305:17 |
| 51:24 66:5,10 | 233:23 239:18 | 137:4,5 143:20 | 307:17 308:13 |
| 165:17 177:13 | 246:12 247:23 | 146:23 148:16 | 310:21,22 |
| 323:9 324:17 | 277:19 286:16 | 149:7,24 150:4 | 315:3 328:11 |
| 330:22 335:3 | 287:17 292:3 | 150:23 158:22 | 330:10 331:2 |
| 336:25 337:15 | 322:2 338:9 | 159:7 160:15 | 331:20 332:17 |
| 340:17 342:6 | 340:12 | 164:16 168:8 | 335:16 338:17 |
| 342:10 347:15 | **things** 6:3 12:4 | 179:7,13 | **thinking** |
| **texas** 209:10 | 77:24 81:2 | 183:24 184:4 | 107:24 222:9 |
| **text** 43:9 | 86:25 88:20 | 190:6 197:23 | 271:12,20 |
| 220:19 221:21 | 100:13 101:7 | 204:10 219:6,8 | 292:15 297:21 |
| 243:25 244:11 | 107:17 116:25 | 219:9,11,11 | 297:24 |
| 274:16 279:25 | 117:24 135:25 | 220:14 223:16 | **thinks** 278:6 |
| 313:4 | 144:14 145:16 | 225:3,4 229:25 | 306:4 |
| **texted** 43:6 | 152:17 154:20 | 231:16,23 | **third** 41:11 |
| **texts** 171:9 | 175:18 188:16 | 232:11 234:3 | 110:8 117:13 |
| 274:6 305:6 | 196:8 210:23 | 243:11,13 | 193:5 205:24 |

**[third - time]**                                                      Page 71

| | | | |
|---|---|---|---|
| 206:4 281:18 | **throw** 234:6 | 87:20 88:12 | 179:4,6,10,23 |
| **thought** 67:25 | **thumbs** 265:2 | 89:5,19,23 | 180:25 182:15 |
| 82:12 103:11 | **tiebreaker** | 93:8 94:3,9 | 184:16 187:4 |
| 124:14,21 | 85:13 | 95:11 97:10,22 | 191:24 195:5 |
| 167:4 183:8 | **tied** 58:16 | 98:4 102:15,20 | 195:24 197:2 |
| 184:17,19,20 | **tight** 88:18 | 103:12 104:4 | 201:20 202:18 |
| 190:19,24 | **tiktok** 70:10,12 | 105:15 108:15 | 204:17 206:25 |
| 191:4 203:5 | **time** 1:13 3:22 | 109:7,8,14,16 | 209:12,22 |
| 227:22 230:25 | 4:19 8:9 9:5 | 109:25 113:12 | 210:8 213:18 |
| 234:11 237:8 | 10:11 11:3,12 | 113:14,18 | 216:10 220:4 |
| 249:19,21 | 12:5,13 20:14 | 114:4 115:10 | 222:17,20 |
| 257:21,22 | 20:22 22:3,4 | 115:18 116:24 | 223:3,3,7,21 |
| 263:22 264:15 | 23:16 25:5 | 117:20 122:25 | 224:5,16,23 |
| 266:7 280:14 | 26:7,22 27:9 | 123:22,23 | 225:7 228:21 |
| 280:17 300:8 | 27:13 28:8,16 | 124:22 125:16 | 232:12,17 |
| 317:18 | 29:9 30:12 | 129:8,20 130:7 | 236:2 243:11 |
| **thoughtful** | 31:12,19,24 | 130:13,20,23 | 248:4,10 251:5 |
| 123:20 | 32:22 33:19 | 131:19 133:5 | 251:8 253:8,11 |
| **thousands** | 34:16,22 35:4 | 134:11 137:12 | 254:18 255:13 |
| 167:18 | 36:11 40:18 | 138:22 139:17 | 255:15 258:6 |
| **thread** 76:17 | 42:7,11,20,22 | 141:5,14 | 259:3 260:2 |
| **three** 17:4 22:2 | 43:18 44:2 | 142:25 144:19 | 261:8,11 |
| 33:13,15 34:5 | 45:24 47:22 | 145:11,16 | 263:23 266:10 |
| 45:12 99:6 | 51:8 53:15 | 146:17,20 | 266:15,19,25 |
| 118:2 134:11 | 54:12,22 56:19 | 147:2,9,13 | 267:25 268:20 |
| 200:21 225:10 | 58:16,18,20 | 149:7,13 | 270:4,13 |
| 242:19,23 | 59:3,4 60:21 | 153:17 154:18 | 273:16,23 |
| 244:4 281:20 | 61:17,21 64:10 | 155:2 156:11 | 276:10 280:2,5 |
| 282:20 299:23 | 67:15 68:11 | 156:19,25 | 280:15 284:15 |
| 312:6 329:9 | 71:19 72:13,21 | 158:7 159:4 | 284:18,22 |
| 346:14 | 77:9 78:4,7,12 | 160:18 161:24 | 285:13,16,19 |
| **throat** 162:15 | 79:8 80:17 | 167:22 169:16 | 290:6 292:4,4 |
| 166:17 168:11 | 83:21 85:17,20 | 169:22 170:6,8 | 292:4 295:9 |
| 170:19 | 86:5,12,20 | 172:4,13,18 | 297:8 298:21 |

