# EXHIBIT 21



**Kathleen Wells**

OCT 23, 2017 AT 2:49 PM

What's this McCarthy by any chance? Now that I looked back at it, he was pawing at a colleague of mine that was strait and this colleague got Very angry and complained very loudly. I kind of brushed it off like, "Oh he was just petting your head...it's not like he groped you. Now you know what women go through every day!" But I should have been more sympathetic. He did not want to be touched by him and he knew it and did it anyway. He could be very catty...he was so VERY overtly flirtatious verbally and physically. I did see it as being inappropriate at the time bc it could bite him in the ass but he kept on doing it so I assumed either no one complained or they did and he was protected somehow.
I feel bad for that colleague who was petted bc ppl (me sadly) brushed it off a ↓ rmless. He acted like the newsroom was his



DEFENDANT'S
EXHIBIT NO. 16
FOR IDENTIFICATION
DATE: 6/23/25  RPTR: W/t



**Kathleen Wells:** somehow. I feel bad for that colleague who was petted bc ppl (me sadly) brushed it off as harmless. He acted like the newsroom was his petting zoo. He liked me (professionally) for some reason. I never was overly friendly with him. He hated a lot of ppl and would talk bad about them all the time. I guess bc I always helped him, he took a kinder less gossipy look upon me.

OCT 23, 2017 AT 5:02 PM

Oh no but he definitely did things that could have gotten him in trouble too! This was Justin wells, ep at the time for Greta. Not even a bad looking guy, just extremely aggressive

He messaged me after I posted this asking who it was and I didn't respond. He knows damn well it was him. I almost took it as a sort of intimidation, like "you're n[ot] [go]ing to say anything r[igh]t?" Like playing

CONFIDENTIAL PLAINTIFF 000052



CONFIDENTIAL PLAINTIFF 000053



6:50
◀ Facebook

**Kathleen Wells**

when it it were anyone else I would be profusely thanking them for the info etc but bc it was HIM I was like "Yeah, ok." I was wondering when he would stop bc I really wasn't nice to him. I didn't curse him out, I just treated him like anyone else. He kept trying to talk to me and be nice..."You know we could be cousins" "No, we're not cousins." "Well we could be and wouldn't that be great" "No" "Haha..well I like you bc you are so good at your job etc" "Please shut up". He could possibly be related to me sadly...I just never asked him where his family was from. I didn't want to know. He replied to my goodbye email giving me his number and saying for me to keep in touch. Uh, no thanks.

That's funny he responded asking who it was. I think he thinks if he says that then it couldn't possibly know who it was..

Wow yeah he seems just like a

CONFIDENTIAL PLAINTIFF 000054



**Kathleen Wells**

> Wow yeah he seems just like a narcissistic jerk. The funny thing is he started on the floor crew at wptv then was a producer at WTVT in Tampa

> So like literally everyone I know he knows

> Yeah my coworker said he must not know if he asked. But at the same time he hasn't said anything to me in probably 7 years. Very weird to me to just ask about this and suddenly care.

> Might even be longer than 7. Since I left fox. When I got to Fox News he got me a big box of personalized stuff. My name was on stationary, etc. it was weird considering I only made $45k a year and was the lowest on totem pole

> He was trying to impress me I guess. Then he got pissed when I wouldn't sleep with him. Told me I was basically screwing

CONFIDENTIAL PLAINTIFF 000055



Chat with Kathleen Wells:

> He was trying to impress me I guess. Then he got pissed when I wouldn't sleep with him. Told me I was basically screwing myself over and not thinking straight

Honestly I would say he needs help but I think it's ingrained in him. He's not a nice person down to his soul. He CAN be nice...but he is just I don't know.... there's no word that comes to mind that Best describes him. Sad that someone like him has climbed so high! I mean his letter went to his boss, my boss and HR and they friggin hire him after admitting in writing what he called me etc.

> It literally took until yesterday that I was like, you know that thing that happened....

