# EXHIBIT 31




416 of 510

👍 5

Most relevant ⌄

**Andy Delancey**
Pretty sure that's less of an emergency pouch and more of a fanny pack 🙂
13y   Like

**Allen Fetters**
nice package... er.. pouch. 🙂
13y   Like

**Justin Wells**
Ha-- well there's all this random survival stuff inside. Can't let other nets know our secrets though 🙂
13y   Like

**Andy Delancey**
Potassium iodide? 🙂
13y   Like

**Jeff Sirota**
OMG just in time for Fashion Night Out!! 😉
13y   Like                                                  1 👍

**David Brown**
HATE THAT.... I still have mine
13y   Like

**Kim Rittberg**
Justin's been wearing that around the office since 2009. It's just now appropriate to post pics.
13y   Like

Comment as Justin Wells

WELLS 00073

416 of 510

13y   Like                                    1 👍

**David Brown**
HATE THAT.... I still have mine

13y   Like

**Kim Rittberg**
Justin's been wearing that around the office since 2009. It's just now appropriate to post pics.

13y   Like

**Justin Wells**
Lol

13y   Like

**Luke Funk**
Fashion Emergency Pouch

13y   Like

**Justin Wells**
Yes..we are all about high fashion at Fox! Gucci wants this in their collection

13y   Like

Comment as Justin Wells