UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW DELANCEY, | Case No. 1:23-CV-10357(AT) |
| *Plaintiff,* | |
| -against- | |
| JUSTIN WELLS, FOX CORPORATION, and FOX NEWS NETWORK, LLC | |
| *Defendants.* | |

**DECLARATION OF PAUL C. EVANS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Paul C. Evans, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court and the Courts of the State of New York. I am a partner with the law firm of Paul Hastings LLP and counsel of record for Defendant Fox News Network, LLC ("Fox News"). I make this declaration in support of Fox News's Motion for Summary Judgment. I have personal knowledge of the matters set forth in this Declaration.

2. As counsel of record for Fox News in this matter, I have reviewed and am fully familiar with the facts and circumstances set forth herein based on the pleadings and the discovery record submitted herewith.

3. Attached to Fox News's Statement of Undisputed Material Facts ("SOMF") as **Exhibit 1** is a true and correct copy of the September 15, 2025 Declaration of Denise Collins.

4. Attached to Fox News's SOMF as **Exhibit 2** is a true and correct copy of the Amended Complaint.

1

5. Attached to Fox News's SOMF as **Exhibit 3** is a true and correct copy of Fox News's Answer to the Amended Complaint.

6. Attached to Fox News's SOMF as **Exhibit 4** is a true and correct copy of Plaintiff Andrew Delancey's ("Plaintiff") New Hire Employee Record bearing bates stamps FNN000146-147 and marked as Exhibit 2 at Plaintiff's deposition.

7. Attached to Fox News's SOMF as **Exhibit 5** is a true and correct copy of Plaintiff's September 8, 2010 Resignation Letter bearing bates stamp FNN000132 and marked as Exhibit 7 at Plaintiff's Deposition.

8. Attached to Fox News's SOMF as **Exhibit 6** is a true and correct copy of the deposition transcript of Plaintiff taken on June 23, 2025.

9. Attached to Fox News's SOMF as **Exhibit 7** is a true and correct copy of the May 29, 2009 Letter bearing bates stamps FNN000165-166 and marked as Exhibit 4 at the deposition of Justin Wells.

10. Attached to Fox News's SOMF as **Exhibit 8** is a true and correct copy of the deposition transcript of Justin Wells taken on June 26, 2025.

11. Attached to Fox News's SOMF as **Exhibit 9** is a true and correct copy of the June 19, 2025 Declaration of Denise Collins.

12. Attached to Fox News's SOMF as **Exhibit 10** is a true and correct copy of the Fox News Employee Handbook 1 bearing bates stamps FNN000001-58 and marked as Exhibit 6 at the 30(b)(6) deposition of Denise Collins.

13. Attached to Fox News's SOMF as **Exhibit 11** is a true and correct copy of the Fox News Employee Handbook 2 bearing bates stamps FNN000059-123 and marked as Exhibit 7 at the 30(b)(6) deposition of Denise Collins.

14. Attached to Fox News's SOMF as **Exhibit 12** is a true and correct copy of the 30(b)(6) deposition transcript of Denise Collins taken on June 27, 2025.

15. Attached to Fox News's SOMF as **Exhibit 13** is a true and correct copy of the May 16, 2025 Letter from K. Katzenstein to A. Pelicci, which was marked as Exhibit 3 at the 30(b)(6) deposition of Denise Collins.

16. Attached to Fox News's SOMF as **Exhibit 14** is a true and correct copy of the fact deposition transcript of Denise Collins taken on June 27, 2025.

17. Attached to Fox News's SOMF as **Exhibit 15** is a true and correct copy of Plaintiff and Justin Wells's Facebook Messages bearing bates stamps WELLS 00001-18 and marked as Exhibit 8 at Plaintiff's deposition.

18. Attached to Fox News's SOMF as **Exhibit 16** is a true and correct copy of Justin Wells's New Hire Record bearing bates stamps FNN000199.

