# EXHIBIT F

1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   -----------------------------------------X
    ANDREW DELANCEY,
4
                              PLAINTIFF,
5
6        -against-           Case No.:
                             1:23-cv-10357-AT
7
8   JUSTIN WELLS, FOX CORPORATION, and FOX NEWS
    NETWORK, LLC,
9
                              DEFENDANTS.
10  -----------------------------------------X
11
12              DATE: June 26, 2025
13              TIME: 10:00 a.m.
14
15
16          DEPOSITION of the Defendant,
17  JUSTIN WELLS, taken by the respective
18  parties, pursuant to a Notice and to the
19  Federal Rules of Civil Procedure, held at
20  the offices of Filippatos, PLLC, 425
21  Madison Avenue, New York, New York 10017,
22  before JANNA LIRTSMAN, a Notary Public of
23  the State of New York.
24
25

```
 1
 2   A P P E A R A N C E S:
 3
 4   FILIPPATOS PLLC
        Attorneys for the Plaintiff
 5      ANDREW DELANCEY
        425 Madison Avenue
 6      New York, New York 10017
        BY: TANVIR RAHMAN, ESQ.
 7          CHASE GREENBERG, ESQ. (via Zoom)
 8
 9   LINER FREEDMAN TAITELMAN & COOLEY
        Attorneys for the Defendant
10      JUSTIN WELLS
        1801 Centura Park West
11      Los Angeles, California 90067
        BY: JASON SUNSHINE, ESQ.
12
13
14   PAUL HASTINGS
        Attorneys for the Defendant
15      FOX CORPORATION and
        FOX NEWS NETWORK, LLC
16      200 Park Avenue
        New York, New York 10166
17      BY: PAUL EVANS, ESQ.
18
19   ALSO PRESENT:
        Andrew Delancey (via Zoom)
20
21              *         *         *
22
23
24
25
```

1

2    F E D E R A L  S T I P U L A T I O N S

3

4

5    IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20   IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24            *    *    *    *

25

```
 1                    J. WELLS
 2    JUSTIN WELLS, called as a witness, having
 3    been first duly sworn by a Notary Public of
 4    the State of New York, was examined and
 5    testified as follows:
 6    EXAMINATION BY
 7    MR. RAHMAN:
 8        Q.    Please state your name and
 9    address for the record.
10        A.    Justin Wells, 46 Pinecrest
11    Drive, West Shokan, New York 12494.
12        Q.    Good morning.  My name is
13    Tanvir Rahman.  I'm an attorney for Andy
14    Delancey, law firm Filippatos PLLC.
15              My colleague Chase is here and
16    my client Mr. Delancey is on the Zoom
17    watching this today; okay?
18        A.    Wonderful.
19        Q.    Is this your first time giving
20    a deposition?
21        A.    No.
22        Q.    How many times have you been
23    deposed?
24        A.    At least twice.  Two times.
25        Q.    I will go through some of the
```

1                    J. WELLS

2  ground rules.

3            Before we begin, you have just

4  given an oath to give the truth?

5       A.    Absolutely.

6       Q.    The same as if you were in

7  front of a judge?

8       A.    Yes.

9       Q.    In terms of the ground rules,

10  today I'm going to ask you some questions.

11  But if you don't understand what I'm saying

12  or a question or a term that I'm using,

13  please let me know.  I will clarify it for

14  you, make sure you understand what I am

15  saying.

16       A.    Absolutely.

17       Q.    If you need a break throughout

18  the day, that's totally fine.  I ask that

19  the question that I have asked be answered

20  before we take a break.

21       A.    All right.  Can't wait.

22       Q.    Is there any reason you can

23  think of that you might be unable to answer

24  questions truthfully?

25       A.    No reason not to.

```
 1                    J. WELLS
 2        Q.    Any reason why you may not be
 3   able to remember things that happened in
 4   the past, like medication or anything like
 5   that?
 6        A.    No.
 7        Q.    Are you under the influence of
 8   any medication, drugs, anything like that,
 9   alcohol?
10        A.    No.
11        Q.    Did you prepare for today's
12   deposition in any way?
13        A.    Of course.
14        Q.    How did you prepare?
15        A.    I reviewed, obviously, the
16   Complaint and anything that was shared as
17   far as documents that were filed with the
18   court.
19        Q.    Is there anything else you did
20   to prepare for today's deposition?
21        A.    No.  Other than consult with my
22   attorney, no.
23        Q.    You've met with counsel?
24        A.    Of course I've met with
25   counsel, yes.
```

```
 1                    J. WELLS
 2        Q.     Who was that?
 3        A.     Jason Sunshine and Bryan
 4   Freedman as well.
 5        Q.     When was that meeting?
 6        A.     Five minutes ago was the most
 7   recent one.
 8        Q.     Were there others before then?
 9        A.     We have met a handful of times
10   just to go over various -- the process
11   throughout this Complaint.
12               MR. SUNSHINE:  Avoid the
13          content of what we discussed.
14        Q.     I'm just asking about when did
15   you meet your attorneys regarding this
16   deposition as you prepared for it.
17        A.     Shortly before.
18        Q.     In the last few days?
19        A.     We have met recently.
20        Q.     Was it in person; was it
21   online, virtually?
22        A.     Quick Zoom.
23        Q.     And you said it was you,
24   Mr. Sunshine, and Mr. Freedman?
25        A.     It was me and Mr. Sunshine
```

1                    J. WELLS

2    recently.

3         Q.    Was there anybody else at that

4    meeting?

5         A.    No.

6         Q.    You said that you have been

7    deposed a few times at least?

8         A.    Yes.

9         Q.    When was the first time that

10   you were deposed?

11        A.    Probably two years ago would be

12   my guess.  I don't know for sure.

13        Q.    And in that case, were you a

14   party to the litigation?

15        A.    No.

16        Q.    What kind of case was it?  What

17   was the nature of that case?

18        A.    It was quite a public case

19   involving my employer, FOX.

20        Q.    So you gave a deposition in

21   that case?

22        A.    Yes.

23        Q.    Do you recall who the parties

24   were in that case?

25        A.    There was one, Dominion; and

1                    J. WELLS
2  the second deposition was with Smartmatic
3  Voting Machine Company.
4       Q.    In the case against Dominion,
5  you were deposed one time?
6       A.    Yes.
7       Q.    And you were deposed again in
8  the Smartmatic case?
9       A.    Yes.
10      Q.    Any other times you were
11  deposed?
12      A.    No.
13      Q.    In those cases, you were not a
14  party to the litigation; right?
15      A.    No.
16      Q.    Have you ever given testimony
17  under any other kind of legal proceeding
18  besides those two cases?
19      A.    No.
20      Q.    Never witness at any trial or
21  arbitration hearing or anything like that?
22      A.    No.
23      Q.    Have you ever been a party to a
24  lawsuit other than this one?
25      A.    Yes.

```
 1                    J. WELLS
 2        Q.     How many times?
 3        A.     I don't know.  I don't recall.
 4        Q.     More than once?
 5        A.     I believe so.
 6        Q.     Besides this case?
 7        A.     I believe so.
 8        Q.     What was the first case in
 9   which you were a party?
10        A.     I've been in the business a
11   long time.  I mean there are a few
12   frivolous cases that were all dismissed.
13        Q.     What was the nature of the
14   first case that you were a party to?
15        A.     I don't recall.
16        Q.     Was it a personal matter?
17        A.     No.
18        Q.     Was it an employment matter?
19        A.     No.
20        Q.     Was it a business matter?  What
21   kind of matter was it?
22             MR. SUNSHINE:  Objection.
23             Asked and answered.
24        A.     It was simply, you know, I work
25   in the news business.  So you cover news
```

1                    J. WELLS

2    stories, and people file frivolous cases

3    all the time.

4         Q.    Was it like for defamation?

5         A.    No.

6         Q.    You don't recall the claims in

7    that case?

8         A.    I don't recall the claims.

9    I've been in the business 25 years.  I

10   don't recall.

11        Q.    Do you recall who you were

12   working for at that time?

13        A.    No.

14        Q.    Was it with FOX?

15        A.    There have been cases filed

16   since I was at FOX of course, but again,

17   usually cases that are dismissed.

18        Q.    When I say "party", you were

19   actually the one suing or the one being

20   sued.

21        A.    I've been named in numerous law

22   suits in the past.  I don't know the

23   details.  I didn't handle it.

24        Q.    Any case that you were a part

25   of involving FOX?

```
 1                    J. WELLS
 2        A.     I'm sure.  Yes, I'm sure.
 3        Q.     Do you recall any of them?
 4        A.     No.  People file things in
 5   court all the time.  So no, I don't recall.
 6               I'm not trying to hide
 7   anything.  I just do not recall.
 8        Q.     Okay.
 9        A.     For example, there could be
10   someone on the internet saying I reported
11   on a story and we stole their idea, just
12   some kook.  Stuff like that happens all the
13   time in business.  Someone you never met,
14   never talked to.  I'm a public person in
15   the media.
16        Q.     Any cases in which you were
17   accused of any wrongdoing?
18        A.     No.
19        Q.     Any cases in which you were
20   accused of any unlawful conduct besides
21   this one?
22        A.     Can you ask that again?
23        Q.     You mentioned generally cases
24   are filed, some are frivolous, some
25   involved people saying that you stole
```

```
 1                  J. WELLS
 2   ideas.  I'm wondering if there are any
 3   cases in which you were a party to where
 4   you were accused of any unlawful conduct.
 5        A.    The only thing I recall since I
 6   was at FOX where I was named was the Abby
 7   Grossberg case which your firm represented
 8   her in.
 9        Q.    That's the only case in which
10   you were accused of something unlawful?
11        A.    I wouldn't classify it as
12   unlawful.  I was named in it.
13        Q.    What were you accused of doing
14   in that case?
15        A.    I don't recall the specifics of
16   it.
17        Q.    Other than your counsel, have
18   you spoken to anybody else about today's
19   deposition?
20        A.    Other than my husband, no.
21        Q.    Other than counsel and your
22   spouse, is there anyone else you spoke to
23   about this case?
24        A.    No.
25        Q.    Where do you live presently?
```

```
 1                    J. WELLS
 2       A.    I travel all over.  I live in
 3  Hudson Valley, New York.  Sometimes I'm in
 4  the city as well, and sometimes I'm in
 5  Florida.
 6       Q.    What is your address?
 7       A.    Primary address in New York is
 8  46 Pinecrest Drive, West Shokan, New York.
 9       Q.    Do you have any other addresses
10  in New York?
11       A.    I have an apartment in the city
12  as well.
13       Q.    Do you own that apartment?
14       A.    Yes.
15       Q.    Where is it located?
16       A.    West side uptown.
17       Q.    Address?
18       A.    117 Edgecombe Avenue, unit two.
19       Q.    Do you own the home that you
20  live in?
21       A.    Yes.
22       Q.    How long have you had that
23  home?
24       A.    Which home?
25       Q.    The one that you primarily live
```

Veritext Legal Solutions

1                    J. WELLS

2    in.

3         A.    In Hudson Valley?

4         Q.    Yeah.

5         A.    Since 2016.

6         Q.    Have you owned that property

7    since 2016?

8         A.    Yes.

9         Q.    And --

10        A.    It might be 2017.  I'm not sure

11   when we closed.

12        Q.    You say, "we."  Is there anyone

13   else who is an owner of that property?

14        A.    My husband.

15        Q.    What is his name?

16        A.    Ryan Dreyer, D-R-E-Y-E-R.

17        Q.    When did the two of you get

18   married?

19        A.    We have been married for 12

20   years, 13 in a few more days.

21        Q.    Is there anybody else who lives

22   with you besides Ryan?

23        A.    No.

24        Q.    And the property in the city at

25   the apartment, when did you purchase that

```
 1                    J. WELLS
 2  apartment?
 3        A.    2011.
 4        Q.    Do you have any other
 5  properties other than these two?
 6        A.    Yes.
 7        Q.    Where are they?
 8        A.    Florida.
 9        Q.    Are they all in Florida?
10        A.    Yes.
11        Q.    How many properties do you own
12  in Florida?
13        A.    One.
14        Q.    What's the address for that
15  property?
16        A.    5000 Gasparilla Road.  That's
17  in Boca Grande, Florida, G-R-A-N-D-E.
18        Q.    And that's a home, a house?
19        A.    It's a condo on the beach.
20        Q.    How long have you had that
21  property?
22        A.    I can remember how many
23  hurricanes have hit it, but I can't recall.
24  Maybe -- less than five years.
25        Q.    Do you own any vehicles?
```

```
 1                    J. WELLS
 2        A.      Yes.
 3        Q.      How many vehicles do you own?
 4        A.      Three.
 5        Q.      Can you just give me the year
 6   and make and model?
 7        A.      An Audi Q5, 2019; an Audi Q3,
 8   2020; and we have a truck upstate, Nissan
 9   Frontier.
10        Q.      What year?
11        A.      It's old.  It's over ten years
12   old.
13        Q.      Do you own any boats?
14        A.      No.
15        Q.      Do you own any businesses?
16        A.      Yes.
17        Q.      Do you own one or more than
18   one?
19        A.      Two.
20        Q.      What are they?
21        A.      Shokan Studios and Shokan
22   Media.
23        Q.      And did you establish both of
24   these companies?
25        A.      Yes.
```

```
 1                    J. WELLS
 2        Q.     When did you establish Shokan
 3   Studios?
 4        A.     Two years ago.
 5        Q.     What about Shokan Media?
 6        A.     Two years ago.
 7        Q.     What does Shokan Studies do?
 8        A.     Produce content for major
 9   networks and streaming services, social
10   media.
11        Q.     Has that business earned any
12   revenue?
13        A.     Yes.
14        Q.     You said it was established
15   about two years ago, so 2013?
16        A.     2023.
17        Q.     I'm sorry, 2023?
18        A.     Yes, that's correct.
19        Q.     Do you know how much income the
20   business earned in 2023?
21        A.     We are in the process of doing
22   the books right now.  I don't recall.
23        Q.     Do you have an estimate?
24        A.     Year by year, I don't really
25   know.  I have to check with my accountant.
```

```
 1                    J. WELLS
 2        Q.    What about 2024, do you have an
 3   estimate of the income earned by the
 4   company?
 5        A.    No.  I don't do the books.  But
 6   several million dollars.
 7        Q.    Is there any content that has
 8   been produced by the studio that is out in
 9   the media currently?
10        A.    Yes, of course.
11        Q.    What content is out there?
12        A.    There is a documentary series
13   on the president.
14        Q.    What's it called?
15        A.    Art of the Surge.
16        Q.    Anything else?
17        A.    No.  Nothing that's out there.
18        Q.    What about Shokan Media, what
19   does that company do?
20        A.    I do media consulting for
21   various companies short-term.
22        Q.    Does that company earn any
23   income?
24        A.    A little bit, not a lot.
25        Q.    Do you know how much it has
```

```
 1                    J. WELLS
 2   earned since it's been established?
 3        A.    I don't.
 4        Q.    Do you have any other
 5   businesses besides those two?
 6        A.    No.
 7        Q.    Have you ever filed for
 8   bankruptcy?
 9        A.    No.
10        Q.    Did you graduate college?
11        A.    No.  I dropped out of college.
12        Q.    Why did you drop out of
13   college?
14        A.    I was working at the time.  I
15   don't remember.
16        Q.    What college did you drop out
17   of?
18        A.    Barry University, B-A-R-R-Y.
19        Q.    Did you complete any years of
20   study at Barry?
21        A.    I don't recall.  I remember --
22   I was a producer at the time.
23        Q.    Did you have a major or focus
24   of study?
25        A.    Communications.  But I had
```

1                    J. WELLS
2    already been working in the industry five
3    years at that point.
4         Q.    Where is Barry located?
5         A.    Miami.
6         Q.    Is that where you grew up,
7    Miami?
8         A.    Grew up in Florida.
9         Q.    All over Florida?
10        A.    I lived in -- all across
11   Florida, yes.
12        Q.    What was your first job?
13        A.    My first job was at WTVT, the
14   FOX station in Tampa, Florida.
15        Q.    Can you recall approximately
16   when you began that job?
17        A.    I was given the job in 1999.  I
18   began that position in 2000.
19        Q.    What was your title at the
20   beginning?
21        A.    I worked in broadcast
22   operations.  I did everything from studio
23   camera to running the teleprompter.
24        Q.    How long were you working at
25   WTVT?

```
 1                    J. WELLS
 2        A.     About three years total.  It
 3   was off and on, sometimes full time,
 4   sometimes part time.
 5        Q.     Did you have other jobs as you
 6   were working at WTVT?
 7        A.     No.
 8        Q.     And then what job did you have
 9   after WTVT?
10        A.     I worked as a writer and studio
11   camera operator at WPTV initially.  That
12   was in West Palm Beach, the NBC station,
13   previously and currently owned by Scripts,
14   S-C-R-I-P-T-S.
15        Q.     What did you do at WPTV?
16        A.     Started as a writer, and then I
17   became a producer there starting with
18   weekend mornings, eventually weekdays.  And
19   then I also was an investigative producer.
20        Q.     How long were you at WPTV?
21        A.     Year and a half.
22        Q.     When you left WPTV, what was
23   your title?
24        A.     Producer.
25        Q.     Was it 2005 when you left WPTV?
```

```
 1                    J. WELLS
 2        A.    Late '04 maybe.  No.  It was
 3   '04, yeah.
 4        Q.    By the way, how old are you?
 5        A.    42.
 6        Q.    You were born in 1983?
 7        A.    Uh-huh.
 8        Q.    I ask that your answers be
 9   verbalized in words rather than uh-huh.
10        A.    Of course.  Yes.
11        Q.    So we have a clear record for
12   the court reporter.
13        A.    I understand.
14        Q.    After WPTV, where did you work?
15        A.    I worked at WPLG.  The ABC
16   station at the time was owned by The
17   Washington Post, and is now owned by Warren
18   Buffett.
19        Q.    What city was that in?
20        A.    Miami.
21        Q.    What did you do at WPLG?
22        A.    I was a producer, mostly line
23   producer.
24        Q.    How long did you hold that
25   position?
```

1              J. WELLS

2      A.     About a year.

3      Q.     So we are like into 2005?

4      A.     That's about right, yes.

5      Q.     Where did you work after that?

6      A.     I worked at WFOR which is the

7   CBS owned and operated station in Miami.

8      Q.     What was your title there?

9      A.     Producer.

10      Q.     Did you work on any programs in

11   particular?

12      A.     I worked on many.  I came in to

13   revamp the morning show.  Once that was

14   done, I produced their 11:00 p.m. newscast.

15      Q.     What was your title when you

16   left?

17      A.     Producer.

18      Q.     Just producer, no like senior

19   producer?

20      A.     Just producer.

21      Q.     Would you say you were the top

22   producer on the 11:00 p.m. show?

23      A.     I was young.  I was the primary

24   line producer of the 11:00 p.m. show.

25      Q.     How long were you at that

```
 1                  J. WELLS
 2  station?
 3       A.    About a year.  I would have to
 4  really look at a resumé to get the dates
 5  exactly right.  It was a long time ago.
 6       Q.    What was your next role or job?
 7       A.    I then went to WNYW.  It is a
 8  FOX-owned and operated station in New York
 9  City.
10       Q.    Was that around 2006?
11       A.    Yes.  That's correct.
12       Q.    What was your title at WNYW?
13       A.    Initially I was the weekend
14  producer.  Weekend evening producer to be
15  more precise.
16       Q.    Of the news program?
17       A.    Yes.
18       Q.    You said initially you were
19  there.  Did you have a different role at
20  some point?
21       A.    Eventually, I was weekday
22  producer.
23       Q.    That was the ten p.m. News?
24       A.    Yes.
25       Q.    You say you were the top
```

```
 1                    J. WELLS
 2   producer on that show?
 3        A.    There was also an executive
 4   producer.  I was the top Writers Guild.
 5   That's a union operation.  I was the top
 6   Writers Guild producer of the ten p.m. News
 7   at the time.
 8        Q.    What did your job entail?
 9        A.    Story selection, story
10   assignments, writing, talent management.
11        Q.    How long were you at WNYW?
12        A.    About two years.
13        Q.    When you were at WNYW, do you
14   know who your employer was?
15        A.    FOX Television Stations.
16        Q.    Was that the same employer you
17   had when you were at WTVT?
18        A.    Yes.
19        Q.    And you moved to New York City
20   for that job?
21        A.    Yes, I did.
22        Q.    Was that the first time you
23   lived in New York City?
24        A.    Yes, it was.
25        Q.    After those two years at WNYW,
```

1                    J. WELLS
2    what did you do next?
3         A.    I joined FOX News Channel which
4    was in a different building on the other
5    side of town here in New York.
6         Q.    What role did you take on when
7    you joined FOX News Channel?
8         A.    As a producer in the
9    programming department in prime time.
10        Q.    Were you assigned to any
11   particular shows?
12        A.    My primary assignment in prime
13   time was the Greta Van Susteren show which
14   was called On the Record With Greta Van
15   Susteren.
16        Q.    Why did you leave WNYW?
17        A.    Because I was offered a
18   position at FOX News Channel.
19        Q.    It was a better role?
20        A.    You're always dreaming starting
21   out of moving to New York and moving up in
22   the industry when you are younger.  And I
23   had an offer from FOX News and MSNBC, and I
24   decided to stay within FOX.  And I went to
25   FOX News Channel.

1                   J. WELLS

2        Q.      Do you remember who at FOX News

3    Channel you interviewed with?

4        A.      Yes.

5        Q.      Who was that?

6        A.      Suzanne Scott and Bill Shine.

7        Q.      Do you recall what Ms. Scott's

8    position was at the time?

9        A.      She would have been either VP

10   or SVP of programming.

11       Q.      What about Mr. Shine?

12       A.      He was executive vice president

13   of programming.

14       Q.      Would you say Mr. Shine was the

15   top person in programming?

16       A.      At the time, yes.

17       Q.      And was Ms. Scott second in

18   command would you say?

19               MR. SUNSHINE:  Objection as to

20        form.

21       A.      Explain what you mean by second

22   in command.  Of what specifically?

23       Q.      Would you say she was the

24   second top person at programming?

25               MR. SUNSHINE:  Objection as to

1                    J. WELLS

2        form.

3        Q.    Below Mr. Shine?

4        A.    I would say the structure of

5    the company -- any company changes over the

6    years.  I wouldn't necessarily say that.

7    She was one of his lieutenants.  She

8    specifically oversaw the Greta Van Susteren

9    show at the time.

10       Q.    And when you joined FOX News

11   Channel, what was your title in the

12   beginning?

13       A.    Producer.

14       Q.    How long did you work in that

15   position, I guess on the Greta Van Susteren

16   show as a producer?

17            MR. SUNSHINE:  Objection as to

18       form.

19            You can answer.

20       A.    It was a utility producer role

21   filling in whatever gaps were necessary.

22   My title changed maybe briefly over the

23   years on that program, but the job was

24   essentially very similar, so.

25       Q.    When did your title first

1                    J. WELLS

2      change and to what title?

3           A.     I don't recall.

4           Q.     What was your next title after

5      the producer title?

6           A.     I believe it was line producer.

7           Q.     Did you have any other titles

8      at the Greta Van Susteren show?

9           A.     I was there eight years so --

10     seven years.  So more specifically, like

11     what timeline are you looking at?

12          Q.     By the time you left the show,

13     what was your title?

14          A.     Senior producer, executive

15     producer.  Actually, executive producer.

16          Q.     Were you the top producer on

17     the show?

18          A.     Second producer.

19          Q.     Who was the top producer?

20          A.     Meade, M-E-A-D-E, Cooper,

21     C-O-O-P-E-R.

22          Q.     It's a woman; right?

23          A.     Yes.

24          Q.     What was her title?  When you

25     were senior executive producer, what was

1                    J. WELLS

2    her title?

3         A.    I was never senior executive

4    produce of that show.  I was senior

5    producer.  And then I had a contract that

6    -- even though Greta had left, that was

7    retro.  So technically, I was executive

8    producer towards the very end.  Meade

9    Cooper would have been vice president of

10   programming and then executive producer.

11        Q.    Was she in that position the

12   duration of time that you were working on

13   the Van Susteren show?

14        A.    Yes.

15        Q.    Would you say she was your

16   supervisor?

17        A.    Yes, I would.  My direct

18   supervisor.  Yes.

19        Q.    The duration of time you were

20   at the Van Susteren show?

21        A.    Yes.

22        Q.    Was there anyone else you

23   considered to be your supervisor during

24   that time period?

25        A.    I worked directly for Suzanne

1                    J. WELLS
2    as well, but my direct report switched over
3    the years based on the contract between
4    Meade and Suzanne.
5         Q.    When you were on the Van
6    Susteren show, did you have a supervisory
7    position; did you have reports?
8         A.    No, not initially.  Not until
9    the very, very end.
10        Q.    So when you were senior
11   producer, you had direct reports?
12        A.    Yes.  That would have been
13   2014.  2014, 2015.
14        Q.    How many reports did you have?
15             MR. SUNSHINE:  Objection as to
16        form.
17        A.    I don't recall.  Under a dozen.
18        Q.    What positions would report up
19   to you?
20        A.    Junior level production
21   assistants.  I had no direct reports until
22   about 2014, 2015.  That's the first time I
23   had ever done a review for anyone, was
24   considered someone's boss.
25        Q.    So you left the Van Susteren

```
1                  J. WELLS
2   show around 2015?
3        A.    The show was canceled, and she
4   departed in 2016.
5        Q.    And you worked on the show
6   until it was canceled?
7        A.    Yes.
8        Q.    And did you remain at FOX after
9   the show was canceled?
10       A.    I did, yes.
11       Q.    What did you do next?
12       A.    Became the executive producer
13  for a three-month period of the title On
14  the Record With Brit Hume.
15       Q.    That was a three-month long
16  program?
17       A.    Yes.  It was just a carryover
18  through the election until they figured out
19  what to do with Greta's previous time slot.
20            Brit was a well-known newsman
21  from ABC and FOX for many years.
22       Q.    Would you say you were the top
23  producer on that show?
24       A.    Yes.  There are many layers of
25  oversight within programming, very big
```

```
 1                    J. WELLS
 2   company.  But I would say I called the
 3   shots on what appeared on that program,
 4   yes.
 5        Q.    After the three months, what
 6   did you do next?
 7        A.    I launched Tucker Carlson
 8   Tonight.
 9        Q.    That's around 2017?
10        A.    That would have been the Monday
11   after Election Day in 2016.
12        Q.    And what was your title when
13   you launched the show?
14        A.    Executive producer.
15        Q.    Were you the top producer of
16   the show at the time?
17        A.    Yes.
18        Q.    How long did you hold that
19   title for that show?
20        A.    I always had an executive
21   producer title attached to my title for the
22   duration of my time at FOX from that point
23   forward.
24        Q.    Were any titles added to that
25   title?
```

1                    J. WELLS

2         A.    At some point I became senior

3    executive producer of the program which was

4    a new title at FOX at the time, and then I

5    became senior executive producer of that

6    program and vice president of Tucker

7    Carlson digital products I believe at the

8    very tail end.

9         Q.    You held that position at

10   Tucker Carlson until when?

11              MR. SUNSHINE:  Objection as to

12        form.

13        A.    Until FOX chose to cancel the

14   programming in 2023, April.  April 23rd,

15   April 26th.

16        Q.    So you worked on The Tucker

17   Carlson Show for about seven years?

18        A.    Yes.  From inception until

19   cancellation.

20        Q.    Did you leave FOX after the

21   show was canceled?

22        A.    Yes.  FOX asked me to leave

23   without cause in April of 2023.

24        Q.    Did they tell you why they were

25   asking you to leave?

```
 1                    J. WELLS
 2        A.    I was asked to leave without
 3   cause.  They chose to make a different
 4   choice in the programming moving forward,
 5   and that's totally their prerogative.  So,
 6   you know, we parted ways.  I was very
 7   associated with that program which I had
 8   created.
 9        Q.    Did they say why they decided
10   to go in a different direction?
11        A.    No.  It happens all of the time
12   in television.  Seven years is a pretty
13   good long run.
14        Q.    Have you been employed since
15   you left FOX in April 2023?
16        A.    Briefly, yes.
17        Q.    Where were you employed
18   briefly?
19        A.    Well, I worked on my own not
20   under an employment contract of any kind,
21   and then I worked with Tucker for a year
22   period from when we left for exactly one
23   year, which was my commitment to him.
24        Q.    Was that for Tucker Carlson
25   Productions?
```

```
 1                    J. WELLS
 2        A.    There was no name to the
 3   company initially.  We were putting
 4   programming out on the X platform.
 5   Eventually it became a company known as
 6   Tucker Carlson Network.
 7        Q.    How much did you get paid in
 8   that position for Tucker Carlson Network
 9   and prior to that?
10        A.    I didn't take any compensation
11   for the first six months, and then -- I
12   don't remember what the pay package was.
13        Q.    When did you stop working for
14   Tucker Carlson?
15        A.    Exactly one year after that, so
16   it would have been April of 2024.
17        Q.    And prior to that is when you
18   established your two companies?
19        A.    That's when I established my
20   two companies.
21        Q.    April of 2024?
22        A.    Yes, yes.  If I previously said
23   April 2023, that's inaccurate.  It was
24   2024.  There are a lot of dates here.
25        Q.    I know.
```

1                    J. WELLS

2              Any other sources of income

3    since you left FOX besides Tucker, between

4    Tucker and the two companies?

5        A.    My companies would be the

6    primary source.

7        Q.    Nothing else, no other --

8        A.    No.

9        Q.    When you worked for FOX all

10   those years, did you have any second jobs

11   or do any other work?

12       A.    No.

13       Q.    Do you know what your net worth

14   is?

15       A.    I would have to ask my

16   accountant.

17       Q.    Have you had to disclose your

18   net worth in the last five years to anyone?

19            MR. SUNSHINE:  Objection as to

20        form.

21       A.    I'm sure, but I don't pretend

22   to be the money person.  I make creative

23   content.  I hire people to do that.

24       Q.    Have you applied for say any

25   kind of mortgages or credit lines in the

                    J. WELLS
1
2    last five years that would have required
3    you to disclose your net worth?
4         A.    I mean the last home I bought
5    was five years ago or whatnot, so I don't
6    even remember what I was making five years
7    ago or what forms I had to fill out.
8         Q.    Nothing stands out that you can
9    think of?
10        A.    No.  But for any questions if I
11   have a money request, I ask people.
12        Q.    I'm going to show you some
13   documents.
14                   MR. RAHMAN:  Mark that Exhibit
15        1.
16                   (Whereupon, the aforementioned
17           document was marked as Plaintiff's
18           Exhibit 1 for identification as of
19           this date by the Reporter.)
20        Q.    Mr. Wells, you have in front of
21   you Plaintiff's Exhibit 1, Exhibit 1.
22                   Do you recognize this document?
23   You can look through it if you need to.
24        A.    As long as it's complete, it
25   appears to be the most recent Complaints as

1                    J. WELLS
2     long -- well, maybe it's our answers to the
3     Complaint.  But yes, I do recognize it.
4          Q.    At the first page it says,
5     Defendant Justin Wells Responses to
6     Plaintiff --
7          A.    Yes, I see that.
8          Q.    Is that your responses to the
9     interrogatories that my firm asked?
10          A.    Yes.
11          Q.    If you flip to the
12     second-to-last page, page 15, is that your
13     signature?
14          A.    Yes.
15          Q.    You are verifying that what's
16     in here you believe are true?
17          A.    Everything here is true.
18          Q.    At the time, you signed it on
19     July 3, 2024 in Boca Grande?
20          A.    Yes.
21          Q.    You were living in the
22     apartment you have down there?
23          A.    Yes.  I spent all of last year
24     in Florida.
25          Q.    If you turn to page five,

```
 1                    J. WELLS
 2    interrogatory number two, if you can read
 3    that, it asks you to identify individuals
 4    with knowledge or information concerning
 5    the subject matter of this lawsuit, and
 6    then it goes on.
 7         A.    Yes, I see that.
 8         Q.    On the next page you identify,
 9    I think, seven people; right?
10         A.    Yes.
11         Q.    The third person is Mykel
12    McCarthy, right?
13         A.    Yes.
14         Q.    Who is that?
15         A.    Mykel McCarthy worked at the
16    affiliate news service at FOX known as Fox
17    News Edge the department that works with
18    the television stations, both the owned and
19    operated television stations of FOX and the
20    affiliates.
21         Q.    How long have you known him?
22              MR. SUNSHINE:  Objection as to
23         form.
24         A.    I first met Mykel down in
25    Miami.  Everyone in that media world in
```

1                    J. WELLS
2   Miami kind of knew each other.  And he was
3   friends with some of the people at the FOX
4   affiliate owned by a Sunbeam there, and I
5   believe we met out in Miami at some point.
6          Q.    Do you know what he was doing
7   at the time?
8          A.    He was working for the
9   affiliate news service, FOX News Edge.
10         Q.    Do you know whether he lived in
11  Miami at the time?
12         A.    No.  He lived in New York.
13         Q.    And have you guys kept in
14  contact through the present?
15         A.    No.
16               MR. SUNSHINE:  Objection as to
17          form.
18         A.    We were not particularly close,
19  but --
20         Q.    When was the last time the two
21  of you communicated?
22         A.    Oh, boy.  Last time I would
23  have even spoken to him at all would have
24  been back when I was on Greta's program.  I
25  don't even remember when he left the

```
 1                    J. WELLS
 2   company.
 3        Q.     Do you have his phone number?
 4        A.     I don't think so.  I don't
 5   know.
 6        Q.     Have you guys texted or emailed
 7   since you left Greta's show?
 8        A.     No.
 9        Q.     Did you check like your text
10   messages and emails for communications with
11   him?
12        A.     No.
13        Q.     You didn't search for any?
14        A.     No.  I don't even think I had
15   an iPhone when I last talked to him.
16        Q.     You say that he likely has
17   knowledge concerning his interaction with
18   plaintiff during the time period at issue
19   in the lawsuit and plaintiff's employment
20   at FOX.  Why do you believe he interacted
21   with plaintiff?
22        A.     Well, he would have been a
23   supervisor, one of the supervisors of the
24   plaintiff.  And he was a manager at FOX
25   News which is the affiliate news service
```

```
 1                J. WELLS
 2   which was down at the time in the basement
 3   level of the 1211 building.
 4        Q.    Since you have known
 5   Mr. McCarthy, has he held positions besides
 6   the role at FOX News Edge?
 7        A.    Not that I'm aware of.  He's
 8   always been in the affiliate department.
 9   All of the networks have kind of an
10   affiliate service that works with
11   affiliates.  ABC has ABC News One, CBS has
12   CBS News Path, NBC has NBC news channel,
13   FOX has something called FOX News Edge.
14   They deal squarely with the affiliate
15   stations, and they're owned and operated as
16   stations.
17        Q.    You said that FOX Edge was
18   located in the basement of, was it 1211
19   Avenue of the Americas?
20        A.    Yes.
21        Q.    Where did you work primarily,
22   what floor?
23        A.    I was on the 18th floor.
24        Q.    Did you ever speak to
25   Mr. McCarthy about Mr. Delancey?
```

```
 1                    J. WELLS
 2        A.      Not that I recall.
 3        Q.      Would you socialize with
 4   Mr. McCarthy when you were in New York?
 5        A.      Very rarely.  We were not
 6   particularly close.  We met in Miami.  If I
 7   saw him, it was a handful of times.
 8        Q.      Where you have seen him, would
 9   it be in the office or somewhere else?
10        A.      I never was in the basement
11   level at FOX.  You would have to go through
12   like three elevator banks to get there.  So
13   you know, I don't -- I -- I don't know if I
14   ever saw him in the building.  Maybe at a
15   couple of gatherings.  Company party,
16   colleague drinks make once.  I don't
17   remember specifically.  It would be less
18   than on one hand the number of times I saw
19   him in my 15, 16 years at FOX.
20        Q.      Would you communicate with him
21   for work purposes when you were working on
22   the Greta show?
23        A.      I didn't deal with FOX News
24   Edge at all.  The only time I dealt with
25   that department is when I worked with FOX
```

1                    J. WELLS
2    affiliates.  The programs at FOX don't deal
3    with the affiliate news service.  They
4    would deal with the assignment desk, and
5    the assignment desk would pull in something
6    from the affiliate news service if the
7    request was pertaining to requesting
8    something from an affiliate.
9         Q.    What did you understand to be
10   Mr. McCarthy's role?
11        A.    He ran the affiliate news
12   service which, you know, or was one of the
13   supervisors.  I don't know who was the top
14   person there, but he ran a lot of the
15   operations.  And that meant overseeing the
16   team there and having deep relations with
17   some of the FOX stations around the
18   country.
19        Q.    When you say, "overseeing the
20   team," would the team include the
21   assignment desk?
22        A.    No.  The national and foreign
23   assignment desk would be entities of FOX
24   overall.  He oversaw FOX News Edge which
25   dealt squarely with affiliates.  So when I

```
 1                    J. WELLS
 2  say that, only a dozen stations are owned
 3  by FOX.  There are an additional 250
 4  affiliates owned by different people, and
 5  they have a contract with FOX News Edge to
 6  provide them with news materials from FOX.
 7  It is a completely different entity.
 8       Q.    Were you familiar with the
 9  different positions of employees at FOX
10  News Edge?
11            MR. SUNSHINE:  Objection as to
12        form.
13       A.    I didn't know the way that FOX
14  News Edge operated other than some of my
15  experience when I worked at affiliate
16  stations in previous years.  That was not
17  part of anything that, you know, I dealt
18  with once I was an employee of FOX News
19  Channel.  Saying that I dealt with FOX News
20  Edge would be like saying I dealt with FOX
21  News radio.  Had nothing to do with prime
22  time or any program on the FOX News
23  Channel.
24       Q.    Would there be a reason for an
25  employee at the Greta Van Susteren show to
```

1                    J. WELLS
2  interact with an employee at FOX Edge?
3              MR. SUNSHINE:  Objection as to
4        form.
5        A.     Would there be a reason to
6  interact --
7        Q.     Yes.
8        A.     -- as far as work reasons?
9        Q.     Would there be a work reason
10 that you can think of as to why someone on
11 the Greta Van Susteren show would have to
12 interact with someone --
13       A.     No, unless you are friends on a
14 personal level, but there would be no
15 production overlap there whatsoever.
16       Q.     Did you ever interact when you
17 were on the Greta Van Susteren show with
18 any employee of FOX Edge?
19             MR. SUNSHINE:  Objection as to
20       form.
21       A.     Not that I recall.
22       Q.     Now when you were at FOX, you
23 had a FOX email address; correct?
24       A.     When I was at FOX News Channel?
25       Q.     Yes.

```
 1                    J. WELLS
 2      A.     Or FOX stations?
 3      Q.     FOX News Channel.
 4      A.     Yes, I did.
 5      Q.     What was that address?
 6      A.     Initially, it was Justin dot
 7  Wells at FOX News dot com.
 8      Q.     Did you have any other
 9  FOX-related email addresses at any point
10  during your career?
11      A.     More recently in very recent
12  history I believe all of the emails address
13  converted to FOX dot com.
14      Q.     Did you have a FOX email
15  address when you were working at the TV
16  stations?
17      A.     Yes.
18      Q.     Was it the same one you had
19  when you were at FOX News Channel?
20      A.     No, because they are a
21  completely different entity.  Then they
22  were even more separated.  It would have
23  been Justin dot Wells at FOX TV dot com.
24      Q.     Did you have access to the FOX
25  TV dot com account after you went to FOX
```

1                    J. WELLS

2    News Channel?

3         A.    No.  It is a company with a

4    separate CEO, separate CTO, separate

5    corporate structure.

6         Q.    Was there also an internal

7    messaging system at FOX when you were

8    working on the Greta Van Susteren show?

9         A.    Internal messages --

10        Q.    That you can communicate

11   directly with employees at FOX News Channel

12   or FOX News.

13        A.    If somebody was not -- I

14   wouldn't say everyone at FOX News; but if

15   somebody was in the production of a show at

16   FOX News or any network, there is a program

17   called I News that has a little thing that

18   has TopLine on the top of it, and 90

19   percent of the TV stations around the

20   country use that program which is designed

21   by a company called Avid.  It used to be

22   called Avstar, A-V-S-T-A-R.

23        Q.    Would you ever use TopLine?

24        A.    Of course.  There is no one in

25   production of television news that's on

```
 1                    J. WELLS
 2   that program that doesn't use TopLine.
 3        Q.    Did you ever communicate with
 4   Mr. Delancey through TopLine?
 5        A.    Not that I recall specifically.
 6        Q.    Did you ever communicate with
 7   any FOX Edge employee through TopLine?
 8        A.    Not that I recall at the time I
 9   was at FOX News Channel.  I mean when I was
10   at the FOX TV station, I'm sure I did
11   communicate at some point with employees at
12   FOX Edge.
13        Q.    But you can't recall an
14   instance when you were at FOX News Channel
15   where you TopLine messaged with someone at
16   FOX Edge?
17        A.    No.
18        Q.    Going back, you said there
19   would be times where you would see
20   Mr. McCarthy.  Would it typically be at
21   bars that you would see him when you ran
22   into him?
23             MR. SUNSHINE:  Objection.
24             Misstates his testimony.
25        A.    As I said, I maybe recall
```

1                    J. WELLS

2    seeing him a handful of times.  Yes, I

3    think, I was 26, 27.  So yes, it would

4    probably be at a bar.

5         Q.    I'm talking about when you were

6    in New York would you say there were times

7    when you and him met each other at bars in

8    New York City.

9              MR. SUNSHINE:  Objection as to

10        form.

11        A.    I believe I ran into him a

12   couple of times when I was with a group of

13   people, yes.

14        Q.    Group of employees of FOX or --

15             MR. SUNSHINE:  Objection as to

16        form.

17             Calls for speculation.

18        A.    I don't recall who was there.

19   I just know I ran into him a couple of

20   times.

21        Q.    Do you recall what bars you ran

22   into him at?

23        A.    I don't.  They are probably out

24   of business by now.

25        Q.    You don't recall a bar named

```
 1                    J. WELLS
 2   Rosie's?
 3        A.    I think there was a pub called
 4   Rosie O'Grady's that maybe some FOX people
 5   used to go to.
 6        Q.    Did you ever go there?
 7        A.    I don't think I went there more
 8   than four times.  Wasn't my watering hole.
 9        Q.    Do you know if Mr. McCarthy
10   went to that bar?
11        A.    What's that?
12        Q.    Do you know whether
13   Mr. McCarthy ever went to that bar?
14        A.    There were a couple of like
15   Irish pubs at the time in that part of town
16   that don't exist anymore, and different
17   people at FOX and NBC went to a couple of
18   the different Irish pubs.
19        Q.    But you don't know whether
20   McCarthy went to Rosie's?
21        A.    I have no clue.
22        Q.    Number four here, you mentioned
23   Suzanne Scott --
24        A.    Yes.
25        Q.    -- who likely has knowledge
```

1                    J. WELLS

2    concerning your employment at FOX.  And you

3    mentioned that she's someone who

4    interviewed you; right?  What else would

5    she know about your job at FOX?

6                    MR. SUNSHINE:  Objection as to

7         form.

8                    Calls for speculation.

9         Q.    What do you believe?

10        A.    I mean she knew I was a young

11   producer that had worked in local news and,

12   you know, at the time period at issue or

13   whatnot, you know, I was a young producer

14   that she hired.  And she would know what my

15   responsibilities were and what departments

16   I worked with.

17        Q.    Number seven is someone named

18   Oswaldo Martinez.  Do you see that?

19        A.    Yes.

20        Q.    It says Martinez likely has

21   knowledge concerning plaintiff's candidacy

22   for a position at NBC during the time

23   period at issue of the lawsuit?

24        A.    Yes.

25        Q.    What are you referring to?

1              J. WELLS

2        A.    Oswaldo, Ozzie who I worked

3    with in Miami previously, when Mr. Delancey

4    complained about not making enough money in

5    New York to survive, I handed his resume'

6    to Ozzie for a local news position here

7    which is a union job which would probably

8    pay better.

9        Q.    Is it at NBC?

10       A.    WNBC.

11       Q.    You said you gave Mr. Martinez

12   a copy of Mr. Delancey's resume'?

13       A.    Yes.  I believe so.

14       Q.    And what did you say to

15   Mr. Martinez when you gave him the resume'?

16       A.    I don't recall specifics other

17   than what I would normally say is I've not

18   worked with this person directly but they

19   have moved from Florida to New York, as had

20   Ozzie a couple of years prior, you might

21   want to talk to him.

22       Q.    Did you know whether

23   Mr. Martinez was looking to hire anyone at

24   WNBC?

25       A.    They had some change over in

1                    J. WELLS

2    management, so they were looking for

3    producers and writers.

4         Q.    How did you know that?

5         A.    Because Ozzie had told me they

6    were looking for people, good people.

7         Q.    Did you ask him whether they

8    were, or did he volunteer that to you?

9         A.    He volunteered that.  He had

10   come in in a senior role, and he said I'm

11   looking for great people, you know.  And he

12   also worked in Miami, and people that work

13   in some of those Florida markets sometimes

14   have a little more pizazz to their

15   producing than other parts of the country.

16        Q.    Do you know when he joined

17   WNBC?

18        A.    I don't recall.  So long ago.

19        Q.    Was it close to the time in

20   which you gave him Delancey's resume'?

21        A.    Perhaps.  I had helped Ozzie to

22   move up here, given him some advice, also

23   somebody else from Florida that wanted to

24   move to New York to a bigger market.

25        Q.    Did you tell Mr. Martinez

```
 1                    J. WELLS
 2   anything positive about Mr. Delancey?
 3        A.    I said he is from Florida, he
 4   worked at some TV stations I also worked
 5   at, here you go.  That would be the
 6   context.
 7              I never worked with Delancey,
 8   so I couldn't endorse his work.  I don't
 9   recall the specific conversation.  But what
10   I do know is consistent with how I've
11   always given referrals, if I don't work
12   with someone directly and it's just a favor
13   or friendly, you know, connection, I am
14   very specific in saying I've never worked
15   with this person but they might have the
16   criteria you are looking for.
17        Q.    So you suggested to him that he
18   should interview Mr. Delancey?
19              MR. SUNSHINE:  Objection.
20              Asked and answered.
21        A.    I gave him the resume'.  I
22   don't recall the specific conversation.
23        Q.    Do you recall how you gave him
24   the resume'; did you hand it to him, email
25   it to him?
```

1                    J. WELLS

2              MR. SUNSHINE:  Asked and

3         answered.

4              Objection.

5         A.    I would assume I would have

6    emailed it.

7         Q.    Did you email it through your

8    FOX email account or through your personal

9    email account?

10         A.    I have no idea.

11         Q.    Have you searched through your

12    personal email accounts to see if you can

13    find an email in which you sent the resume'

14    to Mr. Martinez?

15         A.    I had a different personal

16    email at that time.  It was tied to my

17    domain name which I no longer use, and I

18    wouldn't have anything from that time

19    period.

20         Q.    At the time, what was your

21    personal email address?

22         A.    It was Justin at Justin Wells

23    dot com.

24         Q.    What year was this

25    approximately?

1                    J. WELLS
2        A.    I don't know.  It would have
3    been at the time, you know, the dates
4    surrounding this time period.
5        Q.    Around 2008?
6        A.    I suppose.
7        Q.    When did you lose access to
8    that email account?
9        A.    I haven't used that in a
10   decade.
11       Q.    But can you use it I'm asking
12   you.
13       A.    No.  I have shut it down.
14       Q.    When did you shut it down?
15       A.    I believe a decade ago.  It is
16   a defunct website.  I don't even update the
17   website.  I haven't used it in ages.  Gmail
18   is easier.  I was getting spam.  It was
19   impossible, so I switched.
20       Q.    If you wanted to retrieve
21   emails from that email account, what would
22   you do?
23       A.    It's gone.  I don't pay for it.
24       Q.    Do you know for a fact that
25   it's gone?

1              J. WELLS

2              MR. SUNSHINE:  Objection as to

3        form.

4        A.     The company that I used for it

5   is bankrupt.  Yes, I'm quite confident it's

6   gone.

7        Q.     What company was that?

8        A.     I think it was called Name Zero

9   was the domain name I believe.

10       Q.     So you had a website called

11  Justin Wells dot com?

12       A.     Yes, that would have been my

13  personal email.

14       Q.     Does that website still appear

15  if you typed that address in?

16       A.     As I said before, there is an

17  updated website.  I think the website was

18  updated four years ago or something, but it

19  says I still work at FOX News which I

20  haven't in years.  So it's not something

21  I've had time to manage.

22       Q.     But you would be able to update

23  that website if you wanted to; right?

24       A.     If I hired someone or decided

25  to update the website, I could.  I hung

```
 1                    J. WELLS
 2  onto the domain name, yes.
 3        Q.    But you are saying you wouldn't
 4  be able to access the email account
 5  associated with that domain name?
 6        A.    I am the registrar of the
 7  domain.  I don't pay for any hosting
 8  services and haven't for years
 9  particularly, for the email service.
10        Q.    Other than Mr. Martinez, was
11  there anyone else at WNBC that you spoke to
12  concerning Mr. Delancey?
13              MR. SUNSHINE:  Objection as
14        form.
15        A.    Not that I recall.
16              MR. SUNSHINE:  Are you
17        referring to a specific time period?
18              MR. RAHMAN:  In relation to
19        when you gave him the resume' of
20        Mr. Delancey, I'm talking about
21        around that time.
22        Q.    Was there anyone else at WNBC
23  who you spoke to concerning Mr. Delancey?
24        A.    No.  It was a simple here is
25  this guy's resume'.  That's it.  That's all
```

```
 1                    J. WELLS
 2    I recall about it.  It was not that
 3    memorable.
 4         Q.    After you handed the resume' to
 5    Mr. Martinez or sent it to him, did you
 6    have any subsequent discussions with
 7    Mr. Martinez concerning Mr. Delancey?
 8         A.    The only thing I recall is him
 9    saying, "Never send me a candidate like
10    that again."
11         Q.    Do you recall what you said?
12         A.    I said, "Oh, okay."  And he
13    just said he bombed the interview.  I don't
14    recall any other details.
15         Q.    He used the word "bombed"?
16         A.    He said he was like the worst
17    interview, something to that effect.
18         Q.    Did he say why it was the worst
19    interview?
20         A.    No.  I don't recall the
21    details.
22         Q.    Did you ask him why it was the
23    worst interview?
24              MR. SUNSHINE:  Objection to
25         form.
```

1              J. WELLS

2      A.    No.

3      Q.    Wouldn't you want to know why

4  it was the worst interview?

5            MR. SUNSHINE:  He has answered

6        the question.

7      A.    I didn't think twice about it.

8  I was a little embarrassed that I handed

9  over the resume'.

10      Q.    Did he say anything about the

11  interview?

12      A.    I don't recall any details.

13      Q.    Did he say where it took place?

14      A.    No.

15      Q.    Did he say who was at the

16  interview?

17      A.    He did not.

18      Q.    How did the two of you come to

19  be discussing the interview?

20      A.    All that I recall is that he

21  offhand mentioned that he was a terrible

22  candidate.

23      Q.    You said, "offhand."  What does

24  that mean?

25      A.    It was not a memorable

```
1                    J. WELLS
2    conversation.
3         Q.    Well --
4         A.    It wasn't like a key part of a
5    conversation.  It was not anything --
6         Q.    In relation to when you gave
7    him the resume', when did you have this
8    conversation about the interview?
9         A.    I have no idea.
10        Q.    How much time passed?
11              MR. SUNSHINE:  Objection.
12              Asked and answered.
13        A.    I have no idea.
14        Q.    Was it within a few weeks of
15   that happening?
16              MR. SUNSHINE:  Asked and
17         answered.
18        A.    I don't know.
19        Q.    Could it have been years after?
20        A.    I don't recall.  I don't
21   believe so, but I don't recall.
22        Q.    Did you ever tell Mr. Delancey
23   what Mr. Martinez said to you about the
24   interview?
25        A.    I don't recall.
```

```
 1                    J. WELLS
 2        Q.    Did you say sorry to
 3   Mr. Martinez?
 4        A.    I probably just wanted to move
 5   on.  I don't recall any further
 6   conversation.
 7        Q.    Did you ever give any other
 8   employer the resume' of someone that you
 9   knew for a possible interview?
10        A.    Have I ever shared resumes's?
11        Q.    Yes, with any other --
12        A.    Dozens of times, hundreds of
13   times.  I've been in the business for 25
14   years.
15        Q.    Has anyone ever told you that
16   the person whose resume' you sent bombed
17   the resume'?
18             MR. SUNSHINE:  Martinez.
19         Objection as to form.
20        A.    Yeah, of course.  I mean if you
21   are friends with someone and you send them
22   somebody that's not a great candidate, yes,
23   they'll say I'm not hiring that person.
24   It's not, you know, would not be abnormal.
25        Q.    So others have told you that
```

```
 1                    J. WELLS
 2   this was the worst interview that I have
 3   ever had?
 4            MR. SUNSHINE:  Misstates his
 5         testimony.
 6        A.    As I said, I recall him saying
 7   it was awful.  I can't recall a
 8   conversation from that long ago, the exact
 9   words used.
10        Q.    Your testimony is that you
11   didn't ask him why?
12        A.    I did not.  As far as -- I
13   don't recall any further part of that
14   conversation.
15        Q.    Did you speak --
16        A.    As I don't recall the
17   conversation, I have had about hundreds of
18   other candidates that I possibly sent
19   resume's off.
20        Q.    But you recall that he said it
21   was awful; right?
22        A.    I recall that he was not happy
23   with the interview.
24        Q.    Was he not happy, or did he say
25   it was the worst interview of all times?
```

1                    J. WELLS

2              MR. SUNSHINE:  Objection as to

3          form.

4       A.    As I said, I don't know the

5   specific words.  What I'm saying, I just

6   remember he was not happy with the

7   interview.

8       Q.    Again, did he say that or was

9   that your impression?

10             MR. SUNSHINE:  Objection as to

11         form.

12      A.    All I know is it was a very

13  brief conversation and I'm sure I was

14  embarrassed that I had wasted someone's

15  time.

16      Q.    But you didn't bother following

17  up with Mr. Delancey to find out what

18  happened?

19             MR. SUNSHINE:  Objection to

20         form.

21      A.    It was not something that was

22  memorable or something that I would have

23  cared about.

24      Q.    You would have cared what

25  Mr. Martinez thought of you; right?

```
 1                    J. WELLS
 2              MR. SUNSHINE:  Objection as to
 3         form.
 4        A.     But I wouldn't ask further
 5   questions.  I would move on.
 6        Q.     Does he still work at WNBC,
 7   Mr. Martinez?
 8        A.     I believe he is part of NBC
 9   Universal but he is not at WNBC or other TV
10   station group.
11        Q.     When was the last time you
12   spoke to him?
13        A.     We speak around the holidays
14   and stuff like that.  Probably Christmas,
15   something like that would be my guess.
16        Q.     How do you guys communicate?
17        A.     We talk on the phone a couple
18   of times a year.
19        Q.     Do you have his phone number?
20        A.     Of course.
21        Q.     It says your contact
22   information is unknown.  Is that not true?
23        A.     I don't have his business
24   email.  I don't know where he lives.  If I
25   needed to call Ozzie, I could call him.
```

```
 1                    J. WELLS
 2        Q.    I'm going to ask for his phone
 3   number.  We'll follow up in writing with
 4   your counsel.
 5              MR. SUNSHINE:  We'll disclose
 6         his phone number.
 7        Q.    Page eight, interrogatory
 8   number four, identify the person from whom
 9   you obtained the statements, et cetera,
10   about this action.  You said there is no
11   such persons.  Is that still true?
12        A.    No such persons regarding what?
13        Q.    Whom you have obtained the
14   statement or affidavit concerning this
15   lawsuit.
16        A.    That is true, yes.  As far as I
17   know, yes.
18        Q.    Next page asks you to identify
19   your phone numbers, emails, social media
20   accounts, et cetera.  You identified Justin
21   B Wells at Gmail dot com?
22        A.    Yes.
23        Q.    Any other email account that
24   you have?
25        A.    No.
```

```
 1                  J. WELLS
 2       Q.    Is that your phone number?
 3       A.    Yes.  That's my cell.
 4       Q.    Any other phone numbers that
 5  you have?
 6       A.    No.
 7       Q.    And those are all your social
 8  media accounts?
 9       A.    Yes.
10       Q.    You don't have TikTok or
11  anything like that?
12       A.    I don't believe I have TikTok.
13  I don't think I have an actual account.  I
14  can view stuff, but I don't post or have an
15  account there.
16       Q.    Did you go through your social
17  media accounts to see if you had any
18  relevant communications about this case or
19  about Mr. Delancey in them?
20       A.    Yes.  Absolutely.
21       Q.    Did you find any?
22       A.    Everything I was able to find I
23  provided to my attorney which had been
24  provided here.
25       Q.    I've seen one Facebook exchange
```

                    J. WELLS
1
2   between you and Mr. Delancey.  Is there
3   anything else that you found?
4        A.    It would be anything that was
5   provided.  I'm not sure if there was only
6   one exchange.  I don't recall exactly what
7   was provided offhand without my notes, but
8   anything that was found was provided.
9        Q.    And you searched Justin B Wells
10  at Gmail dot com for relevant
11  communications?
12       A.    Yes.
13       Q.    Did you find any?
14       A.    No.
15       Q.    How did you search through your
16  email account?
17       A.    I just searched the name and,
18  there was nothing.  It just doesn't go back
19  that far in time.
20       Q.    When does it go back to?
21       A.    I would have to look.  I don't
22  know.
23       Q.    Not that far back?
24       A.    No.
25       Q.    The next interrogatory, number

```
 1                    J. WELLS
 2  six, says identify each sources of
 3  electronically-stored information for which
 4  you deleted, erased, or caused to be
 5  deleted or erased, et cetera.  And then on
 6  the next page you identify a Sony Vaio
 7  computer which you no longer have?
 8       A.    Yes.
 9       Q.    Was that your primary computer
10  around 2008?
11       A.    Yes.
12       Q.    Did you have any other laptops,
13  computers around that time?
14       A.    I had that, and I had a
15  FOX-issued BlackBerry and Sony Vaio which
16  no longer exists.
17       Q.    Would you use BlackBerry
18  messenger to communicate with people?
19       A.    I did.  I think anyone who had
20  a BlackBerry used BBM as it was called at
21  that time.
22       Q.    Do you know if you communicated
23  through BBM with Mr. Delancey?
24       A.    I don't recall.  I don't have
25  the device to look at.
```

```
 1                    J. WELLS
 2        Q.    That was a FOX-issued
 3   BlackBerry or personal?
 4        A.    It was FOX issued, yes.
 5        Q.    And you gave it back to FOX or
 6   no?
 7        A.    I don't remember.  It had a
 8   wheel on it, big keyboard.
 9        Q.    Do you still have it?
10        A.    No.
11        Q.    You searched for it?
12        A.    I don't have a phone from 20
13   years ago, no.  I don't even have a phone
14   from two years ago.  I don't even have a
15   phone from eight months ago.
16        Q.    Is this a FOX-issued phone
17   number that you had, 347?
18        A.    Yes.
19        Q.    Is that a FOX phone number?
20        A.    Yes.  It had a black and white
21   screen too.
22        Q.    Number seven, page 11 says to
23   identify any former or current coworkers
24   that accused you of misconduct of any kind.
25   You've identified Abby Grossberg; right?
```

```
 1                    J. WELLS
 2        A.    Yes.
 3              MR. SUNSHINE:  Counsel, or
 4         violations of employer policies is
 5          what it asks for.
 6              MR. RAHMAN:  Correct.  It goes
 7          on beyond what I said.
 8        Q.    And that's the only person that
 9   you identified.  Is there anybody else that
10   would fall under this category?
11        A.    In 25 years in television,
12   nobody else other than Abby Grossberg and
13   Andy Delancey have accused me of anything.
14   Both are your clients.
15        Q.    You say on page 12 to the best
16   of your knowledge no other current or
17   former coworkers have accused you of any
18   kind of misconduct?
19        A.    Where is this?
20        Q.    On page 12 at the top.  That's,
21   you say, to the best of your knowledge;
22   right?
23        A.    Yes.
24        Q.    So it is possible there were
25   other --
```

1                    J. WELLS

2              MR. SUNSHINE:  Objection as to

3         form.

4         A.    I'm not aware of that ever

5    happening.  You can ask FOX, but I've never

6    been called in or accused of any kind of

7    harassment of any kind.

8         Q.    At FOX News?

9         A.    At FOX News or any TV station I

10   worked at.

11        Q.    At WNYW?

12        A.    Absolutely.

13        Q.    And the next, number eight,

14   identify any individual that has accused

15   you of rape, assault, and it goes on.  And

16   you identified plaintiff as the only

17   individual who has accused you of assault?

18        A.    Correct.

19        Q.    There is nobody else that has

20   ever accused you of assault or

21   nonconsensual touching?

22        A.    Absolutely not.

23              MR. SUNSHINE:  Off the record.

24              (Whereupon, an off the record

25         discussion was held.)

1                    J. WELLS

2              (Whereupon, the aforementioned

3          document was marked as Plaintiff's

4          Exhibit 2 for identification as of

5          this date by the Reporter.)

6       Q.    I have in front of you Exhibit

7    2.

8              MR. RAHMAN:  For the record, it

9          is Bates stamped Wells one through

10         Wells 15.

11      Q.    Do you know what this document

12   is?

13      A.    Yes.  I believe it is a

14   Facebook conversation between Mr. Delancey

15   and myself.  Just double-checking, but I

16   believe it's -- yeah, I believe it's the

17   whole thread there.

18      Q.    This was something that you

19   produced; right?

20      A.    I did, I produced it.  He may

21   have it as well.  But I produced it, yes.

22      Q.    On the first page there is a

23   message dated August 3, 2007?

24      A.    Uh-huh.

25      Q.    That's from you, correct, that

```
 1                    J. WELLS
 2   message?
 3        A.    It appears to be.
 4        Q.    You say you used to work at FOX
 5   13 several years ago.  Which station was
 6   that?
 7        A.    It was WTVT.
 8        Q.    And you asked if that's where
 9   Mr. Delancey worked at that time?
10        A.    Yes.
11        Q.    You said, "group up in the
12   area," but you meant grew up in the area?
13        A.    Yes.
14        Q.    Then moved to Miami.  You told
15   him you were the top ten producer on FOX
16   Five New York City; right?
17        A.    Yes.
18        Q.    And that you saw him in the FOX
19   TV group?
20        A.    Yes.
21        Q.    What is FOX TV group?
22        A.    I don't recall how Facebook
23   even worked then.  I think you used to have
24   things called walls and other timelines.  I
25   don't recall, but I think there was a group
```

```
 1                    J. WELLS
 2   where a bunch of people in the FOX TV
 3   stations group or whatever which I was an
 4   alumnus of which -- yeah, at the time I was
 5   working at the FOX TV stations group, so
 6   yeah.
 7        Q.    At that time, were you the top
 8   producer on the FOX Five ten p.m. News
 9   show?
10        A.    I was the line producer.  I was
11   not the executive producer.
12        Q.    Who was that at the time?
13        A.    I don't recall.  It switched a
14   few times.
15        Q.    Was that who you reported to?
16        A.    I think I reported to the
17   assistant news director.  I don't recall
18   the specifics of it, but producers that
19   wrote content there because it was a union
20   operation.  There was a contract as to how
21   that worked.  It wasn't a normal reporting
22   structure.  It's based on the Writers Guild
23   of America contract.
24        Q.    You wrote that you are the
25   producer?
```

1                    J. WELLS
2        A.    Yes.  In local news you usually
3    have one person that's a line producer of a
4    show, and then you have a bunch of writers
5    that write for all of the shows.  If you
6    have a line producer of a show, there is
7    usually one for every newscast in the
8    country for different time slots.  And then
9    the writers, you know, the writers write
10   stuff for the 6:00 p.m. news.  And once
11   they are done with that, they work on the
12   ten p.m. news.  So there's an executive
13   producer in larger markets as there was at
14   WNYW that would oversee either a single
15   broadcast or a couple of them.
16       Q.    But is that accurate that you
17   were the only producer on that show?
18            MR. SUNSHINE:  Objection as to
19         form.
20            He just said there was an
21         executive producer.
22       Q.    That wouldn't be accurate, that
23   you are the producer?
24       A.    I was the only person on that
25   show with the title producer.

```
 1                J. WELLS
 2      Q.    But there were other producers
 3  on the show; right?
 4            MR. SUNSHINE:  Objection as to
 5        form.
 6            Asked and answered.
 7      A.    You have an executive producer.
 8  You might have a segment producer that pops
 9  in.  You might have a writer that pops in.
10  But I was working the ten p.m. show, so I
11  would have -- yeah.
12      Q.    Would it be more accurate to
13  say I'm a producer on the show?
14            MR. SUNSHINE:  Objection as to
15        form.
16      A.    No.  You are usually associated
17  with your time slot in local news.  If you
18  are in Atlanta, you're like I'm the noon
19  producer, I'm the ten p.m.  It's shorthand
20  because usually there's one line producer
21  per show, the person in the control room,
22  but there are a lot of producers working on
23  it.  So if you are the noon producer or the
24  ten p.m. producer, you are, you know, there
25  are executive producers that oversee
```

```
1                    J. WELLS
2  things.  But that's how you, in shorthand,
3  tell people what your shift is.  That's how
4  you explain your responsibilities, what
5  type of newscast you produce.
6              I'm -- if I said I'm the
7  morning producer, that means I produce a
8  show where anchors drink coffee and stuff
9  in a more casual format.  It's nothing
10  really relevant to the word.
11      Q.    Do you think someone reading
12  this might interpret this as saying that
13  you are the top producer on that show?
14              MR. SUNSHINE:  Objection as to
15        form.
16              Calls for speculation.
17      A.    I don't think so.  I think
18  that's pretty casual.
19      Q.    You said it caught my eye when
20  you saw him in the FOX TV group.  What did
21  you mean?
22      A.    I don't know what was said in
23  the FOX TV group.  Unfortunately, I
24  couldn't produce that information, so I
25  don't know what posts led to a private
```

1                    J. WELLS
2    conversation that I was able to find.  But
3    as I stated there, he worked at a place
4    where I grew up, had my first job in TV
5    when I was 17 and, you know I don't know
6    what was stated in that group.  I don't
7    know what specifically caught my eye.
8         Q.    Were you referring to
9    his looks, the way he looked?
10        A.    No.
11        Q.    Was this -- is this you telling
12   him that you thought he was attractive?
13             MR. SUNSHINE:  Objection as to
14       form.
15             Asked and answered.
16        A.    I don't recall what --
17             MR. SUNSHINE:  Let's take a
18       break.
19             (At 11:25 a.m., a recess was
20       taken.
21             At 12:17 p.m., the deposition
22       resumed.)
23        Q.    Mr. Wells, we are back from a
24   break.  I asked you earlier today if you
25   spoke to anybody about this case, and you

```
 1                    J. WELLS
 2   said no other than counsel.  Did you speak
 3   about this case to Mr. Carlson?
 4         A.    I mean he saw the press
 5   reports.  Nothing specifically about the
 6   case other than the press.  And I believe
 7   he gave a quote to the New York Times and
 8   some other papers.
 9         Q.    Do you recall what that quote
10   was?
11         A.    I don't specifically.  I'm sure
12   we can find it.  It's published.
13         Q.    Did he indicate in that quote
14   that he didn't believe Mr. Delancey?
15         A.    I don't know what he was
16   attempting to indicate other than I believe
17   he said if you were the victim of sexual
18   assault you should call the police, if
19   somebody comes forward with a claim many
20   years later such as this, you know, I would
21   have a hard time believing it, something to
22   that effect.
23         Q.    Did you tell him whether or not
24   the allegations occurred?
25         A.    I don't recall.
```

```
 1                    J. WELLS
 2        Q.     Did he ask you if they were
 3   true?
 4        A.     I don't recall.
 5        Q.     Other than Carlson, was there
 6   anybody else that you spoke to about this
 7   case?
 8        A.     I spoke to my husband about it.
 9        Q.     Anybody else besides your
10   husband and counsel?
11        A.     Not really, no.
12        Q.     Now, in terms of the FOX Five
13   show that you worked on in 2007, the
14   executive producer on that show, would you
15   agree that's more of a management position
16   than a production position?
17        A.     Explain what mean by that, I'm
18   sorry.
19        Q.     Essentially, is it a management
20   role more so than a producer role?
21        A.     I wouldn't say that.  They are
22   involved in the production meetings.  At
23   that particular TV station, unlike anywhere
24   else I worked in my career, it is a union
25   shop.  So there is some delineation among
```

1                    J. WELLS

2      what tasks can be done.  So an executive

3      producer is not allowed to write script

4      copy because they are not part of the

5      Writers Guild.

6                    But as far as producing the

7      show and the content and assigning stories

8      to reporters, the executive producer would

9      have final say.

10                   If I wanted something for my

11     10:00 show and another producer wanted it

12     for the 5:00 show, the executive producer

13     would be the tiebreaker per se.  So they

14     are involved in production.  They are not

15     just managing people.

16          Q.     Would you agree that at the

17     time the news program at ten p.m. was the

18     most important show on WNYW?

19          A.     That's debatable.  Around that

20     period of time I would say the most

21     important programs were the ten p.m. show

22     and then the morning show.  There has been

23     a change in the industry to morning

24     programming being equally, if not more

25     important.  It is a bigger money maker for

1                    J. WELLS

2    than World News Tonight for ABC for

3    example.  That was definitely happening in

4    local news.

5               I wouldn't say -- at that time,

6    the ten p.m. anchor was actually reassigned

7    to the morning show.  So by the nature of

8    that, I would say that the ten p.m. show

9    would not be necessarily the most important

10   show.  Rosanna Scotto was transferred from

11   ten p.m. news to Good Day New York around

12   that time.

13        Q.    Turning back to Exhibit 2, it

14   should be in front of you.

15        A.    Yes.

16        Q.    You say in your message on page

17   one, "Say hi to Scott Jones for me if you

18   ever see him around."  Who is Scott Jones?

19        A.    Scott Jones, I don't know what

20   his title was at the time, whether he is

21   executive producer at WTVT or assistant

22   news director at WTVT.  But when I was 16,

23   17 when starting in the industry and I

24   started there, he was like one of the first

25   great producers I witnessed doing things;

```
 1                    J. WELLS
 2  and I learned a lot just watching how he
 3  produced the show.  When I was there, he
 4  was the ten p.m. producer at WTVT back in
 5  2000, 2001.
 6         Q.     And did you guys keep in
 7  contact?
 8         A.     Occasionally, not a lot.
 9         Q.     By then, Mr. Jones had a top
10  position at the station?
11         A.     I don't know if I would say --
12  he had a high-ranking position in the news
13  division at the station.
14                Local TV stations are a little
15  bit different.  He wasn't a general manager
16  or vice president of the station or a
17  person under that.  He was -- I don't know
18  if he was under the news director, under
19  assistant news director as well.  I don't
20  remember.  I wasn't there at the time.  I
21  don't remember where he fell in the
22  apparatus.  I believe there have been
23  several transitions since then with the
24  news director.  And Scott Jones has
25  remained in the same position.  He's never
```

```
 1                J. WELLS
 2   been elevated to news director, for
 3   example, there.
 4        Q.    Why did you tell Mr. Delancey
 5   that you knew Mr. Jones?
 6        A.    Seemed like somebody in common,
 7   you know.  I mean I don't know.
 8        Q.    And then you say, "I worked
 9   with Hannah in Miami."  Who was that?
10        A.    I don't remember Hannah that
11   well, but I believe we both worked at WPLG
12   at the same time and she was a producer at
13   WTVT.  You are starting out young in the
14   industry, and you work at all these local
15   TV stations.  I worked at five local TV
16   stations, five in the Florida market at a
17   period when there were four hurricanes a
18   year.  And it is a pretty tight-knit group
19   of people.  Sometimes people bop around.
20   It is a big state.  Sometimes things happen
21   in California some of the larger states
22   where there is a larger TV market, so you
23   tend to know people that worked at
24   different places.  So I mean it's just
25   networking, camaraderie.
```

1                    J. WELLS

2        Q.      What was her full name?

3        A.      I don't remember.  She's been

4   married I believe.

5        Q.      At the time did you know where

6   she worked and what she did?

7        A.      I knew that she had left WPLG

8   when I was there a few years earlier to go

9   over to Tampa WTVT.

10               And you keep up with people.

11  You keep up with what people are doing.

12  Okay, I was at ABC in Miami, oh, you are

13  going to work at the first TV station I

14  ever worked at when I was a kid.  I was a

15  junkie in the local news industry.  I kind

16  of moved out of the local news world.  But

17  I grew up since I was like five wanting to

18  be on local news.

19       Q.      So you weren't sure at the time

20  what her role at WTVT was?

21       A.      No.  I just knew she went

22  there.

23       Q.      Did you understand at this time

24  what Mr. Delancey did at WTVT?

25       A.      He was one of the producers.

```
 1                     J. WELLS
 2        Q.     If you turn to the next page --
 3        A.     To be clear, there were many,
 4  many, many producers because a lot of the
 5  FOX stations had many hours of news to fill
 6  because there was less network programming.
 7  He was one of very many, many producers
 8  there as was probably Hannah.
 9        Q.     On the next page, he responds
10  to you; right?
11        A.     He does.
12        Q.     He said he produces the weekend
13  morning show; right?
14        A.     Uh-huh.
15        Q.     And he says in parentheses,
16  "very exciting, I know."  Do you see that?
17        A.     Uh-huh.
18        Q.     Did you understand why he made
19  that comment there?
20        A.     I can't speak to what he is
21  trying to say there.
22               I have produced many weekend
23  morning shows.  You have limited resources.
24  You are working -- you get into work at
25  11:00 p.m., and you work until 9:00 in the
```

1                    J. WELLS

2    morning.  You don't really have a life.  So

3    I mean I would assume he is referring to

4    that, the hours suck and, you know, but it

5    is a big show with a big audience.

6         Q.    Did you think he was indicating

7    that he didn't feel that he had much

8    authority on the show?

9              MR. SUNSHINE:  Objection as to

10        form.

11        Q.    Or at the network?

12        A.    No.  I actually think when you

13   are a weekend morning producer you have a

14   lot more control over your show because

15   none of the bosses are around, you are

16   sitting there by yourself, you are writing.

17   When I was a weekend morning producer, at

18   one point I wrote every story in the whole

19   two-hour newscast.  It is a great training

20   ground.  You get to do more.  It really

21   makes you a better producer.  So actually,

22   it is an important job.  And in order to

23   have that job, you have to be trusted to be

24   on your own with little supervision from

25   management.  Your boss is not there at 3:00

1                    J. WELLS

2   in the morning on Sunday.

3       Q.    Was he indicating in your mind

4   that the weekend morning show is not that

5   important at WTVT?

6               MR. SUNSHINE:  Objection as

7         form.

8       A.    When I was there, it was a very

9   important show.  I don't know what he was

10  trying to indicate there.

11      Q.    Then he says at the end of that

12  paragraph, "I have horrible pictures on

13  Facebook.  Go to My Space.  Right?"  Did

14  you ever go to his My Space?

15      A.    I don't know.  It used to be, I

16  believe, a social media platform; and it's

17  not a music sharing service.  Apparently,

18  he wanted me to look at pictures of him for

19  some reason.

20      Q.    You don't recall if you ended

21  up looking at his profile?

22      A.    I don't have my browser history

23  from 2007.

24      Q.    Did you ever use My Space?

25      A.    I believe I had a profile on

1               J. WELLS
2    there.  I don't recall when I stopped using
3    it.  I don't think in the last two decades
4    I've used.
5          Q.    Was Hannah's name Hannah Jane
6    Corsa?
7          A.    Perhaps.  It sound familiar.
8          Q.    Was she a producer at the time
9    at WTVT?
10         A.    I don't know what her title
11   was.  There are dozens producers and
12   writers there, associate producers.
13         Q.    Would you agree that producers
14   on the weekend morning show are the lowest
15   on the totem pole at a station?
16         A.    No.  I would say an associate
17   producer on an evening newscast during the
18   week is a lower-ranking producer than a
19   line producer on a weekend morning show.
20         Q.    On the top page, Mr. Delancey
21   says, "The only reason I'm doing the
22   weekend morning right now is because they
23   have no other place to put me."  Did you
24   understand him to indicate to you that he
25   felt unfulfilled in his job?

```
 1                    J. WELLS
 2        A.    No.  I don't know what he felt
 3   at the time.  But what I will tell you
 4   about that, because I've been in that same
 5   position at different times, is nobody
 6   wants to work overnights.  You get off work
 7   at 8:00 in the morning, and you want a
 8   hamburger instead of breakfast.
 9             A lot of time people complain
10   about the morning shows, they can't do it
11   anymore because of the hours, not because
12   the show is not an important show.  Hoda
13   just left The Today Show because she didn't
14   want to wake up at two in the morning.  It
15   doesn't mean she didn't like the job.
16        Q.    You mentioned there was a shift
17   at one point in terms of the importance of
18   programming at a station from evening news
19   to morning shows; right?  Did that change
20   take place more in the 2010s?
21        A.    It depends on the network and
22   the priorities and where they are seeing
23   audience and revenue.
24             The industry completely changed
25   recently with streaming.  And, you know,
```

```
 1                    J. WELLS
 2    this particular station, mornings were
 3    very, very important.
 4              In fact, December 12, 1994, CBS
 5    stations were scooped up by FOX
 6    essentially.  And they used to have just a
 7    few hours of newscast a day.  All of a
 8    sudden, all the CBS programming went away.
 9    These FOX stations had to add hours and
10    hours of programming.  They didn't have as
11    rigorous of prime time lead in.  So morning
12    shows became very, very important to
13    FOX-owned and operated stations after
14    December 12, 1994 specifically.  That's
15    when FOX acquired New World Communications
16    and then fully acquired it later.  That
17    included key stations in Tampa, Atlanta,
18    Houston, Dallas, and other major markets.
19              That was when -- so the shift
20    began happening toward morning news in
21    1994, particularly for FOX stations and
22    when a lot of the media landscape was
23    changed in VHF stations and VHF stations
24    changed hands among station groups.
25         Q.    So you don't agree that the
```

1                    J. WELLS

2    trend really actually had an impact until

3    the early 2010s?

4         A.     The trend was all over the

5    place.  I just told you about the affiliate

6    switch on December 12, 1994, and you are

7    telling me about 2010.  The industry is

8    really cyclical.  It depends on the station

9    group; it depends where you are.

10                  FOX stations, the morning show

11   has been super important for a number of

12   years.  In fact, in this market, the Tampa

13   the FOX station morning show Good Day Tampa

14   Bay regularly defeated The Today Show and

15   Good Morning America within the local

16   market.  So I'm sure this was a very

17   important show for them.

18        Q.     WNYW, wouldn't you agree that

19   the trend of sort of focusing more on

20   morning shows than the evening news

21   happened more towards the early 2010s?

22        A.     I know the TV industry better

23   than most people because it is something I

24   love and grew up in.

25                  No.  It's inaccurate.  In 2006

```
 1              J. WELLS
 2  WNYW brought over a main network anchor
 3  from ABC to host their local morning show
 4  WNYW in New York.  So if they are doing
 5  that in 2006, Ron Corning is his name, I
 6  would assume that they think it is pretty
 7  important if they are poaching network
 8  talent to host a local morning show in New
 9  York.
10       Q.    At that time, in 2007, was the
11  FOX Five news program the only program for
12  local stations that was at ten p.m. versus
13  11 p.m. or later?
14       A.    At WNYW?
15       Q.    Yeah.
16       A.    I don't understand the
17  question.  I don't know what you are trying
18  to elicit here or find out.
19       Q.    Isn't it true that the ten p.m.
20  news program at FOX Five was the only ten
21  p.m. news program amongst the local news
22  stations at the time and the others were at
23  11 or after that?
24       A.    Within the New York market?
25       Q.    Yes.  In 2007, wasn't the only
```

1                    J. WELLS

2    ten p.m. local news program the one at FOX?

3         A.    No.  WPIX, Channel 11, which at

4    the time would have been CBW, had a pretty

5    aggressive ten p.m. newscast.

6         Q.    Did you guys consider

7    yourselves to be peers of WPIX?

8         A.    Competitors?  I mean suppose,

9    yeah.  You are watching what everyone was

10   doing.

11             When I came into FOX Five, it

12   was not like -- I wouldn't say it was -- it

13   was the flagship station in New York City,

14   yes, but it was not compared to its

15   competitors within the market.  It was not

16   one of the more successful stations

17   overall.  WABC crushed WNYW.

18        Q.    Which ten p.m. news program had

19   the best ratings?

20        A.    Well, WNYW had the best ratings

21   at ten p.m., but it was one fifth of what

22   WABC had at 11:00.  We were not defeating

23   what was on versus WABC at ten p.m. either

24   as their lead in.

25        Q.    But FOX had the most viewers of

```
 1                   J. WELLS
 2    the local news program?
 3           A.    As far as I recall, they
 4    probably still do today.
 5           Q.    Going back to Exhibit 2, on
 6    page three again, Mr. Delancey says that if
 7    I'm ever going to move from Florida I
 8    envision my next step to be New York City
 9    or Chicago.  And the next message after
10    that is from February 26, 2008 from you;
11    right?
12           A.    Yes.  So he is saying, "If I'm
13    ever going to move from Florida, I envision
14    my next step to be New York City or
15    Chicago.  So it's nice to have someone I
16    already know in New York City," smily face
17    blushing emoji.
18           Q.    The next message in the chain
19    is from you in February 2008?
20           A.    Yes.
21           Q.    You say, "See if you could room
22    with my friend Matty who is killer hot.  He
23    is a promoter and a page at NBC," winky
24    face.  What are you saying here?
25           A.    So I have to assume that
```

1                    J. WELLS

2    something happened, some sort of

3    communication happened between here.  And

4    looking at this and assuming there was some

5    other conversation, there is probably some

6    conversation how would I live in New York,

7    how do you find an apartment, whatnot.

8    That attachment I believe, I can't say

9    because I couldn't open it when I was going

10   through these messages, I believe he was

11   looking for a roommate, junior level media

12   person who has now gone on to some other

13   great things but he was looking for a

14   roommate.  When you are going to move to

15   New York, at first it is a way to make do

16   on whatever salary is being offered.

17        Q.    You can't recall what prompted

18   you to send this message?

19        A.    As I said, I can only assume he

20   was asking about the housing situation in

21   New York at some point.  Which by the way

22   to be clear, that's something that happened

23   often.  I worked in Florida for a number of

24   years.  You work in local TV.  And I had

25   many, you know, news anchors, producers,

1              J. WELLS
2    that also worked in local news in Florida.
3    And they get job offers or they hear about
4    stuff in New York, and they come to me.  I
5    had only been in New York for a couple of
6    years.  I was a newbee.  I was only 26 I
7    believe.  And they would say things like --
8    Maggie Rodriguez, for example, I worked
9    with her in Miami.  She got a job at the
10   CBS morning show in New York.  And she
11   called me in my network and said, "Can you
12   go check out this apartment for me?  I just
13   had a new daughter," she had a newborn, "I
14   want to make sure I can live there for six
15   months with a daughter in the apartment."
16   And I gladly did that.
17            There were other people that --
18   I grew up in Florida my whole life.  I know
19   it's tough making a decision to live in New
20   York City.  I would help people out if they
21   were inquiring about living in New York;
22   how do you make that work, how much money
23   do I need to make, and whatnot.
24            I was as excited as anyone to
25   be here.  If there were people from my past

1                    J. WELLS

2    that worked at one of the TV stations I

3    worked at and they were asking me questions

4    about New York, I tried to be resourceful

5    and kind and, you know, yeah, I remember I

6    went and checked out the place and I was

7    like yeah, your baby will be fine here.

8    And she moved up in two weeks.  It is

9    important to help people.

10        Q.    You said that Matty is a

11   promoter and a page at NBC.  What does a

12   promoter and a page at NBC mean?

13        A.    He was a page, so he was entry

14   level.  I probably -- in the same industry

15   as him at the time.  He was a promoter at

16   one of the clubs or something I believe.  I

17   don't remember where exactly.  He was

18   looking for a roommate because he needed to

19   get by on however much money he was making

20   at NBC at the time.  So I shared, I

21   believe, what was like the posting looking

22   for roommate in blah, blah, blah

23   neighborhood.  Again, I couldn't open that

24   as you see there, attachment unavailable.

25   I'm sure it expired because it was over 15

```
1                    J. WELLS
2    years old.
3         Q.    Did you think the only way
4    Mr. Delancey could afford to live in New
5    York would be with a roommate?
6         A.    I don't know.  All I know, for
7    some reason I felt compelled to send him an
8    apartment listing.
9         Q.    Why did you mention that Matty
10   is killer hot?
11        A.    I probably thought that at the
12   time.  I don't know.
13        Q.    Are you still friends with
14   Matty?
15        A.    We don't talk anymore.  He is a
16   fitness instructor at Peloton.  Not that we
17   had a falling out.  We are just not close.
18        Q.    Then Mr. Delancey responds,
19   "hey, well, did you see I sent you my
20   resume' today?"  Do you recall him sending
21   you his resume'?
22        A.    Yeah.  As I said previously, I
23   assume before that, what I assume is an
24   apartment listing there was another
25   conversation obviously because he is saying
```

1                     J. WELLS
2    I sent you my resume' today.  And he
3    obviously did not send his resume' on
4    Facebook.  I don't know if at the time you
5    could put attachments on Facebook.  I don't
6    remember how it worked back then.  But, you
7    know, he is saying here "I sent you my
8    resume' today.  I would be very excited to
9    live there," smiley face blushing,
10   whatever.
11        Q.    Do you know why he sent you his
12   resume'?
13        A.    He stated in the previous
14   message that I believe you read, "If I am
15   ever going to move from Florida I envision
16   my next step to be New York City or
17   Chicago, so it's nice to have someone I
18   already know in New York City," smiley
19   face.
20        Q.    Did you tell him that you would
21   help him find a job?
22        A.    I'm sure I said I would pass
23   his resume' around.  I don't have any other
24   messages to confirm what I said.
25        Q.    In 2008, you were working at

1                    J. WELLS
2    the Greta Van Susteren show; right?
3         A.    Yes.
4         Q.    And in September of 2008 is
5    when Mr. Delancey joined FOX in New York;
6    right?
7         A.    I don't recall.  I assume if
8    you say that's when he started, he did.
9         Q.    How did you know that he was
10   going to start a job up in New York for
11   FOX?
12        A.    I assumed he told me.
13        Q.    You don't recall him telling
14   you that?
15        A.    I don't.  It was a long time
16   ago.  I don't recall what conversation, if
17   it was an email, phone call.  I have no
18   idea.
19        Q.    Did you know before he was
20   going to start that he was about to start,
21   or did you find out after he got there that
22   he works there?
23        A.    I don't recall.
24        Q.    I want to show you what we are
25   going to mark as Exhibit 3.

1                    J. WELLS
2              (Whereupon, the aforementioned
3         document was marked as Plaintiff's
4         Exhibit 3 for identification as of
5         this date by the Reporter.)
6              MR. RAHMAN:  Exhibit 3, for the
7         record, is Bates stamped FNN 200.
8         Q.    Take a look at the email.
9              Let me know when you are ready
10   for questions.
11        A.    I'm ready.
12        Q.    What is this email?  I know
13   you're not copied on it, but what is this
14   email?  What is being discussed in this
15   email?
16        A.    Well, I read this in the
17   documents previously.
18              It's interesting to see it now,
19   but I suppose this was internal
20   conversations within FOX News Channel about
21   bringing me from FOX television stations
22   over to the FOX News Channel.
23        Q.    How did you know about a
24   position at FOX News Channel?
25        A.    There wasn't a position.  It

```
 1                   J. WELLS
 2   was an ongoing conversation I had been
 3   having with them about how I felt I could
 4   be useful there.
 5        Q.    When you say, "them," was there
 6   anyone particular that you were speaking to
 7   about that?
 8        A.    As I told you, I spoke to Bill
 9   Shine and Suzanne Scott over at FOX News
10   Channel.
11        Q.    How did you get introduced to
12   them?
13        A.    I don't recall specifically.
14        Q.    Do you know if anyone at WNYW
15   recommended you?
16        A.    I know they said really
17   positive things about me, but, you know,
18   but, you know, I don't know if I was
19   necessarily recommended.  I know they
20   didn't want to lose me there.  That was at
21   least my perception.
22        Q.    Do you know whether anyone at
23   FOX News Channel spoke to anyone at WNYW
24   about you as they were thinking about
25   hiring you?
```

1              J. WELLS
2      A.    Before I was talking to FOX
3  News Channel, I had to let my bosses at FOX
4  television stations know that I was talking
5  to a different entity within the parent
6  company.  But other than that, I don't know
7  what private conversations they had or
8  didn't have just as I never had seen this
9  conversation.
10     Q.    Do you know whether anyone at
11 FOX News Channel asked to see your
12 personnel file at WNYW?
13     A.    I would assume they would have
14 access to that if they wanted to at the
15 time.  I would also assume there is nothing
16 troubling in my personnel file, so I don't
17 know what they did or did not do.  I don't
18 know what the process was in 2008.
19     Q.    Why do you think that someone
20 at FOX News Channel would have access to
21 your personnel file at WNYW?
22     A.    They are different companies,
23 but I mean I'm sure if I was asked to sign
24 something that could be released.  I don't
25 know what the process is.  It's out of my

1                    J. WELLS
2    purview.
3         Q.    And someone named Bridget
4    Boyle, do you know who that was?
5         A.    Bridget Boyle was head of
6    recruitment within the HR orbit at FOX News
7    Channel at that period of time.  She was
8    there for a very long time.
9         Q.    And did you understand that you
10   were speaking or applying for the position
11   at OTR show?
12        A.    No, I didn't apply for any
13   position.  I was in an ongoing conversation
14   with FOX at the time.  I had an offer from
15   MSNBC for a different producer position.  I
16   remember letting the folks know at the time
17   that I had an offer at NBC and they didn't
18   really have anything figured out but they
19   wanted to bring me over to FOX News
20   Channel.
21        Q.    So you didn't know that they
22   were considering you for a role on OTR?
23        A.    I didn't know specifically.
24   All I knew, that they were, you know, this
25   tracks with what I knew at the time.  They

```
 1                    J. WELLS
 2   said they were figuring stuff out, they
 3   needed to move some head counts around to
 4   see how that worked.  And seeing this now,
 5   I see the sausage making I guess per se.
 6   But it's all accurate with what I
 7   experienced.
 8        Q.     In her third bullet point she
 9   says, this is Bridget, "discuss the larger
10   issues and timeline for David and Meade
11   next week."
12              You mentioned who Meade is.  Do
13   you know who David is?
14        A.     David probably is David Park.
15        Q.     Who was that?
16        A.     He was a programming executive.
17   I think he oversaw weekend programming.  So
18   I believe he was the vice president in
19   charge of weekend programming.  He
20   eventually was a vice president at FOX
21   Weather Channel.  I don't believe he is at
22   the company any longer.
23              He and Meade probably had some
24   role in the head count between weekdays and
25   weekend programming I would assume.
```

1                    J. WELLS

2        Q.    She says, "discuss the larger

3    issues."  Do you happen to know what they

4    are referring to as larger issues?

5        A.    Well, it is obvious in this

6    email they are talking about budget and

7    head counts and moving budgets and head

8    counts around.  And, you know, I know as a

9    producer sometimes you want as many

10   resources as you want.  Programming people

11   tend to demand a lot of resources, and

12   sometimes the finance folks are not happy

13   with that.

14              This email from Bridget Boyle

15   in the to line, not the cc line, are to

16   high-up individuals in the finance

17   department.  So this is all just talking

18   about head counts, money budgets.

19       Q.    Are you saying Derek?

20       A.    Cifrodeli.

21       Q.    And Mark Kranz, who are they?

22       A.    Derek is still at the company

23   as an SVP of finance I believe.

24              Mark Kranz was the CFO.

25              So this whole conversation is

1                    J. WELLS
2     all about sliding money around.  This is
3     not a discussion about anything HR related.
4     HR is just liaising with the finance people
5     about money, head counts.  I mean each of
6     these bullets is about that.
7          Q.    Are Denise Fagerty and Maureen
8     Hunt HR employees?
9          A.    I believe Maureen was.  I
10    believe Denise Fagerty is now Denise
11    Collins.  And yes.
12              But HR is emailing the finance
13    people about all of these bullet points and
14    copying her colleagues in HR.  So they are
15    in the loop on, you know, how to fill head
16    counts and roles.
17         Q.    Did you think the larger issues
18    terms could be referring to you, something
19    about you?
20         A.    No.  Why would it?
21         Q.    Do you know if anyone at FOX
22    News had any concerns about bringing you
23    on?
24         A.    Absolutely not.
25         Q.    Do you know if FOX News HR had

1                     J. WELLS
2    a discussion with anyone at WNYW's HR about
3    you?
4         A.    Not that I'm aware of.
5         Q.    Did WNYW have its own HR team?
6         A.    Yes.  It was a separate company
7    with its own CEO, its own HR team, union
8    employees.  It is in a completely different
9    building on the Upper East Side.  It's a
10   unionized building on East 67th Street.
11             FOX News was in what is now the
12   FOX Corp. Building but at the time was the
13   News Corp Building at 1211 6th Avenue.
14        Q.    Do you recall at the time who
15   the head of WNYW was?
16        A.    HR there?
17        Q.    Head of the company at that
18   time.
19        A.    Lou Leone was the vice
20   president general manager of WNYW and
21   remains until today.
22             I believe the CEOs of the FOX
23   television stations group was Dennis
24   Swanson and Jack Abernathy back then.
25             And they ran the FOX television

1                    J. WELLS

2  stations group.

3       Q.    Do you know who the top person

4  in HR was at WNYW at that time?

5       A.    I don't recall.  Other than

6  people I worked with recently at FOX, I

7  wouldn't recall many HR people at any TV

8  station I worked at.  So long ago.

9       Q.    Did you have any conversations

10 with anyone at WNYW's HR when you were

11 working at FOX Five?

12      A.    No, I don't believe so neither

13 directly with HR or also I was a union

14 employee back then Writers Guild.  There

15 were never conversations with my union rep

16 either.

17            MR. RAHMAN:  Mark this as

18       Exhibit 4.

19            (Whereupon, the aforementioned

20       document was marked as Plaintiff's

21       Exhibit 4 for identification as of

22       this date by the Reporter.)

23      Q.    I show you Exhibit 4.

24            Exhibit 4 is Bates stamped FNN

25 165 to 166.

```
 1                    J. WELLS
 2              Is the first page a letter
 3    dated May 29, 2009 saying when you were
 4    hired by FOX News Channel and your salary;
 5    right?
 6         A.    Yes.
 7         Q.    And did you ask for a letter
 8    like this for some reason?
 9         A.    I believe this was around the
10    time when I was looking at maybe applying
11    for a mortgage, so this is a common letter
12    in any large company where you can quickly
13    prove what you do and how much money you
14    make and when you started.
15         Q.    And hire date says July 16,
16    2008.  Does that sound accurate?
17         A.    Yes.
18         Q.    The salary at the time for you
19    was $130,000 a year?
20         A.    Yes.
21         Q.    On the next page is a letter
22    dated August 19, 2010 saying the same thing
23    essentially?
24         A.    Yes.  The salary had just gone
25    up.  And I probably maybe was in
```

1                    J. WELLS

2    underwriting for something, and I probably

3    wanted to show that there was some slightly

4    additional income.

5         Q.    That year your salary was

6    140,371?

7         A.    I can only assume that's true,

8    yes.

9              MR. RAHMAN:  Mark this Exhibit

10         5.

11              (Whereupon, the aforementioned

12         document was marked as Plaintiff's

13         Exhibit 5 for identification as of

14         this date by the Reporter.)

15         Q.    This exhibit is Bates stamped

16    FNN 196 to 198.

17              Can you tell what this is,

18    Mr. Wells?

19         A.    Well, it is very old.  Looks

20    like Microsoft DOS, but it's possibly

21    Windows.

22              I believe this is the, I

23    believe this is the portal that HR used to

24    use a very long time ago, over 15 years

25    ago.  They are now on things like workday

1                    J. WELLS
2   or whatever, but this is kind of like in
3   the age of My Space.
4          Q.    And this indicates what your
5   salary was as of July 2010, July 2009, and
6   July 2008?
7          A.    I suppose so.  I never would
8   have seen anything like this because back
9   then a lot of the stuff wasn't employee
10  facing.  Only an HR person or supervisor
11  would see a screen like this, so I've never
12  seen a screen like this.
13         Q.    And on the third page, do you
14  see where it says comp rate 130 effective
15  7/15/2008 was 130?
16         A.    Yes.
17         Q.    Did you know what
18  Mr. Delancey's salary was when he started
19  working for FOX in New York?
20         A.    I do not at the time, no.
21         Q.    Do you know if it was around
22  45,000?
23         A.    I only know since I've seen
24  things that are included in discovery what
25  he was making at FOX News Edge.

```
 1                    J. WELLS
 2      Q.    So you were making about three
 3  times what he was making?
 4      A.    We weren't working at the same
 5  division of the company.
 6            I was making more money at FOX
 7  News Channel than he was making at FOX News
 8  Edge, yes.
 9            MR. RAHMAN:  Mark this as
10       Exhibit 6.
11            (Whereupon, the aforementioned
12       document was marked as Plaintiff's
13       Exhibit 6 for identification as of
14       this date by the Reporter.)
15            MR. RAHMAN:  Exhibit 6 is Bates
16       stamped FNN 168.
17      Q.    Are these emails between you
18  and Mr. Delancey from September 8, 2008?
19      A.    I can only assume they are,
20  yes.  I did not have these any longer, so
21  yeah, I can only assume it's produced as
22  accurate.
23      Q.    And the email from at the
24  bottom of the page to Mr. Delancey "How is
25  first day" --
```

1                    J. WELLS

2        A.      Uh-huh.

3        Q.      -- you are asking him about how

4   his first day at the job was?

5        A.      I assume so.  I assume this was

6   his first day.

7        Q.      Can you recall how you knew

8   that was his first day?

9        A.      He must have told me.  I can

10  only assume he told me.

11       Q.      Is this an email that he sent,

12  or can you tell what the mode of

13  communication was?

14       A.      This is an email.  Based on

15  reading the full context of this email, it

16  was probably an email sent off of

17  BlackBerry.  Probably today in today's

18  world you would send some back and forth on

19  something like iMessage, but this was

20  clearly an email because I am saying to him

21  I'm smoking a cig outside building.  So I

22  said, "How is first day" at 6:55.  This is

23  when I used smoke.  I was probably working

24  doing my job and I went out to have a

25  cigarette.  I was like oh, it's his first

1                    J. WELLS

2      day, let me send an email on my BlackBerry

3      to see how it went because I wasn't smoking

4      a cigarette at my computer in the office;

5      right?

6           Q.     Did you give Mr. Delancey any

7      kind of welcome gift when he joined?

8           A.     Did I pay for welcome gifts?

9           Q.     Did you arrange for him to have

10     a welcome gift?  Did you give him a welcome

11     gift?

12          A.     I don't believe so.

13          Q.     Any kind of gift --

14          A.     I didn't give him anything that

15     would be considered a gift.

16          Q.     What did you give him, if

17     anything?

18          A.     Based on what I saw in the

19     Complaint, it said I gave him stationery of

20     some kind.

21          Q.     Did you give him like FOX

22     stationery?  Did you arrange for that to

23     get to him?

24          A.     Yeah.  I did that for everybody

25     that worked on my show because I knew where

1                    J. WELLS
2    this internal link was called "Answer
3    Printing".  And I just knew where this
4    internal link was.  And you just go there
5    and order notepads, type in your name.
6    They had notepads all over the office that
7    said "FOX News."
8              But if you get in there you can
9    get one with your name on it.  It was free,
10   didn't need approval from anyone, and you
11   can just go in there and type it in and in
12   two weeks the box comes from the stationery
13   company that FOX used with Justin Wells on
14   the bottom of a notepad.
15        Q.    You arranged for that
16   stationary to get to Mr. Delancey on his
17   first day?
18        A.    If he says I did that, I
19   probably did.  I did that for a number of
20   producers and whatnot that worked on the
21   show.  I knew where the link was.
22        Q.    You said you've done the same
23   thing for employees that joined the show
24   you were working on?
25        A.    Yeah.  And I shared that link

```
1                    J. WELLS
2    with people too.  You can order your own
3    stationery.  Not a big deal.
4         Q.    Would you arrange for that
5    stationery to get to new FOX Edge
6    employees?
7         A.    I don't recall.
8         Q.    He was not working on your
9    show, correct, Mr. Delancey?
10        A.    No.  But we had numerous
11   conversations about him moving to New York.
12   And he was nervous about moving to New
13   York, and I was trying to be a nice person.
14        Q.    Do you know if anyone else at
15   FOX has ever arranged for a new employee to
16   receive on their first day stationery with
17   their name on it?
18        A.    I don't know if it was the
19   first day.  I don't recall any of that.  I
20   can't speak to what any other employees
21   have done.
22        Q.    Did you see anyone do that
23   ever?
24        A.    I don't recall.  I'm sure they
25   do that -- you start jobs all the time, and
```

1                    J. WELLS
2   you have like stationery or a hats or merch
3   of some kind, especially in the
4   entertainment world.  So I don't think that
5   would be that exceedingly strange.
6        Q.    Was it common for the
7   employees, based on your observation, to
8   have FOX stationery with their names on it?
9        A.    Plenty of people did if they
10  knew where the link was.
11       Q.    Did you have stationery with
12  your own name on it?
13       A.    Yeah.  It's not a stationery.
14  It's a notepad.  It is a notepad that you
15  get at Staples.  It has a logo on it, and
16  they make versions with your name on the
17  same stationery that's available to the
18  entire office.
19       Q.    Do you think that was a
20  thoughtful thing you did for him?
21       A.    I don't recall why I did it at
22  the time.  But I know that I had that link
23  at the time and I love TV merch.  I love
24  the TV industry as I explained earlier.
25  And if I came from a local TV station in

```
 1              J. WELLS
 2   Tampa or -- I started it at TV stations.
 3   When I started WNYW, I had a bag of some
 4   stuff.  It was about FOX TV programming or
 5   whatnot.  It's like a welcoming gesture.
 6   It's like a $4 notepad.
 7        Q.    Did you know how much it cost
 8   for the stationery --
 9        A.    There is no prices on it.  I
10   assume it is a $4 notepad.  It's not like a
11   Crane and Company embossed station.  It was
12   nothing fancy.  It's literally like the
13   quality of this paper.
14        Q.    You thought it was something
15   nice for him to have on his first day?
16             MR. SUNSHINE:  Objection as to
17        form.
18             He said he doesn't know if it
19        was the first day.
20        A.    I don't know when it was.  And
21   as I stated before, I'm sure I thought it
22   was nice at the time, but I don't even
23   remember it.  Until I saw this -- once I
24   saw that, I was like yeah, that sound like
25   something I would do.  Certainly wasn't
```

```
 1                J. WELLS
 2   that I did it for just Andy Delancey.
 3        Q.    But no other FOX employees;
 4   right?
 5              MR. SUNSHINE:  Objection to
 6        form.
 7        A.    I don't know.  Possibly I did.
 8   I don't have my stationery receipts from
 9   2008.  I didn't pay for anything.
10        Q.    Would you get like a receipt
11   after you ordered stationery?
12        A.    Maybe I got an email saying
13   your order was placed.  I imagine companies
14   have internal website to book travel.
15        Q.    Would it be fair to say any
16   time you would have ordered stationery for
17   a colleague there would be a receipt in
18   your emails?
19        A.    I don't know.  I doubt it.  I
20   don't know.
21        Q.    Could there be?
22        A.    I don't remember the stationery
23   ordering process from 2008 that
24   specifically.  It evolved.
25        Q.    How did you confirm whether or
```

1                    J. WELLS
2    not the order got through?
3         A.    The only thing I know about the
4    stationery literally other than what I
5    said, I said it sound like me based on when
6    I read that in the Complaint and what you
7    said, sure, I ordered him some notepads.
8              I don't recall him thanking me.
9    I don't recall a conversation about it.  I
10   don't recall it being a significant ordeal
11   whatever.  Maybe he did thank me.  I don't
12   remember.
13        Q.    Did you think he would be
14   impressed by what you arranged for him to
15   receive?
16        A.    I feel like you are asking the
17   same question again and again.
18             There was some paper that was
19   ordered, a little nicer than a ream of
20   paper to make copies with; but it was
21   simply a notepad with his name on it.  I
22   would be happy if I started a job and a
23   friend that I talked to a few times
24   recently, whatever, you know, performed a
25   nice gesture for me or whatever.

```
 1                    J. WELLS
 2              I have got my coffee mugs in my
 3    kitchen right now from like five TV
 4    stations and networks.  You keep them as
 5    mementos for when you start these jobs.
 6    It's not as big a thing anymore.  The
 7    industry is changed, but old logos of the
 8    stations.  It's cool.
 9              Sure, it's a nice thing, but
10    it's not a big deal.  They don't cost
11    anything.  It's marketing materials for the
12    company that wants to market itself both to
13    the outside world and employees.
14         Q.   Do you know if you were trying
15    to impress him?
16         A.   I don't know what I was trying
17    to do.  I think the messages before speak
18    for themselves.  He was -- he desired to
19    move to New York, wanted to move to New
20    York; and I was having a friendly
21    conversation with him.
22              MR. RAHMAN:  Mark this as
23         Exhibit 7.
24              (Whereupon, the aforementioned
25         document was marked as Plaintiff's
```

1              J. WELLS
2         Exhibit 7 for identification as of
3          this date by the Reporter.)
4              MR. RAHMAN:  Exhibit 7 is Bates
5          stamped FNN 174 to 176.
6      A.    Okay.
7      Q.    These are emails between you
8  and Mr. Delancey from September 24th --
9      A.    They appear to be, yes.
10     Q.    -- 2008.
11             The subject line is "they might
12  have some freelance shifts you can pick up"
13  question mark?
14     A.    Yes.
15     Q.    And the chain began with an
16  email from you to him; correct?
17     A.    Yes.  You have to start at the
18  end and go reverse obviously; but yes,
19  that's correct.
20     Q.    Why did you send him the email
21  that began the chain?
22     A.    So I didn't recall this
23  conversation whatsoever.  It's not that
24  memorable for me.  But when I saw this, I
25  tried to recall what it could about it.

```
 1                    J. WELLS
 2    One thing I do remember, I believe
 3    Mr. Delancey used to work kind of moonlight
 4    in his hometown hosting some radio show.
 5    Might have been a religious show.  But I
 6    remember as he was doing local news he was
 7    still doing this taped live, I don't
 8    recall, radio show.  Like a part-time radio
 9    host.  And obviously he had complained
10    about money and making it in New York.  And
11    there was some listing for FOX News radio
12    freelance newscaster.  I said, "They might
13    have some freelance shifts you can pick
14    up."  I can only infer that I was oh, you
15    have radio experience, this is a freelance
16    gig that can be on top of your current
17    duties, maybe it's something you might want
18    to check into, might be a way to make a few
19    extra bucks.  Something he liked doing I
20    believe at the time.
21              I didn't even remember any of
22    this that he did, some radio such or
23    whatever, until I had seen this email a few
24    days ago.
25         Q.    How were you made aware of this
```

```
 1                   J. WELLS
 2  position for a freelance newscaster?
 3        A.    I would assume it was on some
 4  sort of freelance radio newscaster position
 5  who can write, produce, and voice hourly
 6  newscasts which I think he had done part
 7  time before, I assume it was on some sort
 8  of internal message board which he may or
 9  may not have access to.  I don't know.
10        Q.    Mr. Delancey had told you that
11  he wants to make more money?
12        A.    I don't recall what he said at
13  the time.  But I can only infer looking
14  back at some of these documents where there
15  is, you know, discussion about how are you
16  going to live in New York, there is the
17  roommate discussion, there is the -- the
18  WNBC job looking to make more money.  That
19  way, I assume there were conversations
20  about that at that time.  Obviously, we are
21  not able to produce all these years later.
22        Q.    Do you have a sense of how much
23  money he was making at the time?
24        A.    I don't remember.  As I said, I
25  don't think he ever told me.
```

1                    J. WELLS

2        Q.    And then he asked you how would

3    I even go about pursuing it, and then you

4    give him advice as to what he should do;

5    right?

6        A.    Yeah.  I said because

7    everything was very segregated in

8    divisions, so I said, you know, introduce

9    yourself to somebody who heads up FOX News

10   radio and then before proceeding officially

11   have a follow-up conversation with someone

12   down at the FOX News Edge department to

13   tell them that you have an interest.  And

14   my advice was to tell him it won't

15   interfere with his other duties.

16       Q.    You mentioned he could speak to

17   Mykel about that?

18       A.    Yeah.  I believe that was his

19   supervisor at the time.  If somebody came

20   to me from NBC and said -- I would say talk

21   to your supervisor, see if you can do some

22   freelance shifts.

23       Q.    Do you know whether or not he

24   ever spoke to Mykel about this freelance

25   shift?

```
 1                    J. WELLS
 2        A.    Unless he referred to it later
 3   on in some other communication, I don't
 4   recall any of that.  He seemed interested
 5   though in this idea.
 6        Q.    Going back to Mykel, did the
 7   two of you ever discuss the topic of human
 8   resources?
 9        A.    No.
10        Q.    Did he ever indicate to you
11   that he didn't trust human resources?
12        A.    No.
13        Q.    Do you know if he ever was the
14   subject of a human resource investigation?
15        A.    I have no idea.
16        Q.    He never told you that?
17        A.    No.
18        Q.    Do you know whether he spoke to
19   other employees about human resources?
20        A.    I have no idea.
21        Q.    Do you know whether he told
22   employees to not trust human resources?
23        A.    You have to ask other
24   employees.
25        Q.    Did he ever say anything about
```

```
 1              J. WELLS
 2  not trusting the company in general?
 3       A.    I don't know the terms of his
 4  departure, you know.  He was there a long
 5  time.  People have ups and downs at any
 6  company, and you can become disgruntled.
 7  But I never heard anything negative from
 8  him directly, so not that I know of.
 9       Q.    Did he ever express any
10  complaints about the company to you?
11       A.    No.
12       Q.    About any employee at the
13  company?
14       A.    No.
15       Q.    Did he ever say anything about
16  FOX Edge employees to you?
17       A.    Not that I recall.
18       Q.    Did he commiserate with you
19  about work?
20       A.    We were not that close.
21       Q.    Did you ever hear any rumors of
22  him taking employees to Rosie's for drinks?
23       A.    Rumors about him going for
24  drinks somewhere?  I know he went for
25  drinks.  I don't know what bars he went to.
```

```
 1                    J. WELLS
 2   I didn't keep tabs on like wherever, you
 3   know, every one of the 3,000 people went
 4   for drinks after work.
 5        Q.    But you knew he took out
 6   colleagues for drinks after work sometimes?
 7        A.    I knew he went for drinks.  As
 8   I said, I saw him a couple of times.  I
 9   don't know who with.  We had some mutual
10   friends from outside.  I think that's the
11   only time I saw him, two or three times
12   maybe.  But like, you know, it's -- I have
13   no idea what his afterwork activities were.
14        Q.    Did you know whether he would
15   invite gay employees to have drinks with
16   them at bars outside of work?
17                MR. SUNSHINE:  Objection to
18          form.
19        A.    It's possible he was openly
20   gay.  He probably invited all kinds of
21   employees.  Probably invited black
22   employees, Asian employees.  I don't know.
23        Q.    Did you ever hear anything that
24   he would discuss with employees at these
25   bars?
```

1                    J. WELLS
2        A.    No.  I didn't know where he
3    went, that he was having drinks or what
4    kind of conversations he was having.  I
5    wasn't that close with him, and I really
6    wouldn't have been that interested.
7        Q.    Did he ever say anything along
8    the lines to you that don't tell anyone at
9    FOX what I'm telling you or what I say?
10           MR. SUNSHINE:  Objection as to
11        form.
12       A.    No.  To be clear, I have had
13   zero deep conversations with Mykel McCarthy
14   my entire life.
15       Q.    Then on the first page
16   Mr. Delancey asks you, "Do you know the
17   names of any people at FOX radio?"  You
18   say, "I will ask someone who might know
19   some names over there."
20           Did you have someone in mind
21   that you would speak to?
22       A.    No.  I mean you are in a large
23   company, and you try to learn who people
24   are and network with people.  I'm sure I
25   didn't know anyone, you know.  Things are

1                    J. WELLS

2  pretty segregated as far as divisions of

3  the company.

4        Q.    Do you know if you ever did

5  speak to anyone about Mr. Delancey and this

6  position or this opportunity?

7        A.    I don't recall.

8        Q.    And then you guys talk about

9  BlackBerries?

10        A.    Yes.  That's the device people

11  used back then to communicate sometimes.

12        Q.    Would you have communicated

13  with Mr. Delancey over BlackBerry

14  messenger?

15        A.    As I said previously, I assume

16  so; in this case, it was email.  Maybe

17  there would be BBMs.  I don't recall.

18        Q.    Would you ever BBM with

19  colleagues at FOX about work matters?

20        A.    I don't recall how it was used

21  back then.

22        Q.    Would it have been a quick way

23  to communicate with someone if you needed

24  to?

25        A.    I don't know.  I think even in

```
 1                  J. WELLS
 2   2008 we had email, we had iNEWS, we had
 3   emails on our phones, started to.  I don't
 4   remember the best way.  I don't think -- I
 5   don't think BBM was as prevalent as
 6   iMessage is today, for example.
 7        Q.     Now, in September 2008, you
 8   lived in New York City; correct?
 9        A.     September 2008?
10        Q.     Yes.
11        A.     Yes.
12        Q.     Where did you live at the time?
13        A.     Down the street from here,
14   unfortunately, on West 49th Street, 428
15   West 49th Street, Apartment 4-B.
16                (At 1:20 p.m., a short recess
17           was taken.
18                At 1:25 p.m., the deposition
19           resumed.)
20        Q.     Mr. Wells, Mr. Delancey's first
21   few weeks at FOX in New York, how often
22   would you communicate with him?
23        A.     I don't recall.
24        Q.     Did you communicate few times a
25   week?
```

                    J. WELLS
1
2        A.    I don't know the structure of
3    it, unfortunately.  It was so long ago that
4    only the messages that we can find on the
5    systems that have them; right?  So I don't
6    recall.
7        Q.    Did the two of you ever discuss
8    work?
9              MR. SUNSHINE:  Objection to
10        form.
11              We are looking at emails.
12        A.    Discuss work?
13        Q.    The work that he did or what
14    you were working on.
15        A.    I mean the only kind of
16    conversations we had are consistent as far
17    as I can recall with what we are seeing in
18    these emails about, you know, opportunities
19    in different departments or different ways
20    to go about, you know, moving forward in
21    your career.  We are both young guys in our
22    mid 20s at the time.  So that's all that I
23    recall.
24              We didn't work in the same
25    place really.  We weren't even on the same

1                    J. WELLS

2    elevator bank.

3         Q.    Did you ever tell him what you

4    were working on?

5         A.    Maybe casually as like friends

6    but like hey I'm working on a case of this

7    today, what are you up to.  Or I'm doing

8    something in the midwest region or whatever

9    region he was a producer for or whatever.

10   But nothing in great detail unless it was a

11   casual off the cuff hey what are you up to

12   today.

13        Q.    Did you know that Mr. Delancey

14   worked on the west coast or western

15   stations?

16        A.    I don't remember what region he

17   was assigned to at any time.

18        Q.    Did you ever talk to him about

19   some content that the OTR show might need?

20        A.    No.  I never put any request

21   for content from him.  That wouldn't have

22   made sense.

23              I would have gone to the

24   assignment desk, national assignment desk

25   or the foreign desk if it's international.

1                      J. WELLS

2       That would have funneled down to the

3       assignment manager of FOX News Edge if it

4       was from the affiliate.  So even though --

5       if he was, as you just suggested, the west

6       coast producer for FOX News Edge he would

7       be dealing with strictly the affiliate

8       stations on the west coast.  So he would be

9       dealing with just the affiliates in San

10      Diego or Los Angeles or Seattle.

11                 He would not be dealing with

12      our Los Angeles Bureau of FOX News Channel.

13      He would have zero connection with them.

14      He would only be talking to the affiliate

15      FOX TV stations.  The national desk would

16      talk to the bureau.  And then if somebody

17      at the network had a request, the national

18      desk would put that request in with

19      somebody at FOX News Edge if there was a

20      request for something specifically coming

21      from one of the affiliated TV stations.

22           Q.    Would the show ever use content

23      that would have derived from one of the

24      stations that Mr. Delancey was covering as

25      a producer?

```
 1                    J. WELLS
 2        A.      Of course it would have, but
 3   that could -- nine times out of ten that
 4   would have just showed up in our system.
 5                At the time for the FOX
 6   affiliates, that came through a system
 7   called the FOX News iPump.  And all of the
 8   different stories that the networks brought
 9   in from its affiliates specifically, this
10   only pertained to affiliates, would show up
11   in the FOX News iPump.
12                A lot of times you would see it
13   and pull it and use it within the newscast.
14   But the only time you would even go to the
15   assignment desk to make a request of a
16   station would be oh, there was a tornado in
17   Oklahoma, I don't see any video of that
18   yet.  Can you see if our stations there
19   have it?
20                A lot of times the assignment
21   desk is ahead of it.  They are already
22   talking to the FOX News Edge.  But a lot of
23   times if the producers saw something they
24   wanted or read something in the newspaper
25   but there was no video component in the FOX
```

```
 1              J. WELLS
 2   News Edge iPump from the affiliate
 3   stations, then you go make a special
 4   request to the national news desk at FOX
 5   News Channel which then goes to, if it is
 6   for an affiliate story, then it would
 7   trickle down to FOX News Edge.
 8        Q.    Did you ever ask Mr. Delancey
 9   for content to use on OTR?
10              MR. SUNSHINE:  Objection.
11              Asked and answered.
12        A.    Not that I'm aware.  That would
13   have made zero sense.
14        Q.    Was there any kind of rule
15   prohibiting that communication?
16        A.    That wouldn't be standard
17   operating procedure at all.  Is there a
18   rule prohibiting it?  I mean it's the news
19   business.  You need to get -- there is all
20   kinds of different ways to get a story.
21   But for something at his level that he was
22   doing, a specific region, he wasn't even in
23   charge of the totality of the FOX station.
24              No, I wouldn't even know what
25   region he is assigned to at a given time.
```

1              J. WELLS
2    There is a reason.  There is a process.
3              If his job is to communicate
4    with all the FOX TV stations yet in his
5    region, then there is somebody above him
6    that manages all the regions for the FOX TV
7    stations.  Then he's got producers from all
8    the FOX News shows coming to him.  How is
9    he going to be on the phone with TV
10   stations?  There was a reason it was
11   separated.  There is a structure to it.  It
12   is a very common structure, and it's the
13   same structure at almost every major news
14   network based in New York City.
15        Q.    You had no idea what
16   Mr. Delancey's job was when he started at
17   FOX Edge or what region he covered?
18              MR. SUNSHINE:  Objection as to
19         form.
20        A.    I think it's irrelevant.
21   Wouldn't have been that important to me.
22   Maybe he told me at some point.
23        Q.    Did you ever ask him to put
24   content on an iPump?
25              MR. SUNSHINE:  Objection to

1                    J. WELLS
2         form.
3         A.     I don't know if I did.  I doubt
4    it.  I sometimes sent stuff over to the
5    desk.  Maybe we had this interview that the
6    stations would be interested in today, but
7    I didn't -- I didn't specifically make
8    requests of Delancey.  I didn't work with
9    him.
10        Q.     Did you ever ask any of the
11   producers at FOX Edge for any content to
12   put on iPump?
13        A.     Not that I recall.  That won't
14   be a normal course of doing things, but
15   anything is possible.
16        Q.     Would it be more efficient to
17   speak to a producer about content that you
18   wanted for the show, let's say, if you were
19   in a time crunch; would it be more
20   efficient --
21        A.     What kind of producer?
22        Q.     A national or regional
23   producer.
24        A.     Of what?  Of the news desk, of
25   the news edge?

            1                    J. WELLS
            2        Q.    Of news edge.  If you wanted
            3    content from a particular affiliate
            4    station, wouldn't it be more efficient to
            5    go to the producer --
            6               MR. SUNSHINE:  Objection.
            7               This is incomplete
            8          hypothetical.  He said he doesn't
            9          have any recollection.
           10        A.    There was a system in place.
           11    It was adhered to most of the time.  I'm
           12    sure producers get creative when you don't
           13    get the content you need or want.  It is a
           14    competitive business.  It's your job.
           15               But for the most part, 99.9
           16    percent of the time things follow a very
           17    specific process.
           18        Q.    Did you ever view any content
           19    that you knew was created by or put
           20    together by Mr. Delancey?
           21        A.    Not that I recall.  I believe I
           22    saw one email where he maybe blasted
           23    something out that he had worked at, and I
           24    wrote back good job Delancey or something
           25    like that.  I don't recall anything other

```
 1                    J. WELLS
 2   than that.  And that's only because I saw
 3   that email in discovery.
 4        Q.    I asked you before the break
 5   where you were living in the fall of 2008.
 6   You said in an apartment on West 49th
 7   Street?
 8        A.    Uh-huh.
 9        Q.    Apartment 2-B?
10        A.    4-B.
11        Q.    Was that a walkup or elevator
12   building?
13        A.    Elevator.
14        Q.    Do you know how many floors it
15   was?
16        A.    Six.
17        Q.    At that time, were you dating
18   anyone?
19        A.    I was getting out of a
20   relationship at the time.
21        Q.    So in the fall of 2008, you
22   were single?
23        A.    No.  I was -- I think we were
24   in the process of separating.  I don't
25   recall specifically.
```

```
 1                    J. WELLS
 2        Q.    At the time, who were you
 3   dating or about to break up with?
 4        A.    Jesse Rodriguez.
 5        Q.    Was he someone in production?
 6        A.    Yes.  We both worked in Miami.
 7   When I moved to New York to WNYW, he also
 8   moved up to New York.
 9        Q.    At the time, do you know where
10   he worked?
11        A.    NBC.
12        Q.    Do you know what he did at NBC?
13        A.    He was at that time on the
14   assignment desk I believe.
15        Q.    And you guys met in Miami many
16   years before that?
17        A.    Yeah.
18        Q.    Prior to that apartment, West
19   49th Street, where did you live?
20        A.    Miami.
21        Q.    The first apartment you had in
22   New York City was the West 49th Street
23   apartment?
24        A.    Yes.
25        Q.    How long did you live at that
```

1                    J. WELLS

2  apartment?

3       A.    2006 through 2010.  Four years.

4       Q.    Where did you move to after

5  2010?

6       A.    Uptown, west side.  Hamilton

7  Heights section of Harlem.

8       Q.    In the fall of 2008, did you

9  have access to any other apartment, let's

10  say a friend of yours had an apartment and

11  you had a key for that apartment, anything

12  like that?

13       A.    Not that I recall, no.

14       Q.    In the fall of 2008, did you

15  live by yourself?

16       A.    I think I was still with Jesse.

17       Q.    Did the two of you live

18  together in the 49th Street apartment?

19       A.    Yes.

20       Q.    Was your name on the lease, or

21  were both of your names on the lease?

22       A.    My name was definitely on the

23  lease.  I don't remember if both of our

24  names were on the lease or not.

25       Q.    Do you recall when he moved out

1              J. WELLS
2   or if he moved out?
3       A.    He definitely moved out because
4   I met my now husband a year and a half
5   later.  I don't recall.
6       Q.    Was it after the fall of 2008?
7       A.    I think so or around that time.
8   I don't recall.
9       Q.    Did you ever have access to an
10  apartment in Chelsea?
11      A.    No.
12      Q.    Did you have any friends who
13  lived in Chelsea around that time?
14      A.    I was a 26-year-old gay man in
15  New York City, and you are asking if I had
16  friends in Chelsea?
17      Q.    You did?
18      A.    Yes, I did.
19      Q.    Do you know where The Barracuda
20  Lounge is?
21      A.    Vaguely.  I haven't gone out to
22  those places in ages.
23      Q.    Where is The Barracuda Lounge?
24      A.    I think it was a Hell's Kitchen
25  spot.

1                    J. WELLS

2        Q.    Do you know if it's still in

3   existence?

4        A.    I'm not sure.  I don't think

5   so.  A lot of those places are now gone.

6        Q.    Would you ever go there?

7        A.    I don't remember.

8        Q.    Is that a place --

9        A.    I'm sure it was in the rotation

10  when I was in my mid 20s.

11       Q.    Do you know where Jesse moved

12  to after he moved out?

13       A.    He moved two blocks away.

14       Q.    In the same neighborhood?

15       A.    Uh-huh.

16       Q.    Yes?

17       A.    Yes.

18       Q.    Would he ever travel for work

19  with NBC in 2008?

20       A.    Not really.  Toward the end of

21  our relationship we worked very different

22  shifts, so we didn't see each other very

23  much.  I don't remember exactly.  I think I

24  worked the evening shift.  He would be

25  going to work when I got home from what I

```
 1                    J. WELLS
 2    remember.
 3         Q.    Would he ever visit family or
 4    friends outside of New York, like travel to
 5    visit?
 6         A.    He would occasionally, yes, as
 7    would I, as would anyone who wasn't from
 8    here.
 9         Q.    How big was the apartment?
10         A.    It was around 800 square feet.
11    It was a one-bedroom apartment, one bath.
12         Q.    Is Barracuda a bar, a club, or
13    a lounge, do you know?
14         A.    I don't know.
15         Q.    Can you describe the layout of
16    that apartment?  When you walked in, what
17    do you see after that?
18         A.    You go up the elevator.  You go
19    to the left, there was a trash chute right
20    next to the door of the apartment.  You
21    walk in the door.  Directly across was the
22    bathroom.  You walked further in the
23    apartment, kind of railroad style, to your
24    right was the kitchen which was an open
25    concept.  It was a newer build.  And then
```

1                    J. WELLS

2    you got the bulk of the apartment.  In the

3    layout I had a dining table, square, four

4    seats.  L-shaped couch, I believe, from

5    CB2, some hanging desk on the wall there.

6    And then halfway through to the left, there

7    was a door to the bedroom.  And all the

8    closets were in the bedroom.  They covered

9    one whole wall.

10        Q.    Any utility closets?

11        A.    Just the washer and dryer

12    directly to the right when you entered the

13    apartment.

14        Q.    Can you describe the layout of

15    the bedroom, where the furniture was?

16        A.    You walk in, there were

17    dressers.  And there were things to the --

18    and the closets were to the left.  And to

19    the right in the corner toward that window

20    in the bedroom was the bed and two

21    nightstands.  Startup apartment.  It was a

22    decent apartment, but it was a New York

23    starter apartment.

24        Q.    Nightstand at each side of the

25    bed?

1              J. WELLS

2         A.    Yes.

3         Q.    Were there other tables in that

4    room in the bedroom other than the two

5    nightstands or any other surfaces?

6         A.    Not that I recall.  Amazed that

7    I can recall that much to be honest.

8         Q.    Do you know how big the bed

9    was?

10        A.    I believe it was a queen size

11   bed.

12        Q.    Do you still have the lease you

13   signed for that apartment?

14        A.    I really have to go looking.

15        Q.    Do you have any documentation

16   of you living at that apartment at that

17   time?

18        A.    Oh, 100 percent.  It's on my

19   credit report.  You don't believe I lived

20   there?

21        Q.    I just want to confirm.

22        A.    I'm just wondering the point.

23   It's not my job to ask the point of the

24   question, but I definitely lived there.

25   It's provable in records, my voting

```
 1                    J. WELLS
 2    records, my credit card statements, phone
 3    bills.  I'm sure you can find it if you
 4    look.
 5         Q.    Was there any other beds in the
 6    apartment?
 7         A.    No.
 8         Q.    There was a sofa, right, that
 9    you guys had?
10         A.    Yes, small L-shaped sofa.  It
11    was a small apartment.  The TV was up
12    against where the bedroom door was.  I can
13    draw you a floor plan if you want, but I
14    lived there four years.  I remember the
15    layout very well but.  There was no bed in
16    the living room.  That's the whole point of
17    getting the one bedroom; right?
18         Q.    During that time period, would
19    you party in Chelsea, would you go out into
20    Chelsea at night and bar crawl or things
21    like that?
22         A.    I was a recently-out gay man in
23    my 20s.  I would go to Hell's Kitchen and
24    Chelsea.  The older ones in their 40s or
25    whatever were in Chelsea.  The city was
```

1                    J. WELLS

2  evolving at the time.  I lived there.  I

3  was gay.  I wasn't ashamed of being gay.  I

4  went to clubs and bars sometimes.  I was a

5  young guy just moved to the city.

6         Q.    If you were out partying and

7  drinking in Chelsea, would you ever stay

8  over at night at someone's apartment in

9  Chelsea?

10                MR. SUNSHINE:  Objection as to

11         form.

12         A.    Not that I recall.  Did it ever

13  happen, maybe.  But I usually went home.

14         Q.    Had Mr. Delancey ever been

15  inside that apartment?

16         A.    Which apartment?

17         Q.    The one you are describing that

18  you lived in in 2008.

19         A.    I didn't really specifically

20  remember the specifics of anything other

21  than reading this Complaint, but I believe

22  he came over for drinks or something once

23  before we were going out to meet some

24  folks.  But I don't recall many specifics

25  about that.

```
 1                    J. WELLS
 2        Q.    Do you recall when that was?
 3        A.    I don't.
 4        Q.    Was that in 2008?
 5        A.    I don't recall the specifics
 6   but --
 7        Q.    Was it shortly after he moved
 8   to New York, within a couple of months?
 9        A.    I assume so.  I believe so.
10        Q.    Was there anybody else in the
11   apartment at the time?
12              MR. SUNSHINE:  Objection as to
13         form.
14        A.    I don't remember.  I don't
15   believe so.
16        Q.    Do you remember what day of the
17   week that was?
18        A.    No.
19        Q.    What time of the day it was;
20   afternoon, evening?
21        A.    No.
22        Q.    Was there still light out when
23   he came over?
24        A.    I have no idea.  I don't even
25   know if it was daylight savings time.  I
```

```
 1                    J. WELLS
 2   have no idea.
 3           Q.     Do you recall what the purpose
 4   of that evening was, why you got together?
 5           A.     I have no idea.
 6           Q.     Did the two of you get together
 7   with other colleagues?
 8           A.     What's that?
 9           Q.     Would the two of you --
10           A.     Did we --
11           Q.     Did the two of you ever go out
12   together and meet up with colleagues?
13           A.     I believe we talked about
14   hanging out, going out, whatever, at
15   various points.  But not that I recall.  I
16   don't remember.
17           Q.     Do you know if Mr. Delancey
18   knew a lot of people when he moved to New
19   York?
20           A.     I don't know who he did or
21   didn't know.  But as he stated in his
22   Facebook message to me, his dream was to
23   move to New York, to Boston, Chicago
24   somewhere -- he wanted to move to some big
25   city.  And he said he was excited to know
```

1                    J. WELLS

2    someone in New York, but I don't know who

3    else he knew.

4         Q.    What do you recall about him

5    coming over to your apartment?

6         A.    I don't really recall much to

7    be honest.  It was a very long time ago.

8         Q.    How long was he at your

9    apartment?

10        A.    I have no idea.

11        Q.    Did the two of you do anything

12   at the apartment?

13             MR. SUNSHINE:  Objection as to

14        form.

15        A.    I don't recall anything

16   specifically.

17        Q.    Did you guys have a drink

18   together?

19        A.    I saw what was written in the

20   Complaint or whatnot.  And sure, is it

21   possible we had a drink, that we intended

22   to hang out at some point.  I think it was

23   certainly possible.  But I don't remember

24   having a drink or what drink it was or

25   anything like that.

1                    J. WELLS
2         Q.    Have you ever made someone a
3    vodka cranberry?
4         A.    Not in a very long time but --
5         Q.    But you have?
6         A.    Yes.  Back then I probably had
7    vodka cranberry.  I don't think I had a
8    vodka cranberry in 12 years.  It was
9    popular back in the day.
10        Q.    Did you make a vodka cranberry
11   for Mr. Delancey?
12        A.    I can only assume.  Perhaps I
13   did.  I don't remember -- if I made you a
14   drink 15 years ago, I wouldn't remember it.
15        Q.    Were the two of you ever in
16   your bedroom that visit?
17        A.    No.
18        Q.    Do you know what part of the
19   apartment you guys were for that visit?
20        A.    I don't recall, but what I know
21   is I wouldn't be -- if we had, you know,
22   the vodka cranberry, we wouldn't be
23   drinking vodka cranberry near my bed.  That
24   wouldn't make much sense, would it, so.
25   But I assume we were on the couch in the

```
 1                    J. WELLS
 2   kitchen where one normally has a cocktail
 3   before going out.
 4        Q.    Do you recall what the two of
 5   you were discussing in your apartment?
 6        A.    I don't.
 7        Q.    Do you recall what you were
 8   wearing, what he was wearing?
 9        A.    I have zero recollection.  I
10   have none of those clothes anymore.  That,
11   I can promise.
12        Q.    Is he taller than you, shorter
13   than you?  What do you recall about body
14   size wise?
15        A.    I think he is pretty tall.  I
16   don't remember.  Pretty tall, skinny,
17   white.
18        Q.    Taller than you at the time?
19        A.    I don't remember.
20        Q.    Skinnier than you; right?
21        A.    I don't even remember what I
22   weighed.  I weighed less then.  I weighed
23   150 pounds, something like that.  But I was
24   pretty skinny then; I'm not anymore.  I
25   don't remember what he weighed.  I can't
```

1                    J. WELLS

2    compare.  I would have to be standing next

3    to him.

4         Q.    Did you try to kiss him during

5    that visit?

6         A.    I don't recall.

7         Q.    Did you ever try to unbutton

8    his pants?

9         A.    No.  That doesn't seem like

10   something I would do ever.

11        Q.    Do you ever try to put your

12   hands down his pants?

13        A.    Not that -- no.  That's not

14   something that I would do.  Definitely not.

15        Q.    Did you ever touch his jeans?

16             MR. SUNSHINE:  Objection as to

17        form.

18             Vague and ambiguous.

19        A.    What do you mean by touch his

20   jeans?

21        Q.    Touch any part of his jeans.

22        A.    I don't recall touching his

23   jeans at all.  I don't recall making him a

24   drink.  It was a long time ago, but it

25   doesn't seem like something I would do.

```
 1                    J. WELLS
 2        Q.    Did you put your hands on his
 3   genitals whether directly or through his
 4   clothes?
 5        A.    No.
 6        Q.    Did you try to stick your
 7   tongue down his mouth?
 8        A.    Not that I recall.  I mean
 9   framing it like that doesn't sound like
10   something that would ever happen.  Did we
11   try to kiss, maybe we did.
12        Q.    When did you maybe kiss him?
13        A.    I said I don't remember kissing
14   him at all to be clear.  But I didn't stick
15   my tongue down his throat.  That's for
16   sure.
17        Q.    Did you kiss each other at your
18   apartment?
19        A.    I don't remember kissing him.
20        Q.    Did you ever touch any part of
21   his body?
22        A.    I don't remember touching any
23   part of his body, no.
24        Q.    Do you remember him touching
25   any part of your body?
```

1                    J. WELLS

2         A.     No.  I do not remember any of

3    that, no.

4         Q.     Did you try to have sex with

5    him?

6         A.     No.  Definitely not.  That

7    would have never happened.

8         Q.     Did you want to have sex with

9    him?

10        A.     No.  It couldn't happen.

11        Q.     Why not?

12        A.     First of all, the way you are

13   describing sexually, do you know about gay

14   relationships?

15        Q.     I don't know.

16        A.     Do you know how it works or not

17   really or sort of?

18        Q.     I don't really know.

19        A.     Well, usually there is like a

20   top, there is a bottom.  And usually the

21   top is a more dominant type than the

22   bottom, for example.  And I am, you know,

23   hate to be crude, but I'm a bottom.  He is

24   as well.  Sexually as far as positions, we

25   are not compatible.  So that doesn't make

```
 1                    J. WELLS
 2    any sense at all.  So what you are
 3    describing couldn't happen.
 4         Q.    So --
 5         A.    And also, I'm not -- everything
 6    you are describing here is like -- I'm just
 7    not sexually aggressive.  You can ask
 8    anybody I have ever had sex with my entire
 9    life.  I'm 42 years old.  And that's not
10    the position I am in the bedroom.  That's
11    not the way anyone you could talk to, ever
12    had sex with me, could ever describe me.
13         Q.    How did you know he was a
14    bottom?
15         A.    I believe he talked about it.
16    I think it's in the discovery, but that's
17    not even -- that's not even the point.  The
18    point is about the aggressive dominant
19    behavior that apparently you are describing
20    is just something that's not something I
21    would ever be engaged in, period.
22         Q.    You have never had any sexual
23    contact with someone who was also a bottom?
24              MR. SUNSHINE:  Objection as to
25         form.
```

```
 1                    J. WELLS
 2        A.     Never had sexual contact with
 3   -- I don't know, but you suggested that I
 4   was trying to have sex with him.  I was
 5   not.
 6              I would not do that, wasn't
 7   interested in that I'm sure.  I don't
 8   remember exactly what transpired over that
 9   evening.  But all of this that you were
10   describing is something that zero people in
11   my life could ever describe because it's
12   not how I am sexually; it's not who I am as
13   a person; it's not the way I am.
14        Q.     You are saying the two of you
15   could not have intercourse?
16              MR. SUNSHINE:  Objection.
17              Misstates his testimony.
18        A.     Is it physically possible?
19        Q.     I'm just asking are you saying
20   that the two of you could not have had
21   intercourse.
22        A.     Anything is physically
23   possible; right?
24              MR. SUNSHINE:  He said it would
25        not.
```

1                    J. WELLS
2        Q.    Would you consider any sexual
3    conduct short of intercourse still to be
4    sexual in nature, for instance, oral sex?
5              MR. SUNSHINE:  Objection.
6              Vague and ambiguous.
7        A.    The way in which you described
8    that does not sound like me.
9              I don't remember much from way
10   back then but it doesn't sound like me.
11   It's not who I am.  Nobody could ever tell
12   a similar story about me in my entire life.
13       Q.    Did you ever --
14       A.    Being a dominant, pushing
15   someone around, grabbing their crotch as
16   you say, sticking my tongue down their
17   throat never happened once.  You will find
18   zero people who would make that claim about
19   me other than your client.
20       Q.    Did you ever tell him that he
21   is cute?
22       A.    I don't know.  I don't recall.
23   I don't remember some of the messages.
24   There is definitely some flirtiness in the
25   messages on both sides, but I don't recall

```
 1                    J. WELLS
 2   specifically making a compliment like that.
 3        Q.    Did you ever say to him that
 4   you thought he was special?
 5        A.    You know, I don't believe so.
 6   I don't know.  I can't remember.
 7        Q.    Could there be a reason why you
 8   can't remember that visit, sitting here
 9   today, very well?
10        A.    If I told someone they were
11   special while we were in my apartment?  I
12   mean it doesn't sound like something I
13   would say.
14             But I don't remember a drink I
15   had with a single person in 2008.  I don't
16   remember a story I covered at FOX News
17   Channel from 2008 because I covered
18   thousands of stories over the years.  I
19   don't remember anything from 2008.  The
20   only thing I remember is Barack Obama
21   became president.  Once you get that far
22   back in time, unless you're getting
23   married, a milestone birthday, your parents
24   died, or something horrible happens, you
25   don't remember years that far back.  Like
```

1                    J. WELLS

2   every single outing, every single dinner,

3   do you know what bar you went to in 2008

4   in September?  I doubt you do.  So the

5   reason I can't answer some of these

6   questions is I simply don't have the

7   answers.

8        Q.    I think I remember who I kissed

9   in 2008.  Wouldn't you?

10       A.    I told you I did not stick my

11  tongue down his throat.

12       Q.    Did you ever kiss him?

13             MR. SUNSHINE:  Objection.

14             Asked and answered.

15       A.    Not that I recall.

16       Q.    Why is it that you don't recall

17  kissing someone?

18             MR. SUNSHINE:  Objection.

19             Asked and answered.

20             He just explained why.

21       Q.    Is it your memory, or is there

22  any other reason?

23       A.    I would suspect that your

24  client cannot remember every person that he

25  kissed as a gay man in his mid 20s in 2008

1                    J. WELLS

2    when he got to New York City and was going

3    out to gay clubs.  I suspect he cannot

4    remember that.

5         Q.    Have you ever kissed another

6    colleague?

7         A.    No.

8         Q.    Even maybe?

9         A.    No.  I've never kissed any

10   colleague that worked with me directly,

11   worked on a show with me, ever.

12        Q.    In the same company as you?

13        A.    Over the years, yes.  Jesse

14   Rodriguez I was with, we weren't

15   colleagues, but at one point we worked at

16   CBS at one time.  So yes, there was overlap

17   of relationships, but never anybody I work

18   with directly in the same division of a

19   company or anything like that ever, ever

20   had sex with, kissed, at all.  There is

21   zero examples of that.

22        Q.    At the time you were at FOX,

23   did you ever kiss another FOX employee,

24   whether at a station or on the news

25   channel?

```
 1                   J. WELLS
 2              MR. SUNSHINE:  Objection as to
 3         form.
 4              Vague and ambiguous.
 5              Do you mean when they were both
 6         working at FOX at the same time?
 7              MR. RAHMAN:  Correct, at the
 8         same time.  Right.
 9              MR. SUNSHINE:  Within the news
10         channel?
11              MR. RAHMAN:  Within any FOX
12         employment station or --
13         A.    No, not that I recall, at all.
14         Q.    Except for maybe Mr. Delancey;
15    right?
16         A.    I have told you I don't
17    remember kissing him.  I said I definitely
18    did not stick my tongue down his or
19    anyone's throat.  And no, it didn't happen.
20         Q.    What didn't happen, kissing
21    him?
22         A.    The incident that's described
23    in this Complaint didn't happen, period.
24    When I read it, that was my first reaction,
25    this isn't me at all.
```

```
 1              J. WELLS
 2      Q.    It's possible you guys had some
 3  physical contact?
 4            MR. SUNSHINE:  Objection.
 5            Vague and ambiguous.
 6      A.    I don't know what's possible or
 7  what was misinterpreted or, you know, what
 8  happened.  I know that we had a bunch of
 9  flirty texts.  I know we must have met up
10  perhaps to go out.  I don't know exactly
11  the plan, but I don't recall the specifics
12  of any conversation or what you are
13  describing.
14      Q.    Did you invite him up to your
15  apartment to pre-game?
16      A.    That's entirely possible.  That
17  would have been a normal thing to do.  I
18  was in my mid 20s, recently came out gay
19  man.  I lived in Hell's Kitchen.  The gay
20  bars were all there.  You didn't have to go
21  to Chelsea, by the way.  There were like
22  eight of them in Hell's Kitchen.  Yeah.
23  There were a lot of people in media
24  circles, you know.  Delancey even later
25  describes like the gay mafia in media.
```

```
 1                    J. WELLS
 2   It's in New York, it's in Florida, whatnot.
 3   Gay marriage wasn't passed yet.  It was a
 4   whole different time.  People sometimes
 5   went to gay bars, nothing to be ashamed of
 6   by the way; but it's what people did.  So
 7   yes, I lived in the neighborhood that had a
 8   bunch of gay bars.
 9              And is it possible people pre
10   gamed, of course they did.  Why wouldn't
11   you.
12        Q.    Were the two of you ever on the
13   same bed together at the same time?
14        A.    No.
15        Q.    Were you drunk when he was
16   visiting your apartment?
17        A.    I doubt it.  I mean -- I don't
18   know what time it was or any of that, but
19   it seems like we just had a cocktail
20   together.
21        Q.    Would you have been inebriated,
22   alcohol, drugs, medication?
23        A.    There is no drugs or
24   medication.  It's possible I had one drink
25   before he got there.  I don't know, but I
```

1                    J. WELLS

2    doubt it.

3        Q.    Did he seem inebriated when he

4    got there?

5        A.    I don't recall the encounter,

6    so I don't know.  I couldn't tell you.

7        Q.    When you were at that apartment

8    building, you guys had a rooftop?

9        A.    There was a rooftop, yes.

10       Q.    A rooftop deck that tenants

11   could go to?

12       A.    Yes.

13       Q.    Would you ever go up to that

14   roof?

15       A.    Yeah.  There was a grill up

16   there.  I had colleagues over before.  We

17   barbecued up there.  Friends over there.

18   Yeah.

19       Q.    You said it was a six-floor

20   building?

21       A.    Yes.

22       Q.    How would you get to the roof?

23   Was it just through the elevator?

24       A.    It was only accessible through

25   the stairs.  Well, you could take the

```
 1                 J. WELLS
 2   elevator to the sixth floor, but then you
 3   still had to walk upstairs.  Oftentimes you
 4   just walked the stairs all the way up
 5   because you are already on the fourth floor
 6   in a six-story building.
 7       Q.    Did Mr. Delancey ever go to
 8   your roof, that roof?
 9       A.    Not that I recall.  I know he
10   claims he did.
11            It wouldn't be out of the
12   ordinary if I was entertaining or had
13   people over, like check out the roof.
14       Q.    Do you know if you suggested to
15   him to go see the roof with you?
16       A.    I have no idea what I suggested
17   in 2008.
18       Q.    After you guys left the
19   apartment, what happened on that day?
20       A.    I don't remember anything.
21   Nothing memorable happened.
22       Q.    Did you try to kiss him in the
23   stairwell up to the roof?
24       A.    I don't believe so.
25       Q.    Did you grab him as you were
```

```
 1                    J. WELLS
 2   walking up to the roof in the stairwell?
 3        A.    That's not something I would
 4   do.
 5        Q.    Did you try to put your hand in
 6   his pants as you were walking up the stairs
 7   to the roof?
 8        A.    No.
 9        Q.    Did you grab his genitals as
10   you guys were walking up the stairs to the
11   roof?
12        A.    No.  I mean none of this makes
13   sense.  It's the same questions, just like
14   in every different room you are asking
15   about the same exact -- I'm trying to get
16   where you are going.  Is there something
17   specific?  Because you're talking, you are
18   saying the same things for living room, did
19   we go in the bedroom, did the same thing
20   happen.  Then you're talking about the
21   stairwell.  As I've said, it didn't happen,
22   it's not like me.  Did he see the roof?  He
23   may have, but this other set of
24   circumstances you are describing did not
25   happen.
```

                    J. WELLS

1
2       Q.      Do you know if Mr. Delancey has
3   always been a bottom?
4       A.      I don't know.
5       Q.      Is it possible that he hasn't
6   been the bottom for 15 years?
7               MR. SUNSHINE:  Objection as to
8          form.
9               Calls for speculation.
10      A.      I can't assess that.  You will
11  have to ask him.  I'm sure he is available.
12      Q.      Do you know of anyone who has
13  ever had sex with Mr. Delancey?
14      A.      I don't recall ever having any
15  conversations specifically.
16      Q.      So you dispute that you made
17  any kind of sexual contact with
18  Mr. Delancey in the stairwell of your
19  apartment on the way to the roof?
20      A.      Yes.
21      Q.      Or you don't recall?
22              MR. SUNSHINE:  Objection.
23              It's vague and ambiguous as to
24         what you mean by sexual contact.  He
25         denies the events as alleged in the

```
 1                    J. WELLS
 2        Complaint.
 3        A.    Correct.
 4        Q.    You deny the events as alleged
 5   in the Complaint?
 6        A.    Correct.
 7        Q.    And it's impossible that it
 8   happened?  It's not that you don't
 9   remember; it's impossible, it did not
10   happen?
11             MR. SUNSHINE:  Objection.
12             You are misstating his
13          testimony.  He didn't say it was
14          impossible.  He said it didn't
15          happen.
16        A.    It didn't happen.
17        Q.    You are sure of that; even
18   though this happened 15 years ago
19   allegedly, you are sure it didn't happen?
20        A.    I'm sure.
21        Q.    And then did the two of you go
22   out after you left the apartment?
23        A.    I don't recall.
24        Q.    Do you recall being annoyed at
25   Mr. Delancey?
```

1                    J. WELLS

2        A.    It must have been so not

3    memorable to me.  I don't recall anything

4    about, you know, anything that happened

5    after, what transpired, if we did or didn't

6    go out.  I don't have any memory of it.

7        Q.    Did you ever get angry at him

8    when he visited your apartment?

9        A.    I don't recall getting into an

10   argument or getting angry.

11       Q.    Did he ever appear to get angry

12   at you at that apartment?

13       A.    I don't recall the conversation

14   in that apartment.

15       Q.    Did the two of you meet up with

16   colleagues after you left the apartment?

17            MR. SUNSHINE:  Objection.

18            Asked and answered.

19       A.    I don't remember, as I stated.

20       Q.    Were you planning to go to The

21   Barracuda Lounge or club whatever it is?

22            MR. SUNSHINE:  Objection.

23            Asked and answered.

24       A.    I don't recall.  I guess in the

25   rotation of places I went, but I didn't

1                    J. WELLS

2    frequent it often back then.

3         Q.    What bars had you gone to where

4    Mr. Delancey was at the same time?

5         A.    I don't remember whether I was

6    ever in a bar with him at the same time.  I

7    don't think anybody remembers every face in

8    the bar in 2008.

9         Q.    And you would go to bars with

10   your gay colleagues right around that time

11   period?

12        A.    I wouldn't say colleagues.  I

13   think I just described it earlier there are

14   a lot of --

15        Q.    At FOX I'm saying.

16        A.    There were a lot of gay people

17   in the media beyond FOX, you know.  I dated

18   for a while Jesse at NBC.  There were a lot

19   of people at NBC, ABC, a lot of friends at

20   ABC, FOX.  It wasn't like everyone at FOX

21   that was gay, I mean the media world in

22   2008 was different.  I was involved in some

23   organizations at the time that I'm not

24   involved with anymore because it doesn't

25   interest me.

1                    J. WELLS

2       Q.     Did you offer to introduce

3  Mr. Delancey to friends of yours?

4       A.     Yeah.  Obviously I sent his

5  resume' to that interview at WNBC.

6  Apparently it didn't go very well; right?

7  Yes, I introduced him to people.

8       Q.     Did you ever invite him out for

9  the purpose of introducing him to people

10  that you knew?

11       A.     It's the media world in New

12  York City, and you are young and working in

13  the media world in New York City and you

14  are trying to network and whatnot.  Perhaps

15  I did.  It would be common.  Dozens of

16  people invited me out as I invited other

17  people out, so.

18       Q.     Did you ever ask Mr. Delancey

19  to help you with anything you are working

20  on on the OTR show?

21               MR. SUNSHINE:  Objection.

22               Asked and answered.

23       A.     Why would I ask a FOX News Edge

24  affiliate producer to help with a crime and

25  politics driven prime time programming show

1                    J. WELLS

2    at FOX News?  I never did.  That doesn't

3    make any sense.  It's not what they did;

4    it's not what I did.  We weren't in the

5    same division.

6         Q.    Did you ever assign him any

7    work?

8              MR. SUNSHINE:  Objection.

9              Asked and answered.

10        A.    No.  He didn't work for me.  I

11   didn't have any employees working for me

12   then.

13        Q.    Did you ever tell him that he

14   was doing a good job or a bad job?

15        A.    There was one email that I

16   described that I saw in discovery where he

17   sent out something that went to a wider

18   group, and I said, "Good job, Delancey."

19        Q.    Other than that, any other

20   times where you said that he did a --

21        A.    I was nothing but kind and

22   encouraging to him in his endeavors moving

23   to the city and transferring from a FOX TV

24   station to FOX News Edge and eventually

25   back to FOX TV.

1                    J. WELLS

2        Q.    Did you ever discuss with Mykel

3   McCarthy the promotion of any FOX Edge

4   employees?

5        A.    No.

6        Q.    Did you ever talk about a FOX

7   Edge employee transferring to a different

8   part of FOX with Mr. McCarthy?

9        A.    Not that I would recall that.

10       Q.    Do you know of any employees

11  who transferred from FOX Edge to a FOX News

12  Channel show?

13       A.    I mean I can't name

14  specifically, but there are people that

15  move divisions all the time.  I was at FOX

16  television stations, then I was at FOX News

17  Channel.  Andy was at FOX television

18  stations, then he was at FOX News Edge.

19  Sure people change departments, but there

20  is a whole different reporting structure.

21       Q.    Do you know anyone who was ever

22  lateral from FOX News Channel to FOX Edge?

23       A.    It's possible if you were a

24  junior level person at FOX News Channel and

25  there was a bigger position at FOX Edge.  I

```
 1                    J. WELLS
 2   don't know.  I don't know anyone
 3   specifically.  But like people can see the
 4   jobs posted.  I'm sure people have applied
 5   and gotten those jobs.  I can only assume.
 6        Q.    Did you consider Mr. Delancey
 7   to be your friend?
 8        A.    I thought we had a friendly
 9   rapport.  I never had a problem with him.
10   I tried to be kind to him, as I said.  He
11   worked with a lot of people I worked with
12   at different TV stations, so we had that in
13   common.  I was supportive of him trying to
14   break out from the Florida media market to
15   New York.  I tried to be a good friend.
16        Q.    Did you ever consider any other
17   FOX Edge employees your friend?
18        A.    I didn't -- first of all, I
19   knew him before he was at FOX News Edge;
20   right?  So there is that.
21             Secondly, sure, I suppose there
22   were over the years.  I can't name them.  I
23   can't remember any specifically.
24        Q.    Did you ever think that
25   Mr. Delancey found you attractive?
```

1                    J. WELLS

2              MR. SUNSHINE:  Objection.

3              Calls for speculation.

4        Q.    Did you ever think that?

5        A.    I don't know.  I know he was

6   flirting with me.  He asked me to check out

7   more of his pictures on My Space I believe

8   it was that you described earlier.  I saw

9   in discovery that he told somebody -- one

10  of his friends when he was fishing for

11  information, it's on the discovery

12  documents, that he's not a bad looking guy

13  describing me.  I'm only learning about

14  that now really.

15       Q.    I'm saying talking about around

16  2008 around that time period in those --

17       A.    I don't know what he thought

18  then.

19       Q.    You never thought that he

20  thought --

21       A.    He never shared that with me.

22  I only saw that in recent messages he sent

23  where he described not a bad looking guy to

24  one of his friends.

25              MR. SUNSHINE:  We'll stipulate

1              J. WELLS

2         that Mr. Wells was attractive in

3         2008.

4         Q.    Did you ever --

5         A.    I was much better looking in

6    2008, that's true.  I guess.  Arguably.

7    It's a joke.

8              MR. SUNSHINE:  Yes.

9         A.    For the record, it's a joke.

10        Q.    Did you know whether he had a

11   boyfriend or not in the fall of 2008?

12        A.    I don't know.  He was largely

13   just coming to me asking for contacts or

14   advice on moving.

15        Q.    Has anyone ever described you

16   as being aggressive?

17        A.    In what way?

18        Q.    Any way.

19              MR. SUNSHINE:  Objection.

20              Vague and ambiguous as to the

21         meaning of aggressive.

22        A.    I would need to --

23        Q.    Did anyone ever describe your

24   personality as aggressive?

25        A.    I would say I'm an aggressive

```
 1              J. WELLS
 2   producer and I'm aggressive in defending
 3   the people I love.  I would not describe
 4   myself aggressive in any other manner.
 5        Q.    Did you have any involvement in
 6   Mr. Delancey's hire for the FOX Edge
 7   position?
 8        A.    No.  I can only assume he
 9   mentioned it to me in some other
10   correspondence or whatnot.  I don't know
11   how he went about applying for it.  There
12   is some messages that are missing.  So I
13   don't recall the way all of that happened,
14   but I was just encouraging that he should
15   pursue it.
16        Q.    Did you know who he interviewed
17   with for the position?
18        A.    No.
19        Q.    Did you pass on his resume' to
20   anyone at FOX ever?
21        A.    I don't know if I did.  I know
22   he sent it to me according to that Facebook
23   post.  I don't know where he sent it.  I
24   don't know if I passed it along or not.  I
25   don't know ultimately how he landed an
```

```
 1                    J. WELLS
 2   interview there.  I never spoke to anyone
 3   at the company about him during that whole
 4   time period.
 5        Q.    We talked earlier about his NBC
 6   interview?
 7        A.    Uh-huh.
 8        Q.    WNBC interview; right?
 9        A.    Uh-huh.
10        Q.    You helped arrange that; right?
11        A.    Yes.  I sent his resume' along
12   without an endorsement and just said --
13   yeah.
14        Q.    That was arranged in the first
15   few weeks that he was at FOX Edge?
16        A.    I don't know when the timing
17   was.  But all I recall, he was complaining
18   about money or something like that, and I
19   said, as I had stated earlier, you know,
20   maybe explore some other opportunities.  I
21   knew another Florida producer who was now a
22   hiring manager at WNBC who had some
23   opportunities.  I sent the resume' over.
24             MR. RAHMAN:  Mark this as
25        Exhibit 8.
```

1              J. WELLS

2              (Whereupon, the aforementioned

3         document was marked as Plaintiff's

4         Exhibit 8 for identification as of

5         this date by the Reporter.)

6         Q.    Exhibit 8 begins on FNN 186 to

7    188.

8              Before we get to this email,

9    did you ever offer to help Mr. Delancey

10   learn the ropes at FOX?

11        A.    You know, I don't know that I

12   said that.  I don't recall saying that

13   specifically, but I clearly was trying to

14   be helpful to him in, you know.  We read

15   that FOX News radio opportunity and some

16   other things like that.  I was always

17   trying to help connect him with people to

18   help him be more successful just as

19   somebody that also came from Florida and

20   you're trying to make it and you can use

21   some friends.

22        Q.    Did you ever tell him that you

23   had influence at FOX?

24        A.    No.  Well, I did later in my

25   career.  I didn't have any influence in

1                  J. WELLS

2    2008.

3         Q.     Did you tell him that you did

4    have influence?

5         A.     I wouldn't have said that, no.

6         Q.     No?

7         A.     No.

8         Q.     Did you tell him that you knew

9    higher-ups at FOX?

10        A.     I don't recall ever saying

11   that.

12        Q.     Did you ever tell him that you

13   were powerful at FOX?

14        A.     No.

15        Q.     Did you ever tell him that you

16   had pull within FOX?

17        A.     I don't recall saying that.

18        Q.     Did you ever tell him that you

19   could help his career?

20        A.     All I did was try to help in

21   his career.  I never told him that, no.

22        Q.     Did you tell him that you

23   wanted to help his career?

24        A.     No.  He asked for favors

25   constantly as you see through all these

1                    J. WELLS
2    messages, and I passed on resumes or told
3    him to meet with somebody.  That was it.
4         Q.    You described earlier a
5    conversation you had with Oswaldo Martinez,
6    I think his name is, about the interview
7    that he had with Mr. Delancey; right?
8         A.    Yeah.
9         Q.    Did you have that discussion
10   after Mr. Delancey visited your apartment?
11        A.    I don't know the timing of
12   that.  All I know about that, I interviewed
13   at WNBC and I got offered a job.  He
14   interviewed at WNBC and was told he wasn't
15   good enough.  I'm sorry that happened, but
16   he didn't get a job offer and he wasn't a
17   good candidate apparently.  That's all I
18   recall about that.
19        Q.    You thought he was qualified;
20   right?
21             MR. SUNSHINE:  Objection as to
22        form.
23        A.    As I stated previously, I
24   thought that there were some opportunities
25   there.  It was also somebody who came from

1                    J. WELLS

2    Florida television background.  He was

3    looking for the type of producer that had

4    that kind of experience, and I thought it

5    might be a good match so I passed along the

6    resume'.

7              But I never worked with

8    Delancey, so I couldn't speak to his work

9    ethic or work abilities whatsoever.

10             It was a simple here is the guy

11   from Florida that recently moved up here,

12   you might want to talk to him.

13      Q.    Did you ever say anything to

14   Mr. Delancey that would have given him the

15   impression that you had the ear of FOX

16   executives?

17             MR. SUNSHINE:  Objection to

18        form.

19             Calls for speculation.

20      A.    I was a junior level producer

21   who just made my way from local news over

22   to the network at that period.  That's not

23   something I would have said.  It's not

24   something that was accurate at the time

25   either.

                         J. WELLS
     Q.    Well, did you say anything that
you believed could have given him that
impression?
     A.    Not that I recall, no.
     Q.    Did you tell him anything that
you believed could give the impression that
you could impact his career trajectory?
          MR. SUNSHINE:  Objection.
          Calls for speculation.  Asked
       and answered.
     A.    No.  I did not have any
significant influence, power or top level
role at FOX until many, many, many years
after Mr. Delancey departed both FOX News
Channel and the TV station that he returned
to.
     Q.    Did you ever say to him that he
should stay on your good side to succeed at
FOX?
     A.    No.  Why would I say that?
     Q.    Did you say anything to give
him the impression that he needed to stay
on your good side to succeed at FOX?
          MR. SUNSHINE:  Objection.

```
 1                J. WELLS
 2        Asked and answered.
 3        A.    No.
 4        Q.    The first email in this chain
 5   is on the third page from you to
 6   Mr. Delancey, October 30, 2008.  You say,
 7   "Hey there, what are your days off?  I feel
 8   like you are never logged in."
 9              What do you mean by I feel like
10   you are never logged in?
11        A.    It's probably, I assume, the
12   iNEWS system, the messenger thing.
13        Q.    Do you see if someone is logged
14   in?
15        A.    Yeah.  Of course.
16        Q.    How did you see that?  How
17   could you determine that?
18        A.    It is a really old archaic
19   system.  It's still the same.  There is a
20   bar at the top of the screen, and then
21   there is an iNEWS.  And there is like a
22   little -- when you type in somebody's name,
23   there is a little connection type of thing.
24   And they are connected.  When somebody is
25   connected and -- it's designed that way for
```

1                    J. WELLS

2    a reason.

3         Q.    How would you go about

4    determining if someone is logged in?

5         A.    You'd see the little connector

6    piece goes up.  You can see if anyone is

7    logged in right now.  You can log in.  And

8    if they type in the name, there is a little

9    connector connects.  If you are on the

10   newsroom computer system, you can see other

11   people and you can send them little top

12   lines.  And they are very short top lines,

13   very short messages.  They are short like

14   as long as tweets used to be before they

15   lengthened them.  And it appears at the top

16   line because it appears at the top of your

17   screen.

18        Q.    So you would have to type

19   someone's name in to see if they are logged

20   in?

21        A.    I haven't used iNEWS in so

22   long.  Yeah, you do that or you hit control

23   L and it shows you everyone logged in and

24   you just click them.

25        Q.    Unless you did something

1                    J. WELLS

2    affirmatively like pressed control L or

3    searched for someone's name, you wouldn't

4    know if someone is logged in; right?

5         A.    You hit control L all the time

6    because you see who is on before you

7    message anybody for anything you are doing.

8         Q.    But then you have to start

9    typing their name; right?

10        A.    Or you just click on it.

11        Q.    But you have to scroll down to

12   find the name; right?

13        A.    Yes.

14        Q.    It's not like you open up iNEWS

15   and the program just tells you that he is

16   not logged in; right?

17        A.    Correct.  Yes.

18              It is a very simple system.

19   There is probably five people in the news

20   industry using it right now this minute.

21        Q.    Why did you tell him that you

22   feel like he's never logged in?

23        A.    Probably means we are not there

24   at the same time or whatever.  Maybe we had

25   talked on there before.  I don't know what

```
 1                  J. WELLS
 2  I intended there.  I can't speak to it.  I
 3  don't know what my intention was or why I'm
 4  saying that.
 5       Q.    Why would you have looked to
 6  see whether he was logged in or not?
 7       A.    You know, there are all kinds
 8  of things people used back then to
 9  communicate.  AOL instant messenger was a
10  thing which has since been shut down.
11            In newsrooms, even if you are
12  in the different departments or different
13  places, it's something you have to be able
14  to talk back and forth with anyone that's
15  on the same system.  It's like using Slack
16  today.
17       Q.    You would look him up if he was
18  logged in to communicate with him?
19       A.    All I know, as I said, I feel
20  like you are never logged in which probably
21  means oh, you're not at work.  If I hit
22  control L, one of the first names that
23  would pop up would probably be Delancey.
24            I don't know what my intention
25  was when I sent that email.  It was a
```

```
 1                    J. WELLS
 2   really long time ago.
 3        Q.    Would you ever look to see if
 4   he was logged in to send him work or an
 5   assignment or talk about work?
 6               MR. SUNSHINE:  Objection.
 7               Vague and ambiguous, and it's
 8         been asked and answered.
 9        A.    No, certainly not because then,
10   you know, the remainder of our conversation
11   is just friendly friends stuff.
12               And I feel sorry for FOX having
13   to store messages like going to G Lounge on
14   Sunday nights, that he was all over Chelsea
15   and XES and G Lounge and whatnot.
16               The conversation we then had
17   like right away was about friend stuff.  It
18   wasn't about assigning work at all.
19        Q.    Did you ever look to see if
20   other FOX Edge employees were logged in?
21        A.    I don't recall.  I probably --
22   when I was more active in iNEWS at that
23   stage in my career, I think everybody
24   working there probably had that control L
25   button 500 times a day to see who is logged
```

1                J. WELLS

2     in.

3         Q.    There is an email on the second

4     page Saturday, November 1st, at 6:03 p.m.

5     You say you were dancing practically naked

6     at Ritz Bar until 3:30 to 4:00 a.m., fun

7     times.  Do you recall who you were with?

8         A.    I was 26.  And I both don't

9     dance practically naked, and I am not up

10    until 4:00 a.m. anymore.

11             But I don't recall who I was

12    with, but it looks like Mr. Delancey was in

13    a different part of town all night too

14    until five in the morning he states here.

15        Q.    Were you with any colleagues

16    that night?

17             MR. SUNSHINE:  Objection as to

18        form.

19             He answered.

20        A.    I don't believe so.  I could

21    have been with some media folks.  I don't

22    know.

23        Q.    Is the Ritz Bar in Chelsea?

24        A.    No.  It's in Hell's Kitchen.

25    It was on 46th between Eighth and Ninth.

```
 1                   J. WELLS
 2              Not been there in years.
 3    Couple of years people got drugged and
 4    murdered there.
 5              MR. RAHMAN:  Mark this as
 6         Exhibit 9.
 7              (Whereupon, the aforementioned
 8         document was marked as Plaintiff's
 9         Exhibit 9 for identification as of
10         this date by the Reporter.)
11              MR. RAHMAN:  Exhibit 9 is Bates
12         stamped FNN 191, 192.
13         Q.    These are emails between you
14    and Mr. Delancey from July 2009; right?
15         A.    Uh-huh.
16         Q.    You say, "Nice work, Delancey."
17              Do you see that on the first
18    page?
19         A.    Uh-huh.
20         Q.    What are you referring to?
21         A.    So right here we are talking
22    about a story that I was heavily involved
23    in.  It was the Michael Jackson case.  I
24    was involved in it because I broke the
25    story on FOX News for FOX News.
```

1                    J. WELLS

2              I had a source at TMZ who told

3    me Michael Jackson had died, and I got it

4    on the air at FOX News that night when that

5    happened.  I was really engaged in that

6    particular story.  And so I saw emails

7    pertaining to anything relating to Michael

8    Jackson.  Saw this email, and he is talking

9    about one of their packages was brought in

10   and it went to a group.  Normally we

11   wouldn't be on the same group.  But because

12   I was involved in that story, there was a

13   group created just for Michael Jackson as

14   you see here 625, Michael Jackson, one of

15   the rare times there might be some overlap

16   in some of the Outlook messaging groups.

17             And Don Fair, who was the

18   assistant bureau chief in LA bureau, sent

19   the initial thing.  Andy said I'm bringing

20   in the package which is a two to

21   three-minute piece from their ten p.m.

22   show.  They are bringing it overnight for

23   the stations.  And I just said, "Nice work,

24   Delancey."  It was just "nice work,

25   Delancey," smily face or whatnot.

```
 1              J. WELLS
 2         And he said, "Ha, ha.  Thanks.
 3  I'm getting off West PM," I didn't even
 4  know he was on West PM, "in a couple of
 5  weeks.  Can't wait."  Yeah.
 6      Q.    What is 625 Michael Jackson?
 7      A.    That would be breaking news
 8  coverage pertaining to the Michael Jackson
 9  story.  He died.  There is a lot of pieces
10  going on in a big story like that.  There
11  is only a few stories like that that would
12  create, you know, like there would probably
13  be another group for the Boston marathon
14  bombing whatever, it is a temporary group
15  that's used for like a week or two after a
16  big story where everything is wall to wall
17  talking about one thing just to make sure
18  everyone is getting information as quickly
19  as possible.
20         That is the only time where you
21  break down the barriers of some of the
22  departments so that everybody within
23  various departments can see something going
24  on in one particular breaking news story,
25  in this case Michael Jackson.
```

1                    J. WELLS

2       Q.     Who creates like these groups?

3       A.     The assignment desk, the

4    national assignment desk.

5       Q.     How do they know who to include

6    in the group?

7       A.     Through experience.  You know

8    who could be touching at touch point on

9    that story.

10             I would have been a touch point

11   because I broke the story for FOX News

12   because I got the tip from TMZ and we got

13   it to air I believe on Shepard Smith show.

14   And then Greta covered it extensively, and

15   we went out there.

16             He apparently was the West PM

17   regional producer at FOX News Edge at the

18   time which I would not have known, and he

19   brought in a piece regarding it.  And I

20   just said nice job.

21      Q.     Did you praise other FOX Edge

22   employees like you did --

23             MR. SUNSHINE:  Objection.

24             Vague and ambiguous.

25      A.     I would praise anyone that

1                    J. WELLS
2    brought something in if I knew them.  If
3    there is a radio host that did a great
4    interview and they were talking about
5    Michael Jackson and I thought it was
6    interesting and I happened to be on the
7    email and I was friends with them, I would
8    be like great job, yeah, sure.
9         Q.    Did you tell anyone else that
10   they did a great job?
11        A.    No.  I wouldn't have because I
12   didn't work with him.
13        Q.    You didn't tell Mr. McCarthy
14   that he did nice work on the story?
15        A.    No.  I had nothing to do with
16   those people.
17             MR. RAHMAN:  Mark this as
18        Exhibit 10.
19             (Whereupon, the aforementioned
20        document was marked as Plaintiff's
21        Exhibit 10 for identification as of
22        this date by the Reporter.)
23             MR. RAHMAN:  Exhibit 10 is
24        Bates stamped FNN 194 to 195.
25        Q.    Are these emails between you

```
1                    J. WELLS
2    and Mr. Delancey from December 19, 2009?
3         A.    Yes.
4         Q.    You asked him "are you working
5    tonight"; right?
6         A.    Yeah.
7         Q.    Do you recall why you asked him
8    that?
9         A.    I don't.
10        Q.    Can you think of why you would
11   ask him whether he was working that night?
12        A.    I guess back then everything
13   was on -- I don't know if there were other
14   conversations we had about hanging out or
15   anything of that sort.  I have no idea if
16   there were other conversations by other
17   means.  But like I said, at this time you
18   are doing email on BlackBerry and I don't
19   know, I just sent a message on my
20   BlackBerry.
21        Q.    Were you reaching out to him to
22   see if he was working that night for a work
23   reason?
24        A.    I have no idea.
25        Q.    Could it be because you wanted
```

```
 1                J. WELLS
 2   to see if he could work on something for
 3   you?
 4        A.    No, not at all.
 5        Q.    Could it be because you wanted
 6   to give him an assignment?
 7        A.    No.  I didn't give him
 8   assignments.  I wouldn't be giving him an
 9   assignment on a Saturday.
10        Q.    Did you work on Saturdays?
11        A.    Did I work?
12        Q.    Yeah.
13        A.    I worked seven days a week.
14              But he worked on shifts, I
15   believe.
16              MR. RAHMAN:  Mark this as
17         Exhibit 11.
18              (Whereupon, the aforementioned
19         document was marked as Plaintiff's
20         Exhibit 11 for identification as of
21         this date by the Reporter.)
22        Q.    Exhibit 11 begins on FNN 137
23   through 140.  I'm only going to ask you
24   about what's on the third page.
25        A.    Yeah, this was all about his
```

```
 1                    J. WELLS
 2   job description working for FOX News Edge.
 3        Q.     Right.  Do you see job
 4   description, the third line, copy, edit,
 5   and review video prior to iPump
 6   distribution?
 7        A.     Yes.
 8        Q.     Did you understand that to be
 9   one of his responsibilities?
10        A.     Sure.  It probably would be.
11        Q.     And iPump would be used even by
12   your show by OTR?
13        A.     In what way?
14        Q.     Well, for reviewing videos and
15   content.
16        A.     No.  The network had a separate
17   video system that the network used.
18               iPump was just for the
19   affiliate news service.  It was only for
20   FOX News Edge.  All producers didn't
21   usually go on iPump; some did.  It was the
22   way to see the affiliate stuff more
23   quickly.
24               But nothing from my show would
25   be saved in iPump.  The system at the time
```

1                    J. WELLS

2      we used was called Ardome, A-R-D-O-M-E,

3      which is made by a French television

4      company.  FOX is one of the only ones in

5      America that uses it.

6                    But iPump is just for the

7      affiliate stuff because you would use when

8      possible fiber networks in order to bring

9      the footage in and release it back out to

10     affiliates.

11                    I had access to it, but

12     anything we were doing at FOX News Channel

13     was on a completely separate system that

14     was only internally in that building.

15                    He would have been in a

16     completely different video system than I

17     was day-to-day.

18                    If you didn't find something in

19     the FOX system, you could then go to iPump

20     to view stuff from the TV stations and

21     request the national desk to bring it from

22     iPump over to what was Ardome which was the

23     national news desk system but pin

24     programming and news programs during the

25     day on FOX News.

```
 1                    J. WELLS
 2        Q.     Would you be able to determine
 3   who uploaded the content or who made the
 4   content on iPump?
 5        A.     No.  What you would see on
 6   iPump would be forward facing to all of the
 7   affiliate stations as well.  So if you're
 8   at KCPQ in Seattle, you would be seeing the
 9   same exact thing that I would see.  This is
10   not some internal system.  It was the
11   system used to service all of the
12   affiliates as well.  So people's names were
13   not attached to anything.  There was video.
14   There were suggested scripts that affiliate
15   producers could use to then edit and put
16   onto their newscasts.  But yeah, iPump was
17   a system designed for use by the affiliates
18   but was an additional resource if somebody
19   at one of the shows wanted to see video
20   before it made it into our system.
21        Q.     Would there be any way to
22   determine or discern who uploaded the
23   content?
24             MR. SUNSHINE:  Objection as to
25        form.
```

```
 1                    J. WELLS
 2         A.    I didn't work at FOX News Edge,
 3    so I didn't have any kind of administrative
 4    access to that.  So you wouldn't see -- I
 5    couldn't upload a video to iPump.  Nobody
 6    at FOX News Channel or one of the FOX News
 7    Channel shows could upload a video on
 8    iPump.  It was an apparatus just of FOX
 9    News Edge.  I would only see what somebody
10    at a TV station in Seattle or Texas was
11    seeing.
12         Q.    At the time, could you ask
13    someone if you wanted to know who created
14    certain content that was on iPump, was
15    there somebody you could go to and say I
16    want to find out who created the content?
17         A.    I suppose you could, but there
18    would be no reason to.
19         Q.    Who would you go to --
20              MR. SUNSHINE:  Are you asking
21       if he physically could or if he did?
22         Q.    At the time, could someone in
23    your role find out that information?
24              MR. SUNSHINE:  Objection.
25              Incomplete hypothetical.
```

1                    J. WELLS

2        A.      Nobody would ever do that.  It

3    wouldn't make any sense.

4        Q.      Would there be a way for you to

5    find out?  If I told you I want to find out

6    who put this content up, could you --

7        A.      If I did that, I would have no

8    time to put the show on the air.  I don't

9    understand the point, but sure.  If I made

10   a round of phone calls, you can go through

11   the ringer what producer worked on this

12   perhaps.  But you may not even know once

13   the shift changed.  I don't know if there

14   are fingerprints in the system.  I don't

15   know how it works.

16       Q.      Did you ever review content

17   whether it was on Ardome or iPump that you

18   knew was created by Mr. Delancey?

19       A.      No.  The only way, like in that

20   email about the Michael Jackson thing,

21   because of my involvement in the story and

22   him sending the email to the group, I would

23   know things like that.  But I was not

24   monitoring the affiliate news services

25   video fiber distribution system or caring

```
 1                    J. WELLS
 2   about what production assistant or regional
 3   producer, whatever their title may be, was
 4   putting on there or who was editing what.
 5             I didn't even know who the
 6   editor was for a piece of video on my own
 7   show.  Like there are so many layers it
 8   would go to, it would make no sense.  It's
 9   not part of the process.
10        Q.    At no point did you know that
11   this was the content that Mr. Delancey had
12   a hand in?
13             MR. SUNSHINE:  Objection.
14             He just answered that was
15         Michael Jackson.
16        A.    Unless he told me specifically,
17   I would have no knowledge of it.  I was not
18   part of that operation.
19        Q.    Do you see the bullet
20   departmental mission?
21        A.    Yes.
22        Q.    The second sentence says, "Edge
23   content is used by 25 FOX-owned and
24   operated stations; all in-house FOX News
25   entities, (FNC, FBN, dot-com, promos, FIM,
```

 1                    J. WELLS
 2   et cetera, and the syndicated program
 3   America's Most Wanted)."
 4                    Was it true that FOX News
 5   Channel used content created by Edge?
 6                    MR. SUNSHINE:  Objection as to
 7            form.
 8                    Vague and ambiguous.
 9        A.     Edge didn't create the majority
10   of their content.  They were a clearing
11   house for bringing in the content from
12   affiliate and owned stations, distributing
13   that and making sure it that it was clear
14   for license.  That was the purpose of it.
15   It's like, you know, instead of just
16   ripping footage you don't know where it
17   came from.
18                    If a helicopter in Los Angeles
19   is up and it came from KTTV in Los Angeles,
20   it's on FOX News Edge.  And you know that's
21   the footage you are supposed to take.  It
22   was a clearing house to make sure licensed
23   footage is reaching FOX-owned properties
24   and FOX affiliates.
25        Q.     But is it true that whatever

```
 1                    J. WELLS
 2   content that they touched, whether they
 3   created it or not or they passed it along,
 4   that could be and would be used sometimes
 5   by FOX News Channel; correct?
 6              MR. SUNSHINE:  Objection.
 7        Could, would are very different.
 8        Q.    It would be used; right?
 9        A.    In any event, it cannot always
10   be used.  Sometimes there are restrictions
11   on that content and it would say
12   specifically in the notes not for use on
13   national news broadcast, not for use within
14   X, Y, Z, marked for various contractual
15   reasons or if there is footage or pictures
16   or whatnot that was licensed that cannot be
17   aired nationally.  That happened all the
18   time.  Not every piece of content there
19   could or would be used.
20        Q.    But you needed to know that the
21   content could be aired, that it had been
22   cleared to use; right?
23              MR. SUNSHINE:  Objection.
24        A.    There would be some notes on it
25   to that effect.
```

```
 1                    J. WELLS
 2        Q.    That it was cleared; right?
 3        A.    Yes.  Sometimes it wouldn't be
 4   cleared on all uses and it would have
 5   specific notes on the restrictions.
 6        Q.    Cleared content could be used
 7   by FOX News Channel shows?
 8        A.    Of course.
 9        Q.    In terms of --
10        A.    Like if you are Oprah and you
11   make a TV show and you license it to CBS,
12   they can use it sure.
13        Q.    In terms of content uploaded to
14   iPump or to Ardome, if you saw a piece of
15   content and you wanted to know who created
16   or had a hand in it, you could call up a
17   producer, right, and ask if they had done
18   this?
19             MR. SUNSHINE:  Objection.
20             Vague and ambiguous.
21        A.    I've never in my entire career
22   heard of that happening.
23             I didn't do that, and I don't
24   understand why anyone would.
25        Q.    You've never asked Mr. Delancey
```

```
 1                    J. WELLS
 2  hey did you work on this?
 3        A.    I was worried about my ratings.
 4  I wasn't worried about the feed to
 5  affiliates.  I tried to be supportive and
 6  kind.  No.  Zero interest in that.
 7        Q.    How would you describe the
 8  frequency with which you communicated with
 9  Mr. Delancey while he was at FOX Edge?
10        A.    I don't remember because there
11  are clearly some passive communications
12  that are missing, no longer available given
13  how long it's been.  But I don't know.  I
14  don't recall.  I worked with a lot of
15  people.
16        Q.    Would you say you communicated
17  on a weekly basis?
18        A.    I don't know.
19        Q.    Daily basis?
20        A.    Certainly not.
21        Q.    Is it possible that you would
22  communicate multiple times a week?
23              MR. SUNSHINE:  Objection as to
24        form.
25              When are you talking about?
```

```
 1                    J. WELLS
 2            MR. RAHMAN:  Throughout the
 3         duration of his employment at FOX
 4         Edge.
 5       A.     When was his employment at FOX
 6   News Edge?
 7       Q.     2008, 2010.
 8       A.     Okay.  I don't know how often I
 9   communicated with him.  I was there a very
10   long time.  I don't recall any of that.
11       Q.     How did you learn that
12   Mr. Delancey was leaving FOX Edge?
13       A.     I believe he told me.
14       Q.     Do you recall what he said to
15   you?
16       A.     No.  I saw one of these other
17   messages that we just went through, Exhibit
18   8.  He described how he missed his family
19   and friends back in Florida in Exhibit 8.
20   So there was always a sense that he was not
21   fully acclimated, didn't feel he is making
22   enough money yet.  And those are all very
23   clear in the communications here.  But, you
24   know, so -- not surprising since he was
25   sending that message; right?
```

```
 1                 J. WELLS
 2      Q.     Do you know if he ever or did
 3 he ever discuss with you wanting to work
 4 for the FOX News Channel?
 5      A.     I don't believe so, no.
 6      Q.     Did he ever tell you that he
 7 felt that his career was being stagnant at
 8 FOX Edge?
 9      A.     No.  I believe he got
10 promotions there.  He was talking about it
11 in that email.  You showed me the hiring
12 authorization that he got an 11-percent
13 raise.
14      Q.     Did he talk about that raise to
15 you?
16      A.     No, he did not.  But you just
17 showed me a hiring authorization.
18      Q.     But you know --
19      A.     You just stated his career was
20 stagnant and wasn't going anywhere but then
21 you are showing me an 11-percent increase
22 and a new title.
23      Q.     I'm asking if he talked to you
24 about that.
25      A.     He didn't.  But even if he had
```

```
 1                    J. WELLS
 2   and I had known that information, I would
 3   know that was untrue.
 4        Q.    Do you know whether he was
 5   happy with how his career was progressing
 6   in FOX Edge?
 7        A.    I can't speak to his emotions.
 8        Q.    He never told you anything that
 9   would give you an impression one way or the
10   other?
11        A.    No.  He did give me the
12   impression that over the course of this he
13   wanted to make more money, and I passed his
14   resume' to some folks.
15        Q.    If you could turn back to
16   Exhibit 2.
17             MR. SUNSHINE:  Can we take a
18        break?
19             MR. RAHMAN:  Yes.
20             (At 2:52 p.m., a short recess
21        was taken.
22             At 3:00 p.m., the deposition
23        resumed.)
24        Q.    Mr. Wells, would you ever ask
25   Mr. Delancey to put content on iPump?
```

```
 1                    J. WELLS
 2        A.    As I've said numerous times,
 3   not that I recall.
 4        Q.    In terms of the TopLine
 5   messages, do you know if those are saved?
 6        A.    I don't believe so.  I think
 7   it's like a really archaic system.  I would
 8   think there is so much traffic on it and it
 9   is an old system, I think it is a week
10   maximum.  I'm literally speculating there,
11   but I don't think, you know.  I think if
12   you are a super user or something, you can
13   go track something down for a week because
14   it's for the purpose of figuring out how
15   something got on the air.
16        Q.    Do you know if there is a way
17   to go back and look for old messages?
18             MR. SUNSHINE:  Asked and
19         answered.
20        A.    I'm not an IT expert.  That's
21   just my knowledge of that system.
22        Q.    Did you ever ask someone to go
23   back and look for a certain TopLine
24   message?
25        A.    No.
```

```
 1                 J. WELLS
 2        Q.    Exhibit 2, this is page four.
 3   The top is October 4, 2013.  Prior to this
 4   message at the top, the last time you had
 5   communicated, at least through Facebook,
 6   was in February of 2008; right?
 7        A.    Yeah, because I suppose we
 8   obviously communicated by other means than
 9   Facebook; right?
10        Q.    After Mr. Delancey left the job
11   at FOX Edge, do you recall communicating
12   with him prior to October 4, 2013?
13        A.    I believe so.  But I don't, you
14   know, I don't think it was a lot.  Maybe
15   there was some communication when he went
16   back to Tampa, but I can't remember how or
17   when.
18        Q.    Would that have been through
19   text, phone call?
20        A.    I have no idea.
21        Q.    So you ask him, "Hey there,
22   Mr., you are at WPTV now?"
23        A.    Yes.
24        Q.    Why did you reach out to him,
25   if you recall?
```

1                    J. WELLS

2           A.     He probably posted some -- you

3      have to go and look at some of these public

4      posts and whatnot, but I reached out to him

5      because he was working at a TV station I

6      also worked at working with the same

7      anchors, the same people.  Yeah.  We

8      talked, and then he had gone back to Tampa.

9           Q.     You said this was your first

10     legit producer job?

11          A.     Yeah, it was, which I explained

12     earlier when you went through my resume' in

13     detail.

14          Q.     And you go on communicating for

15     several pages?

16          A.     Yeah.  He talks about the show

17     he is doing.  He did that show for a while.

18     And it was canceled, and he worked in their

19     local news department.

20          Q.     And if you keep going, there is

21     a text you sent on October 4, 2013 at 3:47

22     p.m.?

23          A.     There is a bunch of stuff

24     before that where he is talking I took the

25     job because it gives managerial supervisor

1                    J. WELLS
2    experience and the pay is much better.  He
3    talks about that on page seven.  I want to
4    make sure I have context before I get to
5    page ten.  He talks about Miami, Fort
6    Lauderdale, gladly taking something nicer.
7    I talk about living in Delray Beach, I
8    liked it there.  He is talking about
9    thinking of living downtown.  I say,
10   "Looking at your show website.  Looks fun.
11   We are getting a new graphics package."  He
12   talks about the job.  I mention that I
13   moved to -- our show is moving from ten
14   p.m. to seven p.m.
15        Q.    That's on that page Wells ten;
16   right?
17        A.    Yeah.  We switched time slots,
18   kind of demotion actually to be quite
19   frank, from ten p.m. to seven p.m. for
20   Greta at the time.  There's a lot of
21   reasons for that, because Megan Kelly got
22   promoted, trying to hire a good producer.
23   We lost some of our strongest interviewer
24   and lots of people for it.  It was 2013, so
25   I was probably coordinating producer,

1                    J. WELLS

2     senior producer so I was in the interview

3     pool for the first time around that time

4     frame.  Yeah.  So now I have context

5     getting up to page ten.

6          Q.    Just going back to 2008, that

7     time period, what was your position at the

8     Greta Van Susteren show?

9          A.    Producer.

10         Q.    That was your title?

11         A.    2008 I was a producer, yes.

12    Then I became line producer a few years

13    later.  Then I became a coordinating

14    producer.  2013 I was either coordinating

15    producer or senior producer.  I'm not sure

16    when that switch happened.  I think I was

17    coordinating producer.

18         Q.    Was there a hierarchy amongst

19    producers on the show?

20         A.    Different depending on the show

21    and different based on the period in time.

22    It's changed over the years; but yes, yes.

23         Q.    Is the line producer role like

24    considered to be a higher level role --

25         A.    Line producer role in network

1                    J. WELLS
2    news would be considered a higher level
3    role than just a producer on a network
4    show, yes.
5         Q.    At the time you joined the show
6    back in 2008 I believe, who were the
7    producers on the Greta Van Susteren show?
8         A.    I was a producer, one of many
9    producers.  There were some associate
10   producers which would be lower-ranking
11   production assistants.  There were a number
12   of other producers, I would say like four.
13   I am guessing the numbers.  I don't have
14   the head count or budget in front of me of
15   what that show looked like.
16              At that time there is a line
17   producer ahead of me.  There is a
18   coordinator producer ahead of me and
19   executive producer that was probably higher
20   up than me in that 2008 period.
21        Q.    Do you recall who was the line
22   producer?
23        A.    The line producer at the time
24   would have been Angela Tarrant.
25        Q.    Do you recall who was the

1                  J. WELLS
2    coordinating producer?
3          A.    I think it was Carrie O'Connor.
4          Q.    I think you said Ms. Meade was
5    the executive producer?
6          A.    Yes.  She had a VP role at the
7    time I believe but also as executive
8    producer, not uncommon at all.
9          Q.    Amongst the four producers, you
10   and the three other producers, was there
11   like a hierarchy amongst the four of you?
12         A.    With that group, they were
13   above me.
14         Q.    They were all above you?
15         A.    Yeah.
16         Q.    When you say, "above," what do
17   you mean?
18         A.    Technically in local news it is
19   a little bit different.  You have one
20   producer who's the line producer of the
21   show.  In network it is a little more
22   complicated.  You have people overseeing
23   different stuff.  I was a utility producer.
24   Sometimes I was in the field; sometimes if
25   someone was out I was in the control room,

```
1                    J. WELLS
2    but I wasn't running the show in the
3    control room.  I wasn't running the show in
4    editorial meetings.  I was not authorized
5    to hire or make those decisions back then.
6    Later in my career, obviously, it was, but,
7    you know.
8         Q.     What were your typical daily
9    duties in the fall of 2008 when you first
10   joined the show; what were you typically
11   doing as a producer?
12        A.     Depends.  They had me work on
13   some special products to try to get the
14   ratings up.  That was my core objective
15   initially.
16             Then there was a case down in
17   Florida, the Casey Anthony case, a murder
18   trial, and our field producer left for Good
19   Morning America.  So they needed somebody
20   to go down there and make best friends with
21   all the people on that case.
22             So I embedded with the bounty
23   hunters who put a gun on me at one point,
24   and that was a story I owned for the
25   duration of that story.
```

```
 1                 J. WELLS
 2           Then I came back and did more
 3    control room stuff.  I was a utility
 4    producer.
 5         Q.    Going back to the messages,
 6    when you say you are trying to hire a good
 7    producer, why did you tell Mr. Delancey
 8    that?
 9         A.    It's in the context of like all
10    of our conversations.  I'm not interested
11    in him as a producer or whatever.  He's
12    just told me about his new great job that
13    he just got.  I believe I was the line
14    producer and maybe, I believe I was the --
15    I had just been the line producer and was
16    promoted to coordinating producer, and I
17    believe I was probably looking for a new
18    line producer to backfill my old job.
19         Q.    So you weren't telling him this
20    to see whether or not he was interested in
21    that position?
22         A.    No.  I thought maybe he knew
23    someone.  That's how it usually works.  You
24    don't usually get your best candidates from
25    posting on your corporate website.  You
```

1                    J. WELLS
2    usually get it from a network of people,
3    just like earlier on, my friend at WNBC was
4    looking for producers, I handed him Andy's
5    resume'.
6              It is very common in this
7    business.  I can't tell you about the
8    hundreds of times I've seen it happen.  I
9    probably -- since we have been here, I've
10   probably gotten resumes from five people
11   passing along somebody's resume', sometimes
12   a serious person, some days somebody is
13   doing a friend a favor for a relative.  You
14   never know.  Just the course of how
15   business is done.
16        Q.    But you didn't say here
17   anything to the effect of do you know
18   anyone good or can you pass on the word?
19        A.    It's implied.  I'm trying to
20   hire a good producer.  We are just going
21   back and forth going about my new time
22   slot, his new show.  He is talking about a
23   new graphics package for his show.  I'm
24   trying to find a good producer, not easy to
25   find.  That's the context of this.  He was

1                    J. WELLS
2    talking about graphics.  I said we just
3    built a new set, this is like TV producer
4    talk going back and forth.
5         Q.    Did you understand that he
6    wouldn't be interested in that position?
7               MR. SUNSHINE:  Objection as to
8          form.
9               Calls for speculation.
10        A.    There is no implication here
11   whatsoever that I'm interested in him for
12   that role.
13        Q.    And in your mind you were sure,
14   you're saying that he wasn't going to
15   express interest in that position?
16        A.    I wouldn't have hired him,
17   anyway.  First of all, I never was familiar
18   with his specific work product.  But I had
19   already been burned when I sent his resume'
20   around.
21               So if he couldn't get a job at
22   WNBC, I wasn't going to hire him at number
23   one seven p.m. show at FOX News many, many
24   years later, six years later.
25        Q.    Do you think he was a good

```
 1                    J. WELLS
 2    producer?
 3              MR. SUNSHINE:  Objection as to
 4         form.
 5              Vague and ambiguous.
 6         A.    As I said, I wasn't familiar
 7    with his work specifically.  He never
 8    worked for me.  I never saw him up close
 9    and personal other than Michael Jackson or
10    him speaking about his work.  I can't speak
11    to the quality or caliber of his work,
12    whether it be his work product or his work
13    ethic.  I have no knowledge of whether he
14    is a good producer or not.
15              I knew he worked at good
16    stations and the stations are respected
17    because I worked at those places and there
18    are a lot of good people to learn from in
19    those places.
20         Q.    Other than going back to when
21    Mr. Delancey first joined FOX Edge, other
22    than when you arrange for him to receive
23    stationery with his name on it, did you
24    arrange for him to receive anything else of
25    value or anything else that you thought he
```

```
 1                    J. WELLS
 2   might like --
 3          A.     I never spent --
 4          Q.     -- or any gifts?
 5          A.     I never spent a dollar on Andy
 6   Delancey.
 7          Q.     Did you arrange to get him more
 8   FOX swag?  Did you do anything that would
 9   appear to be a gift to him or that --
10          A.     I could go to the closet now in
11   the hall from my office and grab a FOX News
12   hat.  So could anyone.
13          Q.     Did you give him anything after
14   he first joined?
15          A.     Not that I am aware of.  We got
16   some stationery.  I think in the Complaint
17   it says something about pens.  You couldn't
18   get pens.  You could get pencils, but they
19   didn't have names on them; so I don't know
20   what that was about.  You can order
21   stationery for your office.  It's like a
22   corporate ordering portal.
23          Q.     Did you ever think about
24   ordering something for him or getting
25   something for him or getting him another
```

```
 1                    J. WELLS
 2  gift?
 3        A.    No.
 4        Q.    You talk about married life.
 5  By then you were married; right?
 6        A.    Yes.  He is talking -- the
 7  constant theme, going to page 11, he is
 8  talking about no offense to Mykel but 45K
 9  producing for the Edge is not the right
10  opportunity at this point in my life.
11              I think that's probably the
12  first time he had ever mentioned his
13  salary, whatever, to me.  It wasn't
14  actually what his salary was because we
15  have the hiring authorizations and other
16  documents here.  But anyway, it was the
17  first time he ever spoke about it.  True or
18  untrue, his words.
19        Q.    You say then, "The Edge just
20  isn't producing.  It is a feed service with
21  some tracked shit along the way."
22              What do you mean by that?
23        A.    I would say overall my
24  impression -- I don't know what I meant
25  specifically in this message, but my
```

```
 1              J. WELLS
 2  impression of FOX News Edge specifically,
 3  that it was probably one of the weaker
 4  divisions at FOX; it wasn't as competitive
 5  as ABC News One or CNN News Source or
 6  whatnot.
 7           He is saying he wasn't happy
 8  with the Edge, and I am saying I understand
 9  why you weren't happy at the Edge.  I
10  didn't work at the Edge.  I only had
11  experience being almost like a customer of
12  the Edge when I was at the affiliates in
13  previous jobs for different divisions.  I'm
14  just agreeing with him.
15      Q.    You are saying the Edge isn't
16  producing, but you are implying that
17  working for FOX News Channel as a producer
18  would be actual producing?
19      A.    No.  I'm answering his comment
20  producing for the Edge is not the right
21  opportunity at this point in my life.  I'm
22  just agreeing with what he is saying.
23      Q.    You wouldn't say the same thing
24  about producing a FOX News Channel show;
25  right?
```

```
 1                    J. WELLS
 2      A.    I was happy at FOX.  I liked
 3  FOX a lot.  I think it is a great company.
 4  No, I wouldn't necessarily say that.  I
 5  said in my -- the FOX Edge isn't producing.
 6  It is a feed service.  They throw lazy slop
 7  together sometimes.
 8              I mean I have high standards
 9  for television, and a lot of people don't
10  unfortunately.  And that was like one area
11  where I thought the company maybe could do
12  better, but it wasn't my area.
13              I was just agreeing with his
14  assessment that he wasn't happy at the
15  Edge.
16      Q.    Was there a hierarchy at FOX in
17  terms of different divisions within FOX
18  News as versus News Channel?
19              MR. SUNSHINE:  Objection.
20              What do you mean by hierarchy?
21      Q.    Did you feel like there was a
22  hierarchy?
23      A.    It changed over the years, but
24  it is a really big company.  It's FOX News
25  media today.  If you used that as an
```

1                    J. WELLS

2    example.  And then there is corporate

3    company, and there is FOX News Media.  Then

4    there's a CEO and president of FOX News

5    Media, and then there is all these other

6    divisions that have their own presidents

7    that are running separate companies and

8    entities.  And that includes FOX News Edge,

9    FOX Nation, FOX Business Network, FOX News

10   Channel programming.  Programming that is

11   even separate what you would consider

12   opinion programming is considered separate

13   from the news division programming.  There

14   is news programming, and there is

15   programming programming which is opinion

16   programming.  They are all run in very

17   different ways.  They even use different

18   electronic systems as ways of contributing

19   video or content.

20            So there is certainly a

21   hierarchy and different culture at

22   different divisions or whatnot.  Outside of

23   FOX News, FOX affiliated stations isn't

24   even under the FOX News Media hierarchy.

25   It's a completely different company.  At

```
 1                    J. WELLS
 2  the time, it had the set of CEOs that were
 3  former NBC television station executives
 4  that were not part of that FOX News
 5  apparatus.  It is a big company, obviously.
 6        Q.    Would you say that the FOX News
 7  Channel was the hierarchy at FOX News,
 8  would be higher than FOX Edge?
 9        A.    Obviously.  Yes.
10        Q.    When you say, "feed service,"
11  you are saying Edge was a feed service
12  for --
13        A.    For the affiliate stations.
14        Q.    What about for FOX News
15  Channel?
16        A.    All the networks would consider
17  their news service that supplied video and
18  brought money, they would call it a feed
19  service.
20        Q.    When you say, "tracked shit,"
21  what did you mean by tracked shit?
22        A.    So you have -- say you have a
23  reporter at FOX News Edge and they take
24  material off the service and somebody lazy
25  writes a script.  And the reporter doesn't
```

```
 1              J. WELLS
 2   even work on it, and they just read it
 3   today in Washington blah, blah, blah
 4   happened and no actual reporting or work
 5   went into it, it is lazy work.  This is a
 6   short few sentence.  But if you are trying
 7   to figure out what I'm trying to
 8   articulate, I thought it was a lazy
 9   operation.
10        Q.    You say Mykel is a great guy.
11   Did you believe that?
12        A.    I don't really have a strong
13   opinion one way or the other.  I was just
14   being nice.
15              He says, "no totally isn't".
16   But I'm not sure if he is referring to
17   Mykel or if he is referring to Edge
18   producing.
19        Q.    Next page.
20        A.    Then he goes on and on saying
21   he wished he stayed but the comfort of
22   Tampa was looking so great.
23        Q.    You say, "I'm friends with many
24   of the anchors"?
25        A.    Uh-huh.
```

1                    J. WELLS

2        Q.      Closest with Shannon Cake?

3        A.      Yeah.  I just saw her a month

4    ago.

5        Q.      Anchors at FOX team you're

6    talking about?

7        A.      She was the main anchor at WPTV

8    in Palm Beach.  And she just signed off the

9    air a month ago, and I was at her signoff.

10       Q.      Why did you tell him that you

11   were friends with anchors there?

12       A.      It is a pretty -- we worked --

13   it's small TV world.  We worked at all the

14   same TV stations.  Local news is much, much

15   smaller.  And I was just saying the person

16   that I was closest with when I worked

17   there.  We are commiserating on common

18   colleagues.  We happened to work at

19   multiple same places.  And he is talking

20   about the production of his show, the sets,

21   this and that.  He is talking about all of

22   that stuff.  Oh, yeah it's a great place,

23   it's a great building.  But anyway, yeah.

24   We are just commiserating about industry

25   talk.

```
 1                    J. WELLS
 2            This is how you talk with
 3    anybody, you know.  If you had a friend at
 4    your law firm that went to work at another
 5    law firm and you knew somebody at that law
 6    firm, you would be like oh, do you know
 7    attorney so and so.  It's not that unusual.
 8         Q.     On the next page you're talking
 9    about reporters and you say, "Hopefully
10    they are bottoms too."  What do you mean by
11    that?
12         A.     I don't know.  I guess Andy
13    talked about whether he was a bottom or not
14    in some conversations.
15         Q.     Why would it be a good for him
16    if they were bottoms if he was also a
17    bottom?
18         A.     That's a new thing.  I don't
19    know.  I don't know the context of that.
20         Q.     You said, "hopefully they are
21    bottoms too."  Did you mean they are
22    bottoms like I am?
23         A.     I don't know.  I don't know
24    what I was referring to there.
25         Q.     You don't know what the too
```

```
 1                    J. WELLS
 2   that you are talking about here referred
 3   to?
 4              MR. SUNSHINE:  Objection.
 5              Asked and answered.
 6        A.    I don't know.  Obviously, we
 7   got some conversation about something like
 8   that in at some point.
 9        Q.    Do you know why he would care
10   if somebody was a bottom?
11              MR. SUNSHINE:  Objection.
12        A.    I don't know.
13        Q.    After that, there is messages
14   beginning February 11, 2015.  Do you see
15   that?
16        A.    Uh-huh.
17        Q.    You ask about his email
18   address.  Do you recall why you asked for
19   that?
20        A.    Oh, his show got canceled, and
21   he posted about his show got canceled.
22        Q.    Why did you ask for his email
23   address?
24        A.    Because I was trying to connect
25   him with somebody at FOX at Orlando and
```

1                  J. WELLS

2    they were looking for producers, whatnot.

3    He posted about his show got canceled.  He

4    ended up with a same job within the same

5    company in the same local station.  I sent

6    his resume' again to someone in Florida

7    where he could probably cut it.

8         Q.    How did you know they were

9    looking for producers in the Orlando

10   station?

11        A.    Because an old friend of mine,

12   Jorge Gonzalez, had just moved there as an

13   assistant news director at the station

14   there, WOFL, and he must have mentioned it.

15        Q.    How did you know Jorge?

16        A.    I knew everybody in the Florida

17   media.  I had worked for four TV stations

18   in Florida for the first four years of my

19   career.

20        Q.    You say, "I just told assistant

21   ND."  Is that referring to Mr. Jorge?

22        A.    Yes.  Andy said, "Thank you.  I

23   know Jorge."  When he was in Tampa, they

24   would have shared some resources.

25        Q.    You say that you told Jorge

1                    J. WELLS

2    that Mr. Delancey was great.  Do you see

3    that?

4         A.    I don't see that.  Where is

5    that?

6         Q.    Right below I know our Orlando

7    station is looking for producers.  Next

8    page.

9         A.    Yeah.  Since you are such a

10   great producer and cute, I guess I was

11   being flirty or whatever.

12        Q.    Above that, "I just told the

13   assistant ND you were great and to reach

14   out to you," do you see that message?

15        A.    Yes.  He lost his job.  And I

16   said -- I mentioned to him -- I believe

17   Jorge -- it's hard without any context.  I

18   believe Jorge had posted something like on

19   Facebook, I have three producers quit

20   today, looking for people.  Simultaneously,

21   Andy posted my show was cancelled today.  I

22   said, "What's your email address?  Jorge,

23   you lost three producer openings.  You

24   can't even get on the air pretty soon.  Do

25   you want me to send you some people?"  And

1                    J. WELLS
2    that would be the context of this.  It's
3    very hard to look at messages like this
4    without proper context, but I can only
5    assume that's what happened.  Took me like
6    two minutes, make a couple of connections.
7            They had actually known each
8    other.  And luckily, he ended up finding a
9    job because I hate for anybody to be
10   unemployed.  But I tried to connect him
11   again, and that was the last time I think I
12   ever connected him with anyone.
13       Q.    Did you think that Mr. Delancey
14   was great at his job?
15       A.    As I said earlier, I had no
16   knowledge of whether he was good or not.  I
17   probably overstated there.  I was probably
18   just being kind to Delancey.  I don't know
19   what I even said to Jorge.
20       Q.    You weren't lying here when you
21   told him that Delancey was great?
22       A.    I don't remember what I said to
23   Jorge.
24       Q.    You probably wouldn't be lying
25   in the text; right?

                    J. WELLS
1
2       A.    It's possible I just sent an
3    email with his resume'.  They were looking
4    for three producers, maybe you want to talk
5    to them about that.
6       Q.    But you weren't lying when you
7    said that I told him you were great; right?
8       A.    I don't recall what I said to
9    Jorge specifically.
10      Q.    Was it possible that you were
11   lying here in this text?
12            MR. SUNSHINE:  Objection.
13            Asked and answered.
14      A.    If I was telling Andy Delancey
15   that I told this person you are great or
16   whatever, it's possible I inflated my
17   endorsement of him.  I have no way of
18   knowing without seeing whatever I said to
19   Jorge.
20      Q.    Why would you want to inflate
21   your endorsement of him?
22      A.    I'm just being nice.  I'm
23   literally connecting him with somebody to
24   help him.
25      Q.    You wouldn't lie to Jorge;

```
 1                    J. WELLS
 2   right?
 3        A.    No one is saying I would have
 4   lied to Jorge.  I said that I cannot recall
 5   the conversation I had with Jorge or the
 6   means by which I passed on the resume'.
 7        Q.    But if you didn't think
 8   Delancey was great, you wouldn't have told
 9   Jorge that; right?
10             MR. SUNSHINE:  Objection.
11             Asked and answered.
12        A.    I don't know what I told Jorge.
13        Q.    According to these messages,
14   you say to Mr. Delancey that you told Jorge
15   that Delancey was great; right?
16        A.    But that doesn't confirm what I
17   did or did not tell Jorge.
18        Q.    You did send that message
19   saying that; right?
20        A.    Apparently, I did.  Looks like
21   I was hurried and typing fast.  There are
22   ellipses there, you know.
23        Q.    Then you repeat that, you are
24   saying since you are such a great producer;
25   right?
```

1                    J. WELLS

2        A.    I'm talking to somebody who

3    just lost their job, and I am being kind.

4        Q.    So you didn't think he was a

5    great producer?

6              MR. SUNSHINE:  Objection.

7              Asked and answered.

8        A.    He didn't work with me.  I am

9    being kind to someone who just learned he

10   is probably getting laid off.

11       Q.    Telling him he was a great

12   producer would be a kind thing?

13       A.    If you are fired right now from

14   this job and like you didn't have another

15   job lined up and somebody said you are a

16   great, you are going to do okay, sometimes

17   people are just being nice to you in that

18   moment, right.  I did not have strong

19   feelings about him being a great producer

20   or not.  I was trying to hook him up with

21   an average TV station in a central Florida

22   TV market that was bleeding producers to

23   see if there is a job opportunity for him.

24       Q.    So you are saying you weren't

25   being sincere here?

                        J. WELLS

1                  MR. SUNSHINE:  Objection.

2      A.     I was being sincere in my

3  empathy for losing his job and needing a

4  new job.

5              He announced that his show was

6  canceled, and I believe he said something

7  in the post along the lines of anyone knows

8  anything let me know.  I don't know what he

9  said.  I don't have those posts, but I'm

10 sure that show was canceled.  It was a

11 national show produced by all the Scripps

12 stations including in Florida WPTV, and the

13 show was canceled.  He did not have a new

14 job lined up.

15      Q.     If you truly didn't believe he

16 was a great producer, would you tell him

17 that?

18                  MR. SUNSHINE:  Objection.

19     A.     Are you a great lawyer?  I

20 don't know.

21     Q.     You are saying that's a kind

22 thing to do when you tell someone --

23     A.     When somebody is laid off from

24 a job and they are freaking out and they

1                    J. WELLS
2    are trying to make it in the industry and
3    they didn't see their show cancellation
4    coming.  It happens all the time in
5    television.  By the way, it's happened to
6    me.  So, you know, you usually say nice
7    things to people that you had a good
8    rapport with or tried to have a nice back
9    and forth with as we did both before,
10   during, and after his time at FOX News.
11        Q.    Do you know whether he saw it
12   coming or not?
13        A.    I don't know.  I'm just
14   speaking from a personal example of you
15   never know when something like that is
16   happening or your show is going to cancel
17   or you're not going to have a job.  He
18   didn't.  I was just being nice.
19        Q.    Did he seem bummed out about
20   losing the job?
21        A.    I have no idea.  I don't
22   remember what happened when that happened.
23   But I know that he wanted to talk to this
24   person I was connecting him with because on
25   the next page he says, "Please have Jorge

```
 1                    J. WELLS
 2   call me."
 3         Q.    Did you recommend Mr. Delancey
 4   to Jorge?
 5              MR. SUNSHINE:  Objection.
 6              Asked and answered about ten
 7          times.
 8         A.    I don't recall exactly how I
 9   made the referral, but I believe I passed
10   along his name.
11         Q.    You did that despite the fact
12   that he had bombed the interview with NBC?
13         A.    He couldn't make it at NBC New
14   York.  He clearly couldn't make it at FOX
15   News Edge New York even though he was
16   moving up according to these documents.  He
17   would have done fine at a TV station in
18   central Florida if he did already in Tampa.
19         Q.    You thought he could cut it in
20   Orlando but not in New York?
21         A.    I thought if he could cut it in
22   Tampa he could probably cut it in Orlando,
23   so I passed his resume' on.
24         Q.    Jorge was a friend of yours?
25         A.    Yeah.
```

1                    J. WELLS

2       Q.    You don't want to mislead him;

3  right?

4       A.    As I've said multiple times, I

5  don't know what my conversation was with

6  Jorge.  This was a quick favor more so to

7  Andy than Jorge.

8            MR. RAHMAN:  Mark this as

9       Exhibit 12.

10            (Whereupon, the aforementioned

11       document was marked as Plaintiff's

12       Exhibit 12 for identification as of

13       this date by the Reporter.)

14            MR. RAHMAN:  This is Bates

15       stamped FNN 204 and 205.

16       Q.    This document is entitled

17  "Justin Wells New Employment Agreement

18  Summary"; right?

19       A.    Yes.

20       Q.    It's from Diane Brandi to

21  Denise Collins and a few other people;

22  right?

23       A.    Yes; that's correct.  It's to

24  Denise Collins and some HR folks and some

25  finance people.

```
1                    J. WELLS
2        Q.      This is from March 10, 2017;
3   correct?
4        A.      Yes.
5        Q.      And at this time, your title
6   was changed to executive producer; right?
7        A.      That's correct.
8        Q.      At this time, were you at The
9   Tucker Carlson Show?
10       A.      There was a lot going on at
11  FOX.  As you see, this is a memo dated
12  March 2017.  This is something that began
13  -- the contract was effective on July 1,
14  2016 which was when I was with Greta Van
15  Susteren.
16       Q.      It says compensation as first
17  contract year, 250.  Then it goes up from
18  that.  Does that seem accurate to you?
19       A.      Yes.
20       Q.      And it says you would get a
21  bonus of 15 percent of your salary.  Was
22  that accurate?
23       A.      That was accurate for this
24  employment agreement.
25       Q.      And then there is a right of
```

```
 1                    J. WELLS
 2   first negotiation and first refusal
 3   provision.  Do you see that?
 4        A.    Yeah.  None of that was
 5   relevant because I reopened the contract
 6   shortly after this, but yes.
 7        Q.    Do you know why that was a term
 8   of your agreement?
 9        A.    This is a standard term in
10   almost any network-producing agreement.
11   Sometimes you can scrap some of the
12   language, but it is very common to have an
13   exclusive negotiating window.
14        Q.    You didn't think it was
15   something that was specific to you?
16        A.    No, definitely isn't.
17              It tries to force you to stay
18   at the company before you leave the
19   company.
20              MR. RAHMAN:  Mark this as
21         Exhibit 13.
22              (Whereupon, the aforementioned
23         document was marked as Plaintiff's
24         Exhibit 13 for identification as of
25         this date by the Reporter.)
```

```
 1                    J. WELLS
 2      Q.    In terms of the right to
 3  refusal provision, would you agree that FOX
 4  only cared about having top employees or
 5  important employees to have that provision?
 6              MR. SUNSHINE:  Objection.
 7              Calls for speculation.
 8      A.    The period of time we are
 9  talking about is 2016.  And I began
10  producing what had, you know -- in this
11  time period before this contract was
12  negotiated, I had launched Tucker show.  We
13  replaced Greta with it.  Two months later
14  Megyn Kelly left; we replaced Megyn Kelly
15  with a show at 1 p.m.  And then two months
16  after that Bill O'Reilly left, and we
17  replaced Bill O'Reilly with it.
18              So I had moved into a role
19  where I had become the producer of their
20  top show.  They possibly would want a
21  period to negotiate with me before I jumped
22  to a competitor.  That would be very
23  standard.
24      Q.    You became an important
25  employee for FOX?
```

1                    J. WELLS

2        A.    In 2017, 2016 of course.

3   That's why they documented it.

4             MR. RAHMAN:  Exhibit 13 is

5        Bates stamped FNN 201 to 202.

6        Q.    It is another employment

7   summary of yours dated June 7, 2018; right?

8        A.    Uh-huh.

9        Q.    It's from Jenn Montalvo.  Do

10  you know who that is?

11       A.    She's an assistant in the legal

12  department.

13       Q.    And your title was changed.

14  Was your title changed as a result of --

15       A.    Yes, from executive producer to

16  senior executive producer.

17       Q.    And then you reported to senior

18  vice president of prime time programming

19  and live production?

20       A.    Correct.

21       Q.    Who was that?

22       A.    I don't know if that was Meade

23  or Suzanne.  Their roles changed at some

24  point.

25       Q.    And the compensation is bumped

```
 1                    J. WELLS
 2    up from what it was in the prior agreement
 3    summary?
 4         A.    Yes.
 5         Q.    You got a raise beyond what the
 6    contract said you would get?
 7         A.    Yeah.  We reopened,
 8    re-negotiated the contract.
 9         Q.    In 2020 your salary was 375; is
10    that accurate?
11         A.    Yeah.  375 and then the
12    bonuses, yes.
13         Q.    At the time you left FOX, do
14    you recall what your salary was at that
15    time?
16         A.    Salary before bonus was -- this
17    is ballpark, 550 K.
18         Q.    Bonus and salary?
19         A.    No.  Before bonus.
20         Q.    Salary 550; bonus was what, 20
21    percent, 25 percent?
22         A.    Yeah, 530, 550.  It's more
23    around there, I believe.
24         Q.    Did you ever think that the
25    show was canceled as a result of the Abby
```

```
 1                   J. WELLS
 2    Grossberg lawsuit?
 3              MR. SUNSHINE:  Objection as to
 4         form.
 5              Vague and ambiguous.  What
 6         show?
 7              MR. RAHMAN:  The Tucker show.
 8         A.   You are asking what I think or
 9    what I know?
10         Q.   Did you ever think that?
11         A.   No.
12         Q.   Do you know if that was the
13    reason why or a reason why?
14         A.   I don't know the reason why.  I
15    was let out of my contract with FOX without
16    cause.
17         Q.   No one at FOX told you that
18    part of the reason The Tucker Show was
19    cancelled was because of the lawsuit?
20         A.   I imagine your firm would
21    appreciate if that was the case, but that
22    was not the case as far as I know.  But I
23    don't know why the show was canceled.
24              MR. RAHMAN:  Mark this as
25         Exhibit 14.
```

```
 1                    J. WELLS
 2              (Whereupon, the aforementioned
 3         document was marked as Plaintiff's
 4         Exhibit 14 for identification as of
 5         this date by the Reporter.)
 6              MR. RAHMAN:  For the record,
 7         Exhibit 14 is Plaintiff's 68 through
 8         72.
 9         A.    Great.
10         Q.    Is this a Facebook post made by
11    Mr. Delancey on October 22, 2017?
12         A.    It is, yes.
13              As I recall, he seemed to be
14    very active on Facebook with public posts.
15         Q.    You guys are still friends on
16    Facebook?
17         A.    We are, yes.
18         Q.    When you saw this post, do you
19    recall your reaction?
20         A.    I don't recall my immediate
21    reaction or what I thought.  But
22    immediately I thought who what's he talking
23    about, who is this.
24         Q.    Did you think that it was you
25    that he was talking about?
```

```
1                    J. WELLS
2        A.    No, I didn't.
3        Q.    If you see at the last
4   paragraph, second sentence, "my abuser
5   still works at his, high profile job in an
6   executive producer capacity," at that time
7   you were an executive producer?
8        A.    Yes.  It was publicly known I
9   was an executive producer.  Based on this
10  timeline as you see, he posted this in
11  2017.  I only rose to a more prominent role
12  in 2017 when he posted this.
13       Q.    Do you think when he says the
14  role that the person is still in that it
15  could be you that he is talking about?
16       A.    He doesn't say, you know --
17  there is no detail here about whether it's
18  a TV station or anything.
19            A lot of our conversations we
20  talked about numerous people at different
21  TV stations that we have worked with,
22  people at FOX News Edge.  I did not know
23  who he was referring to there.
24       Q.    At the top he says, "It's taken
25  me until today to realize that I've had the
```

```
 1                    J. WELLS
 2   hashtag, me too, ten years ago."
 3              You knew at the time that ten
 4   years ago Mr. Delancey worked for FOX;
 5   right?
 6        A.    Yeah.  And he is describing New
 7   York City.  But 3,000 people worked at FOX,
 8   so I don't know who he is talking about or
 9   where they are ten years later in their
10   life.
11              MR. SUNSHINE:  He also wasn't
12        working at FOX ten years later.
13        Q.    Did you think he was talking
14   about somebody at FOX?
15        A.    Delancey was not working at FOX
16   ten years prior.  It says here, "ten years
17   ago this happened to me."  He wasn't
18   working -- he hadn't started at FOX News.
19        Q.    He was there around ten years
20   earlier?
21        A.    That's inaccurate what he
22   posted.
23        Q.    Was it nine years?
24        A.    Correct.  Yes.  And then yeah.
25   I wasn't working at FOX News then either.
```

1              J. WELLS

2      Q.    At this time, did you know --

3      A.    I was just a local producer at

4  a local FOX station.

5      Q.    At this point, you knew that it

6  was nine years ago that he started working

7  at FOX news?

8      A.    I didn't assess every sentence

9  in this post back then.  Nine years ago --

10  I didn't get out my calculator when I read

11  this, but nine years ago he would have been

12  working at FOX.

13      Q.    He wrote, "position of great

14  power in the media landscape of NYC.  He

15  lorded it over me."

16              Did you ever tell Mr. Delancey

17  that you were in a position of great power?

18      A.    No.

19              MR. SUNSHINE:  Objection.

20              Asked and answered.

21      A.    I did not.

22      Q.    Has anyone ever said that you

23  get handsy with people?

24              MR. SUNSHINE:  Objection.

25              Calls for speculation about

```
 1                J. WELLS
 2        what others may have said.
 3        Q.     To you.
 4        A.     No.
 5        Q.     Did anyone say to you, again,
 6   that they think you are being way too
 7   handsy?
 8        A.     No.  Not one time when I was
 9   much younger going out outside of the
10   workplace, the young gay man in New York
11   City, not one time was there ever any
12   sexual encounter where somebody said no and
13   I continued anything.  Ever.
14        Q.     Looking back, do you think it's
15   possible that Mr. Delancey might have
16   misinterpreted something that you did with
17   him?
18        A.     Knowing what I know now and
19   seeing the Complaint what is very clear to
20   me is many years after he suddenly makes
21   claims in this lawsuit, he is forming a
22   different narrative in a different story.
23   It is unfortunate.  And sometimes what
24   happens, people start believing what they
25   say.  So I believe he's written something
```

```
 1                    J. WELLS
 2   here; and once you have gone On the Record
 3   with those, those things, whether true or
 4   not true, end up making it into a Complaint
 5   because you can't really change what you've
 6   claimed.
 7            And now we are in a position
 8   where there is a story about me that is
 9   untrue.  There is a Complaint with a bunch
10   of untruths in it about me that's been
11   written about all over the media.
12            He's hired an attorney that are
13   experts in finding these kind of cases at
14   FOX News specifically, and now we are
15   sitting here talking about something that
16   did not happen.
17       Q.    So the answer is no you don't
18   think that he misinterpreted something that
19   the two of you --
20       A.    It didn't happen.
21       Q.    You would agree that even if
22   someone had never assaulted anyone in their
23   life doesn't mean they are incapable of
24   assaulting someone once?
25            MR. SUNSHINE:  Objection.
```

                    J. WELLS

 1                  This is an incomplete

 2          hypothetical, vague and ambiguous,

 3           and calls for speculation.

 4          A.    I would never assault anyone.

 5   I was not attracted to Mr. Delancey.  There

 6   was -- that was not the dynamic that you

 7   see in any of these conversations.

 8                  There is a little flirtatious

 9   stuff going on.  We were two young gay

10   people at a similar place in our career

11   early on.  Sometimes there is sexual

12   innuendo.  But I've never sexually

13   assaulted anyone, and that includes

14   Mr. Delancey.

15          Q.    Did you ever think that

16   Mr. Delancey was coming on to you?

17          A.    Well, he was in some of the

18   messages for sure.

19          Q.    Other than messages, were there

20   other times where you think that happened?

21          A.    I don't know what I thought at

22   the time.  But there was no significant

23   sexual or romantic encounter, period.

24          Q.    And this post ran in 2017;

```
 1                    J. WELLS
 2   right?
 3         A.     Uh-huh.
 4         Q.     And this case was filed in
 5   2023; right?
 6         A.     Yes.
 7         Q.     Six years later; right?
 8         A.     Yes, because the laws changed.
 9   It was the getting the plan in motion
10   moment.
11         Q.     Do you think he knew in 2016
12   that the law would change in the future?
13                MR. SUNSHINE:  Objection.
14                Calls for speculation.
15         A.     I don't know what he thought.
16         Q.     If you turn back to Exhibit 2,
17   please, the last page, do you see the
18   message on October 23, 2017 at 3:50 a.m.,
19   after the Facebook post that you saw;
20   right?
21         A.     Uh-huh.
22         Q.     You say, "Hey, I saw your post.
23   I'm sorry it happened to you.  Who was it?
24   I understand if you don't want to share.
25   Of course, I hope you are well otherwise"
```

```
1                    J. WELLS
2    and then thumbs up?
3         A.     Uh-huh.
4         Q.     Why did you send him this
5    message, these messages?
6         A.     We hadn't talked in two years
7    which is not what was said in that Facebook
8    post by the way.  And when I saw that, I
9    wondered who it was.  We worked at all the
10   same TV stations at different times, a lot
11   of the same places.  I knew a lot of people
12   at FOX News Edge, who they were.  I did not
13   work with them, but I was curious who it
14   was.
15              I don't know when any kind of
16   story like this has come out in the last --
17   a lot of them have come out in various
18   networks, not specific to FOX, that's for
19   sure, but when you know somebody involved
20   -- when Matt Lauer was fired, people on The
21   Today Show, people within the media asked
22   questions who was it, what happened.  You
23   know people across the industry, especially
24   if you spent like a quarter of a century in
25   the business.  He has worked in two TV
```

1                    J. WELLS
2    stations I worked at, and he worked within
3    the FOX News apparatus in New York City.
4    So I asked him who it was.  I think that's
5    a completely normal question.
6         Q.    Was there somebody that you
7    thought it might have been?
8         A.    I didn't want to speculate.
9         Q.    Did you have anybody in mind?
10        A.    No.  I may have at the time.  I
11   don't recall who those people were.
12        Q.    Somebody at FOX?
13        A.    I said, "I understand if you
14   don't want to share of course," so I
15   probably had somebody in mind at the time.
16   I don't recall who that was.
17        Q.    It says the message was sent at
18   3:50 a.m.  Did you send it at 3:50 a.m.?
19        A.    I don't know what time I sent
20   them.  I don't know whether I was in
21   California, whether I was in Europe.  I
22   don't know where I was.  I traveled all
23   over the world for my job and personally.
24        Q.    Is it possible you were in New
25   York at the time when you sent it at 3:50

```
 1                    J. WELLS
 2   a.m.?
 3        A.    Anything is possible.  I'm not
 4   sure.
 5        Q.    You waited until the next day
 6   to send these messages?
 7              MR. SUNSHINE:  Objection.
 8        A.    It's 3:00 a.m.  It's the next
 9   -- 11:59 p.m. or 3:50 a.m., I think it's
10   irrelevant.
11              (At 4:00 p.m., a short recess
12         was taken.
13              At 4:10 p.m., the deposition
14         resumed.)
15        Q.    Mr. Wells, did you know
16   anything about the performance reviews that
17   Mr. Delancey received when he was at FOX
18   Edge?
19        A.    Did not.
20        Q.    Do you know whether they were
21   good, bad?
22              MR. SUNSHINE:  Objection.
23              Asked and answered.
24        A.    I do not.
25              At the time he was at FOX News
```

1                    J. WELLS
2    Edge, I didn't participate in performance
3    reviews even for people that were on my
4    same team.
5         Q.    Did he ever tell you that he
6    had good reviews at FOX Edge?
7         A.    I don't recall, but apparently
8    he did based on what you showed me.
9         Q.    Did you ever look for an
10   opportunity to work at FOX Edge?
11        A.    I don't believe so.
12        Q.    Did you ever consider
13   transferring to FOX Edge?
14        A.    No.  I would not have.
15        Q.    When you were a producer on the
16   Greta Van Susteren show, were you involved
17   in interviewing people who were applying
18   for jobs on the show?
19        A.    Not until years later in my
20   time there.
21        Q.    When would you say you began to
22   be part of that process?
23        A.    Early on it would be, if
24   somebody was interested in something, it
25   would be a resume' that would be passed

```
 1              J. WELLS
 2  along to somebody more senior, hiring
 3  manager or HR.  I would say I wasn't
 4  partially involved until maybe 2011 and
 5  2012, and then I wasn't a decisionmaker on
 6  interviews in hiring until 2014.
 7       Q.    At the beginning when you were
 8  a producer on the Greta Van Susteren show,
 9  if there was someone that the show was
10  considering hiring, would they have them
11  meet with you?
12       A.    Not that early on, no. I was
13  busy in Florida being held up by bounty
14  hunters.  I wasn't in the office.
15       Q.    Would you be asked for your
16  opinion about a candidate?
17       A.    I would have only been asked
18  specific to my show, if somebody I knew,
19  the background of the person.  If somebody
20  applied perhaps to my show specifically
21  from the local news world, I would have
22  probably been asked.  Not everybody at FOX
23  News came through local news.  Everybody
24  has a different path.  So oh do you know
25  this guy who worked in Atlanta at ABC,
```

```
 1              J. WELLS
 2  stuff like that maybe would happen.  But I
 3  was not part of the recruitment or
 4  interview process during this time period
 5  that you are referring to.
 6       Q.    Did you recommend anyone to be
 7  hired?
 8            MR. SUNSHINE:  Objection.
 9            Vague and ambiguous.
10       Q.    On the Greta show during the
11  first few years when you were a producer?
12       A.    I don't recall.  As I said,
13  when you work in the business a long time,
14  people are always looking for new people
15  and they hit you up a lot for information.
16       Q.    Going back to the interview
17  that Mr. Delancey had at NBC, again, did
18  you know when the interview took place?
19       A.    No idea when it took place.  I
20  don't even think I know how many people
21  were involved.  I know that he -- all I
22  know about it is that he certainly didn't
23  make it to the second round.
24            When I first started
25  interviewing in New York in local news,
```

1                    J. WELLS
2    there were multiple rounds; you got called
3    up, flown up many times.
4                He happened to be living here.
5    I know he had a single interview, I don't
6    know who it was with, and it didn't go
7    well.
8        Q.    Did you know that the interview
9    took place at a Starbucks?
10       A.    No, I did not.
11       Q.    Did you ever tell Mr. Delancey
12   at any point that he was not thinking
13   straight?
14       A.    Well, he was clearly gay so he
15   wasn't straight.  In all seriousness, I
16   wouldn't say something like that to
17   someone.
18       Q.    There wasn't a point shortly
19   after the interview with NBC that you told
20   him that he wasn't thinking straight?
21       A.    No.
22                I have no idea how that
23   interview took place.  It was common for
24   NBC interviews to happen at the Starbucks,
25   at 30 Rock.  So it doesn't sound out of the

```
 1                    J. WELLS
 2   ordinary.
 3        Q.    How do you know that?
 4        A.    I've been interviewed there for
 5   jobs at NBC.
 6        Q.    By Oswaldo?
 7        A.    No.
 8        Q.    Did you tell him sometime after
 9   the interview at NBC that he was screwing
10   himself over?
11        A.    No.  Why would I say that?
12        Q.    Did you say that to him at any
13   point that you knew him?
14        A.    I would never say something
15   like that.
16             MR. SUNSHINE:  What's the
17        context?
18        Q.    Using that term, you never told
19   him that he was doing anything to screw
20   himself over?
21        A.    No.  It's not something I would
22   say.  I don't even know what he screwed
23   himself over regarding that you are
24   alleging.
25        Q.    Do you think you have ever made
```

```
 1                    J. WELLS
 2   advances towards Mr. Delancey?
 3              MR. SUNSHINE:  Objection.
 4              Asked and answered.
 5        A.    No, I do not.
 6        Q.    Do you know someone named
 7   Kathleen Wells?
 8        A.    I didn't know her super well,
 9   but I recall her after reading some of the
10   material provided.
11        Q.    Who was she?
12        A.    She was a FOX News Channel
13   employee for years.  I don't know when, if
14   she was at the Edge at some point.  I think
15   she's on the national desk at some point.
16   She was there a long time.  I don't know
17   where she was in that world.
18        Q.    Did you work together when you
19   were at WNYW?
20        A.    No.  She was at 1211 6th
21   Avenue; I was at 205 East 67th street.  She
22   was at FOX News Edge or on the desk at the
23   time.  She would have been fulfilling
24   requests for national resources or
25   resources from other affiliates.
```

```
 1                    J. WELLS
 2      Q.    Did you interact with her
 3 during the course of your job while you
 4 were at WNYW?
 5      A.    I believe so.  I believe there
 6 are some texts where she states that we
 7 interacted.
 8      Q.    Did you ever send her an
 9 apology letter?
10      A.    No.  I don't recall any apology
11 letter.
12      Q.    Did you ever send any colleague
13 of yours an apology letter?
14           MR. SUNSHINE:  Objection.
15           Vague and ambiguous.
16      A.    An apology letter?  A text an
17 email, you know --
18      Q.    Apologizing for your behavior.
19      A.    I was -- I am a tough producer,
20 and I have a really low tolerance for poor
21 quality and people that don't pull their
22 weight.  And if I don't think that you are
23 doing a good job or you're not delivering
24 on what you are supposed to be delivering
25 on, I can be pretty direct about it.  But,
```

```
 1                J. WELLS
 2  you know, I would say -- state your
 3  question again, please.
 4       Q.    Have you ever sent an apology
 5  letter to a colleague of yours for your
 6  behavior.
 7       A.    No.
 8       Q.    Have you ever been directed by
 9  a boss of yours or HR to send another
10  employee an apology letter?
11       A.    No.
12       Q.    Has anyone ever sent one to
13  you?
14       A.    In this business I don't think
15  it is very common for apology letters to
16  happen.  Newsrooms are loud.  There are
17  deadlines.  It's like your business.
18  Especially back then.  Shouting, make that
19  happen.  There is a lot of shouting as far
20  as that in getting live shots up and
21  getting shows produced, especially back
22  then.
23            At times it can get like people
24  are screaming at each other, especially
25  when I started in 2000; where the fuck is
```

1                    J. WELLS

2    my live shot, why is that not happening,

3    shit we are going on the air in two

4    minutes.  It is high-pressure deadlines,

5    and there are people that are lazy and

6    don't want to do work that they are

7    supposed to be doing.  So does it happen

8    often where maybe you are a little harsh

9    and call him after sorry I yelled at you,

10   sure, that happens all the time.  It used

11   to happen more often, especially when you

12   are in local news which is a lot smaller.

13   There is a lot more errors.  There are a

14   lot of errors on television.  A lot goes

15   wrong.

16              But I have never been harsh

17   beyond what a decent top-caliber producer

18   in my industry would be.

19        Q.    Are you aware of any instance

20   in which a manager at FOX directed a

21   subordinate, another employee, at FOX an

22   apology letter?

23        A.    I don't recall anything like

24   that.

25              MR. RAHMAN:  Mark this as

```
 1                    J. WELLS
 2         Exhibit 15.
 3               (Whereupon, the aforementioned
 4         document was marked as Plaintiff's
 5         Exhibit 15 for identification as of
 6         this date by the Reporter.)
 7         Q.    I'm only going to ask you about
 8    the messages on the first six pages.
 9         A.    Okay, it starts off the very
10    first sentence is very interesting.
11               MR. RAHMAN:  For the record, 15
12         is beginning on Plaintiff's 551 to
13         67.
14         A.    I'm ready.
15         Q.    Do these appear to you to be
16    messages on Facebook between Kathleen Wells
17    and Mr. Delancey?
18         A.    They do.
19               And another thing that's super
20    interesting about it, it was one day after
21    Mr. Delancey posted his message she wrote
22    to him about it just as I had done about
23    the message he posted.  She waited a day.
24         Q.    She did comment on his post?
25         A.    She did.  Because as I was, as
```

1                    J. WELLS

2    most people in the media industry, probably

3    wondering who was this.  And her first

4    sentence is "Was this McCarthy by any

5    chance?"  Then she seems to indicate that

6    she thinks it is.

7                    Now that I look back at it, he

8    was pointing at a colleague of mine that

9    was straight, and this colleague got very

10   angry and complained very loudly.  I don't

11   know how close they are, but obviously he

12   had not said anything about me to her in

13   the past and she assumed it was someone

14   else he was talking about.

15        Q.    She's referring to Mr. Mykel

16   McCarthy?

17        A.    I can only assume.

18        Q.    Are you aware of an incident

19   where he was petting or touching

20   inappropriately a male colleague?

21             MR. SUNSHINE:  Objection.

22             You've already asked this.

23        A.    I am not.  I didn't work in the

24   basement floor.  That would have taken an

25   elevator and escalator to get down there.

```
 1                J. WELLS
 2   I was on the 18th floor.
 3        Q.    You never heard of that
 4   incident happening from anyone?
 5        A.    No.
 6        Q.    About halfway down she wrote,
 7   "He could be very catty.  He was so very
 8   overtly flirtatious, verbally and
 9   physically."  Did you think that Mr. --
10        A.    When you say he, you're not
11   referring to me; you are referring to
12   Mr. McCarthy?
13        Q.    Yes.  Did you ever think that
14   he acted overly flirtatious at work or with
15   colleagues?
16        A.    I never saw him in a work
17   capacity.  I don't think I ever saw him in
18   a newsroom at FOX once.
19        Q.    You haven't heard any kind of
20   rumors about that; people didn't talk about
21   that?
22        A.    Not that I recall.  I don't
23   remember rumors from 15 years ago from a
24   department I didn't work in.
25        Q.    On the text page he tells her
```

```
 1                    J. WELLS
 2   that that was Justin Wells EP at the time
 3   for Greta?
 4        A.    Which is not accurate, by the
 5   way.  I was not EP at the time for Greta
 6   when this alleged incident occurred.
 7        Q.    Did you ever tell him that you
 8   were an EP for Greta?
 9        A.    Never.  He could have looked it
10   up too.  He would have seen it.  That was a
11   lie.  She was elevating my role.  I
12   appreciate that, but I was not executive
13   producer for another eight years.
14        Q.    Do you know whether he thought
15   you were EP at the time?
16        A.    I can't tell you what he
17   thought, but nobody would have ever
18   suggested that to him.
19             Then he went on to say not even
20   a bad looking guy, just extremely
21   aggressive.  He is commenting on my looks
22   there.
23        Q.    Is there something you could
24   have done to him or said to him that would
25   have given him an impression that you are
```

```
 1                    J. WELLS
 2   extremely aggressive?
 3        A.    We go back to the messages,
 4   before, during, and after the alleged
 5   incident.  All I've done was in support to
 6   him during his career, passed his resume'
 7   multiple times, never endorsed his work
 8   product, but always been friendly and
 9   passed his details to help him remain
10   employed or move up in his career.
11        Q.    Did it take you eight years to
12   become an ET on the Greta show?
13        A.    I think we went through, so
14   this alleged incident happened in 2008 and
15   I was an EP in 2016.
16        Q.    Not before then?
17        A.    No.  Not before July 1, 2016.
18        Q.    Third page, her message, she's
19   talking about you here, right, on page
20   three?
21        A.    I suppose so.  Seems like.
22        Q.    Based on the context?
23        A.    Seems like she's rambling on
24   and on here unfortunately, but yes.
25              It's hard to understand.  If I
```

1                    J. WELLS
2   got a message like this, it would take me a
3   minute to piece together the story.
4        Q.    She writes, "He was such a
5   fucking ass to me when he worked at WNYW.
6   I had a huge fight with him, and he called
7   me a," quote, "fucking bitch," unquote, et
8   cetera, "because I wouldn't do a live shot
9   for him."  I will stop right there.
10            Do you recall an incident when
11   this happened?
12        A.    I don't recall the incident
13   specifically.  I would have never called
14   somebody a fucking bitch though on the
15   phone in regard to a live shot.  I would
16   have, however, pushed to get a live shot
17   for my show because people were sometimes
18   lazy and you want a live shot for your
19   newscast and they are like oh, we are going
20   to just tape something for you three hours
21   earlier and we are all going to go to
22   lunch.  That didn't cut it for me.  That's
23   how you become a decent producer.  Did I
24   push her for a live shot, of course I
25   probably pushed her for a live shot.  Did I

```
 1                 J. WELLS
 2   shout or was I aggressive in the way I
 3   asked for it, perhaps I was.  But I didn't
 4   call her a fucking bitch.
 5        Q.    Did you call her something
 6   similar to fucking bitch?
 7        A.    No.
 8        Q.    Curse at her at all?
 9        A.    Listen, I may have said you
10   should do your job better, something to
11   that extent, which is completely possible;
12   but I don't think it evolved into cursing,
13   cursing in a personal way directed at her
14   as an individual.
15        Q.    This happened when you were at
16   WNYW.  So again, for the years you were
17   there, you don't recall an incident when
18   you called her a fucking bitch or anything
19   of that nature?
20        A.    No.  I maybe pushed to get a
21   live shot.  Maybe I was aggressive in how
22   demanding I was, and I probably got the
23   live shot and then after the fact I
24   probably said "I'm sorry I was so rough on
25   you".  But I did not call her a, quote,
```

```
 1                    J. WELLS
 2   "fucking bitch".
 3        Q.    Have you called any employees
 4   at FOX that?
 5              MR. SUNSHINE:  Objection.
 6              Vague and ambiguous as to the
 7          context.
 8        Q.    At work, in the work context.
 9        A.    In the workplace I've never in
10   the workplace in a work environment ever
11   called anyone that.
12        Q.    Then she goes on to say, "My
13   boss made me do it.  My boss had a talk
14   with his boss about how he treated me the
15   one time he defended me, and he wrote a
16   letter to me apologizing saying he had no
17   right to talk to me that way," et cetera.
18   At the time when you were at WNYW, who
19   would you say your boss was?
20        A.    I don't know who it would have
21   been.  Maybe it was Jim Driscoll, assistant
22   news director at the time, possibly.
23              It is very clear she was
24   someone that did not want to -- she
25   explained it in her story, she probably
```

```
 1                    J. WELLS
 2   should not have been in that job.
 3              I asked for a live shot; she
 4   wouldn't deliver it to me.  And obviously,
 5   I went to her boss or someone.  I got done.
 6   And she was disgruntled and upset about it
 7   because after she told me no I got a yes
 8   from someone else.  My job.  My boss made
 9   me do it.  Her boss made her do something
10   she already told me no.  So she got a beef
11   with me, but it's not, you know.
12        Q.    Do you recall who her boss was
13   at the time you were at WNYW?
14        A.    I don't.
15        Q.    Do you recall who her boss was
16   at any time at FOX?
17        A.    No.  I don't know what
18   apparatus -- she was at national desk, FOX
19   News Edge.  She was there a long time as I
20   recall.  She probably jumped around.
21   Delancey was at the Edge for two years, and
22   he got promoted like two times, right, so.
23        Q.    Did any boss of yours or
24   manager of yours ever speak to you about
25   the way you spoke to Ms. Wells?
```

                    J. WELLS

1

2      A.    No. I didn't work with her

3  because she wasn't a colleague.

4          Essentially, when you are the

5  affiliate -- News Edge is a service, an

6  affiliate service under the FOX News group.

7  When you are the affiliate, you are almost

8  viewed in many ways as the client.  I'm the

9  client at a FOX station that uses FOX News

10 Edge with a contract to provide services

11 and materials whether it's an owned station

12 or an affiliate.

13          And if I'm asking for a live

14 shot.  Their job is to provide a live shot

15 whenever possible.

16          It's the same thing if you are

17 engaging in any kind of contract for

18 service and that service wasn't being

19 provided.

20          So I was not a direct colleague

21 of her.  We did not work at the same

22 company.  I worked at the New York Post,

23 and she worked at FOX News Edge.  It's that

24 separated.  I gave her a hard tame for not

25 delivering on something I expected her to

```
1                    J. WELLS
2    deliver, me being the client, the TV
3    station, using them as a resource.
4         Q.    Did anyone ever speak to you
5    about the way you spoke to her or what you
6    said to her?
7         A.    It's already hard to enough to
8    remember things from 2008.  I was at WNYW
9    in 2016.  So now we are going on 19 years.
10   I don't recall anything specific.
11              I have done in newscasts in 25
12   years, probably not exaggerating, 10,000
13   live shots.
14              For me to remember the incident
15   of one live shot where I got mad at someone
16   because they didn't deliver it, that's a
17   dime a dozen thing in this industry.
18              Obviously, it was meaningful to
19   her because her boss made her do something
20   she didn't want to do.  Maybe she had other
21   plans, wanted to leave the office early.
22   But I'm not privy to that information.  I
23   can only assume that.
24         Q.    You would agree that again even
25   if someone -- there is no excuse to call
```

```
 1                    J. WELLS
 2   someone a fucking bitch?
 3              MR. SUNSHINE:  Objection.
 4        A.    But I didn't call somebody a
 5   fucking bitch, and I would never do that in
 6   the workplace.
 7        Q.    But would you agree there is no
 8   excuse to call someone a fucking bitch?
 9              MR. SUNSHINE:  Objection.
10              Vague and ambiguous.
11        A.    I never called anyone a fucking
12   bitch.
13        Q.    Do you know whether she was
14   good at her job?
15        A.    Who knows?  Probably didn't
16   think very highly of her then.  But even
17   when you have a blowup with somebody that's
18   not good at their job, you do have to make
19   amends to some extent if you have to
20   continue working with them to get stuff
21   done.
22              I don't know how I felt about
23   her job performance.  I did not work
24   directly with her.
25        Q.    Did you ever talk to her boss
```

1                    J. WELLS

2  at any point for any reason?

3        A.    Not that I recall.

4        Q.    Did you ever write a letter to

5  her apologizing for the way you spoke to

6  her?

7              MR. SUNSHINE:  Objection as to

8         form.

9              Asked and answered.

10       A.    Again, I have explained this.

11 That's not something that would have

12 happened.

13       Q.    Would there be something like a

14 letter of that sort in your HR or personnel

15 file at WNYW?

16       A.    It did not happen, so it

17 wouldn't be in the personal file at WNYW.

18       Q.    Would you object to us asking

19 to see the WNYW personnel file for you?

20             MR. SUNSHINE:  Objection.

21             It's not relevant.

22       A.    My employment at WNYW never

23 once overlapped with anything that Delancey

24 has alleged.  I don't understand.

25       Q.    You won't authorize us to do

```
 1                    J. WELLS
 2   that?
 3              MR. SUNSHINE:  I represent him.
 4         And if you send a subpoena, we'll
 5         address it in due course.  You had a
 6         lot of time to do that.  This case
 7         was filed in 2023.  But if you do
 8         serve a subpoena, we'll address it
 9         accordingly.
10              And he is not going to take a
11         position on it here.
12         Q.    The next page, she says, "I was
13   wondering when he would stop because I
14   really wasn't nice to him.  I didn't curse
15   him out.  I just treated him like anyone
16   else."
17              Did you ever get the feeling
18   that she wasn't being nice to you or tried
19   not to be nice to you?
20         A.    I think she is more emotionally
21   connected to this story than I was.  I
22   don't know any of this.
23              She's rambling here.  Like I
24   said, there were a lot of exclamation
25   marks, ellipsis run on, run on, run on.
```

1              J. WELLS
2    She's trying to connect herself to his
3    claims and stories.  If he had said it was
4    Mykel in the first message, she would have
5    probably gone five pages about Mykel.
6    Because then he said it's Justin Wells, EP
7    Greta, which I was not by the way, she's
8    going on and on about me and her connection
9    to me because she just wants to be involved
10   in whatever he is doing.  That's very clear
11   from the message.
12           I don't even know when they had
13   talked last, but she sent a message to him
14   a day after his post saying was that
15   McCarthy by any chance.  She already
16   started in an entire story about petting
17   somebody on the head and this and that and
18   going on and on about McCarthy.  And then
19   as soon as he says oh, it's Justin Wells
20   EP, not true, of Greta, she did the same
21   exact format and went on and on about me.
22           So I don't know if she has bad
23   stories about everyone at FOX.  I don't
24   know if she happens to be homophobic and
25   tells bad people about gay people that

1                    J. WELLS
2   happen to be working at FOX.  I don't know
3   what her thing is.  But she does these
4   run-on stories time and time and time
5   again.
6            And I don't mean to run on
7   here, but I don't see anything that is of
8   any relevance to what we have been
9   discussing today in this message.
10       Q.    You don't recall her doing
11  anything or saying anything that made it
12  seem to you that she was not being nice to
13  you?
14       A.    I spent zero minutes of my life
15  thinking or worrying about what Kathleen
16  Wells was or was not doing.
17       Q.    Then she writes, "He kept
18  trying to talk to me and be nice."  Quote,
19  "you know, we could be cousins.  We are not
20  cousins.  Well, we could be and wouldn't
21  that be great.  No, ha ha.  Well, I like
22  you because you are so good at your job, et
23  cetera.  Please shut up."  Did you ever
24  talk to her about being cousins?
25       A.    I don't recall.  Maybe there

```
 1                J. WELLS
 2   was a joke at some point that we had the
 3   same last name.  Big deal.
 4        Q.    Do you think you guys could be
 5   possibly related?
 6        A.    I certainly hope not.
 7        Q.    Is she still alive?
 8        A.    I learned only recently that I
 9   believe she's no longer here.
10        Q.    You don't know whether you are
11   related or not?
12        A.    I would assume I would be
13   invited to the funeral if we were related
14   even though she didn't like me because
15   that's what happens in families; right?  I
16   don't believe we are related.
17        Q.    She writes, "He replied to my
18   good-bye email giving me his number saying
19   for me to keep in touch."  Is that true?
20        A.    I don't know if that's true,
21   but it is really commonplace when somebody
22   leaves that you share contact information.
23   That's how you continue to know people
24   everywhere.
25        Q.    Did you ever have her number?
```

1                    J. WELLS

2        A.    I don't believe so.  I don't

3    know.  There is a lot of -- this is a

4    conversation between two disgruntled

5    employees that neither work at FOX any

6    longer.

7              He is complaining about 45 K a

8    year to anyone that will listen.  He is

9    talking about me getting him some

10   stationery to be nice to him.  He is

11   claiming that I didn't speak to him in

12   seven years even though two years prior I

13   had sent an email to him or connected with

14   him and provided his resume' to Jorge in

15   Orlando.  There is a lot of -- there is a

16   lot of back and forth between two

17   disgruntled employees with little regard

18   for facts, years, or information.

19        Q.    What do you think Mr. Delancey

20   was disgruntled about?

21              MR. SUNSHINE:  Objection.

22              Calls for speculation.

23        A.    I just see over the course of

24   this exchange two people that are

25   complaining about work and not making

1                    J. WELLS
2    enough money, which is common.  He is not
3    -- there are no truthful complaints that
4    anything happened during his career
5    trajectory or I did anything ever to impede
6    him in his career.  I only helped him in
7    his career.  It's two people that clearly
8    years later are reflecting poorly on their
9    time there.
10        Q.    Did you know what her sexuality
11   was?
12        A.    No.
13        Q.    Do you know whether she was
14   bisexual?
15        A.    I did not know one way or the
16   other.
17        Q.    Do you think if she was
18   bisexual that she would be homophobic?
19             MR. SUNSHINE:  Objection.
20             Calls for speculation, and it's
21         not relevant.
22        A.    I never made a claim that she's
23   homophobic.  I said I don't know what her
24   issue is or why she's going against certain
25   types of people.

```
 1                    J. WELLS
 2              She may not like people that
 3    are more conservative or produce more
 4    conservative programming which I did later
 5    in my career.  That might inflate things.
 6    I don't know.  I can't say what the issue
 7    is.  She didn't like me.
 8         Q.    On the next page Delancey
 9    writes, "So like literally everyone I know
10    he knows."  Is it true that you guys know a
11    lot of the same people?
12         A.    That's consistent with what you
13    said.  He worked in a lot of TV stations I
14    worked at.  I spent a career working with
15    all these people where I had a perfect
16    record as far as anything like this.  And
17    I've been defamed with false allegations.
18         Q.    He writes "might even be longer
19    than seven since I left FOX" --
20         A.    But it wasn't longer than seven
21    because we looked at prior documentation
22    showing we were in touch two years prior.
23         Q.    He says --
24         A.    It's not true again.
25         Q.    He says, "When I got to FOX
```

```
1                    J. WELLS
2   News, he got me a big box of personalized
3   stuff.  My name was on stationery, et
4   cetera.  It was weird considering I only
5   made 45 K a year and was the lowest on
6   totem pole."
7            Would you agree that he was the
8   lowest on the totem pole at that time?
9        A.    There were production
10  assistants that worked on my shift that had
11  the personalized note pads as well and made
12  less than 45 K a year.
13       Q.    So you would not agree with
14  that?
15       A.    No, I would not agree with that
16  at all.
17       Q.    On the next page he writes, "He
18  was trying to impress me I guess.  Then he
19  got pissed when I wouldn't sleep with him,
20  told me I was basically screwing myself
21  over and not thinking straight."
22            Are you denying that you said
23  anything to the effect that he was screwing
24  himself and not thinking straight?
25       A.    No.  The only person I ever
```

```
 1              J. WELLS
 2  heard say that is Delancey when he's
 3  talking to people.
 4      Q.    Did you ever get pissed at him
 5  for not sleeping with you?
 6      A.    No.
 7      Q.    Then Kathleen responds, "I mean
 8  his letter went to his boss, my boss, and
 9  HR.  And they freaking hire him after
10  admitting in writing when he called me," et
11  cetera.
12            Are you aware of a letter that
13  you wrote to Ms. Wells?
14            MR. SUNSHINE:  Objection.
15      A.    I'm not.  She's continually
16  repeating herself.  If I was on the other
17  end of the message like this and kept
18  getting diatribes and repeating, I would
19  ask the person if they were okay actually.
20  I wouldn't just be talking about myself the
21  whole time.
22      Q.    There is nothing truthful about
23  what she's saying here?
24            MR. SUNSHINE:  Objection.
25      A.    No, there is not.
```

```
 1                    J. WELLS
 2        Q.    Do you know someone named Jason
 3   Goodwin?
 4        A.    Sounds familiar.
 5        Q.    Somebody at FOX that you worked
 6   with?
 7        A.    I think he was at FOX at some
 8   point.  I don't know in what role.  Was not
 9   somebody I worked directly with often or
10   maybe ever.  Sounds familiar.
11        Q.    Someone at FOX Edge?
12        A.    May have been.  I think he is
13   back in the local news world or maybe was.
14   I don't know.
15             MR. RAHMAN:  Mark this as
16        Exhibit 16.
17             (Whereupon, the aforementioned
18        document was marked as Plaintiff's
19        Exhibit 16 for identification as of
20        this date by the Reporter.)
21             MR. RAHMAN:  Plaintiff's
22        Exhibit 16 is Bates stamped
23        Plaintiff's three to four.
24        Q.    I can represent to you these
25   are messages between Jason Goodwin and
```

```
 1                    J. WELLS
 2  Mr. Delancey.  There are dates on them.
 3         A.    Uh-huh.
 4         Q.    Mr. Delancey mentions you?
 5         A.    It starts with Jason Goodwin
 6  says WTF, which is an abbreviation.  Did we
 7  both work for this individual in NYC.  So
 8  immediately his thought is oh, this is
 9  somebody we worked with which would not be
10  me; right?
11              So as Kathleen Wells said in
12  her messages, "was it Mykel McCarthy,"
13  Jason Goodwin's immediate response is, "Did
14  we both work for this individual in New
15  York City?"  Neither Jason or Delancey
16  worked with me.  So this whole idea, this
17  happened, and he told all these people
18  about it.  Everybody is bringing up other
19  people, not me once.  Not a single person
20  I've seen had ever heard any story about me
21  so far.
22         Q.    Would Jason know whether you
23  and Mr. Delancey communicated about work?
24         A.    I assume he would know.  I
25  don't know.  They worked on the same floor
```

1                    J. WELLS

2    I believe in the same department.  I don't

3    remember exactly what Jason's role was, but

4    he was not in programming.  He was not at

5    FOX News Channel, news or opinion prime

6    time programming.  I know that.

7         Q.    He says he remembers you and

8    calls you a cocky arrogant little shit?

9         A.    Yeah, I probably was when I was

10   26.

11        Q.    Do you know why he remembers

12   you?  Did you work together?

13        A.    I don't know.

14        Q.    Can you think of any other

15   reason why he would call you a cocky

16   arrogant little shit?

17             MR. SUNSHINE:  Objection.

18             Calls for speculation.

19        Q.    Anything you might have said or

20   done to him?

21             MR. SUNSHINE:  Objection.

22             Calls for speculation.

23        A.    No, not that I recall.  But

24   then there is so much speculative stuff in

25   here, he tried to take you to the bathroom

```
 1                    J. WELLS
 2  once too crunching.  And then Delancey is
 3  asking Jason at work, did he?  Delancey is
 4  asking Jason if I tried to take Delancey to
 5  the bathroom.  And then he is like oh, at
 6  Therapy, I don't -- I mean this is all like
 7  wild stuff.  It's like --
 8       Q.    What is Therapy?
 9       A.    Therapy is a gay bar.
10       Q.    Does it seem like he remembers
11  an incident happening at Therapy?
12       A.    I don't know what he pretends
13  to remember or doesn't or whatnot, but this
14  is -- people are not -- they are just
15  making up stuff as they go here in real
16  time.
17       Q.    Did you ever go to Therapy?
18       A.    Have I ever been to Therapy?
19  Of course I have, yes.  It's not open
20  anymore, but yes.
21       Q.    Around 2008?
22       A.    Yeah.  52nd between 8th and
23  9th.
24       Q.    When you were there, was
25  Mr. Delancey ever there?
```

```
 1                    J. WELLS
 2        A.     No, I don't believe so.
 3        Q.     Did you ever try to take him to
 4   the bathroom at Therapy?
 5        A.     No.
 6        Q.     Is Jason Goodwin gay?
 7        A.     I think so.
 8        Q.     Would you ever go to bars with
 9   him or go to a bar that he was at?
10        A.     No.
11             MR. RAHMAN:  Mark this as
12          Exhibit 17.
13               (Whereupon, the aforementioned
14          document was marked as Plaintiff's
15          Exhibit 17 for identification as of
16          this date by the Reporter.)
17             MR. RAHMAN:  Exhibit 17 begins
18          on Plaintiff's 73 and ends at 88.
19        Q.     Do you know who Samantha is?
20        A.     I might.  I'm not sure if I
21   placed the last name.
22               Are you able to fill me in on
23   the last name?
24        Q.     Could it be Honig?
25        A.     Yes, I do know who that is.
```

1                    J. WELLS

2       Q.     Who is she?

3       A.     She's a field producer I

4    believe at FOX and Friends.

5       Q.     Do you know if she ever worked

6    at FOX News Edge?

7       A.     I don't know.  Later in my

8    career she was at FOX and Friends I know.

9    She definitely inquired about a position

10   with me later, in the later years which she

11   didn't get.

12      Q.     But you're not sure whether she

13   worked at FOX Edge?

14      A.     I don't recall.

15      Q.     Turn to the second page.  She

16   writes, "Oh, Justin Wells, off the record,

17   he fucking sucked.  I didn't really work

18   with him, but the few times I met him I

19   despised him."

20             Do you know of any reason why

21   she would say that you fucking sucked and

22   that she despised you?

23      A.     No.  I'm sure she -- I don't

24   know why she would say that.  I never

25   worked directly with her.  She probably

```
 1                    J. WELLS
 2   didn't realize off the record doesn't count
 3   when you are in discovery.
 4        Q.    On page --
 5        A.    Does she even know that her
 6   texts are here?
 7        Q.    Plaintiff's 76, four pages in.
 8        A.    Yeah.  I see that's where
 9   Delancey says, to her surprise, because she
10   -- exclamation mark emoji -- but yeah,
11   between you and me, Justin tried to
12   befriend me when I first started at FOX,
13   and then he tried to sexually assault me
14   when he invited me up for drinks.  We were
15   talking friendly to each other before he
16   was ever at FOX News or New York City.
17              I think that the timeline is
18   off.
19        Q.    Could it be that, could he have
20   meant that you were trying to become a
21   closer friend to him?
22        A.    No.  He made it seem like he's
23   walked in the door at FOX News and I all of
24   a sudden tried to befriend him and because
25   I had some sort of motive is what was
```

```
 1                    J. WELLS
 2    implied there.  Samantha is totally shocked
 3    by that comment because as much as she
 4    probably thinks I'm an asshole or I didn't
 5    hire her at some point she exclamation
 6    marked it.  Then later says "OMG" with a
 7    bunch of exclamation marks.
 8        Q.    You never met Mr. Delancey
 9    before he came to New York in person?
10        A.    No.  We just had that back and
11    forth that we have gone through a million
12    times.
13        Q.    And you guys became friends
14    over these messages?
15        A.    I suppose so.
16        Q.    She says, "He was such a
17    scumbag."
18              Do you know why she would be
19    calling you a scumbag?
20        A.    I have no idea.  As I said, she
21    definitely -- when Tucker first started in
22    prime time, he was previously at FOX and
23    Friends which is her world.  And everybody
24    from that world wanted to work in prime
25    time because they worked with Tucker and
```

1                    J. WELLS

2   people enjoyed working with him at FOX.  He

3   had a good reputation as far as talent

4   toward his employees.  And I did not bring

5   her onto that team for a job.

6        Q.    Anything else that might have

7   caused her to say that you were a scumbag?

8        A.    We were never in the building

9   the same time.  We didn't hang out

10  together.  We didn't go to same events.  I

11  do know she wanted a job in prime time.  I

12  do know that I did not hire her in prime

13  time.  We never even had a formal

14  interview.

15       Q.    Next page, 77, at the top she

16  says, "I believe everything and also

17  honestly think he hid behind the fact that

18  he was gay as an excuse to be able to say

19  anything he wanted about women and other

20  minorities."

21            Has anyone accused you of this

22  before other than Ms. Honig?

23       A.    There have been hit pieces

24  written about me in publications starting

25  around the time of Delancey's 2017 post and

```
 1                J. WELLS
 2    there had been over the years.  But I'm
 3    pretty honest about who I am, how I feel
 4    television should be made, and what
 5    politics I'm comfortable broadcasting.
 6         Q.    Did anyone ever accuse you of
 7    saying offensive things about women and
 8    minorities?
 9         A.    Other than some hit pieces in
10    some magazine, but no individual has ever
11    said that.  No colleague has ever said
12    that.
13         Q.    Mr. Delancey says, "I think he
14    did too.  And he used the being gay as
15    cover to be able to green light horrible
16    stories against gays."
17               Have you ever been accused of
18    that?
19               MR. SUNSHINE:  Objection.
20               This whole line of argument
21           isn't relevant to any claim or
22           defense in this action.
23         A.    I take great offense to that,
24    actually.  That's simply not true.  It's
25    clear that that might be a motive for your
```

```
 1                    J. WELLS
 2   client to come after me because why would
 3   that be relevant to all that he's discussed
 4   previously about this alleged incident and
 5   the complaint.
 6             This concerns me greatly
 7   actually that your client may be
 8   politically motivated to make up and
 9   fabricate stories about me.  This is very
10   concerning.
11             THE WITNESS:  I'm glad you
12        pointed it out.
13        Q.    Is this the first time someone
14   has accused you of doing that?
15             MR. SUNSHINE:  Objection.
16             Asked and answered.
17        Q.    Or only time?
18             MR. SUNSHINE:  He just
19        mentioned the stories in the press.
20        A.    I mentioned press stories.
21   There was a hit piece written about me that
22   I hate gay people while I was taking care
23   of my husband in the ICU.
24             I don't talk about my private
25   life, but I've been subjected to that many
```

1                    J. WELLS
2      times.
3                    I take great offense to it
4      because it's untrue.  It's inaccurate.
5                    But what is relevant here is
6      that your client is clearly making it
7      painstakingly obvious that he didn't really
8      have a problem with me in 2008 when I
9      produced content that was less politically
10     inclined for Greta Van Susteren which was
11     largely a crime show and a political
12     overview show.  And then years later when
13     I'm producing content that is much more
14     politically charged in nature all of a
15     sudden, he's got some sort of vendetta or
16     problem against me.
17                    I have been married for a very
18     long time in a very committed relationship.
19     I'm not going to have somebody explain to
20     me what the right way to be gay is because
21     I think that's wrong.  I certainly don't
22     think someone should be making up stories
23     about me just because they don't agree with
24     my politics.
25          Q.    Have people accused Tucker

```
 1                  J. WELLS
 2    Carlson of saying homophobic things on his
 3    show that you produced?
 4              MR. SUNSHINE:  Objection.
 5              This isn't relevant, and it
 6         calls for speculation.
 7         A.    Tucker Carlson is not
 8    homophobic.
 9         Q.    Has he ever been accused of
10    saying homophobic things?
11              MR. SUNSHINE:  Objection.
12              Are you referring to someone in
13         particular?
14              MR. RAHMAN:  Tucker Carlson.
15         A.    He is not homophobic.  And if
16    any accusations are made, I can say
17    definitively he is not homophobic and
18    neither is FOX News nor the people there.
19              MR. RAHMAN:  Mark this as
20         Exhibit 18.
21              (Whereupon, the aforementioned
22         document was marked as Plaintiff's
23         Exhibit 18 for identification as of
24         this date by the Reporter.)
25         A.    This is the responses, not the
```

1                    J. WELLS

2    interrogatories.

3         Q.    At the end you verified this

4    document; right?

5         A.    Yeah.

6         Q.    Request number three, page five

7    requests documents, et cetera relating to

8    supporting or contradicting allegations or

9    defenses.  And the answer filed by you on

10   the next page says you will produce all

11   non-privileged documents currently in your

12   possession, et cetera.

13             Can you tell me what you did to

14   look for documents that were responsive

15   to --

16        A.    Page five or page six?  Oh,

17   right here, got it.

18             I searched my Gmail.  I

19   searched my Facebook account.  I searched

20   my Instagram account.  Didn't have anything

21   there.  I searched anything I had access

22   to.  I have access to nothing at FOX any

23   longer obviously.  So they produced all

24   those emails.  As far as any

25   communications, I did a generic search on

```
 1                    J. WELLS
 2   my iPhone, but at no time have I
 3   communicated with him on iMessage or via
 4   text on this phone or any iPhones since
 5   I've converted to iPhones.
 6        Q.    That's how you searched for any
 7   communications you might have had with
 8   Mr. Delancey?
 9        A.    Every active device I currently
10   have and every active method of
11   communication that also has a private
12   messaging function on it I searched first
13   name, last name, et cetera.
14             There was nothing in the Gmail.
15   Like I said, I didn't use it back then.
16   One of the reasons I switched to Gmail, I
17   don't trust Google.  But the search
18   function is very easy for your personal
19   stuff.
20        Q.    Did you look for communications
21   between you and Mr. McCarthy?
22        A.    Yes.  There were none.  I don't
23   even know when he departed FOX.  I maybe
24   heard about it six months later.  I didn't
25   communicate with him often.
```

1                    J. WELLS

2         Q.    Did you look for any

3    communications between you and someone

4    other than counsel about Mr. Delancey?

5                    MR. SUNSHINE:   Objection.

6                    Asked and answered.

7         A.    I did a generic search for

8    Delancey.   And there was communication with

9    Jason, Bryan Freedman, some previous

10   counsel that took it on earlier -- previous

11   to them joining the case a month after.

12   Other than that, there were no other

13   individuals that I communicated in any

14   message about this case.

15        Q.    Did you find any communications

16   in writing with Mr. Carlson about

17   Mr. Delancey?

18        A.    No.   We spoke on the phone.   He

19   gave a statement to the New York Times and

20   all the publications you planted stories

21   in.

22        Q.    If you turn to page 14, request

23   number 14 concerns job descriptions, what

24   roles you have had at FOX; right?

25        A.    Yeah.   I haven't maintained a

```
 1                    J. WELLS
 2   resume' in years.  I don't need or have
 3   one.  I wouldn't do that.  FOX I think
 4   would supply anything they had.  I didn't
 5   save that material.
 6        Q.    On the next page you see the
 7   response.  It says, "Wells responds as
 8   follows:"  Nothing after that?
 9        A.    We are on page 15?
10        Q.    Yeah.
11              Is there a reason why there is
12   nothing after the colon?
13        A.    Well, there is nothing
14   additional to provide.
15        Q.    There is no response here;
16   right?
17              MR. SUNSHINE:  You've had these
18         for a year.  If you are looking for a
19         particular category of documents, you
20         can ask me for them.  But there were
21         no meet and conferrals about the
22         response or nonresponse.
23              But given the court's
24         Protective Order limiting the scope
25         of relevant information, this would
```

```
 1                    J. WELLS
 2         be objectionable on its face and it
 3         would have said so if there were a
 4         response.
 5         Q.    There is no response also for
 6  number 16, number 15, the next request
 7  about work performance at FOX?
 8         A.    I mean this is the same --
 9  first of all, I didn't have performance
10  reviews latter in my career because I was
11  under contract.  The other performance
12  reviews that I had earlier in my career
13  were provided by FOX.
14              MR. SUNSHINE:  I'm going to
15         represent to you that the last
16         sentence of those two responses
17         appear to be errant and that we
18         intended to stand on our objection,
19         and there have not been any efforts
20         to meet and confer about those
21         objections.
22         Q.    For question number 16, this
23  requests documents communications between
24  you or about you supervising assigning work
25  to asking for assistance from employees of
```

```
 1                    J. WELLS
 2    FOX News Edge; right?
 3              MR. SUNSHINE:  This appears to
 4         be a clerical error by administrative
 5         staff in our office.
 6              We stand on our objections.
 7         The categories of documents we agreed
 8         to produce said as much, and we
 9         produced them.
10         Q.    Did you look for responsive
11    communications and documents?
12         A.    In response to 16?
13         Q.    Yes.
14              MR. SUNSHINE:  We stand on our
15         objection to that category.
16         Q.    Did you search for responsive
17    documents?
18         A.    I thought he answered.  I've
19    searched for every kind of document that
20    was requested here.  If it was available, I
21    provided it to counsel.
22              MR. SUNSHINE:  One does not
23         search for categories of documents
24         that are objectionable barring meet
25         and confer conferences between
```

```
 1                    J. WELLS
 2        counsel.
 3        Q.    You verified this document;
 4   correct?
 5        A.    Yes.  I'm not an attorney, but
 6   I verified this document.
 7        Q.    Number 22 on page 20 concerns
 8   any discipline received when you were at
 9   FOX.  Then you say you will produce
10   non-privileged documents in your
11   possession, custody, and control.
12        A.    There is nothing to produce as
13   far as documents there.
14        Q.    Did you look through your
15   documents?
16        A.    Yeah.  I wouldn't have anything
17   like that in my personal email.
18        Q.    Did you search for that
19   specific category of documents?
20        A.    I don't have anything like that
21   in my personal email.  It would only be in
22   my FOX.  If I was being disciplined for any
23   reason, which I wasn't, FOX would not send
24   me communication to my personal Gmail.
25        Q.    Number 26 on page 23, document
```

```
1                    J. WELLS
2    request number 26 on page 23 requests your
3    resume'.  You say you don't have a current
4    resume'?
5         A.    No.
6         Q.    Do you have a resume'?
7         A.    No.  I have a LinkedIn page.
8    You can check it out.  I don't know if it's
9    up to date, but I haven't had a resume' in
10   years.
11        Q.    You searched through your
12   social media postings for anything relevant
13   or responsive?
14        A.    To the best that you can on
15   social media.  I don't post a lot on social
16   media.
17             MR. SUNSHINE:  Why don't we
18        take five minutes.  I will see if I
19        have anything else.
20             (At 5:10 p.m., a short recess
21        was taken.
22             At 5:16 p.m., the deposition
23        resumed.)
24        Q.    Mr. Wells, have you heard of a
25   term "rundown"?
```

1               J. WELLS

2       A.      Of course, yes.

3       Q.      At FOX?

4       A.      Yeah.  I mean it's used across

5  the industry, either rundown or lineup

6  would be used.  Some people call it

7  rundown; some people call it lineup.

8       Q.      What is that?

9       A.      Rundown would be in typically a

10 live-produced television newscast or

11 television programming.  It would be the

12 list of stories, the order; if there are

13 two anchors, which anchor is reading which

14 one.  First we are going to report on the

15 COVID vaccine; then we are going to an

16 interview with so and so.  It is just a

17 list that keeps everybody from the

18 editorial production and technical aspects

19 like on the same page of what the program

20 looks like typically.

21      Q.      Would there be a rundown

22 published by FOX Edge about the content

23 that was edited or created each day?

24      A.      I don't know the mechanics of

25 what FOX News Edge did then or now.  I

```
 1                J. WELLS
 2   don't remember.  I don't recall exactly how
 3   they list it or whatnot, what emails were
 4   sent out.
 5        Q.     Do you know whether each
 6   employee of FOX Edge would create their own
 7   rundown of what they published or worked on
 8   that day?
 9        A.     I don't know where that went,
10   what email groups that went to, whether
11   that was shared amongst FOX News Edge and
12   whether someone grouped it in a single
13   email.  I'm not sure of the specifics of
14   FOX News Edge's operations and how that
15   department emails amongst themselves and
16   what's public facing to affiliates to
17   network wide versus what is kept
18   inter-department.
19        Q.     Do you know whether producers
20   at FOX Edge would have to put their names,
21   emails, phone numbers on every rundown that
22   they create?
23        A.     That is not something that I
24   would see.  I wouldn't have time to look at
25   an affiliate report for each regional
```

```
 1                    J. WELLS
 2   producer's thing.  That would be something
 3   that I would assume would be built into --
 4   that's like a New York Times editor gets
 5   all the stories they edited and put them in
 6   the paper but every single reporter hasn't
 7   read every single draft of every story.
 8   It's not something that I would be part of
 9   that process.  I didn't work at FOX News
10   Edge.
11        Q.    I just want to ask you about
12   one more topic.
13             You talked about the Abby
14   Grossberg case earlier?
15        A.    Yes.  Your client Abby
16   Grossberg.
17        Q.    And you were named as a
18   defendant.  Was Mr. Tucker Carlson was also
19   a defendant?
20        A.    Yes.
21        Q.    She accuses you of admitting
22   that she was being offered a salary that
23   was lower than comparable males in that
24   role when you first hired her for a job on
25   the Carlson show?
```

```
 1                    J. WELLS
 2            MR. SUNSHINE:  Objection.
 3            This is totally outside of the
 4       relevance to any claims and defenses.
 5            I don't know what you are
 6       getting at, but if you have a
 7       question you should ask it again.
 8            MR. EVANS:  Objection to this
 9       line of testimony.
10            Magistrate Judge has clearly
11       delineated what is appropriate in
12       terms of discovery around Complaints,
13       and this is far outside the scope of
14       that ruling.
15            MR. RAHMAN:  Well, I withdraw
16       this question.
17       Q.    She accuses employees of The
18  Tucker Carlson Show of using the word
19  "cunt" in the workplace.  Did you ever use
20  the word "cunt" while working on The Tucker
21  Carlson Show?
22            MR. SUNSHINE:  Objection.
23            MR. EVANS:  I'm raising the
24       same objection.
25            This issue has been squarely
```

1              J. WELLS

2        addressed after repeated meet and

3        confers with Magistrate Judge who

4        issues a written Order and then

5        clarified her Order at the last

6        conference.  It is far outside the

7        scope of what she determined to be

8        appropriate for discovery.

9            MR. SUNSHINE:  Same objection.

10           MR. RAHMAN:  Are you going to

11       let him answer?

12           MR. SUNSHINE:  Well, it's

13       barred by a Protective Order, and

14       it's not relevant.

15           MR. RAHMAN:  The Order relates

16       to the document discovery, not

17       deposition testimony.

18           MR. SUNSHINE:  Well, it

19       delineates the parameters of

20       acceptable lines of discovery whether

21       oral or written.

22           If there is any relevance to

23       this, I don't see it.

24      Q.    At any point when you were at

25   FOX, did you hear the term "cunt" used in

```
 1                    J. WELLS
 2   the work environment?
 3        A.      Never in the work environment,
 4   no.
 5             MR. RAHMAN:  I have nothing
 6        further.
 7   EXAMINATION BY
 8   MR. EVANS:
 9        Q.      Mr. Wells, as you know, my name
10   is Paul Evans and I represent FOX News.  I
11   have a couple of questions for you this
12   evening.
13             First of all, when you began at
14   FOX News, were you made aware by the
15   company that the FOX News has a policy
16   prohibiting discrimination in the
17   workplace?
18        A.      Yes.
19        Q.      Were you aware made aware by
20   the company that FOX News has a policy
21   prohibiting harassment in the workplace?
22        A.      Yes.
23        Q.      And you understood that
24   included sexual harassment?
25        A.      Yes.  Absolutely.
```

```
 1                  J. WELLS
 2        Q.     Did the company make you aware
 3   that it was against company policy to
 4   retaliate against anyone who made any
 5   complaints of discrimination or harassment?
 6        A.     Yes.
 7        Q.     Did you receive a copy of the
 8   company handbook that contained those
 9   policies?
10        A.     Yes.  Over the years initially,
11   but obviously this is a long time ago in
12   paper form and you signed a form.  And then
13   in later years, it's in digital form and
14   you endorse it that way.
15        Q.     During your employment at FOX
16   News, did you take training on the
17   company's antiharassment discrimination
18   retaliation policies?
19        A.     Yes.  There was significant
20   training both in person at regular
21   intervals as well as follow-up digital
22   training I believe.  Every so often that
23   went back and forth between what was
24   in-person training and digital training in
25   addition to various materials that were
```

```
 1                    J. WELLS
 2   supplied that were interactive exhibits I
 3   suppose you would call it that you would
 4   have to confirm you were actually watching
 5   and participating.
 6        Q.    I want to focus on the period
 7   of time 2008 to 2010 when you were producer
 8   on On the Record.
 9              During that period of time, I
10   know you said you worked sort of seven days
11   a week, did you have a regular schedule
12   during which you were at the office?
13        A.    No.  I was all over the place
14   then.  I was traveling often.  There was a
15   nightly show.  Sometimes there were weekend
16   shows during big news periods as well.  But
17   the nature of the competitiveness of that
18   kind of show requires you to be ready to
19   compete with all the other networks and
20   everybody across the board, so there was
21   not per se a regular schedule.  There were
22   regular meetings, but not a regular
23   schedule of these are your work hours per
24   se.
25        Q.    When you were not traveling,
```

```
 1                    J. WELLS
 2   were there days of the week that the show
 3   aired that you would be in the office?
 4        A.     Typically it would be Monday
 5   through Friday.
 6        Q.     If you were not traveling, were
 7   those the days that you were typically in
 8   the office?
 9        A.     Yes.  That would be correct.
10        Q.     You referenced the FOX News
11   Edge as being located, I think you
12   described it as the basement of the
13   building; is that correct?
14        A.     That's correct.
15        Q.     Am I correct that that's
16   referred to as one of the concourse levels?
17        A.     That's correct.
18               When I say the basement, you
19   could not even go from our elevator bank
20   down there.  The only access to get there
21   would be to go to the lobby, go to a
22   separate area of the building, take an
23   escalator, go down another hallway to go in
24   there.
25               Not only was that department --
```

```
 1              J. WELLS
 2  was it a completely different department,
 3  but it was also in an area that did not
 4  facilitate even running into people.
 5       Q.    Are you aware of how many
 6  concourse levels there are that house FOX
 7  News or FOX Edge employees?
 8       A.    At the time it would be -- FOX
 9  Edge -- there are three concourse levels.
10  There is some technical crew even further
11  down in the basement I know like camera
12  people that are field camera people.  I
13  believe FOX News Edge was only on that C1,
14  the first concourse level.
15       Q.    So there were C1, 2 and 3?
16       A.    I believe that's correct.
17       Q.    And as I get higher in number,
18  you get lower into the ground?
19       A.    Yes.
20       Q.    Were there other news gathering
21  resources located on C1?
22       A.    There was a portion of the
23  newsroom was there and a portion of a few
24  daytime shows were there.  Not all of them,
25  but a few of them were there.
```

```
 1                 J. WELLS
 2        Q.     Was the assignment desk there?
 3        A.     Yes.
 4        Q.     Was FOX News media there or FOX
 5   media; was that group there?
 6        A.     What are you referring to as
 7   FOX media?
 8        Q.     It's okay if you don't have
 9   that answer directly.
10        A.     Oh, I think what you might be
11   -- sorry, I can answer that actually.
12               There is -- FOX News Media is
13   now the group that is all these different
14   FOX News branches under it.  That wasn't
15   the case then.  There was an entity then, I
16   believe it's still existing, called the FOX
17   News Media Desk.  The FOX News Media Desk
18   would have also been on that floor.  They
19   are kind of a version of the assignment
20   desk without getting too into detail.
21        Q.     You indicated that and there
22   was lots of testimony about the ordering of
23   notepads that you undertook at times when
24   you were employed at FOX; is that correct?
25        A.     Yes.
```

```
 1                    J. WELLS
 2        Q.    At one point I think you said
 3   there may have been times when you ordered
 4   notepads with names on them for your team;
 5   is that correct?
 6        A.    Yes.
 7        Q.    When would that have been?
 8        A.    In this world it's like when
 9   you get access to merch or whatever, people
10   love when the merch shows up in the TV
11   world.
12              It probably was around the same
13   period because it's when that link was the
14   way to it.  Everyone that worked above me,
15   under me, or whatever, we got the notepads
16   with our name on it.
17        Q.    Between 2008 and 2010, did you
18   have any direct reports?
19        A.    Zero.
20        Q.    I think you testified you
21   didn't have any direct reports until 2012
22   or '13?
23        A.    That seems about correct, yes,
24   I did not have any direct reports.  There
25   were junior level production assistants
```

```
 1                    J. WELLS
 2    that followed instructions, but nobody
 3    worked for me.  I had never sent a hiring
 4    authorization.  I had never given a single
 5    review.
 6          Q.    Between 2008 and 2010, did you
 7    have the authority from FOX News to hire
 8    any employees of FOX Edge?
 9          A.    No.
10          Q.    Did you ever at any time
11    between 2008 and 2010 play any role in
12    hiring an employee who worked at FOX Edge?
13          A.    Never.
14          Q.    Did you ever at any time during
15    your employment with FOX News ever play any
16    role in hiring an employee for FOX Edge?
17          A.    I don't think I ever hired an
18    employee for FOX Edge ever.
19          Q.    Going back again to 2008 to
20    2010, did FOX News give you the authority
21    to direct the work of any FOX Edge
22    employee?
23          A.    No.
24          Q.    Did FOX News give you the
25    authority to direct Mr. Delancey's work
```

```
 1                    J. WELLS
 2   during that time?
 3        A.    Never.  Nor did I.
 4        Q.    Did FOX News provide you with
 5   the authority to discipline Mr. Delancey
 6   when he was employed at FOX Edge?
 7        A.    They did not.  And I never
 8   would have or I never did.
 9        Q.    Did FOX News provide you with
10   the authority to play a role in the setting
11   or increasing of Mr. Delancey's
12   compensation when he was with FOX Edge?
13        A.    I never heard any specifics as
14   far as his compensation until I heard it
15   directly from him or during this discovery
16   process.
17        Q.    So you didn't have the
18   authority from FOX News to play any role in
19   setting his compensation?
20        A.    I did not have access to it.  I
21   was not part of any meetings regarding
22   budget for it.  I had nothing to do with
23   compensation of him or any individual at
24   FOX News during that time period.
25        Q.    At some point, Mr. Delancey was
```

1                    J. WELLS

2    promoted from a regional producer at FOX

3    Edge to a national producer.  Did you play

4    any role in that decision?

5         A.    I did not.  My only awareness

6    of it now that I've seen recent emails was

7    when he shared that with me on an email.

8         Q.    Did you have the authority from

9    FOX News to promote employees within FOX

10   Edge?

11        A.    Never during that period of

12   time nor any time in history of my

13   employment there.

14        Q.    And between 2008 and 2010, did

15   you have the authority to discipline any

16   employee at FOX News?

17        A.    No.

18        Q.    Did you have the authority to

19   promote any employee at FOX News between

20   2008 and 2010?

21        A.    No.

22        Q.    Did you have the authority to

23   hire any employee of FOX News between 2008

24   and 2010?

25        A.    No.

```
 1                    J. WELLS
 2        Q.    I want to turn briefly to some
 3   of your testimony regarding the position
 4   for which you passed on Mr. Delancey's
 5   resume to someone at NBC television
 6   station.
 7        A.    Yes.
 8        Q.    After you passed along that
 9   resume' and before you heard feedback about
10   Mr. Delancey's performance at the
11   interview, did you communicate with anyone
12   at NBC TV about Mr. Delancey's application
13   for that role?
14        A.    His application at NBC?
15        Q.    Yes.
16        A.    No.  I don't even think I was
17   aware whether there was a formal
18   application process or anything.
19        Q.    Between the time that you
20   passed along his resume' and when you heard
21   feedback about his performance at the
22   interview, did you speak with anybody at
23   the NBC television station about
24   Mr. Delancey?
25        A.    No.  Never.
```

1                    J. WELLS
2        Q.    And when you heard feedback
3    about his performance at the interview, it
4    had already been determined by NBC that he
5    would not receive that role; is that
6    correct?
7        A.    That is absolutely correct.
8        Q.    Did you ever talk with anybody
9    at FOX radio about that freelance position
10   that you forwarded along for Mr. Delancey?
11       A.    I don't recall.  I had very
12   little interaction with FOX radio until a
13   few years later in my career when we
14   launched some podcast products.  But as I
15   stated in my message with him, I didn't
16   have a name of anybody there.  I said maybe
17   I will ask around to see if I can get you
18   the name of someone since Andy did have
19   some experience in radio.
20       Q.    Did you ever suggest to anyone
21   that Mr. Delancey should not be given that
22   freelance position at FOX News Radio?
23       A.    I definitely would not have
24   done that.
25       Q.    There was some testimony

1                    J. WELLS
2      concerning the subject of your personnel
3      file at FOX Five.  Do you recall that?
4           A.    Yes.
5           Q.    Do you have any personal
6      knowledge of whether a FOX News employee
7      would be able to get access to your FOX
8      Five personnel file?
9           A.    I don't believe they would.
10          Q.    So you don't believe it, and do
11     you have any personal knowledge --
12          A.    I have never heard of something
13     like that happening.
14          Q.    Lastly, with regard to Kathy
15     Wells, I understood your testimony to be
16     that you never referred to her as a fucking
17     bitch; is that correct?
18          A.    Correct.  When I was at WNYW
19     and she was at FOX News Edge or FOX News
20     desk, I never referred to her that way.  I
21     would never, assume, call or email because
22     we were not in the same building.  I would
23     never refer to anyone that way.
24          Q.    And I know you testified about
25     what could have or might have happened.  I

1                    J. WELLS

2    just want to understand.

3              As you sit here today, do you

4    have any personal recollection of any issue

5    between you and Ms. Wells regarding a live

6    shot while you were at FOX Five?

7         A.    I really -- as I said, when I

8    read it, it makes sense that I would be

9    demanding a live shot.  That's one thing I

10   did while I was there often.  I pushed the

11   envelope to better the show which is what I

12   then did when I moved on to FOX News later.

13   But I didn't have any recollection of that

14   event until I saw that message here in

15   discovery.

16        Q.    And when you saw that message,

17   I just want to understand, I think you are

18   trying to be helpful and tell us what might

19   have happened or could have or sounds

20   reasonable, but my question is once you saw

21   that message did you then have a

22   recollection that you actually had a

23   dispute with her over a live shot or does

24   it just sound like something that could

25   have happened?

```
 1                    J. WELLS
 2        A.    I don't recall the specifics of
 3   it.  As I said, I have probably done 10,000
 4   live shots that I wouldn't have singled out
 5   one.
 6              MR. EVANS:  Thank you.
 7              I have no further questions.
 8   EXAMINATION BY
 9   MR. RAHMAN:
10        Q.    In terms of the merchandise
11   that you ordered for your team, there would
12   be receipts for those orders, correct, in
13   your email?
14              MR. SUNSHINE:  Objection.
15              Asked and answered.
16        A.    I never knew the price of it.
17   It's not how it works.  I don't know if
18   there was a receipt or if there was just a
19   confirmation page that appeared on the
20   screen.  All I know, there is an internal
21   portal; you put in the name, you put it in
22   what floor you wanted it delivered on, and
23   it showed up in two weeks.
24        Q.    Would the confirmation indicate
25   who put the order in?
```

1                    J. WELLS

2        A.    It was just like a form.  You

3    could put anything.  You don't need to

4    verify.  There is no log in.  It's just a

5    link.  It's a private link so nobody in the

6    public could access it.  The way that

7    operated, you could put in that order on

8    that link and that website right now and

9    put any darn name you want on there and

10   send it to any floor at FOX.

11                I doubt they have the same

12   thing, but there is no significant paper

13   trail.

14       Q.    Do you remember like the

15   address for that link or what it was --

16       A.    I stated it previously in my

17   testimony.  I believe it was Answer

18   Printing was the fulfillment company they

19   used.  It was like Answer Printing slash a

20   bunch of numbers slash FOX.

21       Q.    How were you made aware that

22   you could order merchandise?

23       A.    Someone shared it with me.

24       Q.    Do you recall who that was?

25       A.    No idea.

```
 1                    J. WELLS
 2        Q.    And you are saying that didn't
 3   cost you any money to make these orders?
 4        A.    No.  You don't have to put in
 5   your corporate card.
 6              I'm sure FOX has a bulk order
 7   of -- it is a pretty big large company, as
 8   you know.  That's why we are here.  And you
 9   just put it in, and it probably takes from
10   that allotment of whatever stationery they
11   have on order -- notepads.  It was not
12   stationery.
13              MR. RAHMAN:  Nothing further.
14              MR. EVANS:  I will order a copy
15        of the transcript and a rough.
16              MR. SUNSHINE:  I will order a
17        copy of the transcript and a rough.
18              (Whereupon, at 5:40 p.m., the
19        Examination of this witness was
20        concluded.)
21
22            °         °         °         °
23
24
25
```

1                    J. WELLS
2               D E C L A R A T I O N
3
4        I hereby certify that having been
5   first duly sworn to testify to the truth, I
6   gave the above testimony.
7
8        I FURTHER CERTIFY that the foregoing
9   transcript is a true and correct transcript
10  of the testimony given by me at the time
11  and place specified hereinbefore.
12
13
14

                _____
15                    JUSTIN WELLS
16

17

18  Subscribed and sworn to before me
19  this _____ day of _____ 20___.
20

21

    _____
22      NOTARY PUBLIC
23

24

25

```
1                    J. WELLS
2                  ERRATA SHEET
           VERITEXT/NEW YORK REPORTING, LLC
3
   CASE NAME:  Andrew Delancey vs Justin Wells
4  et al
   DATE OF DEPOSITION: June 26, 2025
5  WITNESS' NAME: Justin Wells
6  PAGE/LINE(s)/    CHANGE          REASON
7  ____/_____/_____/_____
   ____/_____/_____/_____
8  ____/_____/_____/_____
   ____/_____/_____/_____
9  ____/_____/_____/_____
   ____/_____/_____/_____
10 ____/_____/_____/_____
   ____/_____/_____/_____
11 ____/_____/_____/_____
   ____/_____/_____/_____
12 ____/_____/_____/_____
   ____/_____/_____/_____
13 ____/_____/_____/_____
   ____/_____/_____/_____
14 ____/_____/_____/_____
   ____/_____/_____/_____
15 ____/_____/_____/_____
   ____/_____/_____/_____
16 ____/_____/_____/_____
   ____/_____/_____/_____
17 ____/_____/_____/_____
   ____/_____/_____/_____
18 ____/_____/_____/_____
   ____/_____/_____/_____
19 ____/_____/_____/_____
20
                    _____
21
   Subscribed and Sworn To
22 Before Me This_____Day
   Of_____, 20  .
23
      _____
24          Notary Public
25   My Commission Expires__
```

```
 1                    J. WELLS
 2                  I N D E X
 3
 4   EXAMINATION BY                          PAGE
 5   MR. RAHMAN                              4
 6   MR. EVANS                              325
 7   MR. RAHMAN                             339
 8
 9
10
11               E X H I B I T S
12
13   PLAINTIFF'S EXHIBITS:
14
15   EXHIBIT    EXHIBIT
16   NUMBER     DESCRIPTION               PAGE
17   1          Responses to the          39
18              interrogatories
19   2          Document Bates stamped    76
20              Wells one through Wells 15
21   3          Document Bates stamped FNN 106
22              200
23   4          Documents Bates stamped   114
24              FNN 165 to 166
25   (Continued on next page.)
```

```
 1                    J. WELLS
 2   (Continued)     E X H I B I T S
 3
 4   PLAINTIFF'S EXHIBITS:
 5
 6   EXHIBIT    EXHIBIT
 7   NUMBER     DESCRIPTION                  PAGE
 8   5          Documents Bates stamped      116
 9              FNN 196 to 198
10   6          Document Bates stamped FNN   118
11              168
12   7          Documents Bates stamped      128
13              FNN 174 to 176
14   8          Documents Bates stamped      188
15              FNN 186 to 188
16   9          Documents Bates stamped      199
17              FNN 191, 192
18   10         Documents Bates stamped      203
19              FNN 194 to 195
20   11         Documents Bates stamped      205
21              FNN 137 through 140
22   12         Documents Bates stamped      250
23              FNN 204 and 205
24   (Continued on next page.)
25
```

```
 1                    J. WELLS
 2   (Continued)   E X H I B I T S
 3
 4   PLAINTIFF'S EXHIBITS:
 5
 6   EXHIBIT    EXHIBIT
 7   NUMBER     DESCRIPTION                 PAGE
 8   13         Documents Bates stamped     252
 9              FNN 201 to 202
10   14         Plaintiff's 68 through 72   257
11   15         Documents labeled           277
12              Plaintiff's 551 to 567
13   16         Documents Bates stamped     299
14              Plaintiff's three to four
15   17         Documents labeled           303
16              Plaintiff's 73 through 88
17   18         Verified Responses          311
18
19   Exhibits were retained by counsel.
20
21
22     INFORMATION AND/OR DOCUMENTS REQUESTED
23   INFORMATION AND/OR DOCUMENTS          PAGE
24   Production of Mr. Martinez's phone     69
25   number
```

1                    J. WELLS

2

3          C E R T I F I C A T E

4

5  STATE OF NEW YORK        )

                            :  SS.:

6  COUNTY OF KINGS          )

7

8

9    I, JANNA LIRTSMAN, a Notary Public for

10  and within the State of New York, do hereby

11  certify:

12    That the witness whose examination is

13  hereinbefore set forth was duly sworn and

14  that such examination is a true record of

15  the testimony given by that witness.

16    I further certify that I am not related

17  to any of the parties to this action by

18  blood or by marriage and that I am in no

19  way interested in the outcome of this

20  matter.

21    IN WITNESS WHEREOF, I have hereunto set

22  my hand this 2nd day of June, 2025.

23

24  _____

                  JANNA LIRTSMAN

25

| & | | |
|---|---|---|
| **&** 2:9 3:17 | | |

**0**

**04** 23:2,3

**1**

**1** 3:17 39:15,18
39:21,21
251:13 253:15
281:17 344:17
**10** 203:18,21,23
251:2 345:18
**10,000** 287:12
339:3
**100** 153:18
**10017** 1:21 2:6
**10166** 2:16
**10357** 1:6
**106** 344:21
**10:00** 1:13
85:11
**11** 73:22 97:13
97:23 98:3
205:17,20,22
217:12,21
232:7 240:14
345:20
**114** 344:23
**116** 345:8
**117** 14:18
**118** 345:10
**11:00** 24:14,22
24:24 90:25

98:22
**11:25** 82:19
**11:59** 267:9
**12** 15:19 74:15
74:20 95:4,14
96:6 159:8
250:9,12
345:22
**1211** 44:3,18
113:13 273:20
**12494** 4:11
**128** 345:12
**12:17** 82:21
**13** 15:20 77:5
252:21,24
254:4 331:22
346:8
**130** 117:14,15
**130,000** 115:19
**137** 205:22
345:21
**14** 256:25
257:4,7 314:22
314:23 346:10
**140** 205:23
345:21
**140,371** 116:6
**15** 40:12 45:19
76:10 102:25
116:24 159:14
176:6 177:18
251:21 277:2,5
277:11 279:23
315:9 316:6

344:20 346:11
**150** 160:23
**16** 45:19 86:22
115:15 299:16
299:19,22
316:6,22
317:12 346:13
**165** 114:25
344:24
**166** 114:25
344:24
**168** 118:16
345:11
**17** 82:5 86:23
303:12,15,17
346:15
**174** 128:5
345:13
**176** 128:5
345:13
**18** 311:20,23
346:17
**1801** 2:10
**186** 188:6
345:15
**188** 188:7
345:14,15
**18th** 44:23
279:2
**19** 115:22
204:2 287:9
**191** 199:12
345:17

**192** 199:12
345:17
**194** 203:24
345:19
**195** 203:24
345:19
**196** 116:16
345:9
**198** 116:16
345:9
**1983** 23:6
**199** 345:16
**1994** 95:4,14,21
96:6
**1999** 21:17
**1:20** 137:16
**1:23** 1:6
**1:25** 137:18
**1st** 198:4

**2**

**2** 76:4,7 86:13
99:5 146:9
218:16 220:2
264:16 329:15
344:19
**20** 73:12
255:20 318:7
342:19 343:22
**200** 2:16 106:7
344:22
**2000** 21:18
87:5 275:25

**2001** 87:5
**2005** 22:25
24:3
**2006** 25:10
96:25 97:5
148:3
**2007** 76:23
84:13 92:23
97:10,25
**2008** 59:5
72:10 99:10,19
104:25 105:4
108:18 115:16
117:6 118:18
125:9,23
128:10 137:2,7
137:9 146:5,21
148:8,14 149:6
150:19 155:18
156:4 167:15
167:17,19
168:3,9,25
174:17 179:8
179:22 184:16
185:3,6,11
189:2 193:6
216:7 220:6
223:6,11 224:6
224:20 226:9
281:14 287:8
302:21 310:8
327:7 331:17
332:6,11,19
334:14,20,23

**2009** 115:3
117:5 199:14
204:2
**201** 254:5
346:9
**2010** 96:7
115:22 117:5
148:3,5 216:7
327:7 331:17
332:6,11,20
334:14,20,24
**2010s** 94:20
96:3,21
**2011** 16:3
269:4
**2012** 269:5
331:21
**2013** 18:15
220:3,12
221:21 222:24
223:14
**2014** 32:13,13
32:22 269:6
**2015** 32:13,22
33:2 240:14
**2016** 15:5,7
33:4 34:11
251:14 253:9
254:2 264:11
281:15,17
287:9
**2017** 15:10
34:9 251:2,12
254:2 257:11

258:11,12
263:25 264:18
307:25
**2018** 254:7
**2019** 17:7
**202** 254:5
346:9
**2020** 17:8
255:9
**2023** 18:16,17
18:20 35:14,23
36:15 37:23
264:5 290:7
**2024** 19:2
37:16,21,24
40:19
**2025** 1:12
343:4 347:22
**203** 345:18
**204** 250:15
345:23
**205** 250:15
273:21 345:20
345:23
**20s** 138:22
150:10 154:23
168:25 171:18
**22** 257:11
318:7
**23** 264:18
318:25 319:2
**23rd** 35:14
**24368** 347:23

**24th** 128:8
**25** 11:9 65:13
74:11 211:23
255:21 287:11
**250** 47:3
251:17 345:22
**252** 346:8
**257** 346:10
**26** 1:12 52:3
99:10 101:6
149:14 198:8
301:10 318:25
319:2 343:4
**26th** 35:15
**27** 52:3
**277** 346:11
**29** 115:3
**299** 346:13
**2:52** 218:20
**2nd** 347:22

**3**

**3** 40:19 76:23
105:25 106:4,6
329:15 344:21
**3,000** 134:3
259:7
**30** 3:16 193:6
271:25
**303** 346:15
**311** 346:17
**325** 344:6
**339** 344:7

**347** 73:17
**375** 255:9,11
**39** 344:17
**3:30** 198:6

**4**

**4** 114:18,21,23
114:24 124:6
124:10 137:15
146:10 220:3
220:12 221:21
344:5,23
**40s** 154:24
**42** 23:5 164:9
**425** 1:20 2:5
**428** 137:14
**45** 294:7 297:5
297:12
**45,000** 117:22
**45k** 232:8
**46** 4:10 14:8
**46th** 198:25
**49th** 137:14,15
146:6 147:19
147:22 148:18
**4:00** 198:6,10
267:11
**4:10** 267:13

**5**

**5** 116:10,13
345:8
**500** 197:25
**5000** 16:16

**52nd** 302:22
**530** 255:22
**550** 255:17,20
255:22
**551** 277:12
346:12
**567** 346:12
**5:00** 85:12
**5:10** 319:20
**5:16** 319:22
**5:40** 341:18

**6**

**6** 118:10,13,15
345:10
**625** 200:14
201:6
**67** 277:13
**67th** 113:10
273:21
**68** 257:7
346:10
**69** 346:24
**6:00** 79:10
**6:03** 198:4
**6:55** 119:22
**6th** 113:13
273:20

**7**

**7** 127:23 128:2
128:4 254:7
345:12
**7/15/2008**
117:15

**72** 257:8
346:10
**73** 303:18
346:16
**76** 305:7
344:19
**77** 307:15

**8**

**8** 118:18
187:25 188:4,6
216:18,19
345:14
**800** 151:10
**88** 303:18
346:16
**8:00** 94:7
**8th** 302:22

**9**

**9** 199:6,9,11
345:16
**90** 50:18
**90067** 2:11
**99.9** 145:15
**9:00** 90:25
**9th** 302:23

**a**

**a.m.** 1:13 82:19
198:6,10
264:18 266:18
266:18 267:2,8
267:9

**abbreviation**
300:6
**abby** 13:6
73:25 74:12
255:25 322:13
322:15
**abc** 23:15
33:21 44:11,11
86:2 89:12
97:3 179:19,20
233:5 269:25
**abernathy**
113:24
**abilities** 191:9
**able** 6:3 60:22
61:4 70:22
82:2 130:21
196:13 208:2
303:22 307:18
308:15 337:7
**abnormal**
65:24
**above** 143:5
225:13,14,16
242:12 331:14
342:6
**absolutely** 5:5
5:16 70:20
75:12,22
112:24 325:25
336:7
**abuser** 258:4
**acceptable**
324:20

**access** 49:24
59:7 61:4
108:14,20
130:9 148:9
149:9 207:11
209:4 312:21
312:22 328:20
331:9 333:20
337:7 340:6
**accessible**
173:24
**acclimated**
216:21
**account** 49:25
58:8,9 59:8,21
61:4 69:23
70:13,15 71:16
312:19,20
**accountant**
18:25 38:16
**accounts** 58:12
69:20 70:8,17
**accurate** 79:16
79:22 80:12
110:6 115:16
118:22 191:24
251:18,22,23
255:10 280:4
**accusations**
311:16
**accuse** 308:6
**accused** 12:17
12:20 13:4,10
13:13 73:24

74:13,17 75:6
75:14,17,20
307:21 308:17
309:14 310:25
311:9
**accuses** 322:21
323:17
**acquired** 95:15
95:16
**acted** 279:14
**action** 69:10
308:22 347:17
**active** 197:22
257:14 313:9
313:10
**activities**
134:13
**actual** 70:13
233:18 237:4
**actually** 11:19
30:15 86:6
91:12,21 96:2
222:18 232:14
243:7 298:19
308:24 309:7
327:4 330:11
338:22
**add** 95:9
**added** 34:24
**addition**
326:25
**additional** 47:3
116:4 208:18
315:14

**address** 4:9
14:6,7,17
16:14 48:23
49:5,12,15
58:21 60:15
240:18,23
242:22 290:5,8
340:15
**addressed**
324:2
**addresses** 14:9
49:9
**adhered** 145:11
**administer**
3:11
**administrative**
209:3 317:4
**admitting**
298:10 322:21
**advances** 273:2
**advice** 56:22
131:4,14
185:14
**affidavit** 69:14
**affiliate** 41:16
42:4,9 43:25
44:8,10,14
46:3,6,8,11
47:15 96:5
140:4,7,14
142:2,6 145:3
180:24 206:19
206:22 207:7
208:7,14

210:24 212:12
236:13 286:5,6
286:7,12
321:25
**affiliated**
140:21 235:23
**affiliates** 41:20
44:11 46:2,25
47:4 140:9
141:6,9,10
207:10 208:12
208:17 212:24
215:5 233:12
273:25 321:16
**affirmatively**
195:2
**afford** 103:4
**aforemention...**
39:16 76:2
106:2 114:19
116:11 118:11
127:24 188:2
199:7 203:19
205:18 250:10
252:22 257:2
277:3 299:17
303:13 311:21
**afternoon**
156:20
**afterwork**
134:13
**age** 117:3
**ages** 59:17
149:22

aggressive 98:5
164:7,18
185:16,21,24
185:25 186:2,4
280:21 281:2
283:2,21
ago 7:6 8:11
18:4,6,15 25:5
39:5,7 56:18
59:15 60:18
66:8 73:13,14
73:15 77:5
105:16 114:8
116:24,25
129:24 138:3
158:7 159:14
161:24 177:18
197:2 238:4,9
259:2,4,17
260:6,9,11
279:23 326:11
agree 84:15
85:16 93:13
95:25 96:18
253:3 262:21
287:24 288:7
297:7,13,15
310:23
agreed 3:5,20
317:7
agreeing
233:14,22
234:13

agreement
250:17 251:24
252:8,10 255:2
ahead 141:21
224:17,18
air 200:4
202:13 210:8
219:15 238:9
242:24 276:3
aired 213:17,21
328:3
al 343:4
alcohol 6:9
172:22
alive 293:7
allegations
83:24 296:17
312:8
alleged 176:25
177:4 280:6
281:4,14
289:24 309:4
allegedly
177:19
alleging 272:24
allotment
341:10
allowed 85:3
alumnus 78:4
amazed 153:6
ambiguous
161:18 166:6
170:4 171:5
176:23 185:20

197:7 202:24
212:8 214:20
230:5 256:5
263:3 270:9
274:15 284:6
288:10
amends 288:19
america 78:23
96:15 207:5
226:19
america's
212:3
americas 44:19
anchor 86:6
97:2 238:7
320:13
anchors 81:8
100:25 221:7
237:24 238:5
238:11 320:13
andrew 1:3 2:5
2:19 343:3
andy 4:13
74:13 125:2
182:17 200:19
231:5 239:12
241:22 242:21
244:14 250:7
336:18
andy's 228:4
angela 224:24
angeles 2:11
140:10,12
212:18,19

angry 178:7,10
178:11 278:10
announced
247:6
annoyed
177:24
answer 5:23
29:19 121:2
168:5 262:17
312:9 324:11
330:9,11
340:17,19
answered 5:19
10:23 57:20
58:3 63:5
64:12,17 80:6
82:15 142:11
168:14,19
178:18,23
180:22 181:9
192:11 193:2
197:8 198:19
211:14 219:19
240:5 244:13
245:11 246:7
249:6 260:20
267:23 273:4
289:9 309:16
314:6 317:18
339:15
answering
233:19
answers 23:8
40:2 168:7

**anthony** 226:17
**antiharassment**
  326:17
**anybody** 8:3
  13:18 15:21
  74:9 82:25
  84:6,9 156:10
  164:8 169:17
  179:7 195:7
  239:3 243:9
  266:9 335:22
  336:8,16
**anymore** 53:16
  94:11 103:15
  127:6 160:10
  160:24 179:24
  198:10 302:20
**anyone's**
  170:19
**anyway** 229:17
  232:16 238:23
**aol** 196:9
**apartment**
  14:11,13 15:25
  16:2 40:22
  100:7 101:12
  101:15 103:8
  103:24 137:15
  146:6,9 147:18
  147:21,23
  148:2,9,10,11
  148:18 149:10
  151:9,11,16,20
  151:23 152:2

152:13,21,22
152:23 153:13
153:16 154:6
154:11 155:8
155:15,16
156:11 158:5,9
158:12 159:19
160:5 162:18
167:11 171:15
172:16 173:7
174:19 176:19
177:22 178:8
178:12,14,16
190:10
**apologizing**
  274:18 284:16
  289:5
**apology** 274:9
  274:10,13,16
  275:4,10,15
  276:22
**apparatus**
  87:22 209:8
  236:5 266:3
  285:18
**apparently**
  92:17 164:19
  180:6 190:17
  202:16 245:20
  268:7
**appear** 60:14
  128:9 178:11
  231:9 277:15
  316:17

**appeared** 34:3
  339:19
**appears** 39:25
  77:3 194:15,16
  317:3
**application**
  335:12,14,18
**applied** 38:24
  183:4 269:20
**apply** 109:12
**applying**
  109:10 115:10
  186:11 268:17
**appreciate**
  256:21 280:12
**appropriate**
  323:11 324:8
**approval**
  121:10
**approximately**
  21:15 58:25
**april** 35:14,14
  35:15,23 36:15
  37:16,21,23
**arbitration**
  9:21
**archaic** 193:18
  219:7
**ardome** 207:2
  207:22 210:17
  214:14
**area** 77:12,12
  234:10,12
  328:22 329:3

**arguably** 185:6
**argument**
  178:10 308:20
**arrange** 120:9
  120:22 122:4
  187:10 230:22
  230:24 231:7
**arranged**
  121:15 122:15
  126:14 187:14
**arrogant** 301:8
  301:16
**art** 19:15
**articulate**
  237:8
**ashamed** 155:3
  172:5
**asian** 134:22
**asked** 5:19
  10:23 35:22
  36:2 40:9
  57:20 58:2
  64:12,16 77:8
  80:6 82:15,24
  108:11,23
  131:2 142:11
  146:4 168:14
  168:19 178:18
  178:23 180:22
  181:9 184:6
  189:24 192:10
  193:2 197:8
  204:4,7 214:25
  219:18 240:5

240:18 244:13
245:11 246:7
249:6 260:20
265:21 266:4
267:23 269:15
269:17,22
273:4 278:22
283:3 285:3
289:9 309:16
314:6 339:15
**asking** 7:14
35:25 59:11
100:20 102:3
119:3 126:16
149:15 165:19
175:14 185:13
209:20 217:23
256:8 286:13
289:18 302:3,4
316:25
**asks** 41:3 69:18
74:5 135:16
**aspects** 320:18
**ass** 282:5
**assault** 75:15
75:17,20 83:18
263:5 305:13
**assaulted**
262:22 263:14
**assaulting**
262:24
**assess** 176:10
260:8

**assessment**
234:14
**asshole** 306:4
**assign** 181:6
**assigned** 27:10
139:17 142:25
**assigning** 85:7
197:18 316:24
**assignment**
27:12 46:4,5
46:21,23
139:24,24
140:3 141:15
141:20 147:14
197:5 202:3,4
205:6,9 330:2
330:19
**assignments**
26:10 205:8
**assistance**
316:25
**assistant** 78:17
86:21 87:19
200:18 211:2
241:13,20
242:13 254:11
284:21
**assistants**
32:21 224:11
297:10 331:25
**associate** 93:12
93:16 224:9
**associated** 36:7
61:5 80:16

**assume** 58:5
91:3 97:6
99:25 100:19
103:23,23
105:7 108:13
108:15 110:25
116:7 118:19
118:21 119:5,5
119:10 124:10
130:3,7,19
136:15 156:9
159:12,25
183:5 186:8
193:11 243:5
278:17 287:23
293:12 300:24
322:3 337:21
**assumed**
105:12 278:13
**assuming** 100:4
**atlanta** 80:18
95:17 269:25
**attached** 34:21
208:13
**attachment**
100:8 102:24
**attachments**
104:5
**attempting**
83:16
**attorney** 4:13
6:22 70:23
239:7 262:12
318:5

**attorneys** 2:4,9
2:14 7:15
**attracted** 263:6
**attractive**
82:12 183:25
185:2
**audi** 17:7,7
**audience** 91:5
94:23
**august** 76:23
115:22
**authority** 91:8
332:7,20,25
333:5,10,18
334:8,15,18,22
**authorization**
217:12,17
332:4
**authorizations**
232:15
**authorize**
289:25
**authorized**
3:11 226:4
**available**
123:17 176:11
215:12 317:20
**avenue** 1:21 2:5
2:16 14:18
44:19 113:13
273:21
**average** 246:21
**avid** 50:21

avoid 7:12
avstar 50:22
aware 44:7
75:4 113:4
129:25 142:12
231:15 276:19
278:18 298:12
325:14,19,19
326:2 329:5
335:17 340:21
awareness
334:5
awful 66:7,21

**b**

b 20:18 69:21
71:9 137:15
146:9,10
344:11 345:2
346:2
baby 102:7
back 42:24
51:18 71:18,20
71:23 73:5
82:23 86:13
87:4 99:5
104:6 113:24
114:14 117:8
119:18 130:14
132:6 136:11
136:21 145:24
159:6,9 166:10
167:22,25
179:2 181:25

196:8,14
204:12 207:9
216:19 218:15
219:17,23
220:16 221:8
223:6 224:6
226:5 227:2,5
228:21 229:4
230:20 248:8
260:9 261:14
264:16 270:16
275:18,21
278:7 281:3
294:16 299:13
306:10 313:15
326:23 332:19
backfill 227:18
background
191:2 269:19
bad 181:14
184:12,23
267:21 280:20
291:22,25
bag 124:3
ballpark
255:17
bank 139:2
328:19
bankrupt 60:5
bankruptcy
20:8
banks 45:12
bar 52:4,25
53:10,13

151:12 154:20
168:3 179:6,8
193:20 198:6
198:23 302:9
303:9
barack 167:20
barbecued
173:17
barracuda
149:19,23
151:12 178:21
barred 324:13
barriers 201:21
barring 317:24
barry 20:18,20
21:4
bars 51:21 52:7
52:21 133:25
134:16,25
155:4 171:20
172:5,8 179:3
179:9 303:8
based 32:3
78:22 119:14
120:18 123:7
126:5 143:14
223:21 258:9
268:8 281:22
basement 44:2
44:18 45:10
278:24 328:12
328:18 329:11
basically
297:20

basis 215:17,19
bates 76:9
106:7 114:24
116:15 118:15
128:4 199:11
203:24 250:14
254:5 299:22
344:19,21,23
345:8,10,12,14
345:16,18,20
345:22 346:8
346:13
bath 151:11
bathroom
151:22 301:25
302:5 303:4
bay 96:14
bbm 72:20,23
136:18 137:5
bbms 136:17
beach 16:19
22:12 222:7
238:8
bed 152:20,25
153:8,11
154:15 159:23
172:13
bedroom
151:11 152:7,8
152:15,20
153:4 154:12
154:17 159:16
164:10 175:19

**beds** 154:5
**beef** 285:10
**befriend**
  305:12,24
**began** 21:16,18
  95:20 128:15
  128:21 251:12
  253:9 268:21
  325:13
**beginning**
  21:20 29:12
  240:14 269:7
  277:12
**begins** 188:6
  205:22 303:17
**behavior**
  164:19 274:18
  275:6
**believe** 10:5,7
  30:6 35:7
  40:16 42:5
  43:20 49:12
  52:11 54:9
  55:13 59:15
  60:9 64:21
  68:8 70:12
  76:13,16,16
  83:6,14,16
  87:22 88:11
  89:4 92:16,25
  100:8,10 101:7
  102:16,21
  104:14 110:18
  110:21 111:23

  112:9,10
  113:22 114:12
  115:9 116:22
  116:23 120:12
  129:2,20
  131:18 145:21
  147:14 152:4
  153:10,19
  155:21 156:9
  156:15 157:13
  164:15 167:5
  174:24 184:7
  198:20 202:13
  205:15 216:13
  217:5,9 219:6
  220:13 224:6
  225:7 227:13
  227:14,17
  237:11 242:16
  242:18 247:7
  247:16 249:9
  255:23 261:25
  268:11 274:5,5
  293:9,16 294:2
  301:2 303:2
  304:4 307:16
  326:22 329:13
  329:16 330:16
  337:9,10
  340:17
**believed** 192:3
  192:7
**believing** 83:21
  261:24

**best** 74:15,21
  98:19,20 137:4
  226:20 227:24
  319:14
**better** 27:19
  55:8 91:21
  96:22 185:5
  222:2 234:12
  283:10 338:11
**beyond** 74:7
  179:17 255:5
  276:17
**big** 33:25 73:8
  88:20 91:5,5
  122:3 127:6,10
  151:9 153:8
  157:24 201:10
  201:16 234:24
  236:5 293:3
  297:2 327:16
  341:7
**bigger** 56:24
  85:25 182:25
**bill** 28:6 107:8
  253:16,17
**bills** 154:3
**birthday**
  167:23
**bisexual** 295:14
  295:18
**bit** 19:24 87:15
  225:19
**bitch** 282:7,14
  283:4,6,18

  284:2 288:2,5
  288:8,12
  337:17
**black** 73:20
  134:21
**blackberries**
  136:9
**blackberry**
  72:15,17,20
  73:3 119:17
  120:2 136:13
  204:18,20
**blah** 102:22,22
  102:22 237:3,3
  237:3
**blasted** 145:22
**bleeding**
  246:22
**blocks** 150:13
**blood** 347:18
**blowup** 288:17
**blushing** 99:17
  104:9
**board** 130:8
  327:20
**boats** 17:13
**boca** 16:17
  40:19
**body** 160:13
  162:21,23,25
**bombed** 62:13
  62:15 65:16
  249:12

**bombing** 201:14

**bonus** 251:21 255:16,18,19 255:20

**bonuses** 255:12

**book** 125:14

**books** 18:22 19:5

**bop** 88:19

**born** 23:6

**boss** 32:24 91:25 275:9 284:13,13,14 284:19 285:5,8 285:9,12,15,23 287:19 288:25 298:8,8

**bosses** 91:15 108:3

**boston** 157:23 201:13

**bother** 67:16

**bottom** 118:24 121:14 163:20 163:22,23 164:14,23 176:3,6 239:13 239:17 240:10

**bottoms** 239:10 239:16,21,22

**bought** 39:4

**bounty** 226:22 269:13

**box** 121:12 297:2

**boy** 42:22

**boyfriend** 185:11

**boyle** 109:4,5 111:14

**branches** 330:14

**brandi** 250:20

**break** 5:17,20 82:18,24 146:4 147:3 183:14 201:21 218:18

**breakfast** 94:8

**breaking** 201:7 201:24

**bridget** 109:3,5 110:9 111:14

**brief** 67:13

**briefly** 29:22 36:16,18 335:2

**bring** 109:19 207:8,21 307:4

**bringing** 106:21 112:22 200:19,22 212:11 300:18

**brit** 33:14,20

**broadcast** 21:21 79:15 213:13

**broadcasting** 308:5

**broke** 199:24 202:11

**brought** 97:2 141:8 200:9 202:19 203:2 236:18

**browser** 92:22

**bryan** 7:3 314:9

**bucks** 129:19

**budget** 111:6 224:14 333:22

**budgets** 111:7 111:18

**buffett** 23:18

**build** 151:25

**building** 27:4 44:3 45:14 113:9,10,12,13 119:21 146:12 173:8,20 174:6 207:14 238:23 307:8 328:13 328:22 337:22

**built** 229:3 322:3

**bulk** 152:2 341:6

**bullet** 110:8 112:13 211:19

**bullets** 112:6

**bummed** 248:19

**bumped** 254:25

**bunch** 78:2 79:4 171:8 172:8 221:23 262:9 306:7 340:20

**bureau** 140:12 140:16 200:18 200:18

**burned** 229:19

**business** 10:10 10:20,25 11:9 12:13 18:11,20 52:24 65:13 68:23 142:19 145:14 228:7 228:15 235:9 265:25 270:13 275:14,17

**businesses** 17:15 20:5

**busy** 269:13

**button** 197:25

**bye** 293:18

**c**

**c** 2:2 22:14 30:21 342:2 347:3,3

**c1** 329:13,15,21

**cake** 238:2

**calculator** 260:10

**caliber** 230:11
276:17
**california** 2:11
88:21 266:21
**call** 68:25,25
83:18 105:17
214:16 220:19
236:18 249:2
276:9 283:4,5
283:25 287:25
288:4,8 301:15
320:6,7 327:3
337:21
**called** 4:2 19:14
27:14 34:2
44:13 50:17,21
50:22 53:3
60:8,10 72:20
75:6 77:24
101:11 121:2
141:7 207:2
271:2 282:6,13
283:18 284:3
284:11 288:11
298:10 330:16
**calling** 306:19
**calls** 52:17 54:8
81:16 176:9
184:3 191:19
192:10 210:10
229:9 253:7
260:25 263:4
264:14 294:22
295:20 301:8

301:18,22
311:6
**camaraderie**
88:25
**camera** 21:23
22:11 329:11
329:12
**cancel** 35:13
248:16
**canceled** 33:3,6
33:9 35:21
221:18 240:20
240:21 241:3
247:7,11,14
255:25 256:23
**cancellation**
35:19 248:3
**cancelled**
242:21 256:19
**candidacy**
54:21
**candidate** 62:9
63:22 65:22
190:17 269:16
**candidates**
66:18 227:24
**capacity** 258:6
279:17
**card** 154:2
341:5
**care** 240:9
309:22
**cared** 67:23,24
253:4

**career** 49:10
84:24 138:21
188:25 189:19
189:21,23
192:8 197:23
214:21 217:7
217:19 218:5
226:6 241:19
263:11 281:6
281:10 295:4,6
295:7 296:5,14
304:8 316:10
316:12 336:13
**caring** 210:25
**carlson** 34:7
35:7,10,17
36:24 37:6,8
37:14 83:3
84:5 251:9
311:2,7,14
314:16 322:18
322:25 323:18
323:21
**carrie** 225:3
**carryover**
33:17
**case** 1:6 8:13
8:16,17,18,21
8:24 9:4,8 10:6
10:8,14 11:7
11:24 13:7,9
13:14,23 70:18
82:25 83:3,6
84:7 136:16

139:6 199:23
201:25 226:16
226:17,21
256:21,22
264:4 290:6
314:11,14
322:14 330:15
343:3
**cases** 9:13,18
10:12 11:2,15
11:17 12:16,19
12:23 13:3
262:13
**casey** 226:17
**casual** 81:9,18
139:11
**casually** 139:5
**categories**
317:7,23
**category** 74:10
315:19 317:15
318:19
**catty** 279:7
**caught** 81:19
82:7
**cause** 35:23
36:3 256:16
**caused** 72:4
307:7
**cb2** 152:5
**cbs** 24:7 44:11
44:12 95:4,8
101:10 169:16
214:11

cbw  98:4
cc  111:15
cell  70:3
central  246:21
  249:18
centura  2:10
century  265:24
ceo  50:4 113:7
  235:4
ceos  113:22
  236:2
certain  209:14
  219:23 295:24
certainly
  124:25 158:23
  197:9 215:20
  235:20 270:22
  293:6 310:21
certification
  3:8
certify  342:4,8
  347:11,16
cetera  69:9,20
  72:5 212:2
  282:8 284:17
  292:23 297:4
  298:11 312:7
  312:12 313:13
cfo  111:24
chain  99:18
  128:15,21
  193:4
chance  278:5
  291:15

change  30:2
  55:25 85:23
  94:19 182:19
  262:5 264:12
  343:6
changed  29:22
  94:24 95:23,24
  127:7 210:13
  223:22 234:23
  251:6 254:13
  254:14,23
  264:8
changes  29:5
channel  27:3,7
  27:18,25 28:3
  29:11 44:12
  47:19,23 48:24
  49:3,19 50:2
  50:11 51:9,14
  98:3 106:20,22
  106:24 107:10
  107:23 108:3
  108:11,20
  109:7,20
  110:21 115:4
  118:7 140:12
  142:5 167:17
  169:25 170:10
  182:12,17,22
  182:24 192:16
  207:12 209:6,7
  212:5 213:5
  214:7 217:4
  233:17,24

234:18 235:10
  236:7,15
  273:12 301:5
charge  110:19
  142:23
charged  310:14
chase  2:7 4:15
check  18:25
  43:9 101:12
  129:18 174:13
  184:6 319:8
checked  102:6
checking  76:15
chelsea  149:10
  149:13,16
  154:19,20,24
  154:25 155:7,9
  171:21 197:14
  198:23
chicago  99:9,15
  104:17 157:23
chief  200:18
choice  36:4
chose  35:13
  36:3
christmas
  68:14
chute  151:19
cifrodeli
  111:20
cig  119:21
cigarette
  119:25 120:4

circles  171:24
circumstances
  175:24
city  14:4,11
  15:24 23:19
  25:9 26:19,23
  52:8 77:16
  98:13 99:8,14
  99:16 101:20
  104:16,18
  137:8 143:14
  147:22 149:15
  154:25 155:5
  157:25 169:2
  180:12,13
  181:23 259:7
  261:11 266:3
  300:15 305:16
civil  1:19
claim  83:19
  166:18 295:22
  308:21
claimed  262:6
claiming
  294:11
claims  11:6,8
  174:10 261:21
  291:3 323:4
clarified  324:5
clarify  5:13
classify  13:11
clear  23:11
  90:3 100:22
  135:12 162:14

212:13 216:23
261:19 284:23
291:10 308:25
**cleared** 213:22
214:2,4,6
**clearing** 212:10
212:22
**clearly** 119:20
188:13 215:11
249:14 271:14
295:7 310:6
323:10
**clerical** 317:4
**click** 194:24
195:10
**client** 4:16
166:19 168:24
286:8,9 287:2
309:2,7 310:6
322:15
**clients** 74:14
**close** 42:18
45:6 56:19
103:17 133:20
135:5 230:8
278:11
**closed** 15:11
**closer** 305:21
**closest** 238:2,16
**closet** 231:10
**closets** 152:8,10
152:18
**clothes** 160:10
162:4

**club** 151:12
178:21
**clubs** 102:16
155:4 169:3
**clue** 53:21
**cnn** 233:5
**coast** 139:14
140:6,8
**cocktail** 160:2
172:19
**cocky** 301:8,15
**coffee** 81:8
127:2
**colleague** 4:15
45:16 125:17
169:6,10
274:12 275:5
278:8,9,20
286:3,20
308:11
**colleagues**
112:14 134:6
136:19 157:7
157:12 169:15
173:16 178:16
179:10,12
198:15 238:18
279:15
**college** 20:10
20:11,13,16
**collins** 112:11
250:21,24
**colon** 315:12

**com** 49:7,13,23
49:25 58:23
60:11 69:21
71:10 211:25
**come** 56:10
63:18 101:4
265:16,17
309:2
**comes** 83:19
121:12
**comfort** 237:21
**comfortable**
308:5
**coming** 140:20
143:8 158:5
185:13 248:4
248:12 263:17
**command**
28:18,22
**comment** 90:19
233:19 277:24
306:3
**commenting**
280:21
**commiserate**
133:18
**commiserating**
238:17,24
**commission**
343:25
**commitment**
36:23
**committed**
310:18

**common** 88:6
115:11 123:6
143:12 180:15
183:13 228:6
238:17 252:12
271:23 275:15
295:2
**commonplace**
293:21
**communicate**
45:20 50:10
51:3,6,11
68:16 72:18
136:11,23
137:22,24
143:3 196:9,18
215:22 313:25
335:11
**communicated**
42:21 72:22
136:12 215:8
215:16 216:9
220:5,8 300:23
313:3 314:13
**communicating**
220:11 221:14
**communication**
100:3 119:13
132:3 142:15
220:15 313:11
314:8 318:24
**communicati...**
20:25 43:10
70:18 71:11

95:15 215:11
216:23 312:25
313:7,20 314:3
314:15 316:23
317:11
**comp** 117:14
**companies**
17:24 19:21
37:18,20 38:4
38:5 108:22
125:13 235:7
**company** 9:3
19:4,19,22
29:5,5 34:2
37:3,5 43:2
45:15 50:3,21
60:4,7 108:6
110:22 111:22
113:6,17
115:12 118:5
121:13 124:11
127:12 133:2,6
133:10,13
135:23 136:3
169:12,19
187:3 207:4
234:3,11,24
235:3,25 236:5
241:5 252:18
252:19 286:22
325:15,20
326:2,3,8
340:18 341:7

**company's**
326:17
**comparable**
322:23
**compare** 161:2
**compared**
98:14
**compatible**
163:25
**compelled**
103:7
**compensation**
37:10 251:16
254:25 333:12
333:14,19,23
**compete** 327:19
**competitive**
145:14 233:4
**competitiven...**
327:17
**competitor**
253:22
**competitors**
98:8,15
**complain** 94:9
**complained**
55:4 129:9
278:10
**complaining**
187:17 294:7
294:25
**complaint** 6:16
7:11 40:3
120:19 126:6

155:21 158:20
170:23 177:2,5
231:16 261:19
262:4,9 309:5
**complaints**
39:25 133:10
295:3 323:12
326:5
**complete** 20:19
39:24
**completely**
47:7 49:21
94:24 113:8
207:13,16
235:25 266:5
283:11 329:2
**complicated**
225:22
**compliment**
167:2
**component**
141:25
**computer** 72:7
72:9 120:4
194:10
**computers**
72:13
**concept** 151:25
**concerning**
41:4 43:17
54:2,21 61:12
61:23 62:7
69:14 309:10
337:2

**concerns**
112:22 309:6
314:23 318:7
**concluded**
341:20
**concourse**
328:16 329:6,9
329:14
**condo** 16:19
**conduct** 12:20
13:4 166:3
**confer** 316:20
317:25
**conference**
324:6
**conferences**
317:25
**conferrals**
315:21
**confers** 324:3
**confident** 60:5
**confirm** 104:24
125:25 153:21
245:16 327:4
**confirmation**
339:19,24
**connect** 188:17
240:24 243:10
291:2
**connected**
193:24,25
243:12 290:21
294:13

connecting
244:23 248:24
connection
57:13 140:13
193:23 291:8
connections
243:6
connector
194:5,9
connects 194:9
conservative
296:3,4
consider 98:6
166:2 183:6,16
235:11 236:16
268:12
considered
31:23 32:24
120:15 223:24
224:2 235:12
considering
109:22 269:10
297:4
consistent
57:10 138:16
296:12
constant 232:7
constantly
189:25
consult 6:21
consulting
19:20
contact 42:14
68:21 87:7

164:23 165:2
171:3 176:17
176:24 293:22
contacts 185:13
contained
326:8
content 7:13
18:8 19:7,11
38:23 78:19
85:7 139:19,21
140:22 142:9
143:24 144:11
144:17 145:3
145:13,18
206:15 208:3,4
208:23 209:14
209:16 210:6
210:16 211:11
211:23 212:5
212:10,11
213:2,11,18,21
214:6,13,15
218:25 235:19
310:9,13
320:22
context 57:6
119:15 222:4
223:4 227:9
228:25 239:19
242:17 243:2,4
272:17 281:22
284:7,8
continually
298:15

continue
288:20 293:23
continued
261:13 344:25
345:2,24 346:2
contract 31:5
32:3 36:20
47:5 78:20,23
251:13,17
252:5 253:11
255:6,8 256:15
286:10,17
316:11
contractual
213:14
contradicting
312:8
contributing
235:18
control 80:21
91:14 194:22
195:2,5 196:22
197:24 225:25
226:3 227:3
318:11
conversation
57:9,22 64:2,5
64:8 65:6 66:8
66:14,17 67:13
76:14 82:2
100:5,6 103:25
105:16 107:2
108:9 109:13
111:25 126:9

127:21 128:23
131:11 171:12
178:13 190:5
197:10,16
240:7 245:5
250:5 294:4
conversations
106:20 108:7
114:9,15
122:11 130:19
135:4,13
138:16 176:15
204:14,16
227:10 239:14
258:19 263:8
converted
49:13 313:5
cool 127:8
cooley 2:9
cooper 30:20
31:9
coordinating
222:25 223:13
223:14,17
225:2 227:16
coordinator
224:18
copied 106:13
copies 126:20
copy 3:14,17
55:12 85:4
206:4 326:7
341:14,17

copying   112:14
core   226:14
corner   152:19
corning   97:5
corp   113:12,13
corporate   50:5
   227:25 231:22
   235:2 341:5
corporation
   1:8 2:15
correct   18:18
   25:11 48:23
   74:6 75:18
   76:25 122:9
   128:16,19
   137:8 170:7
   177:3,6 195:17
   213:5 250:23
   251:3,7 254:20
   259:24 318:4
   328:9,13,14,15
   328:17 329:16
   330:24 331:5
   331:23 336:6,7
   337:17,18
   339:12 342:9
corresponden...
   186:10
corsa   93:6
cost   124:7
   127:10 341:3
couch   152:4
   159:25

counsel   3:6,17
   6:23,25 13:17
   13:21 69:4
   74:3 83:2
   84:10 314:4,10
   317:21 318:2
   346:19
count   110:24
   224:14 305:2
country   46:18
   50:20 56:15
   79:8
counts   110:3
   111:7,8,18
   112:5,16
county   347:6
couple   45:15
   52:12,19 53:14
   53:17 55:20
   68:17 79:15
   101:5 134:8
   156:8 199:3
   201:4 243:6
   325:11
course   6:13,24
   11:16 19:10
   23:10 50:24
   65:20 68:20
   141:2 144:14
   172:10 193:15
   214:8 218:12
   228:14 254:2
   264:25 266:14
   274:3 282:24

   290:5 294:23
   302:19 320:2
court   1:2 3:13
   6:18 12:5
   23:12
court's   315:23
cousins   292:19
   292:20,24
cover   10:25
   308:15
coverage   201:8
covered   143:17
   152:8 167:16
   167:17 202:14
covering
   140:24
covid   320:15
coworkers
   73:23 74:17
cranberry
   159:3,7,8,10,22
   159:23
crane   124:11
crawl   154:20
create   201:12
   212:9 321:6,22
created   36:8
   145:19 200:13
   209:13,16
   210:18 212:5
   213:3 214:15
   320:23
creates   202:2

creative   38:22
   145:12
credit   38:25
   153:19 154:2
crew   329:10
crime   180:24
   310:11
criteria   57:16
crotch   166:15
crude   163:23
crunch   144:19
crunching
   302:2
crushed   98:17
cto   50:4
cuff   139:11
culture   235:21
cunt   323:19,20
   324:25
curious   265:13
current   73:23
   74:16 129:16
   319:3
currently   19:9
   22:13 312:11
   313:9
curse   283:8
   290:14
cursing   283:12
   283:13
custody   318:11
customer
   233:11

cut 241:7
249:19,21,22
282:22
cute 166:21
242:10
cv 1:6
cyclical 96:8

**d**

d 3:2 15:16
16:17 30:20
207:2 342:2
344:2
daily 215:19
226:8
dallas 95:18
dance 198:9
dancing 198:5
darn 340:9
date 1:12 39:19
76:5 106:5
114:22 115:15
116:14 118:14
128:3 188:5
199:10 203:22
205:21 250:13
252:25 257:5
277:6 299:20
303:16 311:24
319:9 343:4
dated 76:23
115:3,22
179:17 251:11
254:7

dates 25:4
37:24 59:3
300:2
dating 146:17
147:3
daughter
101:13,15
david 110:10
110:13,14,14
day 5:18 34:11
86:11 95:7
96:13 118:25
119:4,6,8,22
120:2 121:17
122:16,19
124:15,19
156:16,19
159:9 174:19
197:25 207:17
207:17,25
267:5 277:20
277:23 291:14
320:23 321:8
342:19 343:22
347:22
daylight 156:25
days 3:16 7:18
15:20 129:24
193:7 205:13
228:12 327:10
328:2,7
daytime 329:24
deadlines
275:17 276:4

deal 44:14
45:23 46:2,4
122:3 127:10
293:3
dealing 140:7,9
140:11
dealt 45:24
46:25 47:17,19
47:20
debatable
85:19
decade 59:10
59:15
decades 93:3
december 95:4
95:14 96:6
204:2
decent 152:22
276:17 282:23
decided 27:24
36:9 60:24
decision 101:19
334:4
decisionmaker
269:5
decisions 226:5
deck 173:10
deep 46:16
135:13
defamation
11:4
defamed
296:17

defeated 96:14
defeating 98:22
defendant 1:16
2:9,14 40:5
322:18,19
defendants 1:9
defended
284:15
defending
186:2
defense 308:22
defenses 312:9
323:4
definitely 86:3
148:22 149:3
153:24 161:14
163:6 166:24
170:17 252:16
304:9 306:21
336:23
definitively
311:17
defunct 59:16
delancey 1:3
2:5,19 4:14,16
44:25 51:4
55:3 57:2,7,18
61:12,20,23
62:7 64:22
67:17 70:19
71:2 72:23
74:13 76:14
77:9 83:14
88:4 89:24

93:20 99:6
103:4,18 105:5
118:18,24
120:6 121:16
122:9 125:2
128:8 129:3
130:10 135:16
136:5,13
139:13 140:24
142:8 144:8
145:20,24
155:14 157:17
159:11 170:14
171:24 174:7
176:2,13,18
177:25 179:4
180:3,18
181:18 183:6
183:25 188:9
190:7,10 191:8
191:14 192:15
193:6 196:23
198:12 199:14
199:16 200:24
200:25 204:2
210:18 211:11
214:25 215:9
216:12 218:25
220:10 227:7
230:21 231:6
242:2 243:13
243:18,21
244:14 245:8
245:14,15

249:3 257:11
259:4,15
260:16 261:15
263:6,15,17
267:17 270:17
271:11 273:2
277:17,21
285:21 289:23
294:19 296:8
298:2 300:2,4
300:15,23
302:2,3,4,25
305:9 306:8
308:13 313:8
314:4,8,17
333:5,25
335:24 336:10
336:21 343:3
**delancey's**
  55:12 56:20
  117:18 137:20
  143:16 186:6
  307:25 332:25
  333:11 335:4
  335:10,12
**deleted**  72:4,5
**delineated**
  323:11
**delineates**
  324:19
**delineation**
  84:25
**deliver**  285:4
  287:2,16

**delivered**
  339:22
**delivering**
  274:23,24
  286:25
**delray**  222:7
**demand**  111:11
**demanding**
  283:22 338:9
**demotion**
  222:18
**denies**  176:25
**denise**  112:7,10
  112:10 250:21
  250:24
**dennis**  113:23
**deny**  177:4
**denying**  297:22
**departed**  33:4
  192:15 313:23
**department**
  27:9 41:17
  44:8 45:25
  111:17 131:12
  221:19 254:12
  279:24 301:2
  321:15,18
  328:25 329:2
**departmental**
  211:20
**departments**
  54:15 138:19
  182:19 196:12
  201:22,23

**departure**
  133:4
**depending**
  223:20
**depends**  94:21
  96:8,9 226:12
**deposed**  4:23
  8:7,10 9:5,7,11
**deposition**  1:16
  3:8,9,14 4:20
  6:12,20 7:16
  8:20 9:2 13:19
  82:21 137:18
  218:22 267:13
  319:22 324:17
  343:4
**derek**  111:19
  111:22
**derived**  140:23
**describe**
  151:15 152:14
  164:12 165:11
  185:23 186:3
  215:7
**described**
  166:7 170:22
  179:13 181:16
  184:8,23
  185:15 190:4
  216:18 328:12
**describes**
  171:25
**describing**
  155:17 163:13

164:3,6,19
165:10 171:13
175:24 184:13
259:6
**description**
206:2,4 344:16
345:7 346:7
**descriptions**
314:23
**designed** 50:20
193:25 208:17
**desired** 127:18
**desk** 46:4,5,21
46:23 139:24
139:24,25
140:15,18
141:15,21
142:4 144:5,24
147:14 152:5
202:3,4 207:21
207:23 273:15
273:22 285:18
330:2,17,17,20
337:20
**despised**
304:19,22
**despite** 249:11
**detail** 139:10
221:13 258:17
330:20
**details** 11:23
62:14,21 63:12
281:9

**determine**
193:17 208:2
208:22
**determined**
324:7 336:4
**determining**
194:4
**device** 72:25
136:10 313:9
**diane** 250:20
**diatribes**
298:18
**died** 167:24
200:3 201:9
**diego** 140:10
**different** 25:19
27:4 36:3,10
47:4,7,9 49:21
53:16,18 58:15
79:8 87:15
88:24 94:5
108:5,22
109:15 113:8
138:19,19
141:8 142:20
150:21 172:4
175:14 179:22
182:7,20
183:12 196:12
196:12 198:13
207:16 213:7
223:20,21
225:19,23
233:13 234:17

235:17,17,21
235:22,25
258:20 261:22
261:22 265:10
269:24 329:2
330:13
**digital** 35:7
326:13,21,24
**dime** 287:17
**dining** 152:3
**dinner** 168:2
**direct** 31:17
32:2,11,21
274:25 286:20
331:18,21,24
332:21,25
**directed** 275:8
276:20 283:13
**direction** 36:10
**directly** 31:25
50:11 55:18
57:12 114:13
133:8 151:21
152:12 162:3
169:10,18
288:24 299:9
304:25 330:9
333:15
**director** 78:17
86:22 87:18,19
87:24 88:2
241:13 284:22
**discern** 208:22

**discipline**
318:8 333:5
334:15
**disciplined**
318:22
**disclose** 38:17
39:3 69:5
**discovery**
117:24 146:3
164:16 181:16
184:9,11 305:3
323:12 324:8
324:16,20
333:15 338:15
**discrimination**
325:16 326:5
326:17
**discuss** 110:9
111:2 132:7
134:24 138:7
138:12 182:2
217:3
**discussed** 7:13
106:14 309:3
**discussing**
63:19 160:5
292:9
**discussion**
75:25 112:3
113:2 130:15
130:17 190:9
**discussions**
62:6

**disgruntled**
133:6 285:6
294:4,17,20
**dismissed**
10:12 11:17
**dispute** 176:16
338:23
**distributing**
212:12
**distribution**
206:6 210:25
**district** 1:2,2
**division** 87:13
118:5 169:18
181:5 235:13
**divisions** 131:8
136:2 182:15
233:4,13
234:17 235:6
235:22
**document**
39:17,22 76:3
76:11 106:3
114:20 116:12
118:12 127:25
188:3 199:8
203:20 205:19
250:11,16
252:23 257:3
277:4 299:18
303:14 311:22
312:4 317:19
318:3,6,25
324:16 344:19

344:21 345:10
**documentary**
19:12
**documentation**
153:15 296:21
**documented**
254:3
**documents**
6:17 39:13
106:17 130:14
184:12 232:16
249:16 312:7
312:11,14
315:19 316:23
317:7,11,17,23
318:10,13,15
318:19 344:23
345:8,12,14,16
345:18,20,22
346:8,11,13,15
346:22,23
**doing** 13:13
18:21 42:6
86:25 89:11
93:21 97:4
98:10 119:24
129:6,7,19
139:7 142:22
144:14 181:14
195:7 204:18
207:12 221:17
226:11 228:13
272:19 274:23
276:7 291:10

292:10,16
309:14
**dollar** 231:5
**dollars** 19:6
**domain** 58:17
60:9 61:2,5,7
**dominant**
163:21 164:18
166:14
**dominion** 8:25
9:4
**don** 200:17
**door** 151:20,21
152:7 154:12
305:23
**dos** 116:20
**dot** 49:6,7,13
49:23,23,25
58:23 60:11
69:21 71:10
211:25
**double** 76:15
**doubt** 125:19
144:3 168:4
172:17 173:2
340:11
**downs** 133:5
**downtown**
222:9
**dozen** 32:17
47:2 287:17
**dozens** 65:12
93:11 180:15

**draft** 322:7
**draw** 154:13
**dream** 157:22
**dreaming**
27:20
**dressers** 152:17
**dreyer** 15:16
**drink** 81:8
158:17,21,24
158:24 159:14
161:24 167:14
172:24
**drinking** 155:7
159:23
**drinks** 45:16
133:22,24,25
134:4,6,7,15
135:3 155:22
305:14
**driscoll** 284:21
**drive** 4:11 14:8
**driven** 180:25
**drop** 20:12,16
**dropped** 20:11
**drugged** 199:3
**drugs** 6:8
172:22,23
**drunk** 172:15
**dryer** 152:11
**due** 290:5
**duly** 4:3 342:5
347:13
**duration** 31:12
31:19 34:22

216:3 226:25
**duties** 129:17
131:15 226:9
**dynamic** 263:7

**e**

**e** 2:2,2 3:2,2
15:16,16 16:17
30:20,20,21
207:2 342:2
344:2,11 345:2
346:2 347:3,3
**ear** 191:15
**earlier** 82:24
89:8 123:24
179:13 184:8
187:5,19 190:4
221:12 228:3
243:15 259:20
282:21 314:10
316:12 322:14
**early** 96:3,21
263:12 268:23
269:12 287:21
**earn** 19:22
**earned** 18:11
18:20 19:3
20:2
**easier** 59:18
**east** 113:9,10
273:21
**easy** 228:24
313:18

**edge** 41:17 42:9
44:6,13,17
45:24 46:24
47:5,10,14,20
48:2,18 51:7
51:12,16
117:25 118:8
122:5 131:12
133:16 140:3,6
140:19 141:22
142:2,7 143:17
144:11,25
145:2 180:23
181:24 182:3,7
182:11,18,22
182:25 183:17
183:19 186:6
187:15 197:20
202:17,21
206:2,20 209:2
209:9 211:22
212:5,9,20
215:9 216:4,6
216:12 217:8
218:6 220:11
230:21 232:9
232:19 233:2,8
233:9,10,12,15
233:20 234:5
234:15 235:8
236:8,11,23
237:17 249:15
258:22 265:12
267:18 268:2,6

268:10,13
273:14,22
285:19,21
286:5,10,23
299:11 304:6
304:13 317:2
320:22,25
321:6,11,20
322:10 328:11
329:7,9,13
332:8,12,16,18
332:21 333:6
333:12 334:3
334:10 337:19
**edge's** 321:14
**edgecombe**
14:18
**edit** 206:4
208:15
**edited** 320:23
322:5
**editing** 211:4
**editor** 211:6
322:4
**editorial** 226:4
320:18
**effect** 3:12,15
62:17 83:22
213:25 228:17
297:23
**effective**
117:14 251:13
**efficient** 144:16
144:20 145:4

**efforts** 316:19
**eight** 30:9 69:7
73:15 75:13
171:22 280:13
281:11
**eighth** 198:25
**either** 28:9
79:14 98:23
114:16 191:25
223:14 259:25
320:5
**election** 33:18
34:11
**electronic**
235:18
**electronically**
72:3
**elevated** 88:2
**elevating**
280:11
**elevator** 45:12
139:2 146:11
146:13 151:18
173:23 174:2
278:25 328:19
**elicit** 97:18
**ellipses** 245:22
**ellipsis** 290:25
**email** 48:23
49:9,14 57:24
58:7,8,9,12,13
58:16,21 59:8
59:21 60:13
61:4,9 68:24

69:23 71:16
105:17 106:8
106:12,14,15
111:6,14
118:23 119:11
119:14,15,16
119:20 120:2
125:12 128:16
128:20 129:23
136:16 137:2
145:22 146:3
181:15 188:8
193:4 196:25
198:3 200:8
203:7 204:18
210:20,22
217:11 240:17
240:22 242:22
244:3 274:17
293:18 294:13
318:17,21
321:10,13
334:7 337:21
339:13
**emailed** 43:6
58:6
**emailing**
112:12
**emails** 43:10
49:12 59:21
69:19 118:17
125:18 128:7
137:3 138:11
138:18 199:13

200:6 203:25
312:24 321:3
321:15,21
334:6
**embarrassed**
63:8 67:14
**embedded**
226:22
**embossed**
124:11
**emoji** 99:17
305:10
**emotionally**
290:20
**emotions** 218:7
**empathy** 247:4
**employed**
36:14,17
281:10 330:24
333:6
**employee** 47:18
47:25 48:2,18
51:7 114:14
117:9 122:15
133:12 169:23
182:7 253:25
273:13 275:10
276:21 321:6
332:12,16,18
332:22 334:16
334:19,23
337:6
**employees** 47:9
50:11 51:11

52:14 112:8
113:8 121:23
122:6,20 123:7
125:3 127:13
132:19,22,24
133:16,22
134:15,21,22
134:22,24
181:11 182:4
182:10 183:17
197:20 202:22
253:4,5 284:3
294:5,17 307:4
316:25 323:17
329:7 332:8
334:9
**employer** 8:19
26:14,16 65:8
74:4
**employment**
10:18 36:20
43:19 54:2
170:12 216:3,5
250:17 251:24
254:6 289:22
326:15 332:15
334:13
**encounter**
173:5 261:12
263:24
**encouraging**
181:22 186:14
**endeavors**
181:22

**ended** 92:20
241:4 243:8
**endorse** 57:8
326:14
**endorsed** 281:7
**endorsement**
187:12 244:17
244:21
**ends** 303:18
**engaged** 164:21
200:5
**engaging**
286:17
**enjoyed** 307:2
**entail** 26:8
**entered** 152:12
**entertaining**
174:12
**entertainment**
123:4
**entire** 123:18
135:14 164:8
166:12 214:21
291:16
**entirely** 171:16
**entities** 46:23
211:25 235:8
**entitled** 250:16
**entity** 47:7
49:21 108:5
330:15
**entry** 102:13
**envelope**
338:11

environment
284:10 325:2,3
envision 99:8
99:13 104:15
ep 280:2,5,8,15
281:15 291:6
291:20
equally 85:24
erased 72:4,5
errant 316:17
errata 343:2
error 317:4
errors 276:13
276:14
escalator
278:25 328:23
especially
123:3 265:23
275:18,21,24
276:11
esq 2:6,7,11,17
essentially
29:24 84:19
95:6 115:23
286:4
establish 17:23
18:2
established
18:14 20:2
37:18,19
estimate 18:23
19:3
et 69:9,20 72:5
212:2 281:12

282:7 284:17
292:22 297:3
298:10 312:7
312:12 313:13
343:4
ethic 191:9
230:13
europe 266:21
evans 2:17
323:8,23 325:8
325:10 339:6
341:14 344:6
evening 25:14
93:17 94:18
96:20 150:24
156:20 157:4
165:9 325:12
event 213:9
338:14
events 176:25
177:4 307:10
eventually
22:18 25:21
37:5 110:20
181:24
everybody
120:24 197:23
201:22 241:16
269:22,23
300:18 306:23
320:17 327:20
evolved 125:24
283:12

evolving 155:2
exact 66:8
175:15 208:9
291:21
exactly 25:5
36:22 37:15
71:6 102:17
150:23 165:8
171:10 249:8
301:3 321:2
exaggerating
287:12
examination
4:6 325:7
339:8 341:19
344:4 347:12
347:14
examined 4:4
example 12:9
86:3 88:3
101:8 137:6
163:22 235:2
248:14
examples
169:21
exceedingly
123:5
except 3:21
170:14
exchange 70:25
71:6 294:24
excited 101:24
104:8 157:25

exciting 90:16
exclamation
290:24 305:10
306:5,7
exclusive
252:13
excuse 287:25
288:8 307:18
executive 26:3
28:12 30:14,15
30:25 31:3,7
31:10 33:12
34:14,20 35:3
35:5 78:11
79:12,21 80:7
80:25 84:14
85:2,8,12
86:21 110:16
224:19 225:5,7
251:6 254:15
254:16 258:6,7
258:9 280:12
executives
191:16 236:3
exhibit 39:14
39:18,21,21
76:4,6 86:13
99:5 105:25
106:4,6 114:18
114:21,23,24
116:9,13,15
118:10,13,15
127:23 128:2,4
187:25 188:4,6

199:6,9,11
203:18,21,23
205:17,20,22
216:17,19
218:16 220:2
250:9,12
252:21,24
254:4 256:25
257:4,7 264:16
277:2,5 299:16
299:19,22
303:12,15,17
311:20,23
344:15,15
345:6,6 346:6
346:6
**exhibits** 327:2
344:13 345:4
346:4,19
**exist** 53:16
**existence** 150:3
**existing** 330:16
**exists** 72:16
**expected**
286:25
**experience**
47:15 129:15
191:4 202:7
222:2 233:11
336:19
**experienced**
110:7
**expert** 219:20

**experts** 262:13
**expired** 102:25
**expires** 343:25
**explain** 28:21
81:4 84:17
310:19
**explained**
123:24 168:20
221:11 284:25
289:10
**explore** 187:20
**express** 133:9
229:15
**extensively**
202:14
**extent** 283:11
288:19
**extra** 129:19
**extremely**
280:20 281:2
**eye** 81:19 82:7

**f**

**f** 3:2 347:3
**fabricate** 309:9
**face** 99:16,24
104:9,19 179:7
200:25 316:2
**facebook** 70:25
76:14 77:22
92:13 104:4,5
157:22 186:22
220:5,9 242:19
257:10,14,16

264:19 265:7
277:16 312:19
**facilitate** 329:4
**facing** 117:10
208:6 321:16
**fact** 59:24 95:4
96:12 249:11
283:23 307:17
**facts** 294:18
**fagerty** 112:7
112:10
**fair** 125:15
200:17
**fall** 74:10 146:5
146:21 148:8
148:14 149:6
185:11 226:9
**falling** 103:17
**false** 296:17
**familiar** 47:8
93:7 229:17
230:6 299:4,10
**families** 293:15
**family** 151:3
216:18
**fancy** 124:12
**far** 6:17 48:8
66:12 69:16
71:19,23 85:6
99:3 136:2
138:16 163:24
167:21,25
256:22 275:19
296:16 300:21

307:3 312:24
318:13 323:13
324:6 333:14
**fast** 245:21
**favor** 57:12
228:13 250:6
**favors** 189:24
**fbn** 211:25
**february** 99:10
99:19 220:6
240:14
**federal** 1:19
**feed** 215:4
232:20 234:6
236:10,11,18
**feedback** 335:9
335:21 336:2
**feel** 91:7 126:16
193:7,9 195:22
196:19 197:12
216:21 234:21
308:3
**feeling** 290:17
**feelings** 246:19
**feet** 151:10
**fell** 87:21
**felt** 93:25 94:2
103:7 107:3
217:7 288:22
**fiber** 207:8
210:25
**field** 225:24
226:18 304:3
329:12

**fifth** 98:21
**fight** 282:6
**figure** 237:7
**figured** 33:18
  109:18
**figuring** 110:2
  219:14
**file** 11:2 12:4
  108:12,16,21
  289:15,17,19
  337:3,8
**filed** 6:17 11:15
  12:24 20:7
  264:4 290:7
  312:9
**filing** 3:7
**filippatos** 1:20
  2:4 4:14
**fill** 39:7 90:5
  112:15 303:22
**filling** 29:21
**fim** 211:25
**final** 85:9
**finance** 111:12
  111:16,23
  112:4,12
  250:25
**find** 58:13
  67:17 70:21,22
  71:13 82:2
  83:12 97:18
  100:7 104:21
  105:21 138:4
  154:3 166:17

195:12 207:18
209:16,23
210:5,5 228:24
228:25 314:15
**finding** 243:8
  262:13
**fine** 5:18 102:7
  249:17
**fingerprints**
  210:14
**fired** 246:13
  265:20
**firm** 4:14 13:7
  40:9 239:4,5,6
  256:20
**first** 4:3,19 8:9
  10:8,14 21:12
  21:13 26:22
  29:25 32:22
  37:11 40:4
  41:24 76:22
  82:4 86:24
  89:13 100:15
  115:2 118:25
  119:4,6,8,22,25
  121:17 122:16
  122:19 124:15
  124:19 135:15
  137:20 147:21
  163:12 170:24
  183:18 187:14
  193:4 196:22
  199:17 221:9
  223:3 226:9

229:17 230:21
231:14 232:12
232:17 241:18
251:16 252:2,2
270:11,24
277:8,10 278:3
291:4 305:12
306:21 309:13
313:12 316:9
320:14 322:24
325:13 329:14
342:5
**fishing** 184:10
**fitness** 103:16
**five** 7:6 16:24
  21:2 38:18
  39:2,5,6 40:25
  77:16 78:8
  84:12 88:15,16
  89:17 97:11,20
  98:11 114:11
  127:3 195:19
  198:14 228:10
  291:5 312:6,16
  319:18 337:3,8
  338:6
**flagship** 98:13
**flip** 40:11
**flirtatious**
  263:9 279:8,14
**flirtiness**
  166:24
**flirting** 184:6

**flirty** 171:9
  242:11
**floor** 44:22,23
  154:13 173:19
  174:2,5 278:24
  279:2 300:25
  330:18 339:22
  340:10
**floors** 146:14
**florida** 14:5
  16:8,9,12,17
  21:8,9,11,14
  40:24 55:19
  56:13,23 57:3
  88:16 99:7,13
  100:23 101:2
  101:18 104:15
  172:2 183:14
  187:21 188:19
  191:2,11
  216:19 226:17
  241:6,16,18
  246:21 247:13
  249:18 269:13
**flown** 271:3
**fnc** 211:25
**fnn** 106:7
  114:24 116:16
  118:16 128:5
  188:6 199:12
  203:24 205:22
  250:15 254:5
  344:21,24
  345:9,10,13,15

345:17,19,21
345:23 346:9
**focus** 20:23
327:6
**focusing** 96:19
**folks** 109:16
111:12 155:24
198:21 218:14
250:24
**follow** 69:3
131:11 145:16
326:21
**followed** 332:2
**following** 67:16
**follows** 4:5
315:8
**footage** 207:9
212:16,21,23
213:15
**force** 3:15
252:17
**foregoing**
342:8
**foreign** 46:22
139:25
**form** 3:21
28:20 29:2,18
32:16 35:12
38:20 41:23
42:17 47:12
48:4,20 52:10
52:16 54:7
60:3 61:14
62:25 65:19

67:3,11,20
68:3 75:3
79:19 80:5,15
81:15 82:14
91:10 92:7
124:17 125:6
134:18 135:11
138:10 143:19
144:2 155:11
156:13 158:14
161:17 164:25
170:3 176:8
190:22 191:18
198:18 208:25
212:7 215:24
229:8 230:4
256:4 289:8
326:12,12,13
340:2
**formal** 307:13
335:17
**format** 81:9
291:21
**former** 73:23
74:17 236:3
**forming** 261:21
**forms** 39:7
**fort** 222:5
**forth** 119:18
196:14 228:21
229:4 248:9
294:16 306:11
326:23 347:13

**forward** 34:23
36:4 83:19
138:20 208:6
**forwarded**
336:10
**found** 71:3,8
183:25
**four** 53:8,22
60:18 69:8
88:17 148:3
152:3 154:14
220:2 224:12
225:9,11
241:17,18
299:23 305:7
346:14
**fourth** 174:5
**fox** 1:8,8 2:15
2:15 8:19
11:14,16,25
13:6 21:14
25:8 26:15
27:3,7,18,23,24
27:25 28:2
29:10 33:8,21
34:22 35:4,13
35:20,22 36:15
38:3,9 41:16
41:16,19 42:3
42:9 43:20,24
44:6,13,13,17
45:11,19,23,25
46:2,17,23,24
47:3,5,6,9,13

47:18,19,20,22
48:2,18,22,23
48:24 49:2,3,7
49:9,13,14,19
49:23,24,25
50:7,11,12,14
50:16 51:7,9
51:10,12,14,16
52:14 53:4,17
54:2,5 58:8
60:19 72:15
73:2,4,5,16,19
75:5,8,9 77:4
77:15,18,21
78:2,5,8 81:20
81:23 84:12
90:5 95:5,9,13
95:15,21 96:10
96:13 97:11,20
98:2,11,25
105:5,11
106:20,21,22
106:24 107:9
107:23 108:2,3
108:11,20
109:6,14,19
110:20 112:21
112:25 113:11
113:12,22,25
114:6,11 115:4
117:19,25
118:6,7 120:21
121:7,13 122:5
122:15 123:8

124:4 125:3
129:11 131:9
131:12 133:16
135:9,17
136:19 137:21
140:3,6,12,15
140:19 141:5,7
141:11,22,25
142:4,7,23
143:4,6,8,17
144:11 167:16
169:22,23
170:6,11
179:15,17,20
179:20 180:23
181:2,23,24,25
182:3,6,8,11,11
182:15,16,17
182:18,22,22
182:24,25
183:17,19
186:6,20
187:15 188:10
188:15,23
189:9,13,16
191:15 192:14
192:15,20,24
197:12,20
199:25,25
200:4 202:11
202:17,21
206:2,20 207:4
207:12,19,25
209:2,6,6,8

211:23,24
212:4,20,23,24
213:5 214:7
215:9 216:3,5
216:12 217:4,8
218:6 220:11
229:23 230:21
231:8,11 233:2
233:4,17,24
234:2,3,5,16,17
234:24 235:3,4
235:8,9,9,9,23
235:23,24
236:4,6,7,8,14
236:23 238:5
240:25 248:10
249:14 251:11
253:3,25
255:13 256:15
256:17 258:22
259:4,7,12,14
259:15,18,25
260:4,7,12
262:14 265:12
265:18 266:3
266:12 267:17
267:25 268:6
268:10,13
269:22 273:12
273:22 276:20
276:21 279:18
284:4 285:16
285:18 286:6,9
286:9,23

291:23 292:2
294:5 296:19
296:25 299:5,7
299:11 301:5
304:4,6,8,13
305:12,16,23
306:22 307:2
311:18 312:22
313:23 314:24
315:3 316:7,13
317:2 318:9,22
318:23 320:3
320:22,25
321:6,11,14,20
322:9 324:25
325:10,14,15
325:20 326:15
328:10 329:6,7
329:8,13 330:4
330:4,7,12,14
330:16,17,24
332:7,8,12,15
332:16,18,20
332:21,24
333:4,6,9,12,18
333:24 334:2,9
334:9,16,19,23
336:9,12,22
337:3,6,7,19,19
338:6,12
340:10,20
341:6
**frame** 223:4

**framing** 162:9
**frank** 222:19
**freaking**
247:25 298:9
**free** 121:9
**freedman** 2:9
7:4,24 314:9
**freelance**
128:12 129:12
129:13,15
130:2,4 131:22
131:24 336:9
336:22
**french** 207:3
**frequency**
215:8
**frequent** 179:2
**friday** 328:5
**friend** 99:22
126:23 148:10
183:7,15,17
197:17 228:3
228:13 239:3
241:11 249:24
305:21
**friendly** 57:13
127:20 183:8
197:11 281:8
305:15
**friends** 42:3
48:13 65:21
103:13 134:10
139:5 149:12
149:16 151:4

173:17 179:19
180:3 184:10
184:24 188:21
197:11 203:7
216:19 226:20
237:23 238:11
257:15 304:4,8
306:13,23
**frivolous** 10:12
11:2 12:24
**front** 5:7 39:20
76:6 86:14
224:14
**frontier** 17:9
**fuck** 275:25
**fucking** 282:5,7
282:14 283:4,6
283:18 284:2
288:2,5,8,11
304:17,21
337:16
**fulfilling**
273:23
**fulfillment**
340:18
**full** 22:3 89:2
119:15
**fully** 95:16
216:21
**fun** 198:6
222:10
**function**
313:12,18

**funeral** 293:13
**funneled** 140:2
**furniture**
152:15
**further** 3:20
65:5 66:13
68:4 151:22
325:6 329:10
339:7 341:13
342:8 347:16
**future** 264:12

**g**

**g** 16:17 197:13
197:15
**game** 171:15
**gamed** 172:10
**gaps** 29:21
**gasparilla**
16:16
**gathering**
329:20
**gatherings**
45:15
**gay** 134:15,20
149:14 154:22
155:3,3 163:13
168:25 169:3
171:18,19,25
172:3,5,8
179:10,16,21
261:10 263:10
271:14 291:25
302:9 303:6

307:18 308:14
309:22 310:20
**gays** 308:16
**general** 87:15
113:20 133:2
**generally** 12:23
**generic** 312:25
314:7
**genitals** 162:3
175:9
**gesture** 124:5
126:25
**getting** 59:18
146:19 154:17
167:22 178:9
178:10 201:3
201:18 222:11
223:5 231:24
231:25 246:10
264:9 275:20
275:21 294:9
298:18 323:6
330:20
**gift** 120:7,10,11
120:13,15
231:9 232:2
**gifts** 120:8
231:4
**gig** 129:16
**give** 5:4 17:5
65:7 120:6,10
120:14,16,21
131:4 192:7,22
205:6,7 218:9

218:11 231:13
332:20,24
**given** 5:4 9:16
21:17 56:22
57:11 142:25
191:14 192:3
215:12 280:25
315:23 332:4
336:21 342:10
347:15
**gives** 221:25
**giving** 4:19
205:8 293:18
**glad** 309:11
**gladly** 101:16
222:6
**gmail** 59:17
69:21 71:10
312:18 313:14
313:16 318:24
**go** 4:25 7:10
36:10 45:11
53:5,6 57:5
70:16 71:18,20
89:8 92:13,14
101:12 121:4
121:11 128:18
131:3 138:20
141:14 142:3
145:5 150:6
151:18,18
153:14 154:19
154:23 157:11
171:10,20

173:11,13
174:7,15
175:19 177:21
178:6,20 179:9
180:6 194:3
206:21 207:19
209:15,19
210:10 211:8
219:13,17,22
221:3,14
226:20 231:10
271:6 281:3
282:21 302:15
302:17 303:8,9
307:10 328:19
328:21,21,23
328:23
**goes** 41:6 74:6
75:15 142:5
194:6 237:20
251:17 276:14
284:12
**going** 5:10
39:12 51:18
69:2 89:13
99:5,7,13
100:9,14
104:15 105:10
105:20,25
130:16 132:6
133:23 143:9
150:25 155:23
157:14 160:3
169:2 175:16

197:13 201:10
201:23 205:23
217:20 221:20
223:6 227:5
228:20,21
229:4,14,22
230:20 232:7
246:16 248:16
248:17 251:10
261:9 263:10
270:16 276:3
277:7 282:19
282:21 287:9
290:10 291:8
291:18 295:24
310:19 316:14
320:14,15
324:10 332:19
**gonzalez**
241:12
**good** 4:12
36:13 56:6
86:11 96:13,15
145:24 181:14
181:18 183:15
190:15,17
191:5 192:19
192:24 222:22
226:18 227:6
228:18,20,24
229:25 230:14
230:15,18
239:15 243:16
248:7 267:21

268:6 274:23
288:14,18
292:22 293:18
307:3
**goodwin** 299:3
299:25 300:5
303:6
**goodwin's**
300:13
**google** 313:17
**gotten** 183:5
228:10
**grab** 174:25
175:9 231:11
**grabbing**
166:15
**graduate** 20:10
**grande** 16:17
40:19
**graphics**
222:11 228:23
229:2
**great** 56:11
65:22 86:25
91:19 100:13
139:10 203:3,8
203:10 227:12
234:3 237:10
237:22 238:22
238:23 242:2
242:10,13
243:14,21
244:7,15 245:8
245:15,24

246:5,11,16,19
247:17,20
257:9 260:13
260:17 292:21
308:23 310:3
**greatly** 309:6
**green** 308:15
**greenberg** 2:7
**greta** 27:13,14
29:8,15 30:8
31:6 45:22
47:25 48:11,17
50:8 105:2
202:14 222:20
223:8 224:7
251:14 253:13
268:16 269:8
270:10 280:3,5
280:8 281:12
291:7,20
310:10
**greta's** 33:19
42:24 43:7
**grew** 21:6,8
77:12 82:4
89:17 96:24
101:18
**grill** 173:15
**grossberg** 13:7
73:25 74:12
256:2 322:14
322:16
**ground** 5:2,9
91:20 329:18

**group** 52:12,14
68:10 77:11,19
77:21,25 78:3
78:5 81:20,23
82:6 88:18
96:9 113:23
114:2 181:18
200:10,11,13
201:13,14
202:6 210:22
225:12 286:6
330:5,13
**grouped**
321:12
**groups** 95:24
200:16 202:2
321:10
**guess** 8:12
29:15 68:15
110:5 178:24
185:6 204:12
239:12 242:10
297:18
**guessing**
224:13
**guild** 26:4,6
78:22 85:5
114:14
**gun** 226:23
**guy** 155:5
184:12,23
191:10 237:10
269:25 280:20

**guy's** 61:25
**guys** 42:13 43:6
68:16 87:6
98:6 136:8
138:21 147:15
154:9 158:17
159:19 171:2
173:8 174:18
175:10 257:15
293:4 296:10
306:13

**h**

**h** 344:11 345:2
346:2
**ha** 201:2,2
292:21,21
**half** 22:21
149:4
**halfway** 152:6
279:6
**hall** 231:11
**hallway** 328:23
**hamburger**
94:8
**hamilton** 148:6
**hand** 45:18
57:24 175:5
211:12 214:16
347:22
**handbook**
326:8
**handed** 55:5
62:4 63:8

228:4
**handful** 7:9
45:7 52:2
**handle** 11:23
**hands** 95:24
161:12 162:2
**handsy** 260:23
261:7
**hang** 158:22
307:9
**hanging** 152:5
157:14 204:14
**hannah** 88:9,10
90:8 93:5
**hannah's** 93:5
**happen** 88:20
111:3 155:13
162:10 163:10
164:3 170:19
170:20,23
175:20,21,25
177:10,15,16
177:19 228:8
262:16,20
270:2 271:24
275:16,19
276:7,11
289:16 292:2
**happened** 6:3
67:18 96:21
100:2,3,22
163:7 166:17
171:8 174:19
174:21 177:8

177:18 178:4
186:13 190:15
200:5 203:6
213:17 223:16
237:4 238:18
243:5 248:5,22
248:22 259:17
263:21 264:23
265:22 271:4
281:14 282:11
283:15 289:12
295:4 300:17
337:25 338:19
338:25
**happening**
64:15 75:5
86:3 95:20
214:22 248:16
276:2 279:4
302:11 337:13
**happens** 12:12
36:11 167:24
248:4 261:24
276:10 291:24
293:15
**happy** 66:22,24
67:6 111:12
126:22 218:5
233:7,9 234:2
234:14
**harassment**
75:7 325:21,24
326:5

**hard** 83:21
242:17 243:3
281:25 286:24
287:7
**harlem** 148:7
**harsh** 276:8,16
**hashtag** 259:2
**hastings** 2:14
**hat** 231:12
**hate** 163:23
243:9 309:22
**hats** 123:2
**head** 109:5
110:3,24 111:7
111:7,18 112:5
112:15 113:15
113:17 224:14
291:17
**heads** 131:9
**hear** 101:3
133:21 134:23
324:25
**heard** 133:7
214:22 279:3
279:19 298:2
300:20 313:24
319:24 333:13
333:14 335:9
335:20 336:2
337:12
**hearing** 9:21
**heavily** 199:22
**heights** 148:7

**held** 1:19 35:9
44:5 75:25
269:13
**helicopter**
212:18
**hell's** 149:24
154:23 171:19
171:22 198:24
**help** 101:20
102:9 104:21
180:19,24
188:9,17,18
189:19,20,23
244:24 281:9
**helped** 56:21
187:10 295:6
**helpful** 188:14
338:18
**hereinbefore**
342:11 347:13
**hereunto**
347:21
**hey** 103:19
139:6,11 193:7
215:2 220:21
264:22
**hi** 86:17
**hid** 307:17
**hide** 12:6
**hierarchy**
223:18 225:11
234:16,20,22
235:21,24
236:7

**high** 87:12
111:16 234:8
258:5 276:4
**higher** 189:9
223:24 224:2
224:19 236:8
329:17
**highly** 288:16
**hire** 38:23
55:23 115:15
186:6 222:22
226:5 227:6
228:20 229:22
298:9 306:5
307:12 332:7
334:23
**hired** 54:14
60:24 115:4
229:16 262:12
270:7 322:24
332:17
**hiring** 65:23
107:25 187:22
217:11,17
232:15 269:2,6
269:10 332:3
332:12,16
**history** 49:12
92:22 334:12
**hit** 16:23
194:22 195:5
196:21 270:15
307:23 308:9
309:21

**hoda** 94:12
**hold** 23:24
34:18
**hole** 53:8
**holidays** 68:13
**home** 14:19,23
14:24 16:18
39:4 150:25
155:13
**hometown**
129:4
**homophobic**
291:24 295:18
295:23 311:2,8
311:10,15,17
**honest** 153:7
158:7 308:3
**honestly**
307:17
**honig** 303:24
307:22
**hook** 246:20
**hope** 264:25
293:6
**hopefully** 239:9
239:20
**horrible** 92:12
167:24 308:15
**host** 97:3,8
129:9 203:3
**hosting** 61:7
129:4
**hot** 99:22
103:10

**hour** 91:19
**hourly** 130:5
**hours** 90:5 91:4
  94:11 95:7,9
  95:10 282:20
  327:23
**house** 16:18
  211:24 212:11
  212:22 329:6
**housing** 100:20
**houston** 95:18
**hr** 109:6 112:3
  112:4,8,12,14
  112:25 113:2,5
  113:7,16 114:4
  114:7,10,13
  116:23 117:10
  250:24 269:3
  275:9 289:14
  298:9
**hudson** 14:3
  15:3
**huge** 282:6
**huh** 23:7,9
  76:24 90:14,17
  119:2 146:8
  150:15 187:7,9
  199:15,19
  237:25 240:16
  254:8 264:3,21
  265:3 300:3
**human** 132:7
  132:11,14,19
  132:22

**hume** 33:14
**hundreds** 65:12 66:17
  228:8
**hung** 60:25
**hunt** 112:8
**hunters** 226:23
  269:14
**hurricanes** 16:23 88:17
**hurried** 245:21
**husband** 13:20
  15:14 84:8,10
  149:4 309:23
**hypothetical** 145:8 209:25
  263:3

**i**

**icu** 309:23
**idea** 12:11
  58:10 64:9,13
  105:18 132:5
  132:15,20
  134:13 143:15
  156:24 157:2,5
  158:10 174:16
  204:15,24
  220:20 248:21
  270:19 271:22
  300:16 306:20
  340:25
**ideas** 13:2

**identification**
  39:18 76:4
  106:4 114:21
  116:13 118:13
  128:2 188:4
  199:9 203:21
  205:20 250:12
  252:24 257:4
  277:5 299:19
  303:15 311:23
**identified**
  69:20 73:25
  74:9 75:16
**identify** 41:3,8
  69:8,18 72:2,6
  73:23 75:14
**imagine** 125:13
  256:20
**imessage**
  119:19 137:6
  313:3
**immediate**
  257:20 300:13
**immediately**
  257:22 300:8
**impact** 96:2
  192:8
**impede** 295:5
**implication**
  229:10
**implied** 228:19
  306:2
**implying**
  233:16

**importance**
  94:17
**important**
  85:18,21,25
  86:9 91:22
  92:5,9 94:12
  95:3,12 96:11
  96:17 97:7
  102:9 143:21
  253:5,24
**impossible**
  59:19 177:7,9
  177:14
**impress** 127:15
  297:18
**impressed**
  126:14
**impression**
  67:9 191:15
  192:4,7,23
  218:9,12
  232:24 233:2
  280:25
**inaccurate**
  37:23 96:25
  259:21 310:4
**inappropriately**
  278:20
**incapable**
  262:23
**inception** 35:18
**incident** 170:22
  278:18 279:4
  280:6 281:5,14

282:10,12
283:17 287:14
302:11 309:4
**inclined** 310:10
**include** 46:20
202:5
**included** 95:17
117:24 325:24
**includes** 235:8
263:14
**including**
247:13
**income** 18:19
19:3,23 38:2
116:4
**incomplete**
145:7 209:25
263:2
**increase** 217:21
**increasing**
333:11
**indicate** 83:13
83:16 92:10
93:24 132:10
278:5 339:24
**indicated**
330:21
**indicates** 117:4
**indicating** 91:6
92:3
**individual**
75:14,17
283:14 300:7
300:14 308:10

333:23
**individuals**
41:3 111:16
314:13
**industry** 21:2
27:22 85:23
86:23 88:14
89:15 94:24
96:7,22 102:14
123:24 127:7
195:20 238:24
248:2 265:23
276:18 278:2
287:17 320:5
**inebriated**
172:21 173:3
**inews** 137:2
193:12,21
194:21 195:14
197:22
**infer** 129:14
130:13
**inflate** 244:20
296:5
**inflated** 244:16
**influence** 6:7
188:23,25
189:4 192:13
**information**
41:4 68:22
72:3 81:24
184:11 201:18
209:23 218:2
270:15 287:22

293:22 294:18
315:25 346:22
346:23
**initial** 200:19
**initially** 22:11
25:13,18 32:8
37:3 49:6
226:15 326:10
**innuendo**
263:13
**inquired** 304:9
**inquiring**
101:21
**inside** 155:15
**instagram**
312:20
**instance** 51:14
166:4 276:19
**instant** 196:9
**instructions**
332:2
**instructor**
103:16
**intended**
158:21 196:2
316:18
**intention** 196:3
196:24
**inter** 321:18
**interact** 48:2,6
48:12,16 274:2
**interacted**
43:20 274:7

**interaction**
43:17 336:12
**interactive**
327:2
**intercourse**
165:15,21
166:3
**interest** 131:13
179:25 215:6
229:15
**interested**
132:4 135:6
144:6 165:7
227:10,20
229:6,11
268:24 347:19
**interesting**
106:18 203:6
277:10,20
**interfere**
131:15
**internal** 50:6,9
106:19 121:2,4
125:14 130:8
208:10 339:20
**internally**
207:14
**international**
139:25
**internet** 12:10
**interpret** 81:12
**interrogatories**
40:9 312:2
344:18

**interrogatory**
41:2 69:7
71:25
**intervals**
326:21
**interview** 57:18
62:13,17,19,23
63:4,11,16,19
64:8,24 65:9
66:2,23,25
67:7 144:5
180:5 187:2,6
187:8 190:6
203:4 223:2
249:12 270:4
270:16,18
271:5,8,19,23
272:9 307:14
320:16 335:11
335:22 336:3
**interviewed**
28:3 54:4
186:16 190:12
190:14 272:4
**interviewer**
222:23
**interviewing**
268:17 270:25
**interviews**
269:6 271:24
**introduce**
131:8 180:2
**introduced**
107:11 180:7

**introducing**
180:9
**investigation**
132:14
**investigative**
22:19
**invite** 134:15
171:14 180:8
**invited** 134:20
134:21 180:16
180:16 293:13
305:14
**involved** 12:25
84:22 85:14
179:22,24
199:22,24
200:12 265:19
268:16 269:4
270:21 291:9
**involvement**
186:5 210:21
**involving** 8:19
11:25
**iphone** 43:15
313:2
**iphones** 313:4
313:5
**ipump** 141:7,11
142:2 143:24
144:12 206:5
206:11,18,21
206:25 207:6
207:19,22
208:4,6,16

209:5,8,14
210:17 214:14
218:25
**irish** 53:15,18
**irrelevant**
143:20 267:10
**issue** 43:18
54:12,23
295:24 296:6
323:25 338:4
**issued** 72:15
73:2,4,16
**issues** 110:10
111:3,4 112:17
324:4

---

**j**

---

**j** 4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1

56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1

| | | | |
|---|---|---|---|
| 138:1 139:1 | 206:1 207:1 | 274:1 275:1 | 342:1 343:1 |
| 140:1 141:1 | 208:1 209:1 | 276:1 277:1 | 344:1 345:1 |
| 142:1 143:1 | 210:1 211:1 | 278:1 279:1 | 346:1 347:1 |
| 144:1 145:1 | 212:1 213:1 | 280:1 281:1 | **jack** 113:24 |
| 146:1 147:1 | 214:1 215:1 | 282:1 283:1 | **jackson** 199:23 |
| 148:1 149:1 | 216:1 217:1 | 284:1 285:1 | 200:3,8,13,14 |
| 150:1 151:1 | 218:1 219:1 | 286:1 287:1 | 201:6,8,25 |
| 152:1 153:1 | 220:1 221:1 | 288:1 289:1 | 203:5 210:20 |
| 154:1 155:1 | 222:1 223:1 | 290:1 291:1 | 211:15 230:9 |
| 156:1 157:1 | 224:1 225:1 | 292:1 293:1 | **jane** 93:5 |
| 158:1 159:1 | 226:1 227:1 | 294:1 295:1 | **janna** 1:22 |
| 160:1 161:1 | 228:1 229:1 | 296:1 297:1 | 347:9,24 |
| 162:1 163:1 | 230:1 231:1 | 298:1 299:1 | **jason** 2:11 7:3 |
| 164:1 165:1 | 232:1 233:1 | 300:1 301:1 | 299:2,25 300:5 |
| 166:1 167:1 | 234:1 235:1 | 302:1 303:1 | 300:13,15,22 |
| 168:1 169:1 | 236:1 237:1 | 304:1 305:1 | 302:3,4 303:6 |
| 170:1 171:1 | 238:1 239:1 | 306:1 307:1 | 314:9 |
| 172:1 173:1 | 240:1 241:1 | 308:1 309:1 | **jason's** 301:3 |
| 174:1 175:1 | 242:1 243:1 | 310:1 311:1 | **jeans** 161:15,20 |
| 176:1 177:1 | 244:1 245:1 | 312:1 313:1 | 161:21,23 |
| 178:1 179:1 | 246:1 247:1 | 314:1 315:1 | **jenn** 254:9 |
| 180:1 181:1 | 248:1 249:1 | 316:1 317:1 | **jesse** 147:4 |
| 182:1 183:1 | 250:1 251:1 | 318:1 319:1 | 148:16 150:11 |
| 184:1 185:1 | 252:1 253:1 | 320:1 321:1 | 169:13 179:18 |
| 186:1 187:1 | 254:1 255:1 | 322:1 323:1 | **jim** 284:21 |
| 188:1 189:1 | 256:1 257:1 | 324:1 325:1 | **job** 21:12,13,16 |
| 190:1 191:1 | 258:1 259:1 | 326:1 327:1 | 21:17 22:8 |
| 192:1 193:1 | 260:1 261:1 | 328:1 329:1 | 25:6 26:8,20 |
| 194:1 195:1 | 262:1 263:1 | 330:1 331:1 | 29:23 54:5 |
| 196:1 197:1 | 264:1 265:1 | 332:1 333:1 | 55:7 82:4 |
| 198:1 199:1 | 266:1 267:1 | 334:1 335:1 | 91:22,23 93:25 |
| 200:1 201:1 | 268:1 269:1 | 336:1 337:1 | 94:15 101:3,9 |
| 202:1 203:1 | 270:1 271:1 | 338:1 339:1 | 104:21 105:10 |
| 204:1 205:1 | 272:1 273:1 | 340:1 341:1 | 119:4,24 |

126:22 130:18
143:3,16
145:14,24
153:23 181:14
181:14,18
190:13,16
202:20 203:8
203:10 206:2,3
220:10 221:10
221:25 222:12
227:12,18
229:21 241:4
242:15 243:9
243:14 246:3
246:14,15,23
247:4,5,15,25
248:17,20
258:5 266:23
274:3,23
283:10 285:2,8
286:14 288:14
288:18,23
292:22 307:5
307:11 314:23
322:24
**jobs** 22:5 38:10
122:25 127:5
183:4,5 233:13
268:18 272:5
**joined** 27:3,7
29:10 56:16
105:5 120:7
121:23 224:5
226:10 230:21

231:14
**joining** 314:11
**joke** 185:7,9
293:2
**jones** 86:17,18
86:19 87:9,24
88:5
**jorge** 241:12,15
241:21,23,25
242:17,18,22
243:19,23
244:9,19,25
245:4,5,9,12,14
245:17 248:25
249:4,24 250:6
250:7 294:14
**judge** 3:13 5:7
323:10 324:3
**july** 40:19
115:15 117:5,5
117:6 199:14
251:13 281:17
**jumped** 253:21
285:20
**june** 1:12 254:7
343:4 347:22
**junior** 32:20
100:11 182:24
191:20 331:25
**junkie** 89:15
**justin** 1:8,17
2:10 4:2,10
40:5 49:6,23
58:22,22 60:11

69:20 71:9
121:13 250:17
280:2 291:6,19
304:16 305:11
342:15 343:3,5

### k

**k** 255:17 294:7
297:5,12
**kathleen** 273:7
277:16 292:15
298:7 300:11
**kathy** 337:14
**kcpq** 208:8
**keep** 87:6 89:10
89:11 127:4
134:2 221:20
293:19
**keeps** 320:17
**kelly** 222:21
253:14,14
**kept** 42:13
292:17 298:17
321:17
**key** 64:4 95:17
148:11
**keyboard** 73:8
**kid** 89:14
**killer** 99:22
103:10
**kind** 8:16 9:17
10:21 36:20
38:25 42:2
44:9 73:24

74:18 75:6,7
89:15 102:5
117:2 120:7,13
120:20 123:3
129:3 135:4
138:15 142:14
144:21 151:23
176:17 181:21
183:10 191:4
209:3 215:6
222:18 243:18
246:3,9,12
247:22 262:13
265:15 279:19
286:17 317:19
327:18 330:19
**kinds** 134:20
142:20 196:7
**kings** 347:6
**kiss** 161:4
162:11,12,17
168:12 169:23
174:22
**kissed** 168:8,25
169:5,9,20
**kissing** 162:13
162:19 168:17
170:17,20
**kitchen** 127:3
149:24 151:24
154:23 160:2
171:19,22
198:24

| | | | |
|---|---|---|---|
| **knew** 42:2 | 69:17 71:22 | 127:14,16 | 185:10,12 |
| 54:10 65:9 | 72:22 76:11 | 130:9,15 131:8 | 186:10,16,21 |
| 88:5 89:7,21 | 79:9 80:24 | 131:23 132:13 | 186:21,23,24 |
| 109:24,25 | 81:22,25 82:5 | 132:18,21 | 186:25 187:16 |
| 119:7 120:25 | 82:5,7 83:15 | 133:3,4,8,24,25 | 187:19 188:11 |
| 121:3,21 | 83:20 86:19 | 134:3,9,12,14 | 188:11,14 |
| 123:10 134:5,7 | 87:11,17 88:7 | 134:22 135:2 | 190:11,12 |
| 145:19 157:18 | 88:7,23 89:5 | 135:16,18,25 | 195:4,25 196:3 |
| 158:3 180:10 | 90:16 91:4 | 135:25 136:4 | 196:7,19,24 |
| 183:19 187:21 | 92:9,15 93:10 | 136:25 138:2 | 197:10 198:22 |
| 189:8 203:2 | 94:2,25 96:22 | 138:18,20 | 201:4,12 202:5 |
| 210:18 227:22 | 97:17 99:16 | 139:13 142:24 | 202:7 204:13 |
| 230:15 239:5 | 100:25 101:18 | 144:3 146:14 | 204:19 209:13 |
| 241:16 259:3 | 102:5 103:6,6 | 147:9,12 | 210:12,13,15 |
| 260:5 264:11 | 103:12 104:4,7 | 149:19 150:2 | 210:23 211:5 |
| 265:11 269:18 | 104:11,18 | 150:11 151:13 | 211:10 212:15 |
| 272:13 339:16 | 105:9,19 106:9 | 151:14 153:8 | 212:16,20 |
| **knit** 88:18 | 106:12,23 | 156:25 157:17 | 213:20 214:15 |
| **know** 5:13 8:12 | 107:14,16,17 | 157:20,21,25 | 215:13,18 |
| 10:3,24 11:22 | 107:18,18,19 | 158:2 159:18 | 216:8,24 217:2 |
| 18:19,25 19:25 | 107:22 108:4,6 | 159:20,21 | 217:18 218:3,4 |
| 26:14 36:6 | 108:10,17,18 | 163:13,15,16 | 219:5,11,16 |
| 37:25 38:13 | 108:25 109:4 | 163:18,22 | 220:14 226:7 |
| 42:6,10 43:5 | 109:16,21,23 | 164:13 165:3 | 228:14,17 |
| 45:13,13 46:12 | 109:24 110:13 | 166:22 167:5,6 | 231:19 232:24 |
| 46:13 47:13,17 | 111:3,8,8 | 168:3 171:6,7 | 239:3,6,12,19 |
| 52:19 53:9,12 | 112:15,21,25 | 171:8,9,10,24 | 239:19,23,23 |
| 53:19 54:5,12 | 114:3 117:17 | 172:18,25 | 239:25 240:6,9 |
| 54:13,14 55:22 | 117:21,23 | 173:6 174:9,14 | 240:12 241:8 |
| 56:4,11,16 | 122:14,18 | 176:2,4,12 | 241:15,23 |
| 57:10,13 59:2 | 123:22 124:7 | 178:4 179:17 | 242:6 243:18 |
| 59:3,24 63:3 | 124:18,20 | 182:10,21 | 245:12,22 |
| 64:18 65:24 | 125:7,19,20 | 183:2,2 184:5 | 247:9,9,21 |
| 67:4,12 68:24 | 126:3,24 | 184:5,17 | 248:6,11,13,15 |

248:23 250:5
252:7 253:10
254:10,22
256:9,12,14,22
256:23 258:16
258:22 259:8
260:2 261:18
263:22 264:15
265:15,19,23
266:19,20,22
267:15,20
269:24 270:18
270:20,21,22
271:5,6,8
272:3,22 273:6
273:8,13,16
274:17 275:2
278:11 280:14
284:20 285:11
285:17 288:13
288:22 290:22
291:12,22,24
292:2,19
293:10,20,23
294:3 295:10
295:13,15,23
296:6,9,10
299:2,8,14
300:22,24,25
301:6,11,13
302:12 303:19
303:25 304:5,7
304:8,20,24
305:5 306:18

307:11,12
313:23 319:8
320:24 321:5,9
321:19 323:5
325:9 327:10
329:11 337:24
339:17,20
341:8
**knowing**
244:18 261:18
**knowledge**
41:4 43:17
53:25 54:21
74:16,21
211:17 219:21
230:13 243:16
337:6,11
**known** 33:20
37:5 41:16,21
44:4 202:18
218:2 243:7
258:8
**knows** 247:8
288:15 296:10
**kook** 12:12
**kranz** 111:21
111:24
**kttv** 212:19

**l**

**l** 3:2,2 152:4
154:10 194:23
195:2,5 196:22
197:24 342:2

**la** 200:18
**labeled** 346:11
346:15
**laid** 246:10
247:24
**landed** 186:25
**landscape**
95:22 260:14
**language**
252:12
**laptops** 72:12
**large** 115:12
135:22 341:7
**largely** 185:12
310:11
**larger** 79:13
88:21,22 110:9
111:2,4 112:17
**lastly** 337:14
**late** 23:2
**lateral** 182:22
**lauderdale**
222:6
**lauer** 265:20
**launched** 34:7
34:13 253:12
336:14
**law** 4:14 11:21
239:4,5,5
264:12
**laws** 264:8
**lawsuit** 9:24
41:5 43:19
54:23 69:15

256:2,19
261:21
**lawyer** 247:20
**layers** 33:24
211:7
**layout** 151:15
152:3,14
154:15
**lazy** 234:6
236:24 237:5,8
276:5 282:18
**lead** 95:11
98:24
**learn** 135:23
188:10 216:11
230:18
**learned** 87:2
246:9 293:8
**learning**
184:13
**lease** 148:20,21
148:23,24
153:12
**leave** 27:16
35:20,22,25
36:2 252:18
287:21
**leaves** 293:22
**leaving** 216:12
**led** 81:25
**left** 22:22,25
24:16 30:12
31:6 32:25
36:15,22 38:3

42:25 43:7
89:7 94:13
151:19 152:6
152:18 174:18
177:22 178:16
220:10 226:18
253:14,16
255:13 296:19
**legal** 9:17
254:11
**legit** 221:10
**lengthened**
194:15
**leone** 113:19
**letter** 115:2,7
115:11,21
274:9,11,13,16
275:5,10
276:22 284:16
289:4,14 298:8
298:12
**letters** 275:15
**letting** 109:16
**level** 32:20 44:3
45:11 48:14
100:11 102:14
142:21 182:24
191:20 192:13
223:24 224:2
329:14 331:25
**levels** 328:16
329:6,9
**liaising** 112:4

**license** 212:14
214:11
**licensed** 212:22
213:16
**lie** 244:25
280:11
**lied** 245:4
**lieutenants**
29:7
**life** 91:2 101:18
135:14 164:9
165:11 166:12
232:4,10
233:21 259:10
262:23 292:14
309:25
**light** 156:22
308:15
**liked** 129:19
222:8 234:2
**likely** 43:16
53:25 54:20
**limited** 90:23
**limiting** 315:24
**line** 23:22
24:24 30:6
78:10 79:3,6
80:20 93:19
111:15,15
128:11 194:16
206:4 223:12
223:23,25
224:16,21,23
225:20 227:13

227:15,18
308:20 323:9
343:6
**lined** 246:15
247:15
**liner** 2:9
**lines** 38:25
135:8 194:12
194:12 247:8
324:20
**lineup** 320:5,7
**link** 121:2,4,21
121:25 123:10
123:22 331:13
340:5,5,8,15
**linkedin** 319:7
**lirtsman** 1:22
347:9,24
**list** 320:12,17
321:3
**listen** 283:9
294:8
**listing** 103:8,24
129:11
**literally** 124:12
126:4 219:10
244:23 296:9
**litigation** 8:14
9:14
**little** 19:24
50:17 56:14
63:8 87:14
91:24 126:19
193:22,23

194:5,8,11
225:19,21
263:9 276:8
294:17 301:8
301:16 336:12
**live** 13:25 14:2
14:20,25 100:6
101:14,19
103:4 104:9
129:7 130:16
137:12 147:19
147:25 148:15
148:17 254:19
275:20 276:2
282:8,15,16,18
282:24,25
283:21,23
285:3 286:13
286:14 287:13
287:15 320:10
338:5,9,23
339:4
**lived** 21:10
26:23 42:10,12
137:8 149:13
153:19,24
154:14 155:2
155:18 171:19
172:7
**lives** 15:21
68:24
**living** 40:21
101:21 146:5
153:16 154:16

175:18 222:7,9
271:4
**llc** 1:8 2:15
343:2
**lobby** 328:21
**local** 54:11
55:6 79:2
80:17 86:4
87:14 88:14,15
89:15,16,18
96:15 97:3,8
97:12,21 98:2
99:2 100:24
101:2 123:25
129:6 191:21
221:19 225:18
238:14 241:5
260:3,4 269:21
269:23 270:25
276:12 299:13
**located** 14:15
21:4 44:18
328:11 329:21
**log** 194:7 340:4
**logged** 193:8
193:10,13
194:4,7,19,23
195:4,16,22
196:6,18,20
197:4,20,25
**logo** 123:15
**logos** 127:7
**long** 10:11
14:22 16:20

21:24 22:20
23:24 24:25
25:5 26:11
29:14 33:15
34:18 36:13
39:24 40:2
41:21 56:18
66:8 105:15
109:8 114:8
116:24 133:4
138:3 147:25
158:7,8 159:4
161:24 194:14
194:22 197:2
215:13 216:10
270:13 273:16
285:19 310:18
326:11
**longer** 58:17
72:7,16 110:22
118:20 215:12
293:9 294:6
296:18,20
312:23
**look** 25:4 39:23
71:21 72:25
92:18 106:8
154:4 196:17
197:3,19
219:17,23
221:3 243:3
268:9 278:7
312:14 313:20
314:2 317:10

318:14 321:24
**looked** 82:9
196:5 224:15
280:9 296:21
**looking** 30:11
55:23 56:2,6
56:11 57:16
92:21 100:4,11
100:13 102:18
102:21 115:10
130:13,18
138:11 153:14
184:12,23
185:5 191:3
222:10 227:17
228:4 237:22
241:2,9 242:7
242:20 244:3
261:14 270:14
280:20 315:18
**looks** 82:9
116:19 198:12
222:10 245:20
280:21 320:20
**loop** 112:15
**lorded** 260:15
**los** 2:11 140:10
140:12 212:18
212:19
**lose** 59:7
107:20
**losing** 247:4
248:20

**lost** 222:23
242:15,23
246:3
**lot** 19:24 37:24
46:14 80:22
87:2,8 90:4
91:14 94:9
95:22 111:11
117:9 141:12
141:20,22
150:5 157:18
171:23 179:14
179:16,18,19
183:11 201:9
215:14 220:14
222:20 230:18
234:3,9 251:10
258:19 265:10
265:11,17
270:15 275:19
276:12,13,14
276:14 290:6
290:24 294:3
294:15,16
296:11,13
319:15
**lots** 222:24
330:22
**lou** 113:19
**loud** 275:16
**loudly** 278:10
**lounge** 149:20
149:23 151:13
178:21 197:13

197:15

**love** 96:24
123:23,23
186:3 331:10

**low** 274:20

**lower** 93:18
224:10 322:23
329:18

**lowest** 93:14
297:5,8

**luckily** 243:8

**lunch** 282:22

**lying** 243:20,24
244:6,11

**m**

**m** 30:20 207:2

**machine** 9:3

**mad** 287:15

**made** 90:18
129:25 139:22
142:13 159:2
159:13 176:16
191:21 207:3
208:3,20 210:9
249:9 257:10
272:25 284:13
285:8,9 287:19
292:11 295:22
297:5,11
305:22 308:4
311:16 325:14
325:19 326:4
340:21

**madison** 1:21
2:5

**mafia** 171:25

**magazine**
308:10

**maggie** 101:8

**magistrate**
323:10 324:3

**main** 97:2
238:7

**maintained**
314:25

**major** 18:8
20:23 95:18
143:13

**majority** 212:9

**make** 5:14 17:6
36:3 38:22
45:16 100:15
101:14,22,23
115:14 123:16
126:20 129:18
130:11,18
141:15 142:3
144:7 159:10
159:24 163:25
166:18 181:3
188:20 201:17
210:3 211:8
212:22 214:11
218:13 222:4
226:5,20 243:6
248:2 249:13
249:14 270:23

275:18 288:18
309:8 326:2
341:3

**maker** 85:25

**makes** 91:21
175:12 261:20
338:8

**making** 39:6
55:4 101:19
102:19 110:5
117:25 118:2,3
118:6,7 129:10
130:23 161:23
167:2 212:13
216:21 262:4
294:25 302:15
310:6,22

**male** 278:20

**males** 322:23

**man** 149:14
154:22 168:25
171:19 261:10

**manage** 60:21

**management**
26:10 56:2
84:15,19 91:25

**manager** 43:24
87:15 113:20
140:3 187:22
269:3 276:20
285:24

**managerial**
221:25

**manages** 143:6

**managing**
85:15

**manner** 186:4

**marathon**
201:13

**march** 251:2,12

**mark** 39:14
105:25 111:21
111:24 114:17
116:9 118:9
127:22 128:13
187:24 199:5
203:17 205:16
250:8 252:20
256:24 276:25
299:15 303:11
305:10 311:19

**marked** 39:17
76:3 106:3
114:20 116:12
118:12 127:25
188:3 199:8
203:20 205:19
213:14 250:11
252:23 257:3
277:4 299:18
303:14 306:6
311:22

**market** 56:24
88:16,22 96:12
96:16 97:24
98:15 127:12
183:14 246:22

**marketing**
  127:11
**markets** 56:13
  79:13 95:18
**marks** 290:25
  306:7
**marriage** 172:3
  347:18
**married** 15:18
  15:19 89:4
  167:23 232:4,5
  310:17
**martinez** 54:18
  54:20 55:11,15
  55:23 56:25
  58:14 61:10
  62:5,7 64:23
  65:3,18 67:25
  68:7 190:5
**martinez's**
  346:24
**match** 191:5
**material**
  236:24 273:10
  315:5
**materials** 47:6
  127:11 286:11
  326:25
**matt** 265:20
**matter** 10:16
  10:18,20,21
  41:5 347:20
**matters** 136:19

**matty** 99:22
  102:10 103:9
  103:14
**maureen** 112:7
  112:9
**maximum**
  219:10
**mccarthy** 41:12
  41:15 44:5,25
  45:4 51:20
  53:9,13,20
  135:13 182:3,8
  203:13 278:4
  278:16 279:12
  291:15,18
  300:12 313:21
**mccarthy's**
  46:10
**meade** 30:20
  31:8 32:4
  110:10,12,23
  225:4 254:22
**mean** 10:11
  28:21 39:4
  51:9 54:10
  63:24 65:20
  81:21 83:4
  84:17 88:7,24
  91:3 94:15
  98:8 102:12
  108:23 112:5
  135:22 138:15
  142:18 161:19
  162:8 167:12

  170:5 172:17
  175:12 176:24
  179:21 182:13
  193:9 225:17
  232:22 234:8
  234:20 236:21
  239:10,21
  262:23 292:6
  298:7 302:6
  316:8 320:4
**meaning**
  185:21
**meaningful**
  287:18
**means** 81:7
  195:23 196:21
  204:17 220:8
  245:6
**meant** 46:15
  77:12 232:24
  305:20
**mechanics**
  320:24
**media** 12:15
  17:22 18:5,10
  19:9,18,20
  41:25 69:19
  70:8,17 92:16
  95:22 100:11
  171:23,25
  179:17,21
  180:11,13
  183:14 198:21
  234:25 235:3,5

  235:24 241:17
  260:14 262:11
  265:21 278:2
  319:12,15,16
  330:4,5,7,12,17
  330:17
**medication** 6:4
  6:8 172:22,24
**meet** 7:15
  155:23 157:12
  178:15 190:3
  269:11 315:21
  316:20 317:24
  324:2
**meeting** 7:5 8:4
**meetings** 84:22
  226:4 327:22
  333:21
**megan** 222:21
**megyn** 253:14
  253:14
**mementos**
  127:5
**memo** 251:11
**memorable**
  62:3 63:25
  67:22 128:24
  174:21 178:3
**memory** 168:21
  178:6
**mention** 103:9
  222:12
**mentioned**
  12:23 53:22

54:3 63:21
94:16 110:12
131:16 186:9
232:12 241:14
242:16 309:19
309:20
**mentions** 300:4
**merch** 123:2,23
331:9,10
**merchandise**
339:10 340:22
**message** 76:23
77:2 86:16
99:9,18 100:18
104:14 130:8
157:22 195:7
204:19 216:25
219:24 220:4
232:25 242:14
245:18 264:18
265:5 266:17
277:21,23
281:18 282:2
291:4,11,13
292:9 298:17
314:14 336:15
338:14,16,21
**messaged**
51:15
**messages** 43:10
50:9 100:10
104:24 127:17
138:4 166:23
166:25 184:22

186:12 190:2
194:13 197:13
216:17 219:5
219:17 227:5
240:13 243:3
245:13 263:19
263:20 265:5
267:6 277:8,16
281:3 299:25
300:12 306:14
**messaging** 50:7
200:16 313:12
**messenger**
72:18 136:14
193:12 196:9
**met** 6:23,24 7:9
7:19 12:13
41:24 42:5
45:6 52:7
147:15 149:4
171:9 304:18
306:8
**method** 313:10
**miami** 21:5,7
23:20 24:7
41:25 42:2,5
42:11 45:6
55:3 56:12
77:14 88:9
89:12 101:9
147:6,15,20
222:5
**michael** 199:23
200:3,7,13,14

201:6,8,25
203:5 210:20
211:15 230:9
**microsoft**
116:20
**mid** 138:22
150:10 168:25
171:18
**midwest** 139:8
**milestone**
167:23
**million** 19:6
306:11
**mind** 92:3
135:20 229:13
266:9,15
**mine** 241:11
278:8
**minorities**
307:20 308:8
**minute** 195:20
200:21 282:3
**minutes** 7:6
243:6 276:4
292:14 319:18
**misconduct**
73:24 74:18
**misinterpreted**
171:7 261:16
262:18
**mislead** 250:2
**missed** 216:18
**missing** 186:12
215:12

**mission** 211:20
**misstates** 51:24
66:4 165:17
**misstating**
177:12
**mode** 119:12
**model** 17:6
**moment** 246:18
264:10
**monday** 34:10
328:4
**money** 38:22
39:11 55:4
85:25 101:22
102:19 111:18
112:2,5 115:13
118:6 129:10
130:11,18,23
187:18 216:22
218:13 236:18
295:2 341:3
**monitoring**
210:24
**montalvo** 254:9
**month** 33:13,15
238:3,9 314:11
**months** 34:5
37:11 73:15
101:15 156:8
253:13,15
313:24
**moonlight**
129:3

**morning** 4:12
24:13 81:7
85:22,23 86:7
90:13,23 91:2
91:13,17 92:2
92:4 93:14,19
93:22 94:7,10
94:14,19 95:11
95:20 96:10,13
96:15,20 97:3
97:8 101:10
198:14 226:19
**mornings**
22:18 95:2
**mortgage**
115:11
**mortgages**
38:25
**motion** 264:9
**motivated**
309:8
**motive** 305:25
308:25
**mouth** 162:7
**move** 56:22,24
65:4 68:5 99:7
99:13 100:14
104:15 110:3
127:19,19
148:4 157:23
157:24 182:15
281:10
**moved** 26:19
55:19 77:14

89:16 102:8
147:7,8 148:25
149:2,3 150:11
150:12,13
155:5 156:7
157:18 191:11
222:13 241:12
253:18 338:12
**moving** 27:21
27:21 36:4
111:7 122:11
122:12 138:20
181:22 185:14
222:13 249:16
**msnbc** 27:23
109:15
**mugs** 127:2
**multiple**
215:22 238:19
250:4 271:2
281:7
**murder** 226:17
**murdered**
199:4
**music** 92:17
**mutual** 134:9
**mykel** 41:11,15
41:24 131:17
131:24 132:6
135:13 182:2
232:8 237:10
237:17 278:15
291:4,5 300:12

**n**

**n** 2:2 3:2 16:17
342:2 344:2
**naked** 198:5,9
**name** 4:8,12
15:15 37:2
58:17 60:8,9
61:2,5 71:17
89:2 93:5 97:5
121:5,9 122:17
123:12,16
126:21 148:20
148:22 182:13
183:22 190:6
193:22 194:8
194:19 195:3,9
195:12 230:23
249:10 293:3
297:3 303:21
303:23 313:13
313:13 325:9
331:16 336:16
336:18 339:21
340:9 343:3,5
**named** 11:21
13:6,12 52:25
54:17 109:3
273:6 299:2
322:17
**names** 123:8
135:17,19
148:21,24
196:22 208:12

231:19 321:20
331:4
**narrative**
261:22
**nation** 235:9
**national** 46:22
139:24 140:15
140:17 142:4
144:22 202:4
207:21,23
213:13 247:12
273:15,24
285:18 334:3
**nationally**
213:17
**nature** 8:17
10:13 86:7
166:4 283:19
310:14 327:17
**nbc** 22:12
44:12,12 53:17
54:22 55:9
68:8 99:23
102:11,12,20
109:17 131:20
147:11,12
150:19 179:18
179:19 187:5
236:3 249:12
249:13 270:17
271:19,24
272:5,9 335:5
335:12,14,23
336:4

**nd** 241:21
242:13
**near** 159:23
**necessarily**
29:6 86:9
107:19 234:4
**necessary**
29:21
**need** 5:17 39:23
101:23 121:10
139:19 142:19
145:13 185:22
315:2 340:3
**needed** 68:25
102:18 110:3
136:23 192:23
213:20 226:19
**needing** 247:4
**negative** 133:7
**negotiate**
253:21
**negotiated**
253:12 255:8
**negotiating**
252:13
**negotiation**
252:2
**neighborhood**
102:23 150:14
172:7
**neither** 114:12
294:5 300:15
311:18

**nervous** 122:12
**net** 38:13,18
39:3
**network** 1:8
2:15 37:6,8
50:16 90:6
91:11 94:21
97:2,7 101:11
135:24 140:17
143:14 180:14
191:22 206:16
206:17 223:25
224:3 225:21
228:2 235:9
252:10 321:17
**networking**
88:25
**networks** 18:9
44:9 127:4
141:8 207:8
236:16 265:18
327:19
**never** 9:20
12:13,14 31:3
45:10 57:7,14
62:9 75:5
87:25 108:8
114:15 117:7
117:11 132:16
133:7 139:20
163:7 164:22
165:2 166:17
169:9,17 181:2
183:9 184:19

184:21 187:2
189:21 191:7
193:8,10
195:22 196:20
214:21,25
218:8 228:14
229:17 230:7,8
231:3,5 248:15
262:22 263:5
263:13 272:14
272:18 276:16
279:3,16 280:9
281:7 282:13
284:9 288:5,11
289:22 295:22
304:24 306:8
307:8,13 325:3
332:3,4,13
333:3,7,8,13
334:11 335:25
337:12,16,20
337:21,23
339:16
**new** 1:2,21,21
1:23 2:6,6,16
2:16 4:4,11
14:3,7,8,10
25:8 26:19,23
27:5,21 35:4
42:12 45:4
52:6,8 55:5,19
56:24 77:16
83:7 86:11
95:15 97:4,8

97:24 98:13
99:8,14,16
100:6,15,21
101:4,5,10,13
101:19,21
102:4 103:4
104:16,18
105:5,10
117:19 122:5
122:11,12,15
127:19,19
129:10 130:16
137:8,21
143:14 147:7,8
147:22 149:15
151:4 152:22
156:8 157:18
157:23 158:2
169:2 172:2
180:11,13
183:15 217:22
222:11 227:12
227:17 228:21
228:22,23
229:3 239:18
247:5,14
249:13,15,20
250:17 259:6
261:10 266:3
266:24 270:14
270:25 286:22
300:14 305:16
306:9 314:19
322:4 343:2

347:5,10
**newbee** 101:6
**newborn**
101:13
**newer** 151:25
**news** 1:8 2:15
10:25,25 25:16
25:23 26:6
27:3,7,18,23,25
28:2 29:10
41:16,17 42:9
42:9 43:25,25
44:6,11,12,12
44:13 45:23
46:3,6,11,24
47:5,6,10,14,18
47:19,21,22
48:24 49:3,7
49:19 50:2,11
50:12,14,16,17
50:25 51:9,14
54:11 55:6
60:19 75:8,9
78:8,17 79:2
79:10,12 80:17
85:17 86:2,4
86:11,22 87:12
87:18,19,24
88:2 89:15,16
89:18 90:5
94:18 95:20
96:20 97:11,20
97:21,21 98:2
98:18 99:2

100:25 101:2
106:20,22,24
107:9,23 108:3
108:11,20
109:6,19
112:22,25
113:11,13
115:4 117:25
118:7,7 121:7
129:6,11 131:9
131:12 140:3,6
140:12,19
141:7,11,22
142:2,4,5,7,18
143:8,13
144:24,25
145:2 167:16
169:24 170:9
180:23 181:2
181:24 182:11
182:16,18,22
182:24 183:19
188:15 191:21
192:15 195:19
199:25,25
200:4 201:7,24
202:11,17
206:2,19,20
207:12,23,24
207:25 209:2,6
209:6,9 210:24
211:24 212:4
212:20 213:5
213:13 214:7

216:6 217:4
221:19 224:2
225:18 229:23
231:11 233:2,5
233:5,17,24
234:18,18,24
235:3,4,8,9,13
235:14,23,24
236:4,6,7,14,17
236:23 238:14
241:13 248:10
249:15 258:22
259:18,25
260:7 262:14
265:12 266:3
267:25 269:21
269:23,23
270:25 273:12
273:22 276:12
284:22 285:19
286:5,6,9,23
297:2 299:13
301:5,5 304:6
305:16,23
311:18 317:2
320:25 321:11
321:14 322:9
325:10,14,15
325:20 326:16
327:16 328:10
329:7,13,20
330:4,12,14,17
330:17 332:7
332:15,20,24

333:4,9,18,24
334:9,16,19,23
336:22 337:6
337:19,19
338:12
**newscast** 24:14
79:7 81:5
91:19 93:17
95:7 98:5
141:13 282:19
320:10
**newscaster**
129:12 130:2,4
**newscasts**
130:6 208:16
287:11
**newsman** 33:20
**newspaper**
141:24
**newsroom**
194:10 279:18
329:23
**newsrooms**
196:11 275:16
**nice** 99:15
104:17 122:13
124:15,22
126:25 127:9
199:16 200:23
200:24 202:20
203:14 237:14
244:22 246:17
248:6,8,18
290:14,18,19

292:12,18
294:10
**nicer** 126:19
222:6
**night** 154:20
155:8 198:13
198:16 200:4
204:11,22
**nightly** 327:15
**nights** 197:14
**nightstand**
152:24
**nightstands**
152:21 153:5
**nine** 141:3
259:23 260:6,9
260:11
**ninth** 198:25
**nissan** 17:8
**non** 312:11
318:10
**nonconsensual**
75:21
**nonresponse**
315:22
**noon** 80:18,23
**normal** 78:21
144:14 171:17
266:5
**normally** 55:17
160:2 200:10
**notary** 1:22 4:3
342:22 343:24
347:9

**note** 297:11
**notepad** 121:14
123:14,14
124:6,10
126:21
**notepads** 121:5
121:6 126:7
330:23 331:4
331:15 341:11
**notes** 71:7
213:12,24
214:5
**notice** 1:18
**november**
198:4
**number** 41:2
43:3 45:18
53:22 54:17
68:19 69:3,6,8
70:2 71:25
73:17,19,22
75:13 96:11
100:23 121:19
224:11 229:22
293:18,25
312:6 314:23
316:6,6,22
318:7,25 319:2
329:17 344:16
345:7 346:7,25
**numbers** 69:19
70:4 224:13
321:21 340:20

**numerous**
11:21 122:10
219:2 258:20
**nyc** 260:14
300:7

**o**

**o** 3:2 30:21,21
207:2 342:2
**o'connor** 225:3
**o'grady's** 53:4
**o'reilly** 253:16
253:17
**oath** 3:12 5:4
**obama** 167:20
**object** 289:18
**objection** 10:22
28:19,25 29:17
32:15 35:11
38:19 41:22
42:16 47:11
48:3,19 51:23
52:9,15 54:6
57:19 58:4
60:2 61:13
62:24 64:11
65:19 67:2,10
67:19 68:2
75:2 79:18
80:4,14 81:14
82:13 91:9
92:6 124:16
125:5 134:17
135:10 138:9

142:10 143:18
143:25 145:6
155:10 156:12
158:13 161:16
164:24 165:16
166:5 168:13
168:18 170:2
171:4 176:7,22
177:11 178:17
178:22 180:21
181:8 184:2
185:19 190:21
191:17 192:9
192:25 197:6
198:17 202:23
208:24 209:24
211:13 212:6
213:6,23
214:19 215:23
229:7 230:3
234:19 240:4
240:11 244:12
245:10 246:6
247:2,19 249:5
253:6 256:3
260:19,24
262:25 264:13
267:7,22 270:8
273:3 274:14
278:21 284:5
288:3,9 289:7
289:20 294:21
295:19 298:14
298:24 301:17

301:21 308:19
309:15 311:4
311:11 314:5
316:18 317:15
323:2,8,22,24
324:9 339:14
**objectionable**
316:2 317:24
**objections** 3:21
316:21 317:6
**objective**
226:14
**observation**
123:7
**obtained** 69:9
69:13
**obvious** 111:5
310:7
**obviously** 6:15
103:25 104:3
128:18 129:9
130:20 180:4
220:8 226:6
236:5,9 240:6
278:11 285:4
287:18 312:23
326:11
**occasionally**
87:8 151:6
**occurred** 83:24
280:6
**october** 193:6
220:3,12
221:21 257:11

264:18
**offense** 232:8
308:23 310:3
**offensive** 308:7
**offer** 27:23
109:14,17
180:2 188:9
190:16
**offered** 27:17
100:16 190:13
322:22
**offers** 101:3
**offhand** 63:21
63:23 71:7
**office** 45:9
120:4 121:6
123:18 231:11
231:21 269:14
287:21 317:5
327:12 328:3,8
**offices** 1:20
**officially**
131:10
**oftentimes**
174:3
**oh** 42:22 62:12
89:12 119:25
129:14 141:16
153:18 196:21
238:22 239:6
240:20 269:24
282:19 291:19
300:8 302:5
304:16 312:16

330:10
**okay** 4:17 12:8
62:12 89:12
128:6 216:8
246:16 277:9
298:19 330:8
**oklahoma**
141:17
**old** 17:11,12
23:4 103:2
116:19 127:7
149:14 164:9
193:18 219:9
219:17 227:18
241:11
**older** 154:24
**omg** 306:6
**once** 10:4 24:13
45:16 47:18
79:10 124:23
155:22 166:17
167:21 210:12
262:2,24
279:18 289:23
300:19 302:2
338:20
**ones** 154:24
207:4
**ongoing** 107:2
109:13
**online** 7:21
**open** 100:9
102:23 151:24
195:14 302:19

**openings**
242:23
**openly** 134:19
**operated** 24:7
25:8 41:19
44:15 47:14
95:13 211:24
340:7
**operating**
142:17
**operation** 26:5
78:20 211:18
237:9
**operations**
21:22 46:15
321:14
**operator** 22:11
**opinion** 235:12
235:15 237:13
269:16 301:5
**opportunities**
138:18 187:20
187:23 190:24
**opportunity**
136:6 188:15
232:10 233:21
246:23 268:10
**oprah** 214:10
**oral** 166:4
324:21
**orbit** 109:6
**ordeal** 126:10
**order** 91:22
121:5 122:2

125:13 126:2
207:8 231:20
315:24 320:12
324:4,5,13,15
339:25 340:7
340:22 341:6
341:11,14,16
**ordered** 125:11
125:16 126:7
126:19 331:3
339:11
**ordering**
125:23 231:22
231:24 330:22
**orders** 339:12
341:3
**ordinary**
174:12 272:2
**organizations**
179:23
**original** 3:9,17
**orlando** 240:25
241:9 242:6
249:20,22
294:15
**oswaldo** 54:18
55:2 190:5
272:6
**otr** 109:11,22
139:19 142:9
180:20 206:12
**outcome**
347:19

**outing** 168:2
**outlook** 200:16
**outside** 119:21
127:13 134:10
134:16 151:4
235:22 261:9
323:3,13 324:6
**overall** 46:24
98:17 232:23
**overlap** 48:15
169:16 200:15
**overlapped**
289:23
**overly** 279:14
**overnight**
200:22
**overnights** 94:6
**oversaw** 29:8
46:24 110:17
**oversee** 79:14
80:25
**overseeing**
46:15,19
225:22
**oversight** 33:25
**overstated**
243:17
**overtly** 279:8
**overview**
310:12
**own** 14:13,19
16:11,25 17:3
17:13,15,17
36:19 91:24

113:5,7,7
122:2 123:12
211:6 235:6
321:6
**owned** 15:6
22:13 23:16,17
24:7 25:8
41:18 42:4
44:15 47:2,4
95:13 211:23
212:12,23
226:24 286:11
**owner** 15:13
**ozzie** 55:2,6,20
56:5,21 68:25

## p

**p** 2:2,2 3:2
22:14 30:21
**p.m.** 24:14,22
24:24 25:23
26:6 78:8
79:10,12 80:10
80:19,24 82:21
85:17,21 86:6
86:8,11 87:4
90:25 97:12,13
97:19,21 98:2
98:5,18,21,23
137:16,18
198:4 200:21
218:20,22
221:22 222:14
222:14,19,19

229:23 253:15
267:9,11,13
319:20,22
341:18
**package** 37:12
200:20 222:11
228:23
**packages** 200:9
**pads** 297:11
**page** 40:4,12,12
40:25 41:8
69:7,18 72:6
73:22 74:15,20
76:22 86:16
90:2,9 93:20
99:6,23 102:11
102:12,13
115:2,21
117:13 118:24
135:15 193:5
198:4 199:18
205:24 220:2
222:3,5,15
223:5 232:7
237:19 239:8
242:8 248:25
264:17 279:25
281:18,19
290:12 296:8
297:17 304:15
305:4 307:15
312:6,10,16,16
314:22 315:6,9
318:7,25 319:2

319:7 320:19
339:19 343:6
344:4,16,25
345:7,24 346:7
346:23
**pages** 221:15
277:8 291:5
305:7
**paid** 37:7
**painstakingly**
310:7
**palm** 22:12
238:8
**pants** 161:8,12
175:6
**paper** 124:13
126:18,20
322:6 326:12
340:12
**papers** 83:8
**paragraph**
92:12 258:4
**parameters**
324:19
**parent** 108:5
**parentheses**
90:15
**parents** 167:23
**park** 2:10,16
110:14
**part** 11:24 22:4
47:17 53:15
64:4 66:13
68:8 85:4

129:8 130:6
145:15 159:18
161:21 162:20
162:23,25
182:8 198:13
211:9,18 236:4
256:18 268:22
270:3 322:8
333:21
**parted** 36:6
**partially** 269:4
**participate**
268:2
**participating**
327:5
**particular**
24:11 27:11
84:23 95:2
107:6 145:3
200:6 201:24
311:13 315:19
**particularly**
42:18 45:6
61:9 95:21
**parties** 1:18 3:7
8:23 347:17
**parts** 56:15
**party** 8:14 9:14
9:23 10:9,14
11:18 13:3
45:15 154:19
**partying** 155:6
**pass** 104:22
186:19 228:18

**passed** 64:10
172:3 186:24
190:2 191:5
213:3 218:13
245:6 249:9,23
268:25 281:6,9
335:4,8,20
**passing** 228:11
**passive** 215:11
**past** 6:4 11:22
101:25 278:13
**path** 44:12
269:24
**paul** 2:14,17
325:10
**pay** 37:12 55:8
59:23 61:7
120:8 125:9
222:2
**peers** 98:7
**peloton** 103:16
**pencils** 231:18
**pens** 231:17,18
**people** 11:2
12:4,25 38:23
39:11 41:9
42:3 47:4
52:13 53:4,17
56:6,6,11,12
72:18 78:2
81:3 85:15
88:19,19,23
89:10,11 94:9
96:23 101:17

101:20,25
102:9 111:10
112:4,13 114:6
114:7 122:2
123:9 133:5
134:3 135:17
135:23,24
136:10 157:18
165:10 166:18
171:23 172:4,6
172:9 174:13
179:16,19
180:7,9,16,17
182:14,19
183:3,4,11
186:3 188:17
194:11 195:19
196:8 199:3
203:16 215:15
221:7 222:24
225:22 226:21
228:2,10
230:18 234:9
242:20,25
246:17 248:7
250:21,25
258:20,22
259:7 260:23
261:24 263:11
265:11,20,21
265:23 266:11
268:3,17
270:14,14,20
274:21 275:23

276:5 278:2
279:20 282:17
291:25,25
293:23 294:24
295:7,25 296:2
296:11,15
298:3 300:17
300:19 302:14
307:2 309:22
310:25 311:18
320:6,7 329:4
329:12,12
331:9
**people's** 208:12
**percent** 50:19
145:16 153:18
217:12,21
251:21 255:21
255:21
**perception**
107:21
**perfect** 296:15
**performance**
267:16 268:2
288:23 316:7,9
316:11 335:10
335:21 336:3
**performed**
126:24
**period** 31:24
33:13 36:22
43:18 54:12,23
58:19 59:4
61:17 85:20

88:17 109:7
154:18 164:21
170:23 179:11
184:16 187:4
191:22 223:7
223:21 224:20
253:8,11,21
263:24 270:4
327:6,9 331:13
333:24 334:11
**periods** 327:16
**person** 7:20
12:14 28:15,24
38:22 41:11
46:14 55:18
57:15 65:16,23
69:8 74:8 79:3
79:24 80:21
87:17 100:12
114:3 117:10
122:13 165:13
167:15 168:24
182:24 228:12
238:15 244:15
248:24 258:14
269:19 297:25
298:19 300:19
306:9 326:20
326:24
**personal** 10:16
48:14 58:8,12
58:15,21 60:13
73:3 230:9
248:14 283:13

289:17 313:18
318:17,21,24
337:5,11 338:4
**personality**
185:24
**personalized**
297:2,11
**personally**
266:23
**personnel**
108:12,16,21
289:14,19
337:2,8
**persons** 69:11
69:12
**pertained**
141:10
**pertaining** 46:7
200:7 201:8
**petting** 278:19
291:16
**phone** 43:3
68:17,19 69:2
69:6,19 70:2,4
73:12,13,15,16
73:19 105:17
143:9 154:2
210:10 220:19
282:15 313:4
314:18 321:21
346:24
**phones** 137:3
**physical** 171:3

**physically**
165:18,22
209:21 279:9
**pick** 128:12
129:13
**pictures** 92:12
92:18 184:7
213:15
**piece** 194:6
200:21 202:19
211:6 213:18
214:14 282:3
309:21
**pieces** 201:9
307:23 308:9
**pin** 207:23
**pinecrest** 4:10
14:8
**pissed** 297:19
298:4
**pizazz** 56:14
**place** 63:13
82:3 93:23
94:20 96:5
102:6 138:25
145:10 150:8
238:22 263:11
270:18,19
271:9,23
327:13 342:11
**placed** 125:13
303:21
**places** 88:24
149:22 150:5

178:25 196:13
230:17,19
238:19 265:11
**plaintiff** 1:4 2:4
40:6 43:18,21
43:24 75:16
**plaintiff's**
39:17,21 43:19
54:21 76:3
106:3 114:20
116:12 118:12
127:25 188:3
199:8 203:20
205:19 250:11
252:23 257:3,7
277:4,12
299:18,21,23
303:14,18
305:7 311:22
344:13 345:4
346:4,10,12,14
346:16
**plan** 154:13
171:11 264:9
**planning**
178:20
**plans** 287:21
**planted** 314:20
**platform** 37:4
92:16
**play** 332:11,15
333:10,18
334:3

**please** 4:8 5:13
248:25 264:17
275:3 292:23
**plenty** 123:9
**pllc** 1:20 2:4
4:14
**pm** 201:3,4
202:16
**poaching** 97:7
**podcast** 336:14
**point** 21:3
25:20 34:22
35:2 42:5 49:9
51:11 91:18
94:17 100:21
110:8 143:22
153:22,23
154:16 158:22
164:17,18
169:15 202:8
202:10 210:9
211:10 226:23
232:10 233:21
240:8 254:24
260:5 271:12
271:18 272:13
273:14,15
289:2 293:2
299:8 306:5
324:24 331:2
333:25
**pointed** 309:12
**pointing** 278:8

**points** 112:13
157:15
**pole** 93:15
297:6,8
**police** 83:18
**policies** 74:4
326:9,18
**policy** 325:15
325:20 326:3
**political** 310:11
**politically**
309:8 310:9,14
**politics** 180:25
308:5 310:24
**pool** 223:3
**poor** 274:20
**poorly** 295:8
**pop** 196:23
**pops** 80:8,9
**popular** 159:9
**portal** 116:23
231:22 339:21
**portion** 329:22
329:23
**position** 21:18
23:25 27:18
28:8 29:15
31:11 32:7
35:9 37:8
54:22 55:6
84:15,16 87:10
87:12,25 94:5
106:24,25
109:10,13,15

130:2,4 136:6
164:10 182:25
186:7,17 223:7
227:21 229:6
229:15 260:13
260:17 262:7
290:11 304:9
335:3 336:9,22
**positions** 32:18
44:5 47:9
163:24
**positive** 57:2
107:17
**possession**
312:12 318:11
**possible** 65:9
74:24 134:19
144:15 158:21
158:23 165:18
165:23 171:2,6
171:16 172:9
172:24 176:5
182:23 201:19
207:8 215:21
244:2,10,16
261:15 266:24
267:3 283:11
286:15
**possibly** 66:18
116:20 125:7
253:20 284:22
293:5
**post** 23:17
70:14 186:23

247:8 257:10
257:18 260:9
263:25 264:19
264:22 265:8
277:24 286:22
291:14 307:25
319:15
**posted** 183:4
221:2 240:21
241:3 242:18
242:21 258:10
258:12 259:22
277:21,23
**posting** 102:21
227:25
**postings** 319:12
**posts** 81:25
221:4 247:10
257:14
**pounds** 160:23
**power** 192:13
260:14,17
**powerful**
189:13
**practically**
198:5,9
**praise** 202:21
202:25
**pre** 171:15
172:9
**precise** 25:15
**prepare** 6:11
6:14,20

**prepared** 7:16
**prerogative**
36:5
**present** 2:19
42:14
**presently** 13:25
**president** 19:13
28:12 31:9
35:6 87:16
110:18,20
113:20 167:21
235:4 254:18
**presidents**
235:6
**press** 83:4,6
309:19,20
**pressed** 195:2
**pressure** 276:4
**pretend** 38:21
**pretends**
302:12
**pretty** 36:12
81:18 88:18
97:6 98:4
136:2 160:15
160:16,24
238:12 242:24
274:25 308:3
341:7
**prevalent**
137:5
**previous** 33:19
47:16 104:13
233:13 314:9

314:10
**previously**
22:13 37:22
55:3 103:22
106:17 136:15
190:23 306:22
309:4 340:16
**price** 339:16
**prices** 124:9
**primarily**
14:25 44:21
**primary** 14:7
24:23 27:12
38:6 72:9
**prime** 27:9,12
47:21 95:11
180:25 254:18
301:5 306:22
306:24 307:11
307:12
**printing** 121:3
340:18,19
**prior** 37:9,17
55:20 147:18
206:5 220:3,12
255:2 259:16
294:12 296:21
296:22
**priorities** 94:22
**private** 81:25
108:7 309:24
313:11 340:5
**privileged**
312:11 318:10

**privy** 287:22
**probably** 8:11
52:4,23 55:7
65:4 68:14
90:8 99:4
100:5 102:14
103:11 110:14
110:23 115:25
116:2 119:16
119:17,23
121:19 134:20
134:21 159:6
193:11 195:19
195:23 196:20
196:23 197:21
197:24 201:12
206:10 221:2
222:25 224:19
227:17 228:9
228:10 232:11
233:3 241:7
243:17,17,24
246:10 249:22
266:15 269:22
278:2 282:25
283:22,24
284:25 285:20
287:12 288:15
291:5 301:9
304:25 306:4
331:12 339:3
341:9
**problem** 183:9
310:8,16

**procedure** 1:19
142:17
**proceeding**
9:17 131:10
**process** 7:10
18:21 108:18
108:25 125:23
143:2 145:17
146:24 211:9
268:22 270:4
322:9 333:16
335:18
**produce** 18:8
31:4 81:5,7,24
130:5,21 296:3
312:10 317:8
318:9,12
**produced** 19:8
24:14 76:19,20
76:21 87:3
90:22 118:21
247:12 275:21
310:9 311:3
312:23 317:9
320:10
**producer** 20:22
22:17,19,24
23:22,23 24:9
24:17,18,19,20
24:22,24 25:14
25:14,22 26:2
26:4,6 27:8
29:13,16,20
30:5,6,14,15,15

30:16,18,19,25
31:5,8,10
32:11 33:12,23
34:14,15,21
35:3,5 54:11
54:13 77:15
78:8,10,11,25
79:3,6,13,17,21
79:23,25 80:7
80:8,13,19,20
80:23,24 81:7
81:13 84:14,20
85:3,8,11,12
86:21 87:4
88:12 91:13,17
91:21 93:8,17
93:18,19
109:15 111:9
139:9 140:6,25
144:17,21,23
145:5 180:24
186:2 187:21
191:3,20
202:17 210:11
211:3 214:17
221:10 222:22
222:25 223:2,9
223:11,12,14
223:15,15,17
223:23,25
224:3,8,17,18
224:19,22,23
225:2,5,8,20,20
225:23 226:11

226:18 227:4,7
227:11,14,15
227:16,18
228:20,24
229:3 230:2,14
233:17 242:10
242:23 245:24
246:5,12,19
247:17 251:6
253:19 254:15
254:16 258:6,7
258:9 260:3
268:15 269:8
270:11 274:19
276:17 280:13
282:23 304:3
327:7 334:2,3
**producer's**
322:2
**producers** 56:3
78:18 80:2,22
80:25 86:25
89:25 90:4,7
93:11,12,13
100:25 121:20
141:23 143:7
144:11 145:12
206:20 208:15
223:19 224:7,9
224:10,12
225:9,10 228:4
241:2,9 242:7
242:19 244:4
246:22 321:19

**produces** 90:12
**producing**
56:15 85:6
232:9,20
233:16,18,20
233:24 234:5
237:18 252:10
253:10 310:13
**product** 229:18
230:12 281:8
**production**
32:20 48:15
50:15,25 84:16
84:22 85:14
147:5 211:2
224:11 238:20
254:19 297:9
320:18 331:25
346:24
**productions**
36:25
**products** 35:7
226:13 336:14
**profile** 92:21
92:25 258:5
**program** 25:16
29:23 33:16
34:3 35:3,6
36:7 42:24
47:22 50:16,20
51:2 85:17
97:11,11,20,21
98:2,18 99:2
195:15 212:2

320:19
**programming**
27:9 28:10,13
28:15,24 31:10
33:25 35:14
36:4 37:4
85:24 90:6
94:18 95:8,10
110:16,17,19
110:25 111:10
124:4 180:25
207:24 235:10
235:10,12,13
235:14,15,15
235:16 254:18
296:4 301:4,6
320:11
**programs**
24:10 46:2
85:21 207:24
**progressing**
218:5
**prohibiting**
142:15,18
325:16,21
**prominent**
258:11
**promise** 160:11
**promos** 211:25
**promote** 334:9
334:19
**promoted**
222:22 227:16
285:22 334:2

**promoter** 99:23
102:11,12,15
**promotion**
182:3
**promotions**
217:10
**prompted**
100:17
**proper** 243:4
**properties** 16:5
16:11 212:23
**property** 15:6
15:13,24 16:15
16:21
**protective**
315:24 324:13
**provable**
153:25
**prove** 115:13
**provide** 47:6
286:10,14
315:14 333:4,9
**provided** 70:23
70:24 71:5,7,8
273:10 286:19
294:14 316:13
317:21
**provision** 252:3
253:3,5
**pub** 53:3
**public** 1:22 4:3
8:18 12:14
221:3 257:14
321:16 340:6

342:22 343:24
347:9
**publications**
307:24 314:20
**publicly** 258:8
**published**
83:12 320:22
321:7
**pubs** 53:15,18
**pull** 46:5
141:13 189:16
274:21
**purchase** 15:25
**purpose** 157:3
180:9 212:14
219:14
**purposes** 45:21
**pursuant** 1:18
**pursue** 186:15
**pursuing** 131:3
**purview** 109:2
**push** 282:24
**pushed** 282:16
282:25 283:20
338:10
**pushing** 166:14
**put** 93:23 104:5
139:20 140:18
143:23 144:12
145:19 161:11
162:2 175:5
208:15 210:6,8
218:25 226:23
321:20 322:5

339:21,21,25
340:3,7,9
341:4,9
**putting** 37:3
211:4

**q**

**q3** 17:7
**q5** 17:7
**qualified**
190:19
**quality** 124:13
230:11 274:21
**quarter** 265:24
**queen** 153:10
**question** 5:12
5:19 63:6
97:17 126:17
128:13 153:24
266:5 275:3
316:22 323:7
323:16 338:20
**questions** 5:10
5:24 39:10
68:5 102:3
106:10 168:6
175:13 265:22
325:11 339:7
**quick** 7:22
136:22 250:6
**quickly** 115:12
201:18 206:23
**quit** 242:19

**quite** 8:18 60:5
222:18
**quote** 83:7,9,13
282:7 283:25
292:18

**r**

**r** 2:2 3:2 15:16
15:16 16:17
20:18,18 22:14
30:21 50:22
207:2 342:2
347:3
**radio** 47:21
129:4,8,8,11,15
129:22 130:4
131:10 135:17
188:15 203:3
336:9,12,19,22
**rahman** 2:6 4:7
4:13 39:14
61:18 74:6
76:8 106:6
114:17 116:9
118:9,15
127:22 128:4
170:7,11
187:24 199:5
199:11 203:17
203:23 205:16
216:2 218:19
250:8,14
252:20 254:4
256:7,24 257:6

276:25 277:11
299:15,21
303:11,17
311:14,19
323:15 324:10
324:15 325:5
339:9 341:13
344:5,7
**railroad** 151:23
**raise** 217:13,14
255:5
**raising** 323:23
**rambling**
281:23 290:23
**ran** 46:11,14
51:21 52:11,19
52:21 113:25
263:25
**ranking** 87:12
93:18 224:10
**rape** 75:15
**rapport** 183:9
248:8
**rare** 200:15
**rarely** 45:5
**rate** 117:14
**rather** 23:9
**ratings** 98:19
98:20 215:3
226:14
**reach** 220:24
242:13
**reached** 221:4

**reaching**
204:21 212:23
**reaction** 170:24
257:19,21
**read** 41:2
104:14 106:16
126:6 141:24
170:24 188:14
237:2 260:10
322:7 338:8
**reading** 81:11
119:15 155:21
273:9 320:13
**ready** 106:9,11
277:14 327:18
**real** 302:15
**realize** 258:25
305:2
**really** 18:24
25:4 81:10
84:11 91:2,20
96:2,8 107:16
109:18 135:5
138:25 150:20
153:14 155:19
158:6 163:17
163:18 184:14
193:18 197:2
200:5 219:7
234:24 237:12
262:5 274:20
290:14 293:21
304:17 310:7
338:7

**ream** 126:19
**reason** 5:22,25
6:2 47:24 48:5
48:9 92:19
93:21 103:7
115:8 143:2,10
167:7 168:5,22
194:2 204:23
209:18 256:13
256:13,14,18
289:2 301:15
304:20 315:11
318:23 343:6
**reasonable**
338:20
**reasons** 48:8
213:15 222:21
313:16
**reassigned** 86:6
**recall** 8:23 10:3
10:15 11:6,8
11:10,11 12:3
12:5,7 13:5,15
16:23 18:22
20:21 21:15
28:7 30:3
32:17 45:2
48:21 51:5,8
51:13,25 52:18
52:21,25 55:16
56:18 57:9,22
57:23 61:15
62:2,8,11,14,20
63:12,20 64:20

64:21,25 65:5
66:6,7,13,16,20
66:22 71:6
72:24 77:22,25
78:13,17 82:16
83:9,25 84:4
92:20 93:2
99:3 100:17
103:20 105:7
105:13,16,23
107:13 113:14
114:5,7 119:7
122:7,19,24
123:21 126:8,9
126:10 128:22
128:25 129:8
130:12 132:4
133:17 136:7
136:17,20
137:23 138:6
138:17,23
144:13 145:21
145:25 146:25
148:13,25
149:5,8 153:6
153:7 155:12
155:24 156:2,5
157:3,15 158:4
158:6,15
159:20 160:4,7
160:13 161:6
161:22,23
162:8 166:22
166:25 168:15

168:16 170:13
171:11 173:5
174:9 176:14
176:21 177:23
177:24 178:3,9
178:13,24
182:9 186:13
187:17 188:12
189:10,17
190:18 192:5
197:21 198:7
198:11 204:7
215:14 216:10
216:14 219:3
220:11,25
224:21,25
240:18 244:8
245:4 249:8
255:14 257:13
257:19,20
266:11,16
268:7 270:12
273:9 274:10
276:23 279:22
282:10,12
283:17 285:12
285:15,20
287:10 289:3
292:10,25
301:23 304:14
321:2 336:11
337:3 339:2
340:24

**receipt** 125:10
125:17 339:18
**receipts** 125:8
339:12
**receive** 122:16
126:15 230:22
230:24 326:7
336:5
**received**
267:17 318:8
**recent** 7:7
39:25 49:11
184:22 334:6
**recently** 7:19
8:2 49:11
94:25 114:6
126:24 154:22
171:18 191:11
293:8
**recess** 82:19
137:16 218:20
267:11 319:20
**recognize**
39:22 40:3
**recollection**
145:9 160:9
338:4,13,22
**recommend**
249:3 270:6
**recommended**
107:15,19
**record** 4:9
23:11 27:14
33:14 75:23,24

76:8 106:7
185:9 257:6
262:2 277:11
296:16 304:16
305:2 327:8
347:14
**records** 153:25
154:2
**recruitment**
109:6 270:3
**refer** 337:23
**referenced**
328:10
**referral** 249:9
**referrals** 57:11
**referred** 132:2
240:2 328:16
337:16,20
**referring** 54:25
61:17 82:8
91:3 111:4
112:18 199:20
237:16,17
239:24 241:21
258:23 270:5
278:15 279:11
279:11 311:12
330:6
**reflecting**
295:8
**refusal** 252:2
253:3
**regard** 282:15
294:17 337:14

**regarding** 7:15 69:12 202:19 272:23 333:21 335:3 338:5

**region** 139:8,9 139:16 142:22 142:25 143:5 143:17

**regional** 144:22 202:17 211:2 321:25 334:2

**regions** 143:6

**registrar** 61:6

**regular** 326:20 327:11,21,22 327:22

**regularly** 96:14

**related** 49:9 112:3 293:5,11 293:13,16 347:16

**relates** 324:15

**relating** 200:7 312:7

**relation** 61:18 64:6

**relations** 46:16

**relationship** 146:20 150:21 310:18

**relationships** 163:14 169:17

**relative** 228:13

**release** 207:9

**released** 108:24

**relevance** 292:8 323:4 324:22

**relevant** 70:18 71:10 81:10 252:5 289:21 295:21 308:21 309:3 310:5 311:5 315:25 319:12 324:14

**religious** 129:5

**remain** 33:8 281:9

**remainder** 197:10

**remained** 87:25

**remains** 113:21

**remember** 6:3 16:22 20:15,21 28:2 37:12 39:6 42:25 45:17 67:6 73:7 87:20,21 88:10 89:3 102:5,17 104:6 109:16 124:23 125:22 126:12 129:2,6,21 130:24 137:4 139:16 148:23 150:7,23 151:2 154:14 155:20

156:14,16 157:16 158:23 159:13,14 160:16,19,21 160:25 162:13 162:19,22,24 163:2 165:8 166:9,23 167:6 167:8,14,16,19 167:20,25 168:8,24 169:4 170:17 174:20 177:9 178:19 179:5 183:23 215:10 220:16 243:22 248:22 279:23 287:8 287:14 301:3 302:13 321:2 340:14

**remembers** 179:7 301:7,11 302:10

**reopened** 252:5 255:7

**rep** 114:15

**repeat** 245:23

**repeated** 324:2

**repeating** 298:16,18

**replaced** 253:13,14,17

**replied** 293:17

**report** 32:2,18 153:19 320:14 321:25

**reported** 12:10 78:15,16 254:17

**reporter** 23:12 39:19 76:5 106:5 114:22 116:14 118:14 128:3 188:5 199:10 203:22 205:21 236:23 236:25 250:13 252:25 257:5 277:6 299:20 303:16 311:24 322:6

**reporters** 85:8 239:9

**reporting** 78:21 182:20 237:4 343:2

**reports** 32:7,11 32:14,21 83:5 331:18,21,24

**represent** 290:3 299:24 316:15 325:10

**represented** 13:7

**reputation** 307:3

**request** 39:11
46:7 139:20
140:17,18,20
141:15 142:4
207:21 312:6
314:22 316:6
319:2
**requested**
317:20 346:22
**requesting** 46:7
**requests** 144:8
273:24 312:7
316:23 319:2
**required** 39:2
**requires**
327:18
**reserved** 3:22
**resource**
132:14 208:18
287:3
**resourceful**
102:4
**resources**
90:23 111:10
111:11 132:8
132:11,19,22
241:24 273:24
273:25 329:21
**respected**
230:16
**respective** 1:17
3:6
**responds** 90:9
103:18 298:7

315:7
**response**
300:13 315:7
315:15,22
316:4,5 317:12
**responses** 40:5
40:8 311:25
316:16 344:17
346:17
**responsibilities**
54:15 81:4
206:9
**responsive**
312:14 317:10
317:16 319:13
**restrictions**
213:10 214:5
**result** 254:14
255:25
**resume** 335:5
**resumed** 82:22
137:19 218:23
267:14 319:23
**resumes** 190:2
228:10
**resumes's**
65:10
**resume'** 55:5
55:12,15 56:20
57:21,24 58:13
61:19,25 62:4
63:9 64:7 65:8
65:16,17
103:20,21

104:2,3,8,12,23
180:5 186:19
187:11,23
191:6 218:14
221:12 228:5
228:11 229:19
241:6 244:3
245:6 249:23
268:25 281:6
294:14 315:2
319:3,4,6,9
335:9,20
**resume's** 66:19
**resumé** 25:4
**retained**
346:19
**retaliate** 326:4
**retaliation**
326:18
**retrieve** 59:20
**retro** 31:7
**returned**
192:16
**revamp** 24:13
**revenue** 18:12
94:23
**reverse** 128:18
**review** 32:23
206:5 210:16
332:5
**reviewed** 6:15
**reviewing**
206:14

**reviews** 267:16
268:3,6 316:10
316:12
**right** 5:21 9:14
18:22 24:4
25:5 30:22
41:9,12 54:4
60:23 66:21
67:25 73:25
74:22 76:19
77:16 80:3
90:10,13 92:13
93:22 94:19
99:11 105:2,6
115:5 120:5
125:4 127:3
131:5 138:5
151:19,24
152:12,19
154:8,17
160:20 165:23
170:8,15
179:10 180:6
183:20 187:8
187:10 190:7
190:20 194:7
195:4,9,12,16
195:20 197:17
199:14,21
204:5 206:3
213:8,22 214:2
214:17 216:25
220:6,9 222:16
232:5,9 233:20

233:25 242:6
243:25 244:7
245:2,9,15,19
245:25 246:13
246:18 250:3
250:18,22
251:6,25 253:2
254:7 259:5
264:2,5,7,20
281:19 282:9
284:17 285:22
293:15 300:10
310:20 312:4
312:17 314:24
315:16 317:2
340:8
**rigorous** 95:11
**ringer** 210:11
**ripping** 212:16
**ritz** 198:6,23
**road** 16:16
**rock** 271:25
**rodriguez**
101:8 147:4
169:14
**role** 25:6,19
27:6,19 29:20
44:6 46:10
56:10 84:20,20
89:20 109:22
110:24 192:14
209:23 223:23
223:24,25
224:3 225:6

229:12 253:18
258:11,14
280:11 299:8
301:3 322:24
332:11,16
333:10,18
334:4 335:13
336:5
**roles** 112:16
254:23 314:24
**romantic**
263:24
**ron** 97:5
**roof** 173:14,22
174:8,8,13,15
174:23 175:2,7
175:11,22
176:19
**rooftop** 173:8,9
173:10
**room** 80:21
99:21 153:4
154:16 175:14
175:18 225:25
226:3 227:3
**roommate**
100:11,14
102:18,22
103:5 130:17
**ropes** 188:10
**rosanna** 86:10
**rose** 258:11
**rosie** 53:4

**rosie's** 53:2,20
133:22
**rotation** 150:9
178:25
**rough** 283:24
341:15,17
**round** 210:10
270:23
**rounds** 271:2
**rule** 142:14,18
**rules** 1:19 5:2,9
**ruling** 323:14
**rumors** 133:21
133:23 279:20
279:23
**run** 36:13
235:16 290:25
290:25,25
292:4,6
**rundown**
319:25 320:5,7
320:9,21 321:7
321:21
**running** 21:23
226:2,3 235:7
329:4
**ryan** 15:16,22

| s |
| --- |

**s** 2:2 3:2,2
22:14,14 50:22
343:6 344:11
345:2 346:2

**salary** 100:16
115:4,18,24
116:5 117:5,18
232:13,14
251:21 255:9
255:14,16,18
255:20 322:22
**samantha**
303:19 306:2
**san** 140:9
**saturday** 198:4
205:9
**saturdays**
205:10
**sausage** 110:5
**save** 315:5
**saved** 206:25
219:5
**savings** 156:25
**saw** 45:7,14,18
77:18 81:20
83:4 120:18
124:23,24
128:24 134:8
134:11 141:23
145:22 146:2
158:19 181:16
184:8,22 200:6
200:8 214:14
216:16 230:8
238:3 248:11
257:18 264:19
264:22 265:8
279:16,17

338:14,16,20
**saying** 5:11,15
12:10,25 47:19
47:20 57:14
61:3 62:9 66:6
67:5 81:12
99:12,24
103:25 104:7
111:19 115:3
115:22 119:20
125:12 165:14
165:19 175:18
179:15 184:15
188:12 189:10
189:17 196:4
229:14 233:7,8
233:15,22
236:11 237:20
238:15 245:3
245:19,24
246:24 247:22
284:16 291:14
292:11 293:18
298:23 308:7
311:2,10 341:2
**says** 40:4 54:20
60:19 68:21
72:2 73:22
90:15 92:11
93:21 99:6
110:9 111:2
115:15 117:14
121:18 211:22
231:17 237:15

248:25 251:16
251:20 258:13
258:24 259:16
266:17 290:12
291:19 296:23
296:25 300:6
301:7 305:9
306:6,16
307:16 308:13
312:10 315:7
**schedule**
327:11,21,23
**scooped** 95:5
**scope** 315:24
323:13 324:7
**scott** 28:6,17
53:23 86:17,18
86:19 87:24
107:9
**scott's** 28:7
**scotto** 86:10
**scrap** 252:11
**screaming**
275:24
**screen** 73:21
117:11,12
193:20 194:17
339:20
**screw** 272:19
**screwed** 272:22
**screwing** 272:9
297:20,23
**scripps** 247:12

**script** 85:3
236:25
**scripts** 22:13
208:14
**scroll** 195:11
**scumbag**
306:17,19
307:7
**se** 85:13 110:5
327:21,24
**sealing** 3:7
**search** 43:13
71:15 312:25
313:17 314:7
317:16,23
318:18
**searched** 58:11
71:9,17 73:11
195:3 312:18
312:19,19,21
313:6,12
317:19 319:11
**seats** 152:4
**seattle** 140:10
208:8 209:10
**second** 9:2
28:17,21,24
30:18 38:10
40:12 198:3
211:22 258:4
270:23 304:15
**secondly**
183:21

**section** 148:7
**see** 40:7 41:7
51:19,21 54:18
58:12 70:17
86:18 90:16
99:21 102:24
103:19 106:18
108:11 110:4,5
117:11,14
120:3 122:22
131:21 141:12
141:17,18
150:22 151:17
174:15 175:22
183:3 189:25
193:13,16
194:5,6,10,19
195:6 196:6
197:3,19,25
199:17 200:14
201:23 204:22
205:2 206:3,22
208:5,9,19
209:4,9 211:19
227:20 240:14
242:2,4,14
246:23 248:3
251:11 252:3
258:3,10 263:8
264:17 289:19
292:7 294:23
305:8 315:6
319:18 321:24
324:23 336:17

**seeing** 52:2
94:22 110:4
138:17 208:8
209:11 244:18
261:19
**seem** 161:9,25
173:3 248:19
251:18 292:12
302:10 305:22
**seemed** 88:6
132:4 257:13
**seems** 172:19
278:5 281:21
281:23 331:23
**seen** 45:8 70:25
108:8 117:8,12
117:23 129:23
228:8 280:10
300:20 334:6
**segment** 80:8
**segregated**
131:7 136:2
**selection** 26:9
**send** 62:9 65:21
100:18 103:7
104:3 119:18
120:2 128:20
194:11 197:4
242:25 245:18
265:4 266:18
267:6 274:8,12
275:9 290:4
318:23 340:10

**sending** 103:20
210:22 216:25
**senior** 24:18
30:14,25 31:3
31:4 32:10
35:2,5 56:10
223:2,15
254:16,17
269:2
**sense** 130:22
139:22 142:13
159:24 164:2
175:13 181:3
210:3 211:8
216:20 338:8
**sent** 58:13 62:5
65:16 66:18
103:19 104:2,7
104:11 119:11
119:16 144:4
180:4 181:17
184:22 186:22
186:23 187:11
187:23 196:25
200:18 204:19
221:21 229:19
241:5 244:2
266:17,19,25
275:4,12
291:13 294:13
321:4 332:3
**sentence**
211:22 237:6
258:4 260:8

277:10 278:4
316:16
**separate** 50:4,4
50:4 113:6
206:16 207:13
235:7,11,12
328:22
**separated**
49:22 143:11
286:24
**separating**
146:24
**september**
105:4 118:18
128:8 137:7,9
168:4
**series** 19:12
**serious** 228:12
**seriousness**
271:15
**serve** 290:8
**service** 3:16
41:16 42:9
43:25 44:10
46:3,6,12 61:9
92:17 206:19
208:11 232:20
234:6 236:10
236:11,17,19
236:24 286:5,6
286:18,18
**services** 18:9
61:8 210:24
286:10

**set** 175:23
229:3 236:2
347:13,21
**sets** 238:20
**setting** 333:10
333:19
**seven** 30:10
35:17 36:12
41:9 54:17
73:22 205:13
222:3,14,19
229:23 294:12
296:19,20
327:10
**several** 19:6
77:5 87:23
221:15
**sex** 163:4,8
164:8,12 165:4
166:4 169:20
176:13
**sexual** 83:17
164:22 165:2
166:2,4 176:17
176:24 261:12
263:12,24
325:24
**sexuality**
295:10
**sexually** 163:13
163:24 164:7
165:12 263:13
305:13

| | | | |
|---|---|---|---|
| **shannon** 238:2 | 218:20 237:6 | 80:3,10,13,21 | 247:6,11,12,14 |
| **shaped** 152:4 | 267:11 319:20 | 81:8,13 84:13 | 248:3,16 251:9 |
| 154:10 | **shorter** 160:12 | 84:14 85:7,11 | 253:12,15,20 |
| **share** 264:24 | **shorthand** | 85:12,18,21,22 | 255:25 256:6,7 |
| 266:14 293:22 | 80:19 81:2 | 86:7,8,10 87:3 | 256:18,23 |
| **shared** 6:16 | **shortly** 7:17 | 90:13 91:5,8 | 265:21 268:16 |
| 65:10 102:20 | 156:7 252:6 | 91:14 92:4,9 | 268:18 269:8,9 |
| 121:25 184:21 | 271:18 | 93:14,19 94:12 | 269:18,20 |
| 241:24 321:11 | **shot** 276:2 | 94:12,13 96:10 | 270:10 281:12 |
| 334:7 340:23 | 282:8,15,16,18 | 96:13,14,17 | 282:17 310:11 |
| **sharing** 92:17 | 282:24,25 | 97:3,8 101:10 | 310:12 311:3 |
| **sheet** 343:2 | 283:21,23 | 105:2,24 | 322:25 323:18 |
| **shepard** 202:13 | 285:3 286:14 | 109:11 114:23 | 323:21 327:15 |
| **shift** 81:3 94:16 | 286:14 287:15 | 116:3 120:25 | 327:18 328:2 |
| 95:19 131:25 | 338:6,9,23 | 121:21,23 | 338:11 |
| 150:24 210:13 | **shots** 34:3 | 122:9 129:4,5 | **showed** 141:4 |
| 297:10 | 275:20 287:13 | 129:8 139:19 | 217:11,17 |
| **shifts** 128:12 | 339:4 | 140:22 141:10 | 268:8 339:23 |
| 129:13 131:22 | **shout** 283:2 | 144:18 169:11 | **showing** 217:21 |
| 150:22 205:14 | **shouting** | 180:20,25 | 296:22 |
| **shine** 28:6,11 | 275:18,19 | 182:12 200:22 | **shows** 27:11 |
| 28:14 29:3 | **show** 24:13,22 | 202:13 206:12 | 79:5 90:23 |
| 107:9 | 24:24 26:2 | 206:24 210:8 | 94:10,19 95:12 |
| **shit** 232:21 | 27:13 29:9,16 | 211:7 214:11 | 96:20 143:8 |
| 236:20,21 | 30:8,12,17 | 221:16,17 | 194:23 208:19 |
| 276:3 301:8,16 | 31:4,13,20 | 222:10,13 | 209:7 214:7 |
| **shocked** 306:2 | 32:6 33:2,3,5,9 | 223:8,19,20 | 275:21 327:16 |
| **shokan** 4:11 | 33:23 34:13,16 | 224:4,5,7,15 | 329:24 331:10 |
| 14:8 17:21,21 | 34:19 35:17,21 | 225:21 226:2,3 | **shut** 59:13,14 |
| 18:2,5,7 19:18 | 39:12 43:7 | 226:10 228:22 | 196:10 292:23 |
| **shop** 84:25 | 45:22 47:25 | 228:23 229:23 | **side** 14:16 27:5 |
| **short** 19:21 | 48:11,17 50:8 | 233:24 238:20 | 113:9 148:6 |
| 137:16 166:3 | 50:15 78:9 | 240:20,21 | 152:24 192:19 |
| 194:12,13,13 | 79:4,6,17,25 | 241:3 242:21 | 192:24 |

**sides** 166:25
**sign** 108:23
**signature** 40:13
347:23
**signed** 3:10,12
3:15 40:18
153:13 238:8
326:12
**significant**
126:10 192:13
263:23 326:19
340:12
**signoff** 238:9
**similar** 29:24
166:12 263:11
283:6
**simple** 61:24
191:10 195:18
**simply** 10:24
126:21 168:6
308:24
**simultaneously**
242:20
**sincere** 246:25
247:3
**single** 79:14
146:22 167:15
168:2,2 271:5
300:19 321:12
322:6,7 332:4
**singled** 339:4
**sit** 338:3
**sitting** 91:16
167:8 262:15

**situation**
100:20
**six** 37:11 72:2
101:14 146:16
173:19 174:6
229:24 264:7
277:8 312:16
313:24
**sixth** 174:2
**size** 153:10
160:14
**skinnier** 160:20
**skinny** 160:16
160:24
**slack** 196:15
**slash** 340:19,20
**sleep** 297:19
**sleeping** 298:5
**sliding** 112:2
**slightly** 116:3
**slop** 234:6
**slot** 33:19
80:17 228:22
**slots** 79:8
222:17
**small** 154:10,11
238:13
**smaller** 238:15
276:12
**smartmatic** 9:2
9:8
**smiley** 104:9,18
**smily** 99:16
200:25

**smith** 202:13
**smoke** 119:23
**smoking**
119:21 120:3
**social** 18:9
69:19 70:7,16
92:16 319:12
319:15,15
**socialize** 45:3
**sofa** 154:8,10
**somebody**
50:13,15 56:23
65:22 83:19
88:6 131:9,19
140:16,19
143:5 184:9
188:19 190:3
190:25 193:24
208:18 209:9
209:15 226:19
228:12 236:24
239:5 240:10
240:25 244:23
246:2,15
247:24 259:14
261:12 265:19
266:6,12,15
268:24 269:2
269:18,19
282:14 288:4
288:17 291:17
293:21 299:5,9
300:9 310:19

**somebody's**
193:22 228:11
**someone's**
32:24 67:14
155:8 194:19
195:3
**sony** 72:6,15
**soon** 242:24
291:19
**sorry** 18:17
65:2 84:18
190:15 197:12
264:23 276:9
283:24 330:11
**sort** 96:19
100:2 130:4,7
163:17 204:15
289:14 305:25
310:15 327:10
**sound** 93:7
115:16 124:24
126:5 162:9
166:8,10
167:12 271:25
338:24
**sounds** 299:4
299:10 338:19
**source** 38:6
200:2 233:5
**sources** 38:2
72:2
**southern** 1:2
**space** 92:13,14
92:24 117:3

184:7
**spam** 59:18
**speak** 44:24
66:15 68:13
83:2 90:20
122:20 127:17
131:16 135:21
136:5 144:17
191:8 196:2
218:7 230:10
285:24 287:4
294:11 335:22
**speaking** 107:6
109:10 230:10
248:14
**special** 142:3
167:4,11
226:13
**specific** 57:9,14
57:22 61:17
67:5 142:22
145:17 175:17
214:5 229:18
252:15 265:18
269:18 287:10
318:19
**specifically**
28:22 29:8
30:10 45:17
51:5 82:7 83:5
83:11 95:14
107:13 109:23
125:24 140:20
141:9 144:7

146:25 155:19
158:16 167:2
176:15 182:14
183:3,23
188:13 211:16
213:12 230:7
232:25 233:2
244:9 262:14
269:20 282:13
**specifics** 13:15
55:16 78:18
155:20,24
156:5 171:11
321:13 333:13
339:2
**specified**
342:11
**speculate** 266:8
**speculating**
219:10
**speculation**
52:17 54:8
81:16 176:9
184:3 191:19
192:10 229:9
253:7 260:25
263:4 264:14
294:22 295:20
301:18,22
311:6
**speculative**
301:24
**spent** 40:23
231:3,5 265:24

292:14 296:14
**spoke** 13:22
61:11,23 68:12
82:25 84:6,8
107:8,23
131:24 132:18
187:2 232:17
285:25 287:5
289:5 314:18
**spoken** 13:18
42:23
**spot** 149:25
**spouse** 13:22
**square** 151:10
152:3
**squarely** 44:14
46:25 323:25
**ss** 347:5
**staff** 317:5
**stage** 197:23
**stagnant** 217:7
217:20
**stairs** 173:25
174:4 175:6,10
**stairwell**
174:23 175:2
175:21 176:18
**stamped** 76:9
106:7 114:24
116:15 118:16
128:5 199:12
203:24 250:15
254:5 299:22
344:19,21,23

345:8,10,12,14
345:16,18,20
345:22 346:8
346:13
**stand** 316:18
317:6,14
**standard**
142:16 252:9
253:23
**standards**
234:8
**standing** 161:2
**stands** 39:8
**staples** 123:15
**starbucks**
271:9,24
**start** 105:10,20
105:20 122:25
127:5 128:17
195:8 261:24
**started** 22:16
86:24 105:8
115:14 117:18
124:2,3 126:22
137:3 143:16
259:18 260:6
270:24 275:25
291:16 305:12
306:21
**starter** 152:23
**starting** 22:17
27:20 86:23
88:13 307:24

**starts** 277:9
300:5
**startup** 152:21
**state** 1:23 4:4,8
88:20 275:2
347:5,10
**stated** 82:3,6
104:13 124:21
157:21 178:19
187:19 190:23
217:19 336:15
340:16
**statement**
69:14 314:19
**statements**
69:9 154:2
**states** 1:2 88:21
198:14 274:6
**station** 21:14
22:12 23:16
24:7 25:2,8
51:10 68:10
75:9 77:5
84:23 87:10,13
87:16 89:13
93:15 94:18
95:2,24 96:8
96:13 98:13
114:8 123:25
124:11 141:16
142:23 145:4
169:24 170:12
181:24 192:16
209:10 221:5

236:3 241:5,10
241:13 242:7
246:21 249:17
258:18 260:4
286:9,11 287:3
335:6,23
**stationary**
121:16
**stationery**
120:19,22
121:12 122:3,5
122:16 123:2,8
123:11,13,17
124:8 125:8,11
125:16,22
126:4 230:23
231:16,21
294:10 297:3
341:10,12
**stations** 26:15
41:18,19 44:15
44:16 46:17
47:2,16 49:2
49:16 50:19
57:4 78:3,5
87:14 88:15,16
90:5 95:5,9,13
95:17,21,23,23
96:10 97:12,22
98:16 102:2
106:21 108:4
113:23 114:2
124:2 127:4,8
139:15 140:8

140:15,21,24
141:18 142:3
143:4,7,10
144:6 182:16
182:18 183:12
200:23 207:20
208:7 211:24
212:12 230:16
230:16 235:23
236:13 238:14
241:17 247:13
258:21 265:10
266:2 296:13
**stay** 27:24
155:7 192:19
192:23 252:17
**stayed** 237:21
**step** 99:8,14
104:16
**stick** 162:6,14
168:10 170:18
**sticking** 166:16
**stipulate**
184:25
**stipulated** 3:5
3:20
**stole** 12:11,25
**stop** 37:13
282:9 290:13
**stopped** 93:2
**store** 197:13
**stored** 72:3
**stories** 11:2
85:7 141:8

167:18 201:11
291:3,23 292:4
308:16 309:9
309:19,20
310:22 314:20
320:12 322:5
**story** 12:11
26:9,9 91:18
142:6,20
166:12 167:16
174:6 199:22
199:25 200:6
200:12 201:9
201:10,16,24
202:9,11
203:14 210:21
226:24,25
261:22 262:8
265:16 282:3
284:25 290:21
291:16 300:20
322:7
**straight** 271:13
271:15,20
278:9 297:21
297:24
**strange** 123:5
**streaming** 18:9
94:25
**street** 113:10
137:13,14,15
146:7 147:19
147:22 148:18
273:21

| | | | |
|---|---|---|---|
| **strictly** 140:7 | **subjected** | **sunbeam** 42:4 | 178:22 180:21 |
| **strong** 237:12 | 309:25 | **sunday** 92:2 | 181:8 184:2,25 |
| 246:18 | **subordinate** | 197:14 | 185:8,19 |
| **strongest** | 276:21 | **sunshine** 2:11 | 190:21 191:17 |
| 222:23 | **subpoena** | 7:3,12,24,25 | 192:9,25 197:6 |
| **structure** 29:4 | 290:4,8 | 10:22 28:19,25 | 198:17 202:23 |
| 50:5 78:22 | **subscribed** | 29:17 32:15 | 208:24 209:20 |
| 138:2 143:11 | 342:18 343:21 | 35:11 38:19 | 209:24 211:13 |
| 143:12,13 | **subsequent** | 41:22 42:16 | 212:6 213:6,23 |
| 182:20 | 62:6 | 47:11 48:3,19 | 214:19 215:23 |
| **studies** 18:7 | **succeed** 192:19 | 51:23 52:9,15 | 218:17 219:18 |
| **studio** 19:8 | 192:24 | 54:6 57:19 | 229:7 230:3 |
| 21:22 22:10 | **successful** | 58:2 60:2 | 234:19 240:4 |
| **studios** 17:21 | 98:16 188:18 | 61:13,16 62:24 | 240:11 244:12 |
| 18:3 | **suck** 91:4 | 63:5 64:11,16 | 245:10 246:6 |
| **study** 20:20,24 | **sucked** 304:17 | 65:18 66:4 | 247:2,19 249:5 |
| **stuff** 12:12 | 304:21 | 67:2,10,19 | 253:6 256:3 |
| 68:14 70:14 | **sudden** 95:8 | 68:2 69:5 74:3 | 259:11 260:19 |
| 79:10 81:8 | 305:24 310:15 | 75:2,23 79:18 | 260:24 262:25 |
| 101:4 110:2 | **suddenly** | 80:4,14 81:14 | 264:13 267:7 |
| 117:9 124:4 | 261:20 | 82:13,17 91:9 | 267:22 270:8 |
| 144:4 197:11 | **sued** 11:20 | 92:6 124:16 | 272:16 273:3 |
| 197:17 206:22 | **suggest** 336:20 | 125:5 134:17 | 274:14 278:21 |
| 207:7,20 | **suggested** | 135:10 138:9 | 284:5 288:3,9 |
| 221:23 225:23 | 57:17 140:5 | 142:10 143:18 | 289:7,20 290:3 |
| 227:3 238:22 | 165:3 174:14 | 143:25 145:6 | 294:21 295:19 |
| 263:10 270:2 | 174:16 208:14 | 155:10 156:12 | 298:14,24 |
| 288:20 297:3 | 280:18 | 158:13 161:16 | 301:17,21 |
| 301:24 302:7 | **suing** 11:19 | 164:24 165:16 | 308:19 309:15 |
| 302:15 313:19 | **suits** 11:22 | 165:24 166:5 | 309:18 311:4 |
| **style** 151:23 | **summary** | 168:13,18 | 311:11 314:5 |
| **subject** 41:5 | 250:18 254:7 | 170:2,9 171:4 | 315:17 316:14 |
| 128:11 132:14 | 255:3 | 176:7,22 | 317:3,14,22 |
| 337:2 | | 177:11 178:17 | 319:17 323:2 |

323:22 324:9
324:12,18
339:14 341:16
**super** 96:11
219:12 273:8
277:19
**supervising**
316:24
**supervision**
91:24
**supervisor**
31:16,18,23
43:23 117:10
131:19,21
221:25
**supervisors**
43:23 46:13
**supervisory**
32:6
**supplied**
236:17 327:2
**supply** 315:4
**support** 281:5
**supporting**
312:8
**supportive**
183:13 215:5
**suppose** 59:6
98:8 106:19
117:7 183:21
209:17 220:7
281:21 306:15
327:3

**supposed**
212:21 274:24
276:7
**sure** 5:14 8:12
12:2,2 15:10
38:21 51:10
67:13 71:5
83:11 89:19
96:16 101:14
102:25 104:22
108:23 122:24
124:21 126:7
127:9 135:24
145:12 150:4,9
154:3 158:20
162:16 165:7
176:11 177:17
177:19,20
182:19 183:4
183:21 201:17
203:8 206:10
210:9 212:13
212:22 214:12
222:4 223:15
229:13 237:16
247:11 263:19
265:19 267:4
276:10 303:20
304:12,23
321:13 341:6
**surfaces** 153:5
**surge** 19:15
**surprise** 305:9

**surprising**
216:24
**surrounding**
59:4
**survive** 55:5
**suspect** 168:23
169:3
**susteren** 27:13
27:15 29:8,15
30:8 31:13,20
32:6,25 47:25
48:11,17 50:8
105:2 223:8
224:7 251:15
268:16 269:8
310:10
**suzanne** 28:6
31:25 32:4
53:23 107:9
254:23
**svp** 28:10
111:23
**swag** 231:8
**swanson**
113:24
**switch** 96:6
223:16
**switched** 32:2
59:19 78:13
222:17 313:16
**sworn** 3:10 4:3
342:5,18
343:21 347:13

**syndicated**
212:2
**system** 50:7
141:4,6 145:10
193:12,19
194:10 195:18
196:15 206:17
206:25 207:13
207:16,19,23
208:10,11,17
208:20 210:14
210:25 219:7,9
219:21
**systems** 138:5
235:18

**t**

**t** 3:2,2 22:14
50:22 342:2
344:11 345:2
346:2 347:3,3
**table** 152:3
**tables** 153:3
**tabs** 134:2
**tail** 35:8
**taitelman** 2:9
**take** 5:20 27:6
37:10 82:17
94:20 106:8
173:25 212:21
218:17 236:23
281:11 282:2
290:10 301:25
302:4 303:3

308:23 310:3
319:18 326:16
328:22

**taken** 1:17
82:20 137:17
218:21 258:24
267:12 278:24
319:21

**takes** 341:9

**talent** 26:10
97:8 307:3

**talk** 55:21
68:17 103:15
131:20 136:8
139:18 140:16
164:11 182:6
191:12 196:14
197:5 217:14
222:7 229:4
232:4 238:25
239:2 244:4
248:23 279:20
284:13,17
288:25 292:18
292:24 309:24
336:8

**talked** 12:14
43:15 126:23
157:13 164:15
187:5 195:25
217:23 221:8
239:13 258:20
265:6 291:13
322:13

**talking** 52:5
61:20 108:2,4
111:6,17
140:14 141:22
175:17,20
184:15 199:21
200:8 201:17
203:4 215:25
217:10 221:24
222:8 228:22
229:2 232:6,8
238:6,19,21
239:8 240:2
246:2 253:9
257:22,25
258:15 259:8
259:13 262:15
278:14 281:19
294:9 298:3,20
305:15

**talks** 221:16
222:3,5,12

**tall** 160:15,16

**taller** 160:12,18

**tame** 286:24

**tampa** 21:14
89:9 95:17
96:12,13 124:2
220:16 221:8
237:22 241:23
249:18,22

**tanvir** 2:6 4:13

**tape** 282:20

**taped** 129:7

**tarrant** 224:24

**tasks** 85:2

**team** 46:16,20
46:20 113:5,7
238:5 268:4
307:5 331:4
339:11

**technical**
320:18 329:10

**technically**
31:7 225:18

**teleprompter**
21:23

**television** 26:15
36:12 41:18,19
50:25 74:11
106:21 108:4
113:23,25
182:16,17
191:2 207:3
234:9 236:3
248:5 276:14
308:4 320:10
320:11 335:5
335:23

**tell** 35:24 56:25
64:22 81:3
83:23 88:4
94:3 104:20
116:17 119:12
131:13,14
135:8 139:3
166:11,20

173:6 181:13
188:22 189:3,8
189:12,15,18
189:22 192:6
195:21 203:9
203:13 217:6
227:7 228:7
238:10 245:17
247:17,23
260:16 268:5
271:11 272:8
280:7,16
312:13 338:18

**telling** 82:11
96:7 105:13
135:9 227:19
244:14 246:11

**tells** 195:15
279:25 291:25

**temporary**
201:14

**ten** 17:11 25:23
26:6 77:15
78:8 79:12
80:10,19,24
85:17,21 86:6
86:8,11 87:4
97:12,19,20
98:2,5,18,21,23
141:3 200:21
222:5,13,15,19
223:5 249:6
259:2,3,9,12,16
259:16,19

tenants  173:10
tend  88:23
  111:11
term  5:12
  19:21 252:7,9
  272:18 319:25
  324:25
terms  5:9 84:12
  94:17 112:18
  133:3 214:9,13
  219:4 234:17
  253:2 323:12
  339:10
terrible  63:21
testified  4:5
  331:20 337:24
testify  342:5
testimony  9:16
  51:24 66:5,10
  165:17 177:13
  323:9 324:17
  330:22 335:3
  336:25 337:15
  340:17 342:6
  342:10 347:15
texas  209:10
text  43:9
  220:19 221:21
  243:25 244:11
  274:16 279:25
  313:4
texted  43:6
texts  171:9
  274:6 305:6

thank  126:11
  241:22 339:6
thanking  126:8
thanks  201:2
theme  232:7
therapy  302:6
  302:8,9,11,17
  302:18 303:4
thing  13:5
  50:17 62:8
  115:22 121:23
  123:20 126:3
  127:6,9 129:2
  167:20 171:17
  175:19 193:12
  193:23 196:10
  200:19 201:17
  208:9 210:20
  233:23 239:18
  246:12 247:23
  277:19 286:16
  287:17 292:3
  322:2 338:9
  340:12
things  6:3 12:4
  77:24 81:2
  86:25 88:20
  100:13 101:7
  107:17 116:25
  117:24 135:25
  144:14 145:16
  152:17 154:20
  175:18 188:16
  196:8 210:23

248:7 262:3
  287:8 296:5
  308:7 311:2,10
think  5:23 39:9
  41:9 43:4,14
  48:10 52:3
  53:3,7 60:8,17
  63:7 70:13
  72:19 77:23,25
  78:16 81:11,17
  81:17 91:6,12
  93:3 97:6
  103:3 108:19
  110:17 112:17
  123:4,19
  126:13 127:17
  130:6,25
  134:10 136:25
  137:4,5 143:20
  146:23 148:16
  149:7,24 150:4
  150:23 158:22
  159:7 160:15
  164:16 168:8
  179:7,13
  183:24 184:4
  190:6 197:23
  204:10 219:6,8
  219:9,11,11
  220:14 223:16
  225:3,4 229:25
  231:16,23
  232:11 234:3
  243:11,13

245:7 246:4
  252:14 255:24
  256:8,10
  257:24 258:13
  259:13 261:6
  261:14 262:18
  263:16,21
  264:11 266:4
  267:9 270:20
  272:25 273:14
  274:22 275:14
  279:9,13,17
  281:13 283:12
  288:16 290:20
  293:4 294:19
  295:17 299:7
  299:12 301:14
  303:7 305:17
  307:17 308:13
  310:21,22
  315:3 328:11
  330:10 331:2
  331:20 332:17
  335:16 338:17
thinking
  107:24 222:9
  271:12,20
  292:15 297:21
  297:24
thinks  278:6
  306:4
third  41:11
  110:8 117:13
  193:5 205:24

206:4 281:18
**thought** 67:25
82:12 103:11
124:14,21
167:4 183:8
184:17,19,20
190:19,24
191:4 203:5
227:22 230:25
234:11 237:8
249:19,21
257:21,22
263:22 264:15
266:7 280:14
280:17 300:8
317:18
**thoughtful**
123:20
**thousands**
167:18
**thread** 76:17
**three** 17:4 22:2
33:13,15 34:5
45:12 99:6
118:2 134:11
200:21 225:10
242:19,23
244:4 281:20
282:20 299:23
312:6 329:9
346:14
**throat** 162:15
166:17 168:11
170:19

**throw** 234:6
**thumbs** 265:2
**tiebreaker**
85:13
**tied** 58:16
**tight** 88:18
**tiktok** 70:10,12
**time** 1:13 3:22
4:19 8:9 9:5
10:11 11:3,12
12:5,13 20:14
20:22 22:3,4
23:16 25:5
26:7,22 27:9
27:13 28:8,16
29:9 30:12
31:12,19,24
32:22 33:19
34:16,22 35:4
36:11 40:18
42:7,11,20,22
43:18 44:2
45:24 47:22
51:8 53:15
54:12,22 56:19
58:16,18,20
59:3,4 60:21
61:17,21 64:10
67:15 68:11
71:19 72:13,21
77:9 78:4,7,12
79:8 80:17
83:21 85:17,20
86:5,12,20

87:20 88:12
89:5,19,23
93:8 94:3,9
95:11 97:10,22
98:4 102:15,20
103:12 104:4
105:15 108:15
109:7,8,14,16
109:25 113:12
113:14,18
114:4 115:10
115:18 116:24
117:20 122:25
123:22,23
124:22 125:16
129:8,20 130:7
130:13,20,23
131:19 133:5
134:11 137:12
138:22 139:17
141:5,14
142:25 144:19
145:11,16
146:17,20
147:2,9,13
149:7,13
153:17 154:18
155:2 156:11
156:19,25
158:7 159:4
160:18 161:24
167:22 169:16
169:22 170:6,8
172:4,13,18

179:4,6,10,23
180:25 182:15
184:16 187:4
191:24 195:5
195:24 197:2
201:20 202:18
204:17 206:25
209:12,22
210:8 213:18
216:10 220:4
222:17,20
223:3,3,7,21
224:5,16,23
225:7 228:21
232:12,17
236:2 243:11
248:4,10 251:5
251:8 253:8,11
254:18 255:13
255:15 258:6
259:3 260:2
261:8,11
263:23 266:10
266:15,19,25
267:25 268:20
270:4,13
273:16,23
276:10 280:2,5
280:15 284:15
284:18,22
285:13,16,19
290:6 292:4,4
292:4 295:9
297:8 298:21

301:6 302:16
306:22,25
307:9,11,13,25
309:13,17
310:18 313:2
321:24 326:11
327:7,9 329:8
332:10,14
333:2,24
334:12,12
335:19 342:10
**timeline** 30:11
110:10 258:10
305:17
**timelines** 77:24
**times** 4:22,24
7:9 8:7 9:10
10:2 45:7,18
51:19 52:2,6
52:12,20 53:8
65:12,13 66:25
68:18 78:14
83:7 94:5
118:3 126:23
134:8,11
137:24 141:3
141:12,20,23
181:20 197:25
198:7 200:15
215:22 219:2
228:8 249:7
250:4 263:21
265:10 271:3
275:23 281:7

285:22 304:18
306:12 310:2
314:19 322:4
330:23 331:3
**timing** 187:16
190:11
**tip** 202:12
**title** 21:19
22:23 24:8,15
25:12 29:11,22
29:25 30:2,4,5
30:13,24 31:2
33:13 34:12,19
34:21,21,25
35:4 79:25
86:20 93:10
211:3 217:22
223:10 251:5
254:13,14
**titles** 30:7
34:24
**tmz** 200:2
202:12
**today** 4:17 5:10
82:24 94:13
96:14 99:4
103:20 104:2,8
113:21 119:17
137:6 139:7,12
144:6 167:9
196:16 234:25
237:3 242:20
242:21 258:25
265:21 292:9

338:3
**today's** 6:11,20
13:18 119:17
**together**
145:20 148:18
157:4,6,12
158:18 172:13
172:20 234:7
273:18 282:3
301:12 307:10
**told** 56:5 65:15
65:25 77:14
96:5 105:12
107:8 119:9,10
130:10,25
132:16,21
143:22 167:10
168:10 170:16
184:9 189:21
190:2,14 200:2
210:5 211:16
216:13 218:8
227:12 241:20
241:25 242:12
243:21 244:7
244:15 245:8
245:12,14
256:17 271:19
272:18 285:7
285:10 297:20
300:17
**tolerance**
274:20

**tongue** 162:7
162:15 166:16
168:11 170:18
**tonight** 34:8
86:2 204:5
**took** 63:13
134:5 221:24
243:5 270:18
270:19 271:9
271:23 314:10
**top** 24:21 25:25
26:4,5 28:15
28:24 30:16,19
33:22 34:15
46:13 50:18
74:20 77:15
78:7 81:13
87:9 93:20
114:3 129:16
163:20,21
192:13 193:20
194:11,12,15
194:16 220:3,4
253:4,20
258:24 276:17
307:15
**topic** 132:7
322:12
**topline** 50:18
50:23 51:2,4,7
51:15 219:4,23
**tornado** 141:16
**total** 22:2

**totality** 142:23
**totally** 5:18
    36:5 237:15
    306:2 323:3
**totem** 93:15
    297:6,8
**touch** 161:15
    161:19,21
    162:20 202:8
    202:10 293:19
    296:22
**touched** 213:2
**touching** 75:21
    161:22 162:22
    162:24 202:8
    278:19
**tough** 101:19
    274:19
**toward** 95:20
    150:20 152:19
    307:4
**towards** 31:8
    96:21 273:2
**town** 27:5
    53:15 198:13
**track** 219:13
**tracked** 232:21
    236:20,21
**tracks** 109:25
**traffic** 219:8
**trail** 340:13
**training** 91:19
    326:16,20,22
    326:24,24

**trajectory**
    192:8 295:5
**transcript**
    341:15,17
    342:9,9
**transferred**
    86:10 182:11
**transferring**
    181:23 182:7
    268:13
**transitions**
    87:23
**transpired**
    165:8 178:5
**trash** 151:19
**travel** 14:2
    125:14 150:18
    151:4
**traveled** 266:22
**traveling**
    327:14,25
    328:6
**treated** 284:14
    290:15
**trend** 96:2,4,19
**trial** 3:22 9:20
    226:18
**trickle** 142:7
**tried** 102:4
    128:25 183:10
    183:15 215:5
    243:10 248:8
    290:18 301:25
    302:4 305:11

    305:13,24
**tries** 252:17
**troubling**
    108:16
**truck** 17:8
**true** 40:16,17
    68:22 69:11,16
    84:3 97:19
    116:7 185:6
    212:4,25
    232:17 262:3,4
    291:20 293:19
    293:20 296:10
    296:24 308:24
    342:9 347:14
**truly** 247:16
**trust** 132:11,22
    313:17
**trusted** 91:23
**trusting** 133:2
**truth** 5:4 342:5
**truthful** 295:3
    298:22
**truthfully** 5:24
**try** 135:23
    161:4,7,11
    162:6,11 163:4
    174:22 175:5
    189:20 226:13
    303:3
**trying** 12:6
    90:21 92:10
    97:17 122:13
    127:14,16

    165:4 175:15
    180:14 183:13
    188:13,17,20
    222:22 227:6
    228:19,24
    237:6,7 240:24
    246:20 248:2
    291:2 292:18
    297:18 305:20
    338:18
**tucker** 34:7
    35:6,10,16
    36:21,24 37:6
    37:8,14 38:3,4
    251:9 253:12
    256:7,18
    306:21,25
    310:25 311:7
    311:14 322:18
    323:18,20
**turn** 40:25 90:2
    218:15 264:16
    304:15 314:22
    335:2
**turning** 86:13
**tv** 49:15,23,25
    50:19 51:10
    57:4 68:9 75:9
    77:19,21 78:2
    78:5 81:20,23
    82:4 84:23
    87:14 88:15,15
    88:22 89:13
    96:22 100:24

102:2 114:7
123:23,24,25
124:2,4 127:3
140:15,21
143:4,6,9
154:11 181:23
181:25 183:12
192:16 207:20
209:10 214:11
221:5 229:3
238:13,14
241:17 246:21
246:22 249:17
258:18,21
265:10,25
287:2 296:13
331:10 335:12
**tweets** 194:14
**twice** 4:24 63:7
**two** 4:24 8:11
9:18 14:18
15:17 16:5
17:19 18:4,6
18:15 20:5
26:12,25 37:18
37:20 38:4
41:2 42:20
63:18 73:14
91:19 93:3
94:14 102:8
121:12 132:7
134:11 138:7
148:17 150:13
152:20 153:4

157:6,9,11
158:11 159:15
160:4 165:14
165:20 172:12
177:21 178:15
200:20 201:15
243:6 253:13
253:15 262:19
263:10 265:6
265:25 276:3
285:21,22
294:4,12,16,24
295:7 296:22
316:16 320:13
339:23
**type** 81:5 121:5
121:11 163:21
191:3 193:22
193:23 194:8
194:18
**typed** 60:15
**types** 295:25
**typical** 226:8
**typically** 51:20
226:10 320:9
320:20 328:4,7
**typing** 195:9
245:21

**u**

**u** 3:2
**uh** 23:7,9 76:24
90:14,17 119:2
146:8 150:15

187:7,9 199:15
199:19 237:25
240:16 254:8
264:3,21 265:3
300:3
**ultimately**
186:25
**unable** 5:23
**unavailable**
102:24
**unbutton** 161:7
**uncommon**
225:8
**under** 6:7 9:17
32:17 36:20
74:10 87:17,18
87:18 235:24
286:6 316:11
330:14 331:15
**understand**
5:11,14 23:13
46:9 89:23
90:18 93:24
97:16 109:9
206:8 210:9
214:24 229:5
233:8 264:24
266:13 281:25
289:24 338:2
338:17
**understood**
325:23 337:15
**undertook**
330:23

**underwriting**
116:2
**unemployed**
243:10
**unfortunate**
261:23
**unfortunately**
81:23 137:14
138:3 234:10
281:24
**unfulfilled**
93:25
**union** 26:5 55:7
78:19 84:24
113:7 114:13
114:15
**unionized**
113:10
**unit** 14:18
**united** 1:2
**universal** 68:9
**university**
20:18
**unknown** 68:22
**unlawful** 12:20
13:4,10,12
**unquote** 282:7
**unsigned** 3:14
**untrue** 218:3
232:18 262:9
310:4
**untruths**
262:10

unusual 239:7
update 59:16
  60:22,25
updated 60:17
  60:18
upload 209:5,7
uploaded 208:3
  208:22 214:13
upper 113:9
ups 133:5
  189:9
upset 285:6
upstairs 174:3
upstate 17:8
uptown 14:16
  148:6
use 50:20,23
  51:2 58:17
  59:11 72:17
  92:24 116:24
  140:22 141:13
  142:9 188:20
  207:7 208:15
  208:17 213:12
  213:13,22
  214:12 235:17
  313:15 323:19
used 3:14 50:21
  53:5 59:9,17
  60:4 62:15
  66:9 72:20
  77:4,23 92:15
  93:4 95:6
  116:23 119:23

121:13 129:3
136:11,20
194:14,21
196:8 201:15
206:11,17
207:2 208:11
211:23 212:5
213:4,8,10,19
214:6 234:25
276:10 308:14
320:4,6 324:25
340:19
useful 107:4
user 219:12
uses 207:5
  214:4 286:9
using 5:12 93:2
  195:20 196:15
  272:18 287:3
  323:18
usually 11:17
  79:2,7 80:16
  80:20 155:13
  163:19,20
  206:21 227:23
  227:24 228:2
  248:6
utility 29:20
  152:10 225:23
  227:3

**v**

v 50:22

vaccine 320:15
vague 161:18
  166:6 170:4
  171:5 176:23
  185:20 197:7
  202:24 212:8
  214:20 230:5
  256:5 263:3
  270:9 274:15
  284:6 288:10
vaguely 149:21
vaio 72:6,15
valley 14:3
  15:3
value 230:25
van 27:13,14
  29:8,15 30:8
  31:13,20 32:5
  32:25 47:25
  48:11,17 50:8
  105:2 223:8
  224:7 251:14
  268:16 269:8
  310:10
various 7:10
  19:21 157:15
  201:23 213:14
  265:17 326:25
vehicles 16:25
  17:3
vendetta
  310:15
verbalized 23:9

verbally 279:8
verified 312:3
  318:3,6 346:17
verify 340:4
verifying 40:15
veritext 343:2
version 330:19
versions 123:16
versus 97:12
  98:23 234:18
  321:17
vhf 95:23,23
vice 28:12 31:9
  35:6 87:16
  110:18,20
  113:19 254:18
victim 83:17
video 141:17
  141:25 206:5
  206:17 207:16
  208:13,19
  209:5,7 210:25
  211:6 235:19
  236:17
videos 206:14
view 70:14
  145:18 207:20
viewed 286:8
viewers 98:25
violations 74:4
virtually 7:21
visit 151:3,5
  159:16,19
  161:5 167:8

**visited**  178:8
  190:10
**visiting**  172:16
**vodka**  159:3,7
  159:8,10,22,23
**voice**  130:5
**volunteer**  56:8
**volunteered**
  56:9
**voting**  9:3
  153:25
**vp**  28:9 225:6
**vs**  343:3

**w**

**wabc**  98:17,22
  98:23
**wait**  5:21 201:5
**waited**  267:5
  277:23
**waived**  3:9
**wake**  94:14
**walk**  151:21
  152:16 174:3
**walked**  151:16
  151:22 174:4
  305:23
**walking**  175:2
  175:6,10
**walkup**  146:11
**wall**  152:5,9
  201:16,16
**walls**  77:24

**want**  55:21
  63:3 94:7,14
  101:14 105:24
  107:20 111:9
  111:10 129:17
  145:13 153:21
  154:13 163:8
  191:12 209:16
  210:5 222:3
  242:25 244:4
  244:20 250:2
  253:20 264:24
  266:8,14 276:6
  282:18 284:24
  287:20 322:11
  327:6 335:2
  338:2,17 340:9
**wanted**  56:23
  59:20 60:23
  65:4 85:10,11
  92:18 108:14
  109:19 116:3
  127:19 141:24
  144:18 145:2
  157:24 189:23
  204:25 205:5
  208:19 209:13
  212:3 214:15
  218:13 248:23
  287:21 306:24
  307:11,19
  339:22
**wanting**  89:17
  217:3

**wants**  94:6
  127:12 130:11
  291:9
**warren**  23:17
**washer**  152:11
**washington**
  23:17 237:3
**wasted**  67:14
**watching**  4:17
  87:2 98:9
  327:4
**watering**  53:8
**way**  6:12 23:4
  47:13 82:9
  100:15,21
  103:3 129:18
  130:19 136:22
  137:4 163:12
  164:11 165:13
  166:7,9 171:21
  172:6 174:4
  176:19 185:17
  185:18 186:13
  191:21 193:25
  206:13,22
  208:21 210:4
  210:19 218:9
  219:16 232:21
  237:13 244:17
  248:5 261:6
  265:8 280:5
  283:2,13
  284:17 285:25
  287:5 289:5

  291:7 295:15
  310:20 326:14
  331:14 337:20
  337:23 340:6
  347:19
**ways**  36:6
  138:19 142:20
  235:17,18
  286:8
**weaker**  233:3
**wearing**  160:8
  160:8
**weather**  110:21
**website**  59:16
  59:17 60:10,14
  60:17,17,23,25
  125:14 222:10
  227:25 340:8
**week**  93:18
  110:11 137:25
  156:17 201:15
  205:13 215:22
  219:9,13
  327:11 328:2
**weekday**  25:21
**weekdays**
  22:18 110:24
**weekend**  22:18
  25:13,14 90:12
  90:22 91:13,17
  92:4 93:14,19
  93:22 110:17
  110:19,25
  327:15

| | | | |
|---|---|---|---|
| **weekly** 215:17 | 59:1 60:1,11 | 136:1 137:1,20 | 204:1 205:1 |
| **weeks** 64:14 | 61:1 62:1 63:1 | 138:1 139:1 | 206:1 207:1 |
| 102:8 121:12 | 64:1 65:1 66:1 | 140:1 141:1 | 208:1 209:1 |
| 137:21 187:15 | 67:1 68:1 69:1 | 142:1 143:1 | 210:1 211:1 |
| 201:5 339:23 | 69:21 70:1 | 144:1 145:1 | 212:1 213:1 |
| **weighed** 160:22 | 71:1,9 72:1 | 146:1 147:1 | 214:1 215:1 |
| 160:22,22,25 | 73:1 74:1 75:1 | 148:1 149:1 | 216:1 217:1 |
| **weight** 274:22 | 76:1,9,10 77:1 | 150:1 151:1 | 218:1,24 219:1 |
| **weird** 297:4 | 78:1 79:1 80:1 | 152:1 153:1 | 220:1 221:1 |
| **welcome** 120:7 | 81:1 82:1,23 | 154:1 155:1 | 222:1,15 223:1 |
| 120:8,10,10 | 83:1 84:1 85:1 | 156:1 157:1 | 224:1 225:1 |
| **welcoming** | 86:1 87:1 88:1 | 158:1 159:1 | 226:1 227:1 |
| 124:5 | 89:1 90:1 91:1 | 160:1 161:1 | 228:1 229:1 |
| **wells** 1:8,17 | 92:1 93:1 94:1 | 162:1 163:1 | 230:1 231:1 |
| 2:10 4:1,2,10 | 95:1 96:1 97:1 | 164:1 165:1 | 232:1 233:1 |
| 5:1 6:1 7:1 8:1 | 98:1 99:1 | 166:1 167:1 | 234:1 235:1 |
| 9:1 10:1 11:1 | 100:1 101:1 | 168:1 169:1 | 236:1 237:1 |
| 12:1 13:1 14:1 | 102:1 103:1 | 170:1 171:1 | 238:1 239:1 |
| 15:1 16:1 17:1 | 104:1 105:1 | 172:1 173:1 | 240:1 241:1 |
| 18:1 19:1 20:1 | 106:1 107:1 | 174:1 175:1 | 242:1 243:1 |
| 21:1 22:1 23:1 | 108:1 109:1 | 176:1 177:1 | 244:1 245:1 |
| 24:1 25:1 26:1 | 110:1 111:1 | 178:1 179:1 | 246:1 247:1 |
| 27:1 28:1 29:1 | 112:1 113:1 | 180:1 181:1 | 248:1 249:1 |
| 30:1 31:1 32:1 | 114:1 115:1 | 182:1 183:1 | 250:1,17 251:1 |
| 33:1 34:1 35:1 | 116:1,18 117:1 | 184:1 185:1,2 | 252:1 253:1 |
| 36:1 37:1 38:1 | 118:1 119:1 | 186:1 187:1 | 254:1 255:1 |
| 39:1,20 40:1,5 | 120:1 121:1,13 | 188:1 189:1 | 256:1 257:1 |
| 41:1 42:1 43:1 | 122:1 123:1 | 190:1 191:1 | 258:1 259:1 |
| 44:1 45:1 46:1 | 124:1 125:1 | 192:1 193:1 | 260:1 261:1 |
| 47:1 48:1 49:1 | 126:1 127:1 | 194:1 195:1 | 262:1 263:1 |
| 49:7,23 50:1 | 128:1 129:1 | 196:1 197:1 | 264:1 265:1 |
| 51:1 52:1 53:1 | 130:1 131:1 | 198:1 199:1 | 266:1 267:1,15 |
| 54:1 55:1 56:1 | 132:1 133:1 | 200:1 201:1 | 268:1 269:1 |
| 57:1 58:1,22 | 134:1 135:1 | 202:1 203:1 | 270:1 271:1 |

272:1 273:1,7
274:1 275:1
276:1 277:1,16
278:1 279:1
280:1,2 281:1
282:1 283:1
284:1 285:1,25
286:1 287:1
288:1 289:1
290:1 291:1,6
291:19 292:1
292:16 293:1
294:1 295:1
296:1 297:1
298:1,13 299:1
300:1,11 301:1
302:1 303:1
304:1,16 305:1
306:1 307:1
308:1 309:1
310:1 311:1
312:1 313:1
314:1 315:1,7
316:1 317:1
318:1 319:1,24
320:1 321:1
322:1 323:1
324:1 325:1,9
326:1 327:1
328:1 329:1
330:1 331:1
332:1 333:1
334:1 335:1
336:1 337:1,15

338:1,5 339:1
340:1 341:1
342:1,15 343:1
343:3,5 344:1
344:20,20
345:1 346:1
347:1
**went** 25:7
27:24 49:25
53:7,10,13,17
53:20 89:21
95:8 102:6
119:24 120:3
133:24,25
134:3,7 135:3
155:4,13 168:3
172:5 178:25
181:17 186:11
200:10 202:15
216:17 220:15
221:12 237:5
239:4 280:19
281:13 285:5
291:21 298:8
321:9,10
326:23
**west** 2:10 4:11
14:8,16 22:12
137:14,15
139:14 140:5,8
146:6 147:18
147:22 148:6
201:3,4 202:16

**western** 139:14
**wfor** 24:6
**whatnot** 39:5
54:13 100:7
101:23 121:20
124:5 158:20
172:2 180:14
186:10 197:15
200:25 213:16
221:4 233:6
235:22 241:2
302:13 321:3
**whatsoever**
48:15 128:23
191:9 229:11
**wheel** 73:8
**whereof** 347:21
**white** 73:20
160:17
**wide** 321:17
**wider** 181:17
**wild** 302:7
**window** 152:19
252:13
**windows**
116:21
**winky** 99:23
**wise** 160:14
**wished** 237:21
**withdraw**
323:15
**witness** 3:10,16
3:18 4:2 9:20
309:11 341:19

343:5 347:12
347:15,21
**witnessed**
86:25
**wnbc** 55:10,24
56:17 61:11,22
68:6,9 130:18
180:5 187:8,22
190:13,14
228:3 229:22
**wnyw** 25:7,12
26:11,13,25
27:16 75:11
79:14 85:18
96:18 97:2,4
97:14 98:17,20
107:14,23
108:12,21
113:5,15,20
114:4 124:3
147:7 273:19
274:4 282:5
283:16 284:18
285:13 287:8
289:15,17,19
289:22 337:18
**wnyw's** 113:2
114:10
**wofl** 241:14
**woman** 30:22
**women** 307:19
308:7
**wondered**
265:9

| | | | |
|---|---|---|---|
| **wonderful** 4:18 | 217:3 226:12 | 84:13,24 88:8 | 45:21 49:15 |
| **wondering** | 229:18 230:7 | 88:11,15,23 | 50:8 78:5 |
| 13:2 153:22 | 230:10,11,12 | 89:6,14 100:23 | 80:10,22 90:24 |
| 278:3 290:13 | 230:12 233:10 | 101:2,8 102:2 | 104:25 114:11 |
| **word** 62:15 | 237:2,4,5 | 102:3 104:6 | 117:19 118:4 |
| 81:10 228:18 | 238:18 239:4 | 110:4 114:6,8 | 119:23 121:24 |
| 323:18,20 | 246:8 265:13 | 120:25 121:20 | 122:8 138:14 |
| **words** 23:9 | 268:10 270:13 | 139:14 145:23 | 139:4,6 170:6 |
| 66:9 67:5 | 273:18 276:6 | 147:6,10 | 180:12,19 |
| 232:18 | 278:23 279:14 | 150:21,24 | 181:11 197:24 |
| **work** 10:24 | 279:16,24 | 169:10,11,15 | 204:4,11,22 |
| 23:14 24:5,10 | 281:7 284:8,8 | 183:11,11 | 206:2 221:5,6 |
| 29:14 38:11 | 284:10 286:2 | 191:7 205:13 | 233:17 259:12 |
| 44:21 45:21 | 286:21 288:23 | 205:14 210:11 | 259:15,18,25 |
| 48:8,9 56:12 | 294:5,25 300:7 | 215:14 221:6 | 260:6,12 |
| 57:8,11 60:19 | 300:14,23 | 221:18 230:8 | 288:20 292:2 |
| 68:6 77:4 | 301:12 302:3 | 230:15,17 | 296:14 307:2 |
| 79:11 88:14 | 304:17 306:24 | 238:12,13,16 | 323:20 |
| 89:13 90:24,25 | 316:7,24 322:9 | 241:17 258:21 | **workplace** |
| 94:6,6 100:24 | 325:2,3 327:23 | 259:4,7 265:9 | 261:10 284:9 |
| 101:22 129:3 | 332:21,25 | 265:25 266:2,2 | 284:10 288:6 |
| 133:19 134:4,6 | **workday** | 269:25 282:5 | 323:19 325:17 |
| 134:16 136:19 | 116:25 | 286:22,23 | 325:21 |
| 138:8,12,13,24 | **worked** 21:21 | 296:13,14 | **works** 41:17 |
| 144:8 150:18 | 22:10 23:15 | 297:10 299:5,9 | 44:10 105:22 |
| 150:25 169:17 | 24:6,12 31:25 | 300:9,16,25 | 163:16 210:15 |
| 181:7,10 191:8 | 33:5 35:16 | 304:5,13,25 | 227:23 258:5 |
| 191:9 196:21 | 36:19,21 38:9 | 306:25 321:7 | 339:17 |
| 197:4,5,18 | 41:15 45:25 | 327:10 331:14 | **world** 41:25 |
| 199:16 200:23 | 47:15 54:11,16 | 332:3,12 | 86:2 89:16 |
| 200:24 203:12 | 55:2,18 56:12 | **working** 11:12 | 95:15 119:18 |
| 203:14 204:22 | 57:4,4,7,14 | 20:14 21:2,24 | 123:4 127:13 |
| 205:2,10,11 | 75:10 77:9,23 | 22:6 31:12 | 179:21 180:11 |
| 209:2 215:2 | 78:21 82:3 | 37:13 42:8 | 180:13 238:13 |

266:23 269:21
273:17 299:13
306:23,24
331:8,11
**worried**   215:3
215:4
**worrying**
292:15
**worst**   62:16,18
62:23 63:4
66:2,25
**worth**   38:13,18
39:3
**wpix**   98:3,7
**wplg**   23:15,21
88:11 89:7
**wptv**   22:11,15
22:20,22,25
23:14 220:22
238:7 247:13
**write**   79:5,9
85:3 130:5
289:4
**writer**   22:10,16
80:9
**writers**   26:4,6
56:3 78:22
79:4,9,9 85:5
93:12 114:14
**writes**   236:25
282:4 292:17
293:17 296:9
296:18 297:17
304:16

**writing**   26:10
69:3 91:16
298:10 314:16
**written**   158:19
261:25 262:11
307:24 309:21
324:4,21
**wrong**   276:15
310:21
**wrongdoing**
12:17
**wrote**   78:19,24
91:18 145:24
260:13 277:21
279:6 284:15
298:13
**wtf**   300:6
**wtvt**   21:13,25
22:6,9 26:17
77:7 86:21,22
87:4 88:13
89:9,20,24
92:5 93:9

---
**x**

**x**   1:3,10 37:4
213:14 344:2
344:11 345:2
346:2
**xes**   197:15

---
**y**

**y**   15:16 20:18
213:14

**yeah**   15:4 23:3
65:20 76:16
78:4,6 80:11
97:15 98:9
102:5,7 103:22
118:21 120:24
121:25 123:13
124:24 131:6
131:18 147:17
171:22 173:15
173:18 180:4
187:13 190:8
193:15 194:22
201:5 203:8
204:6 205:12
205:25 208:16
220:7 221:7,11
221:16 222:17
223:4 225:15
238:3,22,23
242:9 249:25
252:4 255:7,11
255:22 259:6
259:24 301:9
302:22 305:8
305:10 312:5
314:25 315:10
318:16 320:4
**year**   17:5,10
18:24,24 22:21
24:2 25:3
36:21,23 37:15
40:23 58:24
68:18 88:18

115:19 116:5
149:4,14
251:17 294:8
297:5,12
315:18
**years**   8:11 11:9
15:20 16:24
17:11 18:4,6
18:15 20:19
21:3 22:2
26:12,25 29:6
29:23 30:9,10
32:3 33:21
35:17 36:12
38:10,18 39:2
39:5,6 45:19
47:16 55:20
60:18,20 61:8
64:19 65:14
73:13,14 74:11
77:5 83:20
89:8 96:12
100:24 101:6
103:2 116:24
130:21 147:16
148:3 154:14
159:8,14 164:9
167:18,25
169:13 176:6
177:18 183:22
192:14 199:2,3
223:12,22
229:24,24
234:23 241:18

259:2,4,9,12,16
259:16,19,23
260:6,9,11
261:20 264:7
265:6 268:19
270:11 273:13
279:23 280:13
281:11 283:16
285:21 287:9
287:12 294:12
294:12,18
295:8 296:22
304:10 308:2
310:12 315:2
319:10 326:10
326:13 336:13
**yelled** 276:9
**york** 1:2,21,21
1:23 2:6,6,16
2:16 4:4,11
14:3,7,8,10
25:8 26:19,23
27:5,21 42:12
45:4 52:6,8
55:5,19 56:24
77:16 83:7
86:11 97:4,9
97:24 98:13
99:8,14,16
100:6,15,21
101:4,5,10,20
101:21 102:4
103:5 104:16
104:18 105:5

105:10 117:19
122:11,13
127:19,20
129:10 130:16
137:8,21
143:14 147:7,8
147:22 149:15
151:4 152:22
156:8 157:19
157:23 158:2
169:2 172:2
180:12,13
183:15 249:14
249:15,20
259:7 261:10
266:3,25
270:25 286:22
300:15 305:16
306:9 314:19
322:4 343:2
347:5,10
**young** 24:23
54:10,13 88:13
138:21 155:5
180:12 261:10
263:10
**younger** 27:22
261:9

**z**

**z** 213:14
**zero** 60:8
135:13 140:13
142:13 160:9

165:10 166:18
169:21 215:6
292:14 331:19
**zoom** 2:7,19
4:16 7:22

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.