Tanvir Rahman
TRahman@filippatoslaw.com
914-984-1111, Ext. 505

FILIPPATOS PLLC
Employment Law, Litigation & ADR

199 Main Street, Suite 800
White Plains, NY 10601
filippatoslaw.com

September 28, 2026

**VIA ECF**
Hon. Judge Analisa Torres
United States District Court, Southern District of New York
500 Pearl Street, New York, NY 10007

Re: ***Delancey v. Wells, et al.*, No. 1:23-cv-10357 (AT) (KHP)**

Dear Judge Torres:

We represent Plaintiff and write concerning the deadlines for expert discovery and pretrial filings. On September 14, 2026, Your Honor granted in part and denied in part Defendant Fox News Network, LLC's ("FNN") motion for summary judgement. *See* Dkt. 134. Previously, on June 23, 2025, Magistrate Judge Parker granted the parties' request to defer expert discovery until after a summary judgment decision and ordered Plaintiff to make expert disclosures within 30 days after a ruling, and Defendants to make expert disclosures within 60 days after a ruling. *See* Dkt. No. 88. As such, for the sake of clarity, Plaintiff respectfully requests approval of the below schedule:

- Plaintiff will make any expert disclosures by **October 14, 2026**;
- Defendants FNN and Justin Wells will make any expert disclosures by **Nov. 13, 2026;**
- All expert discovery, including depositions, will be completed by **December 14, 2026**.

Further, pursuant to Ind. R. V(B) and the Amended Case Management Plan (*see* Dkt. 47 at ¶ 11), the "[f]inal [p]retrial [s]ubmission [d]ate is thirty (30) days following the close of fact and expert discovery (whichever is later)." As such, Plaintiff respectfully requests the Court so-order the parties' deadline for final pretrial submissions as **January 13, 2027**.

This is Plaintiff's first request to clarify expert discovery and pretrial submission deadlines. Defendant FNN does not consent to the proposed schedule.[1] Defendant Justin Wells has not responded to multiple inquiries. We thank Your Honor for the Court's time and consideration.

Respectfully submitted,

Tanvir H. Rahman

cc: All Counsel of Record (*via* ECF)

[1] Earlier today, FNN filed a pre-motion letter for a motion to certify an interlocutory appeal. *See* Dkt. 135. Such anticipated motion has no merit and should not delay pretrial deadlines.