PAUL HASTINGS

1(212) 318-6009
paulevans@paulhastings.com

September 29, 2026

***VIA ECF AND EMAIL***
The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Delancey v. Wells, et al.*, No. 1:23-CV-10357(AT) (S.D.N.Y.)

Dear Judge Torres:

Defendant Fox News Network, LLC ("FNN") submits this response to Plaintiff Andrew Delancey's ("Plaintiff") First Letter Motion for Discovery (Dkt. 136), in which Plaintiff asks the Court to set a schedule for expert discovery and final pretrial submissions. As set forth in FNN's September 28, 2026 Pre-Motion Letter (Dkt. 135), FNN has asked the Court to set an expedited briefing schedule on its anticipated motion seeking certification for interlocutory appeal of the Court's September 14, 2026 Order Granting in Part and Denying in Part FNN's Summary Judgment Motion. FNN has also asked the Court to stay this proceeding while FNN's interlocutory certification request is pending and during any appeal.

Because FNN believes this matter should be stayed pending interlocutory appeal on grounds that a stay will conserve party and Court resources, it opposes the schedule proposed by Plaintiff. However, if the Court denies FNN's request for a stay, FNN has no objection to the dates proposed in Plaintiff's Letter Motion.

Sincerely,

Paul C. Evans
*Attorney for Defendant Fox News Network, LLC*

cc: Counsel of Record (*via ECF*)