UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW DELANCEY,

Plaintiff,

-against-

JUSTIN WELLS, FOX CORPORATION, and FOX NEWS NETWORK, LLC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

**SCHEDULING ORDER**

**23-CV-10357 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 28, 2026, Plaintiff filed a letter seeking clarification regarding the deadlines for expert discovery and pretrial submissions in the above-entitled action. Because this matter has been referred to the undersigned for general pretrial supervision, all future correspondence concerning discovery scheduling shall be directed to the undersigned.

Consistent with the Court's prior Order at ECF No. 88 and its ruling on Defendant Fox News Network, LLC's ("FNN") motion for summary judgment, the following deadlines shall apply for expert discovery: Plaintiff shall make any expert disclosures by **October 14, 2026**; Defendants FNN and Justin Wells shall make any expert disclosures by **November 13, 2026**; and all expert discovery, including expert depositions, shall be completed by **December 14, 2026**.

And, consistent with the Court's Order at ECF No. 47 and Rule V.B. of the Honorable Analisa Torres's Individual Practices in Civil Cases, a joint proposed pretrial order is due **January 13, 2027**.

**The Clerk of Court is respectfully respected to terminate the motion at ECF No. 136.**

**SO ORDERED.**

Dated: September 29, 2026
New York, New York

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge