Tanvir Rahman
TRahman@filippatoslaw.com
914-984-1111, Ext. 505

FILIPPATOS PLLC
Employment Law, Litigation & ADR

199 Main Street, Suite 800
White Plains, NY 10601
filippatoslaw.com

October 26, 2026

**VIA ECF**
Hon. Judge Analisa Torres
United States District Court, Southern District of New York
500 Pearl Street, New York, NY 10007

Re: ***Delancey v. Wells, et al.*, No. 1:23-cv-10357 (AT) (KHP)**

Dear Judge Torres:

We represent Plaintiff Andrew Delancey in the above-captioned matter and write on behalf of all parties concerning Your Honor's October 20, 2026, order requesting the parties to advise the court whether they wish to be referred to the Honorable Katharine H. Parker for a settlement conference. *See* Dkt. 140.

The parties have met and conferred, and all parties do not agree that this case should be referred to Judge Parker for a settlement conference at this time. Plaintiff would participate in such a conference, and Defendant Justin Wells is not opposed in principle. Defendant Fox News Network does not believe that a settlement conference would be fruitful because, although Plaintiff has not provided a specific demand since this case was filed, he has indicated that his current range would exceed his last proposal, which was already unacceptable to Fox News. Should the parties decide at a later date that a settlement conference would be productive, the parties will contact the Court immediately.

We thank Your Honor for the Court's time and consideration.

Respectfully submitted,

Tanvir H. Rahman

cc: All Counsel of Record (*via* ECF)