**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ANDREW DELANCEY,

Plaintiff,

v.

JUSTIN WELLS, FOX CORPORATION, and FOX NEWS NETWORK, LLC,

Defendants.

Case No.: 1:23-cv-10357-AT-KHP

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Kim S. Zeldin of Liner Freedman Taitelman + Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, California 90067, hereby appears on behalf of Defendant Justin Wells in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice *pro hac vice* in this Court.

Dated: October 27, 2026
Los Angeles, CA

**LINER FREEDMAN TAITELMAN + COOLEY**

By:_ /s/ *Kim S. Zeldin*

Kim S. Zeldin, Esq. (*Pro Hac Vice*)
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
Email: kzeldin@lftcllp.com