[time - total]

Page 72

301:6 302:16
306:22,25
307:9,11,13,25
309:13,17
310:18 313:2
321:24 326:11
327:7,9 329:8
332:10,14
333:2,24
334:12,12
335:19 342:10
**timeline** 30:11
110:10 258:10
305:17
**timelines** 77:24
**times** 4:22,24
7:9 8:7 9:10
10:2 45:7,18
51:19 52:2,6
52:12,20 53:8
65:12,13 66:25
68:18 78:14
83:7 94:5
118:3 126:23
134:8,11
137:24 141:3
141:12,20,23
181:20 197:25
198:7 200:15
215:22 219:2
228:8 249:7
250:4 263:21
265:10 271:3
275:23 281:7

285:22 304:18
306:12 310:2
314:19 322:4
330:23 331:3
**timing** 187:16
190:11
**tip** 202:12
**title** 21:19
22:23 24:8,15
25:12 29:11,22
29:25 30:2,4,5
30:13,24 31:2
33:13 34:12,19
34:21,21,25
35:4 79:25
86:20 93:10
211:3 217:22
223:10 251:5
254:13,14
**titles** 30:7
34:24
**tmz** 200:2
202:12
**today** 4:17 5:10
82:24 94:13
96:14 99:4
103:20 104:2,8
113:21 119:17
137:6 139:7,12
144:6 167:9
196:16 234:25
237:3 242:20
242:21 258:25
265:21 292:9

338:3
**today's** 6:11,20
13:18 119:17
**together**
145:20 148:18
157:4,6,12
158:18 172:13
172:20 234:7
273:18 282:3
301:12 307:10
**told** 56:5 65:15
65:25 77:14
96:5 105:12
107:8 119:9,10
130:10,25
132:16,21
143:22 167:10
168:10 170:16
184:9 189:21
190:2,14 200:2
210:5 211:16
216:13 218:8
227:12 241:20
241:25 242:12
243:21 244:7
244:15 245:8
245:12,14
256:17 271:19
272:18 285:7
285:10 297:20
300:17
**tolerance**
274:20

**tongue** 162:7
162:15 166:16
168:11 170:18
**tonight** 34:8
86:2 204:5
**took** 63:13
134:5 221:24
243:5 270:18
270:19 271:9
271:23 314:10
**top** 24:21 25:25
26:4,5 28:15
28:24 30:16,19
33:22 34:15
46:13 50:18
74:20 77:15
78:7 81:13
87:9 93:20
114:3 129:16
163:20,21
192:13 193:20
194:11,12,15
194:16 220:3,4
253:4,20
258:24 276:17
307:15
**topic** 132:7
322:12
**topline** 50:18
50:23 51:2,4,7
51:15 219:4,23
**tornado** 141:16
**total** 22:2

**totality**  142:23
**totally**  5:18
  36:5 237:15
  306:2 323:3
**totem**  93:15
  297:6,8
**touch**  161:15
  161:19,21
  162:20 202:8
  202:10 293:19
  296:22
**touched**  213:2
**touching**  75:21
  161:22 162:22
  162:24 202:8
  278:19
**tough**  101:19
  274:19
**toward**  95:20
  150:20 152:19
  307:4
**towards**  31:8
  96:21 273:2
**town**  27:5
  53:15 198:13
**track**  219:13
**tracked**  232:21
  236:20,21
**tracks**  109:25
**traffic**  219:8
**trail**  340:13
**training**  91:19
  326:16,20,22
  326:24,24