> Yeah I mean I have evidence of much of this in writing. Part of me wants [↓] ay something to someone because what if he's

CONFIDENTIAL PLAINTIFF 000056



**Kathleen Wells**

> Yeah I mean I have evidence of much of this in writing. Part of me wants to say something to someone because what if he's still doing it to young guys there? I am not THAT much of a prize lol. I bet there have been other complaints

Yeah, very strange he out of the blue contacts you and about this... After 3 yrs in NYC you can't sue... Unless he does something new..don't rock the boat.

> Yeah I don't want to sue him or Fox News. It's not fox's fault really

Maybe it wouldn't hurt to send on some of that in writing proof to the employee hotline. Even though YOU can't sue unless something new happens...but at least he'll be watched.

> And I do ↓ are about money, it's more like what if other guys

CONFIDENTIAL PLAINTIFF 000057



**Kathleen Wells**

least he'll be watched.

> And I don't care about money, it's more like what if other guys went through it

> That's a good idea...it's anonymous right?

> Or can be

Well it is kinda Fox's fault for creating such an environment where he felt so free to do something like this.

> True I guess, I definitely don't think that culture exists in Scripps

It is anonymous...but I would add that you want it to be just in case they were thinking of using a name.

I wish I had in writing proof about my old boss being such an asshole to me. He was SO abusive, screaming and cursing me out in the middle of the

CONFIDENTIAL PLAINTIFF 000058



CONFIDENTIAL PLAINTIFF 000059



**Kathleen Wells**

Yup, Mike Shapiro. The kicker of it, the last thing he said to me was that I wasn't nice, that I was mean to everyone and I should work on that. Then when he asked for my id and I told him it was lost over the New Years weekend by getting bounced around when trying to leave. He blew up and started screaming at me. I had to wait until he took a breathe and say, "I already told Liza Cohen about that and she's ok with it." Then he calmed down. Yeah and I'M not nice? I was on the phone with him the summer before I left where he was screaming that a reporter was faking having kidney stones so he could get out of doing live shots. Uh, he (the reporter) had blood in his urine and had just had surgery for the same problem..... I explained that he couldn't control it and he had to be carried into the emergency room bc he was bleeding and crying. He wasn't convinced. I conferences hi ↓ with the bureau chief who is one of the

CONFIDENTIAL PLAINTIFF 000060



**Kathleen Wells**

was screaming that a reporter was faking having kidney stones so he could get out of doing live shots. Uh, he (the reporter) had blood in his urine and had just had surgery for the same problem..... I explained that he couldn't control it and he had to be carried into the emergency room bc he was bleeding and crying. He wasn't convinced. I conferences him in with the bureau chief who is one of the most laziest of Bureau chiefs ive worked with and Mike started up again with him saying he was faking it all and even HE was defending the reporter explaining the same things! So that's how bad Mike was and in the wrong. I was SO angry about it but didn't want to make Casey any more upset. He called me later crying and apologizing. I told him he had nothing to apologize for. He couldn't control it and what he needed to do was focus on healing. About a year ago I tol ↓ producer who was freelance and he was

CONFIDENTIAL PLAINTIFF 000061



**Kathleen Wells**

told him he had nothing to apologize for. He couldn't control it and what he needed to do was focus on healing. About a year ago I told his producer who was freelance and he was like, "You should tell Casey!!" I told him he could pass on the msg and I would totally back him up if he wanted to sue. The producer told me, "Mike is a walking lawsuit waiting to happen." He told me I should have sued for how bad they treated me. I started to inquire around but bc I had no recordings and nothing in writing. If I had all that to go through again, I would have walked around with my phone on record and keep every nasty email I got from him etc. there was SO much over the 13 years I was there. I could have gotten a lot! I was just so afraid that if I went to hr, they'd do nothing and I even had a case against hr bc they were dictating to my doctors when I ⬇ ıld come back from disability and she was