19. Attached to Fox News's SOMF as **Exhibit 17** is a true and correct copy of News Corporation Form 10-K (For Fiscal Year End June 30, 2008) bearing bates stamps CONFIDENTIAL PLAINTIFF 000446-634.

20. Attached to Fox News's SOMF as **Exhibit 18** is a true and correct copy of the deposition transcript of Mykel MacCarthy taken on June 24, 2025.

21. Attached to Fox News's SOMF as **Exhibit 19** is a true and correct copy of the deposition transcript of Lindsey Hare Johnson taken on June 24, 2025.

22. Attached to Fox News's SOMF as **Exhibit 20** is a true and correct copy of Fox News's Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories, which was marked as Exhibit 12 at Denise Collins's fact deposition.

23. Attached to Fox News's SOMF as **Exhibit 21** is a true and correct copy of Plaintiff's Text Messages with Kathleen Wells bearing bates stamps CONFIDENTIAL PLAINTIFF 000051-67 and marked as Exhibit 16 at Plaintiff's deposition.

24. Attached to Fox News's SOMF as **Exhibit 22** is a true and correct copy of the Notice of Plaintiff's Subpoena to WNYW.

25. Attached to Fox News's SOMF as **Exhibit 23** is a true and correct copy of WNYW's Response to Plaintiff's Subpoena.

26. Attached to Fox News's SOMF as **Exhibit 24** is a true and correct copy of the July 22, 2025 Declaration of Mykel MacCarthy.

27. Attached to Fox News's SOMF as **Exhibit 25** is a true and correct copy of the September 22-25, 2008 Emails bearing bates stamps FNN000174-176 and marked as Exhibit 22 at Plaintiff's deposition.

28. Attached to Fox News's SOMF as **Exhibit 26** is a true and correct copy of Plaintiff's July 1, 2009 Performance Evaluation bearing bates stamps FNN000141-142 and marked as Exhibit 3 at Plaintiff's deposition.

29. Attached to Fox News's SOMF as **Exhibit 27** is a true and correct copy of Plaintiff's July 1, 2010 Performance Evaluation bearing bates stamps FNN000134-135 and marked as Exhibit 4 at Plaintiff's deposition.

30. Attached to Fox News's SOMF as **Exhibit 28** is a true and correct copy of Plaintiff's Exit Interview bearing bates stamp FNN000129 and marked as Exhibit 6 at Plaintiff's deposition.

31.     Attached to Fox News's SOMF as **Exhibit 29** is a true and correct copy of the October 30-November 1, 2008 Email Chain bearing bates stamps FNN000186-188 and marked as Exhibit 23 at Plaintiff's deposition.

32.     Attached to Fox News's SOMF as **Exhibit 30** is a true and correct copy of the July 2, 2009 Email Chain bearing bates stamps FNN000191-192 and marked as Exhibit 9 at Justin Wells's deposition.

33.     Attached to Fox News's SOMF as **Exhibit 31** is a true and correct copy of Wells's September 8, 2011 Facebook Post bearing bates stamps WELLS 00078-80 and marked as Exhibit 9 at Plaintiff's deposition.

 I declare under penalty of perjury under the laws of the State of New York and the United States that the forgoing is true and correct.

Executed on October 31, 2025 in Philadelphia, Pennsylvania.

_____
Paul C. Evans

## CERTIFICATE OF SERVICE

I, Paul C. Evans, hereby certify that a true and correct copy of the foregoing was served via ECF on October 31, 2025, upon the following:

Tanvir Rahman
Gabrielle L. Rosen Harvey
Filippatos PLLC
199 Main Street, Suite 800
White Plains, NY 10601-3207
Tel: (914) 984-1111
TRahman@filippatoslaw.com

***Attorneys for Plaintiff***

Jason H. Sunshine
Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-4285

***Attorney for Defendant Wells***

*/s/ Paul C. Evans*
Paul C. Evans