**trajectory**
  192:8 295:5
**transcript**
  341:15,17
  342:9,9
**transferred**
  86:10 182:11
**transferring**
  181:23 182:7
  268:13
**transitions**
  87:23
**transpired**
  165:8 178:5
**trash**  151:19
**travel**  14:2
  125:14 150:18
  151:4
**traveled**  266:22
**traveling**
  327:14,25
  328:6
**treated**  284:14
  290:15
**trend**  96:2,4,19
**trial**  3:22 9:20
  226:18
**trickle**  142:7
**tried**  102:4
  128:25 183:10
  183:15 215:5
  243:10 248:8
  290:18 301:25
  302:4 305:11

  305:13,24
**tries**  252:17
**troubling**
  108:16
**truck**  17:8
**true**  40:16,17
  68:22 69:11,16
  84:3 97:19
  116:7 185:6
  212:4,25
  232:17 262:3,4
  291:20 293:19
  293:20 296:10
  296:24 308:24
  342:9 347:14
**truly**  247:16
**trust**  132:11,22
  313:17
**trusted**  91:23
**trusting**  133:2
**truth**  5:4 342:5
**truthful**  295:3
  298:22
**truthfully**  5:24
**try**  135:23
  161:4,7,11
  162:6,11 163:4
  174:22 175:5
  189:20 226:13
  303:3
**trying**  12:6
  90:21 92:10
  97:17 122:13
  127:14,16

  165:4 175:15
  180:14 183:13
  188:13,17,20
  222:22 227:6
  228:19,24
  237:6,7 240:24
  246:20 248:2
  291:2 292:18
  297:18 305:20
  338:18
**tucker**  34:7
  35:6,10,16
  36:21,24 37:6
  37:8,14 38:3,4
  251:9 253:12
  256:7,18
  306:21,25
  310:25 311:7
  311:14 322:18
  323:18,20
**turn**  40:25 90:2
  218:15 264:16
  304:15 314:22
  335:2
**turning**  86:13
**tv**  49:15,23,25
  50:19 51:10
  57:4 68:9 75:9
  77:19,21 78:2
  78:5 81:20,23
  82:4 84:23
  87:14 88:15,15
  88:22 89:13
  96:22 100:24

102:2 114:7
123:23,24,25
124:2,4 127:3
140:15,21
143:4,6,9
154:11 181:23
181:25 183:12
192:16 207:20
209:10 214:11
221:5 229:3
238:13,14
241:17 246:21
246:22 249:17
258:18,21
265:10,25
287:2 296:13
331:10 335:12
**tweets** 194:14
**twice** 4:24 63:7
**two** 4:24 8:11
9:18 14:18
15:17 16:5
17:19 18:4,6
18:15 20:5
26:12,25 37:18
37:20 38:4
41:2 42:20
63:18 73:14
91:19 93:3
94:14 102:8
121:12 132:7
134:11 138:7
148:17 150:13
152:20 153:4

157:6,9,11
158:11 159:15
160:4 165:14
165:20 172:12
177:21 178:15
200:20 201:15
243:6 253:13
253:15 262:19
263:10 265:6
265:25 276:3
285:21,22
294:4,12,16,24
295:7 296:22
316:16 320:13
339:23
**type** 81:5 121:5
121:11 163:21
191:3 193:22
193:23 194:8
194:18
**typed** 60:15
**types** 295:25
**typical** 226:8
**typically** 51:20
226:10 320:9
320:20 328:4,7
**typing** 195:9
245:21

**u**

**u** 3:2
**uh** 23:7,9 76:24
90:14,17 119:2
146:8 150:15

187:7,9 199:15
199:19 237:25
240:16 254:8
264:3,21 265:3
300:3
**ultimately**
186:25
**unable** 5:23
**unavailable**
102:24
**unbutton** 161:7
**uncommon**
225:8
**under** 6:7 9:17
32:17 36:20
74:10 87:17,18
87:18 235:24
286:6 316:11
330:14 331:15
**understand**
5:11,14 23:13
46:9 89:23
90:18 93:24
97:16 109:9
206:8 210:9
214:24 229:5
233:8 264:24
266:13 281:25
289:24 338:2
338:17
**understood**
325:23 337:15
**undertook**
330:23

**underwriting**
116:2
**unemployed**
243:10
**unfortunate**
261:23
**unfortunately**
81:23 137:14
138:3 234:10
281:24
**unfulfilled**
93:25
**union** 26:5 55:7
78:19 84:24
113:7 114:13
114:15
**unionized**
113:10
**unit** 14:18
**united** 1:2
**universal** 68:9
**university**
20:18
**unknown** 68:22
**unlawful** 12:20
13:4,10,12
**unquote** 282:7
**unsigned** 3:14
**untrue** 218:3
232:18 262:9
310:4
**untruths**
262:10