CONFIDENTIAL PLAINTIFF 000062



**Kathleen Wells**

writing. If I had all that to go through again, I would have walked around with my phone on record and keep every nasty email I got from him etc. there was SO much over the 13 years I was there. I could have gotten a lot! I was just so afraid that if I went to hr, they'd do nothing and I even had a case against hr bc they were dictating to my doctors when I should come back from disability and she was telling my doctors my diagnosis was not good enough etc. when I had my neck surgery they told my neurosurgeon, "Why can't you just put her in a neck brace and give her medication so she can go back to work." Instead of having surgery. They told her "Bc she could become a quadriplegic! That's why!" Even when I had a nervous breakdown 2 years ago. Being suicidal and depressed wasn't good enough for them. They denied my disability! They had to then say, she ' 's PTSD and Anxiety on top  of the others and she is in great

CONFIDENTIAL PLAINTIFF 000063



**Kathleen Wells**

back from disability and she was telling my doctors my diagnosis was not good enough etc. when I had my neck surgery they told my neurosurgeon, "Why can't you just put her in a neck brace and give her medication so she can go back to work." Instead of having surgery. They told her "Bc she could become a quadriplegic! That's why!" Even when I had a nervous breakdown 2 years ago. Being suicidal and depressed wasn't good enough for them. They denied my disability! They had to then say, she has PTSD and Anxiety on top of all of the others and she is in great danger of killing herself if she does not have intensive therapy! My therapists told me. Ugh! My psychiatrist wanted to extend my disability and she contacted them and they wanted to know why bc I already went through my therapy. Unless there was a new diagnosis she was going to deny it. I had to calm down my psychiatrist! I ↓ er they do this every time...they ask for ALL

CONFIDENTIAL PLAINTIFF 000064



**Kathleen Wells**

others and she is in great danger of killing herself if she does not have intensive therapy! My therapists told me. Ugh! My psychiatrist wanted to extend my disability and she contacted them and they wanted to know why bc I already went through my therapy. Unless there was a new diagnosis she was going to deny it. I had to calm down my psychiatrist! I told her they do this every time...they ask for ALL of my diagnosis and they deny it about half the time. We were changing medications and she didn't want me working to see if it was affective. So I told her to write just that...patient starting new medication that needs close monitoring, preventing her from working until a therapy doc level is achieved. She said, "I have never had such a pushy, abrasive HR person in my life. I'd sue just for that bc it's within the 3 year time limit but, she retired and I have no way of getting in touch with her. I would NEVER work for FNC ever

CONFIDENTIAL PLAINTIFF 000065



**Kathleen Wells**

level is achieved. She said, "I have never had such a pushy, abrasive HR person in my life. I'd sue just for that bc it's within the 3 year time limit but, she retired and I have no way of getting in touch with her. I would NEVER work for FNC ever again! It made such a bad impression on me that I may never work in TV again. I will never work in NY again! No more busses to NYC and no trains either. No more 4 hour commute days! I miss the close-nit times of local news. But, I also hated the days of having to stay extra long days...though they were few compared with FNC.

I would love to call up Shapiro and rip him a new one and really let him know what I think of him....but A it would fall on deaf ears and he wouldn't believe it anyway and B it would only burn a bridge. I do know to record any calls I make to him if ever I did in the future if he ever said

CONFIDENTIAL PLAINTIFF 000066



**Kathleen Wells**

days...though they were few compared with FNC.

I would love to call up Shapiro and rip him a new one and really let him know what I think of him....but A it would fall on deaf ears and he wouldn't believe it anyway and B it would only burn a bridge. I do know to record any calls I make to him if ever I did in the future. If he ever said anything like, "I would never recommend you to anyone who asked about you." Then I'd have him for preventing employment. Not that any future jobs would call him. Too bad your station wasn't in Jersey. I'd work for you!

> Stegall?
> Wow sounds like a real asshole
> West palm is a beautiful place! 🙂

CONFIDENTIAL PLAINTIFF 000067