[unusual - visit]                                                    Page 75

**unusual**  239:7
**update**  59:16
  60:22,25
**updated**  60:17
  60:18
**upload**  209:5,7
**uploaded**  208:3
  208:22 214:13
**upper**  113:9
**ups**  133:5
  189:9
**upset**  285:6
**upstairs**  174:3
**upstate**  17:8
**uptown**  14:16
  148:6
**use**  50:20,23
  51:2 58:17
  59:11 72:17
  92:24 116:24
  140:22 141:13
  142:9 188:20
  207:7 208:15
  208:17 213:12
  213:13,22
  214:12 235:17
  313:15 323:19
**used**  3:14 50:21
  53:5 59:9,17
  60:4 62:15
  66:9 72:20
  77:4,23 92:15
  93:4 95:6
  116:23 119:23

121:13 129:3
136:11,20
194:14,21
196:8 201:15
206:11,17
207:2 208:11
211:23 212:5
213:4,8,10,19
214:6 234:25
276:10 308:14
320:4,6 324:25
340:19
**useful**  107:4
**user**  219:12
**uses**  207:5
  214:4 286:9
**using**  5:12 93:2
  195:20 196:15
  272:18 287:3
  323:18
**usually**  11:17
  79:2,7 80:16
  80:20 155:13
  163:19,20
  206:21 227:23
  227:24 228:2
  248:6
**utility**  29:20
  152:10 225:23
  227:3

|   **v**   |
| --- |

**v**  50:22

**vaccine**  320:15
**vague**  161:18
  166:6 170:4
  171:5 176:23
  185:20 197:7
  202:24 212:8
  214:20 230:5
  256:5 263:3
  270:9 274:15
  284:6 288:10
**vaguely**  149:21
**vaio**  72:6,15
**valley**  14:3
  15:3
**value**  230:25
**van**  27:13,14
  29:8,15 30:8
  31:13,20 32:5
  32:25 47:25
  48:11,17 50:8
  105:2 223:8
  224:7 251:14
  268:16 269:8
  310:10
**various**  7:10
  19:21 157:15
  201:23 213:14
  265:17 326:25
**vehicles**  16:25
  17:3
**vendetta**
  310:15
**verbalized**  23:9

**verbally**  279:8
**verified**  312:3
  318:3,6 346:17
**verify**  340:4
**verifying**  40:15
**veritext**  343:2
**version**  330:19
**versions**  123:16
**versus**  97:12
  98:23 234:18
  321:17
**vhf**  95:23,23
**vice**  28:12 31:9
  35:6 87:16
  110:18,20
  113:19 254:18
**victim**  83:17
**video**  141:17
  141:25 206:5
  206:17 207:16
  208:13,19
  209:5,7 210:25
  211:6 235:19
  236:17
**videos**  206:14
**view**  70:14
  145:18 207:20
**viewed**  286:8
**viewers**  98:25
**violations**  74:4
**virtually**  7:21
**visit**  151:3,5
  159:16,19
  161:5 167:8

| | | | |
|---|---|---|---|
| **visited** 178:8 | **want** 55:21 | **wants** 94:6 | 291:7 295:15 |
| 190:10 | 63:3 94:7,14 | 127:12 130:11 | 310:20 326:14 |
| **visiting** 172:16 | 101:14 105:24 | 291:9 | 331:14 337:20 |
| **vodka** 159:3,7 | 107:20 111:9 | **warren** 23:17 | 337:23 340:6 |
| 159:8,10,22,23 | 111:10 129:17 | **washer** 152:11 | 347:19 |
| **voice** 130:5 | 145:13 153:21 | **washington** | **ways** 36:6 |
| **volunteer** 56:8 | 154:13 163:8 | 23:17 237:3 | 138:19 142:20 |
| **volunteered** | 191:12 209:16 | **wasted** 67:14 | 235:17,18 |
| 56:9 | 210:5 222:3 | **watching** 4:17 | 286:8 |
| **voting** 9:3 | 242:25 244:4 | 87:2 98:9 | **weaker** 233:3 |
| 153:25 | 244:20 250:2 | 327:4 | **wearing** 160:8 |
| **vp** 28:9 225:6 | 253:20 264:24 | **watering** 53:8 | 160:8 |
| **vs** 343:3 | 266:8,14 276:6 | **way** 6:12 23:4 | **weather** 110:21 |
| | 282:18 284:24 | 47:13 82:9 | **website** 59:16 |
| **w** | 287:20 322:11 | 100:15,21 | 59:17 60:10,14 |
| **wabc** 98:17,22 | 327:6 335:2 | 103:3 129:18 | 60:17,17,23,25 |
| 98:23 | 338:2,17 340:9 | 130:19 136:22 | 125:14 222:10 |
| **wait** 5:21 201:5 | **wanted** 56:23 | 137:4 163:12 | 227:25 340:8 |
| **waited** 267:5 | 59:20 60:23 | 164:11 165:13 | **week** 93:18 |
| 277:23 | 65:4 85:10,11 | 166:7,9 171:21 | 110:11 137:25 |
| **waived** 3:9 | 92:18 108:14 | 172:6 174:4 | 156:17 201:15 |
| **wake** 94:14 | 109:19 116:3 | 176:19 185:17 | 205:13 215:22 |
| **walk** 151:21 | 127:19 141:24 | 185:18 186:13 | 219:9,13 |
| 152:16 174:3 | 144:18 145:2 | 191:21 193:25 | 327:11 328:2 |
| **walked** 151:16 | 157:24 189:23 | 206:13,22 | **weekday** 25:21 |
| 151:22 174:4 | 204:25 205:5 | 208:21 210:4 | **weekdays** |
| 305:23 | 208:19 209:13 | 210:19 218:9 | 22:18 110:24 |
| **walking** 175:2 | 212:3 214:15 | 219:16 232:21 | **weekend** 22:18 |
| 175:6,10 | 218:13 248:23 | 237:13 244:17 | 25:13,14 90:12 |
| **walkup** 146:11 | 287:21 306:24 | 248:5 261:6 | 90:22 91:13,17 |
| **wall** 152:5,9 | 307:11,19 | 265:8 280:5 | 92:4 93:14,19 |
| 201:16,16 | 339:22 | 283:2,13 | 93:22 110:17 |
| **walls** 77:24 | **wanting** 89:17 | 284:17 285:25 | 110:19,25 |
| | 217:3 | 287:5 289:5 | 327:15 |

[weekly - wells]                                          Page 77

| | | | |
|---|---|---|---|
| **weekly**  215:17 | 59:1 60:1,11 | 136:1 137:1,20 | 204:1 205:1 |
| **weeks**  64:14 | 61:1 62:1 63:1 | 138:1 139:1 | 206:1 207:1 |
| 102:8 121:12 | 64:1 65:1 66:1 | 140:1 141:1 | 208:1 209:1 |
| 137:21 187:15 | 67:1 68:1 69:1 | 142:1 143:1 | 210:1 211:1 |
| 201:5 339:23 | 69:21 70:1 | 144:1 145:1 | 212:1 213:1 |
| **weighed**  160:22 | 71:1,9 72:1 | 146:1 147:1 | 214:1 215:1 |
| 160:22,22,25 | 73:1 74:1 75:1 | 148:1 149:1 | 216:1 217:1 |
| **weight**  274:22 | 76:1,9,10 77:1 | 150:1 151:1 | 218:1,24 219:1 |
| **weird**  297:4 | 78:1 79:1 80:1 | 152:1 153:1 | 220:1 221:1 |
| **welcome**  120:7 | 81:1 82:1,23 | 154:1 155:1 | 222:1,15 223:1 |
| 120:8,10,10 | 83:1 84:1 85:1 | 156:1 157:1 | 224:1 225:1 |
| **welcoming** | 86:1 87:1 88:1 | 158:1 159:1 | 226:1 227:1 |
| 124:5 | 89:1 90:1 91:1 | 160:1 161:1 | 228:1 229:1 |
| **wells**  1:8,17 | 92:1 93:1 94:1 | 162:1 163:1 | 230:1 231:1 |
| 2:10 4:1,2,10 | 95:1 96:1 97:1 | 164:1 165:1 | 232:1 233:1 |
| 5:1 6:1 7:1 8:1 | 98:1 99:1 | 166:1 167:1 | 234:1 235:1 |
| 9:1 10:1 11:1 | 100:1 101:1 | 168:1 169:1 | 236:1 237:1 |
| 12:1 13:1 14:1 | 102:1 103:1 | 170:1 171:1 | 238:1 239:1 |
| 15:1 16:1 17:1 | 104:1 105:1 | 172:1 173:1 | 240:1 241:1 |
| 18:1 19:1 20:1 | 106:1 107:1 | 174:1 175:1 | 242:1 243:1 |
| 21:1 22:1 23:1 | 108:1 109:1 | 176:1 177:1 | 244:1 245:1 |
| 24:1 25:1 26:1 | 110:1 111:1 | 178:1 179:1 | 246:1 247:1 |
| 27:1 28:1 29:1 | 112:1 113:1 | 180:1 181:1 | 248:1 249:1 |
| 30:1 31:1 32:1 | 114:1 115:1 | 182:1 183:1 | 250:1,17 251:1 |
| 33:1 34:1 35:1 | 116:1,18 117:1 | 184:1 185:1,2 | 252:1 253:1 |
| 36:1 37:1 38:1 | 118:1 119:1 | 186:1 187:1 | 254:1 255:1 |
| 39:1,20 40:1,5 | 120:1 121:1,13 | 188:1 189:1 | 256:1 257:1 |
| 41:1 42:1 43:1 | 122:1 123:1 | 190:1 191:1 | 258:1 259:1 |
| 44:1 45:1 46:1 | 124:1 125:1 | 192:1 193:1 | 260:1 261:1 |
| 47:1 48:1 49:1 | 126:1 127:1 | 194:1 195:1 | 262:1 263:1 |
| 49:7,23 50:1 | 128:1 129:1 | 196:1 197:1 | 264:1 265:1 |
| 51:1 52:1 53:1 | 130:1 131:1 | 198:1 199:1 | 266:1 267:1,15 |
| 54:1 55:1 56:1 | 132:1 133:1 | 200:1 201:1 | 268:1 269:1 |
| 57:1 58:1,22 | 134:1 135:1 | 202:1 203:1 | 270:1 271:1 |

| | | | |
|---|---|---|---|
| 272:1 273:1,7 | 338:1,5 339:1 | **western** 139:14 | 343:5 347:12 |
| 274:1 275:1 | 340:1 341:1 | **wfor** 24:6 | 347:15,21 |
| 276:1 277:1,16 | 342:1,15 343:1 | **whatnot** 39:5 | **witnessed** |
| 278:1 279:1 | 343:3,5 344:1 | 54:13 100:7 | 86:25 |
| 280:1,2 281:1 | 344:20,20 | 101:23 121:20 | **wnbc** 55:10,24 |
| 282:1 283:1 | 345:1 346:1 | 124:5 158:20 | 56:17 61:11,22 |
| 284:1 285:1,25 | 347:1 | 172:2 180:14 | 68:6,9 130:18 |
| 286:1 287:1 | **went** 25:7 | 186:10 197:15 | 180:5 187:8,22 |
| 288:1 289:1 | 27:24 49:25 | 200:25 213:16 | 190:13,14 |
| 290:1 291:1,6 | 53:7,10,13,17 | 221:4 233:6 | 228:3 229:22 |
| 291:19 292:1 | 53:20 89:21 | 235:22 241:2 | **wnyw** 25:7,12 |
| 292:16 293:1 | 95:8 102:6 | 302:13 321:3 | 26:11,13,25 |
| 294:1 295:1 | 119:24 120:3 | **whatsoever** | 27:16 75:11 |
| 296:1 297:1 | 133:24,25 | 48:15 128:23 | 79:14 85:18 |
| 298:1,13 299:1 | 134:3,7 135:3 | 191:9 229:11 | 96:18 97:2,4 |
| 300:1,11 301:1 | 155:4,13 168:3 | **wheel** 73:8 | 97:14 98:17,20 |
| 302:1 303:1 | 172:5 178:25 | **whereof** 347:21 | 107:14,23 |
| 304:1,16 305:1 | 181:17 186:11 | **white** 73:20 | 108:12,21 |
| 306:1 307:1 | 200:10 202:15 | 160:17 | 113:5,15,20 |
| 308:1 309:1 | 216:17 220:15 | **wide** 321:17 | 114:4 124:3 |
| 310:1 311:1 | 221:12 237:5 | **wider** 181:17 | 147:7 273:19 |
| 312:1 313:1 | 239:4 280:19 | **wild** 302:7 | 274:4 282:5 |
| 314:1 315:1,7 | 281:13 285:5 | **window** 152:19 | 283:16 284:18 |
| 316:1 317:1 | 291:21 298:8 | 252:13 | 285:13 287:8 |
| 318:1 319:1,24 | 321:9,10 | **windows** | 289:15,17,19 |
| 320:1 321:1 | 326:23 | 116:21 | 289:22 337:18 |
| 322:1 323:1 | **west** 2:10 4:11 | **winky** 99:23 | **wnyw's** 113:2 |
| 324:1 325:1,9 | 14:8,16 22:12 | **wise** 160:14 | 114:10 |
| 326:1 327:1 | 137:14,15 | **wished** 237:21 | **wofl** 241:14 |
| 328:1 329:1 | 139:14 140:5,8 | **withdraw** | **woman** 30:22 |
| 330:1 331:1 | 146:6 147:18 | 323:15 | **women** 307:19 |
| 332:1 333:1 | 147:22 148:6 | **witness** 3:10,16 | 308:7 |
| 334:1 335:1 | 201:3,4 202:16 | 3:18 4:2 9:20 | **wondered** |
| 336:1 337:1,15 | | 309:11 341:19 | 265:9 |

| | | | |
|---|---|---|---|
| **wonderful** 4:18 | 217:3 226:12 | 84:13,24 88:8 | 45:21 49:15 |
| **wondering** | 229:18 230:7 | 88:11,15,23 | 50:8 78:5 |
| 13:2 153:22 | 230:10,11,12 | 89:6,14 100:23 | 80:10,22 90:24 |
| 278:3 290:13 | 230:12 233:10 | 101:2,8 102:2 | 104:25 114:11 |
| **word** 62:15 | 237:2,4,5 | 102:3 104:6 | 117:19 118:4 |
| 81:10 228:18 | 238:18 239:4 | 110:4 114:6,8 | 119:23 121:24 |
| 323:18,20 | 246:8 265:13 | 120:25 121:20 | 122:8 138:14 |
| **words** 23:9 | 268:10 270:13 | 139:14 145:23 | 139:4,6 170:6 |
| 66:9 67:5 | 273:18 276:6 | 147:6,10 | 180:12,19 |
| 232:18 | 278:23 279:14 | 150:21,24 | 181:11 197:24 |
| **work** 10:24 | 279:16,24 | 169:10,11,15 | 204:4,11,22 |
| 23:14 24:5,10 | 281:7 284:8,8 | 183:11,11 | 206:2 221:5,6 |
| 29:14 38:11 | 284:10 286:2 | 191:7 205:13 | 233:17 259:12 |
| 44:21 45:21 | 286:21 288:23 | 205:14 210:11 | 259:15,18,25 |
| 48:8,9 56:12 | 294:5,25 300:7 | 215:14 221:6 | 260:6,12 |
| 57:8,11 60:19 | 300:14,23 | 221:18 230:8 | 288:20 292:2 |
| 68:6 77:4 | 301:12 302:3 | 230:15,17 | 296:14 307:2 |
| 79:11 88:14 | 304:17 306:24 | 238:12,13,16 | 323:20 |
| 89:13 90:24,25 | 316:7,24 322:9 | 241:17 258:21 | **workplace** |
| 94:6,6 100:24 | 325:2,3 327:23 | 259:4,7 265:9 | 261:10 284:9 |
| 101:22 129:3 | 332:21,25 | 265:25 266:2,2 | 284:10 288:6 |
| 133:19 134:4,6 | **workday** | 269:25 282:5 | 323:19 325:17 |
| 134:16 136:19 | 116:25 | 286:22,23 | 325:21 |
| 138:8,12,13,24 | **worked** 21:21 | 296:13,14 | **works** 41:17 |
| 144:8 150:18 | 22:10 23:15 | 297:10 299:5,9 | 44:10 105:22 |
| 150:25 169:17 | 24:6,12 31:25 | 300:9,16,25 | 163:16 210:15 |
| 181:7,10 191:8 | 33:5 35:16 | 304:5,13,25 | 227:23 258:5 |
| 191:9 196:21 | 36:19,21 38:9 | 306:25 321:7 | 339:17 |
| 197:4,5,18 | 41:15 45:25 | 327:10 331:14 | **world** 41:25 |
| 199:16 200:23 | 47:15 54:11,16 | 332:3,12 | 86:2 89:16 |
| 200:24 203:12 | 55:2,18 56:12 | **working** 11:12 | 95:15 119:18 |
| 203:14 204:22 | 57:4,4,7,14 | 20:14 21:2,24 | 123:4 127:13 |
| 205:2,10,11 | 75:10 77:9,23 | 22:6 31:12 | 179:21 180:11 |
| 209:2 215:2 | 78:21 82:3 | 37:13 42:8 | 180:13 238:13 |

**[world - years]**                                                    Page 80

| | | | |
|---|---|---|---|
| 266:23 269:21 | **writing** 26:10 | **yeah** 15:4 23:3 | 115:19 116:5 |
| 273:17 299:13 | 69:3 91:16 | 65:20 76:16 | 149:4,14 |
| 306:23,24 | 298:10 314:16 | 78:4,6 80:11 | 251:17 294:8 |
| 331:8,11 | **written** 158:19 | 97:15 98:9 | 297:5,12 |
| **worried** 215:3 | 261:25 262:11 | 102:5,7 103:22 | 315:18 |
| 215:4 | 307:24 309:21 | 118:21 120:24 | **years** 8:11 11:9 |
| **worrying** | 324:4,21 | 121:25 123:13 | 15:20 16:24 |
| 292:15 | **wrong** 276:15 | 124:24 131:6 | 17:11 18:4,6 |
| **worst** 62:16,18 | 310:21 | 131:18 147:17 | 18:15 20:19 |
| 62:23 63:4 | **wrongdoing** | 171:22 173:15 | 21:3 22:2 |
| 66:2,25 | 12:17 | 173:18 180:4 | 26:12,25 29:6 |
| **worth** 38:13,18 | **wrote** 78:19,24 | 187:13 190:8 | 29:23 30:9,10 |
| 39:3 | 91:18 145:24 | 193:15 194:22 | 32:3 33:21 |
| **wpix** 98:3,7 | 260:13 277:21 | 201:5 203:8 | 35:17 36:12 |
| **wplg** 23:15,21 | 279:6 284:15 | 204:6 205:12 | 38:10,18 39:2 |
| 88:11 89:7 | 298:13 | 205:25 208:16 | 39:5,6 45:19 |
| **wptv** 22:11,15 | **wtf** 300:6 | 220:7 221:7,11 | 47:16 55:20 |
| 22:20,22,25 | **wtvt** 21:13,25 | 221:16 222:17 | 60:18,20 61:8 |
| 23:14 220:22 | 22:6,9 26:17 | 223:4 225:15 | 64:19 65:14 |
| 238:7 247:13 | 77:7 86:21,22 | 238:3,22,23 | 73:13,14 74:11 |
| **write** 79:5,9 | 87:4 88:13 | 242:9 249:25 | 77:5 83:20 |
| 85:3 130:5 | 89:9,20,24 | 252:4 255:7,11 | 89:8 96:12 |
| 289:4 | 92:5 93:9 | 255:22 259:6 | 100:24 101:6 |
| **writer** 22:10,16 | **x** | 259:24 301:9 | 103:2 116:24 |
| 80:9 | **x** 1:3,10 37:4 | 302:22 305:8 | 130:21 147:16 |
| **writers** 26:4,6 | 213:14 344:2 | 305:10 312:5 | 148:3 154:14 |
| 56:3 78:22 | 344:11 345:2 | 314:25 315:10 | 159:8,14 164:9 |
| 79:4,9,9 85:5 | 346:2 | 318:16 320:4 | 167:18,25 |
| 93:12 114:14 | **xes** 197:15 | **year** 17:5,10 | 169:13 176:6 |
| **writes** 236:25 | **y** | 18:24,24 22:21 | 177:18 183:22 |
| 282:4 292:17 | **y** 15:16 20:18 | 24:2 25:3 | 192:14 199:2,3 |
| 293:17 296:9 | 213:14 | 36:21,23 37:15 | 223:12,22 |
| 296:18 297:17 | | 40:23 58:24 | 229:24,24 |
| 304:16 | | 68:18 88:18 | 234:23 241:18 |

[years - zoom]                                                    Page 81

259:2,4,9,12,16
259:16,19,23
260:6,9,11
261:20 264:7
265:6 268:19
270:11 273:13
279:23 280:13
281:11 283:16
285:21 287:9
287:12 294:12
294:12,18
295:8 296:22
304:10 308:2
310:12 315:2
319:10 326:10
326:13 336:13
**yelled**  276:9
**york**  1:2,21,21
1:23 2:6,6,16
2:16 4:4,11
14:3,7,8,10
25:8 26:19,23
27:5,21 42:12
45:4 52:6,8
55:5,19 56:24
77:16 83:7
86:11 97:4,9
97:24 98:13
99:8,14,16
100:6,15,21
101:4,5,10,20
101:21 102:4
103:5 104:16
104:18 105:5

105:10 117:19
122:11,13
127:19,20
129:10 130:16
137:8,21
143:14 147:7,8
147:22 149:15
151:4 152:22
156:8 157:19
157:23 158:2
169:2 172:2
180:12,13
183:15 249:14
249:15,20
259:7 261:10
266:3,25
270:25 286:22
300:15 305:16
306:9 314:19
322:4 343:2
347:5,10
**young**  24:23
54:10,13 88:13
138:21 155:5
180:12 261:10
263:10
**younger**  27:22
261:9

|   z   |
| --- |

**z**  213:14
**zero**  60:8
135:13 140:13
142:13 160:9

165:10 166:18
169:21 215:6
292:14 331:19
**zoom**  2:7,19
4:16 7:22